# COMMONWEALTH OF KENTUCKY
## PERRY CIRCUIT COURT
### CIVIL ACTION NO. 23-CI-_____

**ELECTRONICALLY FILED**

**JAMES A. CHANEY**                                                    **PLAINTIFF**

v.

**CVS PHARMACY, INC.**                                                 **DEFENDANTS**
**30 South KY Highway 15**
**Hazard, KY 41701**

   Serve:  CT Corporation
        306 West Main Street, Suite 512
        Frankfort, KY 40601

**AND**

**KENTUCKY CVS PHARMACY, LLC**
**157 South Buckman Street**
**Shepherdsville, KY 40165**

   Serve:  CT Corporation System
        306 W. Main St.
        Suite 512
        Frankfort, KY 40601

**AND**

**RYAN MCGRAINER, EMPLOYEE OF CVS PHARMACY, INC.**

   Serve:  Ryan McGrainer in care of CVS Pharmacy
        30 South Kentucky Highway 15
        Hazard, KY 41701

**AND**

1

**JAMES SHACKLEFORD, EMPLOYEE OF CVS PHARMACY, INC.**

Serve:        James Shackleford
              1033 Bee Hive Rd.
              Slemp, KY 41763-8910, Perry County

**AND**

**SHERRY SUTHERLAND, EMPLOYEE OF CVS PHARMACY, INC.**

Serve:        Sherry Sutherland
              131 Sutherland Dr.
              Bimble, LY 40915-6131

**AND**

**R/X DISCOUNT PHARMACY, INC.**
**500 Morton Blvd.**
**Hazard, KY 41701**

Serve:        Richard K. Slone, Registered Agent
              500 Morton Blvd.
              Hazard, KY 41701

**AND**

**R/X DISCOUNT PHARMACY OF HAZARD, INC.**
**500 Morton Blvd.**
**Hazard, KY 41701**

Serve:        Richard K. Slone, Registered Agent
              500 Morton Blvd.
              Hazard, KY 41701

**AND**

**RICHARD K. SLONE, OWNER OR EMPLOYEE OF R/X DISCOUNT PHARMACY, INC. AND/OR R/X DISCOUNT PHARMACY OF HAZARD, INC.**

Serve:        Richard K. Slone
              4736 Possum Trot Road
              Leburn, KY 41831.

2

AND

**R/X DISCOUNT PHARMACY OF HARLAN COUNTY INC. D/B/A CLAY DISCOUNT PHARMACY**
**306 Morton Blvd.**
**P.O. Box 1569**
**Hazard, KY 41649**

      Serve:      Richard Slone
                     306 Morton Blvd.
                     P.O. Box 7157
                     Hazard, KY 41702

AND

**APPALACHIAN REGIONAL HEALTHCARE, INC. IN ITS OWN NAME AND D/B/A ARH REG. MED. CTR. PHARMACY AND ARH COMMUNITY PHARMACY**
**2260 Executive Drive**
**Lexington, KY 40505**

      Serve:      Christi Lee, Registered Agent
                     ARH System Center-Hazard
                     101 Airport Gardens Road, Suite 305
                     Hazard, KY 41701

AND

**HELEN HERALD, OWNER OR EMPLOYEE OF APPALACHIAN REGIONAL HEALTHCARE, INC. AND/OR ARH REG. MED. CTR. PHARMACY AND/OR ARH COMMUNITY PHARMACY**

      Serve:      Helen Herald
                     113 Rock Ridge Road Big
                     Hazard, KY 41701

AND

3



**REBECCA WOOTON NAPIER, OWNER OR EMPLOYEE APPALACHIAN REGIONAL HEALTHCARE, INC. AND/OR OF ARH REG. MED. CTR. PHARMACY AND/OR ARH COMMUNITY PHARMACY**

      Serve:        Rebecca Wooton Napier
                      10664 N KY Highway 15
                      Chavies, KY 41727

**AND**
**HOLLY HARRIS A/K/A HOLLY CRADY, OWNER OR EMPLOYEE OF APPALACHIAN REGIONAL HEALTHCARE, INC. AND/OR ARH REG. MED. CTR. PHARMACY AND/OR ARH COMMUNITY PHARMACY**

      Serve:        Holly Harris AKA Holly Crady
                      2423 Valley Vista Road
                      Louisville, KY 40205

**AND**

**BOGGS PHARMACY, INC.**
**P.O. Box 747**
**Jenkins, KY 41537**

      Serve:        Wendell Boggs, Registered Agent
                      1001 Main St.
                      HWY. U.S. 23
                      Jenkins, KY 41537

**AND**

**BROADWAY CLINIC PHARMACY, INC. D/B/A MEDICINE CABINET PHARMACY**
**251 S. Pine St.**
**Pineville, KY 40977**

      Serve:        Timothy S. Eldridge, Registered Agent
                      114 N. Main Cross St.
                      Flemingsburg, KY 41041

**AND**

4

**COMMUNITY DRUG OF MANCHESTER, INC.**
**1668 S. HWY 421**
**Manchester, KY 40962**

> Serve:      Carlo Wessels, Registered Agent
>             250 Grandview Drive, Suite 500
>             Fort Mitchell, KY 41017

**AND**

**MICHAEL SIZEMORE, OWNER OR EMPLOYEE OF COMMUNITY DRUG OF MANCHESTER, INC. AND/OR MED-MART PHARMACY, LLC**

> Serve:      Michael Sizemore
>             5460 Slate Lick Road
>             London, KY 40741

**AND**

**COMPLETE CARE PHARMACY, PLLC**
**572 Morton Blvd.**
**Hazard, KY 41701**

> Serve:      Cynthia R. Williams, Registered Agent
>             572 Morton Blvd.
>             Hazard, KY 41701

**AND**

**CYNTHIA WILLIAMS, OWNER OR EMPLOYEE OF COMPLETE CARE PHARMACY, PLLC**

> Serve:      Cynthia Williams
>             55 Lindsey Lane
>             Hazard, KY 41701

**AND**

**LORI JOHNSON, OWNER OR EMPLOYEE OF COMPLETE CARE PHARMACY, PLLC**

    Serve:      Lori Johnson
                 59 Lauren Paige Lane
                 Hazard, KY 41701

**AND**

**D.B. COYLE ENTERPRISES, INC. D/B/A THE MEDICINE SHOPPE**
**1374 Quirks Run Rd.**
**Danville, KY 40422**

    Serve:      Douglas A. Coyle, Registered Agent
                 900 Hustonville Road
                 Danville, KY 40422

**AND**

**TOMBERT, INC. D/B/A THE MEDICINE SHOPPE**
**815 County Club Lane**
**Hopkinsville, KY 42240**

    Serve:      Thomas D. Detraz
                 815 County Club Lane
                 Hopkinsville, KY 42240

**AND**

**DOWNTOWN DRUG, INC.**
**90 Triangle St.**
**Martin, KY 41649**

    Serve:      Melissa Samons, Registered Agent
                 90 Triangle St.
                 Martin, KY 41649

**AND**

**DSSK PHARMACEUTICAL, INC. IN ITS OWN NAME AND D/B/A THE MEDICINE SHOPPE HAZARD**
**145 Citizens Lane**
**Hazard, KY 41701**

Serve:          Danny Rose, Registered Agent
                941 North Main Street, Suite 102
                Hazard, KY 41701

**AND**

**SUSAN FIELDS, OWNER OR EMPLOYEE OF THE MEDICINE SHOPPE HAZARD**

Serve:          Susan Fields
                120 Holly Drive
                Hazard, KY 41701

**AND**

**EAST MAIN STREET PHARMACY, LLC**
**279 East Street**
**Hazard, KY 41701**

Serve:          Barry Martin, Registered Agent
                101 Town and Country Lane, Suite 101
                Hazard, KY 41701

**AND**

**DACHEA WOOTON, OWNER OR EMPLOYEE OF EAST MAIN STREET PHARMACY, LLC**

Serve:          Dachea Wooton
                555 Ridgeview Way
                Hazard, KY 41701

**AND**

7

**FAMILY PHARMACY OF JACKSON**
**265 Highway 15 South Ste. 2**
**Jackson, KY 41339**

Serve:          Family Pharmacy of Jackson
                265 Highway 15 South Ste. 2
                Jackson, KY 41339

**AND**

**HARLAN MEDICAL CENTER PHARMACY, INC.**
**132 Village Center**
**Harlan, KY 40831**

Serve:          Earnest J. Watts, Registered Agent
                2354 HWY 15
                Whitesburg, KY 41858

**AND**

**ERNEST WATTS, OWNER OR EMPLOYEE OF HARLAN MEDICAL CENTER**
**PHARMACY**

Serve:          Ernest Watts
                33 Blue Spruce Ridge
                Hazard, KY 41701

**AND**

**BRIAN KEY, OWNER OR EMPLOYEE OF HARLAND MEDICAL CENTER**
**PHARMACY**

Serve:          Brian Key
                59 Watertower Lane
                Hardinsburg, KY 40143

**AND**

**HOMETOWN PHARMACY OF HAZARD, LLC**
**P.O. Box 3073**
**London, KY 40743**

    Serve:      Derek Lewis, Registered Agent
                221 East Main Street
                Hazard, KY 41701

**AND**

**HOMETOWN PHARMACY OF JACKSON, LLC**
**95 Jackson Heights**
**Jackson, KY 41339**

    Serve:  Hometown Pharmacy of Jackson, LLC
            95 Jackson Heights
            Jackson, KY 41339

**AND**

**HOMETOWN PHARMACY, INC.**
**130 KY-80**
**Hyden, KY 41749**

    Serve:      Derek Lewis, Registered Agent
                130 HWY 80
                PO Box 1746
                Hyden, KY 41749

**AND**

**JOE LEWIS, OWNER OR EMPLOYEE OF HOMETOWN PHARMACY, INC.**

    Serve:      Joe Lewis
                1302 N. Franklin Road
                Indianapolis, IN 46219

**AND**

**DOUG MORGAN, OWNER OR EMPLOYEE OF HOMETOWN PHARMACY, INC.**

Serve:          Doug Morgan
                105 Grapevine Place
                Hazar, KY 41701

**AND**

**HOMETOWN PHARMACY OF MANCHESTER, LLC**
**2163 East Highway 30**
**East Bernstadt, KY 40729**

Serve:          Robert Goforth, Registered Agent
                2163 East Highway 30
                East Bernstadt, KY 40729

**AND**

**MATTHEW HUTERA, OWNER OR EMPLOYEE OF HOMETOWN PHARMACY OF MANCHESTER, LLC**

Serve:          Matthew Hutera in care of Hometown Pharmacy of Manchester, LLC
                2163 East Highway 30
                East Bernstadt, KY 40729

**AND**

**HOSPICE OF THE BLUEGRASS, INC.**
**57 Dennis Sandlin**
**Hazard, KY 41501**

Serve:          Elizabeth D. Fowler, Registered Agent
                1733 Harrodsburg Road
                Lexington, KY 40504

**AND**

**JEFFREY HOLMES, OWNER OR EMPLOYEE OF HOSPICE OF THE BLUEGRASS, INC.**

Serve:          Jefrey Holmes
                1733 Harrodsburg Road
                Lexington, KY 40504

AND

**WENDELL SHORT, OWNER OR EMPLOYEE OF HOSPICE OF THE BLUEGRASS, INC.**

> Serve:          Wendell Short
>                  137 River Oak Circle
>                  London, KY 40744

AND

**HOWARD FAMILY PHARMACY, INC.**
**327 KY Route 550**
**Eastern, KY 41822**

> Serve:          Wesley W. Howard, Registered Agent
>                  1453 Prater Fork
>                  Hueysville, KY 41640

AND

**WESLEY HOWARD, OWNER OR EMPLOYEE OF HOWARD FAMILY PHARMACY, INC.**

> Serve:          Wesley Howard
>                  P.O. Box. 1651
>                  Harlan, KY 40831

AND

**JOHNS CREEK DRUG CENTER, INC.**
**6162 Zebulon Highway**
**Pikeville, KY 41502-2782**

> Serve:          Donnie K. Starnes, Registered Agent
>                  181 Starnes Drive
>                  Pikeville, KY 41501

AND

**DONNIE K. STARNES, OWNER OR EMPLOYEE OF JOHNS CREEK DRUGCENTER, INC.**

> Serve:    Donnie K. Starnes in care of Johns Creek Drug Center, Inc.
> 181 Starnes Drive
> Pikeville, KY 41501

**AND**

**JORDAN DRUG, INC.**
**D/B/A JACKSON APOTHECARY AND D/B/A BREATHITT PRESCRIPTION CENTER**
**842 Highway 15 North**
**Jackson, KY 41339**

> Serve:    FBT LLC Lexington
> 2700 Lexington Financial Center
> Lexington, KY 40507-1742

**AND**

**KING PHARMACY, INC.**
900 Morton Blvd.
Hazard, KY 41701

> Serve:    Leslie Scott King, Registered Agent
> 900 Morton Blvd.
> Hazard, KY 41701

**AND**

**LESLIE SCOTT KING, OWNER OR EMPLOYEE OF KING PHARMACY, INC.**

> Serve:    Leslie Scott King
> 239 Artie Way
> Hazard, KY 41701

**AND**

**KNOTT PRESCRIPTION CENTER, INC.**
**P.O. Box 1042**
**Hindman, KY 41822**

> Serve:      Todd Hall, Registered Agent
>             59 West HWY 80, Suite 1
>             Hindman, KY 41822

**AND**

**CHRISTOPHER HALL, OWNER OR EMPLOYEE OF KNOTT PRESCRIPTION CENTER, INC.**

> Serve:      Christoper Hall in care of Knott Prescription Center, Inc.
>             59 West HWY 80, Suite 1
>             Hindman, KY 41822

**AND**

**CHARLES STUART DUFF, OWNER OR EMPLOYEE OF KNOTT PRESCRIPTION CENTER, INC.**

> Serve:      Charles Stuart Duff
>             538 Ridgeview Way
>             Hazard, KY 41701

**AND**

**LACKEY PHARMACY, INC.**
**Route 550-77 Millard Allen Rd.**
**Lackey, KY 41643**

> Serve:      Alora Warren, Registered Agent
>             2400 Abbeywood Road
>             Lexington, KY 40515

**AND**

13

**MOUNTAIN COMPREHENSIVE HEALTH CARE D/B/A LEATHERWOOD-BLACKEY MEDICAL CLINIC**
**464 State Highway 699**
**Cornettsville, KY 41731**

> Serve:      L.M. Caudill, Esq., Registered Agent
> 226 Medical Plaza Lane
> PO BOX 40
> Whitesburg, KY 41858

**AND**

**VERLON BANKS, OWNER OR EMPLOYEE OF MOUNTAIN COMPREHENSIVE HEALTH CARE D/B/A LEATHERWOOD-BLACKEY MEDICAL CLINIC**

> Serve:      Verlon Banks
> 4236 Highway 15
> Whitesburg, KY 41858

**AND**

**MANCHESTER PHARMACIST GROUP, LLC**
**D/B/A FAMILY DRUG CENTER**
**415 Richmond Road, Unit B**
**Manchester, KY 40962**

> Serve:      Justin Bell, Registered Agent
> 2425 Williamsburg Estates Ln
> Lexington, KY 40504

**AND**

**MCDOWELL PROFESSIONAL PHARMACY, INC.**
**9549 KY RT 122**
**McDowell, KY 41647**

> Serve:      Steven Gregory Dawson, Registered Agent
> Rt. 122, Box 700
> McDowell, KY 41647

**AND**

14

**STEVE DAWSON, OWNER OR EMPLOYEE OF MCDOWELL PROFESSIONAL PHARMACY, INC.**

> Serve:    Steve Dawson
> 230 Frasure Creek
> McDowell, KY 41647

**AND**

**ALICIA DAWSON, OWNER OR EMPLOYEE OF MCDOWELL PROFESSIONAL PHARMACY, INC.**

> Serve:    Alicia Dawson
> 230 Frasure Creek
> McDowell, KY 41647

**AND**

**MED-MART PHARMACY, LLC**
**87 CVB Drive**
**London, KY 40741**

> Serve:    Mike Sizemore, Registered Agent
> 87 CVB Drive
> London, KY 40741

**AND**

**THE MEDICINE SHOPPE HYDEN**
**22044 Main Street**
**Hyden, KY 41749**

> Serve:    Ronnie Stewart, Registered Agent
> 22044 Main Street
> Hyden, KY 41749

**AND**

**RONNIE STEWART, OWNER OR EMPLOYEE OF THE MEDICINE SHOPPE HYDEN**

> Serve:    Ronnie Stewart
> 16 Hickory Street
> Hyden, KY 41749



**AND**

**MOUNTAIN CLINIC PHARMACY, LLC**
**1904 North Main Street**
**Hazard, KY 41701**

> Serve:          Brooks Webb, Registered Agent
> 1904 North Main Street
> Hazard, KY 41701

**AND**

**BROOKS WEBB, OWNER OR EMPLOYEE OF MOUNTAIN CLINIC PHARMACY, LLC**

> Serve:          Brooks Webb
> 3903 Wentworth Place
> Lexington, KY 40515

**AND**

**PARKVIEW PHARMACY, INC.**
**8274 KY Route 122**
**Minnie, KY 41651**

> Serve:          Valerie Akers
> 8274 KY Route 122
> Minnie, KY 41651

**AND**

**PEJ, INC. IN ITS OWN NAME AND D/B/A HOMETOWN PHARMACY OF JACKSON**
**265 Kentucky Highway 15 South, Suite 2**
**Jackson, KY 41339**

> Serve:          Everett L. Dunaway, Registered Agent
> 265 Kentucky Highway 15 South, Suite 2
> Jackson, KY 41339

**AND**

**THE PLAZA PHARMACY, PLLC**
**1389 Highway 15 North**
**Jackson, KY 41339**

Serve:          Theresa Merced, Registered Agent
                1389 HWY 15 N.
                Box 606
                Jackson, KY 41339

**AND**

**POWERS PHARMACY, INC.**
**9448 HWY 805**
**Jenkins, KY 41537**

Serve:          David Powers, Registered Agent
                73 #1 Hill
                P.O. Box 66
                Burdine, KY 41517

**AND**

**PROFESSIONAL PHARMACY OF HAZARD, PLLC**
**124 Grandview Plaza, Unit #6**
**Hazard, KY 41701**

Serve:          Daniel Glen Thies, Registered Agent
                233 Orchard Street
                Hazard, KY 41701

**AND**

**DANIEL THIES, OWNER OR EMPLOYEE OF PROFESSIONAL PHARMACY OF
HAZARD, PLLC**

Serve:          Daniel Thies
                699 Phoenix Place Blvd. 96
                Hazard, KY 41701

**AND**

17

**SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY**
**101 Town and Country Lane, STE. 100**
**Hazard, KY 41701**

      Serve:      Lori M. Hayden
                     11910 Berry Hill Road
                     Louisville, KY 40243

**AND**

**BARRY MARTIN, OWNER OR EMPLOYEE OF SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY AND/OR EAST MAIN STREET PHARMACY, LLC**

      Serve:      Barry Martin
                     3845 Real Quiet Lane
                     Lexington, KY 40509

**AND**

**ROBERT BURTON, OWNER OR EMPLOYEE OF SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY AND/OR EAST MAIN STREET PHARMACY, LLC**

      Serve:      Robert Burton
                     1418 Clear Creek Road
                     Hazard, KY 41701

**AND**

**STALLARD'S PHARMACY, INC. IN ITS OWN NAME AND D/B/A FAMILY DRUG OF NEON**
**972 Highway 317**
**Neon, KY 41840**

      Serve:      James Craig Stallard, Registered Agent
                     972 HWY 317
                     Neon, KY 41840

**AND**

18

**JAMES CRAIG STALLARD, OWNER OR EMPLOYEE OF STALLARD'S PHARMACY, INC. AND/OR FAMILY DRUG OF NEON**

Serve: James Craig Stallard
1063 Dairy Hollow
Jenkins, KY 41537

**AND**

**WALTERS-GRIFFIN ENTERPRISE, INC. D/B/A SUPERIOR DRUG**
**251 Medical Plaza Lane Ste. C**
**Whitesburg, KY 41858**

Serve: Robert J. Walters, Sr.
P.O. Box 2290
359 Hazard Rd.
Whitesburg, KY 41858

**AND**

**WILLIAM REED HALL, OWNER OR EMPLOYEE OF WALTER-GRIFFIN ENTERPRISES, INC. D/B/A SUPERIOR DRUG**

Serve: William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

**AND**

**ROBERT WALTERS, SR., OWNER OR EMPLOYEE OF WALTER-GRIFFIN ENTERPRISES, INC. D/B/A SUPERIOR DRUG**

Serve: Robert Walters, Sr.
58 Anderson Street
Jenkins, KY 41537

**AND**

**THOMPSON DISCOUNT DRUG, INC.**
**810 East 4th Street**
**London, KY 40741**

      Serve:      F. Britton Thompson, Registered Agent
                     810 East 4th Street
                     London, KY 40741

**AND**

**F. BRITTON THOMPSON, OWNER OR EMPLOYEE OF THOMPSON DISCOUNT DRUG, INC.**

      Serve:      F. Britton Thompson
                     918 East 4th Street
                     London, KY 40741

**AND**

**VALUE RX BLUEGRASS, LLC**
**21 Mink Lane**
**Pineville, KY 40977**

      Serve:      Todd Walters, Registered Agent
                     21 Mink Lane
                     Pineville, KY 40977

**AND**

**VALUE RX II, LLC**
**21 Mink Lane**
**Pineville, KY 40977**

      Serve:      Todd Walters, Registered Agent
                     21 Mink Lane
                     Pineville, KY 40977

**AND**

**TODD WALTERS, OWNER OR EMPLOYEE OF VALUE RX BLUEGRASS, LLC AND/OR VALUE RX II, LLC**

> Serve:      Todd Walters
>             21 Mink Lane
>             Pineville, KY 40977

**AND**

**WAL-MART STORES EAST, LIMITED PARTNERSHIP**
**702 SW 8TH STREET**
**BENTONVILLE, AR 72716-0555**

> Serve:      CT Corporation System, Registered Agent
>             Kentucky Home Life Building
>             Louisville, KY 40202

**AND**

**MIKE MCINTOSH, OWNER OR EMPLOYEE OF WAL-MART STORES EAST, LIMITED PARTNERSHP**

> Serve:      Mike McIntosh
>             79 Happy Valley Lane
>             Hazard, KY 41701

**AND**

**JOHN DOE I THORUGH JOHN DOE XL, THE UNKNOWN EMPLOYEES AND/OOR OWNERS OF THE DEFENDANTS NAMED HEREIN.**



## COMPLAINT

**NOW COMES** Plaintiff James A. Chaney, by and through undersigned counsel, and, for his Complaint and causes of action against the Defendants herein, hereby states and alleges as follows:

### PARTIES

1. Plaintiff James A. Chaney ("Plaintiff Chaney") is and was at all times relevant hereto a resident of Hazard, Perry County, KY 41701.

2. Defendant CVS Pharmacy, Inc. ("Defendant CVS") is and was at all times relevant hereto a corporation duly organized under the laws of the State of Rhode Island, and doing business in Hazard, Perry County, KY, with its principal office being located at One CVS Drive, Woonsocket, RI 02895. Defendant CVS may be served with process by mailing a copy of the Complaint to this Defendant's registered agent for service of process, C.T. Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

3. Defendant Kentucky CVS Pharmacy, LLC ("Defendant Kentucky CVS") is and was at all times relevant hereto a limited liability company duly organized under the laws of the State of Kentucky, and doing business in Hazard, Perry County, KY, with its principal office being located at 157 South Buckman Street, Shepherdsville, KY 40165. Defendant Kentucky CVS may be served with process by mailing a copy of the Complaint to this Defendant's registered agent for service of process, C.T. Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

4. Defendant Ryan McGrainer ("Defendant McGraner") is and was at all times relevant hereto employed as a pharmacist by and for Defendant CVS or Defendant Kentucky CVS, 30 South Kentucky Highway 15, Hazard, KY 41701.

22

Filed          23-CI-00442     12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

5.  Defendant James Shackleford ("Defendant Shackleford") is and was at all times relevant hereto employed as a pharmacist by and for Defendant CVS or Defendant Kentucky CVS, and upon information and belief resides at 1033 Bee Hive Road, Slemp, KY 41763-8910, Perry County.

6.  Defendant Sherry Sutherland ("Defendant Sutherland") is and was at all times relevant hereto employed as a pharmacist by and for Defendant CVS or Defendant Kentucky CVS, and upon information and belief resides at 131 Sutherland Drive, Bimble, LY 40915-6131.

7.  Defendant R/X Discount Pharmacy, Inc. ("Defendant R/X Discount Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, KY, with its principal office being located at 500 Morton Blvd., Hazard, KY.  Defendant R/X Discount Pharmacy's agent for service of process is Richard K. Slone, 500 Morton Blvd., Hazard, KY 41701.

8.  Defendant R/X Discount Pharmacy of Hazard, Inc. ("Defendant R/X Discount Pharmacy of Hazard") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, KY, with its principal office being located at 500 Morton Blvd., Hazard, KY.  Defendant R/X Discount Pharmacy of Hazard's agent for service of process is Richard K. Slone, 500 Morton Blvd., Hazard, KY 41701.

9.  Defendant Richard Slone ("Defendant Slone") is and was at all times relevant hereto an owner or employee of Defendant R/X Discount Pharmacy and/or Defendant R/X Discount Pharmacy of Hazard, and upon information and belief resides at 4736 Possum Trot Road, Leburn, KY 41831.

Filed          23-CI-00442     12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

10. Defendant R/X Discount Pharmacy of Harlan County, Inc. d/b/a Clay Discount Pharmacy ("Defendant Clay Discount Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, KY, with its principal office being located at 306 Morton Blvd., Hazard, KY.  Defendant R/X Discount Pharmacy of Hazard's agent for service of process is Richard K. Slone, 306 Morton Blvd., Hazard, KY 41701.

11. Defendant Appalachian Regional Healthcare, Inc. ("Defendant ARH"), in its own name and doing business as ARH Reg. Med. Center Pharmacy and/or ARH Community Pharmacy, is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 2260 Executive Drive, Lexington, KY 40505.  Defendant ARH's agent for service of process is Christi Lee, ARH System Center-Hazard, 101 Airport Gardens Road, Suite 305, Hazard, KY 41701.

12. Defendant Helen Herald ("Defendant Herald") is and was at all times relevant hereto an owner or employee of Defendant ARH and upon information and belief resides at 113 Rock Ridge Road Big, Hazard, KY 41701.

13. Defendant Rebecca Wooton Napier ("Defendant Napier") is and was at all times relevant hereto an owner or employee of Defendant ARH and upon information and belief resides at 10664 N KY Highway 15Chavies, KY 41727.

14. Defendant Holly Harris a/k/a Holly Crady ("Defendant Harris") is and was at all times relevant hereto an owner or employee of Defendant ARH and upon information and belief resides at 2423 Valley Vista Road, Louisville, KY 40205.

15. Defendant Boggs Pharmacy, Inc. ("Defendant Boggs Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Jenkins, Pike County, Kentucky, with its principal office being located at P.O. Box 747, Jenkins, KY 41537. Defendant Boggs Pharmacy's agent for service of process is Wendell Boggs, 1001 Main St., HWY U.S. 23, Jenkins, KY 41537.

16. Defendant Broadway Clinic Pharmacy, Inc. d/b/a Medicine Cabinet Pharmacy ("Defendant Medicine Cabinet Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Pineville, Bell County, Kentucky, with its principal office being located at 251 S. Pine Street, Pineville, KY 40977. Defendant Medicine Cabinet Pharmacy's agent for service of process is Timothy S. Eldridge, 114 N. Main Cross St., Flemingsburg, KY 41041.

17. Defendant Community Drug of Mauchester, Inc. ("Defendant Community Drug of Manchester") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Manchester, Clay County, Kentucky, with its principal office being located at 1668 S. Hwy 421, Manchester, KY 40962. Defendant Community Drug of Manchester's agent for service of process is Carlo Wessels, 250 Grandview Drive, Suite 500, Fort Mitchell, KY 41017.

18. Defendant Michael Sizemore ("Defendant Sizemore") is and was at all times relevant hereto an owner or employee of Defendant Community Drug of Manchester, Inc. and/or Med-Mart Pharmacy, LLC and upon information and belief resides at 5460 Slate Lick Road, London, KY 40741.

19. Defendant Complete Care Pharmacy ("Defendant Complete Care Pharmacy") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of

Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 572 Morton Blvd., Hazard, KY 41701. Defendant Complete Care Pharmacy's agent for service of process is Cynthia R. Williams, 572 Morton Blvd., Hazard, KY 41701.

20. Defendant Cynthia Williams ("Defendant Williams") is and was at all times relevant hereto an owner or employee of Defendant Complete Care Pharmacy and upon information and belief resides at 55 Lindsey Lane, Hazard, KY 41701.

21. Defendant Lori Johnson a/k/a Laura Johnson ("Defendant Johnson") is and was at all times relevant hereto an owner or employee of Defendant Complete Care Pharmacy and upon information and belief resides at 59 Lauren Paige Lane, Hazard, KY 41701.

22. Defendant D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe ("Defendant The Medicine Shoppe") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Danville, Boyle County, Kentucky, with its principal office being located at 1374 Quirks Run Rd., Danville, KY 40422. Defendant The Medicine Shoppe's agent for service of process is Douglas A. Coyle, 900 Hustonville Road, Danville, KY 40422.

23. Defendant Tombert, Inc. d/b/a The Medicine Shoppe ("Defendant Tombert") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Martin, Floyd County, Kentucky, with its principal office being located at 815 Country Club Lane, Hopkinsville, KY 42240. Defendant Tombert's agent for service of process is Thomas D. Detrax, 815 Country Club Lane, Hopkinsville, KY 42240.

24. Defendant Downtown Drug, Inc. ("Defendant Downtown Drug") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Martin, Floyd County, Kentucky, with its principal office being located at

26

Filed          23-CI-00442    12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

90 Triangle Street, Martin, KY 41701.  Defendant Downtown Drug's agent for service of process is Melissa Samons, 90 Triangle Street, Martin, KY 41649.

25. Defendant DSSK Pharmaceutical, Inc., in its own name and doing business as the Medicine Shoppe Hazard ("Defendant DSSK Pharmaceutical"), is and was all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 145 Citizens Lane, Suite 200, Hazard, KY 41701.  Defendant DSSK Pharmaceutical's agent for service of process is Danny Rose, 941 North Main Street, Suite 102, Hazard, KY 41701.

26. Defendant Susan Fields ("Defendant Fields") is and was at all times relevant hereto an owner or employee of Defendant DSSK Pharmaceutical d/b/a The Medicine Shoppe Hazard and upon information and belief resides at 120 Holly Drive, Hazard, KY 41701.

27. Defendant East Main Street Pharmacy, LLC ("Defendant East Main Street Pharmacy") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 279 East Street, Hazard, KY 41701.  Defendant East Main Street Pharmacy's agent for service of process is Barry Martin, 101 Town and County Lane, Suite 101, Hazard, KY 41701.

28. Defendant Dachea Wooton ("Defendant Wooton") is and was at all times relevant hereto an owner or employee of Defendant East Main Street Pharmacy and upon information and belief resides at 555 Ridgeview Way, Hazard, KY 41701.

29. Defendant Family Pharmacy of Jackson ("Defendant Family Pharmacy of Jackson") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Jackson, Breathitt County, Kentucky, with its principal office

Filed          23-CI-00442    12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

being located at 265 Highway 15 South, Suite 2, Jackson, KY 41339. Defendant Family Pharmacy of Jackson may be served at 265 Highway 15 South, Suite 2, Jackson, KY 41339.

30. Defendant Harlan Medical Center Pharmacy, Inc. ("Defendant Harlan Medical Center Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Harlan, Harlan County, Kentucky, with its principal office being located at 132 Village Center, Harlan, KY 40831. Defendant Harlan Medical Center Pharmacy's agent for service of process is Ernest Watts, 2354 HWY 15, Whitesburg, KY 41858.

31. Defendant Ernest Watts ("Defendant Watts") is and was at all times relevant hereto an owner or employee of Defendant Harlan Medical Center Pharmacy and upon information and belief resides at 233 Blue Spruce Ridge, Hazard, KY 41701.

32. Defendant Brian Key ("Defendant Key") is and was at all times relevant hereto an owner or employee of Defendant Harlan Medical Center Pharmacy and upon information and belief resides at 59 Watertower Lane, Hardinsburg, KY 40143.

33. Defendant Hometown Pharmacy of Hazard, LLC ("Defendant Hometown Pharmacy of Hazard") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at P.O. Box 3073, London, KY 40743. Defendant Hometown Pharmacy of Hazard's agent for service of process is Derek Lewis, 221 East Main Street, Hazard, KY 41701.

34. Defendant Hometown Pharmacy of Jackson, LLC ("Defendant Hometown Pharmacy of Jackson") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Jackson, Breathitt County, Kentucky, with its

28

Filed          23-CI-00442    12/11/2023        Charles Ira Patterson, Perry Circuit Clerk

principal office being located at 95 Jackson Heights, Jackson, KY 41339. Defendant Hometown Pharmacy of Jackson can be served at 95 Jackson Heights, Jackson, KY 41339.

35. Defendant Hometown Pharmacy, Inc. ("Defendant Hometown Pharmacy of Hyden") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hyden, Leslie County, Kentucky, with its principal office being located at 130 KY-80, Hyden, KY 41749. Defendant Hometown Pharmacy of Jackson can be served at its agent for service of process, Derek Lewis, at 130 KY-80, Hyden, KY 41749.

36. Defendant Joe Lewis ("Defendant Lewis") is and was at all times relevant hereto an owner or employee of Defendant Hometown Pharmacy of Hyden and upon information and belief resides at 1302 N Franklin Road, Indianapolis, IN 46219.

37. Defendant Doug Morgan ("Defendant Morgan") is and was at all times relevant hereto an owner or employee of Defendant Hometown Pharmacy of Hyden and upon information and belief resides at 105 Grapevine Place, Hazard, KY 41701.

38. Defendant Hometown Pharmacy of Manchester, LLC ("Defendant Hometown Pharmacy of Manchester") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Manchester, Clay County, Kentucky, with its principal office being located at 2163 East Highway 30, East Bernstadt, KY 40729. Defendant Hometown Pharmacy of Manchester's agent for service of process is Robert Goforth, 2163 East Highway 30, East Bernstadt, KY 40729.

39. Defendant Matthew Hutera ("Defendant Hutera") is and was at all times relevant hereto an owner or employee of Defendant Hometown Pharmacy of Manchester and can be served at 2163 East Highway 30, East Bernstadt, KY 40729.

Filed          23-CI-00442    12/11/2023        Charles Ira Patterson, Perry Circuit Clerk

40. Defendant Hospice of the Bluegrass, Inc. ("Defendant Hospice of the Bluegrass") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 57 Dennis Sandlin, Hazard, KY 41501. Defendant Hospice of the Bluegrass's agent for service of process is Elizabeth D. Fowler, 1733 Harrodsburg Road, Lexington, KY 40503.

41. Defendant Jeffrey Holmes ("Defendant Holmes") is and was at all times relevant hereto an owner or employee of Defendant Hospice of the Bluegrass and upon information and belief resides at, 3001 Highway 26, Corbin, KY 40701.

42. Defendant Wendell Short ("Defendant Short") is and was at all times relevant hereto an owner or employee of Defendant Hospice of the Bluegrass and upon information and belief resides at 137 River Oaks Circle, London, KY 40744.

43. Defendant Howard Family Pharmacy, Inc. ("Defendant Howard Family Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Eastern, Floyd County, Kentucky, with its principal office being located at 327 KY Route 550, Eastern, KY 41822. Defendant Howard Family Pharmacy's agent for service of process is Wesley W. Howard, 1453 Prater Fork, Hueysville, KY 41640.

44. Defendant Wesley Howard ("Defendant Howard") is and was at all times relevant hereto an owner or employee of Defendant Howard Family Pharmacy and upon information and belief can be served at P.O. Box 1651, Harlan, KY 40831.

45. Defendant Johns Creek Drug Center, Inc. ("Defendant Johns Creek Drug Center") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Pikeville, Pike County, Kentucky, with its principal office

being located at 6162 Zebulon Highway, Pikeville, KY 41502. Defendant Johns Creek Drug Center's agent for service of process is Donnie K. Starnes, 181 Starnes Drive, Pikeville, KY 41501.

46. Defendant Donnie Starnes ("Defendant Starnes") is and was at all times relevant hereto an owner or employee of Defendant Johns Creek Drug Center and can be served at 181 Starnes Drive, Pikeville, KY 41501.

47. Defendant Jordan Drug, Inc., doing business as Jackson Apothecary and doing business as Breathitt Prescription Center ("Defendant Jordan Drng") is and was all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Jackson, Breathitt County, Kentucky, with its principal office being located at 842 Highway 15 North, Jackson, KY 41339. Defendant Jordan Drug's agent for service of process is FBT LLC Lexington, 2700 Lexington Financial Center, Lexington, KY 40507-1742.

48. Defendant King Pharmacy, Inc. ("Defendant King Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 900 Morton Blvd., Hazard, KY 41701. Defendant King Pharmacy's agent for service of process is Leslie Scott King, 900 Morton Blvd., Hazard, KY 41701.

49. Defendant Leslie Scott King ("Defendant King") is and was at all times relevant hereto an owner or employee of Defendant King Pharmacy and upon information and belief resides at 239 Artie Way, Hazard, KY 41701.

50. Defendant Knott Prescription Center, Inc. ("Defendant Knott Prescription Center") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hindman, Knott County, Kentucky, with its principal office

31

Filed          23-CI-00442     12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

being located at P.O. Box 1042, Hindman, KY 41822.  Defendant Knott Prescription Center's agent for service of process is Todd Hall, 59 West HWY 80, Suite 1, Hindman, KY 41822.

51. Defendant Christopher Hall ("Defendant Hall") is and was at all times relevant hereto an owner or employee of Defendant Knott Prescription Center and can be served at 59 West HWY 80, Suite 1, Hindman, KY 41822.

52. Defendant Charles Stuart Duff ("Defendant Duff") is and was at all times relevant hereto an owner or employee of Defendant Knott Prescription Center and upon information and belief resides at 538 Ridgeview Way, Hazard, KY 41701.

53. Defendant Lackey Pharmacy, Inc. ("Defendant Lackey Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Lackey, Floyd County, Kentucky, with its principal office being located at Route 550-77 Millard-Allen Rd., Lackey KY 41643.  Defendant Lackey Pharmacy's agent for service of process is Alora Warren, 2400 Abbeywood Road, Lexington, KY 40515.

54. Defendant Mountain Comprehensive Health Care doing business as Leatherwood-Blackey Medical Clinic ("Defendant Mountain Comprehensive Health Care") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Cornettsville, Perry County, Kentucky, with its principal office being located at 464 State Highway 669, Cornettsville, KY 41731.  Defendant Mountain Comprehensive Health Care's agent for service of process is L.M. Caudill, 226 Medical Plaza Lane, P.O. Box 40, Whitesburg, KY 41848.

55. Defendant Verlon Banks ("Defendant Banks") is and was at all times relevant hereto an owner or employee of Defendant Mountain Comprehensive Health Care and upon information and belief resides at 4236 Highway 15, Whitesburg, KY 41858.

32

56. Defendant Manchester Pharmacist Group, LLC d/b/a Family Drug Center ("Defendant Family Drug Center") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Manchester, Clay County, Kentucky, with its principal office being located at 415 Richmond Road, Unit B, Manchester, KY 40962. Defendant Family Drug Center's agent for service of process is Justin Bell, 2425 Williamsburg Estates Lane, Lexington, KY 40504.

57. Defendant McDowell Professional Pharmacy, Inc. ("Defendant McDowell") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in McDowell, Floyd County, Kentucky, with its principal office being located at 9549 KY Route 122, McDowell, KY 41647. Defendant McDowell's agent for service of process is Steven Gregory Dawson, Route 122, Box 700, McDowell, KY 41647.

58. Defendant Steve Dawson ("Defendant Steve Dawson") is and was at all times relevant hereto an owner or employee of Defendant McDowell and upon information and belief resides at 230 Frasure Creek, McDowell, KY 41647.

59. Defendant Alicia Dawson ("Defendant Alicia Dawson") is and was at all times relevant hereto an owner or employee of Defendant McDowell and upon information and belief resides at 230 Frasure Creek, McDowell, KY 41647.

60. Defendant Med-Mart Pharmacy, LLC ("Defendant Med-Mart Pharmacy") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in London, Laurel County, Kentucky, with its principal office being located at 87 CVB Drive, London, KY 40741. Defendant Med-Mart Pharmacy's agent for service of process is Michael Sizemore, 8 CVB Drive, London, KY 40741.

33

61. Defendant Medicine Shoppe Hyden ("Defendant Medicine Shoppe Hyden") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hyden, Leslie County, Kentucky, with its principal office being located at 22044 Main Street, Hyden, KY, 41749. Defendant Medicine Shoppe Hyden's agent for service of process is Ronnie Stewart, 22044 Main Street, Hyden, KY 41749.

62. Defendant Ronnie Stewart ("Defendant Stewart") is and was at all times relevant hereto an owner or employee of Defendant Medicine Shoppe Hyden and upon information and belief resides at 16 Hickory St., Hyden, KY 41749.

63. Defendant Mountain Clinic Pharmacy, LLC ("Defendant Mountain Clinic Pharmacy") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 1904 North Main Street, Hazard, KY 41701. Defendant Mountain Clinic Pharmacy's agent for service of process is Brooks Webb, 1904 North Main Street, Hazard, KY 41701.

64. Defendant Brooks Webb ("Defendant Webb") is and was at all times relevant hereto an owner or employee of Defendant Mountain Clinic Pharmacy and upon information and belief resides at 3903 Wentworth Place, Lexington, KY 40515.

65. Defendant Parkview Pharmacy, Inc. ("Defendant Parkview Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Minnie, Floyd County, Kentucky, with its principal office being located at 8274 KY Route 122, Minnie, KY 41651. Defendant Parkview Pharmacy's agent for service of process is Valeria Akers, 8274 KY Route 122, Minnie, KY 41651.

Filed          23-CI-00442     12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

66. Defendant PEJ, Inc., in its own name and doing business as Hometown Pharmacy of Jackson ("Defendant PEJ") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Jackson, Breathitt County, Kentucky, with its principal office being located at 265 Kentucky Highway 15 South, Suite 2, Jackson, KY 41339.  Defendant PEJ's agent for service of process is Everett L. Dunaway, 265 Kentucky Highway 15 South, Suite 2, Jackson, KY 41339.

67. Defendant The Plaza Pharmacy, PLLC ("Defendant Plaza Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Jackson, Breathitt County, Kentucky, with its principal office being located at 1389 Highway 15 North, Jackson, KY 41339.  Defendant Plaza Pharmacy's agent for service of process is Theresa Merced, 1389 HWY 15 N., Box 606, Jackson, KY 41339.

68. Defendant Powers Pharmacy, Inc. ("Defendant Powers Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Jenkins, Letcher County, Kentucky, with its principal office being located at 9448 Highway 805, Jenkins, KY 41537.  Defendant Powers Pharmacy's agent for service of process is David Powers, 73 #1 Hill, P.O. Box 66, Burdine, KY 41517.

69. Defendant Professional Pharmacy of Hazard, PLLC ("Defendant Professional Pharmacy of Hazard") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 124 Grandview Plaza, Unit #6, Hazard, KY 41701.  Defendant Professional Pharmacy of Hazard's agent for service of process is Daniel Glen Thies, 233 Orchard Street, Hazard, KY 41701.

Filed          23-CI-00442     12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

Filed                    23-CI-00442   12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

70. Defendant Daniel Thies ("Defendant Thies") is and was at all times relevant hereto an owner or employee of Defendant Professional Pharmacy of Hazard and upon information and belief resides at 699 Phoenix Place Blvd. Hazard, KY 41701.

71. Defendant Specialty Care Center Pharmacy of E. Kentucky ("Defendant Specialty Care Center") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 101 Town and Country Lane, Suite 100, Hazard, KY 41701. Defendant Specialty Care Center's agent for service of process is Lori M. Hayden, 11910 Berry Hill Road, Louisville, KY 40243.

72. Defendant Barry Martin ("Defendant Martin") is and was at all times relevant hereto an owner or employee of Defendant Specialty Care Center and/or East Main Street Pharmacy, and upon information and belief resides at 3845 Real Quiet Lane, Lexington, KY 40509.

73. Defendant Robert Burton ("Defendant Burton") is and was at all times relevant hereto an owner or employee of Defendant Specialty Care Center and/or East Main Street Pharmacy, and upon information and belief resides at 1418 Clear Creek Road Hazard, KY 41701.

74. Defendant Stallard's Pharmacy, Inc., in its own name and doing business as Family Drug of Neon ("Defendant Stallard's Pharmacy") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in Neon, Letcher County, Kentucky, with its principal office being located at 972 Highway 317, Neon, KY 41840. Defendant Stallard's Pharmacy's agent for service of process is James Craig Stallard, 972 HWY 317, Neon, KY 41840.

36

75. Defendant James Craig Stallard ("Defendant Stallard") is and was at all times relevant hereto an owner or employee of Defendant Stallard's Pharmacy, and upon information and belief resides at 1063 Dairy Hole, Jenkins, KY 41537.

76. Defendant Walters-Griffin Enterprise, Inc. doing business as Superior Drug ("Defendant Superior Drug") is and was at all times relevant hereto a corporation duly organized under the laws of the Texas, and doing business in Whitesburg, Letcher County, Kentucky, with its principal office being located at 251 Medical Plaza Lane, Suite C, Whitesburg, KY 41858. Defendant Superior Drug's agent for service of process is Robert Walters, Sr., P.O. Box 2290, 359 Hazard Rd., Whitesburg, KY 41858.

77. Defendant William Reed Hall ("Defendant Hall") is and was at all times relevant hereto an owner or employee of Defendant Superior Drug, and upon information and belief resides at 74 Ohio Street, Whitesburg, KY 41858.

78. Defendant Robert Walters, Sr. ("Defendant Walters") is and was at all times relevant hereto an owner or employee of Defendant Superior Drug, and upon information and belief resides at 58 Anderson Street, Jenkins, KY 41537.

79. Defendant Thompson Discount Drug, Inc. ("Defendant Thompson Discount Drug") is and was at all times relevant hereto a corporation duly organized under the laws of the Commonwealth of Kentucky, and doing business in London, Laurel County, Kentucky, with its principal office being located at 810 East 4th St., London, KY 40741. Defendant Thompson Discount Drug's agent for service of process is F. Britton Thompson, 819 East 4th Street, London, KY 40741.

80. Defendant F. Britton Thompson ("Defendant Thompson") is and was at all times relevant hereto an owner or employee of Defendant Thompson Discount Drug, and upon information and belief resides at 918 E. 4th Steet, London, KY 40741.

81. Defendant Value RX Bluegrass, LLC ("Defendant Value RX Bluegrass") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Pineville, Bell County, Kentucky, with its principal office being located at 21 Mink Lane, Pineville, KY 40977. Defendant Value RX Bluegrass' agent for service of process is Todd Walters, 21 Mink Lane, Pineville, KY 40977.

82. Defendant Value RX II, LLC ("Defendant Value RX II") is and was at all times relevant hereto a company duly organized under the laws of the Commonwealth of Kentucky, and doing business in Pineville, Bell County, Kentucky, with its principal office being located at 21 Mink Lane, Pineville, KY 40977. Defendant Value RX II's agent for service of process is Todd Walters, 21 Mink Lane, Pineville, KY 40977.

83. Defendant Todd Walters ("Defendant Todd Walters") is and was at all times relevant hereto an owner or employee of Defendant Value RX Bluegrass and/or Value RX II, and upon information and belief resides at 21 Mink Lane, Pineville, KY 40977.

84. Defendant Wal-Mart Stores East, Limited Partnership. ("Defendant Wal-Mart") is and was at all times relevant hereto a corporation duly organized under the laws of the Arkansas, and doing business in Hazard, Perry County, Kentucky, with its principal office being located at 702 SW 8th Street, Bentonville, AR 72716-0555. Service shall be affected upon this Defendant by mailing a copy of the Complaint to this Defendant's registered agent for service of process, C.T. Corporation System, Kentucky Home Life Building, Louisville, KY 40202.

85. Defendant Mike McIntosh ("Defendant McIntosh") is and was at all times relevant hereto an owner or employee of Defendant Wal-mart, and upon information and belief resides at 79 Happy Valley Lane, Hazard, KY 41701.

86. Unknown Defendants John Doe I through John Doe XL are individuals who are or were employed by one or more of the named Defendants during the relevant time period. Attached hereto is an Affidavit for Appointment of Warning Order Attorneys to serve these Defendants.

87. Defendants jointly and severally controlled the operation, planning, management, budget, and quality control of their respective pharmacies and/or health care providers. The authority exercised by Defendants over the pharmacies and/or health care providers included, but was not limited to, operation, management, control of marketing, human resources management, training, staffing, creation, and implementation of all policy and procedure manuals used by pharmacies and healthcare providers in Kentucky, federal state reimbursement, quality care assessment and compliance, licensure and certification, legal services, and financial, tax and accounting control through fiscal policies established by Defendants.

88. Pursuant to the principles of actual agency, ostensible agency and apparent authority, Defendants are responsible for the acts and/or omissions of their agents, servants, employees, and/or representatives.

89. Jurisdiction and venue are proper in this Court.

## FACTS

90. Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

91. Plaintiff Chaney was a practicing physician in Hazard, Perry County, Kentucky during all times relevant to the allegations asserted in this Complaint.

92. At all times relevant herein, prescriptions for various medications, including controlled substances were written by various medical providers, including Plaintiff Chaney, using their identification numbers issued by the United States Drug Enforcement Agency ("DEA"), Kentucky

Board of Medical Licensure ("KBML License Number"), as well as the National Provider Identification Number ("NPI Number").

93. At all times relevant herein, Defendants filled prescriptions and dispensed various medications, including controlled substances, in Perry County and surrounding communities. In dispensing medication, including controlled substances, Defendants would attribute the prescriptions to physicians ostensibly based on actual prescriptions from those physicians.

94. At all times relevant herein, when filling prescriptions and dispensing medication, including controlled substances, Defendants would place the names of the physicians to whom they attributed the prescription, the dates the prescriptions were written, and the number of prescriptions attributed, into their databases, and conveyed or published this information to the Kentucky All Schedule Prescription Electronic Reporting ("KASPER") database, which was maintained and monitored by the Commonwealth.

95. At all times relevant herein, Defendants knew or should have known that various state and federal governmental authorities were conducting investigations throughout the Commonwealth of the potential over-prescribing of controlled substances.

96. At all times relevant herein, Defendants knew or should have known that authorities were investigating and monitoring the prescription practices of Plaintiff Chaney, as a well-regarded and successful physician in Perry County.

97. At all times relevant herein, Defendants knew or should have known that the more prescriptions attributed to a physician, the more likely that physician was to be investigated and indicted.

40

Filed          23-CI-00442    12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

98. At all times relevant herein, Defendants knew or should have known that, if it appeared in KASPER that a physician was prescribing excessive amounts of controlled substances on certain days, that physician was more likely to be investigated and indicted.

99. At all times relevant herein, Defendants knew or should have known that inaccurate or erroneous attributions to a physician would increase the likelihood of that physician being investigated and indicted.

100.    At all times relevant herein, Defendants and their actual or ostensible agents performed acts that wrongly made it appear that Plaintiff Chaney was prescribing more controlled substances than he was actually prescribing, made it appear that he was prescribing controlled substances on days when he was not working, and made it appear that he was writing multiple prescriptions to the same individuals in violation of applicable standards and laws.

101.    At all times relevant herein, when receiving from patients a prescription written by Plaintiff Chaney, Defendants and their actual or ostensible agents changed those prescriptions such that a single prescription was entered into their databases and filled as multiple prescriptions to the same individual, or changed the date those prescriptions were allegedly written.

102.    At all times relevant herein, Defendants and their actual or ostensible agents wrongfully attributed to Plaintiff Chaney prescriptions written by other providers.

103.    At all times relevant herein, Defendants and their actual or ostensible agents wrongfully filled prescriptions that were unsigned, otherwise incomplete, and/or fictitious.

104.    At all times relevant herein, the wrongfully filled or wrongfully attributed prescriptions were placed into Defendants' respective databases under Plaintiff Chaney's name and were transferred or conveyed to KASPER.

Filed          23-CI-00442    12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

105.     As a result of the actions described above, the data contained in the KASPER database for Plaintiff Chaney suggested that Plaintiff Chaney was writing more prescriptions, and prescribing greater quantities of controlled substances, including oxycodone, methadone, hydrocodone, and alprazolam, than Plaintiff Chaney was actually prescribing and in violation of applicable standards and laws.

106.     As a result of the actions described above, the data contained in the KASPER database for Plaintiff Chaney suggested that Plaintiff Chaney was writing prescriptions on days when he was not working.

107.     The inaccurate information provided by Defendants to KASPER made it more likely that various federal and state law enforcement officers, agencies, and regulatory bodies would investigate and monitor Plaintiff Chaney.

108.     The inaccurate information provided by Defendants to KASPER made it more likely that various federal and state law enforcement officers, agencies, and regulatory bodies would accuse Plaintiff Chaney of over-prescribing controlled substances and other unlawful activity.

109.     The inaccurate information provided by Defendants to KASPER made it more likely that various federal and state law enforcement officers, agencies, and regulatory bodies would seek and obtain the assistance of the United States Attorneys' Office to initiate a criminal investigation of Plaintiff Chaney and to indict him based on that inaccurate information.

110.     On information and belief, Defendants knew that they had provided inaccurate data to KASPER that made it appear as though Plaintiff Chaney was writing more prescriptions and prescribing greater quantities of controlled substances that Plaintiff Chaney was actually prescribing, and in violation of applicable standards and laws.

42

111.     Despite this knowledge, Defendants did not advise government authorities of the inaccurate data or seek to correct the inaccurate data, and did not advise those providers affected by the inaccurate data, but instead, concealed that they had submitted this inaccurate data.

112.     Largely based on the belief or assumption that the prescription information in KASPER was accurate and reliable, Plaintiff Chaney was investigated by various federal and state law enforcement officers, agencies, and regulatory bodies.

113.     Largely based on the belief or assumption that the prescription information in KASPER was accurate and reliable, the United States commenced a criminal investigation of Plaintiff Chaney.

114.     Largely based on the belief or assumption that the prescription information in KASPER was accurate and reliable, the United States filed a criminal indictment of Plaintiff Chaney in October 2014.

115.     As a result of the indictment, Plaintiff Chaney's medical license was suspended, preventing him from treating his patients and earning a living.  At the time of the indictment, Plaintiff Chaney was forty-nine years old, and had a work life expectancy of at least another nineteen years.  Plaintiff Chaney's gross annual income prior to 2014 exceeded one million dollars per year.

116.     As a result of the indictment, Plaintiff Chaney incurred substantial attorneys' fees and expenses, endured substantial pain and suffering, mental anguish, emotional distress, loss of enjoyment of life, inconvenience, embarrassment and other harm.

117.     As a result of the indictment, Plaintiff Chaney's reputation was decimated.

118.     Largely based on the belief or assumption that the prescription information in KASPER was accurate and reliable, and Plaintiff Chaney's and the government's lack of

43

knowledge of the extent of errors and misattributions to Plaintiff Chaney, Plaintiff Chaney was found guilty of various criminal offenses and was sentenced to 180 months in prison.

119.     As a result of the conviction, Plaintiff Chaney served seven and a half years in prison and remains under house arrest for an additional 90 months.

120.     As a result of the conviction, Plaintiff Chaney incurred additional attorneys' fees and expenses, endured substantial pain and suffering, mental anguish, emotional distress, loss of enjoyment of life, inconvenience, embarrassment and other harm.

121.     As a result of the conviction, Plaintiff Chaney's reputation was further destroyed.

122.     Since October 2014, Plaintiff Chaney has been unable to serve the people of Perry County and the surrounding communities, which had been his life's work up to that point.

123.     Despite efforts by his attorneys, Plaintiff Chaney was unable to discover the extent of the errors and misattributions by Defendants, or that the information in the KASPER database was a primary basis for the investigation against him and his indictment.

124.     Plaintiff Chaney learned of the extent of errors and misattributions as a result of testimony by various pharmacists in 2023. Plaintiff Chaney also learned through that testimony that Defendants were aware of the extent of errors and misattributions, but concealed that information from authorities and the affected providers. Plaintiff Chaney himself no longer had access to any KASPER data after 2014.

125.     Due to the acts or omissions of Defendants, Plaintiff Chaney has been caused to suffer damages in excess of the jurisdictional limits of this Court.

## COUNT I
## NEGLIGENCE – ALL DEFENDANTS

126.     Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

44

127.    At all times relevant herein, Defendants owed a duty to physicians such as Plaintiff Chaney to ensure that they filled prescriptions accurately and appropriately, to not alter prescriptions and to not misattribute prescriptions from other physicians to Plaintiff Chaney.

128.    At all times relevant berein, Defendants were negligent and acted in reckless disregard of Plaintiff Chaney's rights with respect to the filling of prescriptions and dispensing medication, including controlled substances, and breached their duties to Plaintiff Chaney, in that they:

a.  wrongly made it appear that Plaintiff Chaney was prescribing more controlled substances than he was actually prescribing;

b.  wrongly made it appear that Plaintiff Chaney was writing multiple prescriptions to the same individuals;

c.  wrongly altered the prescriptions such that a single prescription was entered and filled as multiple prescriptions to the same individual;

d.  wrongly altered the prescriptions such that they appeared to be written on a different date than they actually were;

e.  wrongfully attributed to Plaintiff Chaney prescriptions written by other physicians;

f.  wrongfully filled prescriptions that were unsigned or otherwise incomplete;

g.  Otherwise failed to accurately record and enter into their databases prescriptions written by Plaintiff Chaney;

h.  Failed to adequately and appropriately monitor for misattributions or incorrectly entered prescriptions;

i.  Failed to have policies and procedures in place to prevent or minimize the above-described wrongful acts;

j.  Failed to supervise their agents and employees to prevent or minimize the above-described wrongful acts;

k.  Failed to adequately train their agents and employees to prevent or minimize the above-described wrongful acts; and

l.  Performed other wrongful acts or wrongfully failed to perform other acts that may be discovered during the course of discovery.

129.    As a direct and proximate result of the joint and several negligence and reckless disregard of Defendants, acting individually and in concert with one another and Rite Aid of Kentucky, Inc. ("Rite Aid"), as stated hereinabove, Plaintiff Chaney has suffered the damages set forth above and, therefore, is entitled to recover said damages as set forth herein from Defendants, jointly and severally.

## COUNT II
## NEGLIGENT/FRAUDULENT MISREPRESENTATION – ALL DEFENDANTS

130.    Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

131.    Defendants, acting individually and in concert with one another and Rite Aid, negligently and/or knowingly attributed to Plaintiff Chaney prescriptions that Plaintiff Chaney did not write, were not authentic or accurate, and/or were invalid or fictitious.

132.    Defendants submitted this information to KASPER, and in so doing, represented to government authorities that the information they submitted was accurate and could be relied upon for purposes of monitoring and investigating the prescription activities of physicians, including Plaintiff Chaney.

Filed          23-CI-00442    12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

133.    Defendants anticipated that government authorities would rely on information they submitted and intended for government authorities to rely on that information.

134.    Defendants had a duty to physicians such as Plaintiff Chaney to accurately submit information to KASPER and the government authorities, and knew or should have known that government authorities would rely on that information.

135.    The information provided by Defendants was false, and Defendants knew or should have known of its falsity.

136.    Defendants failed to exercise reasonable care in communicating information to KASPER.

137.    Defendants made these misrepresentations for the purpose of filling prescriptions and realizing a profit.

138.    As a result of Defendants' joint and several misrepresentations, Plaintiff Chaney was damaged as described above and, therefore, is entitled to recover said damages as set forth herein from Defendants, jointly and severally.

## COUNT III
### FALSE LIGHT – ALL DEFENDANTS

139.    Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

140.    At all times relevant herein, Defendants attributed to Plaintiff Chaney prescriptions that Plaintiff Chaney did not write, were not authentic or accurate, and/or were invalid or fictitious.

141.    At all times relevant herein, Defendants published this false information to KASPER and governmental authorities.

142.    The publication of this false information placed Plaintiff Chaney in a false light that would be highly offensive to a reasonable person.  In particular, Plaintiff Chaney appeared falsely

Filed          23-CI-00442    12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

to the public and the government as having written large amounts of controlled substance prescriptions that he did not write and had written prescriptions on days when he was not working.

143.     Defendants, acting individually and in concert with one another and Rite Aid, had knowledge of the falsity of the information, or acted in reckless disregard as to the falsity of the information.

144.     As a result of Defendants' publication of this false information, Plaintiff Chaney was harmed as described above, and therefore, is entitled to recover said damages as set forth herein from Defendants, jointly and severally.

145.     As a direct and proximate result of Defendants placing Plaintiff Chaney in a false light, Plaintiff Chaney is entitled to damages including but not limited to punitive damages.

## COUNT IV
## DEFAMATION AND LIBEL– ALL DEFENDANTS

146.     Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

147.     Defendants, acting individually and in concert with one another and Rite Aid, defamed Plaintiff Chaney by publishing false statements attributing to him prescriptions he did not write, or that were inaccurate, incomplete or invalid.

148.     Defendants caused defamatory language about Plaintiff Chaney to be published in the KASPER database, which Defendants knew or should have known would be relied upon by government authorities.

149.     The publication of these false and defamatory statements caused Plaintiff Chaney to be investigated and indicted, caused the suspension of his medical license, caused substantial

48

injury to his reputation of Plaintiff Chaney, caused substantial pain and suffering, mental anguish, emotional distress and other harm, and ultimately, caused his conviction and imprisonment.

150.    As a direct and proximate result of the Defendants' actions, Plaintiff Chaney is entitled to damages including, but not limited to, punitive damages.

## COUNT V
## DEFAMATION AND LIBEL *PER SE* – ALL DEFENDANTS

151.    Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

152.    Defendants, acting individually and in concert with one another and Rite Aid, defamed Plaintiff Chaney by publishing false statements attributing to him prescriptions he did not write, or that were inaccurate, incomplete or invalid.

153.    Defendants committed libel *per se* by causing defamatory language about Plaintiff Chaney to be published in the KASPER database.

154.    The publication of these false and defamatory statements caused Plaintiff Chaney to be investigated and indicted, caused the suspension of his medical license, caused substantial injury to his reputation of Plaintiff Chaney, caused substantial pain and suffering, mental anguish, emotional distress and other harm, and ultimately, caused his conviction and imprisonment.

155.    As a direct and proximate result of the Defendants' libel *per se*, Plaintiff Chaney is entitled to damages including, but not limited to, punitive damages.

## COUNT VI
## IDENTITY THEFT
## VIOLATION OF KRS 514.160 – ALL DEFENDANTS

156.    Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

157.    Defendants, acting individually and in concert with one another and Rite Aid, violated KRS 514.160 by engaging in the theft of the identity of Plaintiff Chaney by using identifying information of Plaintiff Chaney to obtain benefits or property to which Defendants would not otherwise be entitled, by making financial transactions using the identity and by obtaining a commercial benefit.

158.    The violation of KRS 514.160 entitles Plaintiff Chaney to damages under KRS 446.070.

159.    In addition, the violation of KRS 514.160(2) entitles Plaintiff Chaney to assert a claim for violation of the Consumer Protection Act as contained in KRS 367.110 to 367.300, and Plaintiff Chaney does hereby assert a claim against Defendants, individually and acting in concert with one another and Rite Aid, under Kentucky's Consumer Protection Act.

## COUNT VII
## ATTORNEYS' FEES – ALL DEFENDANTS

160.    Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

161.    Plaintiff Chaney requests an award of all attorneys' fees expended in this matter pursuant to *Mo-Jack Distrib., LLC v. Tamarak Snacks, LLC*, 476 S.W.3d 900 (Ky. App. 2015), under the equitable rule that an award of attorneys' fees is within the discretion of the court, depending on the circumstances of each case.

162.    Plaintiff Chaney is also due an award of attorneys' fees under various claims, including but not limited to by reason of Defendants' joint and several violations of Kentucky's Consumer Protection Act, fully pled hereinabove.

Filed          23-CI-00442     12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

## COUNT VIII
## CAUSATION

163.     Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

164.     As a direct and proximate result of the joint and several negligence and other wrongful conduct of Defendants, acting individually and in concert, as set forth herein, Plaintiff Chaney has been caused to suffer:

 a. Past, present and future physical and mental pain and suffering;

 b. Increased likelihood of future harm;

 c. Actual, consequential, incidental and foreseeable damages, including fees and costs incurred in defending against the criminal investigation and proceeding;

 d. Loss of earnings and loss of earning capacity;

 e. Punitive damages; and

 f. Attorneys' fees, costs, and any other equitable relief that may be allowed including, but not limited to, all damages and attorneys' fees allowed by the Consumer Protection Act.

## COUNT IX
## PUNITIVE DAMAGES

165.     Plaintiff Chaney hereby adopts, reiterates, realleges, reavers, and incorporates all allegations set forth in the preceding paragraphs as if fully set forth herein.

166.     Defendants' joint and several conduct was so grossly negligent and wrongful as to entitle Plaintiff Chaney to an award of punitive damages.

Filed          23-CI-00442     12/11/2023          Charles Ira Patterson, Perry Circuit Clerk

**WHEREFORE,** Plaintiff Chaney respectfully prays the Court for relief as follows:

a.      For judgment against Defendants, jointly and severally, in an amount exceeding the minimum jurisdictional limits of this Court, together with all available pre-judgement and/or post-judgement interest at the maximum legal rate;

b.      For Plaintiff Chaney's costs incurred in pursuit of this matter, including a reasonable attorneys' fee;

c.      For punitive damages; and

d.      For any and all other relief to which it may appear Plaintiff Chaney is entitled, including trial by jury.

This 11th day of December, 2023.

                                        Respectfully submitted,

                                        /s/ *Masten Childers, III*
                                        Masten Childers, III, Esq.
                                        Aaron M. Oppegard, Esq.
                                        Michael W. Durborow, Esq.
                                        Sarah E. Cooley, Esq.
                                        Madeleine R. Hamlin, Esq.
                                        *Whiteford Taylor & Preston, LLP*
                                        161 N. Eagle Creek Dr., Suite 210
                                        Lexington, Kentucky 40509
                                        Telephone:    (859) 687-6699
                                        Facsimile:    (859) 263-3239
                                        mchilders@whitefordlaw.com
                                        aoppegard@whitefordlaw.com
                                        mdurborow@whitefordlaw.com
                                        scooley@whitefordlaw.com
                                        mhamlin@whitefordlaw.com
                                        *Counsel for Plaintiff*

                                        AND

Keith E. Whitson, Esq.
     *(motion for pro hac vice forthcoming)*
Jordan N. Kelly, Esq.
     *(motion for pro hac vice forthcoming)*
*Whiteford Taylor & Preston, LLP*
11 Stanwix Street, Suite 1400
Pittsburgh, Pennsylvania 15222
Telephone:    (412) 618-5600
Facsimile:    (412) 28601724
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Co-Counsel for Plaintiff*

AND

Christopher Chaisson, Esq.
     *(motion for pro hac vice forthcoming)*
*Whiteford Taylor & Preston, LLP*
1800 M Street NW, Suite 450N
Washington, DC 20036
Telephone:    (202) 836-8485
Facsimile:    (202) 327-6135
cchaisson@whitefordlaw.com
*Co-Counsel for Plaintiff*

AND

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
*Peterson Law Office, PLLC*
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
Telephone:    (859) 469-6390
Facsimile:    (859) 469-6391
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
firm@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Charles Ira Patterson, Perry Circuit
Clerk
545 Main Street
Hazard, KY 41702-7433

Case Number: 23-CI-00442



USPS CERTIFIED MAIL

9236 0901 9403 8341 6567 04

12-18-23
Opened
SW

Restricted Delivery

CHRISTI LEE
ARH SYSTEM CENTER-HAZARD
101 AIRPORT GARDENS ROAD, SUITE 305
HAZARD, KY 41701



**KCOJ eFiling Cover Sheet**

Case Number: 23-CI-00442

Envelope Number: 7012496

Package Retrieval Number: 701249647487618@00000101130

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 18.75

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Package : 000001 of 000057

Presiding Judge: HON. ALISON C. WELLS (633348)

ackage : 000001 of 000057

