**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| v. ) | |
| ) | |
| CVS PHARMACY, INC., *et al.*, ) | |
| ) | |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Come now Defendants Walmart Stores East, L.P. ("Walmart"), and Mike McIntosh (collectively "Walmart Defendants"), by counsel, to respectfully move the Court to enter the attached order extending the time for the Walmart Defendants to move, answer, or otherwise respond to the complaint in this matter to February 15, 2024.

1. Plaintiff filed this case on December 11, 2023 in the Perry County Circuit Court, pleading nine claims predicated on alleged errors in Defendants' reporting of prescriptions written by Plaintiff to Kentucky's prescription monitoring database. ECF No. 1-1, Compl. ¶¶ 94–106, 126–166. Plaintiff alleges those errors led to his conviction in federal court on 175 counts and 180-month prison sentence for, *inter alia*, unlawfully dispensing controlled substances. *See id.* ¶¶ 107–118; *U.S. v. Chaney*, No. 6:14-cr-00037-GFVT-HAI, ECF 519, J. at *1–4 (E.D. Ky. Nov. 7, 2017).

2. While the case was pending in state court, Plaintiff agreed with the Walmart Defendants to extend their deadline to respond to the complaint to February 15, 2024.

3. On January 16, 2024, Defendants Appalachian Regional Healthcare, Inc., Helen Herald, and Hollie Harris removed the case to this Court. ECF 1, Notice of Removal.

4.	Because of the removal, the Walmart Defendants' response deadline under Federal Rule of Civil Procedure 81(c)(2)(C) would be as early as January 23, 2024 without a Court order.

5.	The Walmart Defendants seek to have the extension agreement that the parties previously reached in the Perry County Circuit Court entered by this Court.

6.	Good cause exists for this relief.  The complaint includes nine claims, more than eighty defendants, and allegations dating back over a decade.  The proposed extension is requested in good faith and will not unduly delay the case as it was filed just over a month ago.

7.	The Walmart Defendants have discussed the requested relief with counsel for Plaintiff, and they have advised as follows:  "Plaintiff will be filing a Motion to Remand and do not believe that the Court has subject matter jurisdiction to consider this Motion; however, Plaintiff is committed to honoring his prior agreement that Movant's Answer/Responsive Pleading is not due until February 15, 2024 and will not oppose that requested relief."

8.	The Walmart Defendants reserve all rights and defenses.

Dated this 18th day of January, 2024.

	Respectfully Submitted,

	/s/ Jay Ridings
	Jay Milby Ridings
	Marcia Milby Ridings
	HAMM, MILBY & RIDINGS PLLC
	120 N. Main St.
	London, KY 40741
	Telephone: 606.864.4126
	Fax: 606.878.8144
	jridings@hmrkylaw.com
	marcia@hmrkylaw.com

	COUNSEL FOR WALMART STORES EAST, L.P., AND MIKE MCINTOSH