**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
ELECTRONICALLY FILED**

|  |  |  |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| v. | ) | |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| Defendants. | | |

**[PROPOSED] ORDER**

Having reviewed the Unopposed Motion for Extension of Time to Respond to Complaint filed by Defendants Wal-Mart Stores East, L.P. ("Walmart"), and Mike McIntosh to extend their responsive pleading deadline to February 15, 2024, and good cause appearing, it is hereby ORDERED that the Motion is GRANTED, and that Defendants Walmart and McIntosh shall have until February 15, 2024 to respond to Plaintiff's Complaint.

SO ORDERED this _____ day of _____, 2024.

_____
Hon. Hanly A. Ingram
United States Magistrate Judge