**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) |
| CVS PHARMACY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Wal-Mart Stores East, LP states:

1. Wal-Mart Stores East, LP is a Delaware limited partnership with its principal place of business in Bentonville, Arkansas.  WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner.

2. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.

3. The sole member of Wal-Mart Stores East, LLC is Walmart Inc.

4. Walmart Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 18, 2024

Respectfully submitted,

/s/ *Jay Ridings*
Jay Milby Ridings
Marcia Milby Ridings
HAMM, MILBY & RIDINGS PLLC
120 N. Main St.
London, KY 40741
Telephone: 606.864.4126
Fax: 606.878.8144
jridings@hmrkylaw.com
marcia@hmrkylaw.com

COUNSEL FOR WAL-MART STORES EAST, L.P.