UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | No. 6:24-CV-07-REW-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Walmart Defendants have moved to "extend[] the time for the Walmart Defendants to move, answer, or otherwise respond to the complaint in this matter to February 15, 2024." D.E. 6. They say the parties had a similar agreement in state court prior to removal and that Plaintiff continues to agree to such an extension. *Id*.

However, to ensure a complete and accurate record, **IT IS HEREBY ORDERED THAT** Plaintiff **SHALL** file a response to Walmart Defendants' motion on or before **Tuesday, January 23, 2024**.

This the 19th day of January, 2024.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1