**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**
**CIVIL ACTION NO. 6:24-CV-07-REW-HAI**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JAMES A. CHANEY,** | **PLAINTIFF** |
| v. | |
| **CVS PHARMACY, INC., et al.,** | **DEFENDANTS** |

**RESPONSE TO DEFENDANTS, WALMART STORES EAST, L.P, AND MIKE MCINTOSH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (DOC. 6)**

Plaintiff James A. Chaney ("Mr. Chaney"), by and through undersigned counsel and in compliance with the Court's January 19, 2024 Order (Doc. 8), submits this Response to Defendants, Walmart Stores East, L.P. and Mike McIntosh's (collectively the "Walmart Defendants") "Unopposed Motion for Extension of Time to Respond to Complaint."

1. On January 17, 2023, Appalachian Regional Healthcare, Inc. in its own name and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy, Helen Herald and Hollie Harris (collectively the "ARH Defendants") filed a Notice of Removal (Doc. 1).

2. Mr. Chaney's position is that the ARH Defendants' removal of this action to the United States District Court, Eastern District of Kentucky, from the Perry County Circuit Court is improper on its face and for other reasons, and does not believe this Court has subject-matter jurisdiction over the matter. As a result, Mr. Chaney did not intend to take any action (including joinder in any motion for extension) that might suggest some consent to this Court's jurisdiction.

1

3.  Because the Court has ordered Mr. Chaney to respond to the Walmart Defendants' motion, however, Mr. Chaney submits this response and confirms for the Court that he does not oppose the Walmart Defendants' requested relief. Mr. Chaney intends to honor all prior agreements with respect to extensions of time to respond to Mr. Chaney's Complaint. By submitting this response in compliance with the Court's Order, Mr. Chaney does not waive his objections to the jurisdiction of this Court.

Respectfully Submitted,

/s/ *Masten Childers, III*
Masten Childers, III, Esq. (KBA # 94898)
Aaron M. Oppegard, Esq. (KBA # 98766)
Michael W. Durborow, Esq. (KBA #96710)
Sarah E. Cooley, Esq. (KBA # 99993)
Madeleine R. Hamlin, Esq. (KBA #100019)
*Whiteford, Taylor & Preston, LLP*
161 N. Eagle Creek Drive, Suite 210
Lexington, Kentucky 40509
Telephone:    (859) 687-6699
Facsimile:     (859) 263-3239
mchilders@whitefordlaw.com
aoppegard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Plaintiff James A. Chaney*

AND

Keith E. Whitson, Esq.
        (motion for *pro hac vice* forthcoming)
Jordan E. Kelly, Esq.
        (motion for *pro hac vice* forthcoming)
*Whiteford, Taylor & Preston, LLP*
11 Stanwix Street, Suite 1400
Pittsburgh, Pennsylvania 15222
Telephone:    (412) 286-1695
Facsimile:     (412) 286-1724
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Counsel for Plaintiff James A. Chaney*

        AND

        Justin S. Peterson, Esq. (KBA #92633)
        Kellie M. Collins, Esq. (KBA #92509)
        Laura Jane Phelps, Esq. (KBA #98567)
        *Peterson Law Office, PLLC*
        2424 Harrodsburg Road, Suite 205
        Lexington, Kentucky 40503
        Telephone: (859) 469-6390
        Facsimile: (859) 469-6391
        justin@justinpetersonlaw.com
        kellie@justinpetersonlaw.com
        laurajane@justinpetersonlaw.com
        *Counsel for Plaintiff James A. Chaney*

## **CERTIFICATE OF SERVICE**

  It is hereby certified that on the 19th day of January 2024, a true copy of the foregoing was electronically filed using the CM/ECF system and sent via email to the following:

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq.
*Hamm, Milby & Ridings, PLLC*
120 N. Main Street
London, Kentucky 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
*Counsel for the Walmart Defendants*

        /s/ *Masten Childers, III*
        Masten Childers, III, Esq.
        *Counsel for Plaintiff James A. Chaney*