UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:24-CV-7-REW-HAI |
| v. | ) | |
| | ) | |
| CVS PHARMACY, *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On January 16, 2024, Appalachian Regional Healthcare, Inc. (in its own name and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy), Helen Herald, and Hollie Harris removed the matter to this Court. *See* DE 1-3 (Notice of Removal). The Court's docket indicates that on January 19, 2024, Defendant Mountain Comprehensive Health Care filed a motion to dismiss in the state court record. Given removal, the Court **DIRECTS** Mountain Comprehensive Health Care to refile the motion to dismiss with this Court by **January 26, 2024**. *See Freeman v. Bee Mach Co.*, 63 S. Ct. 1146, 1148 (1943) (stating that cases removed to federal court "proceed therein as if the suit had been originally commenced in said district court" internal quotation marks omitted)).

This the 19th day of January, 2024.



Signed By:
Robert E. Wier   REW
United States District Judge