**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING CVS'S MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO THE COMPLAINT**

Motion having been made by Defendants CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C., and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED. CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C. may file their response to the Complaint by February 15, 2024.

SO ORDERED this ___ day of January, 2024.

_____
The Hon. Hanley A. Ingram
United States Magistrate Judge

4888-9889-0911.2