**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CVS'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C. file this Corporate Disclosure Statement, and state as follows:

Kentucky CVS Pharmacy, L.L.C.'s sole member is CVS Pharmacy, Inc.  CVS Pharmacy, Inc. is wholly owned by CVS Health Corporation, a publicly traded corporation that has no parent corporation.  No publicly held corporation owns 10% or more of CVS Health Corporation's common stock.

Date:  January 19, 2024

Respectfully submitted,

SEILLER WATERMAN, LLC

/s/ Darryl W. Durham
Darryl W. Durham
462 South Fourth Street, 22nd Floor
Louisville, Kentucky  40202
(502) 584-7400 Phone
(502) 583-2100 Fax
ddurham@derbycitylaw.com

4865-5951-8111.1

-2-

Randall Scott May
Davidson & Associates
Post Office Drawer 986
Hazard, Kentucky  41702
(606) 436-1930
rmay@windstream.net

COUNSEL FOR DEFENDANTS, CVS
PHARMACY, INC. AND KENTUCKY CVS
PHARMACY, L.L.C.

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing CVS's Corporate Disclosure Statement was served January 19, 2024: (i) by CM/ECF on all counsel of record on the first page of this Certificate of Service; and (ii) by U.S. Mail on the parties and counsel listed on the additional pages at the addresses listed in the Complaint and in the Notice of Removal.

/s/ Darryl W. Durham

| | |
|---|---|
| Masten Childers, III, Esq.<br>Aaron M. Oppegard, Esq.<br>Michael W. Durborow, Esq.<br>Sarah E. Cooley, Esq.<br>Madeleine R. Hamlin, Esq.<br>WHITEFORD TAYLOR & PRESTON, LLP<br>161 N. Eagle Creek Dr., Suite 210<br>Lexington, Kentucky 40509<br>*Counsel for Plaintiff* | Nathaniel R. Kissel<br>STEPTOE & JOHNSON PLLC<br>100 W. Main Street, Suite 400<br>Lexington, KY 40507<br>*Counsel for Defendants Appalachian*<br>*Regional Healthcare, Inc. and d/b/a ARH*<br>*Regional Medical Center Pharmacy; ARH*<br>*Community Pharmacy; Helen Herald; and*<br>*Hollie Harris a/k/a Hollie Crady* |
| Anders W. Lindberg<br>Stacey Richards-Minigh<br>STEPTOE & JOHNSON PLLC<br>825 Third Avenue, Suite 400<br>Huntington, West Virginia 25701<br>*Counsel for Defendants Appalachian*<br>*Regional Healthcare, Inc. and d/b/a*<br>*ARH Regional Medical Center*<br>*Pharmacy; ARH*<br>*Community Pharmacy; Helen Herald;*<br>*and Hollie Harris a/k/a Hollie Crady* | Jay Milby Ridings<br>Marcia Milby Ridings<br>HAMM, MILBY & RIDINGS PLLC<br>120 N. Main St.<br>London, KY 40741<br>*Counsel for Defendants Walmart Stores*<br>*East, L.P. and Mike McIntosh*<br><br>Gene Smallwood, Esq.<br>P.O. Box 40<br>Whitesburg, KY 41858<br>*Counsel for Mountain Comprehensive*<br>*Health Corporation d/b/a Leatherwood-*<br>*Blackey Medical Clinic* |

-3-

-4-

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

R/X Discount Pharmacy, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Richard K. Slone
4736 Possum Trot Road
Leburn, KY 41831

Rebecca Wooton Napier
10664 N KY Highway 15
Chavies, KY 41727

Lori Johnson
59 Lauren Paige Lane
Hazard, KY 41701

R/X Discount Pharmacy of Harlan Co. Inc.
d/b/a Clay Discount Pharmacy
c/o Richard K. Slone
306 Morton Blvd.
P.O. Box 7157
Hazard, KY 41702

Rebecca Wooten Napier
10664 N Ky Highway 15
Chavies, KY 41727

Boggs Pharmacy, Inc.
P.O. Box 747
Jenkins, KY 41537

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

Community Drug of Manchester, Inc.
c/o Carlo Wessels, Registered Agent
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Michael Sizemore
5460 Slate Lick Road
London, KY 40741

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams, Registered Agent
572 Morton Blvd.
Hazard, KY 41701

Cynthia Williams
55 Lindsey Lane
Hazard, KY 41701

-5-

D.B. Coyle Enterprises, Inc.
d/b/a The Medicine Shoppe
c/o Douglas A. Coyle, Registered Agent
900 Hustonville Road
Danville, KY 40422

Tombert, Inc. d/b/a The Medicine Shoppe
c/o Thomas D. Detraz
815 County Club Lane
Hopkinsville, KY 42240

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent
90 Triangle St.
Martin, KY 41649

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

Susan Fields
120 Holly Drive
Hazard, KY 41701

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent
101 Town and Country Lane, Suite 101
Hazard, KY 41701

Dachea Wooten
555 Ridgeview Way
Hazard, KY 41701

Family Pharmacy of Jackson
265 Highway 15 South Ste. 2
Jackson, KY 41339

Harlan Medical Center Pharmacy, Inc.
c/o Earnest J. Watts, Registered Agent
2354 HWY 15
Whitesburg, KY 41858

Ernest Watts
33 Blue Spruce Ridge
Hazard, KY 41701

Brian Key
59 Watertower Lane
Hardinsburg, KY 40143

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis, Registered Agent
221 East Main Street
Hazard, KY 41701

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, KY 41339

Hometown Pharmacy, Inc.
c/o Derek Lewis, Registered Agent
130 HWY 80
P.O. Box 1746
Hyden, KY 41749

Joe Lewis
1302 N. Franklin Rd.
Indianapolis, IN 46219

Doug Morgan
105 Grapevine Place
Hazard, KY 41701

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Matthew Hutera
c/o Hometown Pharmacy of Manchester,
LLC
2163 East Highway 30
East Bernstadt, KY 40729

Hospice of the Bluegrass, Inc.
c/o Elizabeth D. Fowler, Registered Agent
1733 Harrodsburg Road
Lexington, KY 40504

4865-5951-8111.1

-6-

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, KY 40504

Wendell Short
137 River Oak Circle
London, KY 40744

Howard Family Pharmacy, Inc.
c/o Wesley W. Howard, Registered Agent
1453 Prater Fork
Hueysville, KY 41640

Wesley Howard
P.O. Box 1651
Harlan, KY 40831

Johns Creek Drug Center, Inc.
c/o Donnie K. Starnes, Registered Agent
181 Starnes Drive
Pikeville, KY 41501

Donnie K. Starnes
181 Starnes Drive
Pikeville, KY 41501

Jordan Drug, Inc.
FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

King Pharmacy, Inc.
c/o Leslie Scott, Registered Agent
900 Morton Blvd.
Hazard, KY 41701

Leslie Scott King
239 Artie Way
Hazard, KY 41701

Knott Prescription Center, Inc.
c/o Todd Hall, Registered Agent
59 West HWY 80, Suite 1
Hindman, KY 41822

Christopher Hall
c/o Knott Prescription Center, Inc.
59 West HWY 80, Suite 1
Hindman, KY 41822

Charles Stuart Duff
538 Ridgeview Way
Hazard, KY 41701

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent
2400 Abbeywood Road
Lexington, KY 40515

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell, Registered Agent
2425 Williamsburg Estates Ln
Lexington, KY 40504

McDowell Professional Pharmacy, Inc.
c/o Steven Gregory Dawson, Registered
Agent
Rt. 122, Box 700
McDowell, KY 41647

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Alicia Dawson
230 Frasure Creek
McDowell, KY 41647

Med-Mart Pharmacy, LLC
c/o Mike Sizemore, Registered Agent
87 CVB Drive
London, KY 40741

-6-

The Medicine Shoppe Hyden
c/o Ronnie Stewart, Registered Agent
22044 Main St.
Hyden, KY 41749

Ronnie Stewart
16 Hickory Street
Hyden, KY 41749

Mountain Clinic Pharmacy, LLC
c/o Brooks Webb, Registered Agent
1904 North Main Street
Hazard, KY 41701

Brooks Webb
3903 Wentworth Place
Lexington, KY 40515

Parkview Pharmacy, Inc.
c/o Valerie Akers
8274 KY Route 122
Minnie, KY 41651

PEJ, Inc.
c/o Everett L. Dunaway, Registered Agent
265 Kentucky Highway 15 South, Suite 2
Jackson, KY 41339

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 HWT 15 N.
Box 606
Jackson, KY 41339

Powers Pharmacy, Inc.
c/o David Powers, Registered Agent
73 #1 Hill
P.O. Box 66
Burdine, KY 41517

Professional Pharmacy of Hazard, PLLC
c/o Daniel Glen Thies, Registered Agent
233 Orchard Street
Hazard, KY 41701

Daniel Thies
699 Phoenix Place Blvd. 96
Hazard, KY 41701

Specialty Care Center Pharmacy of E.
Kentucky
c/o Lori M. Hayden
11910 Berry Hill Road
Louisville, KY 40243

Barry Martin
3845 Real Quiet Lane
Lexington, KY 40509

Robert Burton
1418 Clear Creek Road
Hazard, KY 41701

Stallard's Pharmacy, Inc.
c/o James Craig Stallard, Registered Agent
972 HWY 317
Neon, KY 41840

James Craig Stallard
1063 Dairy Hollow
Jenkins, KY 41537

Walters-Griffin Enterprise, Inc.
d/b/a Superior Drug
c/o Robert J. Walters, Sr.
P.O. Box 2290
359 Hazard Rd.
Whitesburg, KY 41858

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

Robert Walters, Sr.
58 Anderson St.
Jenkins, KY 41537

Thompson Discount Drug, Inc.
c/o F. Britton Thompson, Registered Agent
810 East 4th Street
London, KY 40741

-7-

4865-5951-8111.1

-8-

F. Britton Thompson
918 East 4th Street
London, KY 40741

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

Value RX II, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

Keith E. Whitson, Esq.
Jordan N. Kelly, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, Pennsylvania 15222
*Co-Counsel for Plaintiff*

Todd Walters
21 Mink Lane
Pineville, KY 40977

Christopher Chaisson, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
1800 M Street NW, Suite 450N
Washington, District of Columbia 20036
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
PETERSON LAW OFFICE, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
*Co-Counsel for Plaintiff*

4865-5951-8111.1