UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

ELECTRONICALLY FILED

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:24-cv-07-REW-HAI |
| CVS PHARMACY, INC., *et al.*, | ) |
| Defendants. | ) |

### ORDER GRANTING CVS'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Motion having been made by Defendants CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C., and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion (D.E. 11) is GRANTED. CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C. may serve their answer or otherwise plead by February 15, 2024.

This the 22nd day of January, 2024.

Signed By:
Hanly A. Ingram
United States Magistrate Judge

4888-9889-0911.2