**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC. *et al.,* ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Comes now Defendants Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short (collectively "Hospice of the Bluegrass Defendants"), by counsel, to respectfully move the Court to enter the attached order extending the time for these Defendants to move, answer, or otherwise respond to the Complaint in this matter to February 15, 2024.

1. Plaintiff filed this case on December 11, 2023 in the Perry County Circuit Court, pleading nine claims predicated on alleged errors in Defendants' reporting of prescriptions written by Plaintiff to Kentucky's prescription monitoring database. ECF No. 1-1, Compl. ¶ 94-106, 126-166. Plaintiff alleges those errors led to his conviction in federal court on 175 counts and 180-months prison sentence for, *inter alia,* unlawfully dispensing controlled substances. *See id.* ¶¶ 107-118; *U.S. v. Chaney,* No. 6:14-cr-00037-GFVT-HAI, ECF 519, J. at *1-4 (E.D. Ky. Nov. 7, 2017).

2. While the case was pending in state court, Plaintiff agreed with the Hospice of the Bluegrass Defendants to extend their deadline to respond to the Complaint to January 31, 2024.

3. On January 16, 2024, Defendants Appalachian Regional Healthcare, Inc., Helen Herald, and Hollie Harris removed the case to this Court. ECF 1, Notice of Removal.

4. Because of the removal, the Hospice of the Bluegrass Defendants' response deadline under Federal Rule of Civil Procedure 81(c)(2)(C) would be as early as January 23, 2024 without a Court order.

5. In response to the Walmart Defendants' similar motion for extension of time, Plaintiff noted his intent to "honor all prior agreements with respect to extensions of time to respond to Mr. Chaney's Complaint." *See* Plaintiff's Response to Walmart Defendants'' Motion for Extension of Time to respond to Complaint, DE 9, ¶ 3.

6. This Court has now ordered that the CVS and Walmart Defendants may have until February 15, 2024 to serve their answers or otherwise plead.

7. The Hospice of the Bluegrass Defendants request that the Court similarly grant them an extension of the responsive pleading deadline until February 15, 2024.

8. In the alternative, the Hospice of the Bluegrass Defendants request that the Court enter an order allowing them to respond to the Complaint by January 31, 2024, the date previously agreed upon by the Plaintiff which, as noted above, Plaintiff does not oppose.

9. Good cause exists for this relief. The complaint includes nine claims, more than eighty defendants, and allegations dating back over a decade. The proposed extension is requested in good faith and will not unduly delay the case as it was filed just over a month ago.

10. Attached is a proposed order granting the requested extension.

11. The Hospice of the Bluegrass Defendants reserve all rights and defenses.

Dated this 23rd day of January, 2024.

Respectfully Submitted,

*/s/ Kyle M. Virgin*
KYLE M. VIRGIN
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, Kentucky 40504
859-410-7868
kyle.virgin@fmglaw.com
*Counsel for Defendant,*
*Hospice of the Bluegrass, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 23rd day of January, 2024, upon the following:

| | |
|---|---|
| Masten Childers, III, Esq.<br>Aaron M. Oppegard, Esq.<br>Michael W. Durborow, Esq.<br>Sarah E. Cooley, Esq.<br>Madeleine R. Hamlin, Esq.<br>WHITEFORD TAYLOR & PRESTON, LLP<br>161 N. Eagle Creek Dr., Suite 210<br>Lexington, KY 40509<br>mchilders@whitefordlaw.com<br>aoppogard@whitefordlaw.com<br>mdurborow@whitefordlaw.com<br>scooley@whitefordlaw.com<br>mhamlin@whitefordlaw.com<br>*Counsel for Plaintiff* | Christopher Chaisson, Esq.<br>WHITEFORD TAYLOR & PRESTON, LLP<br>1800 M Street NW, Suite 450N<br>Washington, District of Columbia 20036<br>cchaisson@whitefordlaw.com<br>*Co-Counsel for Plaintiff* |
| Keith E. Whitson, Esq.<br>Jordan N. Kelly, Esq.<br>WHITEFORD TAYLOR & PRESTON, LLP<br>11 Stanwix Street, Suite 1400<br>Pittsburgh, PA 15222<br>kwhitson@whitefordlaw.com<br>jkelly@whitefordlaw.com<br>*Co-Counsel for Plaintiff* | Justin S. Peterson, Esq.<br>Kellie M. Collins, Esq.<br>Laura Jane Phelps, Esq.<br>PETERSON LAW OFFICE, PLLC<br>2424 Harrodsburg Road, Suite 205<br>Lexington, KY 40503<br>justin@justinpetersonlaw.com<br>kellie@justinpetersonlaw.com<br>laurajane@justinpetersonlaw.com<br>*Co-Counsel for Plaintiff* |
| Randall Scott May<br>DAVIDSON & ASSOCIATES<br>Post Office Drawer 986<br>Hazard, KY 41702<br>rmay@windstream.net<br>*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C* | Anders W. Lindberg, Esq.<br>Stacey Richards-Minigh, Esq.<br>STEPTOE & JOHNSON PLLC<br>825 Third Avenue, Suite 400<br>Huntington, WV 25701<br>Anders.lindberg@steptoe-johnson.com<br>Stacey.minigh@steptoe-johnson.com<br>*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady* |

| | |
|---|---|
| Nathaniel R. Kissel, Esq.<br>STEPTOE & JOHNSON PLLC<br>100 W. Main Street, Suite 400<br>Lexington, KY 40507<br>Nate.kissel@steptoe-johnson.com<br>*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady* | Jay Milby Ridings, Esq.<br>Marcia Milby Ridings, Esq.<br>HAMM, MILBY & RIDINGS PLLC<br>120 N. Main St.<br>London, KY 40741<br>jridings@hmrkylaw.com<br>marcia@hmrkylaw.com<br>*Counsel for Defendants, Walmart Stores East, L.P. and Mike McIntosh* |
| Gene Smallwood, Esq.<br>P.O. Box 40<br>Whitesburg, KY 41858<br>*Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood Blackey Medical Clinic* | Darryl W. Durham<br>SEILLER WATERMAN, LLC<br>462 South Fourth Street, 22nd Floor<br>Louisville, KY 40202<br>ddurham@derbycitylaw.com<br>*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.* |
| James Shackleford<br>1033 Bee Hive Rd.<br>Slemp, KY 41763-8910 | Sherry Sutherland<br>131 Sutherland Dr.<br>Bimble, KY 40915-6131 |
| R/X Discount Pharmacy, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 | Rebecca Wooton Napier<br>10664 N KY Highway 15<br>Chavies, KY 41727 |
| R/X Discount Pharmacy of Hazard, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 | Lori Johnson<br>59 Lauren Paige Lane<br>Hazard, KY 41701 |
| Richard K. Slone<br>4736 Possum Trot Road<br>Leburn, KY 41831 | R/X Discount Pharmacy of Harlan Co. Inc.<br>d/b/a Clay Discount Pharmacy<br>c/o Richard K. Slone<br>306 Morton Blvd.<br>P.O. Box 7157<br>Hazard, KY 41702 |
| Boggs Pharmacy, Inc.<br>P.O. Box 747<br>Jenkins, KY 41537 | Broadway Clinic Pharmacy, Inc.<br>d/b/a Medicine Cabinet Pharmacy<br>c/o Timothy S. Eldridge, Registered Agent<br>114 N. Main Cross St.<br>Flemingsburg, KY 41041 |

Community Drug of Manchester, Inc.
c/o Carlo Wessels, Registered Agent
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams, Registered Agent
572 Morton Blvd.
Hazard, KY 41701

D.B. Coyle Enterprises, Inc.
d/b/a The Medicine Shoppe
c/o Douglas A. Coyle, Registered Agent
900 Hustonville Road
Danville, KY 40422

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent
90 Triangle Street
Martin, KY 41649

Susan Fields
120 Holly Drive
Hazard, KY 41701

Dachea Wooten
555 Ridgeview Way
Hazard, KY 41701

Harlan Medical Center Pharmacy, Inc.
c/o Earnest J. Watts, Registered Agent
2354 HWY 15
Whitesburg, KY 41858

Brian Key
59 Watertower Lane
Hardinsburg, KY 40143

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, KY 41339

Michael Sizemore
5460 Slate Lick Road
London, KY 40741

Cynthia Williams
55 Lindsey Lane
Hazard, KY 41701

Tombert, Inc. d/b/a The Medicine Shoppe
c/o Thomas D. Detraz
815 County Club Lane
Hopkinsville, KY 42240

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent
101 Town and Country Lane, Suite 101
Hazard, KY 41701

Family Pharmacy of Jackson
265 Highway 15 South Ste. 2
Jackson, KY 41339

Ernest Watts
33 Blue Spruce Ridge
Hazard, KY 41701

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis, Registered Agent
221 East Main Street
Hazard, KY 41701

Hometown Pharmacy, Inc.
c/o Derek Lewis, Registered Agent
130 Hwy 80
P.O. Box 1746
Hyden, KY 41749

| | |
|---|---|
| Joe Lewis<br>1302 N. Franklin Rd.<br>Indianapolis, IN 46219 | Doug Morgan<br>105 Grapevine Place<br>Hazard, KY 41701 |
| Hometown Pharmacy of Manchester, LLC<br>c/o Robert Goforth, Registered Agent<br>2163 East Highway 30<br>East Bernstadt, KY 40729 | Matthew Hutera<br>c/o Hometown Pharmacy of Manchester, LLC<br>2163 East Highway 30<br>East Bernstadt, KY 40729 |
| Jeffrey Holmes<br>1733 Harrodsburg Road<br>Lexington, KY 40504 | Wendell Short<br>137 River Oak Circle<br>London, KY 40744 |
| Howard Family Pharmacy, Inc.<br>c/o Wesley W. Howard, Registered Agent<br>1453 Prater Fork<br>Hueysville, KY 41640 | Wesley Howard<br>P.O. Box 1651<br>Harlan, KY 40831 |
| Johns Creek Drug Center, Inc.<br>c/o Donnie K. Starnes, Registered Agent<br>181 Starnes Drive<br>Pikeville, KY 41501 | Donnie K. Starnes<br>181 Starnes Drive<br>Pikeville, KY 41501 |
| Jordan Drug, Inc.<br>FBT LLC Lexington<br>2700 Lexington Financial Center<br>Lexington, KY 40507-1742 | King Pharmacy, Inc.<br>c/o Leslie Scott, Registered Agent<br>900 Morton Blvd.<br>Hazard, KY 41701 |
| Leslie Scott King<br>239 Artie Way<br>Hazard, KY 41701 | Knott Prescription Center, Inc.<br>c/o Todd Hall, Registered Agent<br>59 West HWY 80, Suite 1<br>Hindman, KY 41822 |
| Christopher Hall<br>c/o Knott Prescription Center, Inc.<br>59 West HWY 80, Ste. 1<br>Hindman, KY 41822 | Charles Stuart Duff<br>538 Ridgeview Way<br>Hazard, KY 41701 |
| Lackey Pharmacy, Inc.<br>c/o Alora Warren, Registered Agent<br>2400 Abbeywood Road<br>Lexington, KY 40515 | Verlon Banks<br>4236 Highway 15<br>Whitesburg, KY 41858 |

Manchester Professional Pharmacy, Inc.
c/o Steven Gregory Dawson, Registered Agent
Rt. 122, Box 700
McDowell, KY 41647

Alicia Dawson
230 Frasure Creek
McDowell, KY 41647

The Medicine Shoppe Hyden
c/o Ronnie Stewart, Registered Agent
22044 Main St.
Hyden, KY 41749

Mountain Clinic Pharmacy, LLC
c/o Brooks Webb, Registered Agent
1904 North Main Street
Hazard, KY 41701

Parkview Pharmacy, Inc.
c/o Valerie Akers
8274 KY Route 122
Minnie, KY 41651

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 HWY 15 N.
Box 606
Jackson, KY 41339

Professional Pharmacy of Hazard, PLLC
c/o Daniel Glen Thies, Registered Agent
233 Orchard Street
Hazard, KY 41701

Specialty Care Center Pharmacy of E. Kentucky
c/o Lori M. Hayden
11910 Berry Hill Road
Louisville, KY 40243

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Med-Mart Pharmacy, LLC
c/o Mike Sizemore, Registered Agent
87 CVB Drive
London, KY 40741

Ronnie Stewart
16 Hickory Street
Hyden, KY 41749

Brooks Webb
3903 Wentworth Place
Lexington, KY 40515

PEJ, Inc.
c/o Everett L. Dunaway, Registered Agent
265 Kentucky Highway 15 South, Suite 2
Jackson, KY 41339

Powers Pharmacy, Inc.
c/o David Powers, Registered Agent
73 #1 Hill
P.O. Box 66
Burdine, KY 41517

Daniel Thies
69 Phoenix Place Blvd. 96
Hazard, KY 41701

Barry Martin
3845 Real Quiet Lane
Lexington, KY 40509

| | |
|---|---|
| Robert Burton<br>1814 Clear Creek Road<br>Hazard, KY 41701 | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 HWY 317<br>Neon, KY 41840 |
| James Craig Stallard<br>1063 Dairy Hollow<br>Jenkins, KY 41537 | Walters-Griffin Enterprise, Inc.<br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Bo 2290<br>359 Hazard Rd.<br>Whitesburg, KY 41858 |
| William Reed Hall<br>74 Ohio Street<br>Whitesburg, KY 41858 | Robert Walters, Sr.<br>58 Anderson St.<br>Jenkins, KY 41537 |
| Thompson Discount Drug, Inc.<br>c/o F. Britton Thompson, Registered Agent<br>810 East 4th Street<br>London, KY 40741 | F. Britton Thompson<br>918 East 4th Street<br>London, KY 40741 |
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 | Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 |
| Todd Walters<br>21 Mink Lane<br>Pineville, KY 40977 | Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway 15<br>Hazard, KY 41701 |

*s/ Kyle M. Virgin*
*Counsel for Defendant,*
*Hospice of the Bluegrass, Inc.*