# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT LONDON

### ELECTRONICALLY FILED

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC. *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING HOSPICE OF THE BLUEGRASS, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Motion having been made by Defendants Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED. Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short may file their response to the Complaint by February 15, 2024.

SO ORDERED this _____ day of January, 2024.

_____
The Hon. Hanley A Ingram
United States Magistrate Judge