# EXHIBIT 2

Eastern District of Kentucky
**FILED**

OCT -2 2014

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

UNITED STATES OF AMERICA

V.                                   INDICTMENT NO. 6.14.CR 37 GFVT

JAMES ALVIN CHANEY, M.D.,
    aka ACE CHANEY,
LESA L. CHANEY,
ACE CLINIQUE OF MEDICINE, LLC
    Registered agent: Lesa L. Chaney, and
GREGORY HOSKINS, P.A.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

1.     **JAMES ALVIN CHANEY, M.D., aka ACE CHANEY,** was a practicing physician. He was licensed to practice medicine in Kentucky during all times relevant in this Indictment. He was permitted by the United States Department of Justice, Drug Enforcement Administration (DEA), to write or prescribe narcotic prescriptions. His offices were located at **ACE CLINIQUE OF MEDICINE, LLC,** in Perry County, Kentucky.

2.     **LESA L. CHANEY** is the wife of **JAMES ALVIN CHANEY, M.D., aka ACE CHANEY,** and is the registered agent and a corporate officer for **ACE CLINIQUE OF MEDICINE, LLC.**

3.     **GREGORY HOSKINS, P.A.,** was a practicing Physician's Assistant. He was licensed by the state of Kentucky to act as a Physician's Assistant. He was

permitted by DEA to write or prescribe certain medications. His offices were located at **ACE CLINIQUE OF MEDICINE, LLC,** in Perry County, Kentucky. He was an employee of **ACE CLINIQUE OF MEDICINE, LLC,** during some of the times relevant in this Indictment.

3. 21 C.F.R. § 1306.04(a) provides: A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of professional practice. The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription. An order purporting to be a prescription issued not in the usual course of professional treatment or in legitimate and authorized research is not a prescription within the meaning and intent of Section 309 of the Controlled Substance Act (21 U.S.C. § 829) and the person knowingly filling such a purported prescription, as well as the person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances.

4. 21 C.F.R. § 1306.04(a) provides: All prescriptions for controlled substances shall be dated as of, and signed on, the day when issued and shall bear the full name and address of the patient, the drug name, strength, dosage form, quantity prescribed, directions for use, and the name, address and registration number of the practitioner.

5. On or about a day in June 2006, the exact date unknown, and continuing through on or about September 9, 2013, **JAMES ALVIN CHANEY, M.D., aka ACE CHANEY,** was one of the owners and was the resident physician of **ACE CLINIQUE OF**

**MEDICINE, LLC,** located in Hazard, Perry County, Kentucky.

6. On or about a day in June 2006, the exact date unknown, and continuing through on or about September 9, 2013, **LESA L. CHANEY** was the licensed agent and a corporate officer of **ACE CLINIQUE OF MEDICINE, LLC,** located in Hazard, Perry County, Kentucky.

7. The allegations contained in paragraphs 1 and 6 are restated and incorporated herein by reference in all of the following counts.

## COUNT 1
## 21 U.S.C. § 846

On or about a day in June 2006, the exact date unknown, and continuing through on or about June 30, 2010, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,
aka ACE CHANEY,
LESA L. CHANEY,
ACE CLINIQUE OF MEDICINE, LLC
Registered agent: Lesa L. Chaney,
GREGORY HOSKINS, P.A.,**

and others, did knowingly and intentionally conspire to distribute and unlawfully dispense Schedule II controlled substances, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 846

On or about a day in June 2006, the exact date unknown, and continuing through on or about June 30, 2010, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,
aka ACE CHANEY,
LESA L. CHANEY,
ACE CLINIQUE OF MEDICINE, LLC**

**Registered agent: Lesa L. Chaney,**
**GREGORY HOSKINS, P.A.,**

and others, did knowingly and intentionally conspire to distribute and unlawfully dispense Schedule III controlled substances, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 3
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about June 11, 2010, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,**
**aka ACE CHANEY,**
**ACE CLINIQUE OF MEDICINE, LLC**
**Registered agent: Lesa L. Chaney,**
**GREGORY HOSKINS, P.A.,**

and others, aided and abetted by each other, did knowingly and intentionally distribute and unlawfully dispense Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about June 11, 2010, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,**
**aka ACE CHANEY,**
**ACE CLINIQUE OF MEDICINE, LLC**
**Registered agent: Lesa L. Chaney,**
**GREGORY HOSKINS, P.A.,**

and others, aided and abetted by each other, did knowingly and intentionally distribute and unlawfully dispense Schedule III controlled substances, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 5
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about June 25, 2010, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,**
**aka ACE CHANEY,**
**ACE CLINIQUE OF MEDICINE, LLC**
**Registered agent: Lesa L. Chaney,**
**GREGORY HOSKINS, P.A.,**

and others, aided and abetted by each other, did knowingly and intentionally distribute and unlawfully dispense Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 6
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about June 25, 2010, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,**
**aka ACE CHANEY,**
**ACE CLINIQUE OF MEDICINE, LLC**
**Registered agent: Lesa L. Chaney,**
**GREGORY HOSKINS, P.A.,**

and others, aided and abetted by each other, did knowingly and intentionally distribute and unlawfully dispense Schedule III controlled substances, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 7
## 21 U.S.C. § 856(a)

On or about a day in June 2006, the exact date unknown, and continuing through on or about June 30, 2010, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,**
**aka ACE CHANEY,**

ACE CLINIQUE OF MEDICINE, LLC
Registered agent: Lesa L. Chaney,
GREGORY HOSKINS, P.A.,

and others, did knowingly open, lease, rent, use, and maintain a place, to wit, **ACE CLINIQUE OF MEDICINE, LLC,** located in Hazard, Perry County, Kentucky, whether permanently or temporarily, for the purpose of distributing and unlawfully dispensing controlled substances, all in violation of 21 U.S.C. §856(a).

## COUNT 8
## 21 U.S.C. § 846

On or about a day in November 2010, the exact date unknown, and continuing through on or about September 10, 2013, in Perry County, in the Eastern District of Kentucky,

JAMES ALVIN CHANEY, M.D.,
aka ACE CHANEY,
ACE CLINIQUE OF MEDICINE, LLC
Registered agent: Lesa L. Chaney,

and others, did knowingly and intentionally conspire to distribute and unlawfully dispense Schedule II controlled substances, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 9
## 21 U.S.C. § 846

On or about a day in November 2010, the exact date unknown, and continuing through on or about September 10, 2013, in Perry County, in the Eastern District of Kentucky,

JAMES ALVIN CHANEY, M.D.,
aka ACE CHANEY,
ACE CLINIQUE OF MEDICINE, LLC
Registered agent: Lesa L. Chaney,

and others, did knowingly and intentionally conspire to distribute and unlawfully dispense Schedule III controlled substances, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 10
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about July 3, 2012, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,**
**aka ACE CHANEY,**
**ACE CLINIQUE OF MEDICINE, LLC**
**Registered agent: Lesa L. Chaney,**

and others, aided and abetted by each other, did knowingly and intentionally distribute and unlawfully dispense Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 11
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about July 3, 2012, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,**
**aka ACE CHANEY,**
**ACE CLINIQUE OF MEDICINE, LLC**
**Registered agent: Lesa L. Chaney,**

and others, aided and abetted by each other, did knowingly and intentionally distribute and unlawfully dispense Schedule III controlled substances, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 12
## 21 U.S.C. § 856(a)

On or about a day in November 2010, the exact date unknown, and continuing

through on or about September 10, 2013, in Perry County, in the Eastern District of Kentucky,

**JAMES ALVIN CHANEY, M.D.,
aka ACE CHANEY,
LESA L. CHANEY,
ACE CLINIQUE OF MEDICINE, LLC
Registered agent: Lesa L. Chaney,**

and others, did knowingly open, lease, rent, use, and maintain a place, to wit **ACE CLINIQUE OF MEDICINE, LLC** located in Hazard, Perry County, Kentucky, whether permanently or temporarily, for the purpose of distributing and unlawfully dispensing controlled substances, all in violation of 21 U.S.C. §856(a).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

In committing the offenses alleged in this Indictment, the same being punishable by imprisonment for more than one year, **JAMES ALVIN CHANEY, M.D., aka ACE CHANEY, LESA L. CHANEY, ACE CLINIQUE OF MEDICINE, LLC, and GREGORY HOSKINS, P.A.,** used and intended to use, the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1), 846, and 856(a), including, but not limited to, the following:

### REAL PROPERTY:

1. Real property known as 181 Roy Campbell Drive (including the building in which Ace Clinique operates) located in Perry County, Kentucky, being all of the same property conveyed to James A. Chaney and Lesa L. Chaney by Deed of

Conveyance dated September 5, 2006, of record in Deed Book 325, Page 593, in the records of the Perry County Clerk.

2. Real property known as "Rebo's Recovery Center," Perry County Map No. 086-20 05 012.02, being the same property conveyed to James A. Chaney, M.D. and Lesa L. Chaney, by General Warranty Deed dated August 14, 2007, of record in Deed Book 333, Page 215, in the records of the Perry County Clerk.

3. Real property known as "Various parcels across from hospital," Perry County Map No. 086-20-03 034.03, being the same property conveyed to James A. Chaney, M.D. and Lesa Chaney by Deed of Conveyance recorded in Deed Book 352, Page 707, on May 11, 2010, in the records of the Perry County Clerk.

4. Real property known as 373 Vista Drive located in Perry County, Kentucky, being all of the same property conveyed to James A. Chaney, M.D. and/or Lesa L. Chaney by the following three instruments recorded in the office of the Perry County Clerk:
    a) Deed dated July 19, 1994 in Deed Book 247, Page 609;
    b) Deed of Correction dated September 30, 1994, in Deed Book 249, Page 68; and
    c) General Warranty Deed dated January 21, 1999, in Deed Book 273, Page 60.

5. Real property known as 106 Argyll Circle located in Perry County, Kentucky, being all of the same property conveyed to James A. Chaney and Lesa Chaney by Deed dated June 22, 2009, of record in Deed Book 347, Page 47, in the records of the Perry County Clerk.

6. The Hangar Building at Highway 15 Airport located in Perry County, Kentucky, Map No. 058-00 00 002.01 L 18 (no deed recorded).

**CASH/CURRENCY:**

1. $285,507.49 in United States currency;

2. $6,280.00 in United States currency;

3. $70,456.26 in funds from Passbook Savings Account #xxx075 in the names of James & Lesa Chaney at Peoples Bank & Trust in Hazard, Kentucky; and

4. $8,567.49 in funds from Business Checking Account #xxx-xx-252 in the name of ACE Clinique of Medicine at Whitaker Bank in Hazard, Kentucky.

## VEHICLES/CONVEYANCES:

1. 2012 Bentley Continental GT AWD Coupe, VIN SCBFR7ZA8CC072106;

2. 2003 Dodge Viper, VIN 1B3JR65Z33V501476;

3. 2005 Hummer H2, VIN 5GRGN23U85H102101;

4. 2009 EZ-Rider Homesteader Trailer, VIN 5HABE162X9N000715;

5. 2000 Plymouth Prowler, VIN 1P3EW65G0YV602487;

6. 2001 Chevrolet Corvette, VIN 1G1YY32G915104183;

7. 2008 Mercedes Benz S550, VIN WDDNG86X28A225195;

8. 2009 Cadillac Escalade, VIN 1GYFK26209R201246;

9. 2003 Mercedes Benz SL500, VIN WDBSK75F23F041951;

10. 2004 Swift Custom Bar Chopper CSF Cruiser Motorcycle, VIN 1S92B10794P771499;

11. 2001 Harley Davidson FXDL Dyna Low Rider Motorcycle, VIN 1HD1GDV141Y335675;

12. 2008 Mercedes-Benz S63, VIN WDDNG77X58A152722;

13. 1996 Harley Davidson FXSTC Custom Softail, VIN 1HD1BKL11TY044561;

14. 2001 Harley Davidson FLSTF Fat Boy Motorcycle, VIN 1HD1BMY191Y015746;

15. 2010 Kubota RTV1100 Utility Vehicle, SAE# J2194 VIN KRTV10071010350; and

16. 1979 Beech King Air 200 Airplane, tail # N902AC, serial # BB596.

## MONEY JUDGMENT

$1,000,000.00 (One Million Dollars), which sum represents the gross proceeds in aggregate obtained by the defendants, **JAMES ALVIN CHANEY, M.D., aka ACE CHANEY, LESA L. CHANEY,** and **ACE CLINIQUE OF MEDICINE, LLC,** as the result of the aforesaid violations, and for which these defendants are jointly and severally liable.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **JAMES ALVIN CHANEY, M.D., aka ACE CHANEY, LESA L. CHANEY, ACE CLINIQUE OF MEDICINE, LLC, and GREGORY HOSKINS, P.A.,** have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

If any of the property listed above, as a result of any act or omission of the defendants,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property in which the above defendants have an interest, up to the value of the currency described above, and any other property of the defendants not specifically listed in the indictment.

**A TRUE BILL**

_Kerry B. Harvey_
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1, 3, 5, 8 & 10:**

>Not more than 20 years imprisonment, not more than $1,000,000 fine, and at least 3 years supervised release.

**COUNTS 2, 4, 6, 9, & 11:**

>Not more than 10 years imprisonment, not more than $500,000 fine, and at least 2 years supervised release.

**COUNTS 7 & 12:**

>Not more than 20 years imprisonment, not more than $500,000 fine, and not more than 3 years supervised release.

**PLUS:**   Forfeiture of listed assets.

**PLUS:**   Mandatory special assessment of $100 per felony offense.

**PLUS:**   Restitution, if applicable.

U.S. District Court Eastern District of Kentucky - DCN Site

# U.S. District Court Eastern District of Kentucky

## Criminal Case Assignment

Case number **6:14-CR-37**

Assigned : Judge Gregory Van Tatenhove
Judge Code : 4316

Assigned on 10/02/2014

Request New Judge