# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**Eastern District of Kentucky**
**F I L E D**

APR 1 8 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 14-37 |
| ) | |
| v. ) | |
| ) | |
| JAMES ALVIN CHANEY, LESA L. ) | **VERDICT FORM** |
| CHANEY, and ACE CLINIQUE OF ) | |
| MEDICINE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 1, you must find beyond a reasonable doubt that:

1.  On or about March 7, 2006, and continuing through on or about October 21, 2014, in Perry County, Kentucky, two or more persons conspired, or agreed, to commit the crime of knowingly and intentionally distributing and/or dispensing Schedule II or III controlled substances outside the usual course of professional practice and not for a legitimate medical purpose.

2.  The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

GUILTY  X           NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

GUILTY  X           NOT GUILTY _____

1

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

GUILTY __X__          NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 2-13 and 32-39, you must find beyond a reasonable doubt that:

1.  The defendant, aided and abetted by others, distributed or dispensed a Schedule II controlled substance (Oxycodone);

2.  The defendant acted knowingly and intentionally; and

3.  The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 2: | GUILTY __X__ | NOT GUILTY _____ |
| Count 3: | GUILTY __X__ | NOT GUILTY _____ |
| Count 4: | GUILTY __X__ | NOT GUILTY _____ |
| Count 5: | GUILTY __X__ | NOT GUILTY _____ |
| Count 6: | GUILTY __X__ | NOT GUILTY _____ |
| Count 7: | GUILTY __X__ | NOT GUILTY _____ |
| Count 8: | GUILTY __X__ | NOT GUILTY _____ |
| Count 9: | GUILTY __X__ | NOT GUILTY _____ |
| Count 10: | GUILTY __X__ | NOT GUILTY _____ |
| Count 11: | GUILTY __X__ | NOT GUILTY _____ |
| Count 12: | GUILTY __X__ | NOT GUILTY _____ |
| Count 13: | GUILTY __X__ | NOT GUILTY _____ |
| Count 32: | GUILTY __X__ | NOT GUILTY _____ |

2

Count 33:          GUILTY  X          NOT GUILTY _____
Count 34:          GUILTY  X          NOT GUILTY _____
Count 35:          GUILTY  X          NOT GUILTY _____
Count 36:          GUILTY  X          NOT GUILTY _____
Count 37:          GUILTY  X          NOT GUILTY _____
Count 38:          GUILTY  X          NOT GUILTY _____
Count 39:          GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 2:           GUILTY  X          NOT GUILTY _____
Count 3:           GUILTY  X          NOT GUILTY _____
Count 4:           GUILTY  X          NOT GUILTY _____
Count 5:           GUILTY  X          NOT GUILTY _____
Count 6:           GUILTY  X          NOT GUILTY _____
Count 7:           GUILTY  X          NOT GUILTY _____
Count 8:           GUILTY  X          NOT GUILTY _____
Count 9:           GUILTY  X          NOT GUILTY _____
Count 10:          GUILTY  X          NOT GUILTY _____
Count 11:          GUILTY  X          NOT GUILTY _____
Count 12:          GUILTY  X          NOT GUILTY _____
Count 13:          GUILTY  X          NOT GUILTY _____
Count 32:          GUILTY  X          NOT GUILTY _____
Count 33:          GUILTY  X          NOT GUILTY _____
Count 34:          GUILTY  X          NOT GUILTY _____
Count 35:          GUILTY  X          NOT GUILTY _____
Count 36:          GUILTY  X          NOT GUILTY _____
Count 37:          GUILTY  X          NOT GUILTY _____
Count 38:          GUILTY  X          NOT GUILTY _____
Count 39:          GUILTY  X          NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 14-31 and 40-62, you must find beyond a reasonable doubt that:

1.  The defendant, aided and abetted by others, distributed or dispensed a Schedule III controlled substance (Hydrocodone);

2.  The defendant acted knowingly and intentionally; and

3.  The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 14:          GUILTY _X__          NOT GUILTY _____

Count 15:          GUILTY _X__          NOT GUILTY _____

Count 16:          GUILTY _X__          NOT GUILTY _____

Count 17:          GUILTY _X__          NOT GUILTY _____

Count 18:          GUILTY _X__          NOT GUILTY _____

Count 19:          GUILTY _X__          NOT GUILTY _____

Count 20:          GUILTY _X__          NOT GUILTY _____

Count 21:          GUILTY _X__          NOT GUILTY _____

Count 22:          GUILTY _X__          NOT GUILTY _____

Count 23:          GUILTY _X__          NOT GUILTY _____

Count 24:          GUILTY _X__          NOT GUILTY _____

Count 25:          GUILTY _X__          NOT GUILTY _____

Count 26:          GUILTY _X__          NOT GUILTY _____

Count 27:          GUILTY _X__          NOT GUILTY _____

Count 28:          GUILTY _X__          NOT GUILTY _____

Count 29:          GUILTY _X__          NOT GUILTY _____

Count 30:          GUILTY _X__          NOT GUILTY _____

Count 31:               GUILTY  X              NOT GUILTY _____
Count 40:               GUILTY  X              NOT GUILTY _____
Count 41:               GUILTY  X              NOT GUILTY _____
Count 42:               GUILTY  X              NOT GUILTY _____
Count 43:               GUILTY  X              NOT GUILTY _____
Count 44:               GUILTY  X              NOT GUILTY _____
Count 45:               GUILTY  X              NOT GUILTY _____
Count 46:               GUILTY  X              NOT GUILTY _____
Count 47:               GUILTY  X              NOT GUILTY _____
Count 48:               GUILTY  X              NOT GUILTY _____
Count 49:               GUILTY  X              NOT GUILTY _____
Count 50:               GUILTY  X              NOT GUILTY _____
Count 51:               GUILTY  X              NOT GUILTY _____
Count 52:               GUILTY  X              NOT GUILTY _____
Count 53:               GUILTY  X              NOT GUILTY _____
Count 54:               GUILTY  X              NOT GUILTY _____
Count 55:               GUILTY  X              NOT GUILTY _____
Count 56:               GUILTY  X              NOT GUILTY _____
Count 57:               GUILTY  X              NOT GUILTY _____
Count 58:               GUILTY  X              NOT GUILTY _____
Count 59:               GUILTY  X              NOT GUILTY _____
Count 60:               GUILTY  X              NOT GUILTY _____
Count 61:               GUILTY  X              NOT GUILTY _____
Count 62:               GUILTY  X              NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 14:               GUILTY  X              NOT GUILTY _____
Count 15:               GUILTY  X              NOT GUILTY _____
Count 16:               GUILTY  X              NOT GUILTY _____
Count 17:               GUILTY  X              NOT GUILTY _____

5

| Count 18: | GUILTY __X__ | NOT GUILTY _____ |
| Count 19: | GUILTY __X__ | NOT GUILTY _____ |
| Count 20: | GUILTY __X__ | NOT GUILTY _____ |
| Count 21: | GUILTY __X__ | NOT GUILTY _____ |
| Count 22: | GUILTY __X__ | NOT GUILTY _____ |
| Count 23: | GUILTY __X__ | NOT GUILTY _____ |
| Count 24: | GUILTY __X__ | NOT GUILTY _____ |
| Count 25: | GUILTY __X__ | NOT GUILTY _____ |
| Count 26: | GUILTY __X__ | NOT GUILTY _____ |
| Count 27: | GUILTY __X__ | NOT GUILTY _____ |
| Count 28: | GUILTY __X__ | NOT GUILTY _____ |
| Count 29: | GUILTY __X__ | NOT GUILTY _____ |
| Count 30: | GUILTY __X__ | NOT GUILTY _____ |
| Count 31: | GUILTY __X__ | NOT GUILTY _____ |
| Count 40: | GUILTY __X__ | NOT GUILTY _____ |
| Count 41: | GUILTY __X__ | NOT GUILTY _____ |
| Count 42: | GUILTY __X__ | NOT GUILTY _____ |
| Count 43: | GUILTY __X__ | NOT GUILTY _____ |
| Count 44: | GUILTY __X__ | NOT GUILTY _____ |
| Count 45: | GUILTY __X__ | NOT GUILTY _____ |
| Count 46: | GUILTY __X__ | NOT GUILTY _____ |
| Count 47: | GUILTY __X__ | NOT GUILTY _____ |
| Count 48: | GUILTY __X__ | NOT GUILTY _____ |
| Count 49: | GUILTY __X__ | NOT GUILTY _____ |
| Count 50: | GUILTY __X__ | NOT GUILTY _____ |
| Count 51: | GUILTY __X__ | NOT GUILTY _____ |
| Count 52: | GUILTY __X__ | NOT GUILTY _____ |
| Count 53: | GUILTY __X__ | NOT GUILTY _____ |
| Count 54: | GUILTY __X__ | NOT GUILTY _____ |
| Count 55: | GUILTY __X__ | NOT GUILTY _____ |
| Count 56: | GUILTY __X__ | NOT GUILTY _____ |

Count 57:          GUILTY __X__          NOT GUILTY _____

Count 58:          GUILTY __X__          NOT GUILTY _____

Count 59:          GUILTY __X__          NOT GUILTY _____

Count 60:          GUILTY __X__          NOT GUILTY _____

Count 61:          GUILTY __X__          NOT GUILTY _____

Count 62:          GUILTY __X__          NOT GUILTY _____


*** *** *** ***


In order to find any of the defendants guilty of Counts 63 and 64, you must find beyond a reasonable doubt that:

1. During the time period specified in each Count, the defendant(s) knowingly maintained a place, Ace Clinique of Medicine, LLC;

2. The defendant did so for the purpose of distributing or dispensing a controlled substance; and

3. The distribution or dispensation of the controlled substance was not for a legitimate medical purpose and in the usual course of professional practice.


Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 63:          GUILTY __X__          NOT GUILTY _____

Count 64:          GUILTY __X__          NOT GUILTY _____


Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 63:          GUILTY __X__          NOT GUILTY _____

Count 64:          GUILTY __X__          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 63:       GUILTY X        NOT GUILTY _____
Count 64:       GUILTY X        NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Count 65, you must find beyond a reasonable doubt that:

1.  Beginning on or about June 2006, and continuing through on or about August 22, 2014, two or more persons conspired, or agreed, to commit money laundering in violation of at least one of the two federal statutes described in the Indictment, 18 U.S.C. § 1956(a)(1)(A) or 1956(a)(1)(B); and

2.  The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 65:       GUILTY X        NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 65:       GUILTY X        NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 65:       GUILTY X        NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant guilty of Count 66 and 67, you must find beyond a reasonable doubt that:

1.    Dr. Chaney, aided and abetted by others, acquired or obtained possession of a controlled substance;

2.    Dr. Chaney did so by misrepresentation, fraud, deception, or subterfuge; and

3.    Dr. Chaney did so knowingly and intentionally.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 66:              GUILTY  X              NOT GUILTY _____
Count 67:              GUILTY  X              NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 68, you must find beyond a reasonable doubt that:

1.    Two or more persons conspired, or agreed, to commit the crime of health care fraud.

2.    The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 68:              GUILTY  X              NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 68:              GUILTY  X              NOT GUILTY _____

9

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 68:                    GUILTY  X                  NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 70-111 (MRI scheme), 112-122 (urine drug scheme – unnecessary tests), 123-147 (urine drug scheme – altered test results), 148-195 (hospital billings), 197 (fraudulent billings), and 234 (nerve conduction studies), you must find beyond a reasonable doubt that:

1.      The defendant and others knowingly and willfully executed a scheme to defraud a health-care benefit program affecting interstate commerce, that is Medicare and Medicaid, or to obtain money owned by, or under the custody or control of, a health-care benefit program, by means of false or fraudulent pretenses, representations, or promises;

2.      The false or fraudulent pretenses, representations, or promises related to a material fact; and

3.      The defendant had the intent to defraud.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:            GUILTY _____       NOT GUILTY  X
Count 71:            GUILTY _____       NOT GUILTY  X
Count 72:            GUILTY _____       NOT GUILTY  X
Count 73:            GUILTY _____       NOT GUILTY  X
Count 74:            GUILTY _____       NOT GUILTY  X
Count 75:            GUILTY _____       NOT GUILTY  X

Count 76:          GUILTY _____          NOT GUILTY ☒

Count 77:          GUILTY _____          NOT GUILTY ☒

Count 78:          GUILTY _____          NOT GUILTY ☒

Count 79:          GUILTY _____          NOT GUILTY ☒

Count 80:          GUILTY _____          NOT GUILTY ☒

Count 81:          GUILTY _____          NOT GUILTY ☒

Count 82:          GUILTY _____          NOT GUILTY ☒

Count 83:          GUILTY _____          NOT GUILTY ☒

Count 85:          GUILTY _____          NOT GUILTY ☒

Count 86:          GUILTY _____          NOT GUILTY ☒

Count 87:          GUILTY _____          NOT GUILTY ☒

Count 88:          GUILTY _____          NOT GUILTY ☒

Count 89:          GUILTY _____          NOT GUILTY ☒

Count 90:          GUILTY _____          NOT GUILTY ☒

Count 91:          GUILTY _____          NOT GUILTY ☒

Count 92:          GUILTY _____          NOT GUILTY ☒

Count 93:          GUILTY _____          NOT GUILTY ☒

Count 94:          GUILTY _____          NOT GUILTY ☒

Count 95:          GUILTY _____          NOT GUILTY ☒

Count 96:          GUILTY _____          NOT GUILTY ☒

Count 97:          GUILTY _____          NOT GUILTY ☒

Count 98:          GUILTY _____          NOT GUILTY ☒

Count 99:          GUILTY _____          NOT GUILTY ☒

Count 100:         GUILTY _____          NOT GUILTY ☒

Count 102:         GUILTY _____          NOT GUILTY ☒

Count 103:         GUILTY _____          NOT GUILTY ☒

Count 104:         GUILTY _____          NOT GUILTY ☒

Count 105:         GUILTY _____          NOT GUILTY ☒

Count 106:         GUILTY _____          NOT GUILTY ☒

Count 107:         GUILTY _____          NOT GUILTY ☒

Count 108:         GUILTY _____          NOT GUILTY ☒

Count 109:                GUILTY _____         NOT GUILTY _X_
Count 110:                GUILTY _____         NOT GUILTY _X_
Count 111:                GUILTY _____         NOT GUILTY _X_


Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:                GUILTY _X_           NOT GUILTY _____
Count 113:                GUILTY _X_           NOT GUILTY _____
Count 114:                GUILTY _X_           NOT GUILTY _____
Count 115:                GUILTY _X_           NOT GUILTY _____
Count 116:                GUILTY _X_           NOT GUILTY _____
Count 117:                GUILTY _X_           NOT GUILTY _____
Count 118:                GUILTY _X_           NOT GUILTY _____
Count 119:                GUILTY _X_           NOT GUILTY _____
Count 120:                GUILTY _X_           NOT GUILTY _____
Count 121:                GUILTY _X_           NOT GUILTY _____
Count 122:                GUILTY _X_           NOT GUILTY _____


Counts 123-147 (urine drugs scheme – altered test results)

Count 123:                GUILTY _X_           NOT GUILTY _____
Count 124:                GUILTY _X_           NOT GUILTY _____
Count 125:                GUILTY _X_           NOT GUILTY _____
Count 126:                GUILTY _X_           NOT GUILTY _____
Count 127:                GUILTY _X_           NOT GUILTY _____
Count 128:                GUILTY _X_           NOT GUILTY _____
Count 129:                GUILTY _X_           NOT GUILTY _____
Count 130:                GUILTY _X_           NOT GUILTY _____
Count 131:                GUILTY _X_           NOT GUILTY _____
Count 132:                GUILTY _X_           NOT GUILTY _____
Count 133:                GUILTY _X_           NOT GUILTY _____

| Count 134: | GUILTY X | NOT GUILTY ____ |
| Count 135: | GUILTY X | NOT GUILTY ____ |
| Count 136: | GUILTY X | NOT GUILTY ____ |
| Count 137: | GUILTY X | NOT GUILTY ____ |
| Count 138: | GUILTY X | NOT GUILTY ____ |
| Count 139: | GUILTY X | NOT GUILTY ____ |
| Count 140: | GUILTY X | NOT GUILTY ____ |
| Count 141: | GUILTY X | NOT GUILTY ____ |
| Count 142: | GUILTY X | NOT GUILTY ____ |
| Count 143: | GUILTY X | NOT GUILTY ____ |
| Count 144: | GUILTY X | NOT GUILTY ____ |
| Count 145: | GUILTY X | NOT GUILTY ____ |
| Count 146: | GUILTY X | NOT GUILTY ____ |
| Count 147: | GUILTY X | NOT GUILTY ____ |

Counts 148-195 (hospital billings)

| Count 148: | GUILTY ____ | NOT GUILTY X |
| Count 149: | GUILTY ____ | NOT GUILTY X |
| Count 150: | GUILTY X | NOT GUILTY ____ |
| Count 151: | GUILTY X | NOT GUILTY ____ |
| Count 152: | GUILTY X | NOT GUILTY ____ |
| Count 153: | GUILTY X | NOT GUILTY ____ |
| Count 154: | GUILTY X | NOT GUILTY ____ |
| Count 155: | GUILTY X | NOT GUILTY ____ |
| Count 156: | GUILTY X | NOT GUILTY ____ |
| Count 157: | GUILTY X | NOT GUILTY ____ |
| Count 158: | GUILTY X | NOT GUILTY ____ |
| Count 159: | GUILTY X | NOT GUILTY ____ |
| Count 160: | GUILTY X | NOT GUILTY ____ |
| Count 161: | GUILTY X | NOT GUILTY ____ |

| | | |
|---|---|---|
| Count 162: | GUILTY  X | NOT GUILTY ____ |
| Count 163: | GUILTY  X | NOT GUILTY ____ |
| Count 164: | GUILTY ____ | NOT GUILTY  X |
| Count 165: | GUILTY  X | NOT GUILTY ____ |
| Count 166: | GUILTY  X | NOT GUILTY ____ |
| Count 167: | GUILTY  X | NOT GUILTY ____ |
| Count 168: | GUILTY  X | NOT GUILTY ____ |
| Count 169: | GUILTY ____ | NOT GUILTY  X |
| Count 170: | GUILTY ____ | NOT GUILTY  X |
| Count 171: | GUILTY  X | NOT GUILTY ____ |
| Count 172: | GUILTY  X | NOT GUILTY ____ |
| Count 173: | GUILTY ____ | NOT GUILTY  X |
| Count 174: | GUILTY ____ | NOT GUILTY  X |
| Count 175: | GUILTY  X | NOT GUILTY ____ |
| Count 176: | GUILTY ____ | NOT GUILTY  X |
| Count 177: | GUILTY  X | NOT GUILTY ____ |
| Count 178: | GUILTY ____ | NOT GUILTY  X |
| Count 179: | GUILTY ____ | NOT GUILTY  X |
| Count 180: | GUILTY  X | NOT GUILTY ____ |
| Count 181: | GUILTY ____ | NOT GUILTY  X |
| Count 182: | GUILTY  X | NOT GUILTY ____ |
| Count 183: | GUILTY ____ | NOT GUILTY  X |
| Count 184: | GUILTY ____ | NOT GUILTY  X |
| Count 185: | GUILTY ____ | NOT GUILTY  X |
| Count 186: | GUILTY  X | NOT GUILTY ____ |
| Count 187: | GUILTY ____ | NOT GUILTY  X |
| Count 188: | GUILTY  X | NOT GUILTY ____ |
| Count 189: | GUILTY ____ | NOT GUILTY  X |
| Count 190: | GUILTY ____ | NOT GUILTY  X |
| Count 191: | GUILTY  X | NOT GUILTY ____ |
| Count 192: | GUILTY  X | NOT GUILTY ____ |

Count 193:              GUILTY _____              NOT GUILTY _X_

Count 194:              GUILTY _____              NOT GUILTY _X_

Count 195:              GUILTY _____              NOT GUILTY _X_

Count 197 (fraudulent billings)

Count 197:              GUILTY _X_              NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:              GUILTY _X_              NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:              GUILTY _____              NOT GUILTY _X_

Count 71:              GUILTY _____              NOT GUILTY _X_

Count 72:              GUILTY _____              NOT GUILTY _X_

Count 73:              GUILTY _____              NOT GUILTY _X_

Count 74:              GUILTY _____              NOT GUILTY _X_

Count 75:              GUILTY _____              NOT GUILTY _X_

Count 76:              GUILTY _____              NOT GUILTY _X_

Count 77:              GUILTY _____              NOT GUILTY _X_

Count 78:              GUILTY _____              NOT GUILTY _X_

Count 79:              GUILTY _____              NOT GUILTY _X_

Count 80:              GUILTY _____              NOT GUILTY _X_

Count 81:              GUILTY _____              NOT GUILTY _X_

Count 82:              GUILTY _____              NOT GUILTY _X_

Count 83:              GUILTY _____              NOT GUILTY _X_

Count 85:              GUILTY _____              NOT GUILTY _X_

15

Count 86:                    GUILTY _____        NOT GUILTY __X__

Count 87:                    GUILTY _____        NOT GUILTY __X__

Count 88:                    GUILTY _____        NOT GUILTY __X__

Count 89:                    GUILTY _____        NOT GUILTY __X__

Count 90:                    GUILTY _____        NOT GUILTY __X__

Count 91:                    GUILTY _____        NOT GUILTY __X__

Count 92:                    GUILTY _____        NOT GUILTY __X__

Count 93:                    GUILTY _____        NOT GUILTY __X__

Count 94:                    GUILTY _____        NOT GUILTY __X__

Count 95:                    GUILTY _____        NOT GUILTY __X__

Count 96:                    GUILTY _____        NOT GUILTY __X__

Count 97:                    GUILTY _____        NOT GUILTY __X__

Count 98:                    GUILTY _____        NOT GUILTY __X__

Count 99:                    GUILTY _____        NOT GUILTY __X__

Count 100:                   GUILTY _____        NOT GUILTY __X__

Count 102:                   GUILTY _____        NOT GUILTY __X__

Count 103:                   GUILTY _____        NOT GUILTY __X__

Count 104:                   GUILTY _____        NOT GUILTY __X__

Count 105:                   GUILTY _____        NOT GUILTY __X__

Count 106:                   GUILTY _____        NOT GUILTY __X__

Count 107:                   GUILTY _____        NOT GUILTY __X__

Count 108:                   GUILTY _____        NOT GUILTY __X__

Count 109:                   GUILTY _____        NOT GUILTY __X__

Count 110:                   GUILTY _____        NOT GUILTY __X__

Count 111:                   GUILTY _____        NOT GUILTY __X__

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:                   GUILTY __X__        NOT GUILTY _____

Count 113:                   GUILTY __X__        NOT GUILTY _____

Count 114:                   GUILTY __X__        NOT GUILTY _____

Count 115:              GUILTY   X          NOT GUILTY _____
Count 116:              GUILTY   X          NOT GUILTY _____
Count 117:              GUILTY   X          NOT GUILTY _____
Count 118:              GUILTY   X          NOT GUILTY _____
Count 119:              GUILTY   X          NOT GUILTY _____
Count 120:              GUILTY   X          NOT GUILTY _____
Count 121:              GUILTY   X          NOT GUILTY _____
Count 122:              GUILTY   X          NOT GUILTY _____


Counts 148-195 (hospital billings)


Count 148:              GUILTY _____        NOT GUILTY   X
Count 149:              GUILTY _____        NOT GUILTY   X
Count 150:              GUILTY _____        NOT GUILTY   X
Count 151:              GUILTY _____        NOT GUILTY   X
Count 152:              GUILTY _____        NOT GUILTY   X
Count 153:              GUILTY _____        NOT GUILTY   X
Count 154:              GUILTY _____        NOT GUILTY   X
Count 155:              GUILTY _____        NOT GUILTY   X
Count 156:              GUILTY _____        NOT GUILTY   X
Count 157:              GUILTY _____        NOT GUILTY   X
Count 158:              GUILTY _____        NOT GUILTY   X
Count 159:              GUILTY _____        NOT GUILTY   X
Count 160:              GUILTY _____        NOT GUILTY   X
Count 161:              GUILTY _____        NOT GUILTY   X
Count 162:              GUILTY _____        NOT GUILTY   X
Count 163:              GUILTY _____        NOT GUILTY   X
Count 164:              GUILTY _____        NOT GUILTY   X
Count 165:              GUILTY _____        NOT GUILTY   X
Count 166:              GUILTY _____        NOT GUILTY   X
Count 167:              GUILTY _____        NOT GUILTY   X

| Count 168: | GUILTY _____ | NOT GUILTY X |
| Count 169: | GUILTY _____ | NOT GUILTY X |
| Count 170: | GUILTY _____ | NOT GUILTY X |
| Count 171: | GUILTY _____ | NOT GUILTY X |
| Count 172: | GUILTY _____ | NOT GUILTY X |
| Count 173: | GUILTY _____ | NOT GUILTY X |
| Count 174: | GUILTY _____ | NOT GUILTY X |
| Count 175: | GUILTY _____ | NOT GUILTY X |
| Count 176: | GUILTY _____ | NOT GUILTY X |
| Count 177: | GUILTY _____ | NOT GUILTY X |
| Count 178: | GUILTY _____ | NOT GUILTY X |
| Count 179: | GUILTY _____ | NOT GUILTY X |
| Count 180: | GUILTY _____ | NOT GUILTY X |
| Count 181: | GUILTY _____ | NOT GUILTY X |
| Count 182: | GUILTY _____ | NOT GUILTY X |
| Count 183: | GUILTY _____ | NOT GUILTY X |
| Count 184: | GUILTY _____ | NOT GUILTY X |
| Count 185: | GUILTY _____ | NOT GUILTY X |
| Count 186: | GUILTY _____ | NOT GUILTY X |
| Count 187: | GUILTY _____ | NOT GUILTY X |
| Count 188: | GUILTY _____ | NOT GUILTY X |
| Count 189: | GUILTY _____ | NOT GUILTY X |
| Count 190: | GUILTY _____ | NOT GUILTY X |
| Count 191: | GUILTY _____ | NOT GUILTY X |
| Count 192: | GUILTY _____ | NOT GUILTY X |
| Count 193: | GUILTY _____ | NOT GUILTY X |
| Count 194: | GUILTY _____ | NOT GUILTY X |
| Count 195: | GUILTY _____ | NOT GUILTY X |

Count 197 (fraudulent billings)

Count 197:              GUILTY  X             NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:              GUILTY  X             NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Counts 70-111 (MRI scheme)

| | | |
|---|---|---|
| Count 70: | GUILTY _____ | NOT GUILTY  X |
| Count 71: | GUILTY _____ | NOT GUILTY  X |
| Count 72: | GUILTY _____ | NOT GUILTY  X |
| Count 73: | GUILTY _____ | NOT GUILTY  X |
| Count 74: | GUILTY _____ | NOT GUILTY  X |
| Count 75: | GUILTY _____ | NOT GUILTY  X |
| Count 76: | GUILTY _____ | NOT GUILTY  X |
| Count 77: | GUILTY _____ | NOT GUILTY  X |
| Count 78: | GUILTY _____ | NOT GUILTY  X |
| Count 79: | GUILTY _____ | NOT GUILTY  X |
| Count 80: | GUILTY _____ | NOT GUILTY  X |
| Count 81: | GUILTY _____ | NOT GUILTY  X |
| Count 82: | GUILTY _____ | NOT GUILTY  X |
| Count 83: | GUILTY _____ | NOT GUILTY  X |
| Count 85: | GUILTY _____ | NOT GUILTY  X |
| Count 86: | GUILTY _____ | NOT GUILTY  X |
| Count 87: | GUILTY _____ | NOT GUILTY  X |
| Count 88: | GUILTY _____ | NOT GUILTY  X |

Count 89:            GUILTY _____        NOT GUILTY __X__

Count 90:            GUILTY _____        NOT GUILTY __X__

Count 91:            GUILTY _____        NOT GUILTY __X__

Count 92:            GUILTY _____        NOT GUILTY __X__

Count 93:            GUILTY _____        NOT GUILTY __X__

Count 94:            GUILTY _____        NOT GUILTY __X__

Count 95:            GUILTY _____        NOT GUILTY __X__

Count 96:            GUILTY _____        NOT GUILTY __X__

Count 97:            GUILTY _____        NOT GUILTY __X__

Count 98:            GUILTY _____        NOT GUILTY __X__

Count 99:            GUILTY _____        NOT GUILTY __X__

Count 100:           GUILTY _____        NOT GUILTY __X__

Count 102:           GUILTY _____        NOT GUILTY __X__

Count 103:           GUILTY _____        NOT GUILTY __X__

Count 104:           GUILTY _____        NOT GUILTY __X__

Count 105:           GUILTY _____        NOT GUILTY __X__

Count 106:           GUILTY _____        NOT GUILTY __X__

Count 107:           GUILTY _____        NOT GUILTY __X__

Count 108:           GUILTY _____        NOT GUILTY __X__

Count 109:           GUILTY _____        NOT GUILTY __X__

Count 110:           GUILTY _____        NOT GUILTY __X__

Count 111:           GUILTY _____        NOT GUILTY __X__

### Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:           GUILTY __X__        NOT GUILTY _____

Count 113:           GUILTY __X__        NOT GUILTY _____

Count 114:           GUILTY __X__        NOT GUILTY _____

Count 115:           GUILTY __X__        NOT GUILTY _____

Count 116:           GUILTY __X__        NOT GUILTY _____

Count 117:           GUILTY __X__        NOT GUILTY _____

Count 118:            GUILTY  X            NOT GUILTY _____
Count 119:            GUILTY  X            NOT GUILTY _____
Count 120:            GUILTY  X            NOT GUILTY _____
Count 121:            GUILTY  X            NOT GUILTY _____
Count 122:            GUILTY  X            NOT GUILTY _____

Counts 123-147 (urine drugs scheme – altered test results)

Count 123:            GUILTY  X            NOT GUILTY _____
Count 124:            GUILTY  X            NOT GUILTY _____
Count 125:            GUILTY  X            NOT GUILTY _____
Count 126:            GUILTY  X            NOT GUILTY _____
Count 127:            GUILTY  X            NOT GUILTY _____
Count 128:            GUILTY  X            NOT GUILTY _____
Count 129:            GUILTY  X            NOT GUILTY _____
Count 130:            GUILTY  X            NOT GUILTY _____
Count 131:            GUILTY  X            NOT GUILTY _____
Count 132:            GUILTY  X            NOT GUILTY _____
Count 133:            GUILTY  X            NOT GUILTY _____
Count 134:            GUILTY  X            NOT GUILTY _____
Count 135:            GUILTY  X            NOT GUILTY _____
Count 136:            GUILTY  X            NOT GUILTY _____
Count 137:            GUILTY  X            NOT GUILTY _____
Count 138:            GUILTY  X            NOT GUILTY _____
Count 139:            GUILTY  X            NOT GUILTY _____
Count 140:            GUILTY  X            NOT GUILTY _____
Count 141:            GUILTY  X            NOT GUILTY _____
Count 142:            GUILTY  X            NOT GUILTY _____
Count 143:            GUILTY  X            NOT GUILTY _____
Count 144:            GUILTY  X            NOT GUILTY _____
Count 145:            GUILTY  X            NOT GUILTY _____

Count 146:              GUILTY  X              NOT GUILTY _____
Count 147:              GUILTY  X              NOT GUILTY _____

Counts 148-195 (hospital billings) Against

Count 148:              GUILTY _____           NOT GUILTY  X
Count 149:              GUILTY _____           NOT GUILTY  X
Count 150:              GUILTY  X              NOT GUILTY _____
Count 151:              GUILTY  X              NOT GUILTY _____
Count 152:              GUILTY  X              NOT GUILTY _____
Count 153:              GUILTY  X              NOT GUILTY _____
Count 154:              GUILTY  X              NOT GUILTY _____
Count 155:              GUILTY  X              NOT GUILTY _____
Count 156:              GUILTY  X              NOT GUILTY _____
Count 157:              GUILTY  X              NOT GUILTY _____
Count 158:              GUILTY  X              NOT GUILTY _____
Count 159:              GUILTY  X              NOT GUILTY _____
Count 160:              GUILTY  X              NOT GUILTY _____
Count 161:              GUILTY  X              NOT GUILTY _____
Count 162:              GUILTY  X              NOT GUILTY _____
Count 163:              GUILTY  X              NOT GUILTY _____
Count 164:              GUILTY _____           NOT GUILTY  X
Count 165:              GUILTY  X              NOT GUILTY _____
Count 166:              GUILTY  X              NOT GUILTY _____
Count 167:              GUILTY  X              NOT GUILTY _____
Count 168:              GUILTY  X              NOT GUILTY _____
Count 169:              GUILTY _____           NOT GUILTY  X
Count 170:              GUILTY _____           NOT GUILTY  X
Count 171:              GUILTY  X              NOT GUILTY _____
Count 172:              GUILTY  X              NOT GUILTY _____
Count 173:              GUILTY _____           NOT GUILTY  X

Count 174:          GUILTY _____          NOT GUILTY _X__

Count 175:          GUILTY _X__          NOT GUILTY _____

Count 176:          GUILTY _____          NOT GUILTY _X__

Count 177:          GUILTY _X__          NOT GUILTY _____

Count 178:          GUILTY _____          NOT GUILTY _X__

Count 179:          GUILTY _____          NOT GUILTY _X__

Count 180:          GUILTY _X__          NOT GUILTY _____

Count 181:          GUILTY _____          NOT GUILTY _X__

Count 182:          GUILTY _X__          NOT GUILTY _____

Count 183:          GUILTY _____          NOT GUILTY _X__

Count 184:          GUILTY _____          NOT GUILTY _X__

Count 185:          GUILTY _____          NOT GUILTY _X__

Count 186:          GUILTY _X__          NOT GUILTY _____

Count 187:          GUILTY _____          NOT GUILTY _X__

Count 188:          GUILTY _X__          NOT GUILTY _____

Count 189:          GUILTY _____          NOT GUILTY _X__

Count 190:          GUILTY _____          NOT GUILTY _X__

Count 191:          GUILTY _X__          NOT GUILTY _____

Count 192:          GUILTY _X__          NOT GUILTY _____

Count 193:          GUILTY _____          NOT GUILTY _X__

Count 194:          GUILTY _____          NOT GUILTY _X__

Count 195:          GUILTY _____          NOT GUILTY _X__

Count 197 (fraudulent billings)

Count 197:          GUILTY _X__          NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:          GUILTY _X__          NOT GUILTY _____

23

*** *** *** ***

In order to find any of the defendants guilty of Count 198-220, you must find beyond a reasonable doubt that:

1.  The defendant, aided and abetted by others, falsified, concealed, or covered up by any trick, scheme, or device a material fact;

2.  In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.  The defendant did so knowingly and willfully.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 198: | GUILTY _X_ | NOT GUILTY _____ |
| Count 199: | GUILTY _X_ | NOT GUILTY _____ |
| Count 200: | GUILTY _X_ | NOT GUILTY _____ |
| Count 201: | GUILTY _X_ | NOT GUILTY _____ |
| Count 202: | GUILTY _X_ | NOT GUILTY _____ |
| Count 203: | GUILTY _X_ | NOT GUILTY _____ |
| Count 204: | GUILTY _X_ | NOT GUILTY _____ |
| Count 206: | GUILTY _X_ | NOT GUILTY _____ |
| Count 207: | GUILTY _X_ | NOT GUILTY _____ |
| Count 208: | GUILTY _X_ | NOT GUILTY _____ |
| Count 209: | GUILTY _X_ | NOT GUILTY _____ |
| Count 210: | GUILTY _X_ | NOT GUILTY _____ |
| Count 211: | GUILTY _X_ | NOT GUILTY _____ |
| Count 212: | GUILTY _X_ | NOT GUILTY _____ |
| Count 213: | GUILTY _X_ | NOT GUILTY _____ |
| Count 214: | GUILTY _X_ | NOT GUILTY _____ |
| Count 215: | GUILTY _X_ | NOT GUILTY _____ |

Count 217:                     GUILTY __X__              NOT GUILTY _____

Count 218:                     GUILTY __X__              NOT GUILTY _____

Count 220:                     GUILTY __X__              NOT GUILTY _____


Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 198:                     GUILTY __X__              NOT GUILTY _____

Count 199:                     GUILTY __X__              NOT GUILTY _____

Count 200:                     GUILTY __X__              NOT GUILTY _____

Count 201:                     GUILTY __X__              NOT GUILTY _____

Count 202:                     GUILTY __X__              NOT GUILTY _____

Count 203:                     GUILTY __X__              NOT GUILTY _____

Count 204:                     GUILTY __X__              NOT GUILTY _____

Count 206:                     GUILTY __X__              NOT GUILTY _____

Count 207:                     GUILTY __X__              NOT GUILTY _____

Count 208:                     GUILTY __X__              NOT GUILTY _____

Count 209:                     GUILTY __X__              NOT GUILTY _____

Count 210:                     GUILTY __X__              NOT GUILTY _____

Count 211:                     GUILTY __X__              NOT GUILTY _____

Count 212:                     GUILTY __X__              NOT GUILTY _____

Count 213:                     GUILTY __X__              NOT GUILTY _____

Count 214:                     GUILTY __X__              NOT GUILTY _____

Count 215:                     GUILTY __X__              NOT GUILTY _____

Count 217:                     GUILTY __X__              NOT GUILTY _____

Count 218:                     GUILTY __X__              NOT GUILTY _____

Count 220:                     GUILTY __X__              NOT GUILTY _____


Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 198:                     GUILTY __X__              NOT GUILTY _____

Count 199:                     GUILTY __X__              NOT GUILTY _____

Count 200:          GUILTY  X          NOT GUILTY _____

Count 201:          GUILTY  X          NOT GUILTY _____

Count 202:          GUILTY  X          NOT GUILTY _____

Count 203:          GUILTY  X          NOT GUILTY _____

Count 204:          GUILTY  X          NOT GUILTY _____

Count 206:          GUILTY  X          NOT GUILTY _____

Count 207:          GUILTY  X          NOT GUILTY _____

Count 208:          GUILTY  X          NOT GUILTY _____

Count 209:          GUILTY  X          NOT GUILTY _____

Count 210:          GUILTY  X          NOT GUILTY _____

Count 211:          GUILTY  X          NOT GUILTY _____

Count 212:          GUILTY  X          NOT GUILTY _____

Count 213:          GUILTY  X          NOT GUILTY _____

Count 214:          GUILTY  X          NOT GUILTY _____

Count 215:          GUILTY  X          NOT GUILTY _____

Count 217:          GUILTY  X          NOT GUILTY _____

Count 218:          GUILTY  X          NOT GUILTY _____

Count 220:          GUILTY  X          NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Count 221-233, you must find beyond a reasonable doubt that:

1.  The defendant made any materially false, fictitious, or fraudulent statements or representations, or made or used any materially false writing or document knowing it contained any materially false, fictitious, or fraudulent statement or entry;

2.  In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.  The defendant did so knowingly and willfully.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _X_ | NOT GUILTY ____ |
| Count 222: | GUILTY _X_ | NOT GUILTY ____ |
| Count 223: | GUILTY _X_ | NOT GUILTY ____ |
| Count 224: | GUILTY _X_ | NOT GUILTY ____ |
| Count 225: | GUILTY _X_ | NOT GUILTY ____ |
| Count 226: | GUILTY _X_ | NOT GUILTY ____ |
| Count 227: | GUILTY _X_ | NOT GUILTY ____ |
| Count 228: | GUILTY _X_ | NOT GUILTY ____ |
| Count 229: | GUILTY _X_ | NOT GUILTY ____ |
| Count 230: | GUILTY _X_ | NOT GUILTY ____ |
| Count 231: | GUILTY _X_ | NOT GUILTY ____ |
| Count 232: | GUILTY _X_ | NOT GUILTY ____ |
| Count 233: | GUILTY _X_ | NOT GUILTY ____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 235-255, you must find beyond a reasonable doubt that:

1. The defendant knowingly engaged in a monetary transaction.

2. The monetary transaction was in property derived from specified unlawful activity.

3. The property had a value greater than $10,000.

4. The defendant knew that the transaction was in criminally derived property.

5. The monetary transaction took place within the United States.

28

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY _X_ | NOT GUILTY ____ |
| Count 236: | GUILTY _X_ | NOT GUILTY ____ |
| Count 237: | GUILTY _X_ | NOT GUILTY ____ |
| Count 238: | GUILTY _X_ | NOT GUILTY ____ |
| Count 239: | GUILTY _X_ | NOT GUILTY ____ |
| Count 240: | GUILTY _X_ | NOT GUILTY ____ |
| Count 241: | GUILTY _X_ | NOT GUILTY ____ |
| Count 242: | GUILTY _X_ | NOT GUILTY ____ |
| Count 243: | GUILTY _X_ | NOT GUILTY ____ |
| Count 244: | GUILTY _X_ | NOT GUILTY ____ |
| Count 245: | GUILTY _X_ | NOT GUILTY ____ |
| Count 246: | GUILTY _X_ | NOT GUILTY ____ |
| Count 247: | GUILTY _X_ | NOT GUILTY ____ |
| Count 248: | GUILTY _X_ | NOT GUILTY ____ |
| Count 249: | GUILTY _X_ | NOT GUILTY ____ |
| Count 250: | GUILTY _X_ | NOT GUILTY ____ |
| Count 251: | GUILTY _X_ | NOT GUILTY ____ |
| Count 252: | GUILTY _X_ | NOT GUILTY ____ |
| Count 253: | GUILTY _X_ | NOT GUILTY ____ |
| Count 254: | GUILTY _X_ | NOT GUILTY ____ |
| Count 255: | GUILTY _X_ | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY _X_ | NOT GUILTY ____ |
| Count 236: | GUILTY _X_ | NOT GUILTY ____ |
| Count 237: | GUILTY _X_ | NOT GUILTY ____ |
| Count 238: | GUILTY _X_ | NOT GUILTY ____ |
| Count 239: | GUILTY _X_ | NOT GUILTY ____ |

29

Count 240:          GUILTY _X_          NOT GUILTY ____
Count 241:          GUILTY _X_          NOT GUILTY ____
Count 242:          GUILTY _X_          NOT GUILTY ____
Count 243:          GUILTY _X_          NOT GUILTY ____
Count 244:          GUILTY _X_          NOT GUILTY ____
Count 245:          GUILTY _X_          NOT GUILTY ____
Count 246:          GUILTY _X_          NOT GUILTY ____
Count 247:          GUILTY _X_          NOT GUILTY ____
Count 248:          GUILTY _X_          NOT GUILTY ____
Count 249:          GUILTY _X_          NOT GUILTY ____
Count 250:          GUILTY _X_          NOT GUILTY ____
Count 251:          GUILTY _X_          NOT GUILTY ____
Count 252:          GUILTY _X_          NOT GUILTY ____
Count 253:          GUILTY _X_          NOT GUILTY ____
Count 254:          GUILTY _X_          NOT GUILTY ____
Count 255:          GUILTY _X_          NOT GUILTY ____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 235:          GUILTY _X_          NOT GUILTY ____
Count 236:          GUILTY _X_          NOT GUILTY ____
Count 237:          GUILTY _X_          NOT GUILTY ____
Count 238:          GUILTY _X_          NOT GUILTY ____
Count 239:          GUILTY _X_          NOT GUILTY ____
Count 240:          GUILTY _X_          NOT GUILTY ____
Count 241:          GUILTY _X_          NOT GUILTY ____
Count 242:          GUILTY _X_          NOT GUILTY ____
Count 243:          GUILTY _X_          NOT GUILTY ____
Count 244:          GUILTY _X_          NOT GUILTY ____
Count 245:          GUILTY _X_          NOT GUILTY ____

| Count 246: | GUILTY __X__ | NOT GUILTY ____ |
| Count 247: | GUILTY __X__ | NOT GUILTY ____ |
| Count 248: | GUILTY __X__ | NOT GUILTY ____ |
| Count 249: | GUILTY __X__ | NOT GUILTY ____ |
| Count 250: | GUILTY __X__ | NOT GUILTY ____ |
| Count 251: | GUILTY __X__ | NOT GUILTY ____ |
| Count 252: | GUILTY __X__ | NOT GUILTY ____ |
| Count 253: | GUILTY __X__ | NOT GUILTY ____ |
| Count 254: | GUILTY __X__ | NOT GUILTY ____ |
| Count 255: | GUILTY __X__ | NOT GUILTY ____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant guilty of Count 256, you must find beyond a reasonable doubt that:

1.      Mrs. Chaney knowingly altered, destroyed, mutilated, concealed, covered up, falsified, or made a false entry in a record, document or tangible object;

2.      Mrs. Chaney acted with the intent to impede, obstruct or influence a matter or investigation; and

3.      The matter or investigation was within the jurisdiction of the Federal Bureau of Investigation, which is an agency of the United States.

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 256:          GUILTY ____          NOT GUILTY __X__

DATE: 4/18/16

FOREPERSON

31