# EXHIBIT 8

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                         SOUTHERN DIVISION
                              LONDON

UNITED STATES OF AMERICA,

      PLAINTIFF,

                                    Criminal No. 6:14-CR-37
VS.                                 At London, Kentucky
                                    March 31, 2016
                                    9:46 a.m.

JAMES ALVIN CHANEY, M.D.,
a/k/a ACE CHANEY, LESA L. CHANEY,
and ACE CLINIQUE OF MEDICINE, LLC,

      DEFENDANTS.

      TRANSCRIPT OF JURY TRIAL PROCEEDINGS BEFORE
      U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE
                    DAY 16 OF 25 DAYS

   APPEARANCES:

   For the Plaintiff:    Hon. Andrew Sparks
                         Hon. Roger West
                         Assistant United States Attorneys
                         260 West Vine Street
                         Suite 300
                         Lexington, Kentucky  40507-1612
                         (859) 685-4895

   For the Defendant     Hon. Elizabeth Snow Hughes
   James A. Chaney       Green, Chesnut & Hughes, PLLC
   and Ace Clinique:     201 East Main Street, Suite 1250
                         Lexington, Kentucky  40507
                         (859) 475-1471

   For the Defendant     Hon. Robert L. Abell
   Lesa L. Chaney:       120 North Upper Street
                         P. O. Box 983
                         Lexington, Kentucky 40588-0983
                         (859) 254-7076


      Proceedings recorded by mechanical stenography,
   transcript produced by computer.
```

**SANDRA L. WILDER, RMR, CRR, OFFICIAL COURT REPORTER**
310 South Main Street, Suite 317, London, Kentucky 40745
(859) 516-4114

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-8   Filed: 01/23/24   Page: 3 of 6 - Page ID#: 1041
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 417   Filed: 02/12/17   Page: 2 of 175 - Page ID#: 8257

2

INDEX

| | |
|---|---:|
| Colloquy | 3-6 |
| Direct Examination of LESLIE JAYNES  By: Ms. Hughes | 6-16 |
| Cross-examination  By: Mr. Abell | 17 |
| Cross-examination  By: Mr. Sparks | 17-33 |
| Redirect Examination  By: Ms. Hughes | 33-35 |
| Direct Examination of JENNIFER NICHOLE STACY  By: Ms. Hughes | 36-92 |
| Cross-examination  By: Mr. Abell | 93-98 |
| Cross-examination  By: Mr. Sparks | 98-150 |
| Redirect Examination  By: Ms. Hughes | 150-157 |
| Recross-examination  By: Mr. Sparks | 157-158 |
| Colloquy | 158-174 |
| Reporter's Certificate | 175 |

Case: 6:24-cv-00007-REW-HAI Doc #: 16-8 Filed: 01/23/24 Page: 4 of 6 - Page ID#: 1042
Case: 6:14-cr-00037-GFVT-HAI Doc #: 417 Filed: 02/12/17 Page: 13 of 175 - Page ID#: 8268

13

```
 1      A.      No.
 2      Q.      Did Roy Combs ever ask you to write any
 3 other prescriptions for himself or a family member?
 4      A.      Yes, once.
 5      Q.      Would you explain that to the jury,
 6 please.
 7      A.      It was on a weekend, and he had texted me
 8 and said his mother was hurting. I guess she was out
 9 of pain meds; I don't know, and wanted me to write a
10 prescription for her -- or -- well, he wanted me to
11 call it in, but they -- they had just passed a law
12 where you couldn't call in narcotics. And I had never
13 seen her; she was not my patient, so I would not have
14 written a prescription for somebody I'd never laid
15 eyes on, so ...
16      Q.      So logistically, how did Mr. Combs want to
17 obtain the prescription, since you couldn't call it
18 in?
19      A.      Well, he was wanting me to either bring it
20 to him, or he wanted to drive, you know, to meet me to
21 pick it up, which, you know, you don't give a pain
22 script to somebody that's not a patient. And I'm not
23 going to write a pain script for somebody that's -- is
24 not my patient.
25      Q.      Sure. At some point while you were
```

Case: 6:24-cv-00007-REW-HAI  Doc #: 16-8  Filed: 01/23/24  Page: 5 of 6 - Page ID#: 1043
Case: 6:14-cr-00037-GFVT-HAI  Doc #: 417  Filed: 02/12/17  Page: 14 of 175 - Page ID#: 8269

14

1 employed at Ace Clinique of Medicine, did there -- did
2 a concern arise about forged prescriptions?
3     A.     Yes.
4     Q.     Can you tell the jury about that.
5     A.     I think it had to do with Roy's mother.
6 There was all these prescriptions. And maybe another
7 thing I remember, but I'm -- I'm unsure; I can't
8 remember, but there was numerous prescriptions that
9 were written for the mother that I had not written and
10 Dr. Chaney had not written. And you could obviously
11 see, you know, on there. But I think that they had
12 pulled a KASPER on it and then realized there was all
13 this kind of stuff that, you know, obviously, I guess,
14 Roy had written.
15     Q.     And did you take any action yourself with
16 respect to your own prescriptions as a result of that?
17     A.     Yeah. I got on the KASPER system and
18 started looking to make sure that there wasn't a big
19 bunch of prescriptions that were under my name.
20 Because, you know, I think I've probably written five
21 or six Percocet prescriptions since I've been out of
22 school, and it's for a very limited amount. You're
23 only allowed to write for 72 hours. So I wanted to
24 make sure there wasn't that, or something else, you
25 know, that had been written under my name.

Case: 6:24-cv-00007-REW-HAI Doc #: 16-8 Filed: 01/23/24 Page: 6 of 6 - Page ID#: 1044
Case: 6:14-cr-00037-GFVT-HAI Doc #: 417 Filed: 02/12/17 Page: 15 of 175 - Page ID#: 8270

15

1  Q.    And did you satisfy yourself that the
2 prescriptions you saw on KASPER --
3  A.    As far as I could -- as far as I could
4 see, yes.
5  Q.    Now, back to the FBI.  Other than asking
6 you about whether you had knowledge of altered drug
7 screens, did they ask you about any other topics?
8  A.    They asked me, like, what was the office
9 policy as far as, you know, how we did lab work and
10 how often we did lab work.
11        They asked about the MRIs, and they also
12 asked about nerve conduction studies versus
13 electromyelograms.
14  Q.    Explain that.  What do you mean nerve
15 conduction studies versus electromyelograms?
16  A.    Well, an electromyelogram is performed by
17 a neurologist, and it -- it studies how well basically
18 your muscles react to stimulation.
19        A nerve conduction study is looking at, I
20 guess, the firing of the nerves and how they travel
21 down the body, if there's a blockage or whatever.  So,
22 you know, as far as I know, I don't think I even ever
23 ordered a electromyelogram.
24  Q.    And to your knowledge, were
25 electromyelograms or EMGs performed at Ace Clinique of