# EXHIBIT 10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 14-CR-00037-GFVT                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.                                              **RESPONSE TO MOTION**

JAMES ALVIN CHANEY, M.D.,                                                    DEFENDANTS
    aka ACE CHANEY,
LESA CHANEY, AND
ACE CLINIQUE OF MEDICINE, LLC

\* \* \* \* \*

Comes the United States, by counsel, and hereby submits the following Response to the above referenced Motion (DE 129) to provide the KASPER records of the above named defendant, Chaney, that were utilized in this case. The United States does not object to the Motion and the relief requested therein.

As this Court is aware, disclosure of KASPER reports is controlled by Kentucky Revised Statute (KRS) 218A.202 (6)(b). Specifically,

> (6)     The Cabinet for Health and Family Services shall only disclose data to persons and entities authorized to receive the data under this section. Disclosure to any other person or entity, including disclosure in the context of a civil action where disclosure is sought either for the purpose of discovery or for evidence, is prohibited unless specifically authorized by this section. The Cabinet for Health and Family Services shall be authorized to provide data to:
>
> (b)     Employees of the Office of the Inspector General of the Cabinet for Health and Family Services who have successfully completed training for the electronic system

and who have been approved to use the system, Kentucky Commonwealth's attorneys and assistant Commonwealth's attorneys, county attorneys and assistant county attorneys, a peace officer certified pursuant to KRS 15.380 to 15.404, a certified or full time peace officer of another state, or a federal peace officer who duty is to enforce the laws of this Commonwealth, of another state, or of the United States relating to drugs and who is engaged in a bona fide specific investigation involving a designated person.

Voluntary disclosure by law enforcement personnel of KASPER reports to defense counsel is not authorized by state statute without a court order.

Disclosure is authorized under KRS 218A.202(8):

> A person who receives data or any report of the system from the cabinet shall not provide it to any other person or entity except as provided in this section, in another statute, or by order of a court of competent jurisdiction, . . . .

This Court has very recently ruled upon this exact issue in 14-CR-22-S-GFVT. The United States does not object to a similar Order being issued in this case and understands that this Court will direct the parties, ". . . to comply with the second and third sentences of KRS 218A.202(8)(a) to ensure requirements of said statue are met."

Respectfully submitted,

KERRY B. HARVEY<br>
UNITED STATES ATTORNEY

By:  s/Roger W. West
     Assistant United States Attorney
     260 W. Vine Street, Suite 300
     Lexington, Kentucky 40507-1612
     (859) 685-4890     FAX (859) 233-2658
     Roger.West@usdoj.gov

## CERTIFICATE OF SERVICE

On April 27, 2015, I electronically filed this document through the ECF system, which will send the notice of electronic filing to:

>Hon. Elizabeth Hughes, *Attorney for James Alvin Chaney*
>*Attorney for Ace Clinique of Medicine*
>Hon. Richard Plymale, *Attorney for Lesa Chaney*

>s/Roger W. West
>Assistant United States Attorney