# EXHIBIT 15

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 2 of 9 - Page ID#: 1095
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 450   Filed: 08/25/17   Page: 1 of 129 - Page ID#: 9443

1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                SOUTHERN DIVISION AT LONDON

UNITED STATES OF AMERICA,

     PLAINTIFF,
                                    Criminal No. 6:14-CR-37
VS.                                 At London, Kentucky
                                    Thursday, August 17, 2017
                                    10:09 a.m.
JAMES ALVIN CHANEY, M.D.,
a/k/a ACE CHANEY, LESA L. CHANEY,
and ACE CLINIQUE OF MEDICINE, LLC,

     DEFENDANTS.


       TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS
     BEFORE U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE
                      Day 1 of 2 Days

APPEARANCES:

For the Plaintiff:     Hon. Paul McCaffrey
                       Hon. Roger West
                       Assistant United States Attorneys
                       260 West Vine Street
                       Suite 300
                       Lexington, Kentucky  40507-1612
                       (859) 685-4895

For the Defendant      Hon. Christy Love
James A. Chaney        Love Law Firm, PLLC
and Ace Clinique       333 North Main Street, Suite B
of Medicine, LLC:      London, Kentucky  40744
                       (606) 312-5683

For the Defendant      Hon. Robert L. Abell
Lesa L. Chaney:        120 North Upper Street
                       P. O. Box 983
                       Lexington, Kentucky 40588-0983
                       (859) 254-7076


        Proceedings recorded by mechanical stenography,
     transcript produced by computer.
```

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 3 of 9 - Page ID#: 1096
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 2 of 129 - Page ID#: 9444

2

```
                              INDEX

Colloquy                                                    3-9

                         Government's Proof

Direct Examination of THAD LAMBDIN
     By:  Mr. West                                          9-40

Cross-examination
     By:  Ms. Love                                          40-51

Cross-examination
     By:  Mr. Abell                                         51-53

Redirect Examination
     By:  Mr. West                                          53-55

Direct Examination of ASPEN RENAE TAYLOR
     By:  Mr. McCaffrey                                     56-66

Cross-examination
     By:  Ms. Love                                          66-70

Cross-examination
     By:  Mr. Abell                                         71-72

Redirect Examination
     By:  Mr. McCaffrey                                     73-74

Recross-examination
     By:  Ms. Love                                          74

                          Defense Proof

Direct Examination of JAMES ALVIN ACE CHANEY
     By:  Ms. Love                                          78-109

Cross-examination
     By:  Mr. West                                          109-122

Redirect Examination
     By:  Ms. Love                                          122-123

Colloquy                                                    123-129

Reporter's Certificate                                      129
```

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 4 of 9 - Page ID#: 1097
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 9 of 129 - Page ID#: 9451

9

```
 1                    DIRECT EXAMINATION
 2      BY:  MR WEST:
 3      Q.      Would you state your name and your
 4 occupation, please, sir.
 5      A.      Yes.  My name is Thad Lambdin.  I'm a
 6 special agent with the FBI.
 7      Q.      Agent Lambdin, how long have you been with
 8 the FBI?
 9      A.      Since 2003.
10      Q.      And what is your current assignment?
11      A.      I'm a special agent in London, Kentucky.
12      Q.      And how long have you been at the London
13 resident office?
14      A.      Approximately seven years.
15      Q.      Were you the primary case agent for the
16 FBI in this matter pending before the Court at this
17 time?
18      A.      Yes, I was.
19      Q.      What are some of your duties and
20 responsibilities there as an FBI agent in the London
21 office?
22      A.      I do investigations of criminal matters, a
23 variety of criminal matters.  I also am a digital
24 extraction technician, so I've been trained to extract
25 digital evidence from hard drives, that type of thing,
```

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 5 of 9 - Page ID#: 1098
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 10 of 129 - Page ID#: 9452

10

```
 1  and then actually do preliminary reviews and searches
 2  on those.
 3       Q.     All right.  Now, how long have you been a
 4  data extraction technician?
 5       A.     I'd say it's probably about four years.  I
 6  don't have the exact date.
 7       Q.     And you testified in the trial of these
 8  two defendants and the corporation, correct?
 9       A.     Yes.
10       Q.     And you understand -- you've been informed
11  what we're here for today, to determine pill quantity
12  and amount of loss, correct?
13       A.     That is correct.
14       Q.     Did you do anything in particular in
15  regards to determining a pill quantity for this matter
16  before this Court?
17       A.     Yes.  In September of 2014, TFO James Pace
18  obtained the KASPER records.  And basically, I
19  imported the records into an Excel spreadsheet, kept
20  them down to the 2007, 1-1-2007, to the end date,
21  which was, I believe, August 2014.  And then at -- on
22  a monthly basis, basically did a tally of the
23  different types of drugs that were dispensed that were
24  in the KASPER reports, prescription by prescription,
25  did summary sheets for both Schedule II and Schedule
```

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 6 of 9 - Page ID#: 1099
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 11 of 129 - Page ID#: 9453

11

```
 1  III.
 2      Q.      All right.  So just for the purpose of the
 3  record, although I'm sure nearly every person in this
 4  courtroom by this time understands what a KASPER
 5  record is, but if you would explain that, please.
 6      A.      A KASPER record -- the state of Kentucky
 7  has a -- a program in place where as people fill their
 8  prescriptions at different pharmacies, the pharmacist
 9  enters the data into the system and it's collected at
10  the state.
11      Q.      Now, let me ask a couple of preliminary
12  questions.  Is that KASPER system statewide?
13      A.      Yes, it is.
14      Q.      So it doesn't apply to any prescriptions
15  that were filled in Ohio, Illinois, Indiana, West
16  Virginia or Tennessee, correct?
17      A.      That's correct, nothing filled out of
18  state.
19      Q.      All right.  And it doesn't apply to a
20  prescription that's written, but just a prescription
21  that's actually filled at a pharmacy, correct?
22      A.      That's correct, only at the time of
23  filling is it completed.
24      Q.      All right.  And is every pharmacy in the
25  state that's licensed required to contribute or
```

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 7 of 9 - Page ID#: 1106
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 84 of 129 - Page ID#: 9526

84

1  know, where, for example, if someone has a complaint
2  of chronic pain, which means pain for three months on
3  a daily basis, or longer, that's, by definition, a
4  chronic pain.  But we had a psychosocial evaluation
5  done on people.  Each and every visit someone had a
6  KASPER profile ran on them before they came in to be
7  seen.  They had urine drug testing.  They had
8  specialty consultation.  If it was, for example, a --
9  potentially a surgical patient, they may see a
10 neurosurgeon or an orthopedic surgeon, or may be
11 seeing a rheumatologist for something that's not
12 operable, for example, and, of course, pain management
13 specialty, which was not available at home either.
14        Q.      What's a pain management specialist?
15        A.      Well, a pain specialist, someone who is
16 certified in pain management, and that is what they
17 do.
18        Q.      Who did you use?
19        A.      Dr. Wright primarily.
20        Q.      Okay.  So you -- you used another doctor
21 to review your files?
22        A.      Correct.
23        Q.      Okay.  You mentioned KASPER.  Did you ever
24 notice any errors on KASPER when you were dealing with
25 patients?

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 8 of 9 - Page ID#: 1101
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 85 of 129 - Page ID#: 9527

85

```
 1    A.      KASPER is fraught with errors.  We had a
 2  document that we received that had 1,208 prescriptions
 3  on it actually, and all of them --
 4    Q.      Your prescriptions?
 5    A.      Right.  They were -- they were alleged my
 6  prescriptions; not all of them were, a significant
 7  amount of them were.
 8          But there were other physicians, there's
 9  nurse practitioners and so forth listed on 'em, and
10  out of the 1,208, I think 1,207 were wrong.
11    Q.      Okay.  And those KASPER prescriptions or
12  the list that you got from KASPER indicated that you,
13  with your DEA number, had prescribed them?
14    A.      Correct.  And, you know, it may have been
15  a problem with the date, for example.  If the
16  prescription's written, for example, on July 1, and
17  not filled until July 5, then the pharmacy would
18  erroneously put down it was July 5 as the date of the
19  prescription.
20    Q.      Okay.  And also, did you find errors of
21  other names besides you that prescribed the
22  medication?
23    A.      Absolutely, uh-huh.
24    Q.      Okay.  Did you compare the KASPER with
25  your actual files?
```

Case: 6:24-cv-00007-REW-HAI  Doc #: 16-15  Filed: 01/23/24  Page: 9 of 9 - Page ID#:
Case: 6:14-cr-00037-GFVT-HAI  Doc #: 459-10  Filed: 08/25/17  Page: 86 of 129 - Page ID#:
9102
9528

86

```
 1       A.      You mean as I was -- as we were seeing
 2  patients?
 3       Q.      As you were looking for errors.
 4       A.      Oh, yeah, absolutely.  And then we'd
 5  actually pull the actual prescription is where you'd
 6  find the error.
 7       Q.      So regarding your patients, did you -- did
 8  you -- did you care about 'em?
 9       A.      Of course.  I mean, what kind of
10  question -- of course, I did.
11       Q.      Well, some -- I would -- I'd say it's a
12  legitimate question; I'd say some doctors don't care.
13  And did you have some patients that would treat with
14  you for years?
15       A.      Oh, absolutely.
16       Q.      Okay.  You're aware that there's a doctor
17  that reviewed 200 files, aren't you?
18       A.      Correct.
19       Q.      Okay.  And that there's some -- some
20  indications that he couldn't access files.  I want to
21  talk to you about some of those patients.  Do you
22  mind?
23       A.      Sure.
24       Q.      To see where you -- you believe those
25  files were and what is your recollection about the
```