**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC. *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING HOSPICE OF THE BLUEGRASS, INC.'S MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Motion having been made by Defendants Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion (D.E. 15) is GRANTED. Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short  may serve their answer or otherwise plead by February 15, 2024.

This the 24th day of January, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge