**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

|  |  |  |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| v. | ) | |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| Defendants. | | |

## <u>ORDER</u>

Having reviewed the Unopposed Motion for Extension of Time to Respond to Complaint filed by Defendants Wal-Mart Stores East, L.P. ("Walmart"), and Mike McIntosh to extend their responsive pleading deadline to February 15, 2024, and good cause appearing, it is hereby ORDERED that the Motion (D.E. 6) is GRANTED, and that Defendants Walmart and McIntosh may serve their answer or otherwise plead by February 15, 2024.

This the 24th day of January, 2024.

Signed By:
*Hanly A. Ingram*
**United States Magistrate Judge**