IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**JAMES A. CHANEY**                                                                                                    **PLAINTIFF**

**V.**                                                    Civil Action No.: 6:24–cv–00007
                                                          Honorable Robert E. Wier
                                                          (Formerly Civil Action No.: 23-CI-00442
                                                          in the Circuit Court of Perry County, KY)

**CVS PHARMACY, INC., et al.**                                                                        **DEFENDANTS**

## ORDER

The Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady, having moved the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the dismissal of all Counts of the Complaint against those Defendants, and the Court finding and concluding that said Motion is well-taken, hereby GRANTS the same, DISMISSING the Complaint as to the Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady, WITH PREJUDICE.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
JUDGE

18744881.1