IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE
CIVIL NO. 6:24-CV-00007

JAMES A. CHANEY                                               PLAINTIFF

V.

CVS PHARMACY, INC, MOUNTAIN
COMPREHENSIVE HEALTH CARE
d/b/a LEATHERWOOD-BLACKEY
MEDICAL CLINIC, et al.                                    DEFENDANTS

---

## MOTION TO DISMISS

---

Comes the Defendant, Mountain Comprehensive Health Care, d/b/a Leatherwood-Blackey Medical Clinic, correctly Mountain Comprehensive Health Corporation, by counsel, and moves the Court to Dismiss the Complaint against this Defendant, and for grounds states:

1. That Mountain Comprehensive Health Corporation is a community health center under the Public Health Services Act (P.H.S.) 42 U.S.C. 233, Section 244(a) and is covered under the Federal Torts Claim Act as amended by the federally supported Health Center Assistance Act of 1992 and 1995.

2. Mountain Comprehensive Health Corporation is a "deemed entity" within the meaning of the Public Health Service Act, 42 U.S.C. 233(h) as amended by the Federally Supported Health Centers Assistance Act of 1992 (P.L. 102-501). A copy of the current Deeming Action issued August 17, 2023, is attached. This Defendant has been determined to be a "deemed entity" during all relevant times alleged in the Complaint. See, Affidavit of L. M. (Mike) Caudill attached.

3. The Notice of Deeming Action provides:

"Section 223(a) of the P.H.S. Act provides liability protection

> under the Federal Torts Claim Act (FTCA), 28 U.S.C. Sections 1346(b), 2672. . . for damage for personal injury, including death, resulting from the performance or medical, surgical, dental or related functions by P.H.S. . . . This protection is exclusive of any other civil action or proceeding.  Coverage extends to deemed entities. . . .

    4.  Accordingly, jurisdiction for the Plaintiff's cause of action against this Defendant has been pre-empted under the aforesaid Act, and lies exclusively in the federal court system.

    5.  However, a claimant cannot go directly to the District Court, as herein.  28 U.S.C. Section 801.1 provides that because the claim is against the United States, it must first be presented to the appropriate federal agency for administrative action.  It is only after determination by the administrative agency that an action can be filed in the District Court.  28 U.S.C. Section 801.4.

    6. Therefore, because the Plaintiff has failed to exhaust his administrative remedies against this Defendant, his Complaint against Mountain Comprehensive Health Corporation should be dismissed.

    7. An Agreed Order dismissing the Complaint against this Defendant, without prejudice, had been entered by the Perry Circuit Court at the time of the removal of this action.

    WHEREFORE, the Defendant moves the Court for an appropriate Order.

_____
Gene Smallwood, Jr.
General Counsel
Mountain Comprehensive Health Corporation
P.O. Box 40
Whitesburg, Kentucky 41858
(606) 633-4823 EXT: 1393

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was mailed, postage-prepaid, to the following identified on the attachment hereto, this 23rd day of January, 2024.

_____
Gene Smallwood, Jr.

Masten Childers, III
Whiteford Taylor & Preston, LLP
161 N. Eagle Creek Dr., Ste. 210
Lexington, Kentucky 40509

CVS Pharmacy, Inc.
30 South KY HWY 15
Hazard, Kentucky 41701

Ryan McGrainer
30 South Kentucky HWY 15
Hazard, Kentucky 41701

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915

R/X Discount Pharmacy of Hazard, Inc.
500 Morton Blvd
Hazard, Kentucky 41701

R/X Discount Pharmacy of Harlan
Harlan County Inc.
306 Morton Blvd
PO Box 1569
Hazard, Kentucky 41649

Helen Herald
113 Rock Ridge Road Big
Hazard, Kentucky 41701

Holly Harris
2423 Valley Vista Road
Louisville, Kentucky 40205

Broadway Clinic Pharmacy, Inc.
251 S. Pine St.
Pineville, Kentucky 40977

Michael Sizemore
5460 Slate Lick Road
London, Kentucky 40741

Cynthia Williams
55 Lindsey Lane
Hazard, Kentucky 41701

D.B. Coyle Enterprises, Inc.
1374 Quirks Run Rd.
Danville, Kentucky 40422

Downtown Drug, Inc.
90 Triangle Street
Martin, Kentucky 41649

Susan Fields
120 Holly Drive
Hazard, Kentucky 41701

Dachea Wooton
555 Ridgeview Way
Hazard, Kentucky 41701

Harlan Medical Center Pharmacy, In
132 Village Center
Harlan, Kentucky 40831

Brian Key
59 Watertower Lane
Hardinsburg, Kentucky 40143

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, Kentucky 41339

Joe Lewis
1302 N. Franklin Road
Indianapolis, Indiana 46219

Hometown Pharmacy of Manchester,
2163 East HWY 30
East Bernstadt, Kentucky 40729

Hospice of the Bluegrass, Inc.
57 Dennis Sandlin
Hazard, Kentucky 41501

Wendell Short
137 River Oak Circle
London, Kentucky 40744

Wesley Howard
PO Box 1651
Harlan, Kentucky 40831

Donnie K. Starnes
181 Starnes Drive
Pikeville, Kentucky 41501

King Pharmacy, Inc.
900 Morton Blvd
Hazard, Kentucky 41701

Knott Prescription Center, Inc.
PO Box 1042
Hindman, Kentucky 41822

Charles Stuart Duff
538 Ridgeview Way
Hazard, Kentucky 41701

Verlon Banks
4236 HWY 15
Whitesburg, Kentucky 41858

McDowell Professional Pharmacy, Inc.
9549 KY RT 122
McDowell, Kentucky 41647

Alicia Dawson
230 Frasure Creek
McDowell, Kentucky 41647



The Medicine Shoppe Hyden
22044 Main Street
Hyden, Kentucky 41749

Mountain Clinic Pharmacy, LLC
1904 North Main Street
Hazard, Kentucky 41701

Parkview Pharmacy, Inc.
8274 KY Route 122
Minnie, Kentucky 41651

The Plaza Pharmacy, PLLC
1389 HY 15 North
Jackson, Kentucky 41339

Professional Pharmacy
of Hazard, PLLC
124 Grandview Plaza, Unit #6
Hazard, Kentucky 41701

Specialty Care Center Pharmacy
Of E. Kentucky
1012 Town and Country Lane, Ste. 10(
Hazard, Kentucky 41701

Robert Burton
1418 Clear Creek Road
Hazard, Kentucky 41701

James Craig Stallard
1063 Dairy Hollow
Jenkins, Kentucky 41537

William Reed Hall
74 Ohio Street
Whitesburg, Kentucky 41858

Thompson Discount Drug, Inc.
810 East 4th Street
London, Kentucky 40741

Value RX Bluegrass, LLC
21 Mink Lane
Pineville, Kentucky 40977

Todd Walters
21 Mink Lane
Pineville, Kentucky 40977

Mike McIntosh
79 Happy Valley Lane
Hazard, Kentucky 41701

Justin S. Peterson
Peterson Law Office, PLLC
Harrodsburg Road, Ste. 205
Lexington, Kentucky 40503

Kentucky CVS Pharmacy LLC
157 South Buchman Street
Shepherdsville, Kentucky 40165

James Shackleford
1033 Bee Hive Rd.
Slemp, Kentucky 41763

R/X Discount Pharmacy, Inc.
500 Morton Blvd
Hazard, Kentucky 41701

Richard K. Slone
Possum Trot Road
Leburn, Kentucky 41831

Appalachian Regional Healthcare, Inc.
2260 Executive Drive
Lexington, Kentucky 40505

Rebecca Wooton Napier
10664 N KY HWY 15
Chavies, Kentucky 41727

Boggs Pharmacy
1011 Main Street
HWY U.S. 23
Jenkins, Kentucky 41537

Community Drug of Manchester, Inc.
1668 S. HWY 421
Manchester, Kentucky 40962

Complete Care Pharmacy, PLLC
572 Morton Blvd.
Hazard, Kentucky 41701

Lori Johnson
59 Lauren Paige Lane
Hazard, Kentucky 41701

Tombert, Inc.
815 County Club Lane
Hopkinsville, Kentucky 42240

DSSK Pharmaceutical, Inc.
145 Citizens Lane
Hazard, Kentucky 41701

East Main Street Pharmacy, LLC
279 East Street
Hazard, Kentucky 41701

Family Pharmacy of Jackson
265 HWY 15 South Ste. 2
Jackson, Kentucky 411339

Ernest Watts
33 Blue Spruce Ridge
Hazard, Kentucky 41701

Hometown Pharmacy of Hazard, LLC
PO Box 3073
London, Kentucky 40743

Easy Peel® Labels
Use Avery® Template 5160®

Hometown Pharmacy, Inc.
130 KY-80
Hyden, Kentucky 41749

Doug Morgan
105 Grapevine Place
Hazard, Kentucky 41701

Matthew Hutera
2163 East HWY 30
East Bernstadt, Kentucky 40729

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, Kentucky 40504

Howard Family Pharmacy, Inc.
327 KY Route 550
Eastern, Kentucky 41822

Johns Creek Drug Center, Inc.
6162 Zebulon Highway
Pikeville, Kentucky 41502

Jordan Drug, Inc.
842 HWY 15 North
Jackson, Kentucky 41339

Leslie Scott King
239 Artie Way
Hazard, Kentucky 41701

Christopher Hall
59 West HWY 80, Ste. 1
Hindman, Kentucky 41822

Lackey Pharmacy, Inc.
Route 550-77 Millard Allen Road
Lackey, Kentucky 41643

Manchester Pharmacist Group, LLC
415 Richmond Road, Unit B
Manchester, Kentucky 40962

Steve Dawson
230 Frasure Creek
McDowell, Kentucky 41647

Med-Mart Pharmacy, LLC
87 CVB Drive
London, Kentucky 40741

Ronnie Stewart
16 Hickory Street
Hyden, Kentucky 41749

Brooks Webb
3903 Wentworth Place
Lexington, Kentucky 40515

PEJ, Inc.
265 Kentucky HWY 15 South, Ste. 2
Jackson, Kentucky 41339

Powers Pharmacy, Inc.
9448 HWY 805
Jenkins, Kentucky 41537

Daniel Thies
699 Phoenix Place Blvd. 96
Hazard, Kentucky 41701

Barry Martin
3845 Real Quiet Lane
Lexington, Kentucky 40509

Stallard's Pharmacy, Inc.
972 HWY 317
Neon, Kentucky 41840

Walters-Griffin Enterprise, Inc.
251 Medical Plaza Lane Ste. C
Whitesburg, Kentucky 41858

Robert Walters, Sr.
58 Anderson Street
Jenkins, Kentucky 41537

F. Britton Thompson
918 East 4th Street
London, Kentucky 40741

Value RX II, LLC
21 Mink Lane
Pineville, Kentucky 40977

Walmart Stores East, Ltd. Partnership
702 SW 8th Street
Bentonville, Arkansas 72716

*[signature]*

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

1. **ISSUE DATE:** (MM/DD/YYYY)
8/17/2023

2a. **FTCA DEEMING NOTICE NO.:**
1-F00000311-23-01

2b. **Supersedes:** [ ]

3. **COVERAGE PERIOD:**
From: 1/1/2024   Through: 12/31/2024

4. **NOTICE TYPE:**
Renewal

5. **ENTITY NAME AND ADDRESS:**
Mountain Comprehensive Health Corp.
226 MEDICAL PLAZA LN
WHITESBURG, KY 41858

6. **ENTITY TYPE:**
Grantee

7. **EXECUTIVE DIRECTOR:**
L.M. (Mike) Caudill

8a. **GRANTEE ORGANIZATION:**
Mountain Comprehensive Health Corp.

8b. **GRANT NUMBER:**
H80CS00367

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH RESOURCES AND SERVICES ADMINISTRATION



**NOTICE OF DEEMING ACTION**
**FEDERAL TORT CLAIMS ACT AUTHORIZATION:**
Federally Supported Health Centers Assistance Act(FSHCAA), as amended,
Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n)

9. **THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**
   a. The authorizing program legislation cited above.
   b. The program regulation cited above, and,
   c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

10. **Remarks:**


The check box [x] in the supersedes field indicates that this notice supersedes any and all active NDAs and rescinds any and all future NDAs issued prior to this notice.

*Electronically signed by Tonya Bowers, Deputy Associate Administrator for Primary Health Care on: 8/17/2023 12:46:26 PM*

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

FTCA DEEMING NOTICE NO.:  
1-F00000311-23-01

GRANT NUMBER:  
H80CS00367



Mountain Comprehensive Health Corp.  
226 MEDICAL PLAZA LN  
WHITESBURG, KY 41858

Dear L.M. (Mike) Caudill:

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. §§ 233(g)-(n), deems Mountain Comprehensive Health Corp. to be an employee of the PHS, for the purposes of section 224, effective 1/1/2024 through 12/31/2024.

Section 224(a) of the PHS Act provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, are licensed or certified providers in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

This Notice of Deeming Action (NDA) is also confirmation of medical malpractice coverage for both Mountain Comprehensive Health Corp. and its covered individuals as described above. This NDA, along with documentation confirming employment or contractor status with the deemed entity, may be used to show liability coverage for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, or related functions by PHS employees while acting within the scope of such employment.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information regarding FTCA, please contact the Health Center Program Support (Formally the BPHC Helpline) at 877-464-4772, option 1, or using the BPHC Contact Form.

A printer version document only. The document may contain some accessibility challenges for the screen reader users. To access same information, a fully 508 compliant accessible HTML version is available on the HRSA Electronic Handbooks in the FTCA Folder. If you need more information, please contact the BPHC Helpline at 877-974-BPHC (2742); Weekdays from 8:30 AM to 5:30 PM ET.

COMMONWEALTH OF KENTUCKY
PERRY CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00442

JAMES A. CHANEY     PLAINTIFF

V.

MOUNTAIN COMPREHENSIVE
HEALTH CARE, d/b/a LEATHERWOOD-
BLACKEY MEDICAL CLINIC, et al.     DEFENDANTS

---

**AFFIDAVIT**

---

Comes the Affiant, L. M. (Mike) Caudill, and after first being duly sworn, states as follows:

1. that he has been the Chief Executive Officer of Mountain Comprehensive Health Corporation since 2006;

2. that the correct name of the Defendant, Mountain Comprehensive Health Care, misnamed in the Complaint, is Mountain Comprehensive Health Corporation;

3. that at all relevant times stated in the Complaint, the Defendant, Mountain Comprehensive Health Corporation, was a "deemed entity" within the meaning of the Public Health Service Act, 42 U.S.C. 233, Section 244(a) and was covered under the Federal Torts Claim Act as amended by the federally supported Health Center Assistance Act of 1992 and 1995;

that further Affiant saith naught.

Dated this 3 day of January, 2024.

_L. M. (Mike) Caudill_
Chief Executive Officer
Mountain Comprehensive Health Corporation

STATE OF KENTUCKY
COUNTY OF LETCHER

I, *Taylyn G. Kincer*, Notary Public in and for the County and State aforesaid, do hereby certify that L. M. (Mike) Caudill did appear before me and after being duly sworn did state that the statements contained in the foregoing Affidavit were true and correct, and that he did acknowledge and sign the Affidavit in my presence as his act and deed.

Given under my hand this 3 day of January, 2024.
My commission expires the 22 day of March, 2025.

_____
Notary Public ID No.

TAYLYN G. KINCER
Notary Public
Commonwealth of Kentucky
Commission Number KYNP26188
My Commission Expires Mar 22, 2025