IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE
CIVIL NO. 6:24-CV-00007

JAMES A. CHANEY             PLAINTIFF

V.

CVS PHARMACY, INC., MOUNTAIN
COMPREHENSIVE HEALTH CARE
d/b/a LEATHERWOOD-BLACKEY
MEDICAL CLINIC, et al.             DEFENDANTS

---

## ORDER

---

    Upon Motion of the Defendant, Mountain Comprehensive Health Corporation, to dismiss the Complaint herein against it for the Plaintiff's failure to exhaust his administrative remedies, and the Court, being otherwise sufficiently advised, does hereby Order that said Defendant's Motion be, and the same is hereby SUSTAINED, and the Plaintiff's Complaint against Mountain Comprehensive Health Care, d/b/a Leatherwood-Blackey Medical Clinic, correctly named Mountain Comprehensive Health Corporation, be and the same is hereby DISMISSED, without prejudice.

Dated this _____ day of _____, 2024.

 

_____
Judge, United States District Court