IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE
CIVIL NO. 6:24-CV-00007

JAMES A. CHANEY                                                        PLAINTIFF

V.

CVS PHARMACY, INC., MOUNTAIN
COMPREHENSIVE HEALTH CARE
d/b/a LETHERWOOD-BLACKEY
MEDICAL CLINIC, et al.                                                 DEFENDANTS

---

### CORPORATE DISCLOSURE STATEMENT

---

Comes the Defendant, Mountain Comprehensive Health Corporation and pursuant to FRCP 7.1 states that Mountain Comprehensive Health Corporation is a nonprofit corporation, organized and existing under the laws of the Commonwealth of Kentucky.  It is not owned by any parent corporation, nor does any publicly held corporation own 10% or more of the corporation and, as a non- profit corporation, it has no shareholders.  Furthermore, as a Federally Qualified Heath Center, it is deemed an employee of the United States.

Dated this 26th day of January 2024.

Gene Smallwood, Jr.
P. O.  Box 40
Whitesburg, Kentucky 41858
(606) 633-4823 EXT: 1393
Attorney for Mountain Comprehensive
Health Corporation

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure was mailed, postage-prepaid to the following identified on the attachment hereto, this 26th day of January, 2024

_Gene Smellwood_

Gene Smallwood, Jr.

Masten Childers, III
Whiteford Taylor & Preston, LLP
161 N. Eagle Creek Dr., Ste. 210
Lexington, Kentucky 40509

CVS Pharmacy, Inc .
30 South KY HWY 15
Hazard, Kentucky 41701

Ryan McGrainer
30 South Kentucky HWY 15
Hazard, Kentucky 41701

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915

R/X Discount Pharmacy of Hazard, Inc.
500 Morton Blvd
Hazard, Kentucky 41701

R/X Discount Pharmacy of Harlan
Harlan County Inc.
306 Morton Blvd
PO Box 1569
Hazard, Kentucky 41649

Helen Herald
113 Rock Ridge Road Big
Hazard, Kentucky 41701

Holly Harris
2423 Valley Vista Road
Louisville, Kentucky 40205

Broadway Clinic Pharmacy, Inc.
251 S. Pine St.
Pineville, Kentucky 40977

Michael Sizemore
5460 Slate Lick Road
London, Kentucky 40741

Cynthia Williams
55 Lindsey Lane
Hazard, Kentucky 41701

D.B. Coyle Enterprises, Inc.
1374 Quirks Run Rd.
Danville, Kentucky 40422

Downtown Drug, Inc.
90 Triangle Street
Martin, Kentucky 41649

Susan Fields
120 Holly Drive
Hazard, Kentucky 41701

Dachea Wooton
555 Ridgeview Way
Hazard, Kentucky 41701

Harlan Medical Center Pharmacy, In
132 Village Center
Harlan, Kentucky 40831

Brian Key
59 Watertower Lane
Hardinsburg, Kentucky 40143

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, Kentucky 41339

Joe Lewis
1302 N. Franklin Road
Indianapolis, Indiana 46219

Hometown Pharmacy of Manchester,
2163 East HWY 30
East Bernstadt, Kentucky 40729

Hospice of the Bluegrass, Inc.
57 Dennis Sandlin
Hazard, Kentucky 41501

Wendell Short
137 River Oak Circle
London, Kentucky 40744

Wesley Howard
PO Box 1651
Harlan, Kentucky 40831

Donnie K. Starnes
181 Starnes Drive
Pikeville, Kentucky 41501

King Pharmacy, Inc.
900 Morton Blvd
Hazard, Kentucky 41701

Knott Prescription Center, Inc.
PO Box 1042
Hindman, Kentucky 41822

Charles Stuart Duff
538 Ridgeview Way
Hazard, Kentucky 41701

Verlon Banks
4236 HWY 15
Whitesburg, Kentucky 41858

McDowell Professional Pharmacy, Inc.
9549 KY RT 122
McDowell, Kentucky 41647

Alicia Dawson
230 Frasure Creek
McDowell, Kentucky 41647

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de
Repliez à la hachure afin de
révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY

The Medicine Shoppe Hyden
22044 Main Street
Hyden, Kentucky 41749

Mountain Clinic Pharmacy, LLC
1904 North Main Street
Hazard, Kentucky 41701

Parkview Pharmacy, Inc.
8274 KY Route 122
Minnie, Kentucky 41651

The Plaza Pharmacy, PLLC
1389 HY 15 North
Jackson, Kentucky 41339

Professional Pharmacy
of Hazard, PLLC
124 Grandview Plaza, Unit #6
Hazard, Kentucky 41701

Specialty Care Center Pharmacy
Of E. Kentucky
1012 Town and Country Lane, Ste. 100
Hazard, Kentucky 41701

Robert Burton
1418 Clear Creek Road
Hazard, Kentucky 41701

James Craig Stallard
1063 Dairy Hollow
Jenkins, Kentucky 41537

William Reed Hall
74 Ohio Street
Whitesburg, Kentucky 41858

Thompson Discount Drug, Inc.
810 East 4th Street
London, Kentucky 40741

Value RX Bluegrass, LLC
21 Mink Lane
Pineville, Kentucky 40977

Todd Walters
21 Mink Lane
Pineville, Kentucky 40977

Mike McIntosh
79 Happy Valley Lane
Hazard, Kentucky 41701

Justin S. Peterson
Peterson Law Office, PLLC
Harrodsburg Road, Ste. 205
Lexington, Kentucky 40503

Kentucky CVS Pharmacy LLC
157 South Buchman Street
Shepherdsville, Kentucky 40165

James Shackleford
1033 Bee Hive Rd.
Slemp, Kentucky 41763

R/X Discount Pharmacy, Inc.
500 Morton Blvd
Hazard, Kentucky 41701

Richard K. Slone
Possum Trot Road
Leburn, Kentucky 41831

Appalachian Regional Healthcare, Inc.
2260 Executive Drive
Lexington, Kentucky 40505

Rebecca Wooton Napier
10664 N KY HWY 15
Chavies, Kentucky 41727

Boggs Pharmacy
1011 Main Street
HWY U.S. 23
Jenkins, Kentucky 41537

Community Drug of Manchester, Inc.
1668 S. HWY 421
Manchester, Kentucky 40962

Complete Care Pharmacy, PLLC
572 Morton Blvd.
Hazard, Kentucky 41701

Lori Johnson
59 Lauren Paige Lane
Hazard, Kentucky 41701

Tombert, Inc.
815 County Club Lane
Hopkinsville, Kentucky 42240

DSSK Pharmaceutical, Inc.
145 Citizens Lane
Hazard, Kentucky 41701

East Main Street Pharmacy, LLC
279 East Street
Hazard, Kentucky 41701

Family Pharmacy of Jackson
265 HWY 15 South Ste. 2
Jackson, Kentucky 411339

Ernest Watts
33 Blue Spruce Ridge
Hazard, Kentucky 41701

Hometown Pharmacy of Hazard, LLC
PO Box 3073
London, Kentucky 40743

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®


Sens de

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY

Easy Peel® Labels
Use Avery® Template 5160®

Bend along line to
expose Pop-up Edge™

AVERY® 5160®

Hometown Pharmacy, Inc.
130 KY-80
Hyden, Kentucky 41749

Doug Morgan
105 Grapevine Place
Hazard, Kentucky 41701

Matthew Hutera
2163 East HWY 30
East Bernstadt, Kentucky 40729

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, Kentucky 40504

Howard Family Pharmacy, Inc.
327 KY Route 550
Eastern, Kentucky 41822

Johns Creek Drug Center, Inc.
6162 Zebulon Highway
Pikeville, Kentucky 41502

Jordan Drug, Inc.
842 HWY 15 North
Jackson, Kentucky 41339

Leslie Scott King
239 Artie Way
Hazard, Kentucky 41701

Christopher Hall
59 West HWY 80, Ste. 1
Hindman, Kentucky 41822

Lackey Pharmacy, Inc.
Route 550-77 Millard Allen Road
Lackey, Kentucky 41643

Manchester Pharmacist Group, LLC
415 Richmond Road, Unit B
Manchester, Kentucky 40962

Steve Dawson
230 Frasure Creek
McDowell, Kentucky 41647

Med-Mart Pharmacy, LLC
87 CVB Drive
London, Kentucky 40741

Ronnie Stewart
16 Hickory Street
Hyden, Kentucky 41749

Brooks Webb
3903 Wentworth Place
Lexington, Kentucky 40515

PEJ, Inc.
265 Kentucky HWY 15 South, Ste. 2
Jackson, Kentucky 41339

Powers Pharmacy, Inc.
9448 HWY 805
Jenkins, Kentucky 41537

Daniel Thies
699 Phoenix Place Blvd. 96
Hazard, Kentucky 41701

Barry Martin
3845 Real Quiet Lane
Lexington, Kentucky 40509

Stallard's Pharmacy, Inc.
972 HWY 317
Neon, Kentucky 41840

Walters-Griffin Enterprise, Inc.
251 Medical Plaza Lane Ste. C
Whitesburg, Kentucky 41858

Robert Walters, Sr.
58 Anderson Street
Jenkins, Kentucky 41537

F. Britton Thompson
918 East 4th Street
London, Kentucky 40741

Value RX II, LLC
21 Mink Lane
Pineville, Kentucky 40977

Walmart Stores East, Ltd. Partnership
702 SW 8th Street
Bentonville, Arkansas 72716

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®

Sens de

Repliez à la hachure afin de
révéler le rebord Pop-up™

www.avery.com
1-800-GO-AVERY