## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHER DIVISION AT LONDON

### ELECTRONICALLY FILED

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| Plaintiff | ) ) ) |
| v. | )  Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC. *et al.,* | ) ) ) |
| Defendants. | ) ) |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Comes now Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, by counsel, to respectfully move the Court to enter the attached order extending the time for these Defendants to move, answer, or otherwise respond to the Complaint in this matter to January 31, 2024.

1. Plaintiff filed this case on December 11, 2023 in Perry Circuit Court pleading nine claims predicated on alleged errors in Defendant's reporting of prescriptions written by Plaintiff to Kentucky's prescription monitoring database. ECF No.1-1, Compl. ¶ 94-106, 126-166. Plaintiff alleged those errors led to this conviction in federal court on 175 counts and a 180-months prison sentence for, *inter alia*, unlawfully dispensing controlled substances. *See Id.* ¶ 107-118.

2. While the case was pending in state court, Plaintiff agreed with the above-named Defendants to extend their deadline to file a responsive pleading to the Complaint to January 31, 2024.

1

3. On January 16, 2024, Defendants, Appalachian Regional Healthcare, Inc., Helen Herald, and Hollie Harris removed the case to this Court. ECF 1, Notice of Removal. However, the undersigned did not receive a copy of the Notice of Removal until January 22, 2024 via U.S. mail.

4. Defendants, Walmart Stores East, L.P and Mike McIntosh, previously filed a Motion for Extension of Time to Respond to Complaint in this matter, and in response to that motion, Plaintiff stated that it was his intent to "honor all prior agreements with respect to extensions of time to respond to Mr. Chaney's Complaint." *See* Plaintiff's Response to Walmart Defendants' Motion for Extension of Time to Respond to Complaint, DE 9, ¶ 3.

5. This Court has now ordered that Defendants, CVS Pharmacy, Inc., Walmart Stores East, L.P, Mike McIntosh, Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short may have until February 15, 2024 to serve their answers or otherwise plead.

6. Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, request that the Court similarly grant them an extension to file a responsive pleading until January 31, 2024.

7. Good cause exists for this relief. The Complaint includes nine claims, more than 80 defendants, and allegations dating back over a decade. The proposed extension is requested in good faith and will not unduly delay the case as it was filed just over a month ago.

8. Attached in is a proposed order granting the requested extension.

9. Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, reserve all rights and defenses.

        Respectfully submitted by,

        /s/ Clayton O. Oswald
        Clayton O. Oswald
        Ashley P. Hoover
        Taylor, Keller & Oswald, PLLC
        P.O. Box 3440
        1306 W. 5th St., Suite 100
        London, KY 40743-3440
        (606) 878-8844
        Fax: (606) 878-8850
        E-mail: coswald@tkolegal.com
        ahoover@tkolegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 26 day of January, 2024, upon the following:

| | |
|---|---|
| Masten Childers, III, Esq.<br>Aaron M. Oppegard, Esq.<br>Michael W. Durborow, Esq.<br>Sarah E. Cooley, Esq.<br>Madeleine R. Hamlin, Esq.<br>WHITEFORD TAYLOR & PRESTON, LLP<br>161 N. Eagle Creek Dr., Suite 210<br>Lexington, KY 40509<br>mchilders@whitefordlaw.com<br>aoppogard@whitefordlaw.com<br>mdurborow@whitefordlaw.com<br>scooley@whitefordlaw.com<br>**mhamlin@whitefordlaw.com**<br>*Counsel for Plaintiff* | **Christopher Chaisson, Esq.**<br>**WHITEFORD TAYLOR & PRESTON,**<br>**LLP 1800 M Street NW, Suite 450N**<br>**Washington, District of Columbia 20036**<br>**cchaisson@whitefordlaw.com**<br>*Co-Counsel for Plaintiff* |
| **Keith E. Whitson, Esq.**<br>**Jordan N. Kelly, Esq.**<br>**WHITEFORD TAYLOR & PRESTON,**<br>**LLP 11 Stanwix Street, Suite 1400**<br>**Pittsburgh, PA 15222**<br>**kwhitson@whitefordlaw.com**<br>**jkelly@whitefordlaw.com**<br>*Co-Counsel for Plaintiff* | Justin S. Peterson, Esq.<br>Kellie M. Collins, Esq.<br>Laura Jane Phelps, Esq. PETERSON LAW OFFICE, PLLC 2424 Harrodsburg Road, Suite 205 Lexington, KY 40503<br>justin@justinpetersonlaw.com<br>kellie@justinpetersonlaw.com<br>laurajane@justinpetersonlaw.com<br>*Co-Counsel for Plaintiff* |

| | |
|---|---|
| Randall Scott May<br>DAVIDSON & ASSOCIATES<br>Post Office Drawer 986<br>Hazard, KY 41702<br>rmay@windstream.net<br>***Counsel for Defendants, CVS Pharmacy,***<br>***Inc. and Kentucky CVS Pharmacy, L.L.C*** | Anders W. Lindberg, Esq.<br>Stacey Richards-Minigh, Esq.<br>STEPTOE & JOHNSON PLLC<br>825 Third Avenue, Suite 400<br>Huntington, WV 25701<br>Anders.lindberg@steptoe-johnson.com<br>Stacey.minigh@steptoe-johnson.com<br>*Counsel for Defendants, Appalachian*<br>*Regional Healthcare, Inc. and d/b/a*<br>*ARH Regional Medical Center Pharmacy;*<br>*ARH Community Pharmacy; Helen Herald;*<br>*and Hollie Harris a/k/a Hollie Crady* |
| Nathaniel R. Kissel, Esq.<br>STEPTOE & JOHNSON PLLC<br>100 W. Main Street, Suite 400<br>Lexington, KY 40507<br>**Nate.kissel@steptoe-johnson.com**<br>***Counsel for Defendants, Appalachian***<br>***Regional Healthcare, Inc. and d/b/a***<br>***ARH Regional Medical Center Pharmacy;***<br>***ARH Community Pharmacy; Helen Herald;***<br>***and Hollie Harris a/k/a Hollie Crady*** | Jay Milby Ridings, Esq.<br>Marcia Milby Ridings, Esq.<br>HAMM, MILBY & RIDINGS PLLC 120 N. Main St.<br>London, KY 40741<br>jridings@hmrkylaw.com<br>marcia@hmrkylaw.com<br>*Counsel for Defendants, Walmart Stores East,*<br>*L.P. and Mike McIntosh* |
| **Gene Smallwood, Esq.**<br>**P.O. Box 40**<br>**Whitesburg, KY 41858**<br>*Counsel for Mountain Comprehensive*<br>*Health Corporation d/b/a Leatherwood*<br>*Blackey Medical Clinic* | Darryl W. Durham<br>SEILLER WATERMAN, LLC<br>462 South Fourth Street, 22nd Floor<br>Louisville, KY 40202<br>ddurham@derbycitylaw.com<br>*Counsel for Defendants, CVS Pharmacy, Inc.*<br>*and Kentucky CVS Pharmacy, L.L.C.* |
| KYLE M. VIRGIN<br>Freeman Mathis & Gary, LLP<br>2525 Harrodsburg Road, Suite 500<br>Lexington, Kentucky 40504<br>kyle.virgin@fmglaw.com<br>*Counsel for Defendant,*<br>*Hospice of the Bluegrass, Inc.* | James Shackleford<br>1033 Bee Hive Rd.<br>Slemp, KY 41763-8910 |
| Sherry Sutherland<br>131 Sutherland Dr.<br>**Bimble, KY 40915-6131** | R/X Discount Pharmacy, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 |

| | |
|---|---|
| Rebecca Wooton Napier<br>10664 N KY Highway 15<br>**Chavies, KY 41727** | R/X Discount Pharmacy of Hazard, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Lori Johnson<br>59 Lauren Paige Lane<br>**Hazard, KY 41701** | Richard K. Slone<br>4736 Possum Trot Road<br>Leburn, KY 41831 |
| **R/X Discount Pharmacy of Harlan Co. Inc.**<br>**d/b/a Clay Discount Pharmacy**<br>**c/o Richard K. Slone**<br>**306 Morton Blvd.**<br>P.O. Box 7157<br>Hazard, KY 41702 | Boggs Pharmacy, Inc.<br>P.O. Box 747<br>Jenkins, KY 41537 |
| **Broadway Clinic Pharmacy, Inc.**<br>**d/b/a Medicine Cabinet Pharmacy**<br>**c/o Timothy S. Eldridge, Registered Agent**<br>**114 N. Main Cross St.**<br>**Flemingsburg, KY 41041** | Community Drug of Manchester, Inc.<br>c/o Carlo Wessels, Registered Agent<br>250 Grandview Drive, Suite 500<br>Fort Mitchell, KY 41017 |
| Michael Sizemore<br>5460 Slate Lick Road<br>**London, KY 40741** | Complete Care Pharmacy, PLLC<br>c/o Cynthia R. Williams, Registered Agent<br>572 Morton Blvd.<br>Hazard, KY 41701 |
| Cynthia Williams<br>55 Lindsey Lane<br>**Hazard, KY 41701** | Tombert, Inc. d/b/a The Medicine Shoppe<br>c/o Thomas D. Detraz<br>815 County Club Lane<br>Hopkinsville, KY 42240 |
| Downtown Drug, Inc.<br>c/o Melissa Samons, Registered Agent<br>**90 Triangle Street**<br>**Martin, KY 41649** | DSSK Pharmaceutical, Inc. d/b/a The Medicine Shoppe Hazard<br>c/o Danny Rose, Registered Agent<br>941 North Main Street, Suite 102<br>Hazard, KY 41701 |
| Susan Fields<br>120 Holly Drive<br>**Hazard, KY 41701** | East Main Street Pharmacy, LLC<br>c/o Barry Martin, Registered Agent<br>101 Town and Country Lane, Suite 101<br>Hazard, KY 41701 |
| Dachea Wooten<br>555 Ridgeview Way<br>Hazard, KY 41701 | Family Pharmacy of Jackson<br>265 Highway 15 South Ste. 2<br>Jackson, KY 41339 |

| | |
|---|---|
| Harlan Medical Center Pharmacy, Inc.<br>c/o Earnest J. Watts, Registered Agent<br>**2354 HWY 15**<br>**Whitesburg, KY 41858** | Ernest Watts<br>33 Blue Spruce Ridge<br>Hazard, KY 41701 |
| Brian Key<br>59 Watertower Lane<br>**Hardinsburg, KY 40143** | Hometown Pharmacy of Hazard, LLC<br>c/o Derek Lewis, Registered Agent<br>221 East Main Street<br>Hazard, KY 41701 |
| Hometown Pharmacy of Jackson, LLC<br>**95 Jackson Heights**<br>**Jackson, KY 41339** | Hometown Pharmacy, Inc.<br>c/o Derek Lewis, Registered Agent<br>130 Hwy 80<br>P.O. Box 1746<br>Hyden, KY 41749 |
| Joe Lewis<br>1302 N. Franklin Rd.<br>**Indianapolis, IN 46219** | Doug Morgan<br>105 Grapevine Place<br>Hazard, KY 41701 |
| Hometown Pharmacy of Manchester, LLC<br>c/o Robert Goforth, Registered Agent<br>**2163 East Highway 30**<br>**East Bernstadt, KY 40729** | Matthew Hutera<br>c/o Hometown Pharmacy of Manchester, LLC<br>2163 East Highway 30<br>East Bernstadt, KY 40729 |
| Jeffrey Holmes<br>1733 Harrodsburg Road<br>**Lexington, KY 40504** | Wendell Short<br>137 River Oak Circle<br>London, KY 40744 |
| **Howard Family Pharmacy, Inc.**<br>**c/o Wesley W. Howard, Registered Agent**<br>**1453 Prater Fork**<br>**Hueysville, KY 41640** | Wesley Howard<br>P.O. Box 1651<br>Harlan, KY 40831 |
| Johns Creek Drug Center, Inc.<br>c/o Donnie K. Starnes, Registered Agent<br>**181 Starnes Drive**<br>**Pikeville, KY 41501** | Donnie K. Starnes<br>181 Starnes Drive<br>Pikeville, KY 41501 |
| Jordan Drug, Inc.<br>FBT LLC Lexington<br>2700 Lexington Financial Center<br>**Lexington, KY 40507-1742** | King Pharmacy, Inc.<br>c/o Leslie Scott, Registered Agent<br>900 Morton Blvd.<br>Hazard, KY 41701 |

| | |
|---|---|
| Leslie Scott King<br>239 Artie Way<br>**Hazard, KY 41701** | Knott Prescription Center, Inc.<br>c/o Todd Hall, Registered Agent<br>59 West HWY 80, Suite 1<br>Hindman, KY 41822 |
| Christopher Hall<br>c/o Knott Prescription Center, Inc.<br>59 West HWY 80, Ste. 1<br>**Hindman, KY 41822** | Charles Stuart Duff<br>538 Ridgeview Way<br>Hazard, KY 41701 |
| Lackey Pharmacy, Inc.<br>c/o Alora Warren, Registered Agent<br>**2400 Abbeywood Road**<br>**Lexington, KY 40515** | Verlon Banks<br>4236 Highway 15<br>Whitesburg, KY 41858 |
| Manchester Professional Pharmacy, Inc.<br>**c/o Steven Gregory Dawson, Registered Agent**<br>**Rt. 122, Box 700**<br>McDowell, KY 41647 | Steve Dawson<br>230 Frasure Creek<br>McDowell, KY 41647 |
| Mountain Clinic Pharmacy, LLC<br>c/o Brooks Webb, Registered Agent<br>**1904 North Main Street**<br>**Hazard, KY 41701** | Brooks Webb<br>3903 Wentworth Place<br>Lexington, KY 40515 |
| Parkview Pharmacy, Inc.<br>c/o Valerie Akers<br>8274 KY Route 122<br>**Minnie, KY 41651** | PEJ, Inc.<br>c/o Everett L. Dunaway, Registered Agent<br>265 Kentucky Highway 15 South, Suite 2<br>Jackson, KY 41339 |
| The Plaza Pharmacy, PLLC<br>c/o Theresa Merced, Registered Agent<br>**1389 HWY 15 N.**<br>**Box 606**<br>**Jackson, KY 41339** | Powers Pharmacy, Inc.<br>c/o David Powers, Registered Agent<br>73 #1 Hill<br>P.O. Box 66<br>Burdine, KY 41517 |
| Professional Pharmacy of Hazard, PLLC c/o Daniel Glen Thies, Registered Agent<br>**233 Orchard Street**<br>**Hazard, KY 41701** | Daniel Thies<br>69 Phoenix Place Blvd. 96<br>Hazard, KY 41701 |

7

| | |
|---|---|
| **Specialty Care Center Pharmacy of E. Kentucky**<br>**c/o Lori M. Hayden**<br>**11910 Berry Hill Road**<br>Louisville, KY 40243 | Barry Martin<br>3845 Real Quiet Lane<br>Lexington, KY 40509 |
| Robert Burton<br>1814 Clear Creek Road<br>**Hazard, KY 41701** | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 HWY 317<br>Neon, KY 41840 |
| James Craig Stallard<br>1063 Dairy Hollow<br>**Jenkins, KY 41537** | Walters-Griffin Enterprise, Inc.<br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Bo 2290<br>359 Hazard Rd.<br>Whitesburg, KY 41858 |
| William Reed Hall<br>74 Ohio Street<br>**Whitesburg, KY 41858** | Robert Walters, Sr.<br>58 Anderson St.<br>Jenkins, KY 41537 |
| **Thompson Discount Drug, Inc.**<br>**c/o F. Britton Thompson, Registered Agent**<br>**810 East 4th Street**<br>**London, KY 40741** | F. Britton Thompson<br>918 East 4th Street<br>London, KY 40741 |
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>**21 Mink Lane**<br>**Pineville, KY 40977** | Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 |
| Todd Walters<br>21 Mink Lane<br>**Pineville, KY 40977** | Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway<br>15 Hazard, KY 41701 |

                                          /s/ Clayton O. Oswald
                                          Clayton O. Oswald