**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHER DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC. *et al.,* | ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE A RESPONSIVE PLEADING TO COMPLAINT**

Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, having made a Motion for Extension of Time to File A Responsive Pleading to the Complaint, and with the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart may file a responsive pleading to the Complaint by January 31, 2024.

So ordered this ____ day of January 2024.

_____
Hon. Hanley A Ingram
United States Magistrate Judge