**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHER DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) |
| CVS PHARMACY, INC. *et al.,* | ) |
| | ) |
| Defendants. | ) |

**RULE 7.1 DISCLOSURE FOR DEFENDANT, THE MEDICINE SHOPPE OF HYDEN P/K/A SCRIPTS, INC. D/B/A THE MEDICINE SHOPPE OF HYDEN**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, files this Corporate Disclosure Statement, and states as follows:

The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden has no parent corporation and no publicly held company owns more than ten (10) percent of its stock.

Respectfully submitted by,

/s/ Clayton O. Oswald
Clayton O. Oswald
Ashley P. Hoover
Taylor, Keller & Oswald, PLLC
P.O. Box 3440
1306 W. 5th St., Suite 100
London, KY 40743-3440
(606) 878-8844
Fax: (606) 878-8850
E-mail: coswald@tkolegal.com
            ahoover@tkolegal.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 26 day of January, 2024, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
**mhamlin@whitefordlaw.com**
*Counsel for Plaintiff*

**Christopher Chaisson, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 1800 M Street NW, Suite 450N**
**Washington, District of Columbia 20036**
**cchaisson@whitefordlaw.com**
*Co-Counsel for Plaintiff*

**Keith E. Whitson, Esq.**
**Jordan N. Kelly, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 11 Stanwix Street, Suite 1400**
**Pittsburgh, PA 15222**
**kwhitson@whitefordlaw.com**
**jkelly@whitefordlaw.com**
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq. PETERSON LAW OFFICE, PLLC 2424 Harrodsburg Road, Suite 205 Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Randall Scott May
DAVIDSON & ASSOCIATES
Post Office Drawer 986
Hazard, KY 41702
rmay@windstream.net
***Counsel for Defendants, CVS Pharmacy,***
***Inc. and Kentucky CVS Pharmacy, L.L.C***

Anders W. Lindberg, Esq.
Stacey Richards-Minigh, Esq.
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
Anders.lindberg@steptoe-johnson.com
Stacey.minigh@steptoe-johnson.com
*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

| | |
|---|---|
| Nathaniel R. Kissel, Esq.<br>STEPTOE & JOHNSON PLLC<br>100 W. Main Street, Suite 400<br>Lexington, KY 40507<br>**Nate.kissel@steptoe-johnson.com**<br>*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady* | Jay Milby Ridings, Esq.<br>Marcia Milby Ridings, Esq.<br>HAMM, MILBY & RIDINGS PLLC 120 N. Main St.<br>London, KY 40741<br>jridings@hmrkylaw.com<br>marcia@hmrkylaw.com<br>*Counsel for Defendants, Walmart Stores East, L.P. and Mike McIntosh* |
| **Gene Smallwood, Esq.**<br>**P.O. Box 40**<br>**Whitesburg, KY 41858**<br>*Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood Blackey Medical Clinic* | Darryl W. Durham<br>SEILLER WATERMAN, LLC<br>462 South Fourth Street, 22nd Floor<br>Louisville, KY 40202<br>ddurham@derbycitylaw.com<br>*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.* |
| KYLE M. VIRGIN<br>Freeman Mathis & Gary, LLP<br>2525 Harrodsburg Road, Suite 500<br>Lexington, Kentucky 40504<br>kyle.virgin@fmglaw.com<br>*Counsel for Defendant,*<br>*Hospice of the Bluegrass, Inc.* | James Shackleford<br>1033 Bee Hive Rd.<br>Slemp, KY 41763-8910 |
| Sherry Sutherland<br>131 Sutherland Dr.<br>**Bimble, KY 40915-6131** | R/X Discount Pharmacy, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Rebecca Wooton Napier<br>10664 N KY Highway 15<br>**Chavies, KY 41727** | R/X Discount Pharmacy of Hazard, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Lori Johnson<br>59 Lauren Paige Lane<br>**Hazard, KY 41701** | Richard K. Slone<br>4736 Possum Trot Road<br>Leburn, KY 41831 |

3

| | |
|---|---|
| **R/X Discount Pharmacy of Harlan Co. Inc.** **d/b/a Clay Discount Pharmacy** **c/o Richard K. Slone** **306 Morton Blvd.** P.O. Box 7157 Hazard, KY 41702 | Boggs Pharmacy, Inc. P.O. Box 747 Jenkins, KY 41537 |
| **Broadway Clinic Pharmacy, Inc.** **d/b/a Medicine Cabinet Pharmacy** **c/o Timothy S. Eldridge, Registered Agent** **114 N. Main Cross St.** **Flemingsburg, KY 41041** | Community Drug of Manchester, Inc. c/o Carlo Wessels, Registered Agent 250 Grandview Drive, Suite 500 Fort Mitchell, KY 41017 |
| Michael Sizemore 5460 Slate Lick Road **London, KY 40741** | Complete Care Pharmacy, PLLC c/o Cynthia R. Williams, Registered Agent 572 Morton Blvd. Hazard, KY 41701 |
| Cynthia Williams 55 Lindsey Lane **Hazard, KY 41701** | Tombert, Inc. d/b/a The Medicine Shoppe c/o Thomas D. Detraz 815 County Club Lane Hopkinsville, KY 42240 |
| Downtown Drug, Inc. c/o Melissa Samons, Registered Agent **90 Triangle Street** **Martin, KY 41649** | DSSK Pharmaceutical, Inc. d/b/a The Medicine Shoppe Hazard c/o Danny Rose, Registered Agent 941 North Main Street, Suite 102 Hazard, KY 41701 |
| Susan Fields 120 Holly Drive **Hazard, KY 41701** | East Main Street Pharmacy, LLC c/o Barry Martin, Registered Agent 101 Town and Country Lane, Suite 101 Hazard, KY 41701 |
| Dachea Wooten 555 Ridgeview Way Hazard, KY 41701 | Family Pharmacy of Jackson 265 Highway 15 South Ste. 2 Jackson, KY 41339 |
| Harlan Medical Center Pharmacy, Inc. c/o Earnest J. Watts, Registered Agent **2354 HWY 15** **Whitesburg, KY 41858** | Ernest Watts 33 Blue Spruce Ridge Hazard, KY 41701 |

| | |
|---|---|
| Brian Key<br>59 Watertower Lane<br>**Hardinsburg, KY 40143** | Hometown Pharmacy of Hazard, LLC<br>c/o Derek Lewis, Registered Agent<br>221 East Main Street<br>Hazard, KY 41701 |
| Hometown Pharmacy of Jackson, LLC<br>**95 Jackson Heights**<br>**Jackson, KY 41339** | Hometown Pharmacy, Inc.<br>c/o Derek Lewis, Registered Agent<br>130 Hwy 80<br>P.O. Box 1746<br>Hyden, KY 41749 |
| Joe Lewis<br>1302 N. Franklin Rd.<br>**Indianapolis, IN 46219** | Doug Morgan<br>105 Grapevine Place<br>Hazard, KY 41701 |
| Hometown Pharmacy of Manchester, LLC<br>c/o Robert Goforth, Registered Agent<br>**2163 East Highway 30**<br>**East Bernstadt, KY 40729** | Matthew Hutera<br>c/o Hometown Pharmacy of Manchester, LLC<br>2163 East Highway 30<br>East Bernstadt, KY 40729 |
| Jeffrey Holmes<br>1733 Harrodsburg Road<br>**Lexington, KY 40504** | Wendell Short<br>137 River Oak Circle<br>London, KY 40744 |
| **Howard Family Pharmacy, Inc.**<br>**c/o Wesley W. Howard, Registered Agent**<br>**1453 Prater Fork**<br>**Hueysville, KY 41640** | Wesley Howard<br>P.O. Box 1651<br>Harlan, KY 40831 |
| Johns Creek Drug Center, Inc.<br>c/o Donnie K. Starnes, Registered Agent<br>**181 Starnes Drive**<br>**Pikeville, KY 41501** | Donnie K. Starnes<br>181 Starnes Drive<br>Pikeville, KY 41501 |
| Jordan Drug, Inc.<br>FBT LLC Lexington<br>2700 Lexington Financial Center<br>Lexington, KY 40507-1742 | King Pharmacy, Inc.<br>c/o Leslie Scott, Registered Agent<br>900 Morton Blvd.<br>Hazard, KY 41701 |
| Leslie Scott King<br>239 Artie Way<br>**Hazard, KY 41701** | Knott Prescription Center, Inc.<br>c/o Todd Hall, Registered Agent<br>59 West HWY 80, Suite 1<br>Hindman, KY 41822 |

5

| | |
|---|---|
| Christopher Hall<br>c/o Knott Prescription Center, Inc.<br>59 West HWY 80, Ste. 1<br>**Hindman, KY 41822** | Charles Stuart Duff<br>538 Ridgeview Way<br>Hazard, KY 41701 |
| Lackey Pharmacy, Inc.<br>c/o Alora Warren, Registered Agent<br>**2400 Abbeywood Road**<br>**Lexington, KY 40515** | Verlon Banks<br>4236 Highway 15<br>Whitesburg, KY 41858 |
| Manchester Professional Pharmacy, Inc.<br>**c/o Steven Gregory Dawson, Registered Agent**<br>**Rt. 122, Box 700**<br>McDowell, KY 41647 | Steve Dawson<br>230 Frasure Creek<br>McDowell, KY 41647 |
| Mountain Clinic Pharmacy, LLC<br>c/o Brooks Webb, Registered Agent<br>**1904 North Main Street**<br>**Hazard, KY 41701** | Brooks Webb<br>3903 Wentworth Place<br>Lexington, KY 40515 |
| Parkview Pharmacy, Inc.<br>c/o Valerie Akers<br>8274 KY Route 122<br>**Minnie, KY 41651** | PEJ, Inc.<br>c/o Everett L. Dunaway, Registered Agent<br>265 Kentucky Highway 15 South, Suite 2<br>Jackson, KY 41339 |
| The Plaza Pharmacy, PLLC<br>c/o Theresa Merced, Registered Agent<br>**1389 HWY 15 N.**<br>**Box 606**<br>**Jackson, KY 41339** | Powers Pharmacy, Inc.<br>c/o David Powers, Registered Agent<br>73 #1 Hill<br>P.O. Box 66<br>Burdine, KY 41517 |
| Professional Pharmacy of Hazard, PLLC c/o Daniel Glen Thies, Registered Agent<br>233 Orchard Street<br>Hazard, KY 41701 | Daniel Thies<br>69 Phoenix Place Blvd. 96<br>Hazard, KY 41701 |
| **Specialty Care Center Pharmacy of E. Kentucky**<br>**c/o Lori M. Hayden**<br>**11910 Berry Hill Road**<br>Louisville, KY 40243 | Barry Martin<br>3845 Real Quiet Lane<br>Lexington, KY 40509 |

6

| | |
|---|---|
| Robert Burton<br>1814 Clear Creek Road<br>**Hazard, KY 41701** | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 HWY 317<br>Neon, KY 41840 |
| James Craig Stallard<br>1063 Dairy Hollow<br>**Jenkins, KY 41537** | Walters-Griffin Enterprise, Inc.<br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Bo 2290<br>359 Hazard Rd.<br>Whitesburg, KY 41858 |
| William Reed Hall<br>74 Ohio Street<br>**Whitesburg, KY 41858** | Robert Walters, Sr.<br>58 Anderson St.<br>Jenkins, KY 41537 |
| **Thompson Discount Drug, Inc.**<br>**c/o F. Britton Thompson, Registered Agent**<br>**810 East 4th Street**<br>**London, KY 40741** | F. Britton Thompson<br>918 East 4th Street<br>London, KY 40741 |
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>**21 Mink Lane**<br>**Pineville, KY 40977** | Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 |
| Todd Walters<br>21 Mink Lane<br>**Pineville, KY 40977** | Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway<br>15 Hazard, KY 41701 |

/s/ Clayton O. Oswald  
Clayton O. Oswald