## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHER DIVISION AT LONDON

### ELECTRONICALLY FILED

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC. *et al.,* ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF
### TIME TO FILE A RESPONSIVE PLEADING TO COMPLAINT

Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, having made a Motion for Extension of Time to File A Responsive Pleading to the Complaint, and with the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion (D.E. 24) is GRANTED. Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart may serve their answer or otherwise plead by January 31, 2024.

So ordered this 29th day of January 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge