UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO.: 6:24-CV-00007

JAMES A. CHANEY     PLAINTIFFS

VS.

CVS PHARMACY, INC., et al.     DEFENDANTS

___

**ANSWER OF DEFENDANT,
TOMBERT, INC.**
___

Comes the Defendant, Tombert, Inc., by and through counsel, and for its Answer to the Complaint filed against it herein, states as follows:

**FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted against this Defendant and should therefore be dismissed with prejudice.

**SECOND DEFENSE**

Plaintiff filed this action in Kentucky state court against this Defendant in an improper venue pursuant to KRS 452.460(1) and any other applicable rule or statute. Defendant asserts this defense pursuant to Fed.R.Civ.P. 12(b)(3). Tombert, Inc., is a Kentucky corporation whose principal office and only place of business is located in Hopkinsville, Christian County, Kentucky, and is therefore not subject to venue in the Perry Circuit Court nor, upon removal, to venue in the United States District Court for the Eastern District of Kentucky. Tombert, Inc., should therefore be dismissed from this action.

1

**THIRD DEFENSE**

1. This Defendant is without sufficient information with which to admit or deny the assertions contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, and 127 and therefore Denies the same and demands specific proof thereof.

2. This Defendant Admits so much of paragraph 23 which asserts that this Defendant is a Kentucky corporation with its principal office being located at 815 Country Club Lane, Hopkinsville, Kentucky. This Defendant's agent for service of process is Thomas D. Detraz at the address listed in this paragraph. This Defendant Denies as asserted in paragraph 23 that it operates as "d/b/a The Medicine Shoppe" or did so during the time described in the Complaint, and further Denies that it does business in Martin, Floyd County, Kentucky.

3. This Defendant Denies the assertions contained in paragraphs 89, 125, 128, 129, 131, 132, 133, 134, 135, 136, 137, 138, 140, 141, 142, 143, 144, 145, 147, 148, 149, 150, 152, 153, 154, 155, 157, 158, 159, 161, 162, 164, and 166.

4. This Defendant asserts that paragraphs 126, 130, 139, 146, 151, 156, 160, 163, and 165 are mere recitations and do not contain allegations to be admitted or denied, but to the extent a response is required, said paragraphs are denied.

5. This Defendant Denies, pursuant to the assertions contained in paragraph 89, that

jurisdiction and venue are proper as to this Defendant in the Perry Circuit Court or in the United States District Court for the Eastern District of Kentucky.

6. This Defendant Denies any and all other allegations contained in the Complaint filed against it herein and demands specific proof thereof.

7. This Defendant Denies Plaintiff's entitlement to judgment and relief as set forth in the narrative "Wherefore" paragraph at the conclusion of the Complaint.

## FOURTH DEFENSE

The damages complained of in Plaintiff's Complaint were the result of actions or inactions, including fraudulent actions or inactions, on the part of persons or entities other than this Defendant and, therefore, the claims asserted herein against this Defendant should be dismissed with prejudice.

## FIFTH DEFENSE

The conduct of this Defendant was not a substantial factor in causing injury or damage to the Plaintiff; therefore, the claims asserted herein against this Defendant should be dismissed with prejudice.

## SIXTH DEFENSE

The Plaintiff has failed to sufficiently plead the claims asserted in the Complaint and, therefore, the claims asserted herein against this Defendant should be dismissed with prejudice.

## SEVENTH DEFENSE

This Defendant asserts the affirmative defenses of comparative fault, contributory negligence, assumption of the risk, failure to mitigate damages, and intervening cause if some or all of these defenses are available under the facts to be developed.

**EIGHTH DEFENSE**

The injuries and damages of which Plaintiff complain were the result of a wrongful or criminal act on the part of the Plaintiff or another acting on Plaintiff's behalf and Plaintiff is therefore estopped from bringing this action.

**NINTH DEFENSE**

Any claims which might hereinafter be asserted by Plaintiff as against this Defendant are barred by the expiration of the applicable Statute of Limitations.

**TENTH DEFENSE**

The injuries and damages about which the Plaintiffs complain are the result of such and other intervening or superseding cause or causes so as to bar any liability on the part of this Defendant and, therefore, the claims against this Defendant herein should be dismissed with prejudice.

**ELEVENTH DEFENSE**

Not being fully advised as to all the facts and circumstances surrounding the allegations contained in the Complaint filed herein, this Defendant hereby evokes and asserts all other defenses which may prove applicable herein, including but not necessarily limited to those defenses specifically set forth in Civil Rules 8 and 12 of the Federal and Kentucky Rules of Civil Procedure, including but not limited to improper venue, estoppel, waiver, and lack of personal jurisdiction.

**TWELFTH DEFENSE**

To the extent the Plaintiff seeks or recovers damages prohibited by state law, federal law, constitutional law or public policy, including but not limited to punitive damages, this Defendant moves to summarily dismiss said claims as a matter of law.

## THIRTEENTH DEFENSE

This Defendant asserts that Plaintiff has failed to join one or more indispensable parties.

## FOURTEENTH DEFENSE

Plaintiff's claims for punitive damages herein, and any charge to the jury on this case on punitive damages and/or the imposition of or consideration by the jury of punitive damages, will be unconstitutionally vague and violate this Defendant's Constitutional rights and the guarantee of both the substantive and procedural due process granted to it by the United States Constitution and the Kentucky Constitution. Alternatively, it will be unconstitutional and violate this Defendant's rights to both substantive and procedural due process and irrevocably prejudice the defense of this action if this Court fails to bifurcate any asserted issue on punitive damages unless or until the jury hypothetically rendered a verdict on liability and compensatory damages. Alternatively, this Defendant submits that any charge on the burden of proof regarding punitive damages on a level lower than clear and convincing evidence would be unconstitutional and violate both substantive and procedural due process. To the extent that Plaintiff seeks damages prohibited by federal law, state law constitutional law or public policy, including but not limited to punitive damages, this Defendant moves to summarily dismiss said claims as a matter of law.

## FIFTEENTH DEFENSE

One or more of the claims asserted by Plaintiff in the Complaint have been insufficiently pled and should therefore be dismissed.

## SIXTEENTH DEFENSE

At all times referred to in Plaintiff's Complaint, this Defendant acted with justification, in good faith, with reasonable grounds, with legitimate purpose, without ulterior motive, and within appropriate pharmaceutical judgment.

## SEVENTEENTH DEFENSE

This Defendant has not knowingly or intentionally waived any applicable defenses. Defendant reserves the right to amend its Answer to raise additional defenses, affirmative or otherwise, they may become available during the course of this action.

## EIGHTEENTH DEFENSE

This Defendant pleads truth as an affirmative defense to any fraud or reputational claims asserted in Plaintiff's Complaint, including fraudulent misrepresentation, false light, defamation, libel, and libel per se.

## NINETEENTH DEFENSE

This Defendant pleads the affirmative defenses of forum *non conveniens* and lack of personal jurisdiction and demands that it be dismissed from this action.

## TWENTIETH DEFENSE

This Defendant justifiably and reasonably relied upon the information it was presented with at the time of the alleged act or omission described in the Complaint and Plaintiff's Complaint against it should therefore be dismissed.

## TWENTY-FIRST DEFENSE

This Defendant asserts that it acted at all times as would a reasonably prudent pharmacy acting under the same or similar circumstances.

6

WHEREFORE, the Defendant, Tombert, Inc., having fully answered the Complaint, hereby demands the Complaint be dismissed with prejudice, recovery of its costs, fees, and expenses herein expended, trial by jury, and any and all other relief to which it may appear properly entitled.

**DEFENDANT DEMANDS A TRIAL BY JURY.**

                        RESPECTFULLY SUBMITTED,

                        */s/ Geoffrey D. Marsh*
                        David F. Latherow
                        Geoffrey D. Marsh
                        WILLIAMS, HALL & LATHEROW, LLP
                        1505 Carter Avenue, Suite 200
                        P.O. Box 2008
                        Ashland, KY 41105-2008
                        (606) 329-1919
                        dlatherow@whl-law.com
                        gmarsh@whl-law.com

                        COUNSEL FOR DEFENDANT,
                        Tombert, Inc.

**Certificate of Service**

I hereby certify that a true and exact copy of the foregoing Answer was served by Electronic Service via Pacer or by U.S. Mail, facsimile or electronic mail on this 31st day of January 2024, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Plaintiff*

Keith E. Whitson, Esq. Jordan N. Kelly, Esq.
WHITEFORD TAYLOR & PRESTON,
LLP 11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq. Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
PETERSON LAW OFFICE, PLLC
2424 Harrodsburg Road,
Suite 205 Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Christopher Chaisson, Esq.
WHITEFORD TAYLOR & PRESTON,
LLP 1800 M Street NW, Suite 450N
Washington, District of Columbia 20036
 cchaisson@whitefordlaw.com
*Co-Counsel for Plaintiff*

8

Darryl W. Durham
SEILLER WATERMAN, LLC
462 South Fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com
*Counsel for Defendants, CVS Pharmacy, Inc.*
*and Kentucky CVS Pharmacy, L.L.C.*

Randall Scott May
DAVIDSON & ASSOCIATES
Post Office Drawer
986 Hazard, KY 41702
rmay@windstream.net
*Counsel for Defendants, CVS Pharmacy, Inc.*
*and Kentucky CVS Pharmacy, L.L.C*

Anders W. Lindberg, Esq.
Stacey Richards-Minigh, Esq.
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
Anders.lindberg@steptoe-johnson.com
Stacey.minigh@steptoe-johnson.com
*Counsel for Defendants,*
*Appalachian Regional Healthcare, Inc. and d/b/a*
*ARH Regional Medical Center Pharmacy;*
*ARH Community Pharmacy; Helen Herald;*
*and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel, Esq.
STEPTOE & JOHNSON PLLC
100 W. Main Street, Suite 400
Lexington, KY 40507
Nate.kissel@steptoe-johnson.com
*Counsel for Defendants, Appalachian*
*Regional Healthcare, Inc. and d/b/a*
*ARH Regional Medical Center Pharmacy;*
*ARH Community Pharmacy; Helen Herald;*
*and Hollie Harris a/k/a Hollie Crady*

Gene Smallwood, Esq.
P.O. Box 40
Whitesburg, KY 41858
*Counsel for Mountain Comprehensive*
*Health Corporation d/b/a Leatherwood*
*Blackey Medical Clinic*

KYLE M. VIRGIN
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, Kentucky 40504
kyle.virgin@fmglaw.com
*Counsel for Defendant,*
*Hospice of the Bluegrass, Inc.*

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq.
HAMM, MILBY & RIDINGS PLLC
120 N. Main St.
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
*Counsel for Defendants, Walmart Stores East,*
*L.P. and Mike McIntosh*

Clayton O. Oswald
Ashley P. Hoover
Taylor, Keller & Oswald, PLLC
P.O. Box 3440
1306 W. 5th St., Suite 100
London, KY 40743-3440
coswald@tkolegal.com
ahoover@tkolegal.com
*Counsel for D.B. Coyle Enterprises,*
*d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden*
*p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden*
*and Ronnie Stewart*

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

Rebecca Wooton Napier
10664 N KY Highway 15
Chavies, KY 41727

Lori Johnson
59 Lauren Paige Lane
Hazard, KY 41701

10

R/X Discount Pharmacy of Harlan Co. Inc.
d/b/a Clay Discount Pharmacy
c/o Richard K. Slone
306 Morton Blvd.
P.O. Box 7157
Hazard, KY 41702

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

Michael Sizemore
5460 Slate Lick Road
London, KY 40741

Cynthia Williams
55 Lindsey Lane
Hazard, KY 41701

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent
90 Triangle Street
Martin, KY 41649

Susan Fields
120 Holly Drive
Hazard, KY 41701

Dachea Wooten
555 Ridgeview Way
Hazard, KY 41701

R/X Discount Pharmacy of Hazard, Inc.
 c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Richard K. Slone
4736 Possum Trot Road
Leburn, KY 41831

Boggs Pharmacy, Inc.
P.O. Box 747
Jenkins, KY 41537

Community Drug of Manchester, Inc.
 c/o Carlo Wessels, Registered Agent
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams, Registered Agent
572 Morton Blvd.
Hazard, KY 41701

DSSK Pharmaceutical, Inc.
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
 941 North Main Street, Suite 102
Hazard, KY 41701

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent
101 Town and Country Lane, Suite 101
Hazard, KY 41701

Family Pharmacy of Jackson
265 Highway 15 South Ste. 2
Jackson, KY 41339

Harlan Medical Center Pharmacy, Inc.
c/o Earnest J. Watts, Registered Agent
 2354 HWY 15
Whitesburg, KY 41858

Brian Key
59 Watertower Lane
Hardinsburg, KY 40143

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, KY 41339

Joe Lewis
1302 N. Franklin Rd.
Indianapolis, IN 46219

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, KY 40504

Howard Family Pharmacy, Inc.
c/o Wesley W. Howard, Registered Agent
1453 Prater Fork
Hueysville, KY 41640

Johns Creek Drug Center, Inc.
c/o Donnie K. Starnes, Registered Agent
181 Starnes Drive
Pikeville, KY 41501

Jordan Drug, Inc. FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

Ernest Watts
33 Blue Spruce Ridge
Hazard, KY 41701

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis, Registered Agent
221 East Main Street
Hazard, KY 41701

Hometown Pharmacy, Inc.
c/o Derek Lewis, Registered Agent 130 Hwy 80
P.O. Box 1746
Hyden, KY 41749

Doug Morgan
105 Grapevine Place
Hazard, KY 41701

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Wendell Short
137 River Oak Circle
London, KY 40744

Wesley Howard
P.O. Box 1651
Harlan, KY 40831

Donnie K. Starnes
181 Starnes Drive
Pikeville, KY 41501

King Pharmacy, Inc.
c/o Leslie Scott, Registered Agent
900 Morton Blvd.
Hazard, KY 41701

Leslie Scott King
239 Artie Way
Hazard, KY 41701

Christopher Hall
c/o Knott Prescription Center, Inc.
59 West HWY 80, Ste. 1
Hindman, KY 41822

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent
2400 Abbeywood Road
Lexington, KY 40515

Manchester Professional Pharmacy, Inc.
c/o Steven Gregory Dawson, Registered Agent
Rt. 122, Box 700
McDowell, KY 41647

Mountain Clinic Pharmacy, LLC
c/o Brooks Webb, Registered Agent
1904 North Main Street
Hazard, KY 41701

Parkview Pharmacy, Inc.
c/o Valerie Akers
8274 KY Route 122
Minnie, KY 41651

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 HWY 15 N.
Box 606
Jackson, KY 41339

Professional Pharmacy of Hazard, PLLC
c/o Daniel Glen Thies, Registered Agent
233 Orchard Street
Hazard, KY 41701

Knott Prescription Center, Inc.
c/o Todd Hall, Registered Agent
59 West HWY 80, Suite 1
Hindman, KY 41822

Charles Stuart Duff
538 Ridgeview Way
Hazard, KY 41701

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Brooks Webb
3903 Wentworth Place
Lexington, KY 40515

PEJ, Inc.
c/o Everett L. Dunaway, Registered Agent
 265 Kentucky Highway 15 South, Suite 2
Jackson, KY 41339

Powers Pharmacy, Inc.
c/o David Powers, Registered Agent
73 #1 Hill
P.O. Box 66 Burdine, KY 41517

Daniel Thies
69 Phoenix Place Blvd. 96
Hazard, KY 41701

Specialty Care Center Pharmacy of E. Kentucky
c/o Lori M. Hayden
11910 Berry Hill Road
Louisville, KY 40243

Barry Martin
3845 Real Quiet Lane
Lexington, KY 40509

Robert Burton
1814 Clear Creek Road
Hazard, KY 41701

Stallard's Pharmacy, Inc.
c/o James Craig Stallard, Registered Agent
972 HWY 317
Neon, KY 41840

James Craig Stallard
1063 Dairy Hollow
Jenkins, KY 41537

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

Robert Walters, Sr.
58 Anderson St.
Jenkins, KY 41537

Thompson Discount Drug, Inc.
c/o F. Britton Thompson, Registered Agent
810 East 4th Street
London, KY 40741

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

Value RX II, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

R/X Discount Pharmacy, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Todd Walters
21 Mink Lane
Pineville, KY 40977

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701

F. Britton Thompson
918 East 4th Street
London, KY 40741

Walters-Griffin Enterprise, Inc.
d/b/a Superior Drug
c/o Robert J. Walters, Sr.
P.O. Box 2290
 359 Hazard Rd.
Whitesburg, KY 41858


 */s/ Geoffrey D. Marsh*_____
David F. Latherow
Geoffrey D. Marsh