UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHER DIVISION AT LONDON
ELECTRONICALLY FILED

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC. *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on Defendants', The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, Motion to Dismiss, the Court having heard argument of counsel, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendants', The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, Motion to Dismiss is **GRANTED,** as Plaintiff's, James A. Chaney, claims against the Defendants, The Medicine Shoppe of Hyden p/k/a Scripts, Inc. d/b/a The Medicine Shoppe of Hyden, and Ronnie Stewart, are barred by the statute of limitations and collateral estoppel and further Plaintiff has failed to state a viable claim in his Complaint, thereby causing his claims asserted herein against the Defendants to be dismissed, with prejudice. This being a final and appealable Order, there being no just cause for delay.

Ordered, this the _____ day of February 2024.

_____
HON. HANLEY A. INGRAM
UNITED STATES MAGISTRATE JUDGE