**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHER DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC. *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DEFENDANT'S, D.B. COYLE ENTERPRISES, INC. D/B/A**</u>
<u>**THE MEDICINE SHOPPE, MOTION TO DISMISS**</u>

Comes now Defendant, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, by and through undersigned counsel, and hereby moves this Court for dismissal of the present action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and all other applicable laws. In support of said Motion and pursuant to Rule 10 of the Federal Rules of Civil Procedure, Defendant incorporates by reference all averments contained in the Motion to Dismiss and Memorandum of Law in Support thereof filed by Appalachian Regional Healthcare (Doc #. 17). More specifically, Defendant asserts that dismissal of this matter is proper because Plaintiff's claims are barred by the statute of limitations, collateral estoppel, and further by Plaintiff's failure to state viable claims in his Complaint.

**WHEREFORE**, Defendant, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, respectfully requests that the foregoing Motion be granted, and that this matter be dismissed, with prejudice.

Respectfully submitted,

/s/ Clayton O. Oswald
Clayton O. Oswald
Ashley P. Hoover
Taylor, Keller & Oswald, PLLC
P.O. Box 3440
1306 W. 5th St., Suite 100
London, KY 40743-3440
(606) 878-8844
Fax: (606) 878-8850
E-mail: coswald@tkolegal.com
          ahoover@tkolegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 31st day of January 2024, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
**mhamlin@whitefordlaw.com**
*Counsel for Plaintiff*

**Christopher Chaisson, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 1800 M Street NW, Suite 450N**
**Washington, District of Columbia 20036**
**cchaisson@whitefordlaw.com**
*Co-Counsel for Plaintiff*

**Keith E. Whitson, Esq.**
**Jordan N. Kelly, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 11 Stanwix Street, Suite 1400**
**Pittsburgh, PA 15222**
**kwhitson@whitefordlaw.com**
**jkelly@whitefordlaw.com**
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq. PETERSON LAW
OFFICE, PLLC 2424 Harrodsburg Road,
Suite 205 Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Randall Scott May
DAVIDSON & ASSOCIATES
Post Office Drawer 986
Hazard, KY 41702
**rmay@windstream.net**
***Counsel for Defendants, CVS Pharmacy,***
***Inc. and Kentucky CVS Pharmacy, L.L.C***

Anders W. Lindberg, Esq.
Stacey Richards-Minigh, Esq.
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
Anders.lindberg@steptoe-johnson.com
Stacey.minigh@steptoe-johnson.com
*Counsel for Defendants, Appalachian*
*Regional Healthcare, Inc. and d/b/a*
*ARH Regional Medical Center Pharmacy;*
*ARH Community Pharmacy; Helen Herald;*
*and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel, Esq.
STEPTOE & JOHNSON PLLC
100 W. Main Street, Suite 400
Lexington, KY 40507
**Nate.kissel@steptoe-johnson.com**
***Counsel for Defendants, Appalachian***
***Regional Healthcare, Inc. and d/b/a***
***ARH Regional Medical Center Pharmacy;***
***ARH Community Pharmacy; Helen Herald;***
***and Hollie Harris a/k/a Hollie Crady***

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq.
HAMM, MILBY & RIDINGS PLLC 120 N.
Main St.
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
*Counsel for Defendants, Walmart Stores East,*
*L.P. and Mike McIntosh*

**Gene Smallwood, Esq.**
**P.O. Box 40**
**Whitesburg, KY 41858**
***Counsel for Mountain Comprehensive***
***Health Corporation d/b/a Leatherwood***
*Blackey Medical Clinic*

Darryl W. Durham
SEILLER WATERMAN, LLC
462 South Fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com
*Counsel for Defendants, CVS Pharmacy, Inc.*
*and Kentucky CVS Pharmacy, L.L.C.*

KYLE M. VIRGIN
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, Kentucky 40504
kyle.virgin@fmglaw.com
*Counsel for Defendant,*
*Hospice of the Bluegrass, Inc.*

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.
**Bimble, KY 40915-6131**

R/X Discount Pharmacy, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

| | |
|---|---|
| Rebecca Wooton Napier<br>10664 N KY Highway 15<br>**Chavies, KY 41727** | R/X Discount Pharmacy of Hazard, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Lori Johnson<br>59 Lauren Paige Lane<br>**Hazard, KY 41701** | Richard K. Slone<br>4736 Possum Trot Road<br>Leburn, KY 41831 |
| **R/X Discount Pharmacy of Harlan Co. Inc.**<br>**d/b/a Clay Discount Pharmacy**<br>**c/o Richard K. Slone**<br>**306 Morton Blvd.**<br>P.O. Box 7157<br>Hazard, KY 41702 | Boggs Pharmacy, Inc.<br>P.O. Box 747<br>Jenkins, KY 41537 |
| **Broadway Clinic Pharmacy, Inc.**<br>**d/b/a Medicine Cabinet Pharmacy**<br>**c/o Timothy S. Eldridge, Registered Agent**<br>**114 N. Main Cross St.**<br>**Flemingsburg, KY 41041** | Community Drug of Manchester, Inc.<br>c/o Carlo Wessels, Registered Agent<br>250 Grandview Drive, Suite 500<br>Fort Mitchell, KY 41017 |
| Michael Sizemore<br>5460 Slate Lick Road<br>**London, KY 40741** | Complete Care Pharmacy, PLLC<br>c/o Cynthia R. Williams, Registered Agent<br>572 Morton Blvd.<br>Hazard, KY 41701 |
| Cynthia Williams<br>55 Lindsey Lane<br>**Hazard, KY 41701** | Tombert, Inc. d/b/a The Medicine Shoppe<br>c/o Thomas D. Detraz<br>815 County Club Lane<br>Hopkinsville, KY 42240 |
| Downtown Drug, Inc.<br>c/o Melissa Samons, Registered Agent<br>**90 Triangle Street**<br>**Martin, KY 41649** | DSSK Pharmaceutical, Inc. d/b/a The<br>Medicine Shoppe Hazard<br>c/o Danny Rose, Registered Agent<br>941 North Main Street, Suite 102<br>Hazard, KY 41701 |
| Susan Fields<br>120 Holly Drive<br>**Hazard, KY 41701** | East Main Street Pharmacy, LLC<br>c/o Barry Martin, Registered Agent<br>101 Town and Country Lane, Suite 101<br>Hazard, KY 41701 |

4

| | |
|---|---|
| Dachea Wooten<br>555 Ridgeview Way<br>Hazard, KY 41701 | Family Pharmacy of Jackson<br>265 Highway 15 South Ste. 2<br>Jackson, KY 41339 |
| Harlan Medical Center Pharmacy, Inc.<br>c/o Earnest J. Watts, Registered Agent<br>**2354 HWY 15**<br>**Whitesburg, KY 41858** | Ernest Watts<br>33 Blue Spruce Ridge<br>Hazard, KY 41701 |
| Brian Key<br>59 Watertower Lane<br>**Hardinsburg, KY 40143** | Hometown Pharmacy of Hazard, LLC<br>c/o Derek Lewis, Registered Agent<br>221 East Main Street<br>Hazard, KY 41701 |
| Hometown Pharmacy of Jackson, LLC<br>**95 Jackson Heights**<br>**Jackson, KY 41339** | Hometown Pharmacy, Inc.<br>c/o Derek Lewis, Registered Agent<br>130 Hwy 80<br>P.O. Box 1746<br>Hyden, KY 41749 |
| Joe Lewis<br>1302 N. Franklin Rd.<br>**Indianapolis, IN 46219** | Doug Morgan<br>105 Grapevine Place<br>Hazard, KY 41701 |
| Hometown Pharmacy of Manchester, LLC<br>c/o Robert Goforth, Registered Agent<br>**2163 East Highway 30**<br>**East Bernstadt, KY 40729** | Matthew Hutera<br>c/o Hometown Pharmacy of Manchester, LLC<br>2163 East Highway 30<br>East Bernstadt, KY 40729 |
| Jeffrey Holmes<br>1733 Harrodsburg Road<br>**Lexington, KY 40504** | Wendell Short<br>137 River Oak Circle<br>London, KY 40744 |
| **Howard Family Pharmacy, Inc.**<br>**c/o Wesley W. Howard, Registered Agent**<br>**1453 Prater Fork**<br>**Hueysville, KY 41640** | Wesley Howard<br>P.O. Box 1651<br>Harlan, KY 40831 |
| Johns Creek Drug Center, Inc.<br>c/o Donnie K. Starnes, Registered Agent<br>**181 Starnes Drive**<br>**Pikeville, KY 41501** | Donnie K. Starnes<br>181 Starnes Drive<br>Pikeville, KY 41501 |

Jordan Drug, Inc.
FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

King Pharmacy, Inc.
c/o Leslie Scott, Registered Agent
900 Morton Blvd.
Hazard, KY 41701

Leslie Scott King
239 Artie Way
**Hazard, KY 41701**

Knott Prescription Center, Inc.
c/o Todd Hall, Registered Agent
59 West HWY 80, Suite 1
Hindman, KY 41822

Christopher Hall
c/o Knott Prescription Center, Inc.
59 West HWY 80, Ste. 1
**Hindman, KY 41822**

Charles Stuart Duff
538 Ridgeview Way
Hazard, KY 41701

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent
**2400 Abbeywood Road**
**Lexington, KY 40515**

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858

Manchester Professional Pharmacy, Inc.
**c/o Steven Gregory Dawson, Registered**
**Agent**
**Rt. 122, Box 700**
McDowell, KY 41647

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Mountain Clinic Pharmacy, LLC
c/o Brooks Webb, Registered Agent
**1904 North Main Street**
**Hazard, KY 41701**

Brooks Webb
3903 Wentworth Place
Lexington, KY 40515

Parkview Pharmacy, Inc.
c/o Valerie Akers
8274 KY Route 122
**Minnie, KY 41651**

PEJ, Inc.
c/o Everett L. Dunaway, Registered Agent
265 Kentucky Highway 15 South, Suite 2
Jackson, KY 41339

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
**1389 HWY 15 N.**
**Box 606**
**Jackson, KY 41339**

Powers Pharmacy, Inc.
c/o David Powers, Registered Agent
73 #1 Hill
P.O. Box 66
Burdine, KY 41517

Professional Pharmacy of Hazard, PLLC c/o
Daniel Glen Thies, Registered Agent

Daniel Thies
69 Phoenix Place Blvd. 96
Hazard, KY 41701

6

233 Orchard Street
Hazard, KY 41701

| | |
|---|---|
| **Specialty Care Center Pharmacy of E. Kentucky**<br>**c/o Lori M. Hayden**<br>**11910 Berry Hill Road**<br>Louisville, KY 40243 | Barry Martin<br>3845 Real Quiet Lane<br>Lexington, KY 40509 |
| Robert Burton<br>1814 Clear Creek Road<br>**Hazard, KY 41701** | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 HWY 317<br>Neon, KY 41840 |
| James Craig Stallard<br>1063 Dairy Hollow<br>**Jenkins, KY 41537** | Walters-Griffin Enterprise, Inc.<br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Bo 2290<br>359 Hazard Rd.<br>Whitesburg, KY 41858 |
| William Reed Hall<br>74 Ohio Street<br>**Whitesburg, KY 41858** | Robert Walters, Sr.<br>58 Anderson St.<br>Jenkins, KY 41537 |
| **Thompson Discount Drug, Inc.**<br>**c/o F. Britton Thompson, Registered Agent**<br>**810 East 4th Street**<br>**London, KY 40741** | F. Britton Thompson<br>918 East 4th Street<br>London, KY 40741 |
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>**21 Mink Lane**<br>**Pineville, KY 40977** | Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 |
| Todd Walters<br>21 Mink Lane<br>**Pineville, KY 40977** | Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway<br>15 Hazard, KY 41701 |

/s/ Clayton O. Oswald
Clayton O. Oswald