**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHER DIVISION AT LONDON**
**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, | ) |
|       Plaintiff | ) |
| v. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC. *et al.,* | ) |
|       Defendants. | ) |

**ORDER**

This matter having come before the Court on Defendant's, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, Motion to Dismiss, the Court having heard argument of counsel, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that Defendant's, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, Motion to Dismiss is **GRANTED,** as Plaintiff's, James A. Chaney, claims against the Defendant, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, are barred by the statute of limitations and collateral estoppel and further Plaintiff has failed to state a viable claim in his Complaint, thereby causing his claims asserted herein against the Defendant to be dismissed, with prejudice. This being a final and appealable Order, there being no just cause for delay.

Ordered, this the _____ day of February 2024.

_____
HON. HANLEY A. INGRAM
UNITED STATES MAGISTRATE JUDGE