UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION OF LONDON

| | |
|---|---|
| JAMES A. CHANEY )  )  Plaintiff, )  ) V )  ) CVS PHARMACY, INC., *et al.* )  ) Defendants. ) | Civil Action No. 6:24-cv-0007-REW-HAI  Hon. Robert E. Wier  Formerly Perry Circuit No. 23-cv-442 |

**MOTION TO DISMISS**

Come the Defendants, Brooks Webb, The Mountain Clinic Pharmacy, McDowell Professional Pharmacy, Steve Dawson, Alicia Dawson, Donnie K. Starnes, John's Creek Drug Center Inc., Hometown Pharmacy Inc., Doug Morgan, Joe Lewis,[1] RX Discount Pharmacy, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc. d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Michael Sizemore, Community Drug of Manchester, Inc., Med-Mart Pharmacy, Inc., Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Howard Family Pharmacy, Inc., Wesley Howard, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., Verlon Banks, Parkview Pharmacy, Inc., PEJ, Inc., Hometown Pharmacy of Jackson, Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Barry Martin, Specialty Care Center Pharmacy of E. Kentucky, Robert Burton, Stallard's Pharmacy, Inc., James Craig Stallard, Value RX II, LLC, Todd Walters, and Downtown Drug, Inc. (hereinafter "Defendants"), by counsel, and hereby move for dismissal

---

[1] Joe Lewis is deceased. He passed away on February 22, 2020. An Estate was opened and has subsequently been closed.

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for other reasons set forth within the Memorandum of Law that supports the pending Motion and that is incorporated herein by reference. The Memorandum of Law is being filed contemporaneously with this Motion. Accordingly, Defendants request that the Court grant their Motion and dismiss all claims against them with prejudice.

        Respectfully submitted,

        RICHARDSON LAW GROUP, PLLC

        */s/ Melissa Thompson Richardson*
        Melissa Thompson Richardson
        771 Corporate Drive, Suite 900
        Lexington, Kentucky 40503
        Telephone:   (859) 219-9090
        Facsimile:    (859) 219-9292
        Email:        Melissa@RichardsonLawGrp.com
        COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

This is to certify that the Court's ECF System will send notice of the foregoing on this the 31st day of January, 2024, to all counsel of record.

6057.008190C:\NRPortbl\Golden_and_Walters\KYOUDELL\2341232_1.DOCX