Case: 6:24-cv-00007-REW-HAI   Doc #: 32-5   Filed: 01/31/24   Page: 1 of 4 - Page ID#: 1326
Case: 6:24-cv-00007-REW-HAI   Doc #: 16-11   Filed: 01/23/24   Page: 2 of 5 - Page ID#: 1096
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 326   Filed: 06/07/16   Page: 1 of 90 - Page ID#: 4548

```
                                                                    1

 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
 2                    SOUTHERN DIVISION AT LONDON

 3     UNITED STATES OF AMERICA,

 4         PLAINTIFF,
                                         Criminal No. 6:14-CR-37
 5     VS.                               At London, Kentucky
                                         March 2, 2016
 6                                       2:51 p.m.

 7     JAMES ALVIN CHANEY, M.D.,
       a/k/a ACE CHANEY, LESA L. CHANEY,
 8     and ACE CLINIQUE OF MEDICINE, LLC,

 9         DEFENDANTS.

10
       EXCERPTED TRANSCRIPT OF JURY TRIAL PROCEEDINGS BEFORE
11          U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE
           TESTIMONY OF JAMES DUSTIN "DUSTY" CHANEY, D.O.
12                     DAY 3 of 25 DAYS
       APPEARANCES:
13
       For the Plaintiff:     Hon. Andrew Sparks
14                            Hon. Roger West
                              Assistant United States Attorneys
15                            260 West Vine Street
                              Suite 300
16                            Lexington, Kentucky   40507-1612
                              (859) 685-4895
17
       For the Defendant      Hon. Elizabeth Snow Hughes
18     James A. Chaney        Green, Chesnut & Hughes, PLLC
       and Ace Clinique of    201 East Main Street, Suite 1250
19     Medicine, LLC:         Lexington, Kentucky   40507
                              (859) 475-1471
20
       For the Defendant      Hon. Robert L. Abell
21     Lesa L. Chaney:        120 North Upper Street
                              P. O. Box 983
22                            Lexington, Kentucky 40588-0983
                              (859) 254-7076
23

24         Proceedings recorded by mechanical stenography,
        transcript produced by computer.
25
```

SANDRA L. WILDER, RMR, CRR, OFFICIAL COURT REPORTER
310 South Main Street, Suite 317, London, Kentucky  40745
(859) 516-4114

EXHIBIT D

```
 1     Q.     Okay.  Now, later on, did you -- another
 2  patient, Roxy Sizemore; did you look at some of the
 3  stuff there?
 4     A.     Some of these things were seen in my
 5  KASPER, and there were -- I was getting credit for
 6  patients that I had never saw before.  There was a big
 7  mix-up between he and I because we have the first
 8  name.
 9     Q.     Okay.  Let me -- let me go back
10  specifically about Roxy Sizemore then.  Did you look
11  at that -- have contact with that file on
12  Ms. Sizemore?
13     A.     I'd never seen Ms. Sizemore, no.  I
14  never -- never saw her as a patient, that I remember.
15     Q.     Did you recall providing a statement to
16  Agent Thad Lambdin?
17     A.     When we looked at the prescriptions that
18  Ms. Sizemore was getting methadone, like 240 methadone
19  a month, and I had never saw her.
20            And that's what I was trying to say, is that
21  a lot of these people I was getting credit for seeing,
22  I had never saw.
23     Q.     Okay.  Do you know if your patients
24  usually had insurance, sir?
25     A.     My patients -- typically, most patients at
```

1 there myself, even though I didn't feel comfortable
2 going into a locked office, but, you know -- do you
3 understand what I'm trying to say?  I told him to take
4 them and give them to him when I --
5     Q.    These were totally blank prescription
6 pads, unused, not presigned?
7     A.    Correct.
8     Q.    You did not leave any presigned
9 prescriptions, although you admitted that prior to
10 your departure, you had presigned prescriptions?
11     A.    Correct.
12     Q.    None of those were on the premises, to
13 your knowledge, when you left?
14     A.    No, ma'am.  No, ma'am.
15     Q.    Now, when you talked about the mix-up
16 about Aaron Campbell and Roxy Sizemore and the
17 pharmacies -- well, you may not have said the
18 pharmacies, but I'm going to ask you about that --
19 those were -- those were prescriptions that were
20 registered as if you had written them in KASPER,
21 correct?
22     A.    Correct.
23     Q.    But in fact, it was Ace Chaney who had
24 written them, correct?
25     A.    Correct.

```
 1      Q.      And nobody had forged your name or
 2  anything else?  It was --
 3      A.      It was a pharmacy error.
 4      Q.      When it was inputted?
 5      A.      Correct.
 6      Q.      Now, Exhibit 365, I'm not going to show it
 7  to you again, it's a government exhibit of the
 8  document filed with the KBML about supervising
 9  physician.  Could that have been Greg Hoskins's
10  handwriting on that document?
11      A.      All that I can say with certainty is, is
12  that it was not mine, okay?
13              If I'm allowed to answer it that way, I could
14  say, Yeah, it could have been.  All I can say that I
15  know is that it's not mine.
16      Q.      But you also mentioned that it was -- the
17  document was notarized by Greg Hoskins's sister?
18      A.      Yes.  She was a notary, correct.
19      Q.      And she was not an employee of Ace
20  Clinique of Medicine, was she?
21      A.      No, she was not.
22      Q.      But you did supervise -- you did supervise
23  a PA Leah Pack at Primary Care; is that correct?
24      A.      At Primary Care the way things worked --
25  her name was Leah Back -- and the way things worked
```