1

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF KENTUCKY
 2                 SOUTHERN DIVISION AT LONDON

 3    UNITED STATES OF AMERICA,

 4         PLAINTIFF,

 5                                    Criminal No. 6:14-CR-37
      VS.                             At London, Kentucky
 6                                    March 30, 2016
                                      9:33 a.m.
 7
      JAMES ALVIN CHANEY, M.D.,
 8    a/k/a ACE CHANEY, LESA L. CHANEY,
      and ACE CLINIQUE OF MEDICINE, LLC,
 9
           DEFENDANTS.
10
          TRANSCRIPT OF JURY TRIAL PROCEEDINGS BEFORE
11        U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE
                     DAY 15 OF 25 DAYS
12
      APPEARANCES:
13
      For the Plaintiff:    Hon. Andrew Sparks
14                          Hon. Roger West
                            Assistant United States Attorneys
15                          260 West Vine Street
                            Suite 300
16                          Lexington, Kentucky  40507-1612
                            (859) 685-4895
17
      For the Defendant     Hon. Elizabeth Snow Hughes
18    James A. Chaney       Green, Chesnut & Hughes, PLLC
      and Ace Clinique:     201 East Main Street, Suite 1250
19                          Lexington, Kentucky  40507
                            (859) 475-1471
20
      For the Defendant     Hon. Robert L. Abell
21    Lesa L. Chaney:       120 North Upper Street
                            P. O. Box 983
22                          Lexington, Kentucky 40588-0983
                            (859) 254-7076
23

24         Proceedings recorded by mechanical stenography,
      transcript produced by computer.
25
```

SANDY C. WILDER, RMR, CRR, OFFICIAL COURT REPORTER
310 South Main Street, Suite 317, London, Kentucky  40745
(859) 516-4114

**EXHIBIT F**

Case: 6:14-cv-00007-REW-HAI   Doc #: 162-12   Filed: 01/23/24   Page: 2 of 5 - Page ID#: 1969

2

INDEX

| | |
|---|---|
| Colloquy | 3-40 |
| Direct Examination of RANDY HUNTER<br>      By:  Mr. West | 41-109 |
| Cross-examination<br>      By:  Ms. Hughes | 110-128 |
| Cross-examination<br>      By:  Mr. Abell | 129-130 |
| Redirect Examination<br>      By:  Mr. West | 130-146 |
| Colloquy | 146-162 |
| Rule 29 Motions | 162-258 |

DEFENSE PROOF

| | |
|---|---|
| Direct Examination of JOSEPH L. SKEENS<br>      By:  Ms. Hughes | 248-269 |
| Cross-examination<br>      By:  Mr. Sparks | 269-283 |
| Redirect Examination<br>      By:  Ms. Hughes | 283-284 |
| Colloquy | 284-327 |
| Reporter's Certificate | 327 |

Case: 6:24-cv-00007-REW-HAI   Doc #: 132-12   Filed: 01/23/24   Page: 4 of 5 - Page ID#: 1960

138

1  thyroid medicine and other things like that for

2  diabetes and things.   Those -- those aren't controlled

3  substances, though, right?

4       A.      No, they're not.

5       Q.      So there's really not a -- is there a, to

6  your knowledge, a crime if someone's unlawfully

7  dispensing a noncontrolled substance?

8       A.      If they're unlawfully dispensing --

9           MR. WEST:   Yes.

10      A.      -- a noncontrolled substance?

11      Q.      Let me ask that question a little

12  differently because I didn't ask it well enough.

13      A.      Okay.

14      Q.      Is there a crime if someone distributes

15  thyroid medication improperly?

16      A.      Yes, there is.

17      Q.      Okay.  But it's not controlled substances,

18  right?

19      A.      Well, there's also, if you look at the

20  state charges, a charge called trafficking in a legend

21  drug, which is a noncontrolled substance, which is the

22  improper dispensation.

23      Q.      Okay.  Now, if in preparation for one of

24  -- that question that Ms. Hughes was going to ask you,

25  did you look at the KASPER records for Dr. Chaney?

Case: 6:24-cv-00007-REW-HAI Doc #: 132-12 Filed: 01/23/24 Page: 4 of 5 - Page ID#: 1064

```
 1        A.        Yeah, we did.

 2        Q.        Okay.  For during that time period that's

 3  referenced in here, 2007, or something, up to the

 4  suspension of the license, did you look at the amount

 5  of Schedule II controlled substances --

 6        A.        Uh-huh (affirmatively).

 7             MR. WEST:  -- in total?  I'm expecting an

 8  objection, so we're going to approach the bench.

 9             THE WITNESS:  Absolutely.  I anticipated

10  that.

11             [CONFERENCE AT THE BENCH]

12             THE COURT:  Ms. Hughes.

13             MS. HUGHES:  I believe this is outside the

14  scope of the cross-examination.  If the Court

15  disagrees with me, I will ask for some redirect

16  because the KASPER reports in this case are extremely

17  inaccurate.  It all depends on what the physician --

18  in what the pharmacist types in, and his statistics

19  are way off base.  We have an enormous spreadsheet of

20  what KASPER does.  I'm going to need either -- I

21  didn't anticipate this, but I will need to be able to

22  cross-examine him with enormous KASPER data.

23             THE COURT:  So you're -- are you going to

24  address KASPER data in your case?

25             MS. HUGHES:  No.
```

Case: 6:24-cv-00007-REW-HAI   Doc #: 132-12   Filed: 01/23/24   Page: 5 of 5 - Page ID#:
1062
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 416   Filed: 02/11/17   Page: 140 of 327 - Page
ID#: 8068

140

1          MR. WEST:  I just wanted a substantive

2  response.  I would disagree that's extremely

3  inaccurate.  It's about conservatively 96 to 99

4  percent accurate.

5          I think what I'll do is I'll leave that

6  question for rebuttal, if it comes out.  I'll shift

7  onto something else.

8          MS. HUGHES:  Okay.  That's fair enough.

9          THE COURT:  Okay.

10          MS. HUGHES:  Thank you.

11          [IN OPEN COURT]

12          THE COURT:  You may continue, Mr. West.

13          MR. WEST:  Thank you, sir.

14     Q.     Mr. Hunter, I'm going to shift to an

15  advertisement that Ms. Hughes asked you about.  We

16  talked about the South Philadelphia Clinic?

17     A.     Uh-huh (affirmatively).

18     Q.     That was where Dr. -- what doctor was

19  working there, sir?

20     A.     Dr. Randy Weiss.

21     Q.     And he was -- that was out of the Slidell

22  corporate facility, correct?

23     A.     Yes, correct.

24     Q.     If I recall your statement, he doesn't

25  need any advertisement for the Philadelphia clinic?