Cabinet for Health and Family Services                                     Office of Inspector General



# KASPER Controlled Substance Reporting Guide

## Cabinet for Health and Family Services
## Office of Inspector General

### Version 1.5.4
### December 10, 2021

This project was supported by federal Harold Rogers Grant No. 2015-PM-BX-0001 awarded by the Bureau of Justice Assistance. The Bureau of Justice Assistance is a component of the Department of Justice's Office of Justice Programs, which also includes the Bureau of Justice Statistics, the National Institute of Justice, the Office of Juvenile Justice and Delinquency Prevention, the Office for Victims of Crime, and the SMART Office. Points of view or opinions in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice.

**EXHIBIT H**

3. Under **Secondary Reporting Contact Information**, review and update any of this optional information.



4. If you intend to encrypt uploaded data files, you will need the PGP Public Key found in this section.
   a. Click **Download Public PGP Key File** to download the key file, to import into your PGP Keyring.
   b. Click on **Regenerate Key** only if your key security has been compromised and you need a new one.  Note that once the key is changed, all future uploads must be encrypted with the new key, or else KASPER will be unable to decrypt your files. Furthermore, any file already uploaded with the old key but not yet successfully processed by KASPER will have to be uploaded again after being encrypted with the new key.
   c. For more information, see **Using OpenPGP Encryption** elsewhere in this document.  If you do not encrypt your files or aren't sure what this is, you can safely ignore this section.



5. If you have not activated your FTP account and need to do so now, click on **Activate FTP Account**, which will change the contents of that section of the form.



6. To complete FTP account activation, create a password and enter it in both fields. Your password must meet the requirements displayed on the screen.



7. If your FTP account is already active:
   a. You will see your FTP account name here. **You must use this account name and your current password to connect to the FTP server to upload files.**
   b. If you need to change your password, enter a new one in both fields, adhering to the password complexity rules displayed on the screen, then click **Save** below.
   c. Click on **Deactivate FTP Account** if you no longer will use FTP to upload files. Note that if you do this, you will no longer be able to log in to the FTP server.

*This page intentionally left blank*

# 3  Data Reporting

Data can be reported by several different methods.
- A data file can be created and uploaded using either SFTP in your FTP client program, or through the **KASPER Data Reporting** website.
- Low volume reporting and record revisions can be entered using the **Prescription Data Entry Form** on the KASPER Data Reporting website.

## *3.1  Data File Upload*

### 3.1.1  Data File Format

Data files to be uploaded must observe these requirements, which have not changed from the previous implementation:
- The filename is expected to be the date of upload in YYYYMMDD format, with no spaces, and a .dat extension if unencrypted; if encrypted with your **PGP Public Key**, the file should have a .pgp or .gpg extension, depending on your encryption software.
- Multiple file uploads per day require a suffix such as "_1", "_2", etc. to distinguish the different files uploaded on that day.
- The data in the file must adhere strictly to the ASAP 4.2B data standard. Refer to Section 3.3 Required Data Elements, as well as the [ASAP 4.2B Standard](#) documentation, for full details on data structure and content.

#### 3.1.1.1  Using OpenPGP Encryption

You may encrypt the file using OpenPGP if you choose, which will help secure the file once it resides on the FTP Server.

1. To find your **PGP Public Key**, log in to the KASPER Data Reporting website and find it under your **Account Profile**.
2. Download the key file, then import the PGP public key into your PGP key ring.
3. Encrypt the file using the PGP software of your choice. The file should have a .pgp or .gpg file extension.

#### 3.1.1.2  Using ZIP File Compression

- A single .dat file may be archived in a .zip archive and given the same name as the .dat file, to reduce file size and transfer time.
- Do not put more than one data file inside a given .zip file.  If you have multiple .dat files to upload, archive them individually into separate .zip files.
- PGP encryption also compresses your .dat file, so there is no reason to archive your .pgp or .gpg file into a .zip file; just upload the encrypted .pgp or .gpg file.

### 3.1.2  File Upload Via FTPS (using SSL)

You can submit a data file via our secure FTP server.  Note that unsecure FTP connections are ***not*** supported.

1. Prepare the file as described above.

2. Make sure you have activated your FTP account. If you did not do so during account registration, you can do so at any time on your **Account Profile** page.
3. In your FTP client, go to ftp.ky.gov.
   a. If you need to use a full connection URL, use ftps://ftp.ky.gov since our server uses SSL.
   b. If your FTP client requires a port, use the default FTPS port **21**.

> *Note: Do **not** go to https://ftp.ky.gov/ in a web browser, as **Prescription Upload Program** user accounts are not authorized to use that interface, and you will be unable to log in there. You must use an FTP client and the secure FTP protocol.*

4. Enter your FTP account login information to authenticate to the secure FTP server. Your FTP account name can be found on your **Account Profile** page.
5. Upload the data file.

> *Important: Our FTP server may also use ports 3000-3003 for data transfer, so open those in your firewall if necessary.*

6. Log off when file upload is complete.

### 3.1.3 File Upload Via SFTP (using SSH)

Authenticating using SSH is not enabled on FTP accounts by default. If you require an SSH connection and have an SSH Public Key to provide to KASPER, then please contact the KASPER Help Desk and tell them you need to have SSH enabled and they will put you in touch with the right person.

### 3.1.4 File Upload Via Secure Website

Files may be uploaded for processing through our secure web portal.

1. Log in to the KASPER Data Reporting website as directed under Logging Into an Existing Account.
2. Select *File Upload* from the navigation menu under **Data Reporting**. You should already start there if you configured your **Default Upload Method** to *File Upload*.



Cabinet for Health and Family Services Office of Inspector General

3. Click the **Browse** button and locate the data file (either a .dat, .pgp, .gpg or .zip file) to be uploaded on your local file system.
4. Click **Upload** to upload the file to the KASPER server.



5. You will see the above message when the upload is complete, and will receive an email message from KASPER when the upload report is available.

## 3.2 Prescription Data Entry Form

The **Prescription Data Entry Form** allows you to enter individual prescription records one at a time to build a small batch of records, and then submit it to KASPER. It is not intended for moderate to high volume reporting, due to its manual nature.

### 3.2.1 Form Layout

The form itself is large and has several sections. The image below shows all sections, and indicates which ones are covered by each step below to assist you in learning how to use it.



### 3.2.2 Step One: Login

Log in to the KASPER Data Reporting website as directed under Logging Into an Existing Account.

- Select **Rx Data Entry Form** under **Data Reporting** from the navigation menu. You should already start there if you configured your **Default Upload Method** to *Data Entry*.

### 3.2.3 Step Two: Enter Dispenser Information



- In the **Dispenser Information** section, enter the DEA number of the dispensing entity or practitioner and then click elsewhere or hit the Tab key. The system will look up the rest of the information and fill it in for you. Multiple address lines in the DEA record will be combined into the address value shown here.
- This is a required field; the DEA **must** be known to the system in order to proceed.
- You can click **Clear Dispenser Info** at any time to clear the section.

> *Note:* *The name and address information comes directly from the DEA. If any of this information is incorrect, it must be addressed and corrected with the DEA, and* ***not*** *with the KASPER team.*

### 3.2.4 Step Three: Enter Patient Information



- In the **Patient Information** section, complete all fields for the patient who received the prescription.

> *Note: The* ***Middle (or M.I.)*** *field may be left blank if the middle name or initial is unknown, or the patient has no middle name.*

- For the **ID** field, enter the patient's Social Security Number (SSN).
    - If the patient does not have a **SSN**, change the **ID Type** dropdown to *Driver's License Number* and enter a valid driver's license number for the **ID** instead.
    - If the patient does not have a SSN or driver's license, enter 000000000 (nine zeroes) for the **SSN**.

> *Note: **Kentucky regulation 902 KAR 55:110 Section 5** requires that a patient disclose their SSN to the dispenser for purposes of reporting to KASPER. Only if the patient does not have a SSN may a driver's license or zeros be reported.*

- You can click **Clear Patient Info** at any time to clear the section.

### 3.2.5  Step Four: Enter Prescription Information



- Use the **Record Type** to indicate whether the prescription is a new record, a revision to an existing record, or an existing record which you wish to void.
- **Date Filled** and **Date Written** must be later than the patient's date of birth.
- Enter the **Prescriber DEA** number and then click elsewhere or hit the Tab key. The system will attempt to look up the name of the prescriber and display it besides the DEA. This helps you to be sure you've entered the DEA number correctly.

> *Note: The prescriber name comes directly from the DEA. If it is incorrect, it must be addressed and corrected with the DEA, and **not** with the KASPER team.*

> *IMPORTANT: Do not submit a DEA number beginning with 'X', also known as a data waiver DEA number. These numbers will be rejected by the system. You must provide a standard DEA number for the prescriber.*

- Use the **Partial Fill Indicator** to indicate whether the prescription is a partial fill or not, **00** indicates not a partial fill and **01-99** when it is a partial fill.
- **Transmission form of Rx origin code** indicates how the pharmacy received the prescription, make a selection from the list of options defined in the dropdown.
- Complete the rest of the required information about the prescription.

### 3.2.6  Step Five: Enter Controlled Substance Information

For each prescription, choose either the *Controlled Substance* or the *Compounded Controlled Substance* tab, depending on whether or not the prescription is compounded. The *Instructions* tab has a summary of the instructions found here for easy reference.

#### 3.2.6.1  NDC Number Formatting

Records **must** be submitted using the correct 11-digit National Drug Code (NDC) number. The actual 11 digit NDC number includes three segments in a 5-4-2 format: 99999-9999-99. Some drugs may show a 10-digit Health Related Item (HRI) code or Universal Product Code. Converting a 10-digit code to the correct 11-digit NDC format may require including a leading zero in one of the segments. The following table provides examples for converting a 10 digit NDC code to the 11-digit code based on the placement of the leading zero in the proper segment.

> *Note: The hyphens are shown below only to illustrate the segment format examples.* **Do not use hyphens when entering the NDC Number in the Data Entry Form.**

| 10 Digit Format on Product | 10 Digit Format Example | Correct 11 Digit NDC Format | Correct 11 Digit Format Showing Insertion of Leading Zero |
|---|---|---|---|
| **NDC Format on Product** | | | |
| 4-4-2 | 9999-9999-99 | 5-4-2 | **0**9999-9999-99 |
| 5-3-2 | 99999-999-99 | 5-4-2 | 99999-**0**999-99 |
| 5-4-1 | 99999-9999-9 | 5-4-2 | 99999-9999-**0**9 |
| **HRI Format on Product** | | | |
| 4-6 | 9999-999999 | 5-4-2 | **0**9999-9999-99 |
| 5-5 | 99999-99999 | 5-4-2 | 99999-**0**999-99 |
| **UPC Format on Product** | | | |
| 5-5 | 99999-99999 | 5-4-2 | 99999-**0**999-99 |

An even more thorough **NDC Information Sheet** is available [here](.).

#### 3.2.6.2  Non-compounded Prescriptions

For typical prescriptions which are not compounded, use this tab to report the controlled substance ingredient in the prescription.



- Enter the NDC number and click elsewhere, or hit the Tab key. The system will attempt to look up the name of the drug and add it to the right of the NDC number. This helps you to be sure you've entered the NDC number correctly.

  > *Note:* *If you feel there is a problem with the displayed drug name, please contact KASPER Program Support.*

- Provide the **Metric Quantity**, then select the applicable **Drug Dosage Units**.

### 3.2.6.3 Compounded Prescriptions

Use this tab for compounded prescriptions *only*. Also, you only need to report here those ingredients in the compound *which are controlled substances*.



- Add all *reportable* ingredients to the list by following the steps below. Ingredients which are not controlled (i.e. not required to be reported) should not be added.
- Enter the **NDC Number** and **Metric Quantity**, then select the applicable **Dosage Units**.
- Click **Add Ingredient** to add that ingredient to the table. The *Drug Name* is looked up automatically based on the NDC you provide.

  > *Note:* *If you feel there is a problem with the displayed drug name, please contact KASPER Program Support.*

- You can click Remove to remove that ingredient from the table.

### 3.2.6.4 Add Prescription To Batch List

- When each prescription's information is complete, click **Add Prescription To Batch List** to add it to the list.
- Use the **Clear Dispenser Info** and **Clear Patient Info** buttons in the first two sections as needed when you switch to different dispensers and patients.

- Repeat the process to construct a full list of all prescriptions to be reported.

### 3.2.6.5 Validation Error Messages

Whenever you click **Add Prescription To Batch List**, the system will validate all of the values you have entered. If you make any errors filling out the form, those errors will usually be listed in a red box at the top of the page (some appear embedded in the form in yellow boxes; see the next section). An example:



### 3.2.6.6 Other Error Messages

Depending on the data you enter and records which already exist in the system, there may be conflicts which alert you to errors in the data you entered, or require you to clarify your intentions.  Below are some of the error messages which you may encounter when trying to **Add Prescription To Batch List**, and how to act on them.



- If you enter an NDC number for a controlled substance which KASPER does not recognize, you will see this message.
- Double check the number you entered and make certain it is a valid NDC number.  If you made a mistake, select the first option and click **OK** to return to the form and edit the NDC value.  If you are certain it is valid, select the second option and click **OK**, and the NDC value will be accepted as entered.