UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION OF LONDON

| | |
|---|---|
| JAMES A. CHANEY ) | |
| ) | Civil Action No. 6:24-cv-0007-REW-HAI |
| Plaintiff, ) | |
| ) | Hon. Robert E. Wier |
| V ) | |
| ) | Formerly Perry Circuit No. 23-cv-442 |
| CVS PHARMACY, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO DISMISS**

Brooks Webb, The Mountain Clinic Pharmacy, McDowell Professional Pharmacy, Steve Dawson, Alicia Dawson, Donnie K. Starnes, John's Creek Drug Center Inc., Hometown Pharmacy Inc., Hometown Pharmacy of Hazard, LLC, Doug Morgan, Joe Lewis, RX Discount Pharmacy, Inc., RX Discount Pharmacy of Hazard, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc., d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Michael Sizemore, Community Drug of Manchester, Inc., Med-Mart Pharmacy, Inc., Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Howard Family Pharmacy, Inc., Wesley Howard, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., Verlon Banks, Mountain Comprehensive Healthcare d/b/a Leatherwood-Blackey Medical Clinic, Parkview Pharmacy, Inc., PEJ, Inc., Hometown Pharmacy of Jackson, Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Barry Martin, Specialty Care Center Pharmacy of E. Kentucky, Robert Burton, Stallard's Pharmacy, Inc., James Craig Stallard, Family Drug of Neon, Value RX II, LLC, Todd Walters, (hereinafter "Defendants"), (hereinafter

"Defendants"), having moved the Court for dismissal of all claims made against them in the Complaint of Plaintiff James A. Chaney, the Court having heard arguments of counsel, reviewed the record, and otherwise being sufficiently advised;

    IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is hereby GRANTED.

    This is a final and appealable Order and there is no just cause for delay.

    SO ORDERED this _____ day of _____, 2024.