UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LONDON

| | |
|---|---|
| JAMES A. CHANEY | *Electronically Filed* |
| | **CASE NO. 6:24-cv-00007-REW-HAI** |
| PLAINTIFF, | |
| VS. | |
| CVS PHARMACY, INC.; KENTUCKY CVS PHARMACY, LLC; RYAN MCGRAINER, Employee of CVS PHARMACY, INC.; JAMES SHACKLEFORD, Employee of CVS PHARMACY, INC.; SHERRY SUTHERLAND, Employee of CVS PHARMACY, INC.; R/X DISCOUNT PHARMACY, INC.; R/X DISCOUNT PHARMACY OF HAZARD, INC.; RICHARD K. SLONE, Owner or Employee of R/X DISCOUNT PHARMACY, INC. and/or R/X DISCOUNT PHARMACY OF HAZARD, INC.; R/X DISCOUNT PHARMACY OF HARLAN COUNTY, INC. d/b/a CLAY DISCOUNT PHARMACY; APPALACHIAN REGIONAL HEALTHCARE, INC. in its own name and d/b/a ARH REG. MED. CTR. PHARMACY and ARH COMMUNITY PHARMACY; HELEN HERALD, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; REBECCA WOOTEN NAPIER, Owner or Employee APPALACHIAN REGIONAL HEALTHCARE, INC. and/or of ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; HOLLY HARRIS a/k/a HOLLY CRADY, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; BOGGS PHARMACY, INC.; BROADWAY CLINIC PHARMACY, INC. d/b/a MEDICINE CABINET PHARMACY; COMMUNITY DRUG OF MANCHESTER, INC.; MICHAEL SIZEMORE, Owner or Employee of COMMUNITY DRUG OF MANCHESTER, INC. and/or MED-MART PHARMACY, LLC; COMPLETE CARE PHARMACY, PLLC; CYNTHIA WILLIAMS, Owner or Employee of | |

COMPLETE CARE PHARMACY, PLLC; LORI )
JOHNSON, Owner or Employee of COMPLETE )
CARE PHARMACY, PLLC; D.B. COYLE )
ENTERPRISES, INC. d/b/a THE MEDICINE )
SHOPPE; TOMBERT, INC. d/b/a THE MEDICINE )
SHOPPE; DOWNTOWN DRUG, INC.; DSSK )
PHARMACEUTICAL, INC. in its own name and )
d/b/a THE MEDICINE SHOPPE HAZARD; SUSAN )
FIELDS, Owner or Employee of THE MEDICINE )
SHOPPE HAZARD; EAST MAIN STREET )
PHARMACY, LLC; DACHEA WOOTON, Owner )
or Employee of EAST MAIN STREET )
PHARMACY, LLC; FAMILY PHARMACY OF )
JACKSON; HARLAN MEDICAL CENTER )
PHARMACY, INC.; ERNEST WATTS, Owner or )
Employee of HARLAN MEDICAL CENTER )
PHARMACY; BRIAN KEY, Owner or Employee )
of HARLAND MEDICAL CENTER PHARMACY; )
HOMETOWN PHARMACY OF HAZARD, LLC; )
HOMETOWN PHARMACY OF JACKSON, )
LLC; HOMETOWN PHARMACY, INC.; JOE )
LEWIS, Owner or Employee of HOMETOWN )
PHARMACY, INC.; DOUG MORGAN, Owner or )
Employee of HOMETOWN PHARMACY, INC.; )
HOMETOWN PHARMACY OF MANCHESTER, )
LLC; MATTHEW HUTERA, Owner or Employee )
of HOMETOWN PHARMACY OF MANCHESTER, )
LLC; HOSPICE OF THE BLUEGRASS, INC.; )
JEFFREY HOLMES, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
WENDELL SHORT, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
HOWARD FAMILY PHARMACY, INC.; )
WESLEY HOWARD, Owner of Employee of )
HOWARD FAMILY PHARMACY, INC.; JOHNS )
CREEK DRUG CENTER, INC.; DONNIE K. )
STARNES, Owner or Employee of JOHNS CREEK )
DRUGCENTER, INC.; JORDAN DRUG, INC. )
d/b/a JACKSON APOTHECARY and d/b/a )
BREATHITT PRESCRIPTION CENTER; KING )
PHARMACY, INC.; LESLIE SCOTT KING, Owner )
or Employee of KING PHARMACY, INC.; KNOTT )
PRESCRIPTION CENTER, INC.; CHRISTOPHER )
HALL, Owner or Employee of KNOTT )
PRESCRIPTION CENTER, INC.; CHARLES )
STUART DUFF, Owner or Employee of KNOTT )

2

PRESCRIPTION CENTER, INC.; LACKEY )
PHARMACY, INC.; MOUNTAIN )
COMPREHENSIVE HEALTH CARE d/b/a )
LEATHERWOOD-BLACKEY MEDICAL CLINIC; )
VERLON BANKS, Owner or Employee of )
MOUNTAIN COMPREHENSIVE HEALTH CARE )
d/b/a LEATHERWOOD-BLACKEY MEDICAL )
CLINIC; MANCHESTER PHARMACIST )
GROUP, LLC d/b/a FAMILY DRUG CENTER; )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; STEVE DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; ALICIA DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; MED-MART PHARMACY, LLC; THE )
MEDICINE SHOPPE HYDEN; RONNIE )
STEWART, Owner or Employee of THE MEDICINE )
SHOPPE HYDEN; MOUNTAIN CLINIC )
PHARMACY, LLC; BROOKS WEBB, )
Owner or Employee of MOUNTAIN CLINIC )
PHARMACY, LLC; PARKVIEW PHARMACY, )
INC.; PEJ, INC. in its own name and d/b/a )
HOMETOWN PHARMACY OF JACKSON; THE )
PLAZA PHARMACY, PLLC; POWERS )
PHARMACY, INC.; PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; DANIEL )
THIES, Owner or Employee of PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; SPECIALTY )
CARE CENTER PHARMACY OF E. KENTUCKY; )
BARRY MARTIN, Owner or Employee of )
SPECIALTY CARE CENTER PHARMACY OF )
E. KENTUCKY and/or EAST MAIN STREET )
PHARMACY, LLC; ROBERT BURTON, Owner or )
Employee of SPECIALTY CARE CENTER )
PHARMACY OF E. KENTUCKY and/or EAST )
MAIN STREET PHARMACY, LLC; STALLARD'S )
PHARMACY, INC. in its own name and d/b/a )
FAMILY DRUG OF NEON; JAMES CRAIG )
STALLARD, Owner or Employee of STALLARD'S )
PHARMACY, INC. and/or FAMILY DRUG OF )
NEON; WALTERS-GRIFFIN ENTERPRISE, )
INC. d/b/a SUPERIOR DRUG; WILLIAM REED )
HALL, Owner or Employee of WALTER-GRIFFIN )
ENTERPRISES, INC. d/b/a SUPERIOR DRUG; )
ROBERT WALTERS, SR., Owner or Employee of )
WALTER-GRIFFIN ENTERPRISES, INC. d/b/a )

| | |
|---|---|
| SUPERIOR DRUG; THOMPSON DISCOUNT DRUG, INC.; F. BRITTON THOMPSON, Owner or Employee of THOMPSON DISCOUNT DRUG, INC.; VALUE RX BLUEGRASS, LLC; VALUE RX II, LLC; TODD WALTERS, Owner or Employee of VALUE RX BLUEGRASS, LLC and/or VALUE RX II, LLC; WAL-MART STORES EAST, LIMITED PARTNERSHIP; MIKE MCINTOSH, Owner or Employee of WAL-MART STORES EAST, LIMITED PARTNERSHIP; and JOHN DOE I THROUGH JOHN DOE XL, the Unknown Employees and/oor Owners of the Defendants named herein | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) ) |

## MOTION TO DISMISS

Come the Defendants, Thompson Discount Drug, Inc. and F. Britton Thompson (hereinafter "Defendants"), by counsel, and hereby move for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for other reasons set forth within the Memorandum of Law that supports the pending Motion and that is incorporated herein by reference. The Memorandum of Law is being filed contemporaneously with this Motion. Accordingly, Defendants request that the Court grant their Motion and dismiss all claims against them with prejudice.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

*/s/ Joshua J. Leckrone*
Joshua J. Leckrone
334 Beechwood Road, Suite 304
Ft. Mitchell, Kentucky 41017
Telephone:    (859) 444-4949
Facsimile:    (859) 360-2866
Email:        Josh@RichardsonLawGrp.com
COUNSEL FOR DEFENDANTS,
THOMPSON DISCOUNT DRUG, INC. and
F. BRITTON THOMPSON

## CERTIFICATE OF SERVICE

This is to certify that the foregoing has been served on this the 31st day of January, 2024 by mailing and/or emailing a true and accurate copy to the following:

Masten Childers, III
Aaron M. Oppegard
Michael W. Durborow
Sarah E. Cooley
Madeleine R. Hamlin
Whiteford Taylor & Preston, LLP
161 N. Eagle Creek Drive, Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppegard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Co-Counsel for Plaintiff*

Keith E. Whitson
Jordan N. Kelly
Whiteford Taylor & Preston, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Co-Counsel for Plaintiff*

| | |
|---|---|
| Christopher Chaisson<br>Whiteford Taylor & Preston, LLP<br>1800 M. Street NW, Suite 450 N<br>Washington, D.C. 20036<br>cchaisson@whitefordlaw.com<br>*Co-Counsel for Plaintiff* | Justin S. Peterson<br>Kellie M. Collins<br>Laura Jane Phelps<br>Peterson Law Office, PLLC<br>2424 Harrodsburg Road, Suite 205<br>Lexington, KY 40503<br>justin@justinpetersonlaw.com<br>kellie@justinpetersonlaw.com<br>laurajane@justinpetersonlaw.com<br>firm@justinpetersonlaw.com<br>*Co-Counsel for Plaintiff* |
| Darryl W. Durham<br>Seiller Waterman, LLC<br>462 South Fourth Street, 22nd Floor<br>Louisville, KY 40202<br>ddurham@derbycitylaw.com<br>*Co-Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, Inc.* | Randall Scott May<br>Davidson & Associates<br>P.O. Drawer 986<br>Hazard, KY 41702<br>rmay@windstream,net<br>*Co-Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, Inc.* |
| Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway 15<br>Hazard, KY 41701<br>*Defendant* | James Shackleford<br>1033 Bee Hive Road<br>Slemp, KY 41763<br>*Defendant* |
| Sherry Sutherland<br>131 Sutherland Drive<br>Bimble, KY 40915<br>*Defendant* | R/X Discount Pharmacy of Hazard, Inc.<br>c/o Richard K. Slone<br>500 Morton Blvd.<br>Hazard, KY 41701<br>*Defendant* |
| Anders W. Lindberg<br>Stacey Richards-Minigh<br>Steptoe & Johnson, PLLC<br>825 Third Avenue, Suite 400<br>Huntington, WV 25701<br>anders.lindberg@steptoe-johnson.com<br>stacey.minigh@steptoe-johnson.com<br>*Co-Counsel for Defendants, Appalachian Regional Healthcare, Inc. in its own name and d/b/a ARH Reg. Med. Ctr. Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady* | Nathaniel R. Kissel<br>Steptoe & Johnson, PLLC<br>100 West Main Street, Suite 400<br>Lexington, KY 40507<br>nate.kissel@steptoe-johnson.com<br>*Co-Counsel for Defendants, Appalachian Regional Healthcare, Inc. in its own name and d/b/a ARH Reg. Med. Ctr. Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady* |

Rebecca Wooton Napier
10664 N. KY Highway 15
Chavies, KY 41727
*Defendant*

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge
114 N. Main Cross Street
Flemingsburg, KY 41041
*Defendant*

D.B. Coyle Enterprises, Inc.
d/b/a The Medicine Shoppe
c/o Douglas A. Coyle
900 Hustonville Road
Danville, KY 40422
*Defendant*

Tombert, Inc.
d/b/a The Medicine Shoppe
c/o Thomas D. Detraz
815 County Club Lane
Hopkinsville, KY 42240
*Defendant*

Dssk Pharmaceutical, Inc. in its own name
and d/b/a The Medicine Shoppe Hazard
c/o Danny Rose
941 North Main Street, Suite 102
Hazard, KY 41701
*Defendant*

Susan Fields
Owner or Employee of The Medicine Shoppe
Hazard
120 Holly Drive
Hazard, KY 41701
*Defendant*

Family Drug of Neon
c/o James Craig Stallard
972 HWY 317
Neon, KY 41840
*Defendant*

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis
221 East Main Street
Hazard, KY 41701
*Defendant*

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth
2163 East Highway 30
East Bernstadt, KY 40729
*Defendant*

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729
*Defendant*

Kyle M. Virgin
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
kyle.virgin@fmglaw.com
*Counsel for Defendants, Hospice of the Bluegrass, Inc.; Jeffrey Holmes; and Wendell Short*

Jordan Drug, Inc. d/b/a Jackson Apothecary
and d/b/a Breathitt Prescription Center
c/o FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507
*Defendant*

7

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell
2425 Williamsburg Estates Lane
Lexington, KY 40504
*Defendant*

Ronnie Stewart
Owner or Employee of The Medicine Shoppe Hyden
16 Hickory Street
Hyden, KY 41749
*Defendant*

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858
*Defendant*

Walters-Griffin Enterprise, Inc.
d/b/a Superior Drug
c/o Robert J. Walters, Sr.
359 Hazard Road
Whitesburg, KY 41858
*Defendant*

Robert Walters, Sr.
Owner or Employee of Walters-Griffin Enterprise, Inc. d/b/a Superior Drug
58 Anderson Street
Jenkins, KY 41357
*Defendant*

The Medicine Shoppe Hyden
c/o Ronnie Stewart
22044 Main Street
Hyden, KY 41749
*Defendant*

Gene Smallwood, Jr.
P.O. Box 40
Whitesburg, KY 41858
gslex1127@yahoo.com
*Counsel for Defendant, Mountain Comprehensive Health Care d/b/a Leatherwood-Blackey Medical Clinic*

The Plaza Pharmacy, PLLC
c/o Theresa Merced
1389 HWY 15 N.
Box 606
Jackson, KY 41339
*Defendant*

William Reed Hall
Owner or Employee of Walters-Griffin Enterprise, Inc. d/b/a Superior Drug
74 Ohio Street
Whitesburg, KY 41585
*Defendant*

Value RX Bluegrass, LLC
c/o Todd Walters
21 Mink Lane
Pineville, KY 40977
*Defendant*

8

Jay Milby Ridings
Marcia Milby Ridings
Hamm, Milby & Ridings, PLLC
120 North Main Street
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
julie@hmrkylaw.com
*Counsel for Defendants, Wal-Mart Stores East, Limited Partnership and Mike McIntosh*

        ***/s/ Joshua J. Leckrone***
        COUNSEL FOR DEFENDANTS,
        THOMPSON DISCOUNT DRUG, INC.
        AND F. BRITTON THOMPSON

7383.008185C:\NRPortbl\Golden_and_Walters\HHALL\2341802_1.DOCX