**Commonwealth of Kentucky**
Cabinet for Health and Family Services





# *KASPER Prescriber Report Card*

# User Guide

**Version 3.0**
**April 14, 2020**

*This project was supported by federal Harold Rogers Grant No. 2016-PM-BX-0003 awarded by the Bureau of Justice Assistance. The Bureau of Justice Assistance is a component of the Department of Justice's Office of Justice Programs, which also includes the Bureau of Justice Statistics, the National Institute of Justice, the Office of Juvenile Justice and Delinquency Prevention, the Office for Victims of Crime, and the SMART Office. Points of view or opinions in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice.*

EXHIBIT B

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

# Table of Contents

1 INTRODUCTION .................................................................................................................................... 3
   1.1 BACKGROUND ............................................................................................................................................. 3
   1.2 PRESCRIBER REPORT CARD OVERVIEW ............................................................................................................. 3
2 KENTUCKY LICENSURE BOARD ANNUAL REPORT CARD CERTIFICATION REQUIREMENTS ............................. 3
3 ACCESSING THE PRESCRIBER REPORT CARD ........................................................................................... 4
   3.1 MASTER ACCOUNT HOLDER ACCESS ................................................................................................................ 4
      3.1.1 Master Account Holder – Account Details Page ............................................................................. 4
   3.2 AUTHORIZED DELEGATE ACCOUNT HOLDER ACCESS ............................................................................................ 5
      3.2.1 Delegate Account – Landing Page .................................................................................................. 5
      3.2.2 Prescriber Report Card, Delegate View ........................................................................................... 6
4 PRESCRIBER REPORT CARD SPECIFICATIONS ........................................................................................... 8
   4.1 HOW THE PRESCRIBER REPORT CARD IS GENERATED ........................................................................................... 8
   4.2 PRESCRIBER DEA NUMBER(S) ........................................................................................................................ 8
   4.3 PATIENT LEVEL INFORMATION ........................................................................................................................ 9
   4.4 SPECIALTY AREAS ........................................................................................................................................ 9
   4.5 OPIOID ANALGESIC/BUPRENORPHINE CONSIDERATIONS .................................................................................... 10
   4.6 OPIOID ANALGESIC MORPHINE MILLIGRAM EQUIVALENT DOSE INFORMATION ...................................................... 11
   4.7 PRESCRIBER REPORT CARD CALCULATIONS ..................................................................................................... 11
      4.7.1 Patients who filled your prescription for benzodiazepines or other sedatives ..................................... 11
      4.7.2 Patients who filled your prescription for stimulants ...................................................................... 11
      4.7.3 Patients who filled your prescription for opioid analgesics ............................................................ 12
      4.7.4 Patients who filled your prescription for buprenorphine products for medication assisted treatment (MAT) 12
      4.7.5 Patients filling three or more days of overlapping opioid analgesic prescriptions from all prescribers 12
      4.7.6 Patients filling overlapping opioid analgesic and benzodiazepine/sedative prescriptions from all prescribers ..................................................................................................................................... 12
      4.7.7 Patients filling controlled substance prescriptions from five or more different prescribers ............... 13
      4.7.8 Prescribing comparison for opioid analgesics excluding buprenorphine products ............................ 13
      4.7.9 Prescribing comparison for benzodiazepines/other sedatives ........................................................ 14
      4.7.10 Prescribing comparison for stimulants ........................................................................................ 14
      4.7.11 Average patient daily opioid analgesic morphine equivalent dose (MED) level ............................. 14
5 PRESCRIBER REPORT CARD EXAMPLE ................................................................................................... 16

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

# 1 Introduction

## *1.1 Background*

This user guide documents the functionality included in Phase 2 of the Kentucky All Schedule Prescription Electronic Reporting (KASPER) Prescriber Report Card. The new Prescriber Report Card provides prescribing pattern and specialty comparison information in a concise one-page format, and includes patient level detail to assist prescribers with identifying their patients who are included in the potential controlled substance misuse or harm risk categories. In addition, the Phase 2 Prescriber Report Card uses expanded specialty areas incorporated into KASPER during 2019 for the statewide and specialty comparisons, allowing more accurate peer comparison data.

## *1.2 Prescriber Report Card Overview*

The Phase 2 KASPER Prescriber Report Card was designed in collaboration with Kentucky prescriber licensure boards and based on stakeholder feedback from the original prescriber report card feature. KASPER prescriber master account holders can access quarterly and annual (calendar year) prescriber report cards. Prescriber master account holders may also authorize one or more of their delegates to access a prescriber report card on the master account holder's behalf. The system provides the capability for prescribers to certify that they reviewed their annual prescriber report card if required by a Kentucky prescriber licensure board. Please refer to *Section 2 Kentucky Licensure Board Annual Report Card Certification Requirements* for the status of licensure board prescriber annual report card certification requirements. Prescriber report cards are prepared on a quarterly and calendar year basis using KASPER controlled substance prescription data for those periods. The quarterly and annual prescriber report cards present the data in the same format.  Prescriber master account holders and their authorized delegates can view online or download PDF versions of the two most recent annual report cards and the four most recent quarterly report cards.

For questions or suggestions regarding the KASPER Prescriber Report Card, please send an email to eKASPER.Admin@ky.gov.

# 2 Kentucky Licensure Board Annual Report Card Certification Requirements

**Kentucky licensure board annual report card review certification requirements as of March 1, 2020.**

| Kentucky Board of Dentistry | Not Required |
|---|---|
| Kentucky Board of Medical Licensure | Not Required |
| Kentucky Board of Nursing | Not Required |
| Kentucky Board of Optometric Examiners | Not Required |
| Kentucky Board of Podiatry | Not Required |

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

# 3 Accessing the Prescriber Report Card

This section provides instructions on how master account holders can access their prescriber report cards; how master account holders can authorize one or more of their delegates to access the prescriber report cards on their behalf; and how authorized delegates can access the prescriber report card for the master account holder.

## *3.1  Master Account Holder Access*

Master account holders can request their quarterly and annual prescriber report cards and manage their delegate authorizations to access the prescriber report cards on their behalf. Master account holders can also certify they have reviewed their annual report card **if required by their licensure board**.

### 3.1.1 Master Account Holder – Account Details Page

The first step is for master account holders to log into their KASPER account via the Kentucky Online Gateway and select **Administration** from the left navigation menu of the Request Report web page. This will display the following Account Maintenance web page.



### *3.1.1.1  Annual Report Card Review and [Certification]*

In the Prescriber Report Card section on this web page, the Annual Report Cards section has a drop down menu that allows selection of one of the two most recent annual prescriber report cards.
*Please note: new Kentucky prescribers may not initially have a prior year annual report card.*

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

After selecting the desired annual report card, Clicking **View Report Card** displays the selected annual report card in PDF format for viewing, printing or downloading.

**Annual Report Card Certification**

Prescribers will be notified if their licensure board requires them to certify they have reviewed their annual prescriber report card. Please refer to *Section 2 Kentucky Licensure Board Annual Report Card Certification Requirements* for the status of licensure board review and certification requirements. If the most recent annual report card has not been certified as reviewed, the **Certify Annual Report** button will be visible. Clicking on the **Certify Annual Report** button will display the "Last Verified On" message along with the current date, and log the certification date for compliance reporting to the licensure boards. The **Certify Annual Report** button is enabled and visible only if the most recent annual report card has not been certified.

### 3.1.1.2  Quarterly Prescriber Report Card Review

In the Prescriber Report Card section on this web page, the Quarterly Report Cards section has a dropdown menu that shows the four most recent quarterly report cards for the master account holder, and allows selection of any one of those quarterly report cards. After selecting the desired quarterly report card, Clicking **View Report Card** displays the selected quarterly report card in PDF format for viewing, printing or downloading.

*Please note: new Kentucky prescribers may not initially have prior quarterly report cards.*

### 3.1.1.3  Prescriber Report Card Delegate Authorization Management

The table of delegates in the Delegate Account Information section on this web page includes a column with the header "Report Card Authorization". The table lists each of the delegates under the master account holder along with a status of "Authorized" or "Not Authorized". Master account holders have the option to authorize one or more delegates to access the quarterly and annual prescriber report cards on their behalf by clicking on the **Authorize** action button for an individual delegate. When a delegate is authorized, the master account holder may remove that authorization at any time by clicking on the **Deauthorize** action button. Authorized delegates can view and download prescriber report cards only. Delegates do not have the ability to certify that an annual report card has been reviewed.

## 3.2   Authorized Delegate Account Holder Access

Delegates can access the quarterly and annual prescriber report cards for all master account holders who have authorized the delegate to access the prescriber report cards on their behalf.

### 3.2.1 Delegate Account – Landing Page

When a delegate account holder logs into KASPER they will see the following Request Report web page.



Clicking **Master Reports** in the left navigation menu will take the delegate account holder to the following Prescriber Report Card, Delegate View page.

## 3.2.2 Prescriber Report Card, Delegate View



### 3.2.2.1  Master Account Selection

The Master Account Selection section on this web page provides a dropdown menu populated with a list of all Master Account Holders who have authorized the delegate to access the

master account holder's prescriber report cards. If no master account holders have authorized the delegate to access their prescriber report cards, the dropdown is disabled and the following message is displayed: "No master accounts have authorized you to view prescriber report cards on their behalf."

If the delegate is authorized under one or more master account holders, the delegate can select the master account holder for whom they are requesting a prescriber report card. Controls in the Quarterly Report Cards and Annual Report Cards sections are initially disabled. Selecting a master account will enable the controls in those sections.



### 3.2.2.2  Annual Report Card (Delegate)

In the Prescriber Report Card section on this web page, the Annual Report Cards section has a drop down menu that allows selection of one of the two most recent annual prescriber report cards for the selected master account holder. After selecting the desired annual report card, Clicking **View Report Card** displays the selected annual report card in PDF format for viewing, printing or downloading.

### 3.2.2.3  Quarterly Report Card (Delegate)

In the Prescriber Report Card section on this web page, the Quarterly Report Cards section has a dropdown menu that shows the four most recent quarterly reports for the selected master account holder, and allows selection of any one of those quarterly report cards. After selecting the desired quarterly report card, Clicking **View Report Card** displays the selected quarterly report card in PDF format for viewing, printing or downloading.

# 4  Prescriber Report Card Specifications

## *4.1  How the Prescriber Report Card is Generated*

The KASPER Prescriber Report Card information and metrics are based on the prescriber DEA number(s) and area of work and specialty designated in the prescriber master account holder's KASPER personal account information. Following are parameters used for compiling the prescriber report cards.

1. The quarterly and calendar year annual prescriber report cards are presented in the same format. The Prescriber Report Card header identifies the specific report card period.
2. The calculations and data are based on controlled substance prescriptions reported to KASPER under the prescriber's DEA number(s). Only those DEA numbers associated with the prescriber's KASPER account are used to select the prescriber specific prescription data used for report card calculations.
3. Compounded controlled substance medications are excluded from the prescriber report cards.
4. Percentage calculations are based on the total number of patients who filled one or more Schedule II through V controlled substances prescriptions or refills that were written by the prescriber during the specified report card time period. For example, if you wrote a prescription on December 28, 2019 that the patient filled on January 1, 2020, that patient would be included in your patient count for the 2020 first quarter and annual report cards.
5. All calculations are based on the date the prescription or refill was filled by a pharmacy or dispensed by a practitioner.
6. Dispensers sometimes report erroneous numbers of units (doses), which are reported to KASPER as metric quantity, or the number of days supply for a prescription. The following edits are used for KASPER data collection, so prescription records that do not meet these edit criteria will not be considered in the prescriber report card calculations.
   a. Records are rejected if the unit of measure is "each" and the number of units (doses) is greater than 3,000.
   b. Records are rejected if the dose unit of measure is "milliliters" and the number of units (doses) is greater than 10,000.
   c. Records are rejected if the dose unit of measure is "grams" and the number of units (doses) is greater than 3,000.
   d. Records are rejected if the number of days supply is not between 1 and 365.

Following is additional information on prescriber report card data selection and metric calculations.

## *4.2  Prescriber DEA number(s)*

The Prescriber Report Card header lists the prescriber's DEA number(s) that were used to select the prescription records factored into the report card calculations. The DEA number(s) are those specified in the prescriber's KASPER personal account information. All Kentucky prescribers with a KASPER account have a primary DEA number that was verified when they registered with KASPER. Prescribers with additional DEA numbers can contact KASPER administration (eKASPER.Admin@ky.gov) to have the additional DEA numbers added to their KASPER account information to allow more accurate and complete report card data.

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

## 4.3 Patient Level Information

The Phase 2 Prescriber Report Card includes patient level information to assist prescribers with identifying patients who may be at a higher risk of controlled substance misuse or harm. Patient name and date of birth is included for these patients beginning on page two of the report card.

- Patients who filled three or days or more of overlapping opioid analgesic prescriptions from all prescribers (refer to section 4.7.5)
- Patients who filled overlapping opioid analgesic and benzodiazepine/sedative prescriptions from all prescribers (refer to section 4.7.6)
- Patients who filled controlled substance prescriptions from five or more different prescribers (refer to section 4.7.7)

## 4.4 Specialty Areas

The prescriber specialty is determined based on the current "area of work" in the master account holder's KASPER personal account information. Prescriber master account holders may modify their primary area of work and/or specialty by selecting **Administration**, then **Account Maintenance** on the Request Report web page. In the Master Account Information section, click on the Select button under **View Details** and update the area of work/specialty as appropriate. The specialty averages contained in the prescriber report card are based on the following area of work/specialty selections.

| Area of Work | Specialty |
|---|---|
| APRN/NP | Adult Gerontology - Acute Care<br>Adult Gerontology - Primary Care<br>Certified Registered Nurse Anesthetist<br>Certified Nurse Midwife<br>Family Practice<br>Neonatal<br>Pediatric - Acute Care<br>Pediatric - Primary Care<br>Psychiatric Mental Health - Adult<br>Psychiatric Mental Health - Child & Adolescent<br>Psychiatric Mental Health - Lifespan<br>Women's Health |
| Dentist | Dentistry - Endodontics<br>Dentistry - General<br>Dentistry - Pediatric<br>Dentistry - Oral and Maxillofacial Surgery<br>Dentistry - Orthodontics<br>Dentistry - Periodontics<br>Dentistry - Prosthodontics |

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

| | |
|---|---|
| Physician | Allergy/Immunology<br>Anesthesiology<br>Cardiology/Cardiovascular Disease<br>Dermatology<br>Emergency Medicine<br>Endocrinology<br>Family/General Medicine<br>Gastroenterology<br>Hematology/Oncology<br>Hospice/Palliative<br>Internal Medicine/Hospitalist<br>Nephrology<br>Obstetrics and Gynecology<br>Ophthalmology<br>Other Specialty<br>Otolaryngology<br>Neurology<br>Pathology<br>Pain Management/Pain Medicine<br>Pediatric Medicine<br>Physical Medicine/Rehabilitation<br>Podiatry<br>Psychiatry<br>Pulmonary Diseases<br>Radiation Oncology<br>Radiology<br>Sleep Medicine<br>Surgery - General<br>Surgery - Neurological<br>Surgery - Orthopedic<br>Surgery - Pediatric<br>Surgery - Plastic<br>Surgery - Vascular<br>Urology |
| Optometrist | Optometrist |
| Veterinarian | Veterinarian |

## 4.5  *Opioid Analgesic/Buprenorphine Considerations*

Buprenorphine is an opioid partial agonist commonly used to provide medication assisted treatment (MAT) of opioid use disorder. In order to help differentiate between opioids for pain treatment versus MAT, all buprenorphine products have been excluded from the opioid metrics, except for the overlapping opioid analgesic, and overlapping opioid analgesic and benzodiazepine/sedative metrics. The description for each opioid analgesic metric in the prescriber report card identifies whether buprenorphine products were included or excluded from the calculation. Buprenorphine products are also excluded from the morphine milligram equivalent dose calculations as described in *Section 4.7.11 Average patient daily opioid morphine equivalent*

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

*dose (MED) level.*

## 4.6 Opioid Analgesic Morphine Milligram Equivalent Dose Information

Opioid analgesic morphine milligram equivalent dose calculations are based on a morphine equivalent dose conversion table that is provided by the U.S. Centers for Disease Control and Prevention. The table does not include conversion factors for buprenorphine products based on the following guidance from CDC.

"*Buprenorphine products are listed in this file but do not have an associated MME conversion factor. The conversion factors for drugs prescribed or provided as part of medication-assisted treatment for opioid use disorder should not be used to benchmark against dosage thresholds meant for opioids prescribed for pain. These buprenorphine products, as partial opioid agonists, are not expected to be associated with overdose risk in the same dose-dependent manner as doses for full agonist opioids.*"

## 4.7 Prescriber Report Card Calculations

This section documents how each specific KASPER Prescriber Report Card metric is calculated for the specified prescriber report card period. All calculations exclude controlled substance compounds. The total number of patients who filled, during the specified report card period, a Schedule II through V controlled substance prescription or refill that you prescribed is listed in the report header at the top of each page.

### 4.7.1 Patients who filled your prescription for benzodiazepines or other sedatives

This metric lists the number and percentage of patients who filled your prescription for one or more Schedule II through V benzodiazepines or other sedatives, based on the prescription date filled.

Percentage calculation:
*Numerator*: the number of patients for who filled your prescription for one or more Schedule II through V benzodiazepines/sedatives.
*Denominator*: the total number of patients who filled your prescription for one or more Schedule II through V controlled substances.

### 4.7.2 Patients who filled your prescription for stimulants

This metric lists the number and percentage of patients who filled your prescription for one or more Schedule II through V stimulants, based on the prescription date filled.

Percentage calculation:
*Numerator*: the number of patients who filled your prescription for one or more Schedule II through V stimulants.
*Denominator*: the total number of patients who filled your prescription for one or more Schedule

II through V controlled substances.

### 4.7.3 Patients who filled your prescription for opioid analgesics

*All buprenorphine products are excluded from the calculations for this metric.*

This metric lists the number and percentage of your patients who filled your prescription for one or more Schedule II through V opioid analgesics based on the prescription date filled.

Percentage calculation:
*Numerator*: the number of patients who filled your prescription for one or more Schedule II through V opioid analgesics excluding all buprenorphine products.
*Denominator*: the total number of patients who filled your prescription for one or more Schedule II through V controlled substances.

### 4.7.4 Patients who filled your prescription for buprenorphine products for medication assisted treatment (MAT)

This metric lists the number and percentage of your patients who filled your prescription for one or more controlled substances for buprenorphine medication assisted treatment (MAT) products, based on the prescription date filled.

Percentage calculation:
*Numerator*: the number of patients who filled your prescription for one or more buprenorphine medication assisted treatment products.
*Denominator*: the total number of patients who filled your prescription for one or more Schedule II through V controlled substances.

### 4.7.5 Patients filling three or more days of overlapping opioid analgesic prescriptions from all prescribers

This metric lists the number and percentage of your patients who filled your prescription for one or more Schedule II through V controlled substances, who also filled three or more days of overlapping opioid analgesic prescriptions from **any** prescribers based on the prescription date filled. An overlapping prescription you wrote will be included if it is active during the current prescriber report card period, even if the date filled was during a prior period.

Percentage calculation:
*Numerator*: the number of patients who filled your prescription for one or more Schedule II through V controlled substance prescriptions, who had an overlap of three days or more for opioid analgesic prescriptions that were prescribed by you or any other prescriber.
*Denominator*: the total number of patients who filled your prescription for one or more Schedule II through V controlled substance prescriptions.

### 4.7.6 Patients filling overlapping opioid analgesic and benzodiazepine/sedative prescriptions from all prescribers

This metric lists the number and percentage of your patients who filled your prescription for one or more Schedule II through V controlled substances, who also received overlapping opioid

analgesic and benzodiazepine/sedative prescriptions from **any** prescribers based on the prescription date filled. An overlapping prescription you wrote will be included if it is active during the current prescriber report card period, even if the date filled was during a prior period.

Percentage calculation:
*Numerator*: the number of patients who filled your prescription for one or more Schedule II through V controlled substance prescriptions, who had an overlap of any number of days for opioid analgesic prescription(s) along with benzodiazepine/sedative prescription(s), that were prescribed by you or any other prescriber.
*Denominator*: the total number of patients who filled your prescription for one or more Schedule II through V controlled substance prescriptions.

## 4.7.7 Patients filling controlled substance prescriptions from five or more different prescribers

This metric lists the number and percentage of patients who filled your prescription for one or more Schedule II through V controlled substance prescriptions, who are receiving controlled substance prescriptions from five or more different prescribers including yourself, based on the prescription date filled.

Percentage calculation:
*Numerator*: the number of patients who filled your prescription for one or more Schedule II through V controlled substance prescriptions, who received controlled substance prescriptions from a total of five or more different prescribers including yourself.
*Denominator*: the total number of patients who filled your prescription for one or more Schedule II through V controlled substance prescriptions.

## 4.7.8 Prescribing comparison for opioid analgesics excluding buprenorphine products

*All buprenorphine products are excluded from the calculations for this metric*.

This metric lists the total number of Schedule II through V opioid analgesic prescriptions and units (doses) filled during the report card period that you wrote, based on the prescription date filled. Your prescription and unit figures are compared with the following.
- The average number of opioid analgesic prescriptions and units filled during the report card period that were written by Kentucky prescribers (the prescriber used a DEA number with a Kentucky address). This average is calculated by dividing the total number of opioid analgesic prescriptions and units written by Kentucky prescribers, by the total number of Kentucky prescribers who wrote at least one opioid analgesic prescription.
- The average number of opioid analgesic prescriptions and units filled during the report card period that were written by all prescribers with an active KASPER account matching your area of work and specialty. This average is calculated by dividing the total number of opioid analgesic prescriptions and units written by active KASPER account holders matching your area of work and specialty, by the total number of active KASPER account holders matching your area of work and specialty who wrote at least one opioid analgesic prescription.

| KASPER Prescriber Report Card User Guide | Version: 3.0 |
|---|---|

### 4.7.9 Prescribing comparison for benzodiazepines/other sedatives

This metric lists the total number of Schedule II through V benzodiazepine/sedative prescriptions and units (doses) filled during the report card period that you wrote, based on the prescription date filled. Your prescription and unit figures are compared with the following.

- The average number of benzodiazepine/sedative prescriptions and units filled during the report card period that were written by Kentucky prescribers (the prescriber used a DEA number with a Kentucky address). This average is calculated by dividing the total number of benzodiazepine/sedative prescriptions and units written by Kentucky prescribers, by the total number of Kentucky prescribers who wrote at least one benzodiazepine/sedative prescription.
- The average number of benzodiazepine/sedative prescriptions and units filled during the report card period that were written by all prescribers with an active KASPER account matching your area of work and specialty. This average is calculated by dividing the total number of benzodiazepine/sedative prescriptions and units written by active KASPER account holders matching your area of work and specialty, by the total number of active KASPER account holders matching your area of work and specialty who wrote at least one benzodiazepine/sedative prescription.

### 4.7.10  Prescribing comparison for stimulants

This metric lists the total number of Schedule II through V stimulant prescriptions and units (doses) filled during the report card period that you wrote, based on the prescription date filled. Your prescription and unit figures are compared with the following.

- The average number of stimulant prescriptions and units filled during the report card period that were written by Kentucky prescribers (the prescriber used a DEA number with a Kentucky address). This average is calculated by dividing the total number of stimulant prescriptions and units written by Kentucky prescribers, by the total number of Kentucky prescribers who wrote at least one stimulant prescription.
- The average number of stimulant prescriptions and units filled during the report card period that were written by all prescribers with an active KASPER account matching your area of work and specialty. This average is calculated by dividing the total number of stimulant prescriptions and units written by active KASPER account holders matching your area of work and specialty, by the total number of active KASPER account holders matching your area of work and specialty who wrote at least one stimulant prescription.

### 4.7.11  Average patient daily opioid analgesic morphine equivalent dose (MED) level

*All buprenorphine products are excluded from the calculations for this metric.*

This metric lists the average daily morphine equivalent dose (MED) level that you prescribed for patients who filled your prescription for one or more opioid analgesics during the report card period. Your average daily MED is compared with the following.

- The average daily MED level for opioid analgesics that were written by Kentucky prescribers (the prescriber used a DEA number with a Kentucky address). This average is calculated by dividing the total patient daily morphine equivalent units (doses) for opioid analgesics written by Kentucky prescribers, by the total number of Kentucky prescribers who wrote at least one opioid analgesic prescription.

- The average daily MED level for opioid analgesics that were written by all prescribers with an active KASPER account matching your area of work and specialty. This average is calculated by dividing the total patient daily morphine equivalent units for opioid analgesics written by active KASPER account holders matching your area of work and specialty, by the total number of active KASPER account holders matching your area of work and specialty who wrote at least one opioid analgesic prescription.

# 5  Prescriber Report Card Example

**Quarterly Report Card for 3Q 2014**                           **Prepared for: John Doe**

- Specialty Area: Anesthesiology (n specialists statewide)
- DEA numbers included in this report: BL1234567
- Calculations based on 43 patients during this period who filled a controlled substance prescription or refill that you prescribed
- All calculations exclude controlled substance compounds

## Your Numbers

**Number/Percent of your Controlled Substance Patients who filled your prescription for:**

| Benzodiazepines/Other Sedatives | 7 (16.28 %) | Opioid Analgesics | 37 (86.05 %) |
|---|---|---|---|
| Stimulants | 0 (0.00 %) | Buprenorphine Products for MAT | 0 (0.00 %) |

## Your Patients Potentially at Risk



46.51 %

20 of your patients filled three days or more of overlapping opioid prescriptions from all prescribers



32.56 %

14 of your patients filled overlapping opioid and benzodiazepine/sedative prescriptions from all prescribers



6.98 %

3 of your patients filled controlled substance prescriptions from five or more different prescribers

## Your Comparison to Specialty and Statewide Averages









Legend:   State Avg.    Specialty Avg.    You

## 5  KASPER Prescriber Report Card Example

Quarterly Report Card for 3Q 2014                                              Prepared for: John Doe

| Patients filling three days or more of overlapping opioid prescriptions from all prescribers ||
|---|---|
| **Patient Name** | **Patient Date of Birth** |
| Patient Adam | 11/07/1944 |
| Patient Bob | 01/13/1964 |
| Patient Carrie | 12/29/1963 |
| Patient David | 06/13/1958 |
| Patient Edwin | 09/04/1955 |
| Patient Fran | 04/02/1961 |
| Patient Gail | 12/02/1950 |
| Patient Harris | 01/30/1962 |
| Patient India | 02/01/1962 |
| Patient Jill | 10/06/1977 |
| Patient Kelly | 11/20/1952 |
| Patient Laura | 05/29/1938 |
| Patient Melissa | 09/12/1942 |
| Patient Napier | 06/10/1965 |
| Patient Oliver | 07/20/1957 |
| Patient Paula | 12/25/1964 |
| Patient Quinten | 12/17/1968 |
| Patient Russ | 02/07/1977 |
| Patient Scott | 01/11/1976 |
| Patient Tim | 06/27/1962 |

| Patients filling overlapping opioid and benzodiazepine/sedative prescriptions from all prescribers ||
|---|---|
| **Patient Name** | **Patient Date of Birth** |
| Patient Afroj | 11/07/1944 |
| Patient Beckham | 03/18/1957 |
| Patient Cassandra | 01/31/1962 |
| Patient Duncan | 11/01/1959 |
| Patient Endia | 03/06/1944 |
| Patient Flo | 09/04/1955 |
| Patient Greg | 03/05/1964 |
| Patient Henry | 09/12/1942 |
| Patient Ivy | 06/10/1965 |
| Patient Julio | 12/12/1974 |
| Patient Kim | 12/17/1968 |
| Patient Lula | 02/01/1976 |
| Patient Marcella | 07/31/1976 |
| Patient Noel | 01/11/1976 |

# 5 KASPER Prescriber Report Card Example

Quarterly Report Card for 3Q 2014                               Prepared for: John Doe

| Patients filling controlled substance prescriptions from five or more different prescribers ||
|---|---|
| **Patient Name** | **Patient Date of Birth** |
| Patient Akshay | 03/18/1957 |
| Patient Bennett | 02/07/1977 |
| Patient Crout | 07/31/1976 |