Case: 6:24-cv-00007-REW-HAI   Doc #: 33-5   Filed: 01/31/24   Page: 1 of 4 - Page ID#: 1482
Case: 6:24-cv-00007-REW-HAI   Doc #: 16-11   Filed: 01/23/24   Page: 2 of 5 - Page ID#: 1056
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 3286   Filed: 06/07/16   Page: 1 of 90 - Page ID#: 4548

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    SOUTHERN DIVISION AT LONDON

UNITED STATES OF AMERICA,

     PLAINTIFF,
                                   Criminal No. 6:14-CR-37
VS.                                At London, Kentucky
                                   March 2, 2016
                                   2:51 p.m.

JAMES ALVIN CHANEY, M.D.,
a/k/a ACE CHANEY, LESA L. CHANEY,
and ACE CLINIQUE OF MEDICINE, LLC,

     DEFENDANTS.


EXCERPTED TRANSCRIPT OF JURY TRIAL PROCEEDINGS BEFORE
     U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE
     TESTIMONY OF JAMES DUSTIN "DUSTY" CHANEY, D.O.
                   DAY 3 of 25 DAYS
APPEARANCES:

For the Plaintiff:    Hon. Andrew Sparks
                      Hon. Roger West
                      Assistant United States Attorneys
                      260 West Vine Street
                      Suite 300
                      Lexington, Kentucky   40507-1612
                      (859) 685-4895

For the Defendant     Hon. Elizabeth Snow Hughes
James A. Chaney       Green, Chesnut & Hughes, PLLC
and Ace Clinique of   201 East Main Street, Suite 1250
Medicine, LLC:        Lexington, Kentucky   40507
                      (859) 475-1471

For the Defendant     Hon. Robert L. Abell
Lesa L. Chaney:       120 North Upper Street
                      P. O. Box 983
                      Lexington, Kentucky 40588-0983
                      (859) 254-7076


     Proceedings recorded by mechanical stenography,
  transcript produced by computer.
```

SANDRA L. WILDER, RMR, CRR, OFFICIAL COURT REPORTER
310 South Main Street, Suite 317, London, Kentucky  40745
(859) 516-4114

EXHIBIT D

Case: 6:24-cv-00007-REW-HAI Doc #: 13-51 Filed: 01/23/24 Page: 2 of 45 - Page ID#: 1985
Case: 6:14-cr-00037-GFVT-HAI Doc #: 320 Filed: 06/07/16 Page: 38 of 90 - Page ID#: 4585

38

1  Q.      Okay. Now, later on, did you -- another
2  patient, Roxy Sizemore; did you look at some of the
3  stuff there?
4  A.      Some of these things were seen in my
5  KASPER, and there were -- I was getting credit for
6  patients that I had never saw before. There was a big
7  mix-up between he and I because we have the first
8  name.
9  Q.      Okay. Let me -- let me go back
10 specifically about Roxy Sizemore then. Did you look
11 at that -- have contact with that file on
12 Ms. Sizemore?
13 A.      I'd never seen Ms. Sizemore, no. I
14 never -- never saw her as a patient, that I remember.
15 Q.      Did you recall providing a statement to
16 Agent Thad Lambdin?
17 A.      When we looked at the prescriptions that
18 Ms. Sizemore was getting methadone, like 240 methadone
19 a month, and I had never saw her.
20         And that's what I was trying to say, is that
21 a lot of these people I was getting credit for seeing,
22 I had never saw.
23 Q.      Okay. Do you know if your patients
24 usually had insurance, sir?
25 A.      My patients -- typically, most patients at

1 there myself, even though I didn't feel comfortable
2 going into a locked office, but, you know -- do you
3 understand what I'm trying to say?  I told him to take
4 them and give them to him when I --
5     Q.     These were totally blank prescription
6 pads, unused, not presigned?
7     A.     Correct.
8     Q.     You did not leave any presigned
9 prescriptions, although you admitted that prior to
10 your departure, you had presigned prescriptions?
11     A.     Correct.
12     Q.     None of those were on the premises, to
13 your knowledge, when you left?
14     A.     No, ma'am.  No, ma'am.
15     Q.     Now, when you talked about the mix-up
16 about Aaron Campbell and Roxy Sizemore and the
17 pharmacies -- well, you may not have said the
18 pharmacies, but I'm going to ask you about that --
19 those were -- those were prescriptions that were
20 registered as if you had written them in KASPER,
21 correct?
22     A.     Correct.
23     Q.     But in fact, it was Ace Chaney who had
24 written them, correct?
25     A.     Correct.

```
 1      Q.      And nobody had forged your name or
 2  anything else?  It was --
 3      A.      It was a pharmacy error.
 4      Q.      When it was inputted?
 5      A.      Correct.
 6      Q.      Now, Exhibit 365, I'm not going to show it
 7  to you again, it's a government exhibit of the
 8  document filed with the KBML about supervising
 9  physician.  Could that have been Greg Hoskins's
10  handwriting on that document?
11      A.      All that I can say with certainty is, is
12  that it was not mine, okay?
13              If I'm allowed to answer it that way, I could
14  say, Yeah, it could have been.  All I can say that I
15  know is that it's not mine.
16      Q.      But you also mentioned that it was -- the
17  document was notarized by Greg Hoskins's sister?
18      A.      Yes.  She was a notary, correct.
19      Q.      And she was not an employee of Ace
20  Clinique of Medicine, was she?
21      A.      No, she was not.
22      Q.      But you did supervise -- you did supervise
23  a PA Leah Pack at Primary Care; is that correct?
24      A.      At Primary Care the way things worked --
25  her name was Leah Back -- and the way things worked
```