Case: 6:24-cv-00007-REW-HAI   Doc #: 33-7   Filed: 01/31/24   Page: 1 of 5 - Page ID#: 1494
Case: 6:24-cv-00007-REW-HAI   Doc #: 16-12   Filed: 01/23/24   Page: 2 of 6 - Page ID#: 1061
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 416   Filed: 02/11/17   Page: 1 of 327 - Page ID#: 7929

                                                                          1

```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
                     SOUTHERN DIVISION AT LONDON

   UNITED STATES OF AMERICA,

         PLAINTIFF,

                                       Criminal No. 6:14-CR-37
   VS.                                 At London, Kentucky
                                       March 30, 2016
                                       9:33 a.m.

   JAMES ALVIN CHANEY, M.D.,
   a/k/a ACE CHANEY, LESA L. CHANEY,
   and ACE CLINIQUE OF MEDICINE, LLC,

         DEFENDANTS.

         TRANSCRIPT OF JURY TRIAL PROCEEDINGS BEFORE
         U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE
                       DAY 15 OF 25 DAYS

   APPEARANCES:

   For the Plaintiff:     Hon. Andrew Sparks
                          Hon. Roger West
                          Assistant United States Attorneys
                          260 West Vine Street
                          Suite 300
                          Lexington, Kentucky  40507-1612
                          (859) 685-4895

   For the Defendant      Hon. Elizabeth Snow Hughes
   James A. Chaney        Green, Chesnut & Hughes, PLLC
   and Ace Clinique:      201 East Main Street, Suite 1250
                          Lexington, Kentucky  40507
                          (859) 475-1471

   For the Defendant      Hon. Robert L. Abell
   Lesa L. Chaney:        120 North Upper Street
                          P. O. Box 983
                          Lexington, Kentucky 40588-0983
                          (859) 254-7076


         Proceedings recorded by mechanical stenography,
   transcript produced by computer.
```

SANDY C. WILDER, RMR, CRR, OFFICIAL COURT REPORTER
310 South Main Street, Suite 317, London, Kentucky  40745
(859) 516-4114

**EXHIBIT F**

INDEX

| | |
|---|---|
| Colloquy | 3-40 |
| Direct Examination of RANDY HUNTER<br>   By:  Mr. West | 41-109 |
| Cross-examination<br>   By:  Ms. Hughes | 110-128 |
| Cross-examination<br>   By:  Mr. Abell | 129-130 |
| Redirect Examination<br>   By:  Mr. West | 130-146 |
| Colloquy | 146-162 |
| Rule 29 Motions | 162-258 |

DEFENSE PROOF

| | |
|---|---|
| Direct Examination of JOSEPH L. SKEENS<br>   By:  Ms. Hughes | 248-269 |
| Cross-examination<br>   By:  Mr. Sparks | 269-283 |
| Redirect Examination<br>   By:  Ms. Hughes | 283-284 |
| Colloquy | 284-327 |
| Reporter's Certificate | 327 |

Case: 6:24-cv-00007-REW-HAI Doc #: 133-72 Filed: 01/23/24 Page: 3 of 5 - Page ID#: 1006
Case: 6:14-cr-00037-GFVT-HAI Doc #: 416 Filed: 02/11/17 Page: 138 of 327 - Page ID#: 8066
138

```
 1  thyroid medicine and other things like that for
 2  diabetes and things.  Those -- those aren't controlled
 3  substances, though, right?
 4      A.      No, they're not.
 5      Q.      So there's really not a -- is there a, to
 6  your knowledge, a crime if someone's unlawfully
 7  dispensing a noncontrolled substance?
 8      A.      If they're unlawfully dispensing --
 9          MR. WEST:  Yes.
10      A.      -- a noncontrolled substance?
11      Q.      Let me ask that question a little
12  differently because I didn't ask it well enough.
13      A.      Okay.
14      Q.      Is there a crime if someone distributes
15  thyroid medication improperly?
16      A.      Yes, there is.
17      Q.      Okay.  But it's not controlled substances,
18  right?
19      A.      Well, there's also, if you look at the
20  state charges, a charge called trafficking in a legend
21  drug, which is a noncontrolled substance, which is the
22  improper dispensation.
23      Q.      Okay.  Now, if in preparation for one of
24  -- that question that Ms. Hughes was going to ask you,
25  did you look at the KASPER records for Dr. Chaney?
```

Case: 6:24-cv-00007-REW-HAI Doc #: 133-12 Filed: 01/23/24 Page: 4 of 5 - Page ID#: 1004
Case: 6:14-cr-00037-GFVT-HAI Doc #: 416 Filed: 02/11/17 Page: 139 of 327 - Page ID#: 8067

139

```
 1      A.      Yeah, we did.
 2      Q.      Okay.  For during that time period that's
 3 referenced in here, 2007, or something, up to the
 4 suspension of the license, did you look at the amount
 5 of Schedule II controlled substances --
 6      A.      Uh-huh (affirmatively).
 7              MR. WEST:  -- in total?  I'm expecting an
 8 objection, so we're going to approach the bench.
 9              THE WITNESS:  Absolutely.  I anticipated
10 that.
11              [CONFERENCE AT THE BENCH]
12              THE COURT:  Ms. Hughes.
13              MS. HUGHES:  I believe this is outside the
14 scope of the cross-examination.  If the Court
15 disagrees with me, I will ask for some redirect
16 because the KASPER reports in this case are extremely
17 inaccurate.  It all depends on what the physician --
18 in what the pharmacist types in, and his statistics
19 are way off base.  We have an enormous spreadsheet of
20 what KASPER does.  I'm going to need either -- I
21 didn't anticipate this, but I will need to be able to
22 cross-examine him with enormous KASPER data.
23              THE COURT:  So you're -- are you going to
24 address KASPER data in your case?
25              MS. HUGHES:  No.
```

Case: 6:24-cv-00007-REW-HAI Doc #: 133-12 Filed: 01/23/24 Page: 5 of 5 - Page ID#: 1905
Case: 6:14-cr-00037-GFVT-HAI Doc #: 416 Filed: 02/11/17 Page: 140 of 327 - Page ID#: 8068
140

```
 1          MR. WEST:  I just wanted a substantive
 2  response.  I would disagree that's extremely
 3  inaccurate.  It's about conservatively 96 to 99
 4  percent accurate.
 5          I think what I'll do is I'll leave that
 6  question for rebuttal, if it comes out.  I'll shift
 7  onto something else.
 8          MS. HUGHES:  Okay.  That's fair enough.
 9          THE COURT:  Okay.
10          MS. HUGHES:  Thank you.
11          [IN OPEN COURT]
12          THE COURT:  You may continue, Mr. West.
13          MR. WEST:  Thank you, sir.
14     Q.   Mr. Hunter, I'm going to shift to an
15  advertisement that Ms. Hughes asked you about.  We
16  talked about the South Philadelphia Clinic?
17     A.   Uh-huh (affirmatively).
18     Q.   That was where Dr. -- what doctor was
19  working there, sir?
20     A.   Dr. Randy Weiss.
21     Q.   And he was -- that was out of the Slidell
22  corporate facility, correct?
23     A.   Yes, correct.
24     Q.   If I recall your statement, he doesn't
25  need any advertisement for the Philadelphia clinic?
```