UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

APR 1 8 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 14-37 |
| ) | |
| v. ) | |
| ) | |
| JAMES ALVIN CHANEY, LESA L. ) | **VERDICT FORM** |
| CHANEY, and ACE CLINIQUE OF ) | |
| MEDICINE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 1, you must find beyond a reasonable doubt that:

1. On or about March 7, 2006, and continuing through on or about October 21, 2014, in Perry County, Kentucky, two or more persons conspired, or agreed, to commit the crime of knowingly and intentionally distributing and/or dispensing Schedule II or III controlled substances outside the usual course of professional practice and not for a legitimate medical purpose.

2. The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

GUILTY  $\times$        NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

GUILTY  $\times$        NOT GUILTY _____

1

**EXHIBIT G**

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

GUILTY X          NOT GUILTY ____

*** *** *** ***

In order to find any of the defendants guilty of Counts 2-13 and 32-39, you must find beyond a reasonable doubt that:

1.    The defendant, aided and abetted by others, distributed or dispensed a Schedule II controlled substance (Oxycodone);

2.    The defendant acted knowingly and intentionally; and

3.    The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 2:          GUILTY X          NOT GUILTY ____
Count 3:          GUILTY X          NOT GUILTY ____
Count 4:          GUILTY X          NOT GUILTY ____
Count 5:          GUILTY X          NOT GUILTY ____
Count 6:          GUILTY X          NOT GUILTY ____
Count 7:          GUILTY X          NOT GUILTY ____
Count 8:          GUILTY X          NOT GUILTY ____
Count 9:          GUILTY X          NOT GUILTY ____
Count 10:         GUILTY X          NOT GUILTY ____
Count 11:         GUILTY X          NOT GUILTY ____
Count 12:         GUILTY X          NOT GUILTY ____
Count 13:         GUILTY X          NOT GUILTY ____
Count 32:         GUILTY X          NOT GUILTY ____

Count 33:          GUILTY  X          NOT GUILTY ____
Count 34:          GUILTY  X          NOT GUILTY ____
Count 35:          GUILTY  X          NOT GUILTY ____
Count 36:          GUILTY  X          NOT GUILTY ____
Count 37:          GUILTY  X          NOT GUILTY ____
Count 38:          GUILTY  X          NOT GUILTY ____
Count 39:          GUILTY  X          NOT GUILTY ____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 2:           GUILTY  X          NOT GUILTY ____
Count 3:           GUILTY  X          NOT GUILTY ____
Count 4:           GUILTY  X          NOT GUILTY ____
Count 5:           GUILTY  X          NOT GUILTY ____
Count 6:           GUILTY  X          NOT GUILTY ____
Count 7:           GUILTY  X          NOT GUILTY ____
Count 8:           GUILTY  X          NOT GUILTY ____
Count 9:           GUILTY  X          NOT GUILTY ____
Count 10:          GUILTY  X          NOT GUILTY ____
Count 11:          GUILTY  X          NOT GUILTY ____
Count 12:          GUILTY  X          NOT GUILTY ____
Count 13:          GUILTY  X          NOT GUILTY ____
Count 32:          GUILTY  X          NOT GUILTY ____
Count 33:          GUILTY  X          NOT GUILTY ____
Count 34:          GUILTY  X          NOT GUILTY ____
Count 35:          GUILTY  X          NOT GUILTY ____
Count 36:          GUILTY  X          NOT GUILTY ____
Count 37:          GUILTY  X          NOT GUILTY ____
Count 38:          GUILTY  X          NOT GUILTY ____
Count 39:          GUILTY  X          NOT GUILTY ____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 14-31 and 40-62, you must find beyond a reasonable doubt that:

1.    The defendant, aided and abetted by others, distributed or dispensed a Schedule III controlled substance (Hydrocodone);

2.    The defendant acted knowingly and intentionally; and

3.    The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 14:          GUILTY __X__          NOT GUILTY _____
Count 15:          GUILTY __X__          NOT GUILTY _____
Count 16:          GUILTY __X__          NOT GUILTY _____
Count 17:          GUILTY __X__          NOT GUILTY _____
Count 18:          GUILTY __X__          NOT GUILTY _____
Count 19:          GUILTY __X__          NOT GUILTY _____
Count 20:          GUILTY __X__          NOT GUILTY _____
Count 21:          GUILTY __X__          NOT GUILTY _____
Count 22:          GUILTY __X__          NOT GUILTY _____
Count 23:          GUILTY __X__          NOT GUILTY _____
Count 24:          GUILTY __X__          NOT GUILTY _____
Count 25:          GUILTY __X__          NOT GUILTY _____
Count 26:          GUILTY __X__          NOT GUILTY _____
Count 27:          GUILTY __X__          NOT GUILTY _____
Count 28:          GUILTY __X__          NOT GUILTY _____
Count 29:          GUILTY __X__          NOT GUILTY _____
Count 30:          GUILTY __X__          NOT GUILTY _____

Count 31:          GUILTY  X          NOT GUILTY _____
Count 40:          GUILTY  X          NOT GUILTY _____
Count 41:          GUILTY  X          NOT GUILTY _____
Count 42:          GUILTY  X          NOT GUILTY _____
Count 43:          GUILTY  X          NOT GUILTY _____
Count 44:          GUILTY  X          NOT GUILTY _____
Count 45:          GUILTY  X          NOT GUILTY _____
Count 46:          GUILTY  X          NOT GUILTY _____
Count 47:          GUILTY  X          NOT GUILTY _____
Count 48:          GUILTY  X          NOT GUILTY _____
Count 49:          GUILTY  X          NOT GUILTY _____
Count 50:          GUILTY  X          NOT GUILTY _____
Count 51:          GUILTY  X          NOT GUILTY _____
Count 52:          GUILTY  X          NOT GUILTY _____
Count 53:          GUILTY  X          NOT GUILTY _____
Count 54:          GUILTY  X          NOT GUILTY _____
Count 55:          GUILTY  X          NOT GUILTY _____
Count 56:          GUILTY  X          NOT GUILTY _____
Count 57:          GUILTY  X          NOT GUILTY _____
Count 58:          GUILTY  X          NOT GUILTY _____
Count 59:          GUILTY  X          NOT GUILTY _____
Count 60:          GUILTY  X          NOT GUILTY _____
Count 61:          GUILTY  X          NOT GUILTY _____
Count 62:          GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 14:          GUILTY  X          NOT GUILTY _____
Count 15:          GUILTY  X          NOT GUILTY _____
Count 16:          GUILTY  X          NOT GUILTY _____
Count 17:          GUILTY  X          NOT GUILTY _____

| Count 18: | GUILTY __X__ | NOT GUILTY _____ |
|---|---|---|
| Count 19: | GUILTY __X__ | NOT GUILTY _____ |
| Count 20: | GUILTY __X__ | NOT GUILTY _____ |
| Count 21: | GUILTY __X__ | NOT GUILTY _____ |
| Count 22: | GUILTY __X__ | NOT GUILTY _____ |
| Count 23: | GUILTY __X__ | NOT GUILTY _____ |
| Count 24: | GUILTY __X__ | NOT GUILTY _____ |
| Count 25: | GUILTY __X__ | NOT GUILTY _____ |
| Count 26: | GUILTY __X__ | NOT GUILTY _____ |
| Count 27: | GUILTY __X__ | NOT GUILTY _____ |
| Count 28: | GUILTY __X__ | NOT GUILTY _____ |
| Count 29: | GUILTY __X__ | NOT GUILTY _____ |
| Count 30: | GUILTY __X__ | NOT GUILTY _____ |
| Count 31: | GUILTY __X__ | NOT GUILTY _____ |
| Count 40: | GUILTY __X__ | NOT GUILTY _____ |
| Count 41: | GUILTY __X__ | NOT GUILTY _____ |
| Count 42: | GUILTY __X__ | NOT GUILTY _____ |
| Count 43: | GUILTY __X__ | NOT GUILTY _____ |
| Count 44: | GUILTY __X__ | NOT GUILTY _____ |
| Count 45: | GUILTY __X__ | NOT GUILTY _____ |
| Count 46: | GUILTY __X__ | NOT GUILTY _____ |
| Count 47: | GUILTY __X__ | NOT GUILTY _____ |
| Count 48: | GUILTY __X__ | NOT GUILTY _____ |
| Count 49: | GUILTY __X__ | NOT GUILTY _____ |
| Count 50: | GUILTY __X__ | NOT GUILTY _____ |
| Count 51: | GUILTY __X__ | NOT GUILTY _____ |
| Count 52: | GUILTY __X__ | NOT GUILTY _____ |
| Count 53: | GUILTY __X__ | NOT GUILTY _____ |
| Count 54: | GUILTY __X__ | NOT GUILTY _____ |
| Count 55: | GUILTY __X__ | NOT GUILTY _____ |
| Count 56: | GUILTY __X__ | NOT GUILTY _____ |

Count 57:           GUILTY   X           NOT GUILTY _____

Count 58:           GUILTY   X           NOT GUILTY _____

Count 59:           GUILTY   X           NOT GUILTY _____

Count 60:           GUILTY   X           NOT GUILTY _____

Count 61:           GUILTY   X           NOT GUILTY _____

Count 62:           GUILTY   X           NOT GUILTY _____

***   ***   ***   ***

In order to find any of the defendants guilty of Counts 63 and 64, you must find beyond a reasonable doubt that:

1. During the time period specified in each Count, the defendant(s) knowingly maintained a place, Ace Clinique of Medicine, LLC;

2. The defendant did so for the purpose of distributing or dispensing a controlled substance; and

3. The distribution or dispensation of the controlled substance was not for a legitimate medical purpose and in the usual course of professional practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 63:           GUILTY   X           NOT GUILTY _____

Count 64:           GUILTY   X           NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 63:           GUILTY   X           NOT GUILTY _____

Count 64:           GUILTY   X           NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 63:          GUILTY __X__          NOT GUILTY _____
Count 64:          GUILTY __X__          NOT GUILTY _____


*** *** *** ***


In order to find any of the defendants guilty of Count 65, you must find beyond a reasonable doubt that:

1.      Beginning on or about June 2006, and continuing through on or about August 22, 2014, two or more persons conspired, or agreed, to commit money laundering in violation of at least one of the two federal statutes described in the Indictment, 18 U.S.C. § 1956(a)(1)(A) or 1956(a)(1)(B); and

2.      The defendant knowingly and voluntarily joined this conspiracy.


Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 65:          GUILTY __X__          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 65:          GUILTY __X__          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 65:          GUILTY __X__          NOT GUILTY _____

8

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant guilty of Count 66 and 67, you must find beyond a reasonable doubt that:

1.      Dr. Chaney, aided and abetted by others, acquired or obtained possession of a controlled substance;

2.      Dr. Chaney did so by misrepresentation, fraud, deception, or subterfuge; and

3.      Dr. Chaney did so knowingly and intentionally.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 66:            GUILTY  X            NOT GUILTY ____
Count 67:            GUILTY  X            NOT GUILTY ____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 68, you must find beyond a reasonable doubt that:

1.      Two or more persons conspired, or agreed, to commit the crime of health care fraud.

2.      The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 68:            GUILTY  X            NOT GUILTY ____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 68:            GUILTY  X            NOT GUILTY ____

9

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 68:          GUILTY X          NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 70-111 (MRI scheme), 112-122 (urine drug scheme – unnecessary tests), 123-147 (urine drug scheme – altered test results), 148-195 (hospital billings), 197 (fraudulent billings), and 234 (nerve conduction studies), you must find beyond a reasonable doubt that:

1.     The defendant and others knowingly and willfully executed a scheme to defraud a health-care benefit program affecting interstate commerce, that is Medicare and Medicaid, or to obtain money owned by, or under the custody or control of, a health-care benefit program, by means of false or fraudulent pretenses, representations, or promises;

2.     The false or fraudulent pretenses, representations, or promises related to a material fact; and

3.     The defendant had the intent to defraud.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:          GUILTY _____          NOT GUILTY X
Count 71:          GUILTY _____          NOT GUILTY X
Count 72:          GUILTY _____          NOT GUILTY X
Count 73:          GUILTY _____          NOT GUILTY X
Count 74:          GUILTY _____          NOT GUILTY X
Count 75:          GUILTY _____          NOT GUILTY X

Count 76:             GUILTY _____          NOT GUILTY  X

Count 77:             GUILTY _____          NOT GUILTY  X

Count 78:             GUILTY _____          NOT GUILTY  X

Count 79:             GUILTY _____          NOT GUILTY  X

Count 80:             GUILTY _____          NOT GUILTY  X

Count 81:             GUILTY _____          NOT GUILTY  X

Count 82:             GUILTY _____          NOT GUILTY  X

Count 83:             GUILTY _____          NOT GUILTY  X

Count 85:             GUILTY _____          NOT GUILTY  X

Count 86:             GUILTY _____          NOT GUILTY  X

Count 87:             GUILTY _____          NOT GUILTY  X

Count 88:             GUILTY _____          NOT GUILTY  X

Count 89:             GUILTY _____          NOT GUILTY  X

Count 90:             GUILTY _____          NOT GUILTY  X

Count 91:             GUILTY _____          NOT GUILTY  X

Count 92:             GUILTY _____          NOT GUILTY  X

Count 93:             GUILTY _____          NOT GUILTY  X

Count 94:             GUILTY _____          NOT GUILTY  X

Count 95:             GUILTY _____          NOT GUILTY  X

Count 96:             GUILTY _____          NOT GUILTY  X

Count 97:             GUILTY _____          NOT GUILTY  X

Count 98:             GUILTY _____          NOT GUILTY  X

Count 99:             GUILTY _____          NOT GUILTY  X

Count 100:            GUILTY _____          NOT GUILTY  X

Count 102:            GUILTY _____          NOT GUILTY  X

Count 103:            GUILTY _____          NOT GUILTY  X

Count 104:            GUILTY _____          NOT GUILTY  X

Count 105:            GUILTY _____          NOT GUILTY  X

Count 106:            GUILTY _____          NOT GUILTY  X

Count 107:            GUILTY _____          NOT GUILTY  X

Count 108:            GUILTY _____          NOT GUILTY  X

Count 109:          GUILTY _____          NOT GUILTY  X
Count 110:          GUILTY _____          NOT GUILTY  X
Count 111:          GUILTY _____          NOT GUILTY  X


Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:          GUILTY  X             NOT GUILTY _____
Count 113:          GUILTY  X             NOT GUILTY _____
Count 114:          GUILTY  X             NOT GUILTY _____
Count 115:          GUILTY  X             NOT GUILTY _____
Count 116:          GUILTY  X             NOT GUILTY _____
Count 117:          GUILTY  X             NOT GUILTY _____
Count 118:          GUILTY  X             NOT GUILTY _____
Count 119:          GUILTY  X             NOT GUILTY _____
Count 120:          GUILTY  X             NOT GUILTY _____
Count 121:          GUILTY  X             NOT GUILTY _____
Count 122:          GUILTY  X             NOT GUILTY _____


Counts 123-147 (urine drugs scheme – altered test results)

Count 123:          GUILTY  X             NOT GUILTY _____
Count 124:          GUILTY  X             NOT GUILTY _____
Count 125:          GUILTY  X             NOT GUILTY _____
Count 126:          GUILTY  X             NOT GUILTY _____
Count 127:          GUILTY  X             NOT GUILTY _____
Count 128:          GUILTY  X             NOT GUILTY _____
Count 129:          GUILTY  X             NOT GUILTY _____
Count 130:          GUILTY  X             NOT GUILTY _____
Count 131:          GUILTY  X             NOT GUILTY _____
Count 132:          GUILTY  X             NOT GUILTY _____
Count 133:          GUILTY  X             NOT GUILTY _____

12

Count 134:                 GUILTY  X          NOT GUILTY _____

Count 135:                 GUILTY  X          NOT GUILTY _____

Count 136:                 GUILTY  X          NOT GUILTY _____

Count 137:                 GUILTY  X          NOT GUILTY _____

Count 138:                 GUILTY  X          NOT GUILTY _____

Count 139:                 GUILTY  X          NOT GUILTY _____

Count 140:                 GUILTY  X          NOT GUILTY _____

Count 141:                 GUILTY  X          NOT GUILTY _____

Count 142:                 GUILTY  X          NOT GUILTY _____

Count 143:                 GUILTY  X          NOT GUILTY _____

Count 144:                 GUILTY  X          NOT GUILTY _____

Count 145:                 GUILTY  X          NOT GUILTY _____

Count 146:                 GUILTY  X          NOT GUILTY _____

Count 147:                 GUILTY  X          NOT GUILTY _____


<u>Counts 148-195 (hospital billings)</u>

Count 148:                 GUILTY _____        NOT GUILTY  X

Count 149:                 GUILTY _____        NOT GUILTY  X

Count 150:                 GUILTY  X          NOT GUILTY _____

Count 151:                 GUILTY  X          NOT GUILTY _____

Count 152:                 GUILTY  X          NOT GUILTY _____

Count 153:                 GUILTY  X          NOT GUILTY _____

Count 154:                 GUILTY  X          NOT GUILTY _____

Count 155:                 GUILTY  X          NOT GUILTY _____

Count 156:                 GUILTY  X          NOT GUILTY _____

Count 157:                 GUILTY  X          NOT GUILTY _____

Count 158:                 GUILTY  X          NOT GUILTY _____

Count 159:                 GUILTY  X          NOT GUILTY _____

Count 160:                 GUILTY  X          NOT GUILTY _____

Count 161:                 GUILTY  X          NOT GUILTY _____

13

| Count 162: | GUILTY  X | NOT GUILTY ____ |
| Count 163: | GUILTY  X | NOT GUILTY ____ |
| Count 164: | GUILTY ____ | NOT GUILTY  X |
| Count 165: | GUILTY  X | NOT GUILTY ____ |
| Count 166: | GUILTY  X | NOT GUILTY ____ |
| Count 167: | GUILTY  X | NOT GUILTY ____ |
| Count 168: | GUILTY  X | NOT GUILTY ____ |
| Count 169: | GUILTY ____ | NOT GUILTY  X |
| Count 170: | GUILTY ____ | NOT GUILTY  X |
| Count 171: | GUILTY  X | NOT GUILTY ____ |
| Count 172: | GUILTY  X | NOT GUILTY ____ |
| Count 173: | GUILTY ____ | NOT GUILTY  X |
| Count 174: | GUILTY ____ | NOT GUILTY  X |
| Count 175: | GUILTY  X | NOT GUILTY ____ |
| Count 176: | GUILTY ____ | NOT GUILTY  X |
| Count 177: | GUILTY  X | NOT GUILTY ____ |
| Count 178: | GUILTY ____ | NOT GUILTY  X |
| Count 179: | GUILTY ____ | NOT GUILTY  X |
| Count 180: | GUILTY  X | NOT GUILTY ____ |
| Count 181: | GUILTY ____ | NOT GUILTY  X |
| Count 182: | GUILTY  X | NOT GUILTY ____ |
| Count 183: | GUILTY ____ | NOT GUILTY  X |
| Count 184: | GUILTY ____ | NOT GUILTY  X |
| Count 185: | GUILTY ____ | NOT GUILTY  X |
| Count 186: | GUILTY  X | NOT GUILTY ____ |
| Count 187: | GUILTY ____ | NOT GUILTY  X |
| Count 188: | GUILTY  X | NOT GUILTY ____ |
| Count 189: | GUILTY ____ | NOT GUILTY  X |
| Count 190: | GUILTY ____ | NOT GUILTY  X |
| Count 191: | GUILTY  X | NOT GUILTY ____ |
| Count 192: | GUILTY  X | NOT GUILTY ____ |

| Count 193: | GUILTY _____ | NOT GUILTY _X_ |
| Count 194: | GUILTY _____ | NOT GUILTY _X_ |
| Count 195: | GUILTY _____ | NOT GUILTY _X_ |

Count 197 (fraudulent billings)

| Count 197: | GUILTY _X_ | NOT GUILTY _____ |

Count 234 (nerve conduction tests)

| Count 234: | GUILTY _X_ | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Counts 70-111 (MRI scheme)

| Count 70: | GUILTY _____ | NOT GUILTY _X_ |
| Count 71: | GUILTY _____ | NOT GUILTY _X_ |
| Count 72: | GUILTY _____ | NOT GUILTY _X_ |
| Count 73: | GUILTY _____ | NOT GUILTY _X_ |
| Count 74: | GUILTY _____ | NOT GUILTY _X_ |
| Count 75: | GUILTY _____ | NOT GUILTY _X_ |
| Count 76: | GUILTY _____ | NOT GUILTY _X_ |
| Count 77: | GUILTY _____ | NOT GUILTY _X_ |
| Count 78: | GUILTY _____ | NOT GUILTY _X_ |
| Count 79: | GUILTY _____ | NOT GUILTY _X_ |
| Count 80: | GUILTY _____ | NOT GUILTY _X_ |
| Count 81: | GUILTY _____ | NOT GUILTY _X_ |
| Count 82: | GUILTY _____ | NOT GUILTY _X_ |
| Count 83: | GUILTY _____ | NOT GUILTY _X_ |
| Count 85: | GUILTY _____ | NOT GUILTY _X_ |

| | | |
|---|---|---|
| Count 86: | GUILTY _____ | NOT GUILTY __X__ |
| Count 87: | GUILTY _____ | NOT GUILTY __X__ |
| Count 88: | GUILTY _____ | NOT GUILTY __X__ |
| Count 89: | GUILTY _____ | NOT GUILTY __X__ |
| Count 90: | GUILTY _____ | NOT GUILTY __X__ |
| Count 91: | GUILTY _____ | NOT GUILTY __X__ |
| Count 92: | GUILTY _____ | NOT GUILTY __X__ |
| Count 93: | GUILTY _____ | NOT GUILTY __X__ |
| Count 94: | GUILTY _____ | NOT GUILTY __X__ |
| Count 95: | GUILTY _____ | NOT GUILTY __X__ |
| Count 96: | GUILTY _____ | NOT GUILTY __X__ |
| Count 97: | GUILTY _____ | NOT GUILTY __X__ |
| Count 98: | GUILTY _____ | NOT GUILTY __X__ |
| Count 99: | GUILTY _____ | NOT GUILTY __X__ |
| Count 100: | GUILTY _____ | NOT GUILTY __X__ |
| Count 102: | GUILTY _____ | NOT GUILTY __X__ |
| Count 103: | GUILTY _____ | NOT GUILTY __X__ |
| Count 104: | GUILTY _____ | NOT GUILTY __X__ |
| Count 105: | GUILTY _____ | NOT GUILTY __X__ |
| Count 106: | GUILTY _____ | NOT GUILTY __X__ |
| Count 107: | GUILTY _____ | NOT GUILTY __X__ |
| Count 108: | GUILTY _____ | NOT GUILTY __X__ |
| Count 109: | GUILTY _____ | NOT GUILTY __X__ |
| Count 110: | GUILTY _____ | NOT GUILTY __X__ |
| Count 111: | GUILTY _____ | NOT GUILTY __X__ |

Counts 112-122 (urine drug scheme – unnecessary tests)

| | | |
|---|---|---|
| Count 112: | GUILTY __X__ | NOT GUILTY _____ |
| Count 113: | GUILTY __X__ | NOT GUILTY _____ |
| Count 114: | GUILTY __X__ | NOT GUILTY _____ |

Count 115:          GUILTY  X            NOT GUILTY _____
Count 116:          GUILTY  X            NOT GUILTY _____
Count 117:          GUILTY  X            NOT GUILTY _____
Count 118:          GUILTY  X            NOT GUILTY _____
Count 119:          GUILTY  X            NOT GUILTY _____
Count 120:          GUILTY  X            NOT GUILTY _____
Count 121:          GUILTY  X            NOT GUILTY _____
Count 122:          GUILTY  X            NOT GUILTY _____

Counts 148-195 (hospital billings)

Count 148:          GUILTY _____          NOT GUILTY  X
Count 149:          GUILTY _____          NOT GUILTY  X
Count 150:          GUILTY _____          NOT GUILTY  X
Count 151:          GUILTY _____          NOT GUILTY  X
Count 152:          GUILTY _____          NOT GUILTY  X
Count 153:          GUILTY _____          NOT GUILTY  X
Count 154:          GUILTY _____          NOT GUILTY  X
Count 155:          GUILTY _____          NOT GUILTY  X
Count 156:          GUILTY _____          NOT GUILTY  X
Count 157:          GUILTY _____          NOT GUILTY  X
Count 158:          GUILTY _____          NOT GUILTY  X
Count 159:          GUILTY _____          NOT GUILTY  X
Count 160:          GUILTY _____          NOT GUILTY  X
Count 161:          GUILTY _____          NOT GUILTY  X
Count 162:          GUILTY _____          NOT GUILTY  X
Count 163:          GUILTY _____          NOT GUILTY  X
Count 164:          GUILTY _____          NOT GUILTY  X
Count 165:          GUILTY _____          NOT GUILTY  X
Count 166:          GUILTY _____          NOT GUILTY  X
Count 167:          GUILTY _____          NOT GUILTY  X

17

| Count 168: | GUILTY _____ | NOT GUILTY X___ |
| Count 169: | GUILTY _____ | NOT GUILTY X___ |
| Count 170: | GUILTY _____ | NOT GUILTY X___ |
| Count 171: | GUILTY _____ | NOT GUILTY X___ |
| Count 172: | GUILTY _____ | NOT GUILTY X___ |
| Count 173: | GUILTY _____ | NOT GUILTY X___ |
| Count 174: | GUILTY _____ | NOT GUILTY X___ |
| Count 175: | GUILTY _____ | NOT GUILTY X___ |
| Count 176: | GUILTY _____ | NOT GUILTY X___ |
| Count 177: | GUILTY _____ | NOT GUILTY X___ |
| Count 178: | GUILTY _____ | NOT GUILTY X___ |
| Count 179: | GUILTY _____ | NOT GUILTY X___ |
| Count 180: | GUILTY _____ | NOT GUILTY X___ |
| Count 181: | GUILTY _____ | NOT GUILTY X___ |
| Count 182: | GUILTY _____ | NOT GUILTY X___ |
| Count 183: | GUILTY _____ | NOT GUILTY X___ |
| Count 184: | GUILTY _____ | NOT GUILTY X___ |
| Count 185: | GUILTY _____ | NOT GUILTY X___ |
| Count 186: | GUILTY _____ | NOT GUILTY X___ |
| Count 187: | GUILTY _____ | NOT GUILTY X___ |
| Count 188: | GUILTY _____ | NOT GUILTY X___ |
| Count 189: | GUILTY _____ | NOT GUILTY X___ |
| Count 190: | GUILTY _____ | NOT GUILTY X___ |
| Count 191: | GUILTY _____ | NOT GUILTY X___ |
| Count 192: | GUILTY _____ | NOT GUILTY X___ |
| Count 193: | GUILTY _____ | NOT GUILTY X___ |
| Count 194: | GUILTY _____ | NOT GUILTY X___ |
| Count 195: | GUILTY _____ | NOT GUILTY X___ |

Count 197 (fraudulent billings)

Count 197:               GUILTY X̲               NOT GUILTY ____

Count 234 (nerve conduction tests)

Count 234:               GUILTY X̲               NOT GUILTY ____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Counts 70-111 (MRI scheme)

| | | |
|---|---|---|
| Count 70: | GUILTY ____ | NOT GUILTY X̲ |
| Count 71: | GUILTY ____ | NOT GUILTY X̲ |
| Count 72: | GUILTY ____ | NOT GUILTY X̲ |
| Count 73: | GUILTY ____ | NOT GUILTY X̲ |
| Count 74: | GUILTY ____ | NOT GUILTY X̲ |
| Count 75: | GUILTY ____ | NOT GUILTY X̲ |
| Count 76: | GUILTY ____ | NOT GUILTY X̲ |
| Count 77: | GUILTY ____ | NOT GUILTY X̲ |
| Count 78: | GUILTY ____ | NOT GUILTY X̲ |
| Count 79: | GUILTY ____ | NOT GUILTY X̲ |
| Count 80: | GUILTY ____ | NOT GUILTY X̲ |
| Count 81: | GUILTY ____ | NOT GUILTY X̲ |
| Count 82: | GUILTY ____ | NOT GUILTY X̲ |
| Count 83: | GUILTY ____ | NOT GUILTY X̲ |
| Count 85: | GUILTY ____ | NOT GUILTY X̲ |
| Count 86: | GUILTY ____ | NOT GUILTY X̲ |
| Count 87: | GUILTY ____ | NOT GUILTY X̲ |
| Count 88: | GUILTY ____ | NOT GUILTY X̲ |

Count 89:          GUILTY _____          NOT GUILTY  X
Count 90:          GUILTY _____          NOT GUILTY  X
Count 91:          GUILTY _____          NOT GUILTY  X
Count 92:          GUILTY _____          NOT GUILTY  X
Count 93:          GUILTY _____          NOT GUILTY  X
Count 94:          GUILTY _____          NOT GUILTY  X
Count 95:          GUILTY _____          NOT GUILTY  X
Count 96:          GUILTY _____          NOT GUILTY  X
Count 97:          GUILTY _____          NOT GUILTY  X
Count 98:          GUILTY _____          NOT GUILTY  X
Count 99:          GUILTY _____          NOT GUILTY  X
Count 100:         GUILTY _____          NOT GUILTY  X
Count 102:         GUILTY _____          NOT GUILTY  X
Count 103:         GUILTY _____          NOT GUILTY  X
Count 104:         GUILTY _____          NOT GUILTY  X
Count 105:         GUILTY _____          NOT GUILTY  X
Count 106:         GUILTY _____          NOT GUILTY  X
Count 107:         GUILTY _____          NOT GUILTY  X
Count 108:         GUILTY _____          NOT GUILTY  X
Count 109:         GUILTY _____          NOT GUILTY  X
Count 110:         GUILTY _____          NOT GUILTY  X
Count 111:         GUILTY _____          NOT GUILTY  X

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:         GUILTY  X            NOT GUILTY _____
Count 113:         GUILTY  X            NOT GUILTY _____
Count 114:         GUILTY  X            NOT GUILTY _____
Count 115:         GUILTY  X            NOT GUILTY _____
Count 116:         GUILTY  X            NOT GUILTY _____
Count 117:         GUILTY  X            NOT GUILTY _____

Count 118:          GUILTY  X          NOT GUILTY _____
Count 119:          GUILTY  X          NOT GUILTY _____
Count 120:          GUILTY  X          NOT GUILTY _____
Count 121:          GUILTY  X          NOT GUILTY _____
Count 122:          GUILTY  X          NOT GUILTY _____

Counts 123-147 (urine drugs scheme – altered test results)

Count 123:          GUILTY  X          NOT GUILTY _____
Count 124:          GUILTY  X          NOT GUILTY _____
Count 125:          GUILTY  X          NOT GUILTY _____
Count 126:          GUILTY  X          NOT GUILTY _____
Count 127:          GUILTY  X          NOT GUILTY _____
Count 128:          GUILTY  X          NOT GUILTY _____
Count 129:          GUILTY  X          NOT GUILTY _____
Count 130:          GUILTY  X          NOT GUILTY _____
Count 131:          GUILTY  X          NOT GUILTY _____
Count 132:          GUILTY  X          NOT GUILTY _____
Count 133:          GUILTY  X          NOT GUILTY _____
Count 134:          GUILTY  X          NOT GUILTY _____
Count 135:          GUILTY  X          NOT GUILTY _____
Count 136:          GUILTY  X          NOT GUILTY _____
Count 137:          GUILTY  X          NOT GUILTY _____
Count 138:          GUILTY  X          NOT GUILTY _____
Count 139:          GUILTY  X          NOT GUILTY _____
Count 140:          GUILTY  X          NOT GUILTY _____
Count 141:          GUILTY  X          NOT GUILTY _____
Count 142:          GUILTY  X          NOT GUILTY _____
Count 143:          GUILTY  X          NOT GUILTY _____
Count 144:          GUILTY  X          NOT GUILTY _____
Count 145:          GUILTY  X          NOT GUILTY _____

Count 146:             GUILTY _X_                NOT GUILTY _____
Count 147:             GUILTY _X_                NOT GUILTY _____

Counts 148-195 (hospital billings) *agreed*

Count 148:             GUILTY _____               NOT GUILTY _X_
Count 149:             GUILTY _____               NOT GUILTY _X_
Count 150:             GUILTY _X_                 NOT GUILTY _____
Count 151:             GUILTY _X_                 NOT GUILTY _____
Count 152:             GUILTY _X_                 NOT GUILTY _____
Count 153:             GUILTY _X_                 NOT GUILTY _____
Count 154:             GUILTY _X_                 NOT GUILTY _____
Count 155:             GUILTY _X_                 NOT GUILTY _____
Count 156:             GUILTY _X_                 NOT GUILTY _____
Count 157:             GUILTY _X_                 NOT GUILTY _____
Count 158:             GUILTY _X_                 NOT GUILTY _____
Count 159:             GUILTY _X_                 NOT GUILTY _____
Count 160:             GUILTY _X_                 NOT GUILTY _____
Count 161:             GUILTY _X_                 NOT GUILTY _____
Count 162:             GUILTY _X_                 NOT GUILTY _____
Count 163:             GUILTY _X_                 NOT GUILTY _____
Count 164:             GUILTY _____               NOT GUILTY _X_
Count 165:             GUILTY _X_                 NOT GUILTY _____
Count 166:             GUILTY _X_                 NOT GUILTY _____
Count 167:             GUILTY _X_                 NOT GUILTY _____
Count 168:             GUILTY _X_                 NOT GUILTY _____
Count 169:             GUILTY _____               NOT GUILTY _X_
Count 170:             GUILTY _____               NOT GUILTY _X_
Count 171:             GUILTY _X_                 NOT GUILTY _____
Count 172:             GUILTY _X_                 NOT GUILTY _____
Count 173:             GUILTY _____               NOT GUILTY _X_

22

Count 174:          GUILTY _____          NOT GUILTY _X_
Count 175:          GUILTY _X_           NOT GUILTY _____
Count 176:          GUILTY _____          NOT GUILTY _X_
Count 177:          GUILTY _X_           NOT GUILTY _____
Count 178:          GUILTY _____          NOT GUILTY _X_
Count 179:          GUILTY _____          NOT GUILTY _X_
Count 180:          GUILTY _X_           NOT GUILTY _____
Count 181:          GUILTY _____          NOT GUILTY _X_
Count 182:          GUILTY _X_           NOT GUILTY _____
Count 183:          GUILTY _____          NOT GUILTY _X_
Count 184:          GUILTY _____          NOT GUILTY _X_
Count 185:          GUILTY _____          NOT GUILTY _X_
Count 186:          GUILTY _X_           NOT GUILTY _____
Count 187:          GUILTY _____          NOT GUILTY _X_
Count 188:          GUILTY _X_           NOT GUILTY _____
Count 189:          GUILTY _____          NOT GUILTY _X_
Count 190:          GUILTY _____          NOT GUILTY _X_
Count 191:          GUILTY _X_           NOT GUILTY _____
Count 192:          GUILTY _X_           NOT GUILTY _____
Count 193:          GUILTY _____          NOT GUILTY _X_
Count 194:          GUILTY _____          NOT GUILTY _X_
Count 195:          GUILTY _____          NOT GUILTY _X_

Count 197 (fraudulent billings)

Count 197:          GUILTY _X_           NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:          GUILTY _X_           NOT GUILTY _____

23

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 198-220, you must find beyond a reasonable doubt that:

1. The defendant, aided and abetted by others, falsified, concealed, or covered up by any trick, scheme, or device a material fact;

2. In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3. The defendant did so knowingly and willfully.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 198: | GUILTY _X_ | NOT GUILTY _____ |
| Count 199: | GUILTY _X_ | NOT GUILTY _____ |
| Count 200: | GUILTY _X_ | NOT GUILTY _____ |
| Count 201: | GUILTY _X_ | NOT GUILTY _____ |
| Count 202: | GUILTY _X_ | NOT GUILTY _____ |
| Count 203: | GUILTY _X_ | NOT GUILTY _____ |
| Count 204: | GUILTY _X_ | NOT GUILTY _____ |
| Count 206: | GUILTY _X_ | NOT GUILTY _____ |
| Count 207: | GUILTY _X_ | NOT GUILTY _____ |
| Count 208: | GUILTY _X_ | NOT GUILTY _____ |
| Count 209: | GUILTY _X_ | NOT GUILTY _____ |
| Count 210: | GUILTY _X_ | NOT GUILTY _____ |
| Count 211: | GUILTY _X_ | NOT GUILTY _____ |
| Count 212: | GUILTY _X_ | NOT GUILTY _____ |
| Count 213: | GUILTY _X_ | NOT GUILTY _____ |
| Count 214: | GUILTY _X_ | NOT GUILTY _____ |
| Count 215: | GUILTY _X_ | NOT GUILTY _____ |

| Count 217: | GUILTY X | NOT GUILTY ____ |
| Count 218: | GUILTY X | NOT GUILTY ____ |
| Count 220: | GUILTY X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| Count 198: | GUILTY X | NOT GUILTY ____ |
| Count 199: | GUILTY X | NOT GUILTY ____ |
| Count 200: | GUILTY X | NOT GUILTY ____ |
| Count 201: | GUILTY X | NOT GUILTY ____ |
| Count 202: | GUILTY X | NOT GUILTY ____ |
| Count 203: | GUILTY X | NOT GUILTY ____ |
| Count 204: | GUILTY X | NOT GUILTY ____ |
| Count 206: | GUILTY X | NOT GUILTY ____ |
| Count 207: | GUILTY X | NOT GUILTY ____ |
| Count 208: | GUILTY X | NOT GUILTY ____ |
| Count 209: | GUILTY X | NOT GUILTY ____ |
| Count 210: | GUILTY X | NOT GUILTY ____ |
| Count 211: | GUILTY X | NOT GUILTY ____ |
| Count 212: | GUILTY X | NOT GUILTY ____ |
| Count 213: | GUILTY X | NOT GUILTY ____ |
| Count 214: | GUILTY X | NOT GUILTY ____ |
| Count 215: | GUILTY X | NOT GUILTY ____ |
| Count 217: | GUILTY X | NOT GUILTY ____ |
| Count 218: | GUILTY X | NOT GUILTY ____ |
| Count 220: | GUILTY X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| Count 198: | GUILTY X | NOT GUILTY ____ |
| Count 199: | GUILTY X | NOT GUILTY ____ |

| | | |
|---|---|---|
| Count 200: | GUILTY  X | NOT GUILTY ____ |
| Count 201: | GUILTY  X | NOT GUILTY ____ |
| Count 202: | GUILTY  X | NOT GUILTY ____ |
| Count 203: | GUILTY  X | NOT GUILTY ____ |
| Count 204: | GUILTY  X | NOT GUILTY ____ |
| Count 206: | GUILTY  X | NOT GUILTY ____ |
| Count 207: | GUILTY  X | NOT GUILTY ____ |
| Count 208: | GUILTY  X | NOT GUILTY ____ |
| Count 209: | GUILTY  X | NOT GUILTY ____ |
| Count 210: | GUILTY  X | NOT GUILTY ____ |
| Count 211: | GUILTY  X | NOT GUILTY ____ |
| Count 212: | GUILTY  X | NOT GUILTY ____ |
| Count 213: | GUILTY  X | NOT GUILTY ____ |
| Count 214: | GUILTY  X | NOT GUILTY ____ |
| Count 215: | GUILTY  X | NOT GUILTY ____ |
| Count 217: | GUILTY  X | NOT GUILTY ____ |
| Count 218: | GUILTY  X | NOT GUILTY ____ |
| Count 220: | GUILTY  X | NOT GUILTY ____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 221-233, you must find beyond a reasonable doubt that:

1. The defendant made any materially false, fictitious, or fraudulent statements or representations, or made or used any materially false writing or document knowing it contained any materially false, fictitious, or fraudulent statement or entry;

2. In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3. The defendant did so knowingly and willfully.

26

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 221: | GUILTY __X__ | NOT GUILTY _____ |
| Count 222: | GUILTY __X__ | NOT GUILTY _____ |
| Count 223: | GUILTY __X__ | NOT GUILTY _____ |
| Count 224: | GUILTY __X__ | NOT GUILTY _____ |
| Count 225: | GUILTY __X__ | NOT GUILTY _____ |
| Count 226: | GUILTY __X__ | NOT GUILTY _____ |
| Count 227: | GUILTY __X__ | NOT GUILTY _____ |
| Count 228: | GUILTY __X__ | NOT GUILTY _____ |
| Count 229: | GUILTY __X__ | NOT GUILTY _____ |
| Count 230: | GUILTY __X__ | NOT GUILTY _____ |
| Count 231: | GUILTY __X__ | NOT GUILTY _____ |
| Count 232: | GUILTY __X__ | NOT GUILTY _____ |
| Count 233: | GUILTY __X__ | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 235-255, you must find beyond a reasonable doubt that:

1.   The defendant knowingly engaged in a monetary transaction.

2.   The monetary transaction was in property derived from specified unlawful activity.

3.   The property had a value greater than $10,000.

4.   The defendant knew that the transaction was in criminally derived property.

5.   The monetary transaction took place within the United States.

28

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY _X_ | NOT GUILTY ____ |
| Count 236: | GUILTY _X_ | NOT GUILTY ____ |
| Count 237: | GUILTY _X_ | NOT GUILTY ____ |
| Count 238: | GUILTY _X_ | NOT GUILTY ____ |
| Count 239: | GUILTY _X_ | NOT GUILTY ____ |
| Count 240: | GUILTY _X_ | NOT GUILTY ____ |
| Count 241: | GUILTY _X_ | NOT GUILTY ____ |
| Count 242: | GUILTY _X_ | NOT GUILTY ____ |
| Count 243: | GUILTY _X_ | NOT GUILTY ____ |
| Count 244: | GUILTY _X_ | NOT GUILTY ____ |
| Count 245: | GUILTY _X_ | NOT GUILTY ____ |
| Count 246: | GUILTY _X_ | NOT GUILTY ____ |
| Count 247: | GUILTY _X_ | NOT GUILTY ____ |
| Count 248: | GUILTY _X_ | NOT GUILTY ____ |
| Count 249: | GUILTY _X_ | NOT GUILTY ____ |
| Count 250: | GUILTY _X_ | NOT GUILTY ____ |
| Count 251: | GUILTY _X_ | NOT GUILTY ____ |
| Count 252: | GUILTY _X_ | NOT GUILTY ____ |
| Count 253: | GUILTY _X_ | NOT GUILTY ____ |
| Count 254: | GUILTY _X_ | NOT GUILTY ____ |
| Count 255: | GUILTY _X_ | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY _X_ | NOT GUILTY ____ |
| Count 236: | GUILTY _X_ | NOT GUILTY ____ |
| Count 237: | GUILTY _X_ | NOT GUILTY ____ |
| Count 238: | GUILTY _X_ | NOT GUILTY ____ |
| Count 239: | GUILTY _X_ | NOT GUILTY ____ |

29

Count 240:   GUILTY _X_   NOT GUILTY ____

Count 241:   GUILTY _X_   NOT GUILTY ____

Count 242:   GUILTY _X_   NOT GUILTY ____

Count 243:   GUILTY _X_   NOT GUILTY ____

Count 244:   GUILTY _X_   NOT GUILTY ____

Count 245:   GUILTY _X_   NOT GUILTY ____

Count 246:   GUILTY _X_   NOT GUILTY ____

Count 247:   GUILTY _X_   NOT GUILTY ____

Count 248:   GUILTY _X_   NOT GUILTY ____

Count 249:   GUILTY _X_   NOT GUILTY ____

Count 250:   GUILTY _X_   NOT GUILTY ____

Count 251:   GUILTY _X_   NOT GUILTY ____

Count 252:   GUILTY _X_   NOT GUILTY ____

Count 253:   GUILTY _X_   NOT GUILTY ____

Count 254:   GUILTY _X_   NOT GUILTY ____

Count 255:   GUILTY _X_   NOT GUILTY ____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 235:   GUILTY _X_   NOT GUILTY ____

Count 236:   GUILTY _X_   NOT GUILTY ____

Count 237:   GUILTY _X_   NOT GUILTY ____

Count 238:   GUILTY _X_   NOT GUILTY ____

Count 239:   GUILTY _X_   NOT GUILTY ____

Count 240:   GUILTY _X_   NOT GUILTY ____

Count 241:   GUILTY _X_   NOT GUILTY ____

Count 242:   GUILTY _X_   NOT GUILTY ____

Count 243:   GUILTY _X_   NOT GUILTY ____

Count 244:   GUILTY _X_   NOT GUILTY ____

Count 245:   GUILTY _X_   NOT GUILTY ____

| Count 246: | GUILTY X | NOT GUILTY ____ |
| Count 247: | GUILTY X | NOT GUILTY ____ |
| Count 248: | GUILTY X | NOT GUILTY ____ |
| Count 249: | GUILTY X | NOT GUILTY ____ |
| Count 250: | GUILTY X | NOT GUILTY ____ |
| Count 251: | GUILTY X | NOT GUILTY ____ |
| Count 252: | GUILTY X | NOT GUILTY ____ |
| Count 253: | GUILTY X | NOT GUILTY ____ |
| Count 254: | GUILTY X | NOT GUILTY ____ |
| Count 255: | GUILTY X | NOT GUILTY ____ |

*** *** *** ***

In order to find the defendant guilty of Count 256, you must find beyond a reasonable doubt that:

1. Mrs. Chaney knowingly altered, destroyed, mutilated, concealed, covered up, falsified, or made a false entry in a record, document or tangible object;

2. Mrs. Chaney acted with the intent to impede, obstruct or influence a matter or investigation; and

3. The matter or investigation was within the jurisdiction of the Federal Bureau of Investigation, which is an agency of the United States.

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 256:          GUILTY ____          NOT GUILTY X

DATE: 4/18/16

_____
FOREPERSON

31