UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

ELECTRONICALLY FILED

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) | |
| | ) | |
| CVS PHARMACY, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING WALTERS-GRIFFIN ENTERPRISE INC. D/B/A SUPERIOR DRUG AND ROBERT WALTERS SR.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Motion having been made by Defendants Walters-Griffin Enterprise Inc. d/b/a Superior Drug and Robert Walters Sr., and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED. Walters-Griffin Enterprise Inc. d/b/a Superior Drug and Robert Walters Sr. may file their response to the Complaint by February 29, 2024.

SO ORDERED this _____ day of _____, 2024.

_____
HON. HANLEY A. INGRAM
UNITED STATES MAGISTRATE JUDGE