UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | No. 6:24-CV-07-REW-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendants Walters-Griffin Enterprise Inc. and Robert Walters Sr. have moved to extend their (expired) deadline to answer or otherwise respond to the Complaint to February 29, 2024. D.E. 34. **IT IS HEREBY ORDERED THAT** Plaintiff **SHALL** file a response to the motion (D.E. 34) on or before **Wednesday, February 7, 2024**.

This the 2nd day of February, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1