UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC., *et al.*, | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Wal-Mart Stores East, L.P., Mike McIntosh, CVS Pharmacy, Inc., and Kentucky CVS Pharmacy, L.L.C. (collectively, "the Moving Defendants") move for their responsive pleading deadlines to be extended to 30 days following the Court's decision on Plaintiff James A. Chaney's forthcoming motion to remand. Alternatively, the Moving Defendants ask that the Court order a briefing schedule on their respective motions to dismiss such that the Moving Defendants shall file their forthcoming motions to dismiss on or before February 29, 2024, with Plaintiff to respond by April 4, 2024, and the Moving Defendants to reply by April 25, 2024.

1. Plaintiff filed this case in the Perry County Circuit Court pleading claims predicated on alleged errors in Defendants' reporting of prescriptions in Kentucky's prescription monitoring database, KASPER. *See* Complaint, D.E. 1-1 *passim*. Plaintiff alleges that those errors led to his conviction in federal court on 175 counts "of various criminal offenses" and his sentence of "180 months in prison." *Id.* ¶ 118; *see also* Amended Judgment, *United States v. Chaney*, No. 6:14-cr-00037-GFVT-HAI, D.E. 519 (E.D. Ky. Nov. 7, 2017). The U.S. Court of

Appeals for the Sixth Circuit affirmed Plaintiff's conviction and sentence. *United States v. Chaney*, 921 F.3d 572, 599 (6th Cir. 2019).

2.   On January 16, 2024, Defendants Appalachian Regional Healthcare, Inc., Helen Herald, and Hollie Harris removed the case to this Court, as predicated on "a collateral attack on Plaintiff's federal conviction . . . present[ing] a question of federal law." Notice of Removal, D.E. 1, ¶ 12.

3.   While the case was pending in state court, Plaintiff had agreed with the Walmart Defendants to extend their responsive pleading deadline to February 15, 2024. This Court ordered that agreed-upon extension on January 24, 2024. D.E. 19. On January 22, 2024, the Court ordered the same deadline for the CVS Defendants. D.E. 13.

4.   In a January 19, 2024 submission to this Court, Plaintiff stated that he "does not believe this Court has subject-matter jurisdiction over the matter," and that Plaintiff does "not intend to take any action . . . that might suggest some consent to this Court's jurisdiction." Response to Motion for Extension of Time, D.E. 9, at 1. Plaintiff's counsel has indicated several times to counsel for the Walmart Defendants that Plaintiff will be filing a motion to remand.

5.   Given Plaintiff's stated objection to jurisdiction, his expressed intent not to take any action "suggesting" consent to this Court's jurisdiction, and his intent to seek remand, the Moving Defendants respectfully submit that their time to respond to Plaintiff's Complaint should be extended until Plaintiff's subject matter jurisdiction objection is resolved. At this point, a motion to remand would not be fully briefed before the Moving Defendants' responsive pleadings are due on February 15, 2024. And even if Plaintiff filed a remand motion today, that motion would not be fully briefed under the Joint Local Rules until March 8, 2024. *See* LR 7.1(c).

6.     The Moving Defendants submit that the Court's and the parties' resources would be best utilized if the motion to remand is addressed before dispositive motions. *See Simmerman v. Ace Bayou Corp.*, 304 F.R.D. 516, 518–19 (E.D. Ky. 2015) (noting that "federal pleading requirements under Rule 8 and the *Twombly–Iqbal* standard apply to removed complaints" and that different "pleading standards apply" in Kentucky state court).

7.     For these reasons, the Moving Defendants respectfully request that the Court extend the deadline for the Moving Defendants to respond to Plaintiff's Complaint to 30 days following the Court's decision on Plaintiff's forthcoming motion to remand.

8.     Alternatively, should the Court believe it is appropriate to brief motions to dismiss while a motion to remand is pending, the Moving Defendants respectfully request that the Court set a briefing schedule on motions to dismiss whereby Plaintiff must respond by a date certain.  As noted above, Plaintiff has already refused to participate in motion practice because it "might suggest some consent to this Court's jurisdiction" and has responded to a motion in the past only "[b]ecause the Court has ordered [him] to respond."  Response to Motion for Extension of Time, D.E. 9, at 1-2.  It would be manifestly unfair for the Moving Defendants to be required to file their motions to dismiss now, but for Plaintiff to have an essentially indefinite amount of time in which to formulate his responses, while his motion to remand is pending.  Accordingly, the Moving Defendants alternatively request that the Court set a briefing schedule on their forthcoming motions to dismiss whereby the Moving Defendants file their motions by February 29, 2024, Plaintiff responds by April 4, 2024, and the Moving Defendants file any reply by April 25, 2024.

9.     This Motion is made in good-faith and not for the purpose of delay.

3

10. Counsel for the Walmart Defendants conferred with counsel for Plaintiff and can report that Plaintiff was not amenable to any extension of the Walmart Defendants' February 15, 2024 responsive pleading deadline. Counsel for the CVS Defendants has been previously advised by counsel for Plaintiff that Plaintiff is not willing to agree to any further extension of the CVS Defendants' responsive pleading deadline.

11. The Moving Defendants reserve all rights and defenses.

WHEREFORE, the Moving Defendants respectfully ask this Court to enter the attached proposed order extending the time for their respective responses to the Complaint to 30 days following the Court's decision on Plaintiff's forthcoming motion to remand, or alternatively, set a briefing schedule on the Moving Defendants' motions to dismiss such that the Moving Defendants shall file their motions to dismiss on or before February 29, 2024; Plaintiff shall respond by April 4, 2024; and the Moving Defendants shall reply by April 25, 2024.

Dated this 2nd day of February, 2024.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jay Ridings | /s/ Darryl W. Durham |
| Jay Milby Ridings | Darryl W. Durham |
| Marcia Milby Ridings | SEILLER WATERMAN, LLC |
| HAMM, MILBY & RIDINGS PLLC | 462 South Fourth Street |
| 120 N. Main St. | 22nd Floor |
| London, KY 40741 | Louisville, KY 40202 |
| Telephone: 606.864.4126 | Telephone: 502.584.7400 |
| Fax: 606.878.8144 | Fax: 502.583.2100 |
| jridings@hmrkylaw.com | ddurham@derbycitylaw.com |
| marcia@hmrkylaw.com | |
| | |
| COUNSEL FOR WALMART STORES EAST, L.P., AND MIKE MCINTOSH | COUNSEL FOR CVS PHARMACY INC. AND KENTUCKY CVS PHARMACY, L.L.C. |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to Respond to the Complaint was served on February 2, 2024 either: (i) by CM/ECF to all counsel of record; or (ii) by U.S. Mail on the parties listed below at the address listed in the Complaint or Notice of Removal.

Ryan McGrainer c/o
CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701

James Shackleford 1033
Bee Hive Rd.
Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Rebecca Wooton Napier
10664 N KY Highway 15
Chavies, KY 41727

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

Susan Fields 120
Holly Drive
Hazard, KY 41701

FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent 1389
HWT 15 N. Box 606
Jackson, KY 41339

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

Rebecca Wooten Napier
10664 N Ky Highway 15
Chavies, KY 41727

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell, Registered Agent
2425 Williamsburg Estates Ln
Lexington, KY 40504

5

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858