UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
<u>ELECTRONICALLY FILED</u>

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC., *et al.*, | ) |
| Defendants. | ) |

## **[PROPOSED] ORDER**

Having reviewed the Motion for Extension of Time to Respond to Complaint filed by Defendants Wal-Mart Stores East, L.P., Mike McIntosh, CVS Pharmacy, Inc., and Kentucky CVS Pharmacy, L.L.C. (collectively, "the Moving Defendants"), and good cause appearing, it is hereby ORDERED that the Motion is GRANTED.

The Moving Defendants shall have 30 days following the Court's decision on Plaintiff's forthcoming motion to remand to respond to Plaintiff's Complaint.

[In the alternative: The Moving Defendants shall file their motions to dismiss on or before February 29, 2024; Plaintiff shall respond by April 4, 2024; and the Moving Defendants shall reply by April 25, 2024.]

SO ORDERED this ____ day of _____, 2024.

_____
Hon. Hanly A. Ingram
United States Magistrate Judge