UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

ELECTRONICALLY FILED

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) |
| CVS PHARMACY, INC. *et al.,* | ) |
| | ) |
| Defendants. | ) |

### WALTERS-GRIFFIN ENTERPRISE INC. D/B/A SUPERIOR DRUG'S RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Defendant Walters-Griffin Enterprise Inc. d/b/a Superior Drug files this Corporate Disclosure Statement, and state as follows:

Walters-Griffin Enterprise Inc. d/b/a Superior Drug has no parent corporation and no publicly held company owns more than ten (10) percent of its stock.

**Walters-Griffin Enterprise Inc. d/b/a Superior Drug**
**By Counsel:**

 */s/ Calvin R. Tackett*
CALVIN R. TACKETT, ESQUIRE
104 E. Main Street
Whitesburg, KY 41858
606-633-0126
tackettlaw@att.net

*Counsel for Walters-Griffin Enterprise Inc.*
*d/b/a Superior Drug and Robert Walters Sr.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 1st day of February, 2024, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Plaintiff*

Keith E. Whitson, Esq.
Jordan N. Kelly, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburg, PA 15222
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Co-Counsel for Plaintiff*

Randall Scott May
DAVIDSON & ASSOCIATES
Post Office Drawer 986
Hazard, KY 41702
rmay@windstream.net
*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.*

Christopher Chaisson, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
1800 M Street NW, Suite 450N
Washington, District of Columbia 20036
cchaisson@whitefordlaw.com
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
PETERSON LAW OFFICE, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, KY 40503
justin@justinpetersonlaw.com
Kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Anders W. Lindberg, Esq.
Stacey Richards-Minigh, Esq.
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
Anders.lindberg@steptoe-johnson.com
Stacey.minigh@steptoe-johnson.com
*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel, Esq.
STEPTOE & JOHNSON PLLC
100 W. Main Street, Suite 400
Lexington, KY 40507
Nate.kissel@steptoe-johnson.com
*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

Gene Smallwood, Esq.
P. O. Box 40
Whitesburg, KY 41858
*Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood Blackey Medical Clinic*

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

R/X Discount Pharmacy, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

R/X Discount Pharmacy of Hazard, Inc
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Richard K. Slone
4736 Possum Trot Road
Leburn, KY 41831

Boggs Pharmacy, Inc.
P. O. Box 747
Jenkins, KY 41537

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq.
HAMM, MILBY & RIDINGS PLLC
120 N. Main St.
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
*Counsel for Defendants, Walmart Stores East, L. P. and Mike McIntosh*

Darryl W. Durham
SEILLER WATERMAN, LLC
462 South fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com
*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.*

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

Rebecca Wooton Napier
10664 N KY Highway 15
Chavies, KY 41727

Lori Johnson
59 Lauren Paige Lane
Hazard, KY 41701

R/X Discount Pharmacy of
Harlan Co. Inc.
d/b/a Clay Discount Pharmacy
c/o Richard K. Slone
306 Morton Blvd.
Hazard, KY 41702

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge,
Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

Community Drug of Manchester, Inc.
c/o Carlo Wessels, Registered Agent
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams,
Registered Agent
572 Morton Blvd.
Hazard, KY 41701

D.B. Coyle Enterprises, Inc.
d/b/a The Medicine Shoppe
c/o Douglas A. Coyle,
Registered Agent
900 Hustonville Road
Danville, KY 40422

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent
90 Triangle Street
Martin, KY 41649

Susan Fields
120 Holly Drive
Hazard, KY 41701

Dachea Wooten
555 Ridgeview Way
Hazard, KY 41701

Harlan Medical Center Pharmacy, Inc.
c/o Earnest J. Watts, Registered Agent
2354 Hwy 15
Whitesburg, KY 41858

Brian Key
59 Watertower Lane
Hardinsburg, KY 40143

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, KY 41339

Michael Sizemore
5460 Slate Lick Road
London, KY 40741

Cynthia Williams
55 Lindsey Lane
Hazard, KY 41701

Tombert, Inc. d/b/a The Medicine Shoppe
c/o Thomas D. Detraz
815 County Club Lane
Hopkinsville, KY 42240

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent
101 Town and Country Lane, Suite 101
Hazard, KY 41701

Family Pharmacy of Jackson
265 Highway 15 South Ste. 2
Jackson, KY  41339

Ernest Watts
33 Blue Spruce Ridge
Hazard, KY 41701

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis, Registered Agent
221 East Main Street
Hazard, KY 41701

Hometown Pharmacy, Inc.
c/o Derek Lewis, Registered Agent
130 Hwy 80
P. O. Box 1746
Hyden, KY 41749

Joe Lewis
1302 N. Franklin Rd.
Indianapolis, IN 46219

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, KY 40504

Howard Family Pharmacy, Inc.
c/o Wesley W. Howard, Registered Agent
1453 Prater Fork
Hueysville, KY 41640

Johns Creek Drug Center, Inc.
c/o Donnie K. Starnes, Registered Agent
181 Starnes Drive
Pikeville, KY 41501

Jordan Drug, Inc.
FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

Leslie Scott King
239 Artie Way
Hazard, KY 41701

Christopher Hall
c/o Knott Prescription Center, Inc.
59 West Hwy 80, Ste. 1
Hindman, KY 41822

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent
2400 Abbeywood Road
Lexington, KY 40515

Doug Morgan
105 Grapevine Place
Hazard, KY 41701

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Wendell Short
137 River Oak Circle
London, KY 40744

Wesley Howard
P. O. Box 1651
Harlan, KY 40831

Donnie K. Starnes
181 Starnes Drive
Pikeville, KY 41501

King Pharmacy, Inc.
c/o Leslie Scott, Registered Agent
900 Morton Blvd.
Hazard, KY 41701

Knott Prescription Center, Inc.
c/o Todd Hall, Registered Agent
59 West Hwy 80, Suite 1
Hindman, KY 41822

Charles Stuart Duff
538 Ridgeview Way
Hazard, KY 41701

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858

Manchester Professional Pharmacy, Inc.
c/o Steven Gregory Dawson, Registered Agent
Rt. 122, Box 700
McDowell, KY 41647

Alicia Dawson
230 Frasure Creek
McDowell, KY 41647

The Medicine Shoppe Hyden
c/o Ronnie Stewart, Registered Agent
22044 Main St.
Hyden, KY 41749

Mountain Clinic Pharmacy, LLC
c/o Brooks Webb, Registered Agent
1904 North Main Street
Hazard, KY 41701

Parkview Pharmacy, Inc.
c/o Valerie Akers
8274 KY Route 122
Minnie, KY 41651

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 Hwy 15 N.
Box 606
Jackson, KY 41339

Professional Pharmacy of Hazard, PLLC
c/o Daniel Glen Thies, Registered Agent
233 Orchard Street
Hazard, KY 41701

Specialty Care Center Pharmacy of
E. Kentucky
c/o Lori M. Hayden
11910 Berry Hill Road
Louisville, KY 40243

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Med-Mart Pharmacy, LLC
c/o Mike Sizemore, Registered Agent
87 CVB Drive
London, KY 40741

Ronnie Stewart
16 Hickory Street
Hyden, KY 41749

Brooks Webb
3903 Wentworth Place
Lexington, KY 40515

PEJ, Inc.
c/o Everett L. Dunaway, Registered Agent
265 Kentucky Highway 15 S., Suite 2
Jackson, KY 41339

Powers Pharmacy, Inc.
c/o David Powers, Registered Agent
73 #1 Hill
P. O. Box 66
Burdine, KY 41517

Daniel Thies
69 Phoenix Place Blvd. 96
Hazard, KY 41701

Barry Martin
3845 Real Quiet Lane
Lexington, KY 40509

Robert Burton
1814 Clear Creek Road
Hazard, KY 41701

James Craig Stallard
1063 Dairy Hollow
Jenkins, KY 41537

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

Thompson Discount Drug, Inc.
c/o F. Britton Thompson, Registered Agent
810 East 4th Street
London, KY 40741

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

Todd Walters
21 Mink Lane
Pineville, KY 40977

Stallard's Pharmacy, Inc.
c/o James Craig Stallard, Registered Agent
972 Hwy 317
Neon, KY 41840

Walters-Griffin Enterprise, Inc.
d/b/a Superior Drug
c/o Robert J. Walters, Sr.
P. O. Box 2290
359 Hazard Rd.
Whitesburg, KY 41858

Robert Walters, Sr.
58 Anderson St.
Jenkins, KY 41537

F. Britton Thompson
918 East 4th Street
London, KY 40741

Value RX II, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Hwy 15
Hazard, KY 41701

/s/Calvin R. Tackett
CALVIN R. TACKETT
*Counsel for Defendants*
*Walters-Griffin Enterprise Inc. d/b/a Superior Drug and Robert Walters Sr.*