UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| JAMES A CHANEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| VS. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC., et al. ) | |
| ) | |
| Defendants ) | |

**RULE 7.1 DISCLOSURE FOR DEFENDANT**

\*\* \*\* \*\* \*\* \*\*

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Hometown Pharmacy of Hazard, LLC, files this Corporate Disclosure Statement, and states as follows: Hometown Pharmacy of Hazard, LLC, has no parent corporation and no publicly held company owns more than ten (10) percent of its stock.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**
333 West Vine Street, Suite 1100
Lexington, KY 40507
Telephone:     (859) 422-6000
Facsimile:      (859) 422-6001
Email:             Jason.Morgan@whtlaw.com

BY:     */s/ Jason S. Morgan*
            Jason S. Morgan (KBA #91635)
            Alex W. Wilcox (KBA #98640)
            *Counsel for* Hometown Pharmacy of Hazard, LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing has been served upon the following by way of the Court's CM/ECF system, by email and/or US Mail.

| | |
|---|---|
| Masten Childers, III, Esq. <br> Aaron M. Oppegard, Esq <br> Michael W. Durborow, Esq. <br> Sarah E. Cooley, Esq. <br> Madeleine R. Hamlin, Esq. <br> WHITEFORD TAYLOR & PRESTON, LLP <br> 161 N. Eagle Creek Dr., Suite 210 <br> Lexington, KY 40509 <br> mchilders@whitefordlaw.com <br> aoppogard@whitefordlaw.com <br> mdurborow@whitefordlaw.com <br> scooley@whitefordlaw.com <br> mhamlin@whitefordlaw.com <br> *Counsel for Plaintiff* | Christopher Chaisson, Esq. <br> WHITEFORD TAYLOR & PRESTON, LLP <br> 1800 M. Street NW, Suite 450N <br> Washington, District of Columbia 20036 <br> cchaisson@whitefordlaw.com <br> *Co-Counsel for Plaintiff* |
| Keith E. Whitson, Esq. <br> Jordan N. Kelly, Esq. <br> WHITEFORD TAYLOR & PRESON, LLP <br> 11 Stanwix Street, Suite 1400 <br> Pittsburgh, PA 15222 <br> kwhitson@whitefordlaw.com <br> jkelly@whitefordlaw.com <br> *Co-Counsel for Plaintiff* | Justin S. Peterson, Esq. <br> Kellie M. Collins, Esq <br> Laura Jane Phelps, Esq <br> PETERSON LAW OFFICE, PLLC <br> 2424 Harrodsburg Road, Suite 205 <br> Lexington, KY 40503 <br> justin@justinpetersonlaw.com <br> kellie@justinpetersonlaw.com <br> laurajane@justinpetersonlaw.com <br> *Co-Counsel for Plaintiff* |
| Randell Scott May <br> DAVIDSON & ASSOCIATES <br> Post Office Drawer 986 <br> Hazard, KY 41702 <br> rmay@windstream.net <br> *Counsel for Defendants CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, LLC* | Anders W. Lindberg, Esq. <br> Stacey Richards-Minigh, Esq. <br> STEPTOE & JOHNSON, PLLC <br> 825 Third Avenue, Suite 400 <br> Huntington, WV 25701 <br> Anders.lindberg@steptoe-johnson.com <br> Stacey.minigh@steptoe-johnson.com <br> *Counsel for Defendants, Appalachian Regional Healthcare, Inc. d/b/a ARH Regional Medical Center Pharmacy, ARH Community Pharmacy, Helen Herald, and Hollie Harris d/b/a Hollie Crady* |
| Nathaniel R. Kissel, Esq. | Jay Milby Ridings, Esq. |

| | |
|---|---|
| STEPTOE & JOHNSON, PLLC<br>100 W. Main Street, Suite 400<br>Lexington, KY 40507<br>Nate.kissel@steptoe-johnson.com<br>*Counsel for Defendants Appalachian Regional Healthcare, Inc. d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady* | Marcia Milby Ridings, Esq.<br>HAMM, MILBY & RIDINGS, PLLC<br>120 N. Main Street<br>London, KY 40741<br>jridings@hmrkylaw.com<br>marcia@hmrkylaw.com<br>*Counsel for Defendants Walmart Stores East, LP and Mike McIntosh* |
| Gene Smallwood, Esq.<br>P.O. Box 40<br>Whitesburg, KY 41858<br>*Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood Blackey Medical Clinic* | Darryl W. Durham<br>SEILLER WATERMAN, LLC<br>462 South Fourth Street, 22nd Floor<br>Louisville, KY 40202<br>ddurham@derbycitylaw.com<br>*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, LLC* |
| Kyle M. Virgin<br>FREEMAN, MATHIS & GARY, LLP<br>2525 Harrodsburg Road, Suite 500<br>Lexington, KY 40504<br>Kyle.virgin@fmglaw.com<br>*Counsel for Defendant Hospice of the Bluegrass, Inc.* | James Shackleford<br>1033 Bee Hive Road<br>Slemp, KY 41763-8910 |
| Sherry Sutherland<br>131 Sutherland Drive<br>Bimble, KY 40915-6131 | R/X Discount Pharmacy, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Rebecca Wooton Napier<br>10664 N. KY Highway 15<br>Chavies, KY 41727 | R/X Discount Pharmacy of Hazard, Inc.<br>c/o Richard K. Slone, Registered Agent<br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Lori Johnson<br>59 Lauren Paige Lane<br>Hazard, KY 41701 | Richard K. Slone<br>4736 Possum Trot Road<br>Leburn, KY 41831 |
| R/X Discount Pharmacy of Harlan Co., Inc.<br>d/b/a Clay Discount Pharmacy<br>c/o Richard K. Slone<br>306 Morton Blvd.<br>P.O. Box 7157<br>Hazard, KY 41702 | Boggs Pharmacy, Inc.<br>P.O. Box 747<br>Jenkins, KY 41537 |

| | |
|---|---|
| Broadway Clinic Pharmacy, Inc. d/b/a Medicine Cabinet Pharmacy c/o Timothy S. Eldridge, Registered Agent 114 N. Main Cross Street Flemingsburg, KY 41041 | Community Drug of Manchester, Inc. c/o Carlo Wessels, Registered Agent 250 Grandview Drive, Suite 500 Fort Mitchell, KY 41017 |
| Michael Sizemore 5460 Slate Lick Road London, KY 40741 | Complete Care Pharmacy, PLLC c/o Cynthia R. Williams, Registered Agent 572 Morton Blvd. Hazard, KY 41701 |
| Cynthia Williams 55 Lindsey Lane Hazard, KY 41701 | Tombert, Inc. d/b/a The Medicine Shoppe c/o Thomas D. Detraz 815 Country Club Lane Hopkinsville, KY 42240 |
| Downtown Drug, Inc. c/o Melissa Samons, Registered Agenbt 90 Triangle Street Martin, KY 41649 | DSSK Pharmaceutical, Inc. d/b/a The Medicine Shoppe Hazard c/o Danny Rose, Registered Agent 941 North Main Street, Suite 102 Hazard, KY 41701 |
| Susan Fields 120 Holly Drive Hazard, KY 41701 | East Main Street Pharmacy, LLC c/o Barry Martin, Registered Agent 101 Town and Country Lane, Suite 101 Hazard, KY 41701 |
| Dachea Wooten 555 Ridgeview Way Hazard, KY 41701 | Family Pharmacy of Jackson 265 Highway 15 South, Suite 2 Jackson, KY 41339 |
| Harlan Medical Center Pharmacy, Inc. c/o Earnest J. Watts, Registered Agent 2354 Highway 15 Whitesburg, KY 41858 | Ernest Watts 33 Blue Spruce Ridge Hazard, KY 41701 |
| Brian Key 59 Watertower Lane Hardinsburg, KY 40143 | Hometown Pharmacy of Hazard, LLC c/o Derek Lewis, Registered Agent 221 East Main Street Hazard, KY 41701 |
| Hometown Pharmacy of Jackson, LLC 95 Jackson Heights Jackson, KY 41339 | Hometown Pharmacy, Inc. c/o Derek Lewis, Registered Agent 130 Highway 80 P.O. Box 1746 |

| | |
|---|---|
| | Hyden, KY 41749 |
| Joe Lewis<br>1302 N. Franklin Road<br>Indianapolis, IN 46219 | Doug Morgan<br>105 Grapevine Place<br>Hazard, KY 41701 |
| Hometown Pharmacy of Manchester, LLC<br>c/o Robert Goforth, Registered Agent<br>2163 East Highway 30<br>East Bernstadt, KY 40729 | Matthew Hutera<br>c/o Hometown Pharmacy of Manchester, LLC<br>2163 East Highway 30<br>East Bernstadt, KY 40729 |
| Jeffrey Holmes<br>1733 Harrodsburg Road<br>Lexington, KY 40504 | Wendell Short<br>137 River Oak Circle<br>London, KY 40744 |
| Howard Family Pharmacy, Inc.<br>c/o Wesley W. Howard, Registered Agent<br>1453 Prater Fork<br>Hueysville, KY 41640 | Wesley Howard<br>P.O. Box 1651<br>Harlan, Ky. 40831 |
| Johns Creek Drug Center, Inc.<br>c/o Donnie K. Starnes, Registered Agent<br>181 Starnes Drive<br>Pikeville, KY 41501 | Donnie K. Starnes<br>181 Starnes Drive<br>Pikeville, KY 41501 |
| Jordan Drug, Inc.<br>FBT LLC Lexington<br>2700 Lexington Financial Center<br>Lexington, KY 40507-1742 | King Pharmacy, Inc.<br>c/o Leslie Scott, Registered Agent<br>900 Morton Blvd.<br>Hazard, KY 41701 |
| Leslie Scott King<br>239 Artie Way<br>Hazard, KY 41701 | Knott Prescription Center, Inc.<br>c/o Todd Hall, Registered Agent<br>59 West Highway 80, Suite 1<br>Hindman, KY 41822 |
| Christopher Hall<br>c/o Knott Prescription Center, Inc.<br>59 West Highway 80, Suite 1<br>Hindman, KY 41822 | Charles Stuart Duff<br>538 Ridgeview Way<br>Hazard, KY 41701 |
| Lackey Pharmacy, Inc.<br>c/o Alora Warren, Registered Agent<br>2400 Abbeywood Road<br>Lexington, KY 40515 | Verlon Banks<br>4236 Highway 15<br>Whitesburg, KY 41858 |
| Manchester Professional Pharmacy, Inc. | Steve Dawson |

| | |
|---|---|
| c/o Steven Gregory Dawson, Registered Agent<br>Rt. 122, Box 700<br>McDowell, KY 41647 | 230 Frasure Creek<br>McDowell, KY 41647 |
| Mountain Clinic Pharmacy, LLC<br>c/o Brooks Webb, Registered Agent<br>1904 North Main Street<br>Hazard, KY 41701 | Brooks Webb<br>3903 Wentworth Place<br>Lexington, KY 40515 |
| Parkview Pharmacy, Inc.<br>c/o Valerie Akers<br>8274 KY Route 122<br>Minnie, KY 41651 | PEJ, Inc.<br>c/o Everett L. Dunaway, Registered Agent<br>265 Kentucky Highway 15 South, Suite 2<br>Jackson, KY 41339 |
| The Plaza Pharmacy, PLLC<br>c/o Theresa Merced, Registered Agent<br>1389 Highway 15 N.<br>Box 606<br>Jackson, KY 41339 | Powers Pharmacy, Inc.<br>c/o David Powers, Registered Agent<br>73 #1 Hill<br>P.O. Box 66<br>Burdine, KY 41517 |
| Professional Pharmacy of Hazard, PLLC<br>c/o Daniel Glen Thies, Registered Agent<br>233 Orchard Street<br>Hazard, KY 41701 | Daniel Thies<br>69 Phoenix Place Blvd. 96<br>Hazard, KY 41701 |
| Specialty Care Center Pharmacy of E. KY<br>c/o Lori M. Hayden<br>11910 Berry Hill Road<br>Louisville, KY 40243 | Barry Martin<br>3845 Real Quite Lane<br>Lexington, KY 40509 |
| Robert Burton<br>1814 Clear Creek Road<br>Hazard, KY 41701 | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 Highway 317<br>Neon, KY 41840 |
| James Craig Stallard<br>1063 Dairy Hollow<br>Jenkins, KY 41537 | Walters-Griffin Enterprise, Inc.<br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Box 2290<br>359 Hazard Road<br>Whitesburg, KY 41858 |
| William Reed Hall<br>74 Ohio Street<br>Whitesburg, KY 41858 | Robert Walters, Sr.<br>58 Anderson Street<br>Jenkins, KY 41537 |
| | |

| | |
|---|---|
| Thompson Discount Drug, Inc.<br>c/o F. Britton Thompson, Registered Agent<br>810 East 4th Street<br>London, KY 40741 | F. Britton Thompson<br>918 East 4th Street<br>London, KY 40741 |
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 | Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 |
| Todd Walters<br>21 Mink Lane<br>Pineville, KY 40977 | Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway 15<br>Hazard, KY 41701 |

All on this the 5th day of February 2024.

BY:   */s/ Jason S. Morgan*
      Jason S. Morgan

Cl10388