UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| JAMES A CHANEY | ) |
| Plaintiff | ) |
| VS. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC., et al. | ) |
| Defendants | ) |

**ORDER GRANTING**
**DEFENDANT, HOMETOWN PHARMACY OF HAZARD, LLC'S**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Motion having been made by Defendant, Hometown Pharmacy of Hazard, LLC, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that the Motion (D.E. 41) is GRANTED. Hometown Pharmacy of Hazard, LLKC may serve its answer or otherwise plead by February 15, 2024.

This the \_\_\_\_ day of February, 2024.

BY: _____
Hon. Hanly A. Ingram
United States Magistrate Judge