UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | No. 6:24-CV-07-REW-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Hometown Pharmacy of Hazard, LLC, has moved for an extension of time to respond to the Complaint. D.E. 41, 43, 44. **IT IS HEREBY ORDERED THAT** the Motion (D.E. 41, 43, 44) is **GRANTED**. Hometown Pharmacy of Hazard, LLC may serve its answer or otherwise plead by **February 15, 2024**.

This the 6th day of February, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1