UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

ELECTRONICALLY FILED

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC. *et al.*, | ) |
| Defendants. | ) |

## ORDER GRANTING WALTERS-GRIFFIN ENTERPRISE INC. D/B/A SUPERIOR DRUG AND ROBERT WALTERS SR.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Motion having been made by Defendants Walters-Griffin Enterprise Inc. d/b/a Superior Drug and Robert Walters Sr., and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion (D.E. 34) is GRANTED. Walters-Griffin Enterprise Inc. d/b/a Superior Drug and Robert Walters Sr. may serve their answer or otherwise plead by **February 29, 2024**.

This the 8th day of February, 2024.

Signed By:
Hanly A. Ingram
United States Magistrate Judge