UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE NUMBER:  6:24-CV-00007-REW-HAI

**JAMES A. CHANEY**                                                                                               **PLAINTIFF**

v.                                   <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

**CVS PHARMACY, ET AL**                                                                                       **DEFENDANTS**

* * * * *

Come now Bradley C. Hooks and Addison S. Thompson of the law firm of Landrum & Shouse, LLP, and give the Court and all parties notice of their substitution as counsel for Defendants, Walters-Griffin Enterprises, Inc., d/b/a Superior Drug, William Reed Hall, and Robert Walters, Sr, in the place of Calvin R. Tackett of the Law Offices of Calvin R. Tackett, Esquire.

Calvin R. Tacket of the Law Offices of Calvin R. Tackett, Esquire, is hereby relieved of any further duties regarding this case. We ask the Court that Mr. Tackett be removed from any further electronic service in this matter.  The Clerk, counsel of record, and all parties are requested to amend their service lists accordingly.

          Respectfully submitted,

          BRADLEY C. HOOKS (KBA 87098)
          ADDISON S. THOMPSON (KBA 99647)
          LANDRUM & SHOUSE LLP
          P. O. Box 951
          Lexington, KY  40588-0951
          Telephone:  859-255-2424
          Facsimile:  859-233-0308
          bhooks@landrumshouse.com
          athompson@landrumshouse.com

BY:    /s/ Bradley C. Hooks_____
        ATTORNEYS FOR DEFENDANTS,
        WALTERS-GRIFFIN ENTERPRISES, INC.
        d/b/a SUPERIOR DRUG, WILLIAM REED
        HALL, and ROBERT WALTERS, SR.

CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing has this 8th day of February, 2024, been mailed to the following:

Masten Childers, III -- mchilders@whitefordlaw.com
Aaron M. Oppegard -- aoppegard@whitefordlaw.com
Michael W. Durborow -- mdurborow@whitefordlaw.com
Sarah E. Cooley -- scooley@whitefordlaw.com
Madeleine R. Hamlin -- mhamlin@whitefordlaw.com
*Whiteford, Taylor & Preston, LLP*
161 North Eagle Creek Drive, Suite 210
Lexington, KY  40509
Telephone:  859-687-6699
Facsimile:  859-263-3239
*Counsel for Plaintiff, James A. Chaney*

Keith E. Whitson (*Pro Hac Vice* Coming) -- kwhitson@whitefordlaw.com
Jordan E. Kelly (*Pro Hac Vice* Coming) -- jkelly@whitefordlaw.com
*Whiteford, Taylor & Preston LLP*
11 Stanwix Street, Suite 1400
Pittsburgh, PA  15222
Telephone:  412-286-1695
Facsimile:  412-286-1724
*Counsel for Plaintiff, James A. Chaney*

Justin S. Peterson -- justin@justinpetersonlaw.com
Kellie M. Collins -- kellie@justinpetersonlaw.com
Laura Jane Phelps --  laurajane@justinpetersonlaw.com
*Peterson Law Office, PLLC*
2424 Harrodsburg Road, Suite 205
Lexington, KY  40503
Telephone:  859-469-6390
Facsimile:  859-469-6391
*Counsel for Plaintiff, James A. Chaney*

Jay Milby Ridings -- jridings@hmrkylaw.com
Marcia Milby Ridings --  marcia@hmrkylaw.com
*Hamm, Milby & Ridings, PLLC*
120 North Main Street
London, KY  40741
*Counsel for the Wal-Mart Defendants*

Anders W. Lindberg – Anders.Lindberg@steptoe-johnson.com
Stacey Richards-Minigh – Stacey.Minigh@steptoe-johnson.com
*Steptoe & Johnson, PLLC*
825 Third Avenue, Suite 400
Huntington, WV  25701
*Attorneys for Appalachian Regional Healthcare, Inc.*
*In Its Own Name and d/b/a ARH Reg. Med. Ctr.*
*Pharmacy and ARH Community Pharmacy,*
*Helen Herald, and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel – Nate.Kissel@steptoe-johnson.com
Steptoe & Johnson PLLC
100 West Main Street, Suite 400
Lexington, KY  40507
*Attorneys for Appalachian Regional Healthcare, Inc.*
*In Its Own Name and d/b/a ARH Reg. Med. Ctr.*
*Pharmacy and ARH Community Pharmacy,*
*Helen Herald, and Hollie Harris a/k/a Hollie Crady*

Gene Smallwood, Jr. -- gslex1127@yahoo.com
P. O. Box 40
Whitesburg, KY  41858
*Attorney for Mountain Comprehensive*
*Health Corporation d/b/a Leatherwood-*
*Blackey Medical Clinic*

BY: /s/ Bradley C. Hooks
ATTORNEYS FOR DEFENDANTS,
WALTERS-GRIFFIN ENTERPRISES, INC.
d/b/a SUPERIOR DRUG, WILLIAM REED
HALL, and ROBERT WALTERS, SR.