**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CIVIL ACTION NO. 6:24-CV-07-REW-HAI**

*ELECTRONICALLY FILED*

**JAMES A. CHANEY,**                                        **PLAINTIFF**

**v.**

**CVS PHARMACY, INC., et al.,**                         **DEFENDANTS**

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff respectfully moves the Court pursuant to 28 U.S.C. § 1447(c) to remand this case to the Commonwealth of Kentucky Perry Circuit Court from which it was removed. This lawsuit does not present a federal question and therefore the Court is without subject matter jurisdiction or any other basis for federal jurisdiction.

Plaintiff has filed a supporting Memorandum of Law which is incorporated by reference herein.

                                          Respectfully Submitted,

                                          /s/ *Masten Childers, III*
                                          Masten Childers, III, Esq. (KBA # 94898)
                                          Aaron M. Oppegard, Esq. (KBA # 98766)
                                          Michael W. Durborow, Esq. (KBA #96710)
                                          Sarah E. Cooley, Esq. (KBA # 99993)
                                          Madeleine R. Hamlin, Esq. (KBA #100019)
                                          *Whiteford, Taylor & Preston, LLP*
                                          161 N. Eagle Creek Drive, Suite 210
                                          Lexington, Kentucky 40509
                                          Telephone:     (859) 687-6699
                                          Facsimile:     (859) 263-3239
                                          mchilders@whitefordlaw.com
                                          aoppegard@whitefordlaw.com

    mdurborow@whitefordlaw.com
    scooley@whitefordlaw.com
    mhamlin@whitefordlaw.com
    *Counsel for Plaintiff James A. Chaney*

    AND

    Keith E. Whitson, Esq.
        (motion for *pro hac vice* forthcoming)
    Jordan E. Kelly, Esq.
        (motion for *pro hac vice* forthcoming)
    *Whiteford, Taylor & Preston, LLP*
    11 Stanwix Street, Suite 1400
    Pittsburgh, Pennsylvania 15222
    Telephone:    (412) 286-1695
    Facsimile:    (412) 286-1724
    kwhitson@whitefordlaw.com
    jkelly@whitefordlaw.com
    *Counsel for Plaintiff James A. Chaney*

    AND

    Justin S. Peterson, Esq. (KBA #92633)
    Kellie M. Collins, Esq. (KBA #92509)
    Laura Jane Phelps, Esq. (KBA #98567)
    *Peterson Law Office, PLLC*
    2424 Harrodsburg Road, Suite 205
    Lexington, Kentucky 40503
    Telephone:    (859) 469-6390
    Facsimile:    (859) 469-6391
    justin@justinpetersonlaw.com
    kellie@justinpetersonlaw.com
    laurajane@justinpetersonlaw.com
    *Counsel for James A. Chaney*

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 8th day of February 2024, a true copy of the foregoing was electronically filed using the CM/ECF system and sent via email to all counsel of record.