**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CIVIL ACTION NO. 6:24-CV-07-REW-HAI**

*ELECTRONICALLY FILED*

**JAMES A. CHANEY,**                                                                                  **PLAINTIFF**

**v.**

**CVS PHARMACY, INC., et al.,**                                                       **DEFENDANTS**

---

**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

---

Motion having been made by Plaintiff, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED. This matter is hereby REMANDED to the Commonwealth of Kentucky Perry Circuit Court. It is further Ordered that Plaintiff's is entitled to reasonable attorneys' fees relating to the filing and adjudication of Plaintiff's Motion to Remand.

                                                                             By:

                                                                             United States Magistrate Judge