**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**
**CIVIL ACTION NO. 6:24-CV-07-REW-HAI**

*ELECTRONICALLY FILED*

**JAMES A. CHANEY,**                                                                                   **PLAINTIFF**

**v.**

**CVS PHARMACY, INC., et al.,**                                                               **DEFENDANTS**

---

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS**

---

Motion having been made by Plaintiff, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff shall not be required to respond to any of the pending Motions to Dismiss, or any other dispositive motion filed hereafter until a period of forty-five (45) days after an Order on Plaintiff's Motion to Remand is docketed.

By: _____

United States Magistrate Judge