UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:24-CV-7-REW-HAI |
| v. | ) | |
| | ) | |
| CVS PHARMACY, *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff James A. Chaney moves to stay briefing on all pending motions to dismiss until resolution of his motion to remand. *See* DE 49 (Motion to Stay); 48 (Motion to Dismiss). Any Defendant opposing a stay shall respond to Chaney's DE 49 motion no later than **February 16, 2024**. The Court will then rule in the context of a full record.

This the 12th day of February, 2024.

Signed By:
Robert E. Wier
United States District Judge