UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | No. 6:24-CV-07-REW-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendants Wal-Mart Stores East, L.P., Mike McIntosh, CVS Pharmacy, Inc., and Kentucky CVS Pharmacy, L.L.C., have moved for an extension of time to respond to the Complaint. D.E. 36. **IT IS HEREBY ORDERED THAT** the Motion (D.E. 36) is **GRANTED** in that these Defendants may serve their answer(s) or otherwise plead by **February 29, 2024**.

This the 12th day of February, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1