UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LONDON

| | |
|---|---|
| JAMES A. CHANEY | *Electronically Filed* |
| | **CASE NO. 6:24-cv-00007-REW-HAI** |
| PLAINTIFF, | |
| VS. | |
| CVS PHARMACY, INC.; KENTUCKY CVS PHARMACY, LLC; RYAN MCGRAINER, Employee of CVS PHARMACY, INC.; JAMES SHACKLEFORD, Employee of CVS PHARMACY, INC.; SHERRY SUTHERLAND, Employee of CVS PHARMACY, INC.; R/X DISCOUNT PHARMACY, INC.; R/X DISCOUNT PHARMACY OF HAZARD, INC.; RICHARD K. SLONE, Owner or Employee of R/X DISCOUNT PHARMACY, INC. and/or R/X DISCOUNT PHARMACY OF HAZARD, INC.; R/X DISCOUNT PHARMACY OF HARLAN COUNTY, INC. d/b/a CLAY DISCOUNT PHARMACY; APPALACHIAN REGIONAL HEALTHCARE, INC. in its own name and d/b/a ARH REG. MED. CTR. PHARMACY and ARH COMMUNITY PHARMACY; HELEN HERALD, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; REBECCA WOOTEN NAPIER, Owner or Employee APPALACHIAN REGIONAL HEALTHCARE, INC. and/or of ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; HOLLY HARRIS a/k/a HOLLY CRADY, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; BOGGS PHARMACY, INC.; BROADWAY CLINIC PHARMACY, INC. d/b/a MEDICINE CABINET PHARMACY; COMMUNITY DRUG OF MANCHESTER, INC.; MICHAEL SIZEMORE, Owner or Employee of COMMUNITY DRUG OF MANCHESTER, INC. and/or MED-MART PHARMACY, LLC; COMPLETE CARE PHARMACY, PLLC; CYNTHIA WILLIAMS, Owner or Employee of | |

COMPLETE CARE PHARMACY, PLLC; LORI )
JOHNSON, Owner or Employee of COMPLETE )
CARE PHARMACY, PLLC; D.B. COYLE )
ENTERPRISES, INC. d/b/a THE MEDICINE )
SHOPPE; TOMBERT, INC. d/b/a THE MEDICINE )
SHOPPE; DOWNTOWN DRUG, INC.; DSSK )
PHARMACEUTICAL, INC. in its own name and )
d/b/a THE MEDICINE SHOPPE HAZARD; SUSAN )
FIELDS, Owner or Employee of THE MEDICINE )
SHOPPE HAZARD; EAST MAIN STREET )
PHARMACY, LLC; DACHEA WOOTON, Owner )
or Employee of EAST MAIN STREET )
PHARMACY, LLC; FAMILY PHARMACY OF )
JACKSON; HARLAN MEDICAL CENTER )
PHARMACY, INC.; ERNEST WATTS, Owner or )
Employee of HARLAN MEDICAL CENTER )
PHARMACY; BRIAN KEY, Owner or Employee )
of HARLAND MEDICAL CENTER PHARMACY; )
HOMETOWN PHARMACY OF HAZARD, LLC; )
HOMETOWN PHARMACY OF JACKSON, )
LLC; HOMETOWN PHARMACY, INC.; JOE )
LEWIS, Owner or Employee of HOMETOWN )
PHARMACY, INC.; DOUG MORGAN, Owner or )
Employee of HOMETOWN PHARMACY, INC.; )
HOMETOWN PHARMACY OF MANCHESTER, )
LLC; MATTHEW HUTERA, Owner or Employee )
of HOMETOWN PHARMACY OF MANCHESTER, )
LLC; HOSPICE OF THE BLUEGRASS, INC.; )
JEFFREY HOLMES, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
WENDELL SHORT, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
HOWARD FAMILY PHARMACY, INC.; )
WESLEY HOWARD, Owner of Employee of )
HOWARD FAMILY PHARMACY, INC.; JOHNS )
CREEK DRUG CENTER, INC.; DONNIE K. )
STARNES, Owner or Employee of JOHNS CREEK )
DRUGCENTER, INC.; JORDAN DRUG, INC. )
d/b/a JACKSON APOTHECARY and d/b/a )
BREATHITT PRESCRIPTION CENTER; KING )
PHARMACY, INC.; LESLIE SCOTT KING, Owner )
or Employee of KING PHARMACY, INC.; KNOTT )
PRESCRIPTION CENTER, INC.; CHRISTOPHER )
HALL, Owner or Employee of KNOTT )
PRESCRIPTION CENTER, INC.; CHARLES )
STUART DUFF, Owner or Employee of KNOTT )

2

PRESCRIPTION CENTER, INC.; LACKEY )
PHARMACY, INC.; MOUNTAIN )
COMPREHENSIVE HEALTH CARE d/b/a )
LEATHERWOOD-BLACKEY MEDICAL CLINIC; )
VERLON BANKS, Owner or Employee of )
MOUNTAIN COMPREHENSIVE HEALTH CARE )
d/b/a LEATHERWOOD-BLACKEY MEDICAL )
CLINIC; MANCHESTER PHARMACIST )
GROUP, LLC d/b/a FAMILY DRUG CENTER; )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; STEVE DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; ALICIA DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; MED-MART PHARMACY, LLC; THE )
MEDICINE SHOPPE HYDEN; RONNIE )
STEWART, Owner or Employee of THE MEDICINE )
SHOPPE HYDEN; MOUNTAIN CLINIC )
PHARMACY, LLC; BROOKS WEBB, )
Owner or Employee of MOUNTAIN CLINIC )
PHARMACY, LLC; PARKVIEW PHARMACY, )
INC.; PEJ, INC. in its own name and d/b/a )
HOMETOWN PHARMACY OF JACKSON; THE )
PLAZA PHARMACY, PLLC; POWERS )
PHARMACY, INC.; PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; DANIEL )
THIES, Owner or Employee of PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; SPECIALTY )
CARE CENTER PHARMACY OF E. KENTUCKY; )
BARRY MARTIN, Owner or Employee of )
SPECIALTY CARE CENTER PHARMACY OF )
E. KENTUCKY and/or EAST MAIN STREET )
PHARMACY, LLC; ROBERT BURTON, Owner or )
Employee of SPECIALTY CARE CENTER )
PHARMACY OF E. KENTUCKY and/or EAST )
MAIN STREET PHARMACY, LLC; STALLARD'S )
PHARMACY, INC. in its own name and d/b/a )
FAMILY DRUG OF NEON; JAMES CRAIG )
STALLARD, Owner or Employee of STALLARD'S )
PHARMACY, INC. and/or FAMILY DRUG OF )
NEON; WALTERS-GRIFFIN ENTERPRISE, )
INC. d/b/a SUPERIOR DRUG; WILLIAM REED )
HALL, Owner or Employee of WALTER-GRIFFIN )
ENTERPRISES, INC. d/b/a SUPERIOR DRUG; )
ROBERT WALTERS, SR., Owner or Employee of )
WALTER-GRIFFIN ENTERPRISES, INC. d/b/a )

3

| | |
|---|---|
| SUPERIOR DRUG; THOMPSON DISCOUNT DRUG, INC.; F. BRITTON THOMPSON, Owner or Employee of THOMPSON DISCOUNT DRUG, INC.; VALUE RX BLUEGRASS, LLC; VALUE RX II, LLC; TODD WALTERS, Owner or Employee of VALUE RX BLUEGRASS, LLC and/or VALUE RX II, LLC; WAL-MART STORES EAST, LIMITED PARTNERSHIP; MIKE MCINTOSH, Owner or Employee of WAL-MART STORES EAST, LIMITED PARTNERSHIP; and JOHN DOE I THROUGH JOHN DOE XL, the Unknown Employees and/oor Owners of the Defendants named herein | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) ) |

**RULE 7.1(a)(1) DISCLOSURE STATEMENT**

Comes the Defendant, Thompson Discount Drug, Inc., by counsel, and pursuant to Fed. R. Civ. P. 7.1, states that it is incorporated in Kentucky, has its principal place of business in Kentucky, has no parent company, and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

*/s/ Joshua J. Leckrone*
Joshua J. Leckrone
334 Beechwood Road, Suite 304
Ft. Mitchell, Kentucky 41017
Telephone:    (859) 444-4949
Facsimile:    (859) 360-2866
Email:        Josh@RichardsonLawGrp.com
COUNSEL FOR DEFENDANTS,
THOMPSON DISCOUNT DRUG, INC. and
F. BRITTON THOMPSON

4

## CERTIFICATE OF SERVICE

On February 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Joshua J. Leckrone*
COUNSEL FOR DEFENDANTS,
THOMPSON DISCOUNT DRUG, INC. and
F. BRITTON THOMPSON

7383.008185C:\NRPortbl\Golden_and_Walters\HHALL\2350465_1.DOCX