UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LONDON

| | |
|---|---|
| JAMES A. CHANEY | *Electronically Filed* |
| | **CASE NO. 6:24-cv-00007-REW-HAI** |
| PLAINTIFF, | |
| VS. | |
| CVS PHARMACY, INC.; KENTUCKY CVS PHARMACY, LLC; RYAN MCGRAINER, Employee of CVS PHARMACY, INC.; JAMES SHACKLEFORD, Employee of CVS PHARMACY, INC.; SHERRY SUTHERLAND, Employee of CVS PHARMACY, INC.; R/X DISCOUNT PHARMACY, INC.; R/X DISCOUNT PHARMACY OF HAZARD, INC.; RICHARD K. SLONE, Owner or Employee of R/X DISCOUNT PHARMACY, INC. and/or R/X DISCOUNT PHARMACY OF HAZARD, INC.; R/X DISCOUNT PHARMACY OF HARLAN COUNTY, INC. d/b/a CLAY DISCOUNT PHARMACY; APPALACHIAN REGIONAL HEALTHCARE, INC. in its own name and d/b/a ARH REG. MED. CTR. PHARMACY and ARH COMMUNITY PHARMACY; HELEN HERALD, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; REBECCA WOOTEN NAPIER, Owner or Employee APPALACHIAN REGIONAL HEALTHCARE, INC. and/or of ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; HOLLY HARRIS a/k/a HOLLY CRADY, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; BOGGS PHARMACY, INC.; BROADWAY CLINIC PHARMACY, INC. d/b/a MEDICINE CABINET PHARMACY; COMMUNITY DRUG OF MANCHESTER, INC.; MICHAEL SIZEMORE, Owner or Employee of COMMUNITY DRUG OF MANCHESTER, INC. and/or MED-MART PHARMACY, LLC; COMPLETE CARE PHARMACY, PLLC; CYNTHIA WILLIAMS, Owner or Employee of | |

COMPLETE CARE PHARMACY, PLLC; LORI )
JOHNSON, Owner or Employee of COMPLETE )
CARE PHARMACY, PLLC; D.B. COYLE )
ENTERPRISES, INC. d/b/a THE MEDICINE )
SHOPPE; TOMBERT, INC. d/b/a THE MEDICINE )
SHOPPE; DOWNTOWN DRUG, INC.; DSSK )
PHARMACEUTICAL, INC. in its own name and )
d/b/a THE MEDICINE SHOPPE HAZARD; SUSAN )
FIELDS, Owner or Employee of THE MEDICINE )
SHOPPE HAZARD; EAST MAIN STREET )
PHARMACY, LLC; DACHEA WOOTON, Owner )
or Employee of EAST MAIN STREET )
PHARMACY, LLC; FAMILY PHARMACY OF )
JACKSON; HARLAN MEDICAL CENTER )
PHARMACY, INC.; ERNEST WATTS, Owner or )
Employee of HARLAN MEDICAL CENTER )
PHARMACY; BRIAN KEY, Owner or Employee )
of HARLAND MEDICAL CENTER PHARMACY; )
HOMETOWN PHARMACY OF HAZARD, LLC; )
HOMETOWN PHARMACY OF JACKSON, )
LLC; HOMETOWN PHARMACY, INC.; JOE )
LEWIS, Owner or Employee of HOMETOWN )
PHARMACY, INC.; DOUG MORGAN, Owner or )
Employee of HOMETOWN PHARMACY, INC.; )
HOMETOWN PHARMACY OF MANCHESTER, )
LLC; MATTHEW HUTERA, Owner or Employee )
of HOMETOWN PHARMACY OF MANCHESTER, )
LLC; HOSPICE OF THE BLUEGRASS, INC.; )
JEFFREY HOLMES, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
WENDELL SHORT, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
HOWARD FAMILY PHARMACY, INC.; )
WESLEY HOWARD, Owner of Employee of )
HOWARD FAMILY PHARMACY, INC.; JOHNS )
CREEK DRUG CENTER, INC.; DONNIE K. )
STARNES, Owner or Employee of JOHNS CREEK )
DRUGCENTER, INC.; JORDAN DRUG, INC. )
d/b/a JACKSON APOTHECARY and d/b/a )
BREATHITT PRESCRIPTION CENTER; KING )
PHARMACY, INC.; LESLIE SCOTT KING, Owner )
or Employee of KING PHARMACY, INC.; KNOTT )
PRESCRIPTION CENTER, INC.; CHRISTOPHER )
HALL, Owner or Employee of KNOTT )
PRESCRIPTION CENTER, INC.; CHARLES )
STUART DUFF, Owner or Employee of KNOTT )

2

| | |
|---|---|
| PRESCRIPTION CENTER, INC.; LACKEY PHARMACY, INC.; MOUNTAIN COMPREHENSIVE HEALTH CARE d/b/a LEATHERWOOD-BLACKEY MEDICAL CLINIC; VERLON BANKS, Owner or Employee of MOUNTAIN COMPREHENSIVE HEALTH CARE d/b/a LEATHERWOOD-BLACKEY MEDICAL CLINIC; MANCHESTER PHARMACIST GROUP, LLC d/b/a FAMILY DRUG CENTER; MCDOWELL PROFESSIONAL PHARMACY, INC.; STEVE DAWSON, Owner or Employee of MCDOWELL PROFESSIONAL PHARMACY, INC.; ALICIA DAWSON, Owner or Employee of MCDOWELL PROFESSIONAL PHARMACY, INC.; MED-MART PHARMACY, LLC; THE MEDICINE SHOPPE HYDEN; RONNIE STEWART, Owner or Employee of THE MEDICINE SHOPPE HYDEN; MOUNTAIN CLINIC PHARMACY, LLC; BROOKS WEBB, Owner or Employee of MOUNTAIN CLINIC PHARMACY, LLC; PARKVIEW PHARMACY, INC.; PEJ, INC. in its own name and d/b/a HOMETOWN PHARMACY OF JACKSON; THE PLAZA PHARMACY, PLLC; POWERS PHARMACY, INC.; PROFESSIONAL PHARMACY OF HAZARD, PLLC; DANIEL THIES, Owner or Employee of PROFESSIONAL PHARMACY OF HAZARD, PLLC; SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY; BARRY MARTIN, Owner or Employee of SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY and/or EAST MAIN STREET PHARMACY, LLC; ROBERT BURTON, Owner or Employee of SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY and/or EAST MAIN STREET PHARMACY, LLC; STALLARD'S PHARMACY, INC. in its own name and d/b/a FAMILY DRUG OF NEON; JAMES CRAIG STALLARD, Owner or Employee of STALLARD'S PHARMACY, INC. and/or FAMILY DRUG OF NEON; WALTERS-GRIFFIN ENTERPRISE, INC. d/b/a SUPERIOR DRUG; WILLIAM REED HALL, Owner or Employee of WALTER-GRIFFIN ENTERPRISES, INC. d/b/a SUPERIOR DRUG; ROBERT WALTERS, SR., Owner or Employee of WALTER-GRIFFIN ENTERPRISES, INC. d/b/a | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

3

| | |
|---|---|
| SUPERIOR DRUG; THOMPSON DISCOUNT DRUG, INC.; F. BRITTON THOMPSON, Owner or Employee of THOMPSON DISCOUNT DRUG, INC.; VALUE RX BLUEGRASS, LLC; VALUE RX II, LLC; TODD WALTERS, Owner or Employee of VALUE RX BLUEGRASS, LLC and/or VALUE RX II, LLC; WAL-MART STORES EAST, LIMITED PARTNERSHIP; MIKE MCINTOSH, Owner or Employee of WAL-MART STORES EAST, LIMITED PARTNERSHIP; and JOHN DOE I THROUGH JOHN DOE XL, the Unknown Employees and/oor Owners of the Defendants named herein | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) ) |

## NOTICE OF JOINDER

Comes the Defendant, Broadway Clinic Pharmacy, by counsel, and hereby adopts, joins, and incorporates as though fully restated herein the Defendants Brooks Webb, The Mountain Clinic Pharmacy, McDowell Professional Pharmacy, Steve Dawson, Alicia Dawson, Donnie K. Starnes, John's Creek Drug Center Inc., Hometown Pharmacy Inc., Hometown Pharmacy of Hazard, LLC, Doug Morgan, Joe Lewis, RX Discount Pharmacy, Inc., RX Discount Pharmacy of Hazard, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc., d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Michael Sizemore, Community Drug of Manchester, Inc., Med-Mart Pharmacy, Inc., Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Howard Family Pharmacy, Inc., Wesley Howard, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., Verlon Banks, Parkview Pharmacy, Inc., PEJ, Inc., Hometown Pharmacy of Jackson, Powers Pharmacy, Inc., Professional Pharmacy

4

of Hazard, PLLC, Daniel Thies, Barry Martin, Specialty Care Center Pharmacy of E. Kentucky, Robert Burton, Stallard's Pharmacy, Inc., James Craig Stallard, Stallard's Pharmacy, Inc., Family Drug of Neon, Value RX II, LLC, Todd Walters' Motion to Dismiss [DE 32].

        Respectfully submitted,

        RICHARDSON LAW GROUP, PLLC

        */s/ Melissa Thompson Richardson*
        Melissa Thompson Richardson
        771 Corporate Drive, Suite 900
        Lexington, Kentucky 40503
        Telephone:    (859) 219-9090
        Facsimile:    (859) 219-9292
        Email:    Melissa@RichardsonLawGrp.com
        COUNSEL FOR DEFENDANTS,

## **CERTIFICATE OF SERVICE**

On February 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Melissa Thompson Richardson*
        COUNSEL FOR DEFENDANTS,

6057.008190C:\NRPortbl\Golden_and_Walters\KYOUDELL\2351533_1.DOCX