UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | No. 6:24-CV-07-REW-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

At the time of removal, Defendants Walters-Griffin Enterprises, Inc., d/b/a Superior Drug, William Reed Hall, and Robert Walters, Sr., were represented by attorney Calvin R. Tackett. On February 8, 2024, attorneys Bradley C. Hooks and Addison S. Thompson of the law firm of Landrum & Shouse, LLP, filed a Notice of Substitution of Counsel that seeks to remove Mr. Tackett from the case and enter Mr. Hooks and Mr. Thompson in his stead. D.E. 47.

The Notice of Substitution does not comply with Joint Local Civil Rule 83.6. The Court **HEREBY CONSTRUES** the notice (D.E. 47) as entry of appearance for Mr. Hooks and Mr. Thompson. However, the Court **HEREBY DENIES** the Notice's request that Mr. Tackett be withdrawn. Any withdrawal by Mr. Tackett must be done in accordance with Joint Local Civil Rule 83.6.

This the 13th day of February, 2024.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge