UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| JAMES A CHANEY | ) |
| Plaintiff | ) |
| VS. | ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC., et al. | ) |
| Defendants | ) |

### DEFENDANT, HOMETOWN PHARMACY OF HAZARD, LLC'S, SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

\*\* \*\* \*\* \*\* \*\*

Comes now Defendant, Hometown Pharmacy of Hazard, LLC (hereinafter "Hometown Pharmacy"), by and through counsel, and hereby moves this Court for a second extension in which to answer or otherwise respond to Plaintiff, James Chaney's, Complaint.

Hometown Pharmacy previously filed a Motion for Extension to which this Court granted through February 15, 2024. (Docket Nos. 41 and 45) Prior to the Court's Order granting Hometown Pharmacy's first motion for an extension, various defendants including, but not limited to Wal-Mart Stores East, Limited Partnership filed a joint motion for extension of time in which to answer or otherwise respond. (See Docket No. 36) The Court granted the joint motion for an extension and gave those parties up to and including February 29, 2024, in which to Answer or otherwise respond. Hometown Pharmacy must seek the same relief given the voluminous nature of this matter, number of defendants, pending motions for remand and to stay these proceedings by Plaintiff, and others. Hometown Pharmacy requests a second extension in which to answer or otherwise plead **through February 29, 2024** (emphasis added).

Page **1** of **2**

As a threshold matter, Hometown Pharmacy was not in existence at the time of the complained of acts by Plaintiff in his Complaint. The undersigned has provided support to that affect to Plaintiff's attorneys and the undersigned continues to discuss with Plaintiffs' counsel a dismissal of Hometown Pharmacy from this matter to avoid future legal fees and costs. This Motion is filed prior to the expiration of the first extension granted by the Court and in conformity with FRCP 6(b)(1)(A). Hometown Pharmacy and the undersigned file this Motion in good faith and not for purposes of delay.

        Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**
333 West Vine Street, Suite 1100
Lexington, KY 40507
Telephone:   (859) 422-6000
Facsimile:    (859) 422-6001
Email:        Jason.Morgan@whtlaw.com

BY:   */s/ Jason S. Morgan*
        Jason S. Morgan (KBA #91635)
        Alex W. Wilcox (KBA #98640)
        *Counsel for Hometown Pharmacy of Hazard, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served by way of the Courts' CM/ECF system.

All on this the 14th day of February 2024.

BY:   */s/ Jason S. Morgan*
       Jason S. Morgan