UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| JAMES A CHANEY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| VS. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC., et al. ) | |
| ) | |
| Defendants ) | |

**ORDER GRANTING
DEFENDANT, HOMETOWN PHARMACY OF HAZARD, LLC'S
SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT**

This matter having come before the Court on Defendant, Hometown Pharmacy of Hazard, LLCs' Second Motion for Extension; the Court being sufficiently advised in the premises of the Motion, said motion is GRANTED. Defendant shall have up to and including February 29, 2024, in which to serve an Answer of otherwise respond to the Commplaint.

This the _____ day of February 2024.

BY: _____
Hon. Hanly A. Ingram
United States Magistrate Judge