UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| JAMES A CHANEY | ) |
| Plaintiff | ) ) ) |
| VS. | ) ) Civil Action No. 6:24-cv-00007-REW-HAI |
| CVS PHARMACY, INC., et al. | ) ) ) |
| Defendants | ) |

**ORDER GRANTING**
**DEFENDANT, HOMETOWN PHARMACY OF HAZARD, LLC'S**
**SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE**
**RESPOND TO COMPLAINT**

This matter having come before the Court on Defendant, Hometown Pharmacy of Hazard, LLCs' Second Motion for Extension; the Court being sufficiently advised in the premises of the Motion, said motion (D.E. 56) is GRANTED. Defendant shall have up to and including February 29, 2024, in which to serve an Answer of otherwise respond to the Complaint.

This the 14th day of February, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge