UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
*ELECTRONICALLY FILED*

| | |
|---|---|
| JAMES A. CHANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) |
| CVS PHARMACY, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

### NOTICE TO WITHDRAW AS COUNSEL

Comes now Calvin R. Tackett, Esquire, and files Notice to Withdraw as Counsel in the above-named case for Defendants, Walters-Griffin Enterprise Inc. d/b/a Superior Drug, Robert Walters Sr., and William Reed Hall, as these Defendants have acquired representation by Bradley C. Hooks and Addison S. Thompson of the law firm of Landrum & Shouse, LLP, as shown by their Notice of Substitution of Counsel filed February 8, 2024.  The Defendants, Walters-Griffin Enterprise Inc. d/b/a Superior Drug, Robert Walters Sr., and William Reed Hall are aware and have been notified of the substitution of counsel.

Counsel requests to be removed from any further mailings or electronic service in this matter.

Respectfully submitted,

/s/Calvin R. Tackett
CALVIN R. TACKETT
Attorney at Law
104 E. Main Street
Whitesburg, KY 41858
Ph. 606-633-0126
tackettlaw@att.net

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served by way of the Court's CM/ECF system.

This is to certify that a true and correct copy of the foregoing was served by first class mail to the following:

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

Walters-Griffin Enterprise, Inc.
d/b/a Superior Drug
c/o Robert J. Walters, Sr.
P. O. Box 2290
359 Hazard Rd.
Whitesburg, KY 41858

Robert Walters, Sr.
58 Anderson St.
Jenkins, KY 41537

This 14th day of February, 2024.

*/s/Calvin R. Tackett*
CALVIN R. TACKETT
*Counsel for Defendants*
*Walters-Griffin Enterprise Inc. d/b/a Superior Drug*
*Robert Walters Sr., and William Reed Hall*