UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:24-CV-00007

JAMES A. CHANEY                                                                      PLAINTIFF

v.

CVS PHARMACY, INC. ET AL                                       DEFENDANTS

**DEFENDANT HOSPICE OF THE BLUEGRASS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT**

     Comes now Defendant, Hospice of the Bluegrass, Inc. and Wendell Short, by counsel, and for their Answer to Plaintiff's Complaint state as follows:

**FIRST DEFENSE**

     The Complaint fails to state a claim or cause of action against the Defendants upon which relief can be granted and therefore should be dismissed with prejudice.

**SECOND DEFENSE**

     The Defendants affirmatively plead improper subject matter jurisdiction, personal jurisdiction, venue, and forum *non conveniens*, and demand any claims should therefore be removed to a Court of competent jurisdiction or be dismissed with prejudice.

**THIRD DEFENSE**

     With respect to the specific allegations set forth in the Complaint, Defendants state as follows:

   1. The Defendants are without information or knowledge sufficient to respond to the allegations contained in Paragraph Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 43, 44, 45, 46, 47,

48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 91, and, therefore, deny same.

2. The Defendants admit Paragraph Nos. 40, 41, and 42.

3. The Defendants deny Paragraph Nos. 87, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 123, 131, 132, 133, 134, 135, 136, 137, 140, 141, 142, 143, 144, 147, 148, 149, 152, 154, and 157.

4. The Defendants state that no response to Paragraph Nos. 88, 89, 125, 127, 128, 129, 138, 145, 150, 153, 155, 158, 159, 161, 162, 164, and 166 of the Complaint is required as said paragraphs fail to make any substantive allegations against these Defendants or constitute mere conclusions and/or statements of law or requests for relief to which no response is required. However, to the extent that a response is required, Defendants deny same.

5. The Defendants adopt, incorporate, and reiterate their Answers to the preceding allegations as if set forth herein in response to Paragraph Nos. 90, 126, 130, 139, 146, 151, 156, 160, 163, and 165 of the Complaint.

6. The Defendants deny each and every allegation contained in Plaintiff's Complaint not specifically admitted herein.

## FOURTH DEFENSE

The causes of action set forth in the Complaint may have no basis in Kentucky law and/or may not be pled fully or in accordance with Kentucky law and the Defendants rely upon same as a complete bar to recovery.

## FIFTH DEFENSE

The Plaintiff may have failed to file the Complaint within the applicable statute of limitations and the claims set forth therein should therefore be dismissed with prejudice.

**SIXTH DEFENSE**

The Plaintiff may have failed to join necessary or indispensable parties as required by Fed. R. Civ. P. 19 and the intervening negligence and intervening causation of persons not parties to this action act as a partial or complete bar to all claims asserted in this action.

**SEVENTH DEFENSE**

The injuries and damages of which the Plaintiff complains, if any, may have resulted from the negligence of some third party and or parties over whom the Defendants had no responsibility or control, or may have resulted from an intervening and or superseding cause over which the Defendants had no responsibility of control, and the Defendants rely upon same as a complete bar to all claims asserted in this action.

**EIGHTH DEFENSE**

The Defendants plead truth as an affirmative defense to any of Plaintiff's claims of fraud, fraudulent misrepresentation, false light, defamation, libel, libel per se, and any other reputational claim.

**NINTH DEFENSE**

The Defendants affirmatively plead comparative fault, contributory negligence, assumption of the risk, and allocation of fault under KRS 411.182, the applicability of all to be determined by discovery.

**TENTH DEFENSE**

The Plaintiff may have failed to properly mitigate, minimize, or otherwise avoid any alleged damages and therefore should be estopped from pursuing this claim. Plaintiff had a duty to monitor, verify, and correct information relating to him in the KASPER database. Further, Plaintiff's alleged injuries and damages were caused by Plaintiff's wrongful or criminal actions and Plaintiff should be estopped from brining the claims asserted in this action.

### ELEVENTH DEFENSE

The Plaintiff failed to plead sufficient facts, or a statutory or contractual basis for the imposition of attorney's fees as damages and therefore that claim should be dismissed.

### TWELFTH DEFENSE

The Plaintiff's claims may be barred by the doctrines of unclean hands, waiver, laches, and/or estoppel, and the Defendants rely upon same as a complete bar to all claims asserted in this action.

### FOURTEENTH DEFENSE

The Defendants affirmatively plead KRS 371.010 as a defense to this action.

### FIFTEENTH DEFENSE

The Defendants affirmatively plead that the damages claimed by Plaintiff in this action were incurred as a result of Plaintiff's own negligent actions, omissions, and/or intentional actions, and the Defendants rely upon same as a complete bar to all claims asserted in this action.

### SIXTEENTH DEFENSE

The conduct of these Defendants was not a substantial factor in causing injury or damage to the Plaintiff and, accordingly, the claims against these Defendants should be dismissed with prejudice.

### SEVENTEENTH DEFENSE

The Defendants affirmatively plead that the Plaintiff's damages, if any, resulted from his own conduct, or from the conduct of others, be they named as parties in this lawsuit or not named, and Defendants are entitled to an apportionment of fault under KRS 411.182 against all parties or settling parties.

### EIGHTEENTH DEFENSE

The Plaintiff has failed to plead sufficient facts, or a statutory or contractual basis as to justify or support an award of punitive damages under applicable Kentucky law and therefore that claim for relief should be dismissed.

### NINETEENTH DEFENSE

The Defendants deny all allegations contained in Plaintiff's Complaint not expressly admitted in this Answer.

### TWENTIETH DEFENSE

The Defendants assert that they acted justifiably and reasonably at all times as a reasonably prudent provider acting under the same or similar circumstances.

### TWENTY-FIRST DEFENSE

The Defendants hereby reserve all other defenses available under Fed R. Civ. P. 8 and Fed. R. Civ. P. 12, as well as other defenses available under the Federal Rules or Kentucky case law,

depending on what information discovery may bring to light and specifically incorporates any defenses raised by other Defendants in response to the Plaintiff's Complaint as they may be applicable to these Defendants.

**WHEREFORE**, having answered, the Defendants, Hospice of the Bluegrass, Inc. and Wendell Short, respectfully demand that the Complaint be dismissed and held for naught; their costs expended herein; a trial by jury; and any and all other relief to which they may appear properly entitled.

Respectfully Submitted,

*/s/ Kyle M. Virgin*
KYLE M. VIRGIN
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, Kentucky 40504
859-410-7868
kyle.virgin@fmglaw.com
*Counsel for Defendant,*
*Hospice of the Bluegrass, Inc. and Wendell Short*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 15th day of February, 2024, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Plaintiff*

Christopher Chaisson, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
1800 M Street NW, Suite 450N
Washington, District of Columbia 20036
cchaisson@whitefordlaw.com
*Co-Counsel for Plaintiff*

Keith E. Whitson, Esq.
Jordan N. Kelly, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
PETERSON LAW OFFICE, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Randall Scott May
DAVIDSON & ASSOCIATES
Post Office Drawer 986
Hazard, KY 41702
rmay@windstream.net
*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C*

Anders W. Lindberg, Esq.
Stacey Richards-Minigh, Esq.
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
Anders.lindberg@steptoe-johnson.com
Stacey.minigh@steptoe-johnson.com
*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel, Esq.
STEPTOE & JOHNSON PLLC
100 W. Main Street, Suite 400
Lexington, KY 40507
Nate.kissel@steptoe-johnson.com
*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq.
HAMM, MILBY & RIDINGS PLLC
120 N. Main St.
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
*Counsel for Defendants, Walmart Stores East, L.P. and Mike McIntosh*

Gene Smallwood, Esq.
P.O. Box 40
Whitesburg, KY 41858
*Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood Blackey Medical Clinic*

Darryl W. Durham
SEILLER WATERMAN, LLC
462 South Fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com
*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.*

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

R/X Discount Pharmacy, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Rebecca Wooton Napier
10664 N KY Highway 15
Chavies, KY 41727

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Lori Johnson
59 Lauren Paige Lane
Hazard, KY 41701

Richard K. Slone
4736 Possum Trot Road
Leburn, KY 41831

R/X Discount Pharmacy of Harlan Co. Inc.
d/b/a Clay Discount Pharmacy
c/o Richard K. Slone
306 Morton Blvd.
P.O. Box 7157
Hazard, KY 41702

Boggs Pharmacy, Inc.
P.O. Box 747
Jenkins, KY 41537

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

Community Drug of Manchester, Inc.
c/o Carlo Wessels, Registered Agent
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams, Registered Agent
572 Morton Blvd.
Hazard, KY 41701

D.B. Coyle Enterprises, Inc.
d/b/a The Medicine Shoppe
c/o Douglas A. Coyle, Registered Agent
900 Hustonville Road
Danville, KY 40422

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent
90 Triangle Street
Martin, KY 41649

Susan Fields
120 Holly Drive
Hazard, KY 41701

Dachea Wooten
555 Ridgeview Way
Hazard, KY 41701

Harlan Medical Center Pharmacy, Inc.
c/o Earnest J. Watts, Registered Agent
2354 HWY 15
Whitesburg, KY 41858

Brian Key
59 Watertower Lane
Hardinsburg, KY 40143

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, KY 41339

Michael Sizemore
5460 Slate Lick Road
London, KY 40741

Cynthia Williams
55 Lindsey Lane
Hazard, KY 41701

Tombert, Inc. d/b/a The Medicine Shoppe
c/o Thomas D. Detraz
815 County Club Lane
Hopkinsville, KY 42240

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent
101 Town and Country Lane, Suite 101
Hazard, KY 41701

Family Pharmacy of Jackson
265 Highway 15 South Ste. 2
Jackson, KY 41339

Ernest Watts
33 Blue Spruce Ridge
Hazard, KY 41701

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis, Registered Agent
221 East Main Street
Hazard, KY 41701

Hometown Pharmacy, Inc.
c/o Derek Lewis, Registered Agent
130 Hwy 80
P.O. Box 1746
Hyden, KY 41749

Joe Lewis
1302 N. Franklin Rd.
Indianapolis, IN 46219

Doug Morgan
105 Grapevine Place
Hazard, KY 41701

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, KY 40504

Wendell Short
137 River Oak Circle
London, KY 40744

Howard Family Pharmacy, Inc.
c/o Wesley W. Howard, Registered Agent
1453 Prater Fork
Hueysville, KY 41640

Wesley Howard
P.O. Box 1651
Harlan, KY 40831

Johns Creek Drug Center, Inc.
c/o Donnie K. Starnes, Registered Agent
181 Starnes Drive
Pikeville, KY 41501

Donnie K. Starnes
181 Starnes Drive
Pikeville, KY 41501

Jordan Drug, Inc.
FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

King Pharmacy, Inc.
c/o Leslie Scott, Registered Agent
900 Morton Blvd.
Hazard, KY 41701

Leslie Scott King
239 Artie Way
Hazard, KY 41701

Knott Prescription Center, Inc.
c/o Todd Hall, Registered Agent
59 West HWY 80, Suite 1
Hindman, KY 41822

Christopher Hall
c/o Knott Prescription Center, Inc.
59 West HWY 80, Ste. 1
Hindman, KY 41822

Charles Stuart Duff
538 Ridgeview Way
Hazard, KY 41701

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent
2400 Abbeywood Road
Lexington, KY 40515

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858

Manchester Professional Pharmacy, Inc.
c/o Steven Gregory Dawson, Registered Agent
Rt. 122, Box 700
McDowell, KY 41647

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Alicia Dawson
230 Frasure Creek
McDowell, KY 41647

Med-Mart Pharmacy, LLC
c/o Mike Sizemore, Registered Agent
87 CVB Drive
London, KY 40741

The Medicine Shoppe Hyden
c/o Ronnie Stewart, Registered Agent
22044 Main St.
Hyden, KY 41749

Ronnie Stewart
16 Hickory Street
Hyden, KY 41749

Mountain Clinic Pharmacy, LLC
c/o Brooks Webb, Registered Agent
1904 North Main Street
Hazard, KY 41701

Brooks Webb
3903 Wentworth Place
Lexington, KY 40515

Parkview Pharmacy, Inc.
c/o Valerie Akers
8274 KY Route 122
Minnie, KY 41651

PEJ, Inc.
c/o Everett L. Dunaway, Registered Agent
265 Kentucky Highway 15 South, Suite 2
Jackson, KY 41339

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 HWY 15 N.
Box 606
Jackson, KY 41339

Powers Pharmacy, Inc.
c/o David Powers, Registered Agent
73 #1 Hill
P.O. Box 66
Burdine, KY 41517

Professional Pharmacy of Hazard, PLLC
c/o Daniel Glen Thies, Registered Agent
233 Orchard Street
Hazard, KY 41701

Daniel Thies
69 Phoenix Place Blvd. 96
Hazard, KY 41701

Specialty Care Center Pharmacy of E. Kentucky
c/o Lori M. Hayden
11910 Berry Hill Road
Louisville, KY 40243

Barry Martin
3845 Real Quiet Lane
Lexington, KY 40509

| | |
|---|---|
| Robert Burton<br>1814 Clear Creek Road<br>Hazard, KY 41701 | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 HWY 317<br>Neon, KY 41840 |
| James Craig Stallard<br>1063 Dairy Hollow<br>Jenkins, KY 41537 | Walters-Griffin Enterprise, Inc.<br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Bo 2290<br>359 Hazard Rd.<br>Whitesburg, KY 41858 |
| William Reed Hall<br>74 Ohio Street<br>Whitesburg, KY 41858 | Robert Walters, Sr.<br>58 Anderson St.<br>Jenkins, KY 41537 |
| Thompson Discount Drug, Inc.<br>c/o F. Britton Thompson, Registered Agent<br>810 East 4th Street<br>London, KY 40741 | F. Britton Thompson<br>918 East 4th Street<br>London, KY 40741 |
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 | Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 |
| Todd Walters<br>21 Mink Lane<br>Pineville, KY 40977 | Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway 15<br>Hazard, KY 41701 |

                                                    *s/ Kyle M. Virgin*
                                                    *Counsel for Defendant,*
                                                    *Hospice of the Bluegrass, Inc.*