UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY ) | |
|     PLAINTIFF ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CASE NO.  6:24-cv-00007-REW-HAI |
| ) | |
| ) | |
| ) | |
| ) | Removed from Perry Circuit |
| ) | Court Case Number 23-CI-00442 |
| JORDAN DRUG, INC., ET AL. ) | |
|     DEFENDANTS ) | |
| ) | |

**MOTION TO DISMISS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

    Comes the Defendant, Jordan Drug, Inc., d/b/a Jackson Apothecary and d/b/a Breathitt Prescription Center (hereinafter collectively referred to as "Defendant"), by counsel, and hereby moves for dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  A Memorandum of Authorities in support of Defendant's Motion, and a proposed order, are filed contemporaneous herewith.

    Respectfully submitted,

    GOLDBERG SIMPSON, LLC

    */s/ J. W. Hall*
    Charles H. Cassis
    J. W. Hall
    Goldberg Simpson LLC
    Norton Commons
    9301 Dayflower Street
    Prospect, Kentucky 40059
    Telephone:(502) 589-4440
    Email:  ccassis@goldbergsimpson.com
    Email:  jhall@goldbergsimpson.com
    COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

This is to certify that the Court's ECF System will send notice of the foregoing on this the 22nd day of February, 2024, to all counsel of record.

*/s/ J. W. Hall*
J. W. Hall