**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**ELECTRONICALLY FILED**

JAMES A. CHANEY )
      PLAINTIFF )
)
)
)
v. )    CASE NO.  6:24-cv-00007-REW-HAI
)
)
)
)    Removed from Perry Circuit
)    Court Case Number 23-CI-00442
JORDAN DRUG, INC., ET AL. )
      DEFENDANTS )
_____ )

**ORDER**

**\*\*\* \*\*\* \*\*\* \*\*\***

Jordan Drug, Inc., d/b/a Jackson Apothecary and d/b/a Breathitt Prescription Center ("Defendants") having moved the Court for a dismissal of all claims made against them in the Complaint of Plaintiff James A. Chaney, and the Court having heard arguments of counsel, reviewed the record, and otherwise being duly and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is hereby GRANTED, and any and all claims against Jordan Drug, Inc., d/b/a Jackson Apothecary and d/b/a Breathitt Prescription Center are hereby dismissed with prejudice.

This is a final and appealable Order and there is no just cause for delay.

SO ORDERED this _____ day of _____, 2024.