UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY ) | |
|    PLAINTIFF ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 6:24-cv-00007-REW-HAI |
| ) | |
| ) | |
| ) | |
| ) | Removed from Perry Circuit |
| ) | Court Case Number 23-CI-00442 |
| JORDAN DRUG, INC., ET AL. ) | |
|    DEFENDANTS ) | |
| ) | |

**JORDAN DRUG, INC., D/B/A JACKSON APOTHECARY AND D/B/A BREATHITT PRESCRIPTION CENTER RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Fed. R. Civ. P. 7.1, Defendant Jordan Drug, Inc., d/b/a Jackson Apothecary and d/b/a Breathitt Prescription Center, files this Corporate Disclosure Statement and states as follows:

Jordan Drug, Inc., d/b/a Jackson Apothecary and d/b/a Breathitt Prescription Center, has no parent corporation; Jordan Drug, Inc., is the parent corporation. No publicly held company owns more than ten (10) percent of its stock.

/s/ *J. W. Hall*
Charles H. Cassis
J. W. Hall
GOLDBERG SIMPSON, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
T: (502) 589-4440
ccassis@goldbergsimpson.com
jhall@goldbergsimpson.com

**CERTIFICATE OF SERVICE**

  This is to certify that the Court's ECF System will send notice of the foregoing on this the 22nd day of February, 2024, to all counsel of record.

*/s/ J. W. Hall*
J. W. Hall
