**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| v. ) | |
| CVS PHARMACY, INC., *et al.*, ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR CLARIFICATION AND**
**MOTION TO STAY RESPONSIVE PLEADING DEADLINE**

Defendants Wal-Mart Stores East, L.P., Mike McIntosh, CVS Pharmacy, Inc., and Kentucky CVS Pharmacy, L.L.C. (collectively, "the Moving Defendants") move for clarification of the Court's February 22, 2024, Order granting Plaintiff's Motion to Stay Briefing on Defendants' Motions to Dismiss and staying "briefing on the motions to dismiss pending resolution" of Plaintiff's pending remand motion. D.E. 61 at p. 2 ("Stay Order"). The Court's Stay Order does not address the responsive pleading deadlines for Defendants—including the Moving Defendants—that have not yet responded to Plaintiff's Complaint.

Therefore, the Moving Defendants respectfully request that the Court clarify its Order to also stay the Moving Defendants' responsive pleading deadline until resolution of Plaintiff's Motion to Remand (D.E. 48), and to provide that if the remand motion is denied, the Court will set a deadline for the Moving Defendants to file their motions to dismiss.

1. Plaintiff filed this case in the Perry County Circuit Court, pleading claims predicated on alleged errors in Defendants' reporting of prescriptions in Kentucky's prescription

monitoring database. *See* Complaint, D.E. 1-1.  Plaintiff alleges that those errors led to his conviction in federal court on 175 counts "of various criminal offenses" and his sentence of "180 months in prison." *Id.* ¶ 118; *see also* Amended Judgment, *United States v. Chaney*, No. 6:14-cr-00037-GFVT-HAI, D.E. 519 (E.D. Ky. Nov. 7, 2017).

2. On January 16, 2024, Defendants Appalachian Regional Healthcare, Inc., Helen Herald, and Hollie Harris removed the case to this Court.  Notice of Removal, D.E. 1.

3. On February 2, 2024, Moving Defendants moved for an extension of time to respond to the Complaint.  D.E. 36.

4. On February 8, 2024, Plaintiff moved to remand, D.E. 48, and "to stay briefing on all pending Motions to Dismiss until this Court resolves Plaintiff's Motion to Remand." D.E. 49 at p. 1.

5. On February 12, 2024, the Court ordered that any opposition to Plaintiff's stay motion be filed by February 16, 2024.  D.E. 50.  That same day, the Court also extended Moving Defendants' responsive pleading deadline to February 29, 2024.  D.E. 51.

6. On February 22, 2024, after no Defendant had opposed Plaintiff's stay motion and finding that "the applicable factors support a stay," the Court granted Plaintiff's stay motion and stayed "briefing on the [pending] motions to dismiss pending resolution" of Plaintiff's remand motion.  Stay Order at p. 2.

7. The Stay Order does not address the responsive pleading deadlines for those Defendants, including the Moving Defendants, that have not yet responded to Plaintiff's Complaint.

8. The Moving Defendants respectfully request that their responsive pleading deadline be similarly stayed.  All of the factors supporting the Court's decision to stay briefing

2

on the pending motions to dismiss also weigh in favor of staying the Moving Defendants' responsive pleading deadline. The Court "cannot reach the merits" of motions to dismiss filed by the Moving Defendants "until resolving the jurisdictional question." *See id.* Moreover, because "federal courts apply a different standard than Kentucky state courts on motions to dismiss," any motions filed by the Moving Defendants would also "likely need to [be] re-brief[ed]" "at the state level" if this case is remanded. *Id.*

9. On February 22, 2024, following issuance of the Stay Order, Counsel for Plaintiff authorized Counsel for the Moving Defendants to advise the Court that Plaintiff does not oppose the entry of an order staying the Moving Defendants' responsive pleading deadline until the remand motion is resolved.

WHEREFORE, the Moving Defendants respectfully ask this Court to enter the attached proposed order clarifying that their responsive pleading deadline is stayed until resolution of the Motion to Remand, and that if the remand motion is denied, the Court will set a deadline for the Moving Defendants to file their motions to dismiss.

Dated this 23rd day of February, 2024.

                                                Respectfully Submitted,

| | |
|---|---|
| /s/ Jay Ridings | /s/ Darryl W. Durham |
| Jay Milby Ridings | Darryl W. Durham |
| Marcia Milby Ridings | SEILLER WATERMAN, LLC |
| HAMM, MILBY & RIDINGS PLLC | 462 South Fourth Street |
| 120 N. Main St. | 22nd Floor |
| London, KY 40741 | Louisville, KY 40202 |
| Telephone: 606.864.4126 | Telephone: 502.584.7400 |
| Fax: 606.878.8144 | Fax: 502.583.2100 |
| jridings@hmrkylaw.com | ddurham@derbycitylaw.com |
| marcia@hmrkylaw.com | |
| | |
| COUNSEL FOR WALMART STORES EAST, L.P., AND MIKE MCINTOSH | COUNSEL FOR CVS PHARMACY INC. AND KENTUCKY CVS PHARMACY, L.L.C. |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Clarification and Unopposed Motion to Stay Responsive Pleading Deadline was served on February 23, 2024, either: (i) by CM/ECF to all counsel of record; or (ii) by U.S. Mail on the parties listed below at the address listed in the Complaint or Notice of Removal.

| | |
|---|---|
| Ryan McGrainer c/o<br>CVS Pharmacy<br>30 South Kentucky Highway 15<br>Hazard, KY 41701 | Broadway Clinic Pharmacy, Inc. d/b/a<br>Medicine Cabinet Pharmacy<br>c/o Timothy S. Eldridge, Registered Agent<br>114 N. Main Cross St.<br>Flemingsburg, KY 41041 |
| James Shackleford 1033<br>Bee Hive Rd.<br>Slemp, KY 41763-8910 | Manchester Pharmacist Group, LLC<br>d/b/a Family Drug Center<br>c/o Justin Bell, Registered Agent<br>2425 Williamsburg Estates Ln<br>Lexington, KY 40504 |
| Sherry Sutherland<br>131 Sutherland Dr.<br>Bimble, KY 40915-6131 | |
| R/X Discount Pharmacy of Hazard, Inc. c/o<br>Richard K. Slone, Registered Agent 500<br>Morton Blvd.<br>Hazard, KY 41701 | Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 |
| Susan Fields 120<br>Holly Drive<br>Hazard, KY 41701 | FBT LLC Lexington<br>2700 Lexington Financial Center<br>Lexington, KY 40507-1742 |

/s/ Jay Ridings

5