UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| v. ) | |
| ) | |
| CVS PHARMACY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

Having reviewed the Unopposed Motion for Clarification and Motion to Stay Responsive Pleading Deadline filed by Defendants Wal-Mart Stores East, L.P., Mike McIntosh, CVS Pharmacy, Inc., and Kentucky CVS Pharmacy, L.L.C. (collectively, "the Moving Defendants"), and good cause appearing, it is hereby ORDERED that the Motion is GRANTED and that Moving Defendants' responsive pleading deadline is stayed until resolution of Plaintiff's Motion to Remand.  If the remand motion is denied, the Court will set a deadline for the Moving Defendants to file their motions to dismiss.

SO ORDERED this ____ day of _____, 2024.

_____
Hon. Robert E. Wier
United States District Judge