UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:24-CV-7-REW-HAI |
| v. | ) | |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

The Court previously entered an Order granting Plaintiff James A. Chaney's motion to stay briefing on all pending motions to dismiss. *See* DE 49 (Motion); 61 (Order). Now, Defendants Wal-Mart Stores East, L.P., Mike McIntosh, CVS Pharmacy, Inc., and Kentucky CVS Pharmacy LLC "request that the Court clarify" that its DE 61 Order extends to their responsive pleading and motion to dismiss deadlines. *See* DE 63. In light of the instant motion, the Court is considering staying all responsive pleading and motion deadlines—except for those relating to Chaney's DE 48 motion to remand—pending resolution of the jurisdictional question. Any party opposing a stay of that breadth shall file a response no later than **March 1, 2024**.

This the 23rd day of February, 2024.

Signed By:
*Robert E. Wier*  REW
United States District Judge

1