Ex. C



EXHIBIT C