Ex. D

**1077660.06**
dwilliams
ADD
Alison Lundergan Grimes
Kentucky Secretary of State
Received and Filed:
11/14/2019 12:13 PM
Fee Receipt: $40.00

**COMMONWEALTH OF KENTUCKY**
**ALISON LUNDERGAN GRIMES, SECRETARY OF STATE**

| | | |
|---|---|---|
| **Division of Business Filings**<br>Business Filings<br>PO Box 718, Frankfort, KY 40602<br>(502) 564-3490<br>www.sos.ky.gov | **Articles of Organization**<br>**Limited Liability Company** | **KLC** |

Pursuant to KRS 14A and KRS 275, the undersigned applies to qualify and for that purpose submits the following statements:

Article I: The name of the limited liability company is
_Hometown Pharmacy of Hazard, LLC._

Article II: The street address of the limited liability company's initial registered office in Kentucky is
_221 East Main Street_     _Hazard_     _Kentucky_     _41701_
Street Address Only (No Post Office Box Numbers) | City | State | Zip Code

and the name of the initial registered agent at that office is _Derek Lewis_

Article III: The mailing address of the limited liability company's initial principal office is
_PO Box 3073_     _London_     _Kentucky_     _40743_
Street Address or Post Office Box Number | City | State | Zip Code

Article IV: The limited liability company is to be managed by (must check one):

✓ A. a manager(s).
___ B. its member(s).

Article V: This application will be effective upon filing, unless a delayed effective date and/or time is provided. The effective date or the delayed effective date cannot be prior to the date the application is filed. The date and/or time is _____.

Please indicate the county in which your business operates:
County: _Perry_

*To complete the following, please shade the box completely.*

Please indicate the size of your business:
☒ Small (Fewer than 50 employees)
☐ Large (50 or more employees)

Please indicate whether any of the following applies to your business ownership:
☐ Women Owned   ☐ Veteran Owned   ☐ Minority Owned

Please indicate which of the following best describes your business:
☐ Agriculture      ☐ Mining         ☐ Services        ☐ Construction
☐ Wholesale Trade  ☐ Retail Trade   ☐ Manufacturing   ☐ Finance, Insurance, Real Estate
☐ Public Administration   ☐ Transportation, Communications, Electric, Gas, Sanitary Services
☒ Other

I/We declare under penalty of perjury under the laws of the state of Kentucky that the foregoing is true and correct.

_Keisha C. Feltner_ | _Keisha C. Feltner, Manager_ | _11/6/19_
Signature of Organizer | Printed Name & Title | Date

_[signature]_ | _Derek Lewis, Manager_ | _11/6/19_
Signature of Organizer | Printed Name & Title | Date

I, _Derek Lewis_, consent to serve as the registered agent on behalf of the limited liability company.
Print Name of Registered Agent

_[signature]_ | _Derek Lewis_ | _11/6/19_
Signature of Registered Agent | Printed Name | Date

**EXHIBIT D**

(05/17)