UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| JAMES A. CHANEY ) | |
| ) | Civil Action No. 6:24-cv-0007-REW-HAI |
| PLAINTIFF, ) | |
| ) | |
| V ) | |
| ) | |
| CVS PHARMACY, INC., *et al.* ) | |
| ) | |
| DEFENDANTS. | |

**ORDER**

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant, Hometown Pharmacy of Hazard, LLC ("Defendant"), having moved the Court for a dismissal of all claims made against them in the Complaint of Plaintiff, James A. Chaney, and the Court having heard arguments of counsel, reviewed the record, and otherwise being duly and sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is hereby **GRANTED**.  Plaintiff, James Chaney's claims against Defendant, Hometown Pharmacy of Hazard, LLC, are hereby dismissed **WITH PREJUDICE**.

This is a final and appealable Order and there is no just cause for delay.

**SO ORDERED** this _____ day of _____, 2024.


BY: _____
JUDGE, U.S. DISTRICT COURT