UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**Eastern District of Kentucky**
**F I L E D**

APR 1 8 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>JAMES ALVIN CHANEY, LESA L. )<br>CHANEY, and ACE CLINIQUE OF )<br>MEDICINE, LLC, )<br><br>Defendants. ) | Criminal No. 14-37<br><br><br>**VERDICT FORM** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 1, you must find beyond a reasonable doubt that:

1. On or about March 7, 2006, and continuing through on or about October 21, 2014, in Perry County, Kentucky, two or more persons conspired, or agreed, to commit the crime of knowingly and intentionally distributing and/or dispensing Schedule II or III controlled substances outside the usual course of professional practice and not for a legitimate medical purpose.

2. The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

GUILTY  X         NOT GUILTY ____

Based on these elements, how do you find the defendant Lesa L. Chaney?

GUILTY  X         NOT GUILTY ____

1

**EXHIBIT G**

**EXHIBIT 4**

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

GUILTY **X**        NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 2-13 and 32-39, you must find beyond a reasonable doubt that:

1.   The defendant, aided and abetted by others, distributed or dispensed a Schedule II controlled substance (Oxycodone);

2.   The defendant acted knowingly and intentionally; and

3.   The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 2: | GUILTY **X** | NOT GUILTY _____ |
| Count 3: | GUILTY **X** | NOT GUILTY _____ |
| Count 4: | GUILTY **X** | NOT GUILTY _____ |
| Count 5: | GUILTY **X** | NOT GUILTY _____ |
| Count 6: | GUILTY **X** | NOT GUILTY _____ |
| Count 7: | GUILTY **X** | NOT GUILTY _____ |
| Count 8: | GUILTY **X** | NOT GUILTY _____ |
| Count 9: | GUILTY **X** | NOT GUILTY _____ |
| Count 10: | GUILTY **X** | NOT GUILTY _____ |
| Count 11: | GUILTY **X** | NOT GUILTY _____ |
| Count 12: | GUILTY **X** | NOT GUILTY _____ |
| Count 13: | GUILTY **X** | NOT GUILTY _____ |
| Count 32: | GUILTY **X** | NOT GUILTY _____ |

**EXHIBIT 4**

Count 33:           GUILTY  X          NOT GUILTY _____
Count 34:           GUILTY  X          NOT GUILTY _____
Count 35:           GUILTY  X          NOT GUILTY _____
Count 36:           GUILTY  X          NOT GUILTY _____
Count 37:           GUILTY  X          NOT GUILTY _____
Count 38:           GUILTY  X          NOT GUILTY _____
Count 39:           GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 2:            GUILTY  X          NOT GUILTY _____
Count 3:            GUILTY  X          NOT GUILTY _____
Count 4:            GUILTY  X          NOT GUILTY _____
Count 5:            GUILTY  X          NOT GUILTY _____
Count 6:            GUILTY  X          NOT GUILTY _____
Count 7:            GUILTY  X          NOT GUILTY _____
Count 8:            GUILTY  X          NOT GUILTY _____
Count 9:            GUILTY  X          NOT GUILTY _____
Count 10:           GUILTY  X          NOT GUILTY _____
Count 11:           GUILTY  X          NOT GUILTY _____
Count 12:           GUILTY  X          NOT GUILTY _____
Count 13:           GUILTY  X          NOT GUILTY _____
Count 32:           GUILTY  X          NOT GUILTY _____
Count 33:           GUILTY  X          NOT GUILTY _____
Count 34:           GUILTY  X          NOT GUILTY _____
Count 35:           GUILTY  X          NOT GUILTY _____
Count 36:           GUILTY  X          NOT GUILTY _____
Count 37:           GUILTY  X          NOT GUILTY _____
Count 38:           GUILTY  X          NOT GUILTY _____
Count 39:           GUILTY  X          NOT GUILTY _____

3

**EXHIBIT 4**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 14-31 and 40-62, you must find beyond a reasonable doubt that:

   1.   The defendant, aided and abetted by others, distributed or dispensed a Schedule III controlled substance (Hydrocodone);

   2.   The defendant acted knowingly and intentionally; and

   3.   The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 14: | GUILTY  X  | NOT GUILTY ____ |
| Count 15: | GUILTY  X  | NOT GUILTY ____ |
| Count 16: | GUILTY  X  | NOT GUILTY ____ |
| Count 17: | GUILTY  X  | NOT GUILTY ____ |
| Count 18: | GUILTY  X  | NOT GUILTY ____ |
| Count 19: | GUILTY  X  | NOT GUILTY ____ |
| Count 20: | GUILTY  X  | NOT GUILTY ____ |
| Count 21: | GUILTY  X  | NOT GUILTY ____ |
| Count 22: | GUILTY  X  | NOT GUILTY ____ |
| Count 23: | GUILTY  X  | NOT GUILTY ____ |
| Count 24: | GUILTY  X  | NOT GUILTY ____ |
| Count 25: | GUILTY  X  | NOT GUILTY ____ |
| Count 26: | GUILTY  X  | NOT GUILTY ____ |
| Count 27: | GUILTY  X  | NOT GUILTY ____ |
| Count 28: | GUILTY  X  | NOT GUILTY ____ |
| Count 29: | GUILTY  X  | NOT GUILTY ____ |
| Count 30: | GUILTY  X  | NOT GUILTY ____ |

**EXHIBIT 4**

Count 31:            GUILTY  X          NOT GUILTY _____
Count 40:            GUILTY  X          NOT GUILTY _____
Count 41:            GUILTY  X          NOT GUILTY _____
Count 42:            GUILTY  X          NOT GUILTY _____
Count 43:            GUILTY  X          NOT GUILTY _____
Count 44:            GUILTY  X          NOT GUILTY _____
Count 45:            GUILTY  X          NOT GUILTY _____
Count 46:            GUILTY  X          NOT GUILTY _____
Count 47:            GUILTY  X          NOT GUILTY _____
Count 48:            GUILTY  X          NOT GUILTY _____
Count 49:            GUILTY  X          NOT GUILTY _____
Count 50:            GUILTY  X          NOT GUILTY _____
Count 51:            GUILTY  X          NOT GUILTY _____
Count 52:            GUILTY  X          NOT GUILTY _____
Count 53:            GUILTY  X          NOT GUILTY _____
Count 54:            GUILTY  X          NOT GUILTY _____
Count 55:            GUILTY  X          NOT GUILTY _____
Count 56:            GUILTY  X          NOT GUILTY _____
Count 57:            GUILTY  X          NOT GUILTY _____
Count 58:            GUILTY  X          NOT GUILTY _____
Count 59:            GUILTY  X          NOT GUILTY _____
Count 60:            GUILTY  X          NOT GUILTY _____
Count 61:            GUILTY  X          NOT GUILTY _____
Count 62:            GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 14:            GUILTY  X          NOT GUILTY _____
Count 15:            GUILTY  X          NOT GUILTY _____
Count 16:            GUILTY  X          NOT GUILTY _____
Count 17:            GUILTY  X          NOT GUILTY _____

5

**EXHIBIT 4**

| | | |
|---|---|---|
| Count 18: | GUILTY  X | NOT GUILTY _____ |
| Count 19: | GUILTY  X | NOT GUILTY _____ |
| Count 20: | GUILTY  X | NOT GUILTY _____ |
| Count 21: | GUILTY  X | NOT GUILTY _____ |
| Count 22: | GUILTY  X | NOT GUILTY _____ |
| Count 23: | GUILTY  X | NOT GUILTY _____ |
| Count 24: | GUILTY  X | NOT GUILTY _____ |
| Count 25: | GUILTY  X | NOT GUILTY _____ |
| Count 26: | GUILTY  X | NOT GUILTY _____ |
| Count 27: | GUILTY  X | NOT GUILTY _____ |
| Count 28: | GUILTY  X | NOT GUILTY _____ |
| Count 29: | GUILTY  X | NOT GUILTY _____ |
| Count 30: | GUILTY  X | NOT GUILTY _____ |
| Count 31: | GUILTY  X | NOT GUILTY _____ |
| Count 40: | GUILTY  X | NOT GUILTY _____ |
| Count 41: | GUILTY  X | NOT GUILTY _____ |
| Count 42: | GUILTY  X | NOT GUILTY _____ |
| Count 43: | GUILTY  X | NOT GUILTY _____ |
| Count 44: | GUILTY  X | NOT GUILTY _____ |
| Count 45: | GUILTY  X | NOT GUILTY _____ |
| Count 46: | GUILTY  X | NOT GUILTY _____ |
| Count 47: | GUILTY  X | NOT GUILTY _____ |
| Count 48: | GUILTY  X | NOT GUILTY _____ |
| Count 49: | GUILTY  X | NOT GUILTY _____ |
| Count 50: | GUILTY  X | NOT GUILTY _____ |
| Count 51: | GUILTY  X | NOT GUILTY _____ |
| Count 52: | GUILTY  X | NOT GUILTY _____ |
| Count 53: | GUILTY  X | NOT GUILTY _____ |
| Count 54: | GUILTY  X | NOT GUILTY _____ |
| Count 55: | GUILTY  X | NOT GUILTY _____ |
| Count 56: | GUILTY  X | NOT GUILTY _____ |

**EXHIBIT 4**

Count 57:          GUILTY __X__          NOT GUILTY _____

Count 58:          GUILTY __X__          NOT GUILTY _____

Count 59:          GUILTY __X__          NOT GUILTY _____

Count 60:          GUILTY __X__          NOT GUILTY _____

Count 61:          GUILTY __X__          NOT GUILTY _____

Count 62:          GUILTY __X__          NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Counts 63 and 64, you must find beyond a reasonable doubt that:

1. During the time period specified in each Count, the defendant(s) knowingly maintained a place, Ace Clinique of Medicine, LLC;

2. The defendant did so for the purpose of distributing or dispensing a controlled substance; and

3. The distribution or dispensation of the controlled substance was not for a legitimate medical purpose and in the usual course of professional practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 63:          GUILTY __X__          NOT GUILTY _____

Count 64:          GUILTY __X__          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 63:          GUILTY __X__          NOT GUILTY _____

Count 64:          GUILTY __X__          NOT GUILTY _____

7

**EXHIBIT 4**

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 63:          GUILTY __X__          NOT GUILTY _____

Count 64:          GUILTY __X__          NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Count 65, you must find beyond a reasonable doubt that:

1. Beginning on or about June 2006, and continuing through on or about August 22, 2014, two or more persons conspired, or agreed, to commit money laundering in violation of at least one of the two federal statutes described in the Indictment, 18 U.S.C. § 1956(a)(1)(A) or 1956(a)(1)(B); and

2. The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 65:          GUILTY __X__          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 65:          GUILTY __X__          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 65:          GUILTY __X__          NOT GUILTY _____

8

**EXHIBIT 4**

Case: 6:24-cv-00007-REW-HAI   Doc #: 66-4   Filed: 02/29/24   Page: 9 of 31 - Page ID#:
2050

Case: 6:24-cv-00007-REW-HAI   Doc #: 16-2   Filed: 01/23/24   Page: 9 of 32 - Page ID#:
1696

ᵣ Case: 6:14-cr-00037-GFVT-HAI   Doc #: 281   Filed: 04/18/16   Page: 9 of 31 - Page ID#:
2962

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant guilty of Count 66 and 67, you must find beyond a reasonable doubt that:

1.      Dr. Chaney, aided and abetted by others, acquired or obtained possession of a controlled substance;

2.      Dr. Chaney did so by misrepresentation, fraud, deception, or subterfuge; and

3.      Dr. Chaney did so knowingly and intentionally.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 66:        GUILTY X         NOT GUILTY _____
Count 67:        GUILTY X         NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 68, you must find beyond a reasonable doubt that:

1.      Two or more persons conspired, or agreed, to commit the crime of health care fraud.

2.      The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 68:        GUILTY X         NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 68:        GUILTY X         NOT GUILTY _____

9

**EXHIBIT 4**

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 68:                    GUILTY _X_              NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Counts 70-111 (MRI scheme), 112-122 (urine drug scheme – unnecessary tests), 123-147 (urine drug scheme – altered test results), 148-195 (hospital billings), 197 (fraudulent billings), and 234 (nerve conduction studies), you must find beyond a reasonable doubt that:

1.     The defendant and others knowingly and willfully executed a scheme to defraud a health-care benefit program affecting interstate commerce, that is Medicare and Medicaid, or to obtain money owned by, or under the custody or control of, a health-care benefit program, by means of false or fraudulent pretenses, representations, or promises;

2.     The false or fraudulent pretenses, representations, or promises related to a material fact; and

3.     The defendant had the intent to defraud.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:          GUILTY _____          NOT GUILTY _X_
Count 71:          GUILTY _____          NOT GUILTY _X_
Count 72:          GUILTY _____          NOT GUILTY _X_
Count 73:          GUILTY _____          NOT GUILTY _X_
Count 74:          GUILTY _____          NOT GUILTY _X_
Count 75:          GUILTY _____          NOT GUILTY _X_

10

**EXHIBIT 4**

| Count 76:  | GUILTY ____ | NOT GUILTY X |
| Count 77:  | GUILTY ____ | NOT GUILTY X |
| Count 78:  | GUILTY ____ | NOT GUILTY X |
| Count 79:  | GUILTY ____ | NOT GUILTY X |
| Count 80:  | GUILTY ____ | NOT GUILTY X |
| Count 81:  | GUILTY ____ | NOT GUILTY X |
| Count 82:  | GUILTY ____ | NOT GUILTY X |
| Count 83:  | GUILTY ____ | NOT GUILTY X |
| Count 85:  | GUILTY ____ | NOT GUILTY X |
| Count 86:  | GUILTY ____ | NOT GUILTY X |
| Count 87:  | GUILTY ____ | NOT GUILTY X |
| Count 88:  | GUILTY ____ | NOT GUILTY X |
| Count 89:  | GUILTY ____ | NOT GUILTY X |
| Count 90:  | GUILTY ____ | NOT GUILTY X |
| Count 91:  | GUILTY ____ | NOT GUILTY X |
| Count 92:  | GUILTY ____ | NOT GUILTY X |
| Count 93:  | GUILTY ____ | NOT GUILTY X |
| Count 94:  | GUILTY ____ | NOT GUILTY X |
| Count 95:  | GUILTY ____ | NOT GUILTY X |
| Count 96:  | GUILTY ____ | NOT GUILTY X |
| Count 97:  | GUILTY ____ | NOT GUILTY X |
| Count 98:  | GUILTY ____ | NOT GUILTY X |
| Count 99:  | GUILTY ____ | NOT GUILTY X |
| Count 100: | GUILTY ____ | NOT GUILTY X |
| Count 102: | GUILTY ____ | NOT GUILTY X |
| Count 103: | GUILTY ____ | NOT GUILTY X |
| Count 104: | GUILTY ____ | NOT GUILTY X |
| Count 105: | GUILTY ____ | NOT GUILTY X |
| Count 106: | GUILTY ____ | NOT GUILTY X |
| Count 107: | GUILTY ____ | NOT GUILTY X |
| Count 108: | GUILTY ____ | NOT GUILTY X |

**EXHIBIT 4**

Count 109:          GUILTY _____          NOT GUILTY _X_
Count 110:          GUILTY _____          NOT GUILTY _X_
Count 111:          GUILTY _____          NOT GUILTY _X_

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:          GUILTY _X_          NOT GUILTY _____
Count 113:          GUILTY _X_          NOT GUILTY _____
Count 114:          GUILTY _X_          NOT GUILTY _____
Count 115:          GUILTY _X_          NOT GUILTY _____
Count 116:          GUILTY _X_          NOT GUILTY _____
Count 117:          GUILTY _X_          NOT GUILTY _____
Count 118:          GUILTY _X_          NOT GUILTY _____
Count 119:          GUILTY _X_          NOT GUILTY _____
Count 120:          GUILTY _X_          NOT GUILTY _____
Count 121:          GUILTY _X_          NOT GUILTY _____
Count 122:          GUILTY _X_          NOT GUILTY _____

Counts 123-147 (urine drugs scheme – altered test results)

Count 123:          GUILTY _X_          NOT GUILTY _____
Count 124:          GUILTY _X_          NOT GUILTY _____
Count 125:          GUILTY _X_          NOT GUILTY _____
Count 126:          GUILTY _X_          NOT GUILTY _____
Count 127:          GUILTY _X_          NOT GUILTY _____
Count 128:          GUILTY _X_          NOT GUILTY _____
Count 129:          GUILTY _X_          NOT GUILTY _____
Count 130:          GUILTY _X_          NOT GUILTY _____
Count 131:          GUILTY _X_          NOT GUILTY _____
Count 132:          GUILTY _X_          NOT GUILTY _____
Count 133:          GUILTY _X_          NOT GUILTY _____

12

**EXHIBIT 4**

Count 134:            GUILTY  X            NOT GUILTY ____
Count 135:            GUILTY  X            NOT GUILTY ____
Count 136:            GUILTY  X            NOT GUILTY ____
Count 137:            GUILTY  X            NOT GUILTY ____
Count 138:            GUILTY  X            NOT GUILTY ____
Count 139:            GUILTY  X            NOT GUILTY ____
Count 140:            GUILTY  X            NOT GUILTY ____
Count 141:            GUILTY  X            NOT GUILTY ____
Count 142:            GUILTY  X            NOT GUILTY ____
Count 143:            GUILTY  X            NOT GUILTY ____
Count 144:            GUILTY  X            NOT GUILTY ____
Count 145:            GUILTY  X            NOT GUILTY ____
Count 146:            GUILTY  X            NOT GUILTY ____
Count 147:            GUILTY  X            NOT GUILTY ____

Counts 148-195 (hospital billings)

Count 148:            GUILTY ____          NOT GUILTY  X
Count 149:            GUILTY ____          NOT GUILTY  X
Count 150:            GUILTY  X            NOT GUILTY ____
Count 151:            GUILTY  X            NOT GUILTY ____
Count 152:            GUILTY  X            NOT GUILTY ____
Count 153:            GUILTY  X            NOT GUILTY ____
Count 154:            GUILTY  X            NOT GUILTY ____
Count 155:            GUILTY  X            NOT GUILTY ____
Count 156:            GUILTY  X            NOT GUILTY ____
Count 157:            GUILTY  X            NOT GUILTY ____
Count 158:            GUILTY  X            NOT GUILTY ____
Count 159:            GUILTY  X            NOT GUILTY ____
Count 160:            GUILTY  X            NOT GUILTY ____
Count 161:            GUILTY  X            NOT GUILTY ____

13

**EXHIBIT 4**

| | | |
|---|---|---|
| Count 162: | GUILTY __X__ | NOT GUILTY ____ |
| Count 163: | GUILTY __X__ | NOT GUILTY ____ |
| Count 164: | GUILTY ____ | NOT GUILTY __X__ |
| Count 165: | GUILTY __X__ | NOT GUILTY ____ |
| Count 166: | GUILTY __X__ | NOT GUILTY ____ |
| Count 167: | GUILTY __X__ | NOT GUILTY ____ |
| Count 168: | GUILTY __X__ | NOT GUILTY ____ |
| Count 169: | GUILTY ____ | NOT GUILTY __X__ |
| Count 170: | GUILTY ____ | NOT GUILTY __X__ |
| Count 171: | GUILTY __X__ | NOT GUILTY ____ |
| Count 172: | GUILTY __X__ | NOT GUILTY ____ |
| Count 173: | GUILTY ____ | NOT GUILTY __X__ |
| Count 174: | GUILTY ____ | NOT GUILTY __X__ |
| Count 175: | GUILTY __X__ | NOT GUILTY ____ |
| Count 176: | GUILTY ____ | NOT GUILTY __X__ |
| Count 177: | GUILTY __X__ | NOT GUILTY ____ |
| Count 178: | GUILTY ____ | NOT GUILTY __X__ |
| Count 179: | GUILTY ____ | NOT GUILTY __X__ |
| Count 180: | GUILTY __X__ | NOT GUILTY ____ |
| Count 181: | GUILTY ____ | NOT GUILTY __X__ |
| Count 182: | GUILTY __X__ | NOT GUILTY ____ |
| Count 183: | GUILTY ____ | NOT GUILTY __X__ |
| Count 184: | GUILTY ____ | NOT GUILTY __X__ |
| Count 185: | GUILTY ____ | NOT GUILTY __X__ |
| Count 186: | GUILTY __X__ | NOT GUILTY ____ |
| Count 187: | GUILTY ____ | NOT GUILTY __X__ |
| Count 188: | GUILTY __X__ | NOT GUILTY ____ |
| Count 189: | GUILTY ____ | NOT GUILTY __X__ |
| Count 190: | GUILTY ____ | NOT GUILTY __X__ |
| Count 191: | GUILTY __X__ | NOT GUILTY ____ |
| Count 192: | GUILTY __X__ | NOT GUILTY ____ |

14

**EXHIBIT 4**

Count 193:          GUILTY _____          NOT GUILTY _✗_

Count 194:          GUILTY _____          NOT GUILTY _✗_

Count 195:          GUILTY _____          NOT GUILTY _✗_

Count 197 (fraudulent billings)

Count 197:          GUILTY _✗_          NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:          GUILTY _✗_          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:          GUILTY _____          NOT GUILTY _✗_

Count 71:          GUILTY _____          NOT GUILTY _✗_

Count 72:          GUILTY _____          NOT GUILTY _✗_

Count 73:          GUILTY _____          NOT GUILTY _✗_

Count 74:          GUILTY _____          NOT GUILTY _✗_

Count 75:          GUILTY _____          NOT GUILTY _✗_

Count 76:          GUILTY _____          NOT GUILTY _✗_

Count 77:          GUILTY _____          NOT GUILTY _✗_

Count 78:          GUILTY _____          NOT GUILTY _✗_

Count 79:          GUILTY _____          NOT GUILTY _✗_

Count 80:          GUILTY _____          NOT GUILTY _✗_

Count 81:          GUILTY _____          NOT GUILTY _✗_

Count 82:          GUILTY _____          NOT GUILTY _✗_

Count 83:          GUILTY _____          NOT GUILTY _✗_

Count 85:          GUILTY _____          NOT GUILTY _✗_

15

**EXHIBIT 4**

Count 86:          GUILTY _____          NOT GUILTY _X_
Count 87:          GUILTY _____          NOT GUILTY _X_
Count 88:          GUILTY _____          NOT GUILTY _X_
Count 89:          GUILTY _____          NOT GUILTY _X_
Count 90:          GUILTY _____          NOT GUILTY _X_
Count 91:          GUILTY _____          NOT GUILTY _X_
Count 92:          GUILTY _____          NOT GUILTY _X_
Count 93:          GUILTY _____          NOT GUILTY _X_
Count 94:          GUILTY _____          NOT GUILTY _X_
Count 95:          GUILTY _____          NOT GUILTY _X_
Count 96:          GUILTY _____          NOT GUILTY _X_
Count 97:          GUILTY _____          NOT GUILTY _X_
Count 98:          GUILTY _____          NOT GUILTY _X_
Count 99:          GUILTY _____          NOT GUILTY _X_
Count 100:         GUILTY _____          NOT GUILTY _X_
Count 102:         GUILTY _____          NOT GUILTY _X_
Count 103:         GUILTY _____          NOT GUILTY _X_
Count 104:         GUILTY _____          NOT GUILTY _X_
Count 105:         GUILTY _____          NOT GUILTY _X_
Count 106:         GUILTY _____          NOT GUILTY _X_
Count 107:         GUILTY _____          NOT GUILTY _X_
Count 108:         GUILTY _____          NOT GUILTY _X_
Count 109:         GUILTY _____          NOT GUILTY _X_
Count 110:         GUILTY _____          NOT GUILTY _X_
Count 111:         GUILTY _____          NOT GUILTY _X_

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:         GUILTY _X_            NOT GUILTY _____
Count 113:         GUILTY _X_            NOT GUILTY _____
Count 114:         GUILTY _X_            NOT GUILTY _____

16

**EXHIBIT 4**

Count 115:        GUILTY  X        NOT GUILTY ____
Count 116:        GUILTY  X        NOT GUILTY ____
Count 117:        GUILTY  X        NOT GUILTY ____
Count 118:        GUILTY  X        NOT GUILTY ____
Count 119:        GUILTY  X        NOT GUILTY ____
Count 120:        GUILTY  X        NOT GUILTY ____
Count 121:        GUILTY  X        NOT GUILTY ____
Count 122:        GUILTY  X        NOT GUILTY ____

Counts 148-195 (hospital billings)

Count 148:        GUILTY ____        NOT GUILTY  X
Count 149:        GUILTY ____        NOT GUILTY  X
Count 150:        GUILTY ____        NOT GUILTY  X
Count 151:        GUILTY ____        NOT GUILTY  X
Count 152:        GUILTY ____        NOT GUILTY  X
Count 153:        GUILTY ____        NOT GUILTY  X
Count 154:        GUILTY ____        NOT GUILTY  X
Count 155:        GUILTY ____        NOT GUILTY  X
Count 156:        GUILTY ____        NOT GUILTY  X
Count 157:        GUILTY ____        NOT GUILTY  X
Count 158:        GUILTY ____        NOT GUILTY  X
Count 159:        GUILTY ____        NOT GUILTY  X
Count 160:        GUILTY ____        NOT GUILTY  X
Count 161:        GUILTY ____        NOT GUILTY  X
Count 162:        GUILTY ____        NOT GUILTY  X
Count 163:        GUILTY ____        NOT GUILTY  X
Count 164:        GUILTY ____        NOT GUILTY  X
Count 165:        GUILTY ____        NOT GUILTY  X
Count 166:        GUILTY ____        NOT GUILTY  X
Count 167:        GUILTY ____        NOT GUILTY  X

17

**EXHIBIT 4**

Count 168:        GUILTY _____        NOT GUILTY X___
Count 169:        GUILTY _____        NOT GUILTY X___
Count 170:        GUILTY _____        NOT GUILTY X___
Count 171:        GUILTY _____        NOT GUILTY X___
Count 172:        GUILTY _____        NOT GUILTY X___
Count 173:        GUILTY _____        NOT GUILTY X___
Count 174:        GUILTY _____        NOT GUILTY X___
Count 175:        GUILTY _____        NOT GUILTY X___
Count 176:        GUILTY _____        NOT GUILTY X___
Count 177:        GUILTY _____        NOT GUILTY X___
Count 178:        GUILTY _____        NOT GUILTY X___
Count 179:        GUILTY _____        NOT GUILTY X___
Count 180:        GUILTY _____        NOT GUILTY X___
Count 181:        GUILTY _____        NOT GUILTY X___
Count 182:        GUILTY _____        NOT GUILTY X___
Count 183:        GUILTY _____        NOT GUILTY X___
Count 184:        GUILTY _____        NOT GUILTY X___
Count 185:        GUILTY _____        NOT GUILTY X___
Count 186:        GUILTY _____        NOT GUILTY X___
Count 187:        GUILTY _____        NOT GUILTY X___
Count 188:        GUILTY _____        NOT GUILTY X___
Count 189:        GUILTY _____        NOT GUILTY X___
Count 190:        GUILTY _____        NOT GUILTY X___
Count 191:        GUILTY _____        NOT GUILTY X___
Count 192:        GUILTY _____        NOT GUILTY X___
Count 193:        GUILTY _____        NOT GUILTY X___
Count 194:        GUILTY _____        NOT GUILTY X___
Count 195:        GUILTY _____        NOT GUILTY X___

18

**EXHIBIT 4**

Count 197 (fraudulent billings)

Count 197:          GUILTY  X          NOT GUILTY ____

Count 234 (nerve conduction tests)

Count 234:          GUILTY  X          NOT GUILTY ____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Counts 70-111 (MRI scheme)

Count 70:          GUILTY ____          NOT GUILTY  X
Count 71:          GUILTY ____          NOT GUILTY  X
Count 72:          GUILTY ____          NOT GUILTY  X
Count 73:          GUILTY ____          NOT GUILTY  X
Count 74:          GUILTY ____          NOT GUILTY  X
Count 75:          GUILTY ____          NOT GUILTY  X
Count 76:          GUILTY ____          NOT GUILTY  X
Count 77:          GUILTY ____          NOT GUILTY  X
Count 78:          GUILTY ____          NOT GUILTY  X
Count 79:          GUILTY ____          NOT GUILTY  X
Count 80:          GUILTY ____          NOT GUILTY  X
Count 81:          GUILTY ____          NOT GUILTY  X
Count 82:          GUILTY ____          NOT GUILTY  X
Count 83:          GUILTY ____          NOT GUILTY  X
Count 85:          GUILTY ____          NOT GUILTY  X
Count 86:          GUILTY ____          NOT GUILTY  X
Count 87:          GUILTY ____          NOT GUILTY  X
Count 88:          GUILTY ____          NOT GUILTY  X

19

**EXHIBIT 4**

Count 89:          GUILTY _____          NOT GUILTY _X_
Count 90:          GUILTY _____          NOT GUILTY _X_
Count 91:          GUILTY _____          NOT GUILTY _X_
Count 92:          GUILTY _____          NOT GUILTY _X_
Count 93:          GUILTY _____          NOT GUILTY _X_
Count 94:          GUILTY _____          NOT GUILTY _X_
Count 95:          GUILTY _____          NOT GUILTY _X_
Count 96:          GUILTY _____          NOT GUILTY _X_
Count 97:          GUILTY _____          NOT GUILTY _X_
Count 98:          GUILTY _____          NOT GUILTY _X_
Count 99:          GUILTY _____          NOT GUILTY _X_
Count 100:         GUILTY _____          NOT GUILTY _X_
Count 102:         GUILTY _____          NOT GUILTY _X_
Count 103:         GUILTY _____          NOT GUILTY _X_
Count 104:         GUILTY _____          NOT GUILTY _X_
Count 105:         GUILTY _____          NOT GUILTY _X_
Count 106:         GUILTY _____          NOT GUILTY _X_
Count 107:         GUILTY _____          NOT GUILTY _X_
Count 108:         GUILTY _____          NOT GUILTY _X_
Count 109:         GUILTY _____          NOT GUILTY _X_
Count 110:         GUILTY _____          NOT GUILTY _X_
Count 111:         GUILTY _____          NOT GUILTY _X_

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:         GUILTY _X_            NOT GUILTY _____
Count 113:         GUILTY _X_            NOT GUILTY _____
Count 114:         GUILTY _X_            NOT GUILTY _____
Count 115:         GUILTY _X_            NOT GUILTY _____
Count 116:         GUILTY _X_            NOT GUILTY _____
Count 117:         GUILTY _X_            NOT GUILTY _____

**EXHIBIT 4**

Count 118:          GUILTY  X          NOT GUILTY _____
Count 119:          GUILTY  X          NOT GUILTY _____
Count 120:          GUILTY  X          NOT GUILTY _____
Count 121:          GUILTY  X          NOT GUILTY _____
Count 122:          GUILTY  X          NOT GUILTY _____

Counts 123-147 (urine drugs scheme – altered test results)

Count 123:          GUILTY  X          NOT GUILTY _____
Count 124:          GUILTY  X          NOT GUILTY _____
Count 125:          GUILTY  X          NOT GUILTY _____
Count 126:          GUILTY  X          NOT GUILTY _____
Count 127:          GUILTY  X          NOT GUILTY _____
Count 128:          GUILTY  X          NOT GUILTY _____
Count 129:          GUILTY  X          NOT GUILTY _____
Count 130:          GUILTY  X          NOT GUILTY _____
Count 131:          GUILTY  X          NOT GUILTY _____
Count 132:          GUILTY  X          NOT GUILTY _____
Count 133:          GUILTY  X          NOT GUILTY _____
Count 134:          GUILTY  X          NOT GUILTY _____
Count 135:          GUILTY  X          NOT GUILTY _____
Count 136:          GUILTY  X          NOT GUILTY _____
Count 137:          GUILTY  X          NOT GUILTY _____
Count 138:          GUILTY  X          NOT GUILTY _____
Count 139:          GUILTY  X          NOT GUILTY _____
Count 140:          GUILTY  X          NOT GUILTY _____
Count 141:          GUILTY  X          NOT GUILTY _____
Count 142:          GUILTY  X          NOT GUILTY _____
Count 143:          GUILTY  X          NOT GUILTY _____
Count 144:          GUILTY  X          NOT GUILTY _____
Count 145:          GUILTY  X          NOT GUILTY _____

**EXHIBIT 4**

Case: 6:24-cv-00007-REW-HAI   Doc #: 66-4   Filed: 02/29/24   Page: 22 of 31 - Page ID#:
2063

Case: 6:24-cv-00007-REW-HAI   Doc #: 38-8   Filed: 01/23/24   Page: 22 of 32 - Page ID#:
1864

Case: 6:14-cr-00037-GFVT-HAI   Doc #: 281   Filed: 04/18/16   Page: 22 of 31 - Page ID#:
2975

Count 146:               GUILTY  X        NOT GUILTY ____
Count 147:               GUILTY  X        NOT GUILTY ____

Counts 148-195 (hospital billings) Joyner

Count 148:               GUILTY ____      NOT GUILTY  X
Count 149:               GUILTY ____      NOT GUILTY  X
Count 150:               GUILTY  X        NOT GUILTY ____
Count 151:               GUILTY  X        NOT GUILTY ____
Count 152:               GUILTY  X        NOT GUILTY ____
Count 153:               GUILTY  X        NOT GUILTY ____
Count 154:               GUILTY  X        NOT GUILTY ____
Count 155:               GUILTY  X        NOT GUILTY ____
Count 156:               GUILTY  X        NOT GUILTY ____
Count 157:               GUILTY  X        NOT GUILTY ____
Count 158:               GUILTY  X        NOT GUILTY ____
Count 159:               GUILTY  X        NOT GUILTY ____
Count 160:               GUILTY  X        NOT GUILTY ____
Count 161:               GUILTY  X        NOT GUILTY ____
Count 162:               GUILTY  X        NOT GUILTY ____
Count 163:               GUILTY  X        NOT GUILTY ____
Count 164:               GUILTY ____      NOT GUILTY  X
Count 165:               GUILTY  X        NOT GUILTY ____
Count 166:               GUILTY  X        NOT GUILTY ____
Count 167:               GUILTY  X        NOT GUILTY ____
Count 168:               GUILTY  X        NOT GUILTY ____
Count 169:               GUILTY ____      NOT GUILTY  X
Count 170:               GUILTY ____      NOT GUILTY  X
Count 171:               GUILTY  X        NOT GUILTY ____
Count 172:               GUILTY  X        NOT GUILTY ____
Count 173:               GUILTY ____      NOT GUILTY  X

22

**EXHIBIT 4**

Count 174:        GUILTY _____        NOT GUILTY _X_
Count 175:        GUILTY _X_        NOT GUILTY _____
Count 176:        GUILTY _____        NOT GUILTY _X_
Count 177:        GUILTY _X_        NOT GUILTY _____
Count 178:        GUILTY _____        NOT GUILTY _X_
Count 179:        GUILTY _____        NOT GUILTY _X_
Count 180:        GUILTY _X_        NOT GUILTY _____
Count 181:        GUILTY _____        NOT GUILTY _X_
Count 182:        GUILTY _X_        NOT GUILTY _____
Count 183:        GUILTY _____        NOT GUILTY _X_
Count 184:        GUILTY _____        NOT GUILTY _X_
Count 185:        GUILTY _____        NOT GUILTY _X_
Count 186:        GUILTY _X_        NOT GUILTY _____
Count 187:        GUILTY _____        NOT GUILTY _X_
Count 188:        GUILTY _X_        NOT GUILTY _____
Count 189:        GUILTY _____        NOT GUILTY _X_
Count 190:        GUILTY _____        NOT GUILTY _X_
Count 191:        GUILTY _X_        NOT GUILTY _____
Count 192:        GUILTY _X_        NOT GUILTY _____
Count 193:        GUILTY _____        NOT GUILTY _X_
Count 194:        GUILTY _____        NOT GUILTY _X_
Count 195:        GUILTY _____        NOT GUILTY _X_

Count 197 (fraudulent billings)

Count 197:        GUILTY _X_        NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:        GUILTY _X_        NOT GUILTY _____

23

**EXHIBIT 4**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 198-220, you must find beyond a reasonable doubt that:

1.    The defendant, aided and abetted by others, falsified, concealed, or covered up by any trick, scheme, or device a material fact;

2.    In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.    The defendant did so knowingly and willfully.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 198:          GUILTY  X          NOT GUILTY _____
Count 199:          GUILTY  X          NOT GUILTY _____
Count 200:          GUILTY  X          NOT GUILTY _____
Count 201:          GUILTY  X          NOT GUILTY _____
Count 202:          GUILTY  X          NOT GUILTY _____
Count 203:          GUILTY  X          NOT GUILTY _____
Count 204:          GUILTY  X          NOT GUILTY _____
Count 206:          GUILTY  X          NOT GUILTY _____
Count 207:          GUILTY  X          NOT GUILTY _____
Count 208:          GUILTY  X          NOT GUILTY _____
Count 209:          GUILTY  X          NOT GUILTY _____
Count 210:          GUILTY  X          NOT GUILTY _____
Count 211:          GUILTY  X          NOT GUILTY _____
Count 212:          GUILTY  X          NOT GUILTY _____
Count 213:          GUILTY  X          NOT GUILTY _____
Count 214:          GUILTY  X          NOT GUILTY _____
Count 215:          GUILTY  X          NOT GUILTY _____

**EXHIBIT 4**

| | | |
|---|---|---|
| Count 217: | GUILTY  X | NOT GUILTY ____ |
| Count 218: | GUILTY  X | NOT GUILTY ____ |
| Count 220: | GUILTY  X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Lesa L. Chancy as to:

| | | |
|---|---|---|
| Count 198: | GUILTY  X | NOT GUILTY ____ |
| Count 199: | GUILTY  X | NOT GUILTY ____ |
| Count 200: | GUILTY  X | NOT GUILTY ____ |
| Count 201: | GUILTY  X | NOT GUILTY ____ |
| Count 202: | GUILTY  X | NOT GUILTY ____ |
| Count 203: | GUILTY  X | NOT GUILTY ____ |
| Count 204: | GUILTY  X | NOT GUILTY ____ |
| Count 206: | GUILTY  X | NOT GUILTY ____ |
| Count 207: | GUILTY  X | NOT GUILTY ____ |
| Count 208: | GUILTY  X | NOT GUILTY ____ |
| Count 209: | GUILTY  X | NOT GUILTY ____ |
| Count 210: | GUILTY  X | NOT GUILTY ____ |
| Count 211: | GUILTY  X | NOT GUILTY ____ |
| Count 212: | GUILTY  X | NOT GUILTY ____ |
| Count 213: | GUILTY  X | NOT GUILTY ____ |
| Count 214: | GUILTY  X | NOT GUILTY ____ |
| Count 215: | GUILTY  X | NOT GUILTY ____ |
| Count 217: | GUILTY  X | NOT GUILTY ____ |
| Count 218: | GUILTY  X | NOT GUILTY ____ |
| Count 220: | GUILTY  X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 198: | GUILTY  X | NOT GUILTY ____ |
| Count 199: | GUILTY  X | NOT GUILTY ____ |

25

**EXHIBIT 4**

| | | |
|---|---|---|
| Count 200: | GUILTY  X | NOT GUILTY ____ |
| Count 201: | GUILTY  X | NOT GUILTY ____ |
| Count 202: | GUILTY  X | NOT GUILTY ____ |
| Count 203: | GUILTY  X | NOT GUILTY ____ |
| Count 204: | GUILTY  X | NOT GUILTY ____ |
| Count 206: | GUILTY  X | NOT GUILTY ____ |
| Count 207: | GUILTY  X | NOT GUILTY ____ |
| Count 208: | GUILTY  X | NOT GUILTY ____ |
| Count 209: | GUILTY  X | NOT GUILTY ____ |
| Count 210: | GUILTY  X | NOT GUILTY ____ |
| Count 211: | GUILTY  X | NOT GUILTY ____ |
| Count 212: | GUILTY  X | NOT GUILTY ____ |
| Count 213: | GUILTY  X | NOT GUILTY ____ |
| Count 214: | GUILTY  X | NOT GUILTY ____ |
| Count 215: | GUILTY  X | NOT GUILTY ____ |
| Count 217: | GUILTY  X | NOT GUILTY ____ |
| Count 218: | GUILTY  X | NOT GUILTY ____ |
| Count 220: | GUILTY  X | NOT GUILTY ____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 221-233, you must find beyond a reasonable doubt that:

1.   The defendant made any materially false, fictitious, or fraudulent statements or representations, or made or used any materially false writing or document knowing it contained any materially false, fictitious, or fraudulent statement or entry;

2.   In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.   The defendant did so knowingly and willfully.

26

**EXHIBIT 4**

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

27

**EXHIBIT 4**

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 221: | GUILTY __X__ | NOT GUILTY ____ |
| Count 222: | GUILTY __X__ | NOT GUILTY ____ |
| Count 223: | GUILTY __X__ | NOT GUILTY ____ |
| Count 224: | GUILTY __X__ | NOT GUILTY ____ |
| Count 225: | GUILTY __X__ | NOT GUILTY ____ |
| Count 226: | GUILTY __X__ | NOT GUILTY ____ |
| Count 227: | GUILTY __X__ | NOT GUILTY ____ |
| Count 228: | GUILTY __X__ | NOT GUILTY ____ |
| Count 229: | GUILTY __X__ | NOT GUILTY ____ |
| Count 230: | GUILTY __X__ | NOT GUILTY ____ |
| Count 231: | GUILTY __X__ | NOT GUILTY ____ |
| Count 232: | GUILTY __X__ | NOT GUILTY ____ |
| Count 233: | GUILTY __X__ | NOT GUILTY ____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 235-255, you must find beyond a reasonable doubt that:

1.  The defendant knowingly engaged in a monetary transaction.

2.  The monetary transaction was in property derived from specified unlawful activity.

3.  The property had a value greater than $10,000.

4.  The defendant knew that the transaction was in criminally derived property.

5.  The monetary transaction took place within the United States.

28

**EXHIBIT 4**

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY X | NOT GUILTY ____ |
| Count 236: | GUILTY X | NOT GUILTY ____ |
| Count 237: | GUILTY X | NOT GUILTY ____ |
| Count 238: | GUILTY X | NOT GUILTY ____ |
| Count 239: | GUILTY X | NOT GUILTY ____ |
| Count 240: | GUILTY X | NOT GUILTY ____ |
| Count 241: | GUILTY X | NOT GUILTY ____ |
| Count 242: | GUILTY X | NOT GUILTY ____ |
| Count 243: | GUILTY X | NOT GUILTY ____ |
| Count 244: | GUILTY X | NOT GUILTY ____ |
| Count 245: | GUILTY X | NOT GUILTY ____ |
| Count 246: | GUILTY X | NOT GUILTY ____ |
| Count 247: | GUILTY X | NOT GUILTY ____ |
| Count 248: | GUILTY X | NOT GUILTY ____ |
| Count 249: | GUILTY X | NOT GUILTY ____ |
| Count 250: | GUILTY X | NOT GUILTY ____ |
| Count 251: | GUILTY X | NOT GUILTY ____ |
| Count 252: | GUILTY X | NOT GUILTY ____ |
| Count 253: | GUILTY X | NOT GUILTY ____ |
| Count 254: | GUILTY X | NOT GUILTY ____ |
| Count 255: | GUILTY X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY X | NOT GUILTY ____ |
| Count 236: | GUILTY X | NOT GUILTY ____ |
| Count 237: | GUILTY X | NOT GUILTY ____ |
| Count 238: | GUILTY X | NOT GUILTY ____ |
| Count 239: | GUILTY X | NOT GUILTY ____ |

**EXHIBIT 4**

Count 240:          GUILTY _X_          NOT GUILTY ____

Count 241:          GUILTY _X_          NOT GUILTY ____

Count 242:          GUILTY _X_          NOT GUILTY ____

Count 243:          GUILTY _X_          NOT GUILTY ____

Count 244:          GUILTY _X_          NOT GUILTY ____

Count 245:          GUILTY _X_          NOT GUILTY ____

Count 246:          GUILTY _X_          NOT GUILTY ____

Count 247:          GUILTY _X_          NOT GUILTY ____

Count 248:          GUILTY _X_          NOT GUILTY ____

Count 249:          GUILTY _X_          NOT GUILTY ____

Count 250:          GUILTY _X_          NOT GUILTY ____

Count 251:          GUILTY _X_          NOT GUILTY ____

Count 252:          GUILTY _X_          NOT GUILTY ____

Count 253:          GUILTY _X_          NOT GUILTY ____

Count 254:          GUILTY _X_          NOT GUILTY ____

Count 255:          GUILTY _X_          NOT GUILTY ____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 235:          GUILTY _X_          NOT GUILTY ____

Count 236:          GUILTY _X_          NOT GUILTY ____

Count 237:          GUILTY _X_          NOT GUILTY ____

Count 238:          GUILTY _X_          NOT GUILTY ____

Count 239:          GUILTY _X_          NOT GUILTY ____

Count 240:          GUILTY _X_          NOT GUILTY ____

Count 241:          GUILTY _X_          NOT GUILTY ____

Count 242:          GUILTY _X_          NOT GUILTY ____

Count 243:          GUILTY _X_          NOT GUILTY ____

Count 244:          GUILTY _X_          NOT GUILTY ____

Count 245:          GUILTY _X_          NOT GUILTY ____

**EXHIBIT 4**

Count 246:        GUILTY __X__        NOT GUILTY ____
Count 247:        GUILTY __X__        NOT GUILTY ____
Count 248:        GUILTY __X__        NOT GUILTY ____
Count 249:        GUILTY __X__        NOT GUILTY ____
Count 250:        GUILTY __X__        NOT GUILTY ____
Count 251:        GUILTY __X__        NOT GUILTY ____
Count 252:        GUILTY __X__        NOT GUILTY ____
Count 253:        GUILTY __X__        NOT GUILTY ____
Count 254:        GUILTY __X__        NOT GUILTY ____
Count 255:        GUILTY __X__        NOT GUILTY ____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant guilty of Count 256, you must find beyond a reasonable doubt that:

1.   Mrs. Chaney knowingly altered, destroyed, mutilated, concealed, covered up, falsified, or made a false entry in a record, document or tangible object;

2.   Mrs. Chaney acted with the intent to impede, obstruct or influence a matter or investigation; and

3.   The matter or investigation was within the jurisdiction of the Federal Bureau of Investigation, which is an agency of the United States.

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 256:        GUILTY ____        NOT GUILTY __X__

DATE: 4/18/16

_____
FOREPERSON

31

**EXHIBIT 4**