IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

JAMES A. CHANEY                                                         PLAINTIFF

V.                                            Civil Action No.: _6:24-cv-00007-RE_EW
                                              Honorable: _____
                                              (Formerly Civil Action No.: 23-CI-00442
                                              in the Circuit Court of Perry County, KY)

CVS PHARMACY, INC.;                                                     DEFENDANTS
KENTUCKY CVS PHARMACY, LLC;
RYAN MCGRAINER, EMPLOYEE OF CVS PHARMACY, INC;
JAMES SHACKLEFORD, EMPLOYEE OF CVS PHARMACY, INC.;
SHERRY SUTHERLAND, EMPLOYEE OF CVS PHARMACY, INC.;
R/X DISCOUNT PHARMACY, INC.;
R/X DISCOUNT PHARMACY OF HAZARD, INC.;
RICHARD K. SLONE, OWNER OR EMPLOYEE OF R/X DISCOUNT
PHARMACY, INC. AND/OR R/X DISCOUNT PHARMACY OF HAZARD, INC.;
R/X DISCOUNT PHARMACY OF HARLIN COUNTY INC. D/B/A
CLAY DISCOUNT PHARMACY;
APPALACHIAN REGIONAL HEALTHCARE, INC. IN ITS OWN NAME
AND D/B/A ARH REG. MED. CTR. PHARMACY AND ARH
COMMUNITY PHARMACY;
HELEN HERALD, OWNER OR EMPLOYEE OF APPALACHIAN
REGIONAL HEALTHCARE, INC. AND/OR ARH REG. MED. CTR.
PHARMACY AND/OR ARH COMMUNITY PHARMACY;
REBECCA WOOTEN NAPIER, OWNER OR EMPLOYEE APPALACHIAN
REGIONAL HEALTHCARE, INC. AND/OR ARH REG. MED. CTR.
PHARMACY AND/OR ARH COMMUNITY PHARMACY;
HOLLY HARRIS A/K/A HOLLY CRADY, OWNER OR EMPLOYEE OF
APPALACHIAN REGIONAL HEALTHCARE, INC. AND/OR ARH
REG. MED. CTR. PHARMACY AND/OR ARH COMMUNITY PHARMACY;
BOGGS PHARMACY, INC.;
BROADWAY CLINIC PHARMACY, INC. D/B/A MEDICINE CABINET
PHARMACY;
COMMUNITY DRUG OF MANCHESTER, INC.;
MICHAEL SIZEMORE, OWNER OR EMPLOYEE OF COMMUNITY
DRUG OF MANCHESTER, INC. AND/OR MED-MART PHARMACY, LLC;
COMPLETE CARE PHARMACY, PLLC;
CYNTHIA WILLIAMS, OWNER OR EMPLOYEE OF COMPLETE

1

CARE PHARMACY, PLLC;
LORI JOHNSON, OWNER OR EMPLOYEE OF COMPLETE
CARE PHARMACY, PLLC;
D.B. COYLE ENTERPRISES, INC. D/B/A THE MEDICINE SHOPPE;
TOMBERT, INC. D/B/A THE MEDICINE SHOPPE;
DOWNTOWN DRUG, INC,;
DSSK PHARMACEUTICAL, INC. IN ITS OWN NAME AND D/B/A
THE MEDICINE SHOPPE HAZARD;
SUSAN FIELDS, OWNER OR EMPLOYEE OF THE MEDICINE
SHOPPE HAZARD;
EAST MAIN STREET PHARMACY, LLC;
DACHEA WOOTON, OWNER OR EMPLOYEE OF EAST MAIN
STREET PHARMACY, LLC;
FAMILY PHARMACY OF JACKSON;
HARLAN MEDICAL CENTER PHARMACY, INC.;
ERNEST WATTS, OWNER OR EMPLOYEE OF HARLAN MEDICAL
CENTER PHARMACY;
BRIAN KEY, OWNER OR EMPLOYEE OF HARLAN MEDICAL
CENTER PHARMACY;
HOMETOWN PHARMACY OF HAZARD, LLC;
HOMETOWN PHARMACY OF JACKSON, LLC;
HOMETOWN PHARMACY, INC.;
JOE LEWIS, OWNER OR EMPLOYEE OF HOMETOWN PHARMACY, INC.;
DOUG MORGAN, OWNER OR EMPLOYEE OF HOMETOWN
PHARMACY, INC.;
HOMETOWN PHARMACY OF MANCHESTER, LLC;
MATTHEW HUTERA, OWNER OR EMPLOYEE OF HOMETOWN
PHARMACY OF MANCHESTER, LLC;
HOSPICE OF THE BLUEGRASS, INC.;
JEFFREY HOLMES, OWNER OR EMPLOYEE OF HOSPICE OF
THE BLUEGRASS, INC.;
WENDELL SHORT, OWNER OR EMPLOYEE OF HOSPICE OF
THE BLUEGRASS, INC.;
HOWARD FAMILY PHARMACY, INC.;
WESLEY HOWARD, OWNER OR EMPLOYEE OF HOWARD
FAMILY PHARMACY, INC.;
JOHNS CREEK DRUG CENTER, INC.;
DONNIE K. STARNES, OWNER OR EMPLOYEE OF JOHNS CREEK
DRUG CENTER, INC.;
JORDAN DRUG, INC. D/B/A JACKSON APOTHECARY AND D/B/A
BREATHITT PRESCRIPTION CENTER;
KING PHARMACY, INC.;
LESLIE SCOTT KING, OWNER OR EMPLOYEE OF KING
PHARMACY, INC.;
KNOTT PRESCRIPTION CENTER, INC.;
CHRISTOPHER HALL, OWNER OR EMPLOYEE OF KNOTT

PRESCRIPTION CENTER, INC.;
CHARLES STUART DUFF, OWNER OR EMPLOYEE OF KNOTT
PRESCRIPTION CENTER, INC.;
LACKEY PHARMACY, INC.;
MOUNTAIN COMPREHENSIVE HEALTH CARE D/B/A
LEATHERWOOD-BLACKEY MEDICAL CLINIC;
VERLON BANKS, OWNER OR EMPLOYEE OF MOUNTAIN
COMPREHENSIVE HEALTH CARE D/B/A LEATHERWOOD-BLACKEY
MEDICAL CLINIC;
MANCHESTER PHARMACIST GROUP, LLC;
MCDOWELL PROFESSIONAL PHARMACY, INC.;
STEVE DAWSON, OWNER OR EMPLOYEE OF MCDOWELL
PROFESSIONAL PHARMACY, INC.;
ALICIA DAWSON, OWNER OR EMPLOYEE OF MCDOWELL
PROFESSIONAL PHARMACY, INC.;
MED-MART PHARMACY, LLC;
THE MEDICINE SHOPPE HYDEN;
RONNIE STEWART, OWNER OR EMPLOYEE OF THE
MEDICINE SHOPPE HYDEN;
MOUNTAIN CLINIC PHARMACY, LLC;
BROOKS WEBB, OWNER OR EMPLOYEE OF MOUNTAIN
CLINIC PHARMACY, LLC;
PARKVIEW PHARMACY, INC.;
PEJ, INC. IN ITS OWN NAMD AND D/B/A HOMETOWN
PHARMACY OF JACKSON;
THE PLAZA PHARMACY, PLLC;
POWERS PHARMACY, INC.;
PROFESSIONAL PHARMACY OF HAZARD, PLLC;
DANIEL THIES, OWNER OR EMPLOYEE OF PROFESSIONAL
PHARMACY OF HAZARD, PLLC;
SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY;
BARRY MARTIN, OWNER OR EMPLOYEE OF SPECIALTY CARE
CENTER PHARMACY OF E. KENTUCKY AND/OR EAST MAIN
STREET PHARMACY, LLC;
ROBERT BURTON, OWNER OR EMPLOYEE OF SPECIALTY CARE
CENTER PHARMACY OF E. KENTUCKY AND/OR EAST MAIN
STREET PHARMACY, LLC;
STALLARD'S PHARMACY, INC. IN ITS OWN NAME AND D/B/A
FAMILY DRUG OF NEON;
JAMES CRAIG STALLARD, OWNER OR EMPLOYEE OF
STALLARD'S PHARMACY, INC. AND/OR FAMILY DRUG OF NEON;
WALTERS-GRIFFIN ENTERPRISE, INC. D/B/A SUPERIOR DRUG;
WILLIAM REED HALL, OWNER OR EMPLOYEE OF WALTER-GRIFFIN
ENTERPRISES, INC. D/B/A SUPERIOR DRUG;
ROBERT WALTERS, SR., OWNER OR EMPLOYEE OF WALTER-GRIFFIN
ENTERPRISES, INC. D/B/A SUPERIOR DRUG;

**THOMPSON DISCOUNT DRUG, INC.;**
**F. BRITTON THOMPSON, OWNER OR EMPLOYEE OF THOMPSON**
**DISCOUNT DRUG, INC.;**
**VALUE RX BLUEGRASS, LLC;**
**VALUE RX II, LLC;**
**TODD WALTERS, OWNER OR EMPLOYEE OF VALUE RX BLUEGRASS, LLC**
**AND/OR VALUE RX II, LLC;**
**WAL-MART STORES EAST, LIMITED PARTNERSHIP;**
**MIKE MCINTOSH, OWNER OR EMPLOYEE OF WAL-MART STORES EAST.**
**LIMITED PARTNERSHIP;**
**JOHN DOE I THROUGH JOHN DOE XL, THE UNKNOWN EMPLOYEES**
**AND/OR OWNERS OF THE DEFENDANTS NAMED HEREIN.**

---

**DEFENDANTS, APPALACHIAN REGIONAL HEALTHCARE, INC. IN ITS OWN NAME AND D/B/A ARH REG. MED. CTR. PHARMACY AND ARH COMMUNITY PHARMACY, HELEN HERALD, AND HOLLIE HARRIS[1] A/K/A HOLLIE CRADY'S, <u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that Defendants, Appalachian Regional Healthcare, Inc. ("ARH") in its own name and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy, Helen Herald, and Hollie Harris a/k/a Hollie Crady, by counsel, Anders W. Lindberg, Stacey Richards Minigh, and the law firm of Steptoe & Johnson PLLC, hereby remove this civil action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(c), 1442(a), and 1446. In support of this Notice of Removal, Defendants state that this Court has jurisdiction over this action for several reasons: (1) Plaintiff's Complaint presents a question of federal law; and (2) this Court has supplement jurisdiction over the other claims against the remaining Defendants pursuant to 28 U.S.C. 1367(a). In further support, Defendants state as follows:

---

[1] Plaintiff has incorrectly named Hollie Harris as "Holly Harris" in the Complaint.

4

1. Plaintiff James A. Chaney commenced this action on or about December 11, 2023, by filing his Complaint in the Circuit Court of Perry County, Civil Action No. 23-CI-00442. *See* Complaint, attached hereto as **Exhibit 1.**

2. The Summonses and Complaint were served upon ARH on December 14, 2024, Helen Herald on December 15, 2024, and Hollie Harris a/k/a Hollie Cradle on December 15, 2024.

3. No pleadings have been filed on behalf of these Defendants in the State Court Action, and the Complaint and Summonses constitute all process, pleadings, and orders served against these Defendants in the State Court Action.

4. Pursuant to 28 U.S.C. § 1446(a), the docket sheet and all other pleadings, process, and orders served on, and by the removing Defendants in the State Court Action, are attached to this Notice of Removal as **Exhibit 2.**

## TIMELINESS OF REMOVAL

5. The earliest service date for the removing Defendants was December 14, 2023. This Notice of Removal is timely because it is being filed within thirty (30) days after "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based" taking into account the time computation rules set forth in Federal Rule of Civil Procedure 6. 28 U.S.C. § 1446(b); F.R.C.P. 6.

## VENUE

6. Venue for this removal action is proper pursuant to 28 U.S.C. § 1441 and Local Rules 3.1(a)(3)(A) and 3.2(b) of the Joint Local Rules of Civil Practice because the Eastern District of Kentucky at London is the United States District Court for the district and division embracing the place wherein the state court action was pending.

**EXHIBIT 5**

## BASIS FOR JURISDICTION

7. Removal of this case is proper pursuant to 28 U.S.C. § 1331 because Plaintiff is pleading a federal question.

8. In the Complaint, Plaintiff asserts six (6) state law claims against Defendants: Negligence [Count I], Negligent/Fraudulent Misrepresentation [Count II], False Light [Count III], Defamation/Libel [Count IV], Defamation/Libel Per Se [Count V], and Identity Theft [Count VI]. *See* **Exhibit 1**, generally.

9. Plaintiff's state law claims are predicated upon his federal conviction and an attempt at collaterally attacking that conviction in state court by artfully pleading state law claims:

   a. "Largely based on the belief or assumption that the prescription information in KASPER was accurate and reliable, and Plaintiff Chaney's and the government's lack of knowledge of the extent of errors and misattributions to Plaintiff Chaney, Plaintiff Chaney was found guilty of various criminal offenses and was sentenced to 180 months in prison." *See* **Exhibit 1** at ¶ 118;

   b. "As a result of the conviction, Plaintiff Chaney served seven and a half years in prison and remains under house arrest for an additional 90 months." *See* **Exhibit 1** at ¶ 119;

   c. "As a result of the conviction, Plaintiff Chaney incurred additional attorneys' fees and expenses, endured substantial pain and suffering, mental anguish, emotional distress, loss of enjoyment of life, inconvenience, embarrassment and other harm." *See* **Exhibit 1** at ¶ 120; and

   d. "As a result of the conviction, Plaintiff Chaney's reputation was further destroyed." *See* **Exhibit 1** at ¶ 121.

10. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Here, Plaintiff is predicating his claims on the fact that he was convicted by a federal court for various criminal offenses relating to the prescription of controlled drugs.

**EXHIBIT 5**

11.  Typically, a plaintiff is permitted to decide whether he will rely on federal law or state law to support the claims in the complaint, and generally, the existence of a federal question must appear on the face of the complaint. However, federal law recognizes that there are exceptions to the well-pleaded complaint rule:

> One exception is the artful-pleading doctrine: plaintiffs may not 'avoid removal jurisdiction by artfully casting their essentially federal law claims as state-law claims.' *Federated Dep't Stores, Inc. v. Moitie,* 452 U.S. 394, 397 n. 2, 101 S.Ct. 2424, 69 L.Ed.2d 103 (1981) (quotation marks, citations, and edits omitted). A related exception is the complete-preemption doctrine: removal is proper 'when a federal statute wholly displaces the state-law cause of action through complete pre-emption.' *Beneficial Nat'l Bank,* 539 U.S. at 8, 123 S.Ct. 2058. A third exception is the substantial-federal-question doctrine, which applies 'where the vindication of a right under state law necessarily turn[s] on some construction of federal law.' *Franchise Tax Bd. v. Constr. Laborers Vacation Trust,* 463 U.S. 1, 9, 103 S.Ct. 2841, 77 L.Ed.2d 420 (1983). Thus, under limited circumstances, a defendant may force a plaintiff into federal court despite the plaintiff's desire to proceed in state court.

*Mikulski v. Centerior Energy Corp.*, 501 F.3d 555, 560 (6th Cir. 2007).

12.  Plaintiff's state law claims stem are predicated on the same basis – a collateral attack on Plaintiff's federal conviction.[2] Accordingly, this Court is vested with jurisdiction over

---

[2] In *Rice v. Mayor & City Council of Baltimore*, No. CV RDB-15-3396, 2016 WL 1696536 (D. Md. Apr. 28, 2016), the plaintiff alleged that state court officials violated his rights, ultimately resulting in his federal conviction. The state court officials removed the action to federal court, inter alia, based on federal question jurisdiction under 28 U.S.C.A. § 1331. The court went on to dismiss the lawsuit, reasoning as follows:

> In *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), the United States Supreme Court held that an inmate may not attack his criminal conviction through a civil rights action unless he proves that the "conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus[.]"4 Absent such proof, the plaintiff's claims are not cognizable under Section 1983. *Id.* at 487; *accord Griffin v. Baltimore Police Dept.*, ___ F.3d ___, 2015 WL 6467885 (4th Cir. Oct. 27, 2015). A plaintiff must sustain this burden regardless of whether he was convicted in state court or federal court. *See Husband v. Rafferty*, 411 Fed. Appx. 622 (4th Cir. 2011) (per curiam) (explaining that the plaintiff's civil rights claim was not cognizable as the federal conviction had not been reversed, expunged, or declared invalid).

> Through this action, Mr. Rice attempts the precise collateral attack that was rejected by the Supreme Court in *Heck*. He offers no proof that his federal conviction or sentence has been expunged, reversed, or declared invalid by a higher court. In fact, he is currently incarcerated under the very

this matter because Plaintiff has presented a question of federal law. *See generally, Heck v. Humphrey*, 512 U.S. 477 (1994).

13. "[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367.

14. Because this court has federal question jurisdiction over Plaintiff's claims related to the collateral attack on his federal conviction, this Court may exercise supplemental jurisdiction over all other claims against all named defendants because they all arise from the "same case or controversy."

## OTHER REMOVAL REQUIREMENTS

15. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the filing of this Notice of Removal to Plaintiff and Defendants, as well as the Clerk for the Circuit Court of Perry County, Kentucky, contemporaneously with the filing of this Notice of Removal. *See* Notice to State Court of Filing Removal, attached as **Exhibit 3**.

16. A copy of the Civil Docket Cover Sheet is attached hereto as **Ex. 4**.

17. All properly joined and served Defendants have consented to removal.[3]

---

sentence that he now challenges. Plaintiff thus presents no cognizable claim for relief for the alleged constitutional violations. As such, all claims are dismissed with as to all Defendants.

*Id.* at *4. The subject lawsuit is similar to the one presented in *Rice* because Plaintiff is attacking his federal conviction in state court, ultimately asking a state court jury to award him civil damages "as a result of his [federal] conviction," which he claims was the product of Defendants' actions. If Plaintiff's federal conviction was proper, he has suffered no damages "as a result of his [federal] conviction." Thus, Plaintiff's state law claims are plainly predicated on his contention that his federal criminal conviction was wrongful and are merely artful attempts to plead around Due Process claims outlined in the Fifth and Fourteenth Amendments to the U.S. Constitution and potentially Eighth Amendment claims.

[3] Mountain Comprehensive Health Corporation d/b/a Leatherwood-Blackey Medical Clinic ("MCHC") consents to removal, subject to MCHC reserving all rights and rights of the United States under the Public Health Services Act, 42 U.S.C. 233, Section 244(a) and the Federal Tort Claims Act, 28 U.S.C. Sections 1346(b) and 2672, and any other

8

18692963.1

**EXHIBIT 5**

18. Pursuant to Fed. R. Civ. P. 7.1, the corporate disclosure statement of Defendant ARH, is filed contemporaneously herewith.

19. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff.

Submitted this 16th day of January, 2024.

        **APPALACHIAN REGIONAL HEALTHCARE, INC. IN ITS OWN NAME AND D/B/A ARH REG. MED. CTR. PHARMACY AND ARH COMMUNITY PHARMACY, HELEN HERALD, AND HOLLIE HARRIS A/K/A HOLLIE CRADY,**

        **By Counsel:**

/s/Anders W. Lindberg
        Anders W. Lindberg (KY Bar ID #93983)
        Stacey Richards-Minigh (KY Bar ID #91969)
        825 Third Avenue, Suite 400
        Huntington, West Virginia 25701
        Phone (304) 522-8290
        Fax (304) 526-8089
        Anders.Lindberg@steptoe-johnson.com
        Stacey.Minigh@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**

        Nathaniel R. Kissel (Ky Bar ID #93162)
        100 W. Main Street, Suite 400
        Lexington, KY 40507
        Phone (859) 219-8200
        Fax (859) 255-6903
        Nate.kissel@steptoe-johnson.com

---

governing section in relation to Plaintiff's Complaint. Plaintiff has incorrectly named MCHC in the Complaint as "Mountain Comprehensive Health Care."

**EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

JAMES A. CHANEY     PLAINTIFF

V.    Civil Action No.: _____
Honorable: _____
(Formerly Civil Action No.: 23-CI-00442
in the Circuit Court of Perry County, KY)

CVS PHARMACY, INC., et al.     DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of January, 2024, a copy of the foregoing **"DEFENDANTS, APPALACHIAN REGIONAL HEALTHCARE, INC. IT ITS OWN NAME AND D/B/A ARH REG. MED. CTR. PHARMACY AND ARH COMMUNITY PHARMACY, HELEN HERALD, AND HOLLIE HARRIS A/K/A HOLLIE CRADY'S, NOTICE OF REMOVAL"** was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and U.S. Mail, postage prepaid. Parties may access this filing through the Court's system:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, Kentucky 40509
*Counsel for Plaintiff*

Keith E. Whitson, Esq.
Jordan N. Kelly, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, Pennsylvania 15222
*Co-Counsel for Plaintiff*

Christopher Chaisson, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
1800 M Street NW, Suite 450N
Washington, District of Columbia 20036
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
PETERSON LAW OFFICE, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
*Co-Counsel for Plaintiff*

18692963.1

**EXHIBIT 5**

Gene Smallwood, Esq.
P.O. Box 40
Whitesburg, KY 41858
*Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood-Blackey Medical Clinic*

CVS Pharmacy, Inc.
CT Corporation
306 West Main Street, Suite 512
Frankfort, KY 40601

Kentucky CVS Pharmacy, LLC
CT Corporation
306 West Main Street, Suite 512
Frankfort, KY 40601

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

R/X Discount Pharmacy, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

R/X Discount Pharmacy of Harzard, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Richard K. Slone
4736 Possum Trot Road
Leburn, KY 41831

R/X Discount Pharmacy of Harlan Co. Inc.
d/b/a Clay Discount Pharmacy
c/o Richard K. Slone
306 Morton Blvd.
P.O. Box 7157
Hazard, KY 41702

Rebecca Wooten Napier
10664 N Ky Highway 15
Chavies, KY 41727

Boggs Pharmacy, Inc.
P.O. Box 747
Jenkins, KY 41537

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

Community Drug of Manchester, Inc.
c/o Carlo Wessels, Registered Agent
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Michael Sizemore
5460 Slate Lick Road
London, KY 40741

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams, Registered Agent
572 Morton Blvd.
Hazard, KY 41701

Cynthia Williams
55 Lindsey Lane
Hazard, KY 41701

Lori Johnson
59 Lauren Paige Lane
Hazard, KY 41701

11

18692963.1

**EXHIBIT 5**

<div style="column-count:2">

D.B. Coyle Enterprises, Inc.
d/b/a The Medicine Shoppe
c/o Douglas A. Coyle, Registered Agent
900 Hustonville Road
Danville, KY 40422

Tombert, Inc. d/b/a The Medicine Shoppe
c/o Thomas D. Detraz
815 County Club Lane
Hopkinsville, KY 42240

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent
90 Triangle St.
Martin, KY 41649

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

Susan Fields
120 Holly Drive
Hazard, KY 41701

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent
101 Town and Country Lane, Suite 101
Hazard, KY 41701

Dachea Wooten
555 Ridgeview Way
Hazard, KY 41701

Family Pharmacy of Jackson
265 Highway 15 South Ste. 2
Jackson, KY 41339

Harlan Medical Center Pharmacy, Inc.
c/o Earnest J. Watts, Registered Agent
2354 HWY 15
Whitesburg, KY 41858

Ernest Watts
33 Blue Spruce Ridge
Hazard, KY 41701

Brian Key
59 Watertower Lane
Hardinsburg, KY 40143

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis, Registered Agent
221 East Main Street
Hazard, KY 41701

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, KY 41339

Hometown Pharmacy, Inc.
c/o Derek Lewis, Registered Agent
130 HWY 80
P.O. Box 1746
Hyden, KY 41749

Joe Lewis
1302 N. Franklin Rd.
Indianapolis, IN 46219

Doug Morgan
105 Grapevine Place
Hazard, KY 41701

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Hospice of the Bluegrass, Inc.
c/o Elizabeth D. Fowler, Registered Agent
1733 Harrodsburg Road
Lexington, KY 40504

</div>

12

18692963.1

**EXHIBIT 5**

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, KY 40504

Wendell Short
137 River Oak Circle
London, KY 40744

Howard Family Pharmacy, Inc.
c/o Wesley W. Howard, Registered Agent
1453 Prater Fork
Hueysville, KY 41640

Wesley Howard
P.O. Box 1651
Harlan, KY 40831

Johns Creek Drug Center, Inc.
c/o Donnie K. Starnes, Registered Agent
181 Starnes Drive
Pikeville, KY 41501

Donnie K. Starnes
181 Starnes Drive
Pikeville, KY 41501

Jordan Drug, Inc.
FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

King Pharmacy, Inc.
c/o Leslie Scott, Registered Agent
900 Morton Blvd.
Hazard, KY 41701

Leslie Scott King
239 Artie Way
Hazard, KY 41701

Knott Prescription Center, Inc.
c/o Todd Hall, Registered Agent
59 West HWY 80, Suite 1
Hindman, KY 41822

Christopher Hall
c/o Knott Prescription Center, Inc.
59 West HWY 80, Suite 1
Hindman, KY 41822

Charles Stuard Duff
538 Ridgeview Way
Hazard, KY 41701

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent
2400 Abbeywood Road
Lexington, KY 40515

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell, Registered Agent
2425 Williamsburg Estates Ln
Lexington, KY 40504

McDowell Professional Pharmacy, Inc.
c/o Steven Gregory Dawson, Registered Agent
Rt. 122, Box 700
McDowell, KY 41647

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Alicia Dawson
230 Frasure Creek
McDowell, KY 41647

Med-Mart Pharmacy, LLC
c/o Mike Sizemore, Registered Agent
87 CVB Drive
London, KY 40741

**EXHIBIT 5**

| | |
|---|---|
| The Medicine Shoppe Hyden<br>c/o Ronnie Stewart, Registered Agent<br>22044 Main St.<br>Hyden, KY 41749 | Daniel Thies<br>699 Phoenix Place Blvd. 96<br>Hazard, KY 41701 |
| Ronnie Stewart<br>16 Hickory Street<br>Hyden, KY 41749 | Specialty Care Center Pharmacy of E. Kentucky<br>c/o Lori M. Hayden<br>11910 Berr Hill Road<br>Louisville, KY 40243 |
| Mountain Clinic Pharmacy, LLC<br>c/o Brooks Webb, Registered Agent<br>1904 North Main Street<br>Hazard, KY 41701 | Barry Martin<br>3845 Real Quiet Lane<br>Lexington, KY 40509 |
| Brooks Webb<br>3903 Wentworth Place<br>Lexington, KY 40515 | Robert Burton<br>1418 Clear Creek Road<br>Hazard, KY 41701 |
| Parkview Pharmacy, Inc.<br>c/o Valerie Akers<br>8274 KY Route 122<br>Minnie, KY 41651 | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 HWY 317<br>Neon, KY 41840 |
| PEJ, Inc.<br>c/o Everett L. Dunaway, Registered Agent<br>265 Kentucky Highway 15 South, Suite 2<br>Jackson, KY 41339 | James Craig Stallard<br>1063 Dairy Hollow<br>Jenkins, KY 41537 |
| The Plaza Pharmacy, PLLC<br>c/o Theresa Merced, Registered Agent<br>1389 HWT 15 N.<br>Box 606<br>Jackson, KY 41339 | Walters-Griffin Enterprise, Inc.<br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Box 2290<br>359 Hazard Rd.<br>Whitesburg, KY 41858 |
| Powers Pharmacy, Inc.<br>c/o David Powers, Registered Agent<br>73 #1 Hill<br>P.O. Box 66<br>Burdine, KY 41517 | William Reed Hall<br>74 Ohio Street<br>Whitesburg, KY 41858 |
| Professional Pharmacy of Hazard, PLLC<br>c/o Daniel Glen Thies, Registered Agent<br>233 Orchard Street<br>Hazard, KY 41701 | Robert Walters, Sr.<br>58 Anderson St.<br>Jenkins, KY 41537 |
| | Thompson Discount Drug, Inc.<br>c/o F. Britton Thompson, Registered Agent<br>810 East 4th Street<br>London, KY 40741 |

18692963.1

**EXHIBIT 5**

| | |
|---|---|
| F. Britton Thompson<br>918 East 4th Street<br>London, KY 40741 | Todd Walters<br>21 Mink Lane<br>Pineville, KY 40977 |
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 | Wal-Mart Stores East, Limited Partnership<br>CT Corporation System, Registered Agent<br>Kentucky Home Life Building<br>Louisville, KY 40202 |
| Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br>21 Mink Lane<br>Pineville, KY 40977 | Mike McIntosh<br>79 Happy Valley Lane<br>Hazard, KY 41701 |

*/s/Anders W. Lindberg*

18692963.1

**EXHIBIT 5**