Case: 6:24-cv-00007-REW-HAI   Doc #: 66-6   Filed: 02/29/24   Page: 1 of 2 - Page ID#: 2088
Case: 6:24-cv-00007-REW-HAI   Doc #: 16-8   Filed: 01/23/24   Page: 5 of 6 - Page ID#: 1043
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 417   Filed: 02/12/17   Page: 14 of 175 - Page ID#: 8269

14

```
 1  employed at Ace Clinique of Medicine, did there -- did
 2  a concern arise about forged prescriptions?
 3       A.     Yes.
 4       Q.     Can you tell the jury about that.
 5       A.     I think it had to do with Roy's mother.
 6  There was all these prescriptions.  And maybe another
 7  thing I remember, but I'm -- I'm unsure; I can't
 8  remember, but there was numerous prescriptions that
 9  were written for the mother that I had not written and
10  Dr. Chaney had not written.  And you could obviously
11  see, you know, on there.  But I think that they had
12  pulled a KASPER on it and then realized there was all
13  this kind of stuff that, you know, obviously, I guess,
14  Roy had written.
15       Q.     And did you take any action yourself with
16  respect to your own prescriptions as a result of that?
17       A.     Yeah.  I got on the KASPER system and
18  started looking to make sure that there wasn't a big
19  bunch of prescriptions that were under my name.
20  Because, you know, I think I've probably written five
21  or six Percocet prescriptions since I've been out of
22  school, and it's for a very limited amount.  You're
23  only allowed to write for 72 hours.  So I wanted to
24  make sure there wasn't that, or something else, you
25  know, that had been written under my name.
```

**EXHIBIT 8**

```
 1     Q.     And did you satisfy yourself that the
 2  prescriptions you saw on KASPER --
 3     A.     As far as I could -- as far as I could
 4  see, yes.
 5     Q.     Now, back to the FBI.  Other than asking
 6  you about whether you had knowledge of altered drug
 7  screens, did they ask you about any other topics?
 8     A.     They asked me, like, what was the office
 9  policy as far as, you know, how we did lab work and
10  how often we did lab work.
11            They asked about the MRIs, and they also
12  asked about nerve conduction studies versus
13  electromyelograms.
14     Q.     Explain that.  What do you mean nerve
15  conduction studies versus electromyelograms?
16     A.     Well, an electromyelogram is performed by
17  a neurologist, and it -- it studies how well basically
18  your muscles react to stimulation.
19            A nerve conduction study is looking at, I
20  guess, the firing of the nerves and how they travel
21  down the body, if there's a blockage or whatever.  So,
22  you know, as far as I know, I don't think I even ever
23  ordered a electromyelogram.
24     Q.     And to your knowledge, were
25  electromyelograms or EMGs performed at Ace Clinique of
```

**EXHIBIT 8**