Case: 6:24-cv-00007-REW-HAI   Doc #: 66-7   Filed: 02/29/24   Page: 1 of 2 - Page ID#: 2090
Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 7 of 9 - Page ID#: 1492
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 85 of 129 - Page ID#: 9527

85

```
 1   A.     KASPER is fraught with errors.  We had a
 2   document that we received that had 1,208 prescriptions
 3   on it actually, and all of them --
 4   Q.     Your prescriptions?
 5   A.     Right.  They were -- they were alleged my
 6   prescriptions; not all of them were, a significant
 7   amount of them were.
 8          But there were other physicians, there's
 9   nurse practitioners and so forth listed on 'em, and
10   out of the 1,208, I think 1,207 were wrong.
11   Q.     Okay.  And those KASPER prescriptions or
12   the list that you got from KASPER indicated that you,
13   with your DEA number, had prescribed them?
14   A.     Correct.  And, you know, it may have been
15   a problem with the date, for example.  If the
16   prescription's written, for example, on July 1, and
17   not filled until July 5, then the pharmacy would
18   erroneously put down it was July 5 as the date of the
19   prescription.
20   Q.     Okay.  And also, did you find errors of
21   other names besides you that prescribed the
22   medication?
23   A.     Absolutely, uh-huh.
24   Q.     Okay.  Did you compare the KASPER with
25   your actual files?
```

**EXHIBIT 15**

Case: 6:24-cv-00007-REW-HAI Doc #: 66-7 Filed: 02/29/24 Page: 2 of 2 - Page ID#: 2091
Case: 6:24-cv-00007-REW-HAI Doc #: 16-15 Filed: 01/23/24 Page: 9 of 9 - Page ID#:
Case: 6:14-cr-00037-GFVT-HAI Doc #: 459-5 Filed: 08/25/17 Page: 86 of 129 - Page ID#: 9528

86

```
 1      A.      You mean as I was -- as we were seeing
 2 patients?
 3      Q.      As you were looking for errors.
 4      A.      Oh, yeah, absolutely.  And then we'd
 5 actually pull the actual prescription is where you'd
 6 find the error.
 7      Q.      So regarding your patients, did you -- did
 8 you -- did you care about 'em?
 9      A.      Of course.  I mean, what kind of
10 question -- of course, I did.
11      Q.      Well, some -- I would -- I'd say it's a
12 legitimate question; I'd say some doctors don't care.
13 And did you have some patients that would treat with
14 you for years?
15      A.      Oh, absolutely.
16      Q.      Okay.  You're aware that there's a doctor
17 that reviewed 200 files, aren't you?
18      A.      Correct.
19      Q.      Okay.  And that there's some -- some
20 indications that he couldn't access files.  I want to
21 talk to you about some of those patients.  Do you
22 mind?
23      A.      Sure.
24      Q.      To see where you -- you believe those
25 files were and what is your recollection about the
```

**EXHIBIT 15**