UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

APR 1 8 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 14-37 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ALVIN CHANEY, LESA L. | ) | **VERDICT FORM** |
| CHANEY, and ACE CLINIQUE OF | ) | |
| MEDICINE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 1, you must find beyond a reasonable doubt that:

1.  On or about March 7, 2006, and continuing through on or about October 21, 2014, in Perry County, Kentucky, two or more persons conspired, or agreed, to commit the crime of knowingly and intentionally distributing and/or dispensing Schedule II or III controlled substances outside the usual course of professional practice and not for a legitimate medical purpose.

2.  The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

GUILTY  X          NOT GUILTY _____

1

**EXHIBIT C**

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

GUILTY X̲          NOT GUILTY ____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 2-13 and 32-39, you must find beyond a reasonable doubt that:

1.  The defendant, aided and abetted by others, distributed or dispensed a Schedule II controlled substance (Oxycodone);

2.  The defendant acted knowingly and intentionally; and

3.  The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 2: | GUILTY X̲ | NOT GUILTY ____ |
| Count 3: | GUILTY X̲ | NOT GUILTY ____ |
| Count 4: | GUILTY X̲ | NOT GUILTY ____ |
| Count 5: | GUILTY X̲ | NOT GUILTY ____ |
| Count 6: | GUILTY X̲ | NOT GUILTY ____ |
| Count 7: | GUILTY X̲ | NOT GUILTY ____ |
| Count 8: | GUILTY X̲ | NOT GUILTY ____ |
| Count 9: | GUILTY X̲ | NOT GUILTY ____ |
| Count 10: | GUILTY X̲ | NOT GUILTY ____ |
| Count 11: | GUILTY X̲ | NOT GUILTY ____ |
| Count 12: | GUILTY X̲ | NOT GUILTY ____ |
| Count 13: | GUILTY X̲ | NOT GUILTY ____ |
| Count 32: | GUILTY X̲ | NOT GUILTY ____ |

Count 33:       GUILTY  X        NOT GUILTY _____
Count 34:       GUILTY  X        NOT GUILTY _____
Count 35:       GUILTY  X        NOT GUILTY _____
Count 36:       GUILTY  X        NOT GUILTY _____
Count 37:       GUILTY  X        NOT GUILTY _____
Count 38:       GUILTY  X        NOT GUILTY _____
Count 39:       GUILTY  X        NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 2:        GUILTY  X        NOT GUILTY _____
Count 3:        GUILTY  X        NOT GUILTY _____
Count 4:        GUILTY  X        NOT GUILTY _____
Count 5:        GUILTY  X        NOT GUILTY _____
Count 6:        GUILTY  X        NOT GUILTY _____
Count 7:        GUILTY  X        NOT GUILTY _____
Count 8:        GUILTY  X        NOT GUILTY _____
Count 9:        GUILTY  X        NOT GUILTY _____
Count 10:       GUILTY  X        NOT GUILTY _____
Count 11:       GUILTY  X        NOT GUILTY _____
Count 12:       GUILTY  X        NOT GUILTY _____
Count 13:       GUILTY  X        NOT GUILTY _____
Count 32:       GUILTY  X        NOT GUILTY _____
Count 33:       GUILTY  X        NOT GUILTY _____
Count 34:       GUILTY  X        NOT GUILTY _____
Count 35:       GUILTY  X        NOT GUILTY _____
Count 36:       GUILTY  X        NOT GUILTY _____
Count 37:       GUILTY  X        NOT GUILTY _____
Count 38:       GUILTY  X        NOT GUILTY _____
Count 39:       GUILTY  X        NOT GUILTY _____

3

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 14-31 and 40-62, you must find beyond a reasonable doubt that:

1.   The defendant, aided and abetted by others, distributed or dispensed a Schedule III controlled substance (Hydrocodone);

2.   The defendant acted knowingly and intentionally; and

3.   The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 14:          GUILTY _X_          NOT GUILTY _____
Count 15:          GUILTY _X_          NOT GUILTY _____
Count 16:          GUILTY _X_          NOT GUILTY _____
Count 17:          GUILTY _X_          NOT GUILTY _____
Count 18:          GUILTY _X_          NOT GUILTY _____
Count 19:          GUILTY _X_          NOT GUILTY _____
Count 20:          GUILTY _X_          NOT GUILTY _____
Count 21:          GUILTY _X_          NOT GUILTY _____
Count 22:          GUILTY _X_          NOT GUILTY _____
Count 23:          GUILTY _X_          NOT GUILTY _____
Count 24:          GUILTY _X_          NOT GUILTY _____
Count 25:          GUILTY _X_          NOT GUILTY _____
Count 26:          GUILTY _X_          NOT GUILTY _____
Count 27:          GUILTY _X_          NOT GUILTY _____
Count 28:          GUILTY _X_          NOT GUILTY _____
Count 29:          GUILTY _X_          NOT GUILTY _____
Count 30:          GUILTY _X_          NOT GUILTY _____

4

Count 31:             GUILTY  X_             NOT GUILTY ____

Count 40:             GUILTY  X_             NOT GUILTY ____

Count 41:             GUILTY  X_             NOT GUILTY ____

Count 42:             GUILTY  X_             NOT GUILTY ____

Count 43:             GUILTY  X_             NOT GUILTY ____

Count 44:             GUILTY  X_             NOT GUILTY ____

Count 45:             GUILTY  X_             NOT GUILTY ____

Count 46:             GUILTY  X_             NOT GUILTY ____

Count 47:             GUILTY  X_             NOT GUILTY ____

Count 48:             GUILTY  X_             NOT GUILTY ____

Count 49:             GUILTY  X_             NOT GUILTY ____

Count 50:             GUILTY  X_             NOT GUILTY ____

Count 51:             GUILTY  X_             NOT GUILTY ____

Count 52:             GUILTY  X_             NOT GUILTY ____

Count 53:             GUILTY  X_             NOT GUILTY ____

Count 54:             GUILTY  X_             NOT GUILTY ____

Count 55:             GUILTY  X_             NOT GUILTY ____

Count 56:             GUILTY  X_             NOT GUILTY ____

Count 57:             GUILTY  X_             NOT GUILTY ____

Count 58:             GUILTY  X_             NOT GUILTY ____

Count 59:             GUILTY  X_             NOT GUILTY ____

Count 60:             GUILTY  X_             NOT GUILTY ____

Count 61:             GUILTY  X_             NOT GUILTY ____

Count 62:             GUILTY  X_             NOT GUILTY ____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 14:             GUILTY  X_             NOT GUILTY ____

Count 15:             GUILTY  X_             NOT GUILTY ____

Count 16:             GUILTY  X_             NOT GUILTY ____

Count 17:             GUILTY  X_             NOT GUILTY ____

Count 18:        GUILTY  X        NOT GUILTY _____

Count 19:        GUILTY  X        NOT GUILTY _____

Count 20:        GUILTY  X        NOT GUILTY _____

Count 21:        GUILTY  X        NOT GUILTY _____

Count 22:        GUILTY  X        NOT GUILTY _____

Count 23:        GUILTY  X        NOT GUILTY _____

Count 24:        GUILTY  X        NOT GUILTY _____

Count 25:        GUILTY  X        NOT GUILTY _____

Count 26:        GUILTY  X        NOT GUILTY _____

Count 27:        GUILTY  X        NOT GUILTY _____

Count 28:        GUILTY  X        NOT GUILTY _____

Count 29:        GUILTY  X        NOT GUILTY _____

Count 30:        GUILTY  X        NOT GUILTY _____

Count 31:        GUILTY  X        NOT GUILTY _____

Count 40:        GUILTY  X        NOT GUILTY _____

Count 41:        GUILTY  X        NOT GUILTY _____

Count 42:        GUILTY  X        NOT GUILTY _____

Count 43:        GUILTY  X        NOT GUILTY _____

Count 44:        GUILTY  X        NOT GUILTY _____

Count 45:        GUILTY  X        NOT GUILTY _____

Count 46:        GUILTY  X        NOT GUILTY _____

Count 47:        GUILTY  X        NOT GUILTY _____

Count 48:        GUILTY  X        NOT GUILTY _____

Count 49:        GUILTY  X        NOT GUILTY _____

Count 50:        GUILTY  X        NOT GUILTY _____

Count 51:        GUILTY  X        NOT GUILTY _____

Count 52:        GUILTY  X        NOT GUILTY _____

Count 53:        GUILTY  X        NOT GUILTY _____

Count 54:        GUILTY  X        NOT GUILTY _____

Count 55:        GUILTY  X        NOT GUILTY _____

Count 56:        GUILTY  X        NOT GUILTY _____

Count 57:          GUILTY  X          NOT GUILTY _____
Count 58:          GUILTY  X          NOT GUILTY _____
Count 59:          GUILTY  X          NOT GUILTY _____
Count 60:          GUILTY  X          NOT GUILTY _____
Count 61:          GUILTY  X          NOT GUILTY _____
Count 62:          GUILTY  X          NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Counts 63 and 64, you must find beyond a reasonable doubt that:

1. During the time period specified in each Count, the defendant(s) knowingly maintained a place, Ace Clinique of Medicine, LLC;

2. The defendant did so for the purpose of distributing or dispensing a controlled substance; and

3. The distribution or dispensation of the controlled substance was not for a legitimate medical purpose and in the usual course of professional practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 63:          GUILTY  X          NOT GUILTY _____
Count 64:          GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 63:          GUILTY  X          NOT GUILTY _____
Count 64:          GUILTY  X          NOT GUILTY _____

7

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 63:          GUILTY  X          NOT GUILTY _____

Count 64:          GUILTY  X          NOT GUILTY _____


*** *** *** ***


In order to find any of the defendants guilty of Count 65, you must find beyond a reasonable doubt that:

1.    Beginning on or about June 2006, and continuing through on or about August 22, 2014, two or more persons conspired, or agreed, to commit money laundering in violation of at least one of the two federal statutes described in the Indictment, 18 U.S.C. § 1956(a)(1)(A) or 1956(a)(1)(B); and

2.    The defendant knowingly and voluntarily joined this conspiracy.


Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 65:          GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 65:          GUILTY  X          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 65:          GUILTY  X          NOT GUILTY _____

*** *** *** ***

In order to find the defendant guilty of Count 66 and 67, you must find beyond a reasonable doubt that:

1.      Dr. Chaney, aided and abetted by others, acquired or obtained possession of a controlled substance;

2.      Dr. Chaney did so by misrepresentation, fraud, deception, or subterfuge; and

3.      Dr. Chaney did so knowingly and intentionally.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 66:          GUILTY **X**          NOT GUILTY _____
Count 67:          GUILTY **X**          NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Count 68, you must find beyond a reasonable doubt that:

1.      Two or more persons conspired, or agreed, to commit the crime of health care fraud.

2.      The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 68:          GUILTY **X**          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 68:          GUILTY **X**          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 68:                    GUILTY X          NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Counts 70-111 (MRI scheme), 112-122 (urine drug scheme – unnecessary tests), 123-147 (urine drug scheme – altered test results), 148-195 (hospital billings), 197 (fraudulent billings), and 234 (nerve conduction studies), you must find beyond a reasonable doubt that:

1.      The defendant and others knowingly and willfully executed a scheme to defraud a health-care benefit program affecting interstate commerce, that is Medicare and Medicaid, or to obtain money owned by, or under the custody or control of, a health-care benefit program, by means of false or fraudulent pretenses, representations, or promises;

2.      The false or fraudulent pretenses, representations, or promises related to a material fact; and

3.      The defendant had the intent to defraud.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:          GUILTY _____        NOT GUILTY X
Count 71:          GUILTY _____        NOT GUILTY X
Count 72:          GUILTY _____        NOT GUILTY X
Count 73:          GUILTY _____        NOT GUILTY X
Count 74:          GUILTY _____        NOT GUILTY X
Count 75:          GUILTY _____        NOT GUILTY X

| | | |
|---|---|---|
| Count 76: | GUILTY _____ | NOT GUILTY ☒ |
| Count 77: | GUILTY _____ | NOT GUILTY ☒ |
| Count 78: | GUILTY _____ | NOT GUILTY ☒ |
| Count 79: | GUILTY _____ | NOT GUILTY ☒ |
| Count 80: | GUILTY _____ | NOT GUILTY ☒ |
| Count 81: | GUILTY _____ | NOT GUILTY ☒ |
| Count 82: | GUILTY _____ | NOT GUILTY ☒ |
| Count 83: | GUILTY _____ | NOT GUILTY ☒ |
| Count 85: | GUILTY _____ | NOT GUILTY ☒ |
| Count 86: | GUILTY _____ | NOT GUILTY ☒ |
| Count 87: | GUILTY _____ | NOT GUILTY ☒ |
| Count 88: | GUILTY _____ | NOT GUILTY ☒ |
| Count 89: | GUILTY _____ | NOT GUILTY ☒ |
| Count 90: | GUILTY _____ | NOT GUILTY ☒ |
| Count 91: | GUILTY _____ | NOT GUILTY ☒ |
| Count 92: | GUILTY _____ | NOT GUILTY ☒ |
| Count 93: | GUILTY _____ | NOT GUILTY ☒ |
| Count 94: | GUILTY _____ | NOT GUILTY ☒ |
| Count 95: | GUILTY _____ | NOT GUILTY ☒ |
| Count 96: | GUILTY _____ | NOT GUILTY ☒ |
| Count 97: | GUILTY _____ | NOT GUILTY ☒ |
| Count 98: | GUILTY _____ | NOT GUILTY ☒ |
| Count 99: | GUILTY _____ | NOT GUILTY ☒ |
| Count 100: | GUILTY _____ | NOT GUILTY ☒ |
| Count 102: | GUILTY _____ | NOT GUILTY ☒ |
| Count 103: | GUILTY _____ | NOT GUILTY ☒ |
| Count 104: | GUILTY _____ | NOT GUILTY ☒ |
| Count 105: | GUILTY _____ | NOT GUILTY ☒ |
| Count 106: | GUILTY _____ | NOT GUILTY ☒ |
| Count 107: | GUILTY _____ | NOT GUILTY ☒ |
| Count 108: | GUILTY _____ | NOT GUILTY ☒ |

| | | |
|---|---|---|
| Count 109: | GUILTY _____ | NOT GUILTY ✗ |
| Count 110: | GUILTY _____ | NOT GUILTY ✗ |
| Count 111: | GUILTY _____ | NOT GUILTY ✗ |

Counts 112-122 (urine drug scheme – unnecessary tests)

| | | |
|---|---|---|
| Count 112: | GUILTY ✗ | NOT GUILTY _____ |
| Count 113: | GUILTY ✗ | NOT GUILTY _____ |
| Count 114: | GUILTY ✗ | NOT GUILTY _____ |
| Count 115: | GUILTY ✗ | NOT GUILTY _____ |
| Count 116: | GUILTY ✗ | NOT GUILTY _____ |
| Count 117: | GUILTY ✗ | NOT GUILTY _____ |
| Count 118: | GUILTY ✗ | NOT GUILTY _____ |
| Count 119: | GUILTY ✗ | NOT GUILTY _____ |
| Count 120: | GUILTY ✗ | NOT GUILTY _____ |
| Count 121: | GUILTY ✗ | NOT GUILTY _____ |
| Count 122: | GUILTY ✗ | NOT GUILTY _____ |

Counts 123-147 (urine drugs scheme – altered test results)

| | | |
|---|---|---|
| Count 123: | GUILTY ✗ | NOT GUILTY _____ |
| Count 124: | GUILTY ✗ | NOT GUILTY _____ |
| Count 125: | GUILTY ✗ | NOT GUILTY _____ |
| Count 126: | GUILTY ✗ | NOT GUILTY _____ |
| Count 127: | GUILTY ✗ | NOT GUILTY _____ |
| Count 128: | GUILTY ✗ | NOT GUILTY _____ |
| Count 129: | GUILTY ✗ | NOT GUILTY _____ |
| Count 130: | GUILTY ✗ | NOT GUILTY _____ |
| Count 131: | GUILTY ✗ | NOT GUILTY _____ |
| Count 132: | GUILTY ✗ | NOT GUILTY _____ |
| Count 133: | GUILTY ✗ | NOT GUILTY _____ |

| | | |
|---|---|---|
| Count 134: | GUILTY X | NOT GUILTY ____ |
| Count 135: | GUILTY X | NOT GUILTY ____ |
| Count 136: | GUILTY X | NOT GUILTY ____ |
| Count 137: | GUILTY X | NOT GUILTY ____ |
| Count 138: | GUILTY X | NOT GUILTY ____ |
| Count 139: | GUILTY X | NOT GUILTY ____ |
| Count 140: | GUILTY X | NOT GUILTY ____ |
| Count 141: | GUILTY X | NOT GUILTY ____ |
| Count 142: | GUILTY X | NOT GUILTY ____ |
| Count 143: | GUILTY X | NOT GUILTY ____ |
| Count 144: | GUILTY X | NOT GUILTY ____ |
| Count 145: | GUILTY X | NOT GUILTY ____ |
| Count 146: | GUILTY X | NOT GUILTY ____ |
| Count 147: | GUILTY X | NOT GUILTY ____ |

Counts 148-195 (hospital billings)

| | | |
|---|---|---|
| Count 148: | GUILTY ____ | NOT GUILTY X |
| Count 149: | GUILTY ____ | NOT GUILTY X |
| Count 150: | GUILTY X | NOT GUILTY ____ |
| Count 151: | GUILTY X | NOT GUILTY ____ |
| Count 152: | GUILTY X | NOT GUILTY ____ |
| Count 153: | GUILTY X | NOT GUILTY ____ |
| Count 154: | GUILTY X | NOT GUILTY ____ |
| Count 155: | GUILTY X | NOT GUILTY ____ |
| Count 156: | GUILTY X | NOT GUILTY ____ |
| Count 157: | GUILTY X | NOT GUILTY ____ |
| Count 158: | GUILTY X | NOT GUILTY ____ |
| Count 159: | GUILTY X | NOT GUILTY ____ |
| Count 160: | GUILTY X | NOT GUILTY ____ |
| Count 161: | GUILTY X | NOT GUILTY ____ |

| Count 162: | GUILTY X | NOT GUILTY ____ |
| Count 163: | GUILTY X | NOT GUILTY ____ |
| Count 164: | GUILTY ____ | NOT GUILTY X |
| Count 165: | GUILTY X | NOT GUILTY ____ |
| Count 166: | GUILTY X | NOT GUILTY ____ |
| Count 167: | GUILTY X | NOT GUILTY ____ |
| Count 168: | GUILTY X | NOT GUILTY ____ |
| Count 169: | GUILTY ____ | NOT GUILTY X |
| Count 170: | GUILTY ____ | NOT GUILTY X |
| Count 171: | GUILTY X | NOT GUILTY ____ |
| Count 172: | GUILTY X | NOT GUILTY ____ |
| Count 173: | GUILTY ____ | NOT GUILTY X |
| Count 174: | GUILTY ____ | NOT GUILTY X |
| Count 175: | GUILTY X | NOT GUILTY ____ |
| Count 176: | GUILTY ____ | NOT GUILTY X |
| Count 177: | GUILTY X | NOT GUILTY ____ |
| Count 178: | GUILTY ____ | NOT GUILTY X |
| Count 179: | GUILTY ____ | NOT GUILTY X |
| Count 180: | GUILTY X | NOT GUILTY ____ |
| Count 181: | GUILTY ____ | NOT GUILTY X |
| Count 182: | GUILTY X | NOT GUILTY ____ |
| Count 183: | GUILTY ____ | NOT GUILTY X |
| Count 184: | GUILTY ____ | NOT GUILTY X |
| Count 185: | GUILTY ____ | NOT GUILTY X |
| Count 186: | GUILTY X | NOT GUILTY ____ |
| Count 187: | GUILTY ____ | NOT GUILTY X |
| Count 188: | GUILTY X | NOT GUILTY ____ |
| Count 189: | GUILTY ____ | NOT GUILTY X |
| Count 190: | GUILTY ____ | NOT GUILTY X |
| Count 191: | GUILTY X | NOT GUILTY ____ |
| Count 192: | GUILTY X | NOT GUILTY ____ |

Count 193:            GUILTY _____            NOT GUILTY _X_
Count 194:            GUILTY _____            NOT GUILTY _X_
Count 195:            GUILTY _____            NOT GUILTY _X_

Count 197 (fraudulent billings)

Count 197:            GUILTY _X_            NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:            GUILTY _X_            NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:             GUILTY _____            NOT GUILTY _X_
Count 71:             GUILTY _____            NOT GUILTY _X_
Count 72:             GUILTY _____            NOT GUILTY _X_
Count 73:             GUILTY _____            NOT GUILTY _X_
Count 74:             GUILTY _____            NOT GUILTY _X_
Count 75:             GUILTY _____            NOT GUILTY _X_
Count 76:             GUILTY _____            NOT GUILTY _X_
Count 77:             GUILTY _____            NOT GUILTY _X_
Count 78:             GUILTY _____            NOT GUILTY _X_
Count 79:             GUILTY _____            NOT GUILTY _X_
Count 80:             GUILTY _____            NOT GUILTY _X_
Count 81:             GUILTY _____            NOT GUILTY _X_
Count 82:             GUILTY _____            NOT GUILTY _X_
Count 83:             GUILTY _____            NOT GUILTY _X_
Count 85:             GUILTY _____            NOT GUILTY _X_

| | | |
|---|---|---|
| Count 86: | GUILTY _____ | NOT GUILTY _X_ |
| Count 87: | GUILTY _____ | NOT GUILTY _X_ |
| Count 88: | GUILTY _____ | NOT GUILTY _X_ |
| Count 89: | GUILTY _____ | NOT GUILTY _X_ |
| Count 90: | GUILTY _____ | NOT GUILTY _X_ |
| Count 91: | GUILTY _____ | NOT GUILTY _X_ |
| Count 92: | GUILTY _____ | NOT GUILTY _X_ |
| Count 93: | GUILTY _____ | NOT GUILTY _X_ |
| Count 94: | GUILTY _____ | NOT GUILTY _X_ |
| Count 95: | GUILTY _____ | NOT GUILTY _X_ |
| Count 96: | GUILTY _____ | NOT GUILTY _X_ |
| Count 97: | GUILTY _____ | NOT GUILTY _X_ |
| Count 98: | GUILTY _____ | NOT GUILTY _X_ |
| Count 99: | GUILTY _____ | NOT GUILTY _X_ |
| Count 100: | GUILTY _____ | NOT GUILTY _X_ |
| Count 102: | GUILTY _____ | NOT GUILTY _X_ |
| Count 103: | GUILTY _____ | NOT GUILTY _X_ |
| Count 104: | GUILTY _____ | NOT GUILTY _X_ |
| Count 105: | GUILTY _____ | NOT GUILTY _X_ |
| Count 106: | GUILTY _____ | NOT GUILTY _X_ |
| Count 107: | GUILTY _____ | NOT GUILTY _X_ |
| Count 108: | GUILTY _____ | NOT GUILTY _X_ |
| Count 109: | GUILTY _____ | NOT GUILTY _X_ |
| Count 110: | GUILTY _____ | NOT GUILTY _X_ |
| Count 111: | GUILTY _____ | NOT GUILTY _X_ |

Counts 112-122 (urine drug scheme – unnecessary tests)

| | | |
|---|---|---|
| Count 112: | GUILTY _X_ | NOT GUILTY _____ |
| Count 113: | GUILTY _X_ | NOT GUILTY _____ |
| Count 114: | GUILTY _X_ | NOT GUILTY _____ |

Count 115:        GUILTY  X         NOT GUILTY _____
Count 116:        GUILTY  X         NOT GUILTY _____
Count 117:        GUILTY  X         NOT GUILTY _____
Count 118:        GUILTY  X         NOT GUILTY _____
Count 119:        GUILTY  X         NOT GUILTY _____
Count 120:        GUILTY  X         NOT GUILTY _____
Count 121:        GUILTY  X         NOT GUILTY _____
Count 122:        GUILTY  X         NOT GUILTY _____

Counts 148-195 (hospital billings)

Count 148:        GUILTY _____       NOT GUILTY  X
Count 149:        GUILTY _____       NOT GUILTY  X
Count 150:        GUILTY _____       NOT GUILTY  X
Count 151:        GUILTY _____       NOT GUILTY  X
Count 152:        GUILTY _____       NOT GUILTY  X
Count 153:        GUILTY _____       NOT GUILTY  X
Count 154:        GUILTY _____       NOT GUILTY  X
Count 155:        GUILTY _____       NOT GUILTY  X
Count 156:        GUILTY _____       NOT GUILTY  X
Count 157:        GUILTY _____       NOT GUILTY  X
Count 158:        GUILTY _____       NOT GUILTY  X
Count 159:        GUILTY _____       NOT GUILTY  X
Count 160:        GUILTY _____       NOT GUILTY  X
Count 161:        GUILTY _____       NOT GUILTY  X
Count 162:        GUILTY _____       NOT GUILTY  X
Count 163:        GUILTY _____       NOT GUILTY  X
Count 164:        GUILTY _____       NOT GUILTY  X
Count 165:        GUILTY _____       NOT GUILTY  X
Count 166:        GUILTY _____       NOT GUILTY  X
Count 167:        GUILTY _____       NOT GUILTY  X

17

Count 168:         GUILTY _____          NOT GUILTY X___
Count 169:         GUILTY _____          NOT GUILTY X___
Count 170:         GUILTY _____          NOT GUILTY X___
Count 171:         GUILTY _____          NOT GUILTY X___
Count 172:         GUILTY _____          NOT GUILTY X___
Count 173:         GUILTY _____          NOT GUILTY X___
Count 174:         GUILTY _____          NOT GUILTY X___
Count 175:         GUILTY _____          NOT GUILTY X___
Count 176:         GUILTY _____          NOT GUILTY X___
Count 177:         GUILTY _____          NOT GUILTY X___
Count 178:         GUILTY _____          NOT GUILTY X___
Count 179:         GUILTY _____          NOT GUILTY X___
Count 180:         GUILTY _____          NOT GUILTY X___
Count 181:         GUILTY _____          NOT GUILTY X___
Count 182:         GUILTY _____          NOT GUILTY X___
Count 183:         GUILTY _____          NOT GUILTY X___
Count 184:         GUILTY _____          NOT GUILTY X___
Count 185:         GUILTY _____          NOT GUILTY X___
Count 186:         GUILTY _____          NOT GUILTY X___
Count 187:         GUILTY _____          NOT GUILTY X___
Count 188:         GUILTY _____          NOT GUILTY X___
Count 189:         GUILTY _____          NOT GUILTY X___
Count 190:         GUILTY _____          NOT GUILTY X___
Count 191:         GUILTY _____          NOT GUILTY X___
Count 192:         GUILTY _____          NOT GUILTY X___
Count 193:         GUILTY _____          NOT GUILTY X___
Count 194:         GUILTY _____          NOT GUILTY X___
Count 195:         GUILTY _____          NOT GUILTY X___

Count 197 (fraudulent billings)

Count 197:                   GUILTY X               NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:                   GUILTY X               NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Counts 70-111 (MRI scheme)

| | | |
|---|---|---|
| Count 70: | GUILTY _____ | NOT GUILTY X |
| Count 71: | GUILTY _____ | NOT GUILTY X |
| Count 72: | GUILTY _____ | NOT GUILTY X |
| Count 73: | GUILTY _____ | NOT GUILTY X |
| Count 74: | GUILTY _____ | NOT GUILTY X |
| Count 75: | GUILTY _____ | NOT GUILTY X |
| Count 76: | GUILTY _____ | NOT GUILTY X |
| Count 77: | GUILTY _____ | NOT GUILTY X |
| Count 78: | GUILTY _____ | NOT GUILTY X |
| Count 79: | GUILTY _____ | NOT GUILTY X |
| Count 80: | GUILTY _____ | NOT GUILTY X |
| Count 81: | GUILTY _____ | NOT GUILTY X |
| Count 82: | GUILTY _____ | NOT GUILTY X |
| Count 83: | GUILTY _____ | NOT GUILTY X |
| Count 85: | GUILTY _____ | NOT GUILTY X |
| Count 86: | GUILTY _____ | NOT GUILTY X |
| Count 87: | GUILTY _____ | NOT GUILTY X |
| Count 88: | GUILTY _____ | NOT GUILTY X |

Count 89:              GUILTY _____          NOT GUILTY  X

Count 90:              GUILTY _____          NOT GUILTY  X

Count 91:              GUILTY _____          NOT GUILTY  X

Count 92:              GUILTY _____          NOT GUILTY  X

Count 93:              GUILTY _____          NOT GUILTY  X

Count 94:              GUILTY _____          NOT GUILTY  X

Count 95:              GUILTY _____          NOT GUILTY  X

Count 96:              GUILTY _____          NOT GUILTY  X

Count 97:              GUILTY _____          NOT GUILTY  X

Count 98:              GUILTY _____          NOT GUILTY  X

Count 99:              GUILTY _____          NOT GUILTY  X

Count 100:             GUILTY _____          NOT GUILTY  X

Count 102:             GUILTY _____          NOT GUILTY  X

Count 103:             GUILTY _____          NOT GUILTY  X

Count 104:             GUILTY _____          NOT GUILTY  X

Count 105:             GUILTY _____          NOT GUILTY  X

Count 106:             GUILTY _____          NOT GUILTY  X

Count 107:             GUILTY _____          NOT GUILTY  X

Count 108:             GUILTY _____          NOT GUILTY  X

Count 109:             GUILTY _____          NOT GUILTY  X

Count 110:             GUILTY _____          NOT GUILTY  X

Count 111:             GUILTY _____          NOT GUILTY  X

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:             GUILTY  X             NOT GUILTY _____

Count 113:             GUILTY  X             NOT GUILTY _____

Count 114:             GUILTY  X             NOT GUILTY _____

Count 115:             GUILTY  X             NOT GUILTY _____

Count 116:             GUILTY  X             NOT GUILTY _____

Count 117:             GUILTY  X             NOT GUILTY _____

| Count 118: | GUILTY  X | NOT GUILTY ____ |
| Count 119: | GUILTY  X | NOT GUILTY ____ |
| Count 120: | GUILTY  X | NOT GUILTY ____ |
| Count 121: | GUILTY  X | NOT GUILTY ____ |
| Count 122: | GUILTY  X | NOT GUILTY ____ |

Counts 123-147 (urine drugs scheme – altered test results)

| Count 123: | GUILTY  X | NOT GUILTY ____ |
| Count 124: | GUILTY  X | NOT GUILTY ____ |
| Count 125: | GUILTY  X | NOT GUILTY ____ |
| Count 126: | GUILTY  X | NOT GUILTY ____ |
| Count 127: | GUILTY  X | NOT GUILTY ____ |
| Count 128: | GUILTY  X | NOT GUILTY ____ |
| Count 129: | GUILTY  X | NOT GUILTY ____ |
| Count 130: | GUILTY  X | NOT GUILTY ____ |
| Count 131: | GUILTY  X | NOT GUILTY ____ |
| Count 132: | GUILTY  X | NOT GUILTY ____ |
| Count 133: | GUILTY  X | NOT GUILTY ____ |
| Count 134: | GUILTY  X | NOT GUILTY ____ |
| Count 135: | GUILTY  X | NOT GUILTY ____ |
| Count 136: | GUILTY  X | NOT GUILTY ____ |
| Count 137: | GUILTY  X | NOT GUILTY ____ |
| Count 138: | GUILTY  X | NOT GUILTY ____ |
| Count 139: | GUILTY  X | NOT GUILTY ____ |
| Count 140: | GUILTY  X | NOT GUILTY ____ |
| Count 141: | GUILTY  X | NOT GUILTY ____ |
| Count 142: | GUILTY  X | NOT GUILTY ____ |
| Count 143: | GUILTY  X | NOT GUILTY ____ |
| Count 144: | GUILTY  X | NOT GUILTY ____ |
| Count 145: | GUILTY  X | NOT GUILTY ____ |

Count 146:      GUILTY __X__      NOT GUILTY ____
Count 147:      GUILTY __X__      NOT GUILTY ____

Counts 148-195 (hospital billings) pgmrg

Count 148:      GUILTY ____      NOT GUILTY __X__
Count 149:      GUILTY ____      NOT GUILTY __X__
Count 150:      GUILTY __X__      NOT GUILTY ____
Count 151:      GUILTY __X__      NOT GUILTY ____
Count 152:      GUILTY __X__      NOT GUILTY ____
Count 153:      GUILTY __X__      NOT GUILTY ____
Count 154:      GUILTY __X__      NOT GUILTY ____
Count 155:      GUILTY __X__      NOT GUILTY ____
Count 156:      GUILTY __X__      NOT GUILTY ____
Count 157:      GUILTY __X__      NOT GUILTY ____
Count 158:      GUILTY __X__      NOT GUILTY ____
Count 159:      GUILTY __X__      NOT GUILTY ____
Count 160:      GUILTY __X__      NOT GUILTY ____
Count 161:      GUILTY __X__      NOT GUILTY ____
Count 162:      GUILTY __X__      NOT GUILTY ____
Count 163:      GUILTY __X__      NOT GUILTY ____
Count 164:      GUILTY ____      NOT GUILTY __X__
Count 165:      GUILTY __X__      NOT GUILTY ____
Count 166:      GUILTY __X__      NOT GUILTY ____
Count 167:      GUILTY __X__      NOT GUILTY ____
Count 168:      GUILTY __X__      NOT GUILTY ____
Count 169:      GUILTY ____      NOT GUILTY __X__
Count 170:      GUILTY ____      NOT GUILTY __X__
Count 171:      GUILTY __X__      NOT GUILTY ____
Count 172:      GUILTY __X__      NOT GUILTY ____
Count 173:      GUILTY ____      NOT GUILTY __X__

| Count 174: | GUILTY ____ | NOT GUILTY _X_ |
| Count 175: | GUILTY _X_ | NOT GUILTY ____ |
| Count 176: | GUILTY ____ | NOT GUILTY _X_ |
| Count 177: | GUILTY _X_ | NOT GUILTY ____ |
| Count 178: | GUILTY ____ | NOT GUILTY _X_ |
| Count 179: | GUILTY ____ | NOT GUILTY _X_ |
| Count 180: | GUILTY _X_ | NOT GUILTY ____ |
| Count 181: | GUILTY ____ | NOT GUILTY _X_ |
| Count 182: | GUILTY _X_ | NOT GUILTY ____ |
| Count 183: | GUILTY ____ | NOT GUILTY _X_ |
| Count 184: | GUILTY ____ | NOT GUILTY _X_ |
| Count 185: | GUILTY ____ | NOT GUILTY _X_ |
| Count 186: | GUILTY _X_ | NOT GUILTY ____ |
| Count 187: | GUILTY ____ | NOT GUILTY _X_ |
| Count 188: | GUILTY _X_ | NOT GUILTY ____ |
| Count 189: | GUILTY ____ | NOT GUILTY _X_ |
| Count 190: | GUILTY ____ | NOT GUILTY _X_ |
| Count 191: | GUILTY _X_ | NOT GUILTY ____ |
| Count 192: | GUILTY _X_ | NOT GUILTY ____ |
| Count 193: | GUILTY ____ | NOT GUILTY _X_ |
| Count 194: | GUILTY ____ | NOT GUILTY _X_ |
| Count 195: | GUILTY ____ | NOT GUILTY _X_ |

Count 197 (fraudulent billings)

| Count 197: | GUILTY _X_ | NOT GUILTY ____ |

Count 234 (nerve conduction tests)

| Count 234: | GUILTY _X_ | NOT GUILTY ____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 198-220, you must find beyond a reasonable doubt that:

1.      The defendant, aided and abetted by others, falsified, concealed, or covered up by any trick, scheme, or device a material fact;

2.      In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.      The defendant did so knowingly and willfully.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 198: | GUILTY  X | NOT GUILTY ____ |
| Count 199: | GUILTY  X | NOT GUILTY ____ |
| Count 200: | GUILTY  X | NOT GUILTY ____ |
| Count 201: | GUILTY  X | NOT GUILTY ____ |
| Count 202: | GUILTY  X | NOT GUILTY ____ |
| Count 203: | GUILTY  X | NOT GUILTY ____ |
| Count 204: | GUILTY  X | NOT GUILTY ____ |
| Count 206: | GUILTY  X | NOT GUILTY ____ |
| Count 207: | GUILTY  X | NOT GUILTY ____ |
| Count 208: | GUILTY  X | NOT GUILTY ____ |
| Count 209: | GUILTY  X | NOT GUILTY ____ |
| Count 210: | GUILTY  X | NOT GUILTY ____ |
| Count 211: | GUILTY  X | NOT GUILTY ____ |
| Count 212: | GUILTY  X | NOT GUILTY ____ |
| Count 213: | GUILTY  X | NOT GUILTY ____ |
| Count 214: | GUILTY  X | NOT GUILTY ____ |
| Count 215: | GUILTY  X | NOT GUILTY ____ |

Count 217:          GUILTY  X          NOT GUILTY ____
Count 218:          GUILTY  X          NOT GUILTY ____
Count 220:          GUILTY  X          NOT GUILTY ____


Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 198:          GUILTY  X          NOT GUILTY ____
Count 199:          GUILTY  X          NOT GUILTY ____
Count 200:          GUILTY  X          NOT GUILTY ____
Count 201:          GUILTY  X          NOT GUILTY ____
Count 202:          GUILTY  X          NOT GUILTY ____
Count 203:          GUILTY  X          NOT GUILTY ____
Count 204:          GUILTY  X          NOT GUILTY ____
Count 206:          GUILTY  X          NOT GUILTY ____
Count 207:          GUILTY  X          NOT GUILTY ____
Count 208:          GUILTY  X          NOT GUILTY ____
Count 209:          GUILTY  X          NOT GUILTY ____
Count 210:          GUILTY  X          NOT GUILTY ____
Count 211:          GUILTY  X          NOT GUILTY ____
Count 212:          GUILTY  X          NOT GUILTY ____
Count 213:          GUILTY  X          NOT GUILTY ____
Count 214:          GUILTY  X          NOT GUILTY ____
Count 215:          GUILTY  X          NOT GUILTY ____
Count 217:          GUILTY  X          NOT GUILTY ____
Count 218:          GUILTY  X          NOT GUILTY ____
Count 220:          GUILTY  X          NOT GUILTY ____


Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 198:          GUILTY  X          NOT GUILTY ____
Count 199:          GUILTY  X          NOT GUILTY ____

| | | |
|---|---|---|
| Count 200: | GUILTY X | NOT GUILTY _____ |
| Count 201: | GUILTY X | NOT GUILTY _____ |
| Count 202: | GUILTY X | NOT GUILTY _____ |
| Count 203: | GUILTY X | NOT GUILTY _____ |
| Count 204: | GUILTY X | NOT GUILTY _____ |
| Count 206: | GUILTY X | NOT GUILTY _____ |
| Count 207: | GUILTY X | NOT GUILTY _____ |
| Count 208: | GUILTY X | NOT GUILTY _____ |
| Count 209: | GUILTY X | NOT GUILTY _____ |
| Count 210: | GUILTY X | NOT GUILTY _____ |
| Count 211: | GUILTY X | NOT GUILTY _____ |
| Count 212: | GUILTY X | NOT GUILTY _____ |
| Count 213: | GUILTY X | NOT GUILTY _____ |
| Count 214: | GUILTY X | NOT GUILTY _____ |
| Count 215: | GUILTY X | NOT GUILTY _____ |
| Count 217: | GUILTY X | NOT GUILTY _____ |
| Count 218: | GUILTY X | NOT GUILTY _____ |
| Count 220: | GUILTY X | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 221-233, you must find beyond a reasonable doubt that:

1. The defendant made any materially false, fictitious, or fraudulent statements or representations, or made or used any materially false writing or document knowing it contained any materially false, fictitious, or fraudulent statement or entry;

2. In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3. The defendant did so knowingly and willfully.

26

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 221: | GUILTY __X__ | NOT GUILTY _____ |
| Count 222: | GUILTY __X__ | NOT GUILTY _____ |
| Count 223: | GUILTY __X__ | NOT GUILTY _____ |
| Count 224: | GUILTY __X__ | NOT GUILTY _____ |
| Count 225: | GUILTY __X__ | NOT GUILTY _____ |
| Count 226: | GUILTY __X__ | NOT GUILTY _____ |
| Count 227: | GUILTY __X__ | NOT GUILTY _____ |
| Count 228: | GUILTY __X__ | NOT GUILTY _____ |
| Count 229: | GUILTY __X__ | NOT GUILTY _____ |
| Count 230: | GUILTY __X__ | NOT GUILTY _____ |
| Count 231: | GUILTY __X__ | NOT GUILTY _____ |
| Count 232: | GUILTY __X__ | NOT GUILTY _____ |
| Count 233: | GUILTY __X__ | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 235-255, you must find beyond a reasonable doubt that:

1.  The defendant knowingly engaged in a monetary transaction.

2.  The monetary transaction was in property derived from specified unlawful activity.

3.  The property had a value greater than $10,000.

4.  The defendant knew that the transaction was in criminally derived property.

5.  The monetary transaction took place within the United States.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY _X_ | NOT GUILTY ____ |
| Count 236: | GUILTY _X_ | NOT GUILTY ____ |
| Count 237: | GUILTY _X_ | NOT GUILTY ____ |
| Count 238: | GUILTY _X_ | NOT GUILTY ____ |
| Count 239: | GUILTY _X_ | NOT GUILTY ____ |
| Count 240: | GUILTY _X_ | NOT GUILTY ____ |
| Count 241: | GUILTY _X_ | NOT GUILTY ____ |
| Count 242: | GUILTY _X_ | NOT GUILTY ____ |
| Count 243: | GUILTY _X_ | NOT GUILTY ____ |
| Count 244: | GUILTY _X_ | NOT GUILTY ____ |
| Count 245: | GUILTY _X_ | NOT GUILTY ____ |
| Count 246: | GUILTY _X_ | NOT GUILTY ____ |
| Count 247: | GUILTY _X_ | NOT GUILTY ____ |
| Count 248: | GUILTY _X_ | NOT GUILTY ____ |
| Count 249: | GUILTY _X_ | NOT GUILTY ____ |
| Count 250: | GUILTY _X_ | NOT GUILTY ____ |
| Count 251: | GUILTY _X_ | NOT GUILTY ____ |
| Count 252: | GUILTY _X_ | NOT GUILTY ____ |
| Count 253: | GUILTY _X_ | NOT GUILTY ____ |
| Count 254: | GUILTY _X_ | NOT GUILTY ____ |
| Count 255: | GUILTY _X_ | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY _X_ | NOT GUILTY ____ |
| Count 236: | GUILTY _X_ | NOT GUILTY ____ |
| Count 237: | GUILTY _X_ | NOT GUILTY ____ |
| Count 238: | GUILTY _X_ | NOT GUILTY ____ |
| Count 239: | GUILTY _X_ | NOT GUILTY ____ |

| Count 240: | GUILTY X | NOT GUILTY ____ |
| Count 241: | GUILTY X | NOT GUILTY ____ |
| Count 242: | GUILTY X | NOT GUILTY ____ |
| Count 243: | GUILTY X | NOT GUILTY ____ |
| Count 244: | GUILTY X | NOT GUILTY ____ |
| Count 245: | GUILTY X | NOT GUILTY ____ |
| Count 246: | GUILTY X | NOT GUILTY ____ |
| Count 247: | GUILTY X | NOT GUILTY ____ |
| Count 248: | GUILTY X | NOT GUILTY ____ |
| Count 249: | GUILTY X | NOT GUILTY ____ |
| Count 250: | GUILTY X | NOT GUILTY ____ |
| Count 251: | GUILTY X | NOT GUILTY ____ |
| Count 252: | GUILTY X | NOT GUILTY ____ |
| Count 253: | GUILTY X | NOT GUILTY ____ |
| Count 254: | GUILTY X | NOT GUILTY ____ |
| Count 255: | GUILTY X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| Count 235: | GUILTY X | NOT GUILTY ____ |
| Count 236: | GUILTY X | NOT GUILTY ____ |
| Count 237: | GUILTY X | NOT GUILTY ____ |
| Count 238: | GUILTY X | NOT GUILTY ____ |
| Count 239: | GUILTY X | NOT GUILTY ____ |
| Count 240: | GUILTY X | NOT GUILTY ____ |
| Count 241: | GUILTY X | NOT GUILTY ____ |
| Count 242: | GUILTY X | NOT GUILTY ____ |
| Count 243: | GUILTY X | NOT GUILTY ____ |
| Count 244: | GUILTY X | NOT GUILTY ____ |
| Count 245: | GUILTY X | NOT GUILTY ____ |

| Count 246: | GUILTY X | NOT GUILTY ____ |
| Count 247: | GUILTY X | NOT GUILTY ____ |
| Count 248: | GUILTY X | NOT GUILTY ____ |
| Count 249: | GUILTY X | NOT GUILTY ____ |
| Count 250: | GUILTY X | NOT GUILTY ____ |
| Count 251: | GUILTY X | NOT GUILTY ____ |
| Count 252: | GUILTY X | NOT GUILTY ____ |
| Count 253: | GUILTY X | NOT GUILTY ____ |
| Count 254: | GUILTY X | NOT GUILTY ____ |
| Count 255: | GUILTY X | NOT GUILTY ____ |

*** *** *** ***

In order to find the defendant guilty of Count 256, you must find beyond a reasonable doubt that:

1.   Mrs. Chaney knowingly altered, destroyed, mutilated, concealed, covered up, falsified, or made a false entry in a record, document or tangible object;

2.   Mrs. Chaney acted with the intent to impede, obstruct or influence a matter or investigation; and

3.   The matter or investigation was within the jurisdiction of the Federal Bureau of Investigation, which is an agency of the United States.

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 256:          GUILTY ____          NOT GUILTY X

DATE: 4/18/16

_____
FOREPERSON

31