# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**Eastern District of Kentucky**
**F I L E D**

APR 1 8 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 14-37 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ALVIN CHANEY, LESA L. | ) | **VERDICT FORM** |
| CHANEY, and ACE CLINIQUE OF | ) | |
| MEDICINE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In order to find any of the defendants guilty of Count 1, you must find beyond a reasonable doubt that:

1. On or about March 7, 2006, and continuing through on or about October 21, 2014, in Perry County, Kentucky, two or more persons conspired, or agreed, to commit the crime of knowingly and intentionally distributing and/or dispensing Schedule II or III controlled substances outside the usual course of professional practice and not for a legitimate medical purpose.

2. The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

GUILTY _X_      NOT GUILTY ____

Based on these elements, how do you find the defendant Lesa L. Chaney?

GUILTY _X_      NOT GUILTY ____

1

Case: 6:24-cv-00007-REW-HAI   Doc #: 68-2   Filed: 03/29/24   Page: 3 of 33 - Page ID#:
2891
Case: 6:24-cv-00007-REW-HAI   Doc #: 10-4   Filed: 01/23/24   Page: 3 of 32 - Page ID#:
891
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 281   Filed: 04/18/16   Page: 2 of 31 - Page ID#:
2955

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

GUILTY X              NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 2-13 and 32-39, you must find beyond a reasonable doubt that:

1.  The defendant, aided and abetted by others, distributed or dispensed a Schedule II controlled substance (Oxycodone);

2.  The defendant acted knowingly and intentionally; and

3.  The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 2: | GUILTY X | NOT GUILTY _____ |
| Count 3: | GUILTY X | NOT GUILTY _____ |
| Count 4: | GUILTY X | NOT GUILTY _____ |
| Count 5: | GUILTY X | NOT GUILTY _____ |
| Count 6: | GUILTY X | NOT GUILTY _____ |
| Count 7: | GUILTY X | NOT GUILTY _____ |
| Count 8: | GUILTY X | NOT GUILTY _____ |
| Count 9: | GUILTY X | NOT GUILTY _____ |
| Count 10: | GUILTY X | NOT GUILTY _____ |
| Count 11: | GUILTY X | NOT GUILTY _____ |
| Count 12: | GUILTY X | NOT GUILTY _____ |
| Count 13: | GUILTY X | NOT GUILTY _____ |
| Count 32: | GUILTY X | NOT GUILTY _____ |

| | | |
|---|---|---|
| Count 33: | GUILTY __X__ | NOT GUILTY _____ |
| Count 34: | GUILTY __X__ | NOT GUILTY _____ |
| Count 35: | GUILTY __X__ | NOT GUILTY _____ |
| Count 36: | GUILTY __X__ | NOT GUILTY _____ |
| Count 37: | GUILTY __X__ | NOT GUILTY _____ |
| Count 38: | GUILTY __X__ | NOT GUILTY _____ |
| Count 39: | GUILTY __X__ | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 2: | GUILTY __X__ | NOT GUILTY _____ |
| Count 3: | GUILTY __X__ | NOT GUILTY _____ |
| Count 4: | GUILTY __X__ | NOT GUILTY _____ |
| Count 5: | GUILTY __X__ | NOT GUILTY _____ |
| Count 6: | GUILTY __X__ | NOT GUILTY _____ |
| Count 7: | GUILTY __X__ | NOT GUILTY _____ |
| Count 8: | GUILTY __X__ | NOT GUILTY _____ |
| Count 9: | GUILTY __X__ | NOT GUILTY _____ |
| Count 10: | GUILTY __X__ | NOT GUILTY _____ |
| Count 11: | GUILTY __X__ | NOT GUILTY _____ |
| Count 12: | GUILTY __X__ | NOT GUILTY _____ |
| Count 13: | GUILTY __X__ | NOT GUILTY _____ |
| Count 32: | GUILTY __X__ | NOT GUILTY _____ |
| Count 33: | GUILTY __X__ | NOT GUILTY _____ |
| Count 34: | GUILTY __X__ | NOT GUILTY _____ |
| Count 35: | GUILTY __X__ | NOT GUILTY _____ |
| Count 36: | GUILTY __X__ | NOT GUILTY _____ |
| Count 37: | GUILTY __X__ | NOT GUILTY _____ |
| Count 38: | GUILTY __X__ | NOT GUILTY _____ |
| Count 39: | GUILTY __X__ | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Counts 14-31 and 40-62, you must find beyond a reasonable doubt that:

1.  The defendant, aided and abetted by others, distributed or dispensed a Schedule III controlled substance (Hydrocodone);

2.  The defendant acted knowingly and intentionally; and

3.  The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 14: | GUILTY _X_ | NOT GUILTY ____ |
| Count 15: | GUILTY _X_ | NOT GUILTY ____ |
| Count 16: | GUILTY _X_ | NOT GUILTY ____ |
| Count 17: | GUILTY _X_ | NOT GUILTY ____ |
| Count 18: | GUILTY _X_ | NOT GUILTY ____ |
| Count 19: | GUILTY _X_ | NOT GUILTY ____ |
| Count 20: | GUILTY _X_ | NOT GUILTY ____ |
| Count 21: | GUILTY _X_ | NOT GUILTY ____ |
| Count 22: | GUILTY _X_ | NOT GUILTY ____ |
| Count 23: | GUILTY _X_ | NOT GUILTY ____ |
| Count 24: | GUILTY _X_ | NOT GUILTY ____ |
| Count 25: | GUILTY _X_ | NOT GUILTY ____ |
| Count 26: | GUILTY _X_ | NOT GUILTY ____ |
| Count 27: | GUILTY _X_ | NOT GUILTY ____ |
| Count 28: | GUILTY _X_ | NOT GUILTY ____ |
| Count 29: | GUILTY _X_ | NOT GUILTY ____ |
| Count 30: | GUILTY _X_ | NOT GUILTY ____ |

Count 31:          GUILTY  X___          NOT GUILTY _____

Count 40:          GUILTY  X___          NOT GUILTY _____

Count 41:          GUILTY  X___          NOT GUILTY _____

Count 42:          GUILTY  X___          NOT GUILTY _____

Count 43:          GUILTY  X___          NOT GUILTY _____

Count 44:          GUILTY  X___          NOT GUILTY _____

Count 45:          GUILTY  X___          NOT GUILTY _____

Count 46:          GUILTY  X___          NOT GUILTY _____

Count 47:          GUILTY  X___          NOT GUILTY _____

Count 48:          GUILTY  X___          NOT GUILTY _____

Count 49:          GUILTY  X___          NOT GUILTY _____

Count 50:          GUILTY  X___          NOT GUILTY _____

Count 51:          GUILTY  X___          NOT GUILTY _____

Count 52:          GUILTY  X___          NOT GUILTY _____

Count 53:          GUILTY  X___          NOT GUILTY _____

Count 54:          GUILTY  X___          NOT GUILTY _____

Count 55:          GUILTY  X___          NOT GUILTY _____

Count 56:          GUILTY  X___          NOT GUILTY _____

Count 57:          GUILTY  X___          NOT GUILTY _____

Count 58:          GUILTY  X___          NOT GUILTY _____

Count 59:          GUILTY  X___          NOT GUILTY _____

Count 60:          GUILTY  X___          NOT GUILTY _____

Count 61:          GUILTY  X___          NOT GUILTY _____

Count 62:          GUILTY  X___          NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 14:          GUILTY  X___          NOT GUILTY _____

Count 15:          GUILTY  X___          NOT GUILTY _____

Count 16:          GUILTY  X___          NOT GUILTY _____

Count 17:          GUILTY  X___          NOT GUILTY _____

| Count 18: | GUILTY __X__ | NOT GUILTY _____ |
| Count 19: | GUILTY __X__ | NOT GUILTY _____ |
| Count 20: | GUILTY __X__ | NOT GUILTY _____ |
| Count 21: | GUILTY __X__ | NOT GUILTY _____ |
| Count 22: | GUILTY __X__ | NOT GUILTY _____ |
| Count 23: | GUILTY __X__ | NOT GUILTY _____ |
| Count 24: | GUILTY __X__ | NOT GUILTY _____ |
| Count 25: | GUILTY __X__ | NOT GUILTY _____ |
| Count 26: | GUILTY __X__ | NOT GUILTY _____ |
| Count 27: | GUILTY __X__ | NOT GUILTY _____ |
| Count 28: | GUILTY __X__ | NOT GUILTY _____ |
| Count 29: | GUILTY __X__ | NOT GUILTY _____ |
| Count 30: | GUILTY __X__ | NOT GUILTY _____ |
| Count 31: | GUILTY __X__ | NOT GUILTY _____ |
| Count 40: | GUILTY __X__ | NOT GUILTY _____ |
| Count 41: | GUILTY __X__ | NOT GUILTY _____ |
| Count 42: | GUILTY __X__ | NOT GUILTY _____ |
| Count 43: | GUILTY __X__ | NOT GUILTY _____ |
| Count 44: | GUILTY __X__ | NOT GUILTY _____ |
| Count 45: | GUILTY __X__ | NOT GUILTY _____ |
| Count 46: | GUILTY __X__ | NOT GUILTY _____ |
| Count 47: | GUILTY __X__ | NOT GUILTY _____ |
| Count 48: | GUILTY __X__ | NOT GUILTY _____ |
| Count 49: | GUILTY __X__ | NOT GUILTY _____ |
| Count 50: | GUILTY __X__ | NOT GUILTY _____ |
| Count 51: | GUILTY __X__ | NOT GUILTY _____ |
| Count 52: | GUILTY __X__ | NOT GUILTY _____ |
| Count 53: | GUILTY __X__ | NOT GUILTY _____ |
| Count 54: | GUILTY __X__ | NOT GUILTY _____ |
| Count 55: | GUILTY __X__ | NOT GUILTY _____ |
| Count 56: | GUILTY __X__ | NOT GUILTY _____ |

| Count 57: | GUILTY __X__ | NOT GUILTY _____ |
| Count 58: | GUILTY __X__ | NOT GUILTY _____ |
| Count 59: | GUILTY __X__ | NOT GUILTY _____ |
| Count 60: | GUILTY __X__ | NOT GUILTY _____ |
| Count 61: | GUILTY __X__ | NOT GUILTY _____ |
| Count 62: | GUILTY __X__ | NOT GUILTY _____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 63 and 64, you must find beyond a reasonable doubt that:

1. During the time period specified in each Count, the defendant(s) knowingly maintained a place, Ace Clinique of Medicine, LLC;

2. The defendant did so for the purpose of distributing or dispensing a controlled substance; and

3. The distribution or dispensation of the controlled substance was not for a legitimate medical purpose and in the usual course of professional practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| Count 63: | GUILTY __X__ | NOT GUILTY _____ |
| Count 64: | GUILTY __X__ | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| Count 63: | GUILTY __X__ | NOT GUILTY _____ |
| Count 64: | GUILTY __X__ | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 63:                   GUILTY __X__              NOT GUILTY _____

Count 64:                   GUILTY __X__              NOT GUILTY _____


\*\*\*   \*\*\*   \*\*\*   \*\*\*


In order to find any of the defendants guilty of Count 65, you must find beyond a reasonable doubt that:

1.     Beginning on or about June 2006, and continuing through on or about August 22, 2014, two or more persons conspired, or agreed, to commit money laundering in violation of at least one of the two federal statutes described in the Indictment, 18 U.S.C. § 1956(a)(1)(A) or 1956(a)(1)(B); and

2.     The defendant knowingly and voluntarily joined this conspiracy.


Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 65:                   GUILTY __X__              NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 65:                   GUILTY __X__              NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 65:                   GUILTY __X__              NOT GUILTY _____

, Case: 6:14-cr-00037-GFVT-HAI   Doc #: 281   Filed: 04/18/16   Page: 9 of 31 - Page ID#: 2962

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant guilty of Count 66 and 67, you must find beyond a reasonable doubt that:

1. Dr. Chaney, aided and abetted by others, acquired or obtained possession of a controlled substance;

2. Dr. Chaney did so by misrepresentation, fraud, deception, or subterfuge; and

3. Dr. Chaney did so knowingly and intentionally.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 66:          GUILTY __X__          NOT GUILTY _____
Count 67:          GUILTY __X__          NOT GUILTY _____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 68, you must find beyond a reasonable doubt that:

1. Two or more persons conspired, or agreed, to commit the crime of health care fraud.

2. The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 68:          GUILTY __X__          NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 68:          GUILTY __X__          NOT GUILTY _____

9

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 68:                        GUILTY X                NOT GUILTY ____

*** *** *** ***

In order to find any of the defendants guilty of Counts 70-111 (MRI scheme), 112-122 (urine drug scheme – unnecessary tests), 123-147 (urine drug scheme – altered test results), 148-195 (hospital billings), 197 (fraudulent billings), and 234 (nerve conduction studies), you must find beyond a reasonable doubt that:

1.    The defendant and others knowingly and willfully executed a scheme to defraud a health-care benefit program affecting interstate commerce, that is Medicare and Medicaid, or to obtain money owned by, or under the custody or control of, a health-care benefit program, by means of false or fraudulent pretenses, representations, or promises;

2.    The false or fraudulent pretenses, representations, or promises related to a material fact; and

3.    The defendant had the intent to defraud.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Counts 70-111 (MRI scheme)

| | | |
|---|---|---|
| Count 70: | GUILTY ____ | NOT GUILTY X |
| Count 71: | GUILTY ____ | NOT GUILTY X |
| Count 72: | GUILTY ____ | NOT GUILTY X |
| Count 73: | GUILTY ____ | NOT GUILTY X |
| Count 74: | GUILTY ____ | NOT GUILTY X |
| Count 75: | GUILTY ____ | NOT GUILTY X |

Count 76:          GUILTY _____          NOT GUILTY X

Count 77:          GUILTY _____          NOT GUILTY X

Count 78:          GUILTY _____          NOT GUILTY X

Count 79:          GUILTY _____          NOT GUILTY X

Count 80:          GUILTY _____          NOT GUILTY X

Count 81:          GUILTY _____          NOT GUILTY X

Count 82:          GUILTY _____          NOT GUILTY X

Count 83:          GUILTY _____          NOT GUILTY X

Count 85:          GUILTY _____          NOT GUILTY X

Count 86:          GUILTY _____          NOT GUILTY X

Count 87:          GUILTY _____          NOT GUILTY X

Count 88:          GUILTY _____          NOT GUILTY X

Count 89:          GUILTY _____          NOT GUILTY X

Count 90:          GUILTY _____          NOT GUILTY X

Count 91:          GUILTY _____          NOT GUILTY X

Count 92:          GUILTY _____          NOT GUILTY X

Count 93:          GUILTY _____          NOT GUILTY X

Count 94:          GUILTY _____          NOT GUILTY X

Count 95:          GUILTY _____          NOT GUILTY X

Count 96:          GUILTY _____          NOT GUILTY X

Count 97:          GUILTY _____          NOT GUILTY X

Count 98:          GUILTY _____          NOT GUILTY X

Count 99:          GUILTY _____          NOT GUILTY X

Count 100:         GUILTY _____          NOT GUILTY X

Count 102:         GUILTY _____          NOT GUILTY X

Count 103:         GUILTY _____          NOT GUILTY X

Count 104:         GUILTY _____          NOT GUILTY X

Count 105:         GUILTY _____          NOT GUILTY X

Count 106:         GUILTY _____          NOT GUILTY X

Count 107:         GUILTY _____          NOT GUILTY X

Count 108:         GUILTY _____          NOT GUILTY X

Count 109:             GUILTY _____        NOT GUILTY ✗

Count 110:             GUILTY _____        NOT GUILTY ✗

Count 111:             GUILTY _____        NOT GUILTY ✗


Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:             GUILTY ✗            NOT GUILTY _____

Count 113:             GUILTY ✗            NOT GUILTY _____

Count 114:             GUILTY ✗            NOT GUILTY _____

Count 115:             GUILTY ✗            NOT GUILTY _____

Count 116:             GUILTY ✗            NOT GUILTY _____

Count 117:             GUILTY ✗            NOT GUILTY _____

Count 118:             GUILTY ✗            NOT GUILTY _____

Count 119:             GUILTY ✗            NOT GUILTY _____

Count 120:             GUILTY ✗            NOT GUILTY _____

Count 121:             GUILTY ✗            NOT GUILTY _____

Count 122:             GUILTY ✗            NOT GUILTY _____


Counts 123-147 (urine drugs scheme – altered test results)

Count 123:             GUILTY ✗            NOT GUILTY _____

Count 124:             GUILTY ✗            NOT GUILTY _____

Count 125:             GUILTY ✗            NOT GUILTY _____

Count 126:             GUILTY ✗            NOT GUILTY _____

Count 127:             GUILTY ✗            NOT GUILTY _____

Count 128:             GUILTY ✗            NOT GUILTY _____

Count 129:             GUILTY ✗            NOT GUILTY _____

Count 130:             GUILTY ✗            NOT GUILTY _____

Count 131:             GUILTY ✗            NOT GUILTY _____

Count 132:             GUILTY ✗            NOT GUILTY _____

Count 133:             GUILTY ✗            NOT GUILTY _____

Count 134:          GUILTY X           NOT GUILTY ____

Count 135:          GUILTY X           NOT GUILTY ____

Count 136:          GUILTY X           NOT GUILTY ____

Count 137:          GUILTY X           NOT GUILTY ____

Count 138:          GUILTY X           NOT GUILTY ____

Count 139:          GUILTY X           NOT GUILTY ____

Count 140:          GUILTY X           NOT GUILTY ____

Count 141:          GUILTY X           NOT GUILTY ____

Count 142:          GUILTY X           NOT GUILTY ____

Count 143:          GUILTY X           NOT GUILTY ____

Count 144:          GUILTY X           NOT GUILTY ____

Count 145:          GUILTY X           NOT GUILTY ____

Count 146:          GUILTY X           NOT GUILTY ____

Count 147:          GUILTY X           NOT GUILTY ____

Counts 148-195 (hospital billings)

Count 148:          GUILTY ____        NOT GUILTY X

Count 149:          GUILTY ____        NOT GUILTY X

Count 150:          GUILTY X           NOT GUILTY ____

Count 151:          GUILTY X           NOT GUILTY ____

Count 152:          GUILTY X           NOT GUILTY ____

Count 153:          GUILTY X           NOT GUILTY ____

Count 154:          GUILTY X           NOT GUILTY ____

Count 155:          GUILTY X           NOT GUILTY ____

Count 156:          GUILTY X           NOT GUILTY ____

Count 157:          GUILTY X           NOT GUILTY ____

Count 158:          GUILTY X           NOT GUILTY ____

Count 159:          GUILTY X           NOT GUILTY ____

Count 160:          GUILTY X           NOT GUILTY ____

Count 161:          GUILTY X           NOT GUILTY ____

| | | |
|---|---|---|
| Count 162: | GUILTY  X | NOT GUILTY ____ |
| Count 163: | GUILTY  X | NOT GUILTY ____ |
| Count 164: | GUILTY ____ | NOT GUILTY X |
| Count 165: | GUILTY  X | NOT GUILTY ____ |
| Count 166: | GUILTY  X | NOT GUILTY ____ |
| Count 167: | GUILTY  X | NOT GUILTY ____ |
| Count 168: | GUILTY  X | NOT GUILTY ____ |
| Count 169: | GUILTY ____ | NOT GUILTY  X |
| Count 170: | GUILTY ____ | NOT GUILTY  X |
| Count 171: | GUILTY  X | NOT GUILTY ____ |
| Count 172: | GUILTY  X | NOT GUILTY ____ |
| Count 173: | GUILTY ____ | NOT GUILTY  X |
| Count 174: | GUILTY ____ | NOT GUILTY  X |
| Count 175: | GUILTY  X | NOT GUILTY ____ |
| Count 176: | GUILTY ____ | NOT GUILTY  X |
| Count 177: | GUILTY  X | NOT GUILTY ____ |
| Count 178: | GUILTY ____ | NOT GUILTY  X |
| Count 179: | GUILTY ____ | NOT GUILTY  X |
| Count 180: | GUILTY  X | NOT GUILTY ____ |
| Count 181: | GUILTY ____ | NOT GUILTY  X |
| Count 182: | GUILTY  X | NOT GUILTY ____ |
| Count 183: | GUILTY ____ | NOT GUILTY  X |
| Count 184: | GUILTY ____ | NOT GUILTY  X |
| Count 185: | GUILTY ____ | NOT GUILTY  X |
| Count 186: | GUILTY  X | NOT GUILTY ____ |
| Count 187: | GUILTY ____ | NOT GUILTY  X |
| Count 188: | GUILTY  X | NOT GUILTY ____ |
| Count 189: | GUILTY ____ | NOT GUILTY  X |
| Count 190: | GUILTY ____ | NOT GUILTY  X |
| Count 191: | GUILTY  X | NOT GUILTY ____ |
| Count 192: | GUILTY  X | NOT GUILTY ____ |

14

| Count 193: | GUILTY _____ | NOT GUILTY _X_ |
| Count 194: | GUILTY _____ | NOT GUILTY _X_ |
| Count 195: | GUILTY _____ | NOT GUILTY _X_ |

Count 197 (fraudulent billings)

| Count 197: | GUILTY _X_ | NOT GUILTY _____ |

Count 234 (nerve conduction tests)

| Count 234: | GUILTY _X_ | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Counts 70-111 (MRI scheme)

| Count 70: | GUILTY _____ | NOT GUILTY _X_ |
| Count 71: | GUILTY _____ | NOT GUILTY _X_ |
| Count 72: | GUILTY _____ | NOT GUILTY _X_ |
| Count 73: | GUILTY _____ | NOT GUILTY _X_ |
| Count 74: | GUILTY _____ | NOT GUILTY _X_ |
| Count 75: | GUILTY _____ | NOT GUILTY _X_ |
| Count 76: | GUILTY _____ | NOT GUILTY _X_ |
| Count 77: | GUILTY _____ | NOT GUILTY _X_ |
| Count 78: | GUILTY _____ | NOT GUILTY _X_ |
| Count 79: | GUILTY _____ | NOT GUILTY _X_ |
| Count 80: | GUILTY _____ | NOT GUILTY _X_ |
| Count 81: | GUILTY _____ | NOT GUILTY _X_ |
| Count 82: | GUILTY _____ | NOT GUILTY _X_ |
| Count 83: | GUILTY _____ | NOT GUILTY _X_ |
| Count 85: | GUILTY _____ | NOT GUILTY _X_ |

| | | |
|---|---|---|
| Count 86: | GUILTY _____ | NOT GUILTY _X__ |
| Count 87: | GUILTY _____ | NOT GUILTY _X__ |
| Count 88: | GUILTY _____ | NOT GUILTY _X__ |
| Count 89: | GUILTY _____ | NOT GUILTY _X__ |
| Count 90: | GUILTY _____ | NOT GUILTY _X__ |
| Count 91: | GUILTY _____ | NOT GUILTY _X__ |
| Count 92: | GUILTY _____ | NOT GUILTY _X__ |
| Count 93: | GUILTY _____ | NOT GUILTY _X__ |
| Count 94: | GUILTY _____ | NOT GUILTY _X__ |
| Count 95: | GUILTY _____ | NOT GUILTY _X__ |
| Count 96: | GUILTY _____ | NOT GUILTY _X__ |
| Count 97: | GUILTY _____ | NOT GUILTY _X__ |
| Count 98: | GUILTY _____ | NOT GUILTY _X__ |
| Count 99: | GUILTY _____ | NOT GUILTY _X__ |
| Count 100: | GUILTY _____ | NOT GUILTY _X__ |
| Count 102: | GUILTY _____ | NOT GUILTY _X__ |
| Count 103: | GUILTY _____ | NOT GUILTY _X__ |
| Count 104: | GUILTY _____ | NOT GUILTY _X__ |
| Count 105: | GUILTY _____ | NOT GUILTY _X__ |
| Count 106: | GUILTY _____ | NOT GUILTY _X__ |
| Count 107: | GUILTY _____ | NOT GUILTY _X__ |
| Count 108: | GUILTY _____ | NOT GUILTY _X__ |
| Count 109: | GUILTY _____ | NOT GUILTY _X__ |
| Count 110: | GUILTY _____ | NOT GUILTY _X__ |
| Count 111: | GUILTY _____ | NOT GUILTY _X__ |

Counts 112-122 (urine drug scheme – unnecessary tests)

| | | |
|---|---|---|
| Count 112: | GUILTY _X__ | NOT GUILTY _____ |
| Count 113: | GUILTY _X__ | NOT GUILTY _____ |
| Count 114: | GUILTY _X__ | NOT GUILTY _____ |

Case: 6:24-cv-00007-REW-HAI   Doc #: 68-2   Filed: 03/29/24   Page: 18 of 32 - Page ID#: 3006
Case: 6:24-cv-00007-REW-HAI   Doc #: 16-4   Filed: 01/23/24   Page: 18 of 32 - Page ID#: 2266
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 281   Filed: 04/18/16   Page: 17 of 31 - Page ID#: 2970

Count 115:         GUILTY __X__         NOT GUILTY _____
Count 116:         GUILTY __X__         NOT GUILTY _____
Count 117:         GUILTY __X__         NOT GUILTY _____
Count 118:         GUILTY __X__         NOT GUILTY _____
Count 119:         GUILTY __X__         NOT GUILTY _____
Count 120:         GUILTY __X__         NOT GUILTY _____
Count 121:         GUILTY __X__         NOT GUILTY _____
Count 122:         GUILTY __X__         NOT GUILTY _____

Counts 148-195 (hospital billings)

Count 148:         GUILTY _____         NOT GUILTY __X__
Count 149:         GUILTY _____         NOT GUILTY __X__
Count 150:         GUILTY _____         NOT GUILTY __X__
Count 151:         GUILTY _____         NOT GUILTY __X__
Count 152:         GUILTY _____         NOT GUILTY __X__
Count 153:         GUILTY _____         NOT GUILTY __X__
Count 154:         GUILTY _____         NOT GUILTY __X__
Count 155:         GUILTY _____         NOT GUILTY __X__
Count 156:         GUILTY _____         NOT GUILTY __X__
Count 157:         GUILTY _____         NOT GUILTY __X__
Count 158:         GUILTY _____         NOT GUILTY __X__
Count 159:         GUILTY _____         NOT GUILTY __X__
Count 160:         GUILTY _____         NOT GUILTY __X__
Count 161:         GUILTY _____         NOT GUILTY __X__
Count 162:         GUILTY _____         NOT GUILTY __X__
Count 163:         GUILTY _____         NOT GUILTY __X__
Count 164:         GUILTY _____         NOT GUILTY __X__
Count 165:         GUILTY _____         NOT GUILTY __X__
Count 166:         GUILTY _____         NOT GUILTY __X__
Count 167:         GUILTY _____         NOT GUILTY __X__

| | | |
|---|---|---|
| Count 168: | GUILTY _____ | NOT GUILTY __X__ |
| Count 169: | GUILTY _____ | NOT GUILTY __X__ |
| Count 170: | GUILTY _____ | NOT GUILTY __X__ |
| Count 171: | GUILTY _____ | NOT GUILTY __X__ |
| Count 172: | GUILTY _____ | NOT GUILTY __X__ |
| Count 173: | GUILTY _____ | NOT GUILTY __X__ |
| Count 174: | GUILTY _____ | NOT GUILTY __X__ |
| Count 175: | GUILTY _____ | NOT GUILTY __X__ |
| Count 176: | GUILTY _____ | NOT GUILTY __X__ |
| Count 177: | GUILTY _____ | NOT GUILTY __X__ |
| Count 178: | GUILTY _____ | NOT GUILTY __X__ |
| Count 179: | GUILTY _____ | NOT GUILTY __X__ |
| Count 180: | GUILTY _____ | NOT GUILTY __X__ |
| Count 181: | GUILTY _____ | NOT GUILTY __X__ |
| Count 182: | GUILTY _____ | NOT GUILTY __X__ |
| Count 183: | GUILTY _____ | NOT GUILTY __X__ |
| Count 184: | GUILTY _____ | NOT GUILTY __X__ |
| Count 185: | GUILTY _____ | NOT GUILTY __X__ |
| Count 186: | GUILTY _____ | NOT GUILTY __X__ |
| Count 187: | GUILTY _____ | NOT GUILTY __X__ |
| Count 188: | GUILTY _____ | NOT GUILTY __X__ |
| Count 189: | GUILTY _____ | NOT GUILTY __X__ |
| Count 190: | GUILTY _____ | NOT GUILTY __X__ |
| Count 191: | GUILTY _____ | NOT GUILTY __X__ |
| Count 192: | GUILTY _____ | NOT GUILTY __X__ |
| Count 193: | GUILTY _____ | NOT GUILTY __X__ |
| Count 194: | GUILTY _____ | NOT GUILTY __X__ |
| Count 195: | GUILTY _____ | NOT GUILTY __X__ |

Count 197 (fraudulent billings)

Count 197:                GUILTY  X___              NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:                GUILTY _X___              NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Counts 70-111 (MRI scheme)

Count 70:                 GUILTY _____              NOT GUILTY _X__
Count 71:                 GUILTY _____              NOT GUILTY _X__
Count 72:                 GUILTY _____              NOT GUILTY _X_
Count 73:                 GUILTY _____              NOT GUILTY _X__
Count 74:                 GUILTY _____              NOT GUILTY _X__
Count 75:                 GUILTY _____              NOT GUILTY _X__
Count 76:                 GUILTY _____              NOT GUILTY _X__
Count 77:                 GUILTY _____              NOT GUILTY _X__
Count 78:                 GUILTY _____              NOT GUILTY _X__
Count 79:                 GUILTY _____              NOT GUILTY _X__
Count 80:                 GUILTY _____              NOT GUILTY _X__
Count 81:                 GUILTY _____              NOT GUILTY _X__
Count 82:                 GUILTY _____              NOT GUILTY _X__
Count 83:                 GUILTY _____              NOT GUILTY _X__
Count 85:                 GUILTY _____              NOT GUILTY _X__
Count 86:                 GUILTY _____              NOT GUILTY _X__
Count 87:                 GUILTY _____              NOT GUILTY _X__
Count 88:                 GUILTY _____              NOT GUILTY _X__

Count 89:              GUILTY _____          NOT GUILTY __X__

Count 90:              GUILTY _____          NOT GUILTY __X__

Count 91:              GUILTY _____          NOT GUILTY __X__

Count 92:              GUILTY _____          NOT GUILTY __X__

Count 93:              GUILTY _____          NOT GUILTY __X__

Count 94:              GUILTY _____          NOT GUILTY __X__

Count 95:              GUILTY _____          NOT GUILTY __X__

Count 96:              GUILTY _____          NOT GUILTY __X__

Count 97:              GUILTY _____          NOT GUILTY __X__

Count 98:              GUILTY _____          NOT GUILTY __X__

Count 99:              GUILTY _____          NOT GUILTY __X__

Count 100:             GUILTY _____          NOT GUILTY __X__

Count 102:             GUILTY _____          NOT GUILTY __X__

Count 103:             GUILTY _____          NOT GUILTY __X__

Count 104:             GUILTY _____          NOT GUILTY __X__

Count 105:             GUILTY _____          NOT GUILTY __X__

Count 106:             GUILTY _____          NOT GUILTY __X__

Count 107:             GUILTY _____          NOT GUILTY __X__

Count 108:             GUILTY _____          NOT GUILTY __X__

Count 109:             GUILTY _____          NOT GUILTY __X__

Count 110:             GUILTY _____          NOT GUILTY __X__

Count 111:             GUILTY _____          NOT GUILTY __X__

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:             GUILTY __X__          NOT GUILTY _____

Count 113:             GUILTY __X__          NOT GUILTY _____

Count 114:             GUILTY __X__          NOT GUILTY _____

Count 115:             GUILTY __X__          NOT GUILTY _____

Count 116:             GUILTY __X__          NOT GUILTY _____

Count 117:             GUILTY __X__          NOT GUILTY _____

| | | |
|---|---|---|
| Count 118: | GUILTY _X_ | NOT GUILTY _____ |
| Count 119: | GUILTY _X_ | NOT GUILTY _____ |
| Count 120: | GUILTY _X_ | NOT GUILTY _____ |
| Count 121: | GUILTY _X_ | NOT GUILTY _____ |
| Count 122: | GUILTY _X_ | NOT GUILTY ___ |

Counts 123-147 (urine drugs scheme – altered test results)

| | | |
|---|---|---|
| Count 123: | GUILTY _X_ | NOT GUILTY _____ |
| Count 124: | GUILTY _X_ | NOT GUILTY _____ |
| Count 125: | GUILTY _X_ | NOT GUILTY _____ |
| Count 126: | GUILTY _X_ | NOT GUILTY _____ |
| Count 127: | GUILTY _X_ | NOT GUILTY _____ |
| Count 128: | GUILTY _X_ | NOT GUILTY _____ |
| Count 129: | GUILTY _X_ | NOT GUILTY _____ |
| Count 130: | GUILTY _X_ | NOT GUILTY _____ |
| Count 131: | GUILTY _X_ | NOT GUILTY _____ |
| Count 132: | GUILTY _X_ | NOT GUILTY _____ |
| Count 133: | GUILTY _X_ | NOT GUILTY _____ |
| Count 134: | GUILTY _X_ | NOT GUILTY _____ |
| Count 135: | GUILTY _X_ | NOT GUILTY _____ |
| Count 136: | GUILTY _X_ | NOT GUILTY _____ |
| Count 137: | GUILTY _X_ | NOT GUILTY _____ |
| Count 138: | GUILTY _X_ | NOT GUILTY _____ |
| Count 139: | GUILTY _X_ | NOT GUILTY _____ |
| Count 140: | GUILTY _X_ | NOT GUILTY _____ |
| Count 141: | GUILTY _X_ | NOT GUILTY _____ |
| Count 142: | GUILTY _X_ | NOT GUILTY _____ |
| Count 143: | GUILTY _X_ | NOT GUILTY _____ |
| Count 144: | GUILTY _X_ | NOT GUILTY _____ |
| Count 145: | GUILTY _X_ | NOT GUILTY _____ |

Count 146: GUILTY  X  NOT GUILTY _____

Count 147: GUILTY  X  NOT GUILTY _____

## Counts 148-195 (hospital billings) Agency

| | GUILTY | NOT GUILTY |
|---|---|---|
| Count 148: | _____ | X |
| Count 149: | _____ | X |
| Count 150: | X | _____ |
| Count 151: | X | _____ |
| Count 152: | X | _____ |
| Count 153: | X | _____ |
| Count 154: | X | _____ |
| Count 155: | X | _____ |
| Count 156: | X | _____ |
| Count 157: | X | _____ |
| Count 158: | X | _____ |
| Count 159: | X | _____ |
| Count 160: | X | _____ |
| Count 161: | X | _____ |
| Count 162: | X | _____ |
| Count 163: | X | _____ |
| Count 164: | _____ | X |
| Count 165: | X | _____ |
| Count 166: | X | _____ |
| Count 167: | X | _____ |
| Count 168: | X | _____ |
| Count 169: | _____ | X |
| Count 170: | _____ | X |
| Count 171: | X | _____ |
| Count 172: | X | _____ |
| Count 173: | _____ | X |

Count 174:              GUILTY _____              NOT GUILTY __X__

Count 175:              GUILTY __X__            NOT GUILTY _____

Count 176:              GUILTY __X__            NOT GUILTY _____

Count 177:              GUILTY __X__            NOT GUILTY _____

Count 178:              GUILTY _____              NOT GUILTY __X__

Count 179:              GUILTY _____              NOT GUILTY __X__

Count 180:              GUILTY __X__            NOT GUILTY _____

Count 181:              GUILTY _____              NOT GUILTY __X__

Count 182:              GUILTY __X__            NOT GUILTY _____

Count 183:              GUILTY _____              NOT GUILTY __X__

Count 184:              GUILTY _____              NOT GUILTY __X__

Count 185:              GUILTY _____              NOT GUILTY __X__

Count 186:              GUILTY __X__            NOT GUILTY _____

Count 187:              GUILTY _____              NOT GUILTY __X__

Count 188:              GUILTY __X__            NOT GUILTY _____

Count 189:              GUILTY _____              NOT GUILTY __X__

Count 190:              GUILTY _____              NOT GUILTY __X__

Count 191:              GUILTY __X__            NOT GUILTY _____

Count 192:              GUILTY __X__            NOT GUILTY _____

Count 193:              GUILTY _____              NOT GUILTY __X__

Count 194:              GUILTY _____              NOT GUILTY __X__

Count 195:              GUILTY _____              NOT GUILTY __X__


Count 197 (fraudulent billings)


Count 197:              GUILTY __X__            NOT GUILTY _____


Count 234 (nerve conduction tests)


Count 234:              GUILTY __X__            NOT GUILTY _____


23

*** *** *** ***

In order to find any of the defendants guilty of Count 198-220, you must find beyond a reasonable doubt that:

1.    The defendant, aided and abetted by others, falsified, concealed, or covered up by any trick, scheme, or device a material fact;

2.    In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.    The defendant did so knowingly and willfully.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 198:     GUILTY __X__     NOT GUILTY _____

Count 199:     GUILTY __X__     NOT GUILTY _____

Count 200:     GUILTY __X__     NOT GUILTY _____

Count 201:     GUILTY __X__     NOT GUILTY _____

Count 202:     GUILTY __X__     NOT GUILTY _____

Count 203:     GUILTY __X__     NOT GUILTY _____

Count 204:     GUILTY __X__     NOT GUILTY _____

Count 206:     GUILTY __X__     NOT GUILTY _____

Count 207:     GUILTY __X__     NOT GUILTY _____

Count 208:     GUILTY __X__     NOT GUILTY _____

Count 209:     GUILTY __X__     NOT GUILTY _____

Count 210:     GUILTY __X__     NOT GUILTY _____

Count 211:     GUILTY __X__     NOT GUILTY _____

Count 212:     GUILTY __X__     NOT GUILTY _____

Count 213:     GUILTY __X__     NOT GUILTY _____

Count 214:     GUILTY __X__     NOT GUILTY _____

Count 215:     GUILTY __X__     NOT GUILTY _____

| | | |
|---|---|---|
| Count 217: | GUILTY  X | NOT GUILTY ____ |
| Count 218: | GUILTY ____ | NOT GUILTY ____ |
| Count 220: | GUILTY  X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 198: | GUILTY  X | NOT GUILTY ____ |
| Count 199: | GUILTY  X | NOT GUILTY ____ |
| Count 200: | GUILTY  X | NOT GUILTY ____ |
| Count 201: | GUILTY  X | NOT GUILTY ____ |
| Count 202: | GUILTY  X | NOT GUILTY ____ |
| Count 203: | GUILTY  X | NOT GUILTY ____ |
| Count 204: | GUILTY  X | NOT GUILTY ____ |
| Count 206: | GUILTY  X | NOT GUILTY ____ |
| Count 207: | GUILTY  X | NOT GUILTY ____ |
| Count 208: | GUILTY  X | NOT GUILTY ____ |
| Count 209: | GUILTY  X | NOT GUILTY ____ |
| Count 210: | GUILTY  X | NOT GUILTY ____ |
| Count 211: | GUILTY  X | NOT GUILTY ____ |
| Count 212: | GUILTY  X | NOT GUILTY ____ |
| Count 213: | GUILTY  X | NOT GUILTY ____ |
| Count 214: | GUILTY  X | NOT GUILTY ____ |
| Count 215: | GUILTY  X | NOT GUILTY ____ |
| Count 217: | GUILTY  X | NOT GUILTY ____ |
| Count 218: | GUILTY  X | NOT GUILTY ____ |
| Count 220: | GUILTY  X | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 198: | GUILTY  X | NOT GUILTY ____ |
| Count 199: | GUILTY  X | NOT GUILTY ____ |

| | | | |
|---|---|---|---|
| Count 200: | GUILTY _X_ | NOT GUILTY _____ |
| Count 201: | GUILTY _X_ | NOT GUILTY _____ |
| Count 202: | GUILTY _X_ | NOT GUILTY _____ |
| Count 203: | GUILTY _X_ | NOT GUILTY _____ |
| Count 204: | GUILTY _X_ | NOT GUILTY _____ |
| Count 206: | GUILTY _X_ | NOT GUILTY _____ |
| Count 207: | GUILTY _X_ | NOT GUILTY _____ |
| Count 208: | GUILTY _X_ | NOT GUILTY _____ |
| Count 209: | GUILTY _X_ | NOT GUILTY _____ |
| Count 210: | GUILTY _X_ | NOT GUILTY _____ |
| Count 211: | GUILTY _X_ | NOT GUILTY _____ |
| Count 212: | GUILTY _X_ | NOT GUILTY _____ |
| Count 213: | GUILTY _X_ | NOT GUILTY _____ |
| Count 214: | GUILTY _X_ | NOT GUILTY _____ |
| Count 215: | GUILTY _X_ | NOT GUILTY _____ |
| Count 217: | GUILTY _X_ | NOT GUILTY _____ |
| Count 218: | GUILTY _X_ | NOT GUILTY _____ |
| Count 220: | GUILTY _X_ | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 221-233, you must find beyond a reasonable doubt that:

1.  The defendant made any materially false, fictitious, or fraudulent statements or representations, or made or used any materially false writing or document knowing it contained any materially false, fictitious, or fraudulent statement or entry;

2.  In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.  The defendant did so knowingly and willfully.

26

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 221: | GUILTY **X** | NOT GUILTY ____ |
| Count 222: | GUILTY **X** | NOT GUILTY ____ |
| Count 223: | GUILTY **X** | NOT GUILTY ____ |
| Count 224: | GUILTY **X** | NOT GUILTY ____ |
| Count 225: | GUILTY **X** | NOT GUILTY ____ |
| Count 226: | GUILTY **X** | NOT GUILTY ____ |
| Count 227: | GUILTY **X** | NOT GUILTY ____ |
| Count 228: | GUILTY **X** | NOT GUILTY ____ |
| Count 229: | GUILTY **X** | NOT GUILTY ____ |
| Count 230: | GUILTY **X** | NOT GUILTY ____ |
| Count 231: | GUILTY **X** | NOT GUILTY ____ |
| Count 232: | GUILTY **X** | NOT GUILTY ____ |
| Count 233: | GUILTY **X** | NOT GUILTY ____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 235-255, you must find beyond a reasonable doubt that:

1. The defendant knowingly engaged in a monetary transaction.

2. The monetary transaction was in property derived from specified unlawful activity.

3. The property had a value greater than $10,000.

4. The defendant knew that the transaction was in criminally derived property.

5. The monetary transaction took place within the United States.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 235:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 236:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 237:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 238:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 239:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 240:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 241:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 242:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 243:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 244:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 245:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 246:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 247:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 248:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 249:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 250:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 251:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 252:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 253:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 254:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 255:        GUILTY **X**        NOT GUILTY \_\_\_\_

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 235:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 236:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 237:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 238:        GUILTY **X**        NOT GUILTY \_\_\_\_
Count 239:        GUILTY **X**        NOT GUILTY \_\_\_\_

| Count 240: | GUILTY ✗ | NOT GUILTY ____ |
| Count 241: | GUILTY ✗ | NOT GUILTY ____ |
| Count 242: | GUILTY ✗ | NOT GUILTY ____ |
| Count 243: | GUILTY ✗ | NOT GUILTY ____ |
| Count 244: | GUILTY ✗ | NOT GUILTY ____ |
| Count 245: | GUILTY ✗ | NOT GUILTY ____ |
| Count 246: | GUILTY ✗ | NOT GUILTY ____ |
| Count 247: | GUILTY ✗ | NOT GUILTY ____ |
| Count 248: | GUILTY ✗ | NOT GUILTY ____ |
| Count 249: | GUILTY ✗ | NOT GUILTY ____ |
| Count 250: | GUILTY ✗ | NOT GUILTY ____ |
| Count 251: | GUILTY ✗ | NOT GUILTY ____ |
| Count 252: | GUILTY ✗ | NOT GUILTY ____ |
| Count 253: | GUILTY ✗ | NOT GUILTY ____ |
| Count 254: | GUILTY ✗ | NOT GUILTY ____ |
| Count 255: | GUILTY ✗ | NOT GUILTY ____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| Count 235: | GUILTY ✗ | NOT GUILTY ____ |
| Count 236: | GUILTY ✗ | NOT GUILTY ____ |
| Count 237: | GUILTY ✗ | NOT GUILTY ____ |
| Count 238: | GUILTY ✗ | NOT GUILTY ____ |
| Count 239: | GUILTY ✗ | NOT GUILTY ____ |
| Count 240: | GUILTY ✗ | NOT GUILTY ____ |
| Count 241: | GUILTY ✗ | NOT GUILTY ____ |
| Count 242: | GUILTY ✗ | NOT GUILTY ____ |
| Count 243: | GUILTY ✗ | NOT GUILTY ____ |
| Count 244: | GUILTY ✗ | NOT GUILTY ____ |
| Count 245: | GUILTY ✗ | NOT GUILTY ____ |

Count 246:          GUILTY  X          NOT GUILTY ____

Count 247:          GUILTY  X          NOT GUILTY ____

Count 248:          GUILTY  X          NOT GUILTY ____

Count 249:          GUILTY  X          NOT GUILTY ____

Count 250:          GUILTY  X          NOT GUILTY ____

Count 251:          GUILTY  X          NOT GUILTY ____

Count 252:          GUILTY  X          NOT GUILTY ____

Count 253:          GUILTY  X          NOT GUILTY ____

Count 254:          GUILTY  X          NOT GUILTY ____

Count 255:          GUILTY  X          NOT GUILTY ____

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find the defendant guilty of Count 256, you must find beyond a reasonable doubt that:

1.  Mrs. Chaney knowingly altered, destroyed, mutilated, concealed, covered up, falsified, or made a false entry in a record, document or tangible object;

2.  Mrs. Chaney acted with the intent to impede, obstruct or influence a matter or investigation; and

3.  The matter or investigation was within the jurisdiction of the Federal Bureau of Investigation, which is an agency of the United States.

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 256:          GUILTY ____          NOT GUILTY  X

DATE: 4/18/16

#53

FOREPERSON

31