# EXHIBIT 4

1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                 SOUTHERN DIVISION AT LONDON

UNITED STATES OF AMERICA,

       PLAINTIFF,
                                    Criminal No. 6:14-CR-37
VS.                                 At London, Kentucky
                                    Thursday, August 17, 2017
                                    10:09 a.m.

JAMES ALVIN CHANEY, M.D.,
a/k/a ACE CHANEY, LESA L. CHANEY,
and ACE CLINIQUE OF MEDICINE, LLC,

       DEFENDANTS.


      TRANSCRIPT OF EVIDENTIARY HEARING PROCEEDINGS
   BEFORE U.S. DISTRICT JUDGE GREGORY F. VAN TATENHOVE
                    Day 1 of 2 Days

APPEARANCES:

For the Plaintiff:      Hon. Paul McCaffrey
                        Hon. Roger West
                        Assistant United States Attorneys
                        260 West Vine Street
                        Suite 300
                        Lexington, Kentucky  40507-1612
                        (859) 685-4895


For the Defendant       Hon. Christy Love
James A. Chaney         Love Law Firm, PLLC
and Ace Clinique        333 North Main Street, Suite B
of Medicine, LLC:       London, Kentucky  40744
                        (606) 312-5683

For the Defendant       Hon. Robert L. Abell
Lesa L. Chaney:         120 North Upper Street
                        P. O. Box 983
                        Lexington, Kentucky 40588-0983
                        (859) 254-7076


      Proceedings recorded by mechanical stenography,
   transcript produced by computer.
```

SANDRA L. WILDER, RMR, CRR, OFFICIAL COURT REPORTER
310 South Main Street, Suite 317, London, Kentucky 40745
(859) 516-4114

Case: 6:24-cv-00007-REW-HAI   Doc #: 68-45   Filed: 02/29/24   Page: 3 of 6 - Page ID#: 2895
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 422   Filed: 08/25/17   Page: 2 of 129 - Page ID#: 9444

2

INDEX

Colloquy                                                      3-9

Government's Proof

Direct Examination of THAD LAMBDIN
    By:  Mr. West                                             9-40

Cross-examination
    By:  Ms. Love                                             40-51

Cross-examination
    By:  Mr. Abell                                            51-53

Redirect Examination
    By:  Mr. West                                             53-55

Direct Examination of ASPEN RENAE TAYLOR
    By:  Mr. McCaffrey                                        56-66

Cross-examination
    By:  Ms. Love                                             66-70

Cross-examination
    By:  Mr. Abell                                            71-72

Redirect Examination
    By:  Mr. McCaffrey                                        73-74

Recross-examination
    By:  Ms. Love                                             74

Defense Proof

Direct Examination of JAMES ALVIN ACE CHANEY
    By:  Ms. Love                                             78-109

Cross-examination
    By:  Mr. West                                             109-122

Redirect Examination
    By:  Ms. Love                                             122-123

Colloquy                                                      123-129

Reporter's Certificate                                        129

Case: 6:24-cv-00007-REW-HAI   Doc #: 68-4   Filed: 02/29/24   Page: 4 of 6 - Page ID#: 2007
Case: 6:24-cv-00007-REW-HAI   Doc #: 16-15   Filed: 01/23/24   Page: 4 of 9 - Page ID#: 1097
Case: 6:14-cr-00037-GFVT-HAI   Doc #: 459   Filed: 08/25/17   Page: 9 of 129 - Page ID#: 9451

9

```
                    DIRECT EXAMINATION
  BY:  MR WEST:
      Q.    Would you state your name and your
occupation, please, sir.
      A.    Yes.  My name is Thad Lambdin.  I'm a
special agent with the FBI.
      Q.    Agent Lambdin, how long have you been with
the FBI?
      A.    Since 2003.
      Q.    And what is your current assignment?
      A.    I'm a special agent in London, Kentucky.
      Q.    And how long have you been at the London
resident office?
      A.    Approximately seven years.
      Q.    Were you the primary case agent for the
FBI in this matter pending before the Court at this
time?
      A.    Yes, I was.
      Q.    What are some of your duties and
responsibilities there as an FBI agent in the London
office?
      A.    I do investigations of criminal matters, a
variety of criminal matters.  I also am a digital
extraction technician, so I've been trained to extract
digital evidence from hard drives, that type of thing,
```

1  and then actually do preliminary reviews and searches
2  on those.
3      Q.    All right.  Now, how long have you been a
4  data extraction technician?
5      A.    I'd say it's probably about four years.  I
6  don't have the exact date.
7      Q.    And you testified in the trial of these
8  two defendants and the corporation, correct?
9      A.    Yes.
10     Q.    And you understand -- you've been informed
11 what we're here for today, to determine pill quantity
12 and amount of loss, correct?
13     A.    That is correct.
14     Q.    Did you do anything in particular in
15 regards to determining a pill quantity for this matter
16 before this Court?
17     A.    Yes.  In September of 2014, TFO James Pace
18 obtained the KASPER records.  And basically, I
19 imported the records into an Excel spreadsheet, kept
20 them down to the 2007, 1-1-2007, to the end date,
21 which was, I believe, August 2014.  And then at -- on
22 a monthly basis, basically did a tally of the
23 different types of drugs that were dispensed that were
24 in the KASPER reports, prescription by prescription,
25 did summary sheets for both Schedule II and Schedule

```
 1  III.
 2       Q.      All right.  So just for the purpose of the
 3  record, although I'm sure nearly every person in this
 4  courtroom by this time understands what a KASPER
 5  record is, but if you would explain that, please.
 6       A.      A KASPER record -- the state of Kentucky
 7  has a -- a program in place where as people fill their
 8  prescriptions at different pharmacies, the pharmacist
 9  enters the data into the system and it's collected at
10  the state.
11       Q.      Now, let me ask a couple of preliminary
12  questions.  Is that KASPER system statewide?
13       A.      Yes, it is.
14       Q.      So it doesn't apply to any prescriptions
15  that were filled in Ohio, Illinois, Indiana, West
16  Virginia or Tennessee, correct?
17       A.      That's correct, nothing filled out of
18  state.
19       Q.      All right.  And it doesn't apply to a
20  prescription that's written, but just a prescription
21  that's actually filled at a pharmacy, correct?
22       A.      That's correct, only at the time of
23  filling is it completed.
24       Q.      All right.  And is every pharmacy in the
25  state that's licensed required to contribute or
```