# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

ELECTRONICALY FILED

**JAMES A. CHANEY**                                                                **PLAINTIFF**

**V.**

**CVS PHARMACY, INC.; ET AL.**                                          **DEFENDANTS**

## DEFENDANTS BROOKS WEBB, ET AL. JOINDER AND CONSENT TO REMOVAL

Defendants, Brooks Webb, The Mountain Clinic Pharmacy, McDowell Professional Pharmacy, Steve Dawson, Alicia Dawson, Donnie K. Starnes, John's Creek Drug Center, Inc., Hometown Pharmacy Inc., Doug Morgan, Joe Lewis,[1] RX Discount Pharmacy, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc. d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Michael Sizemore, Community Drug of Manchester, Inc., Med-Mart Pharmacy, Inc., Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Howard Family Pharmacy, Inc., Wesley Howard, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., Verlon Banks, Parkview Pharmacy, Inc., PEJ, Inc., Hometown Pharmacy of Jackson, Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Barry Martin, Specialty Care Center Pharmacy of E. Kentucky, Robert Burton, Stallard's

---

[1] Joe Lewis is deceased. He passed away on February 22, 2020. An Estate was opened and has been subsequently closed.

Pharmacy, James Craig Stallard, Value RX II, LLC, Todd Walters, Downtown Drug, Inc., and Broadway Clinic Pharmacy, Inc. d/b/a Clay Discount Pharmacy, consent and join in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.[2]

Dated this 29 day of February, 2024.

By Counsel:

**RICHARDSON LAW GROUP, PLLC**

*Melissa Richardson (with permission)*
Melissa Thompson Richardson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
melissa@richardsonlawgrp.com

---

[2] On January 15, 2024, the foregoing Defendants consented to removal via email to ARH Defendants' counsel.

19242175.1
19242175.2