# EXHIBIT 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
X DIVISION
CIVIL ACTION NO.

ELECTRONICALY FILED

JAMES A. CHANEY                              PLAINTIFF

V.

CVS PHARMACY, INC., ET AL.                      DEFENDANTS

## CVS PHARMACY, INC. AND KENTUCKY CVS PHARMACY, LLC CONSENT TO REMOVAL

Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, LLC hereby consent to the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this 16th day of January, 2024.

CVS PHARMACY, INC. AND
KENTUCKY CVS PHARMACY, LLC

By Counsel:

*/s/ R.S. May*

Randall Scott May (KY Bar # 44970)
Davidson & Associates
Post Office Drawer 986
Hazard, Kentucky 41702
Phone (606) 436-1930
rmay@windstream.net