# EXHIBIT 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
X DIVISION
CIVIL ACTION NO.

ELECTRONICALY FILED

JAMES A. CHANEY                                PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.                          DEFENDANTS

### D.B. COYLE ENTERPRISES, INC., D/B/A THE MEDICINE SHOPPE'S JOINDER AND CONSENT TO REMOVAL

Defendant, D.B. Coyle Enterprises, Inc., d/b/a The Medicine Shoppe, hereby consents and joins in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this 2 day of January, 2024.

D.B. COYLE ENTERPRISES INC., D/B/A THE MEDICINE SHOPPE

By Counsel:

*/s/ Ashley Hoover*

Ashley Hoover (KY Bar #97257)
Clayton Oswald (KY Bar #90297)
Taylor, Keller & Oswald
1306 W 5th Street
London, Kentucky 40741
Phone (606) 878-8844
coswald@tkolegal.com
ahoover@tkolegal.com