# EXHIBIT 10

**UNITED STATES POSTAL SERVICE®**

DOCUMENT

PM

**NOT ORIGINAL**

01/17/2024 04:04:03

84528

DATE PRODUCED: 1/3/2024 2:53 AM

COMMONWEALTH OF KENTUCKY - FRANKLIN CO AOC INFO & TECH SERVICES:

The following is information for Certified Mail™/RRE item number:
9236 0901 9403 8341 6568 89

Our records indicate that this item was RETURNED TO SENDER.

ORIGINAL INTENDED RECIPIENT:
DSSK PHARMACEUTICAL, INC.
145 CITIZENS LANE
HAZARD KY 41701

The above information represents information provided by the United States Postal Service.

COR : 000001 of 000003

Return Reference Number:

**UNITED STATES POSTAL SERVICE**

**DOCUMENT**

**PM**

NOT ORIGINAL

01/17/2024 04:04:03

RETURN TO SENDER

84528

Date Produced: 01/03/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8341 6568 89. Our records indicate that this item was delivered on 01/02/2024 at 12:09 p.m. in HAZARD, KY 41701. The scanned image of the recipient information is provided below.

Signature of Recipient :    *[handwritten signature]*

Address of Recipient :    *[handwritten: P O Box 7433]*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

DSSK PHARMACEUTICAL, INC.
145 CITIZENS LANE
HAZARD KY 41701

Customer Reference Number:    C4666019.27978657

COR : 000002 of 000003

Filed    23-CI-00442    01/03/2024    Charles Ira Patterson, Perry Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 4204170192360901940383411656889
MAILING DATE: 12/13/2023
DOCUMENT ENTERED DATE: 01/02/2024
PM
Custom 1: DriverId-7012496
Custom 2: PartyId-47487626
Custom 3: SummonsNum-@00000101138
Custom 4: CentralMailId-125319
Custom 5: Source County-PERRY



NOT ORIGINAL

01/17/2024 04:04:03

84528

MAIL PIECE DELIVERY INFORMATION:

DSSK PHARMACEUTICAL, INC.
145 CITIZENS LANE
HAZARD KY 41701

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2023 15:14 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 12/13/2023 16:58 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 12/13/2023 20:55 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 12/13/2023 22:10 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 12/14/2023 11:43 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 04:08 | DEPARTED USPS REGIONAL FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 07:32 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 12/15/2023 07:43 | OUT FOR DELIVERY | HAZARD,KY 41701 |
| 12/15/2023 08:21 | MOVED LEFT NO ADDRESS | HAZARD,KY 41701 |
| 12/21/2023 10:45 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 12/24/2023 10:17 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 12/27/2023 11:05 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/28/2023 06:53 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 12/28/2023 07:04 | OUT FOR DELIVERY | HAZARD,KY 41701 |
| 12/28/2023 08:27 | AVAILABLE FOR PICKUP | HAZARD,KY 41702 |
| 01/02/2024 12:09 | DELIVERED INDIVIDUAL PICKED UP AT PO | HAZARD,KY 41701 |