# EXHIBIT 11

**UNITED STATES POSTAL SERVICE**

NOT ORIGINAL

DOCUMENT

December 28, 2023

PM

01/17/2024 04:04:04

84528

The following is in response to your request for proof of delivery on your item with the tracking number: **9236 0901 9403 8341 6569 02**.

### Item Details

| | |
|---|---|
| **Status:** | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| **Status Date / Time:** | N/A |
| **Location:** | N/A |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| **Recipient Name:** | FIELDS SUSAN |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

FIELDS, SUSAN
120 HOLLY DRIVE
HAZARD KY 41701

COR : 000001 of 000002

USPS MAIL PIECE TRACKING NUMBER: 420417019236090194038341656902

MAILING DATE: 12/13/2023
DELIVERED DATE: 12/20/2023
Custom 1: DriverId-7012496
Custom 2: PartyId-47487628
Custom 3: SummonsNum-@00000101140
Custom 4: CentralMailId-125321
Custom 5: Source County-PERRY

**NOT ORIGINAL**

01/17/2024 04:04:04

84528

DOCUMENT

PM

MAIL PIECE DELIVERY INFORMATION:

FIELDS, SUSAN
120 HOLLY DRIVE
HAZARD KY 41701

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2023 15:14 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 12/13/2023 16:58 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 12/13/2023 20:55 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 12/13/2023 22:10 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 12/14/2023 11:44 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 04:08 | DEPARTED USPS REGIONAL FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 07:33 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 12/15/2023 07:44 | OUT FOR DELIVERY | HAZARD,KY 41701 |
| 12/15/2023 16:41 | NO AUTHORIZED RECIPIENT AVAILABLE | HAZARD,KY 41701 |
| 12/20/2023 03:48 | REMINDER TO SCHEDULE REDELIVERY | HAZARD,KY 41701 |
| 12/20/2023 14:11 | DELIVERED INDIVIDUAL PICKED UP AT PO | HAZARD,KY 41701 |
| 12/20/2023 14:38 | REFUSED | HAZARD,KY 41701 |
| 12/21/2023 04:29 | RETURN TO SENDER | HAZARD,KY 41701 |
| 12/27/2023 11:30 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 12/30/2023 11:00 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 01/01/2024 09:52 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 01/02/2024 05:21 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 01/02/2024 06:10 | OUT FOR DELIVERY | HAZARD,KY 41701 |

9236090194038341659019Successful

**EAST MAIN STREET PHARMACY, LLC** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Address**
279 EAST STREET
HAZARD KY 41701

**Summons**
**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341656926Successful
**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/18/2023** by way of **CERTIFIED MAIL**
9236090194038341656940Successful

**FAMILY PHARMACY OF JACKSON** as **DEFENDANT / RESPONDENT**

**Address**
265 HIGHWAY 15 SOUTH STE. 2
JACKSON KY 41339

**Summons**
**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/19/2023** by way of **CERTIFIED MAIL**
9236090194038341657169 MEMO FROM Service, :lives in rockcastle countySuccessful

**FIELDS, SUSAN** as **DEFENDANT / RESPONDENT**

**Address**
120 HOLLY DRIVE
HAZARD KY 41701

**Summons**
**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/20/2023** by way of **CERTIFIED MAIL**
9236090194038341656902SUCCESSFUL RETURNED ON 01/03/2024 MARKED AS WRONG SUSAN FILEDS

**HALL, CHRISTOPHER** as **DEFENDANT / RESPONDENT**

**Address**
CHRISTOPER HALL
59 WEST HWY 80, SUITE 1
HINDMAN KY 41822

**Summons**
**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341659002RETURNED UNCLAIMED

**HALL, WILLIAM REED** as **DEFENDANT / RESPONDENT**

**Address**
74 OHIO STREET
WHITESBURG KY 41858

**Summons**
**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341660633RETURNED NOT DELIVERABLE AS ADDRESSED

**HARLAN MEDICAL CENTER PHARMACY, INC.** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Address**
132 VILLAGE CENTER
HARLAN KY 40831