# EXHIBIT 12

| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **23-CI-00442** ORIGINAL<br>Court: **CIRCUIT**<br>County: **PERRY** |
|---|---|---|

01/17/2024 04:08:03 PM
84528

*Plantiff,* **CHANEY, JAMES A VS. CVS PHARMACY, INC ET AL**, *Defendant*

TO: **WILLIAM REED HALL**
**74 OHIO STREET**
**WHITESBURG, KY 41858**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Charles Ira Patterson,
Perry Circuit Clerk
Date: **12/11/2023**

Presiding Judge: HON. ALISON C. WELLS (633348)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

Served By _____

Title _____

Summons ID: @00000101217
CIRCUIT: 23-CI-00442 Certified Mail
CHANEY, JAMES A VS. CVS PHARMACY, INC ET AL



Page 1 of 1

eFiled

CI : 000001 of 000001

9236090194038341659019Successful

**EAST MAIN STREET PHARMACY, LLC** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Address**

279 EAST STREET
HAZARD KY 41701

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341656926Successful

**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/18/2023** by way of **CERTIFIED MAIL**
9236090194038341656940Successful

**FAMILY PHARMACY OF JACKSON** as **DEFENDANT / RESPONDENT**

**Address**

265 HIGHWAY 15 SOUTH STE. 2
JACKSON KY 41339

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/19/2023** by way of **CERTIFIED MAIL**
9236090194038341657169 MEMO FROM Service, :lives in rockcastle countySuccessful

**FIELDS, SUSAN** as **DEFENDANT / RESPONDENT**

**Address**

120 HOLLY DRIVE
HAZARD KY 41701

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/20/2023** by way of **CERTIFIED MAIL**
9236090194038341656902SUCCESSFUL RETURNED ON 01/03/2024 MARKED AS WRONG SUSAN FILEDS

**HALL, CHRISTOPHER** as **DEFENDANT / RESPONDENT**

**Address**

CHRISTOPER HALL
59 WEST HWY 80, SUITE 1
HINDMAN KY 41822

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341659002RETURNED UNCLAIMED

**HALL, WILLIAM REED** as **DEFENDANT / RESPONDENT**

**Address**

74 OHIO STREET
WHITESBURG KY 41858

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341660633RETURNED NOT DELIVERABLE AS ADDRESSED

**HARLAN MEDICAL CENTER PHARMACY, INC.** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Address**

132 VILLAGE CENTER
HARLAN KY 40831

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9236090194038341660633

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was returned to the sender at 10:28 am on January 4, 2024 in HAZARD, KY 41701 because the forwarding order for this address is no longer valid.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Alert
**Forward Expired**
HAZARD, KY 41701
January 4, 2024, 10:28 am

**Out for Delivery**
HAZARD, KY 41701
January 4, 2024, 7:04 am

**Arrived at Post Office**
HAZARD, KY 41701
January 4, 2024, 6:53 am

**Arrived at USPS Regional Destination Facility**
KNOXVILLE TN DISTRIBUTION CENTER
January 3, 2024, 11:11 am

**In Transit to Next Facility**
January 2, 2024

**Arrived at USPS Facility**
LOUISVILLE, KY 40221

January 1, 2024, 1:31 pm

**Arrived at USPS Regional Destination Facility**
KNOXVILLE TN DISTRIBUTION CENTER
December 27, 2023, 10:52 am

**Arrived at USPS Facility**
LOUISVILLE, KY 40221
December 21, 2023, 10:50 am

**Moved, Left no Address**
WHITESBURG, KY 41858
December 15, 2023, 10:20 am

**Out for Delivery**
WHITESBURG, KY 41858
December 15, 2023, 8:24 am

**Arrived at Post Office**
WHITESBURG, KY 41858
December 15, 2023, 8:13 am

**Departed USPS Regional Facility**
KNOXVILLE TN DISTRIBUTION CENTER
December 15, 2023, 4:08 am

**Arrived at USPS Regional Destination Facility**
KNOXVILLE TN DISTRIBUTION CENTER
December 14, 2023, 11:43 am

**Arrived at USPS Regional Facility**
LEXINGTON KY DISTRIBUTION CENTER
December 13, 2023, 10:12 pm

**Accepted at USPS Origin Facility**
FRANKFORT, KY 40601
December 13, 2023, 8:57 pm

**Shipment Received, Package Acceptance Pending**
FRANKFORT, KY 40601
December 13, 2023, 4:58 pm

**Pre-Shipment, USPS Awaiting Item**

December 13, 2023

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**Return Receipt Electronic** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs