# EXHIBIT 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
X DIVISION
CIVIL ACTION NO.

ELECTRONICALY FILED

JAMES A. CHANEY                                                 PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.                          DEFENDANTS

**HOSPICE OF THE BLUEGRASS, INC., JEFFREY HOLMES, AND WENDELL SHORT'S JOINDER AND CONSENT TO REMOVAL**

Defendants, Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short hereby consent and join in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this 15th day of January, 2024.

HOSPICE OF THE BLUEGRASS, INC.,
JEFFREY HOLMES, AND WENDELL SHORT

By: _____