# EXHIBIT 14

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CIVIL ACTION NO. 6:24-CV-07-REW-HAI**

**ELECTRONICALY FILED**

**JAMES A. CHANEY**                                                    **PLAINTIFF**

**V.**

**CVS PHARMACY, INC.; ET AL.**                                        **DEFENDANTS**

**HOMETOWN PHARMACY OF HAZARD, LLC**

Defendant, Hometown Pharmacy of Hazard, consents and joins in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this 28 day of February, 2024.

                                                HOMETOWN PHARMACY OF HAZARD, LLC

                                                /s/ Jason S. Morgan (with permission)
                                                Jason S. Morgan
                                                Ward, Hocker, & Thornton, PLLC
                                                333 West Vine Street, Suite 1100
                                                Lexington, Kentucky 40507
                                                (859) 422-6000
                                                Jason.Morgan@whtlaw.com