# EXHIBIT 15

**Summons**

CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
*9236090194038341657176 MEMO FROM Service, :lives in rockcastle countySuccessful*

CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
*9236090194038341657213Successful*

### HARRIS/ AKA CRADY, HOLLY as DEFENDANT / RESPONDENT

**Address**

2423 VALLEY VISTA ROAD
LOUISVILLE KY 40205

**Summons**

CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
*9236090194038341656254Successful*

### HERALD, HELEN as DEFENDANT / RESPONDENT

**Address**

113 ROCK RIDGE ROAD BIG
HAZARD KY 41701

**Summons**

CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/27/2023** by way of **CERTIFIED MAIL**
*9236090194038341656193Successful*

### HOLMES, JEFFREY as DEFENDANT / RESPONDENT

**Address**

1733 HARRODSBURG ROAD
LEXINGTON KY 40504

**Summons**

CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
*9236090194038341658487Successful*

### HOMETOWN PHARMACY OF HAZARD, LLC as DEFENDANT / RESPONDENT

**Memo**

Registered Agent of Service exists.

**Address**

P.O. BOX 3073
LONDON KY 40743

**Summons**

CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
*9236090194038341657251Successful*

CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
*9236090194038341657282UNCLAIME D*

### HOMETOWN PHARMACY OF JACKSON, LLC as DEFENDANT / RESPONDENT

**Address**

95 JACKSON HEIGHTS
JACKSON KY 41339

**Summons**

CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/14/2023** by way of **CERTIFIED MAIL**
*9236090194038341657329Successful*

### ==HOMETOWN PHARMACY OF MANCHESTER, LLC== as DEFENDANT / RESPONDENT

**Memo**

Registered Agent of Service exists.

**Address**
2163 EAST HIGHWAY 30
EAST BERNSTADT KY 40729

**Summons**
CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658241RETURNED MARKED UNABLE TO FORWARD
CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658296RETURNED M ARKED NOT DELIVERABLE AS ADDRESSEDFailed USPS Returned Unserved

### HOMETOWN PHARMACY, INC. as DEFENDANT / RESPONDENT

**Memo**
Registered Agent of Service exists.

**Address**
130 KY-80
HYDEN KY 41749

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/20/2023** by way of **CERTIFIED MAIL**
9236090194038341657978Successful
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/20/2023** by way of **CERTIFIED MAIL**
9236090194038341658180Successful

### HOSPICE OF THE BLUEGRASS, INC. as DEFENDANT / RESPONDENT

**Memo**
Registered Agent of Service exists.

**Address**
57 DENNIS SANDLIN
HAZARD KY 41701

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341658364Successful
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341658456Successful

### HOWARD FAMILY PHARMACY, INC. as DEFENDANT / RESPONDENT

**Memo**
Registered Agent of Service exists.

**Address**
327 KY ROUTE 550
HINDMAN KY 41822

**Summons**
CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658531RETURNED M ARKED AS NO MAIL RECEPTACLEFaile d USPS Returned Unserved
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/22/2023** by way of **CERTIFIED MAIL**
9236090194038341658586Successful

### HOWARD, WESLEY as DEFENDANT / RESPONDENT

**Address**
P.O. BOX 1651
HARLAN KY 40831

**Summons**
CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658623RETURNED M ARKED AS NOT DELIVERABLE AS ADDRESSEDFailed USPS Returned Unserved

Filed    23-CI-00442    01/03/2024    Charles Ira Patterson, Perry Circuit Clerk

**UNITED STATES POSTAL SERVICE**

DOCUMENT

PM

**NOT ORIGINAL**

01/17/2024 04:03:15

84528

DATE PRODUCED: 1/3/2024 2:53 AM

COMMONWEALTH OF KENTUCKY - FRANKLIN CO AOC INFO & TECH SERVICES:

The following is information for Certified Mail™/RRE item number:
9236 0901 9403 8341 6582 96

Our records indicate that this item was RETURNED TO SENDER.

ORIGINAL INTENDED RECIPIENT:
GOFORTH, ROBERT
2163 EAST HIGHWAY 30
EAST BERNSTADT KY 40729

The above information represents information provided by the United States Postal Service.

COR : 000001 of 000003

Filed    23-CI-00442    01/03/2024    Charles Ira Patterson, Perry Circuit Clerk

Return Reference Number:

Filed         23-CI-00442    01/03/2024              Charles Ira Patterson, Perry Circuit Clerk



**DOCUMENT**

**PM**

NOT ORIGINAL

01/17/2024 04:03:15

RETURN TO SENDER

84528

Date Produced: 01/03/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8341 6582 96. Our records indicate that this item was delivered on 01/02/2024 at 12:09 p.m. in HAZARD, KY 41701. The scanned image of the recipient information is provided below.

Signature of Recipient :

*[handwritten signature]*

Address of Recipient :

*[handwritten: P O Box 1433]*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

GOFORTH, ROBERT
2163 EAST HIGHWAY 30
EAST BERNSTADT KY 40729

Customer Reference Number:   C4666019.27978730

Filed         23-CI-00442    01/03/2024              Charles Ira Patterson, Perry Circuit Clerk

COR : 000002 of 000003

Filed        23-CI-00442   01/03/2024           Charles Ira Patterson, Perry Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 42040729923609019403834165829 6
MAILING DATE:         12/13/2023
DELIVERED DATE:    01/02/2024
Custom 1: DriverId-7012496
Custom 2: PartyId-47487645
Custom 3: SummonsNum-@00000101157
Custom 4: CentralMailId-125337
Custom 5: Source County-PERRY

DOCUMENT PM

RETURN TO SENDER

**NOT ORIGINAL**

01/17/2024 04:03:15

84528

MAIL PIECE DELIVERY INFORMATION:

GOFORTH, ROBERT
2163 EAST HIGHWAY 30
EAST BERNSTADT KY 40729

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2023 15:14 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 12/13/2023 16:58 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 12/13/2023 21:08 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 12/13/2023 22:23 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 12/14/2023 11:47 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 04:08 | DEPARTED USPS REGIONAL FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 08:55 | FORWARDED | EAST BERNSTADT,KY 40729 |
| 12/15/2023 12:46 | MOVED LEFT NO ADDRESS | EAST BERNSTADT,KY 40729 |
| 12/21/2023 10:47 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 12/26/2023 01:16 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 12/27/2023 11:07 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/28/2023 06:54 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 12/28/2023 07:05 | OUT FOR DELIVERY | HAZARD,KY 41701 |
| 12/28/2023 08:26 | AVAILABLE FOR PICKUP | HAZARD,KY 41702 |
| 01/02/2024 12:09 | DELIVERED TO ORIGINAL SENDER | HAZARD,KY 41701 |