# EXHIBIT 16

**HUTERA, MATTHEW** as DEFENDANT / RESPONDENT

**Address**

MATTHEW HUTERA
2163 EAST HIGHWAY 30
EAST BERNSTADT KY 40729

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658326*RETURNED ON 01/03/2024 MARKED AS NOT DELIVERABLE AS ADDRESSED*

**JOHNS CREEK DRUG CENTER, INC.** as DEFENDANT / RESPONDENT

**Memo**

Registered Agent of Service exists.

**Address**

6162 ZEBULON HIGHWAY
PIKEVILLE KY 41502

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658647
**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658661*NOT DELIVERABLE AS ADDRESSED*

**JOHNSON, LORI** as DEFENDANT / RESPONDENT

**Address**

59 LAUREN PAIGE LANE
HAZARD KY 41701

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/21/2023** by way of **CERTIFIED MAIL**
9236090194038341656438*Successful*

**JORDAN DRUG, INC.** as DEFENDANT / RESPONDENT

**Memo**

Registered Agent of Service exists.

**Address**

842 HIGHWAY 15 NORTH
JACKSON KY 41339

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341658739*RETURNED MARKED NOT DELIVERABLE AS ADDRESSED*
**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341658753*Successful*

**KENTUCKY CVS PHARMACY, LLC** as DEFENDANT / RESPONDENT

**Memo**

Registered Agent of Service exists.

**Address**

157 SOUTH BUCKMAN STREET
SHEPHERDSVILLE KY 40165

**Summons**

**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341655509*Successful*
**CIVIL SUMMONS** issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341656612*Successful*

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 923609019403834 1658326

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was returned to the sender at 11:40 am on January 2, 2024 in HAZARD, KY 41701 because the forwarding order for this address is no longer valid.

---

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Alert**
**Forward Expired**
HAZARD, KY 41701
January 2, 2024, 11:40 am

**Out for Delivery**
HAZARD, KY 41701
January 2, 2024, 7:24 am

**Arrived at Post Office**
HAZARD, KY 41701
January 2, 2024, 7:13 am

**In Transit to Next Facility**
December 30, 2023

**Arrived at USPS Regional Destination Facility**
KNOXVILLE TN DISTRIBUTION CENTER
December 26, 2023, 1:12 am

**Arrived at USPS Facility**
LOUISVILLE, KY 40221

Feedback

December 21, 2023, 10:48 am

**Moved, Left no Address**

EAST BERNSTADT, KY 40729
December 15, 2023, 12:46 pm

**Forwarded**

EAST BERNSTADT, KY
December 15, 2023, 8:55 am

**Departed USPS Regional Facility**

KNOXVILLE TN DISTRIBUTION CENTER
December 15, 2023, 4:08 am

**Arrived at USPS Regional Destination Facility**

KNOXVILLE TN DISTRIBUTION CENTER
December 14, 2023, 11:47 am

**Arrived at USPS Regional Facility**

LEXINGTON KY DISTRIBUTION CENTER
December 13, 2023, 10:23 pm

**Accepted at USPS Origin Facility**

FRANKFORT, KY 40601
December 13, 2023, 9:08 pm

**Shipment Received, Package Acceptance Pending**

FRANKFORT, KY 40601
December 13, 2023, 4:58 pm

**Pre-Shipment, USPS Awaiting Item**

December 13, 2023

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                                    ⌄

**Return Receipt Electronic**                                                                               ⌄