# EXHIBIT 17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
X DIVISION
CIVIL ACTION NO.

ELECTRONICALY FILED

JAMES A. CHANEY                                                                PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.                                         DEFENDANTS

## JORDAN DRUG, INC., D/B/A JACKSON APOTHECARY AND D/B/A BREATHITT PRESCRIPTION CENTER'S JOINDER AND CONSENT TO REMOVAL

Defendants, Jordan Drug, Inc. d/b/a Jackson Apothecary, and d/b/a Breathitt Prescription Center hereby consent and join in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this 12th day of January, 2024.

JORDAN DRUG, INC., D/B/A JACKSON
APOTHECARY AND D/B/A BREATHITT
PRESCRIPTION CENTER

_/s/ Luther G. Smith /w/h_
Luther G. Smith President