# EXHIBIT 18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

ELECTRONICALY FILED

**JAMES A. CHANEY**  **PLAINTIFF**

**V.**

**CVS PHARMACY, INC.; ET AL.**  **DEFENDANTS**

### MANCHESTER PHARMACIST GROUP, LLC d/b/a FAMILY DRUG CENTER'S JOINDER AND CONSENT TO REMOVAL

Defendant, Manchester Pharmacist Group, LLC d/b/a Family Drug Center, consents and joins in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this __28__ day of February, 2024.

> MANCHESTER PHARMACIST GROUP, LLC
> d/b/a FAMILY DRUG CENTER
>
> _Justin Bell_
> Justin Bell, Registered Agent

19375071.1