# EXHIBIT 19

Filed 23-CI-00442   01/03/2024   Charles Ira Patterson, Perry Circuit Clerk

**UNITED STATES POSTAL SERVICE®**

**NOT ORIGINAL**

DOCUMENT

01/17/2024 04:03:25 PM

84528

DATE PRODUCED: 1/3/2024 2:53 AM

COMMONWEALTH OF KENTUCKY - FRANKLIN CO AOC INFO & TECH SERVICES:

The following is information for Certified Mail™/RRE item number:
9236 0901 9403 8341 6555 16

Our records indicate that this item was RETURNED TO SENDER.

ORIGINAL INTENDED RECIPIENT:
MCGRAINER, RYAN
30 SOUTH KENTUCKY HIGHWAY 15
HAZARD KY 41701

The above information represents information provided by the United States Postal Service.

COR : 000001 of 000003

Filed   23-CI-00442   01/03/2024   Charles Ira Patterson, Perry Circuit Clerk

Return Reference Number:

**UNITED STATES POSTAL SERVICE.**

**DOCUMENT**

**PM**

NOT ORIGINAL

01/17/2024 04:03:25

RETURN TO SENDER

84528

Date Produced: 01/03/2024

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8341 6555 16. Our records indicate that this item was delivered on 01/02/2024 at 12:09 p.m. in HAZARD, KY 41701. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MCGRAINER, RYAN
30 SOUTH KENTUCKY HIGHWAY 15
HAZARD KY 41701

Customer Reference Number:    C4666019.27978633

USPS MAIL PIECE TRACKING NUMBER: 42041701923609019403834165516
MAILING DATE: 12/13/2023
DOCUMENT ENTERED DATE: 01/02/2024
Custom 1: DriverId-7012496
Custom 2: PartyId-47487592
PM Custom 3: SummonsNum-@00000101104
Custom 4: CentralMailId-125283
Custom 5: Source County-PERRY

NOT ORIGINAL

01/17/2024 04:03:25

84528

MAIL PIECE DELIVERY INFORMATION:

MCGRAINER, RYAN
30 SOUTH KENTUCKY HIGHWAY 15
HAZARD KY 41701

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 12/13/2023 15:14 | PRE-SHIPMENT INFO SENT USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 12/13/2023 16:58 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 12/13/2023 20:55 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 12/13/2023 22:10 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 12/14/2023 11:42 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 04:08 | DEPARTED USPS REGIONAL FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 07:35 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 12/15/2023 07:46 | OUT FOR DELIVERY | HAZARD,KY 41701 |
| 12/15/2023 08:21 | MOVED LEFT NO ADDRESS | HAZARD,KY 41701 |
| 12/24/2023 10:21 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 12/27/2023 11:11 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/28/2023 06:54 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 12/28/2023 07:05 | OUT FOR DELIVERY | HAZARD,KY 41701 |
| 12/28/2023 08:26 | AVAILABLE FOR PICKUP | HAZARD,KY 41702 |
| 01/02/2024 12:09 | DELIVERED INDIVIDUAL PICKED UP AT PO | HAZARD,KY 41701 |