# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

ELECTRONICALLY FILED

**JAMES A. CHANEY**                                                                                             **PLAINTIFF**

**V.**

**CVS PHARMACY, INC., ET AL.**                                                                      **DEFENDANTS**

### WAL-MART STORES EAST, LIMITED PARTNERSHIP'S AND MIKE MCINTOSH'S CONSENT TO REMOVAL

Defendants Wal-Mart Stores East, Limited Partnership and Mike McIntosh consent to the removal of this action from the Circuit Court of Perry County, Kentucky to the United States District Court for the Eastern District of Kentucky.

Dated this 16th day of January, 2024.

**WAL-MART STORES EAST, LIMITED PARTNERSHIP AND MIKE MCINTOSH**

Respectfully Submitted,

/s/ *Jay Ridings*
Jay Milby Ridings (91971)
Marcia Milby Ridings (58360)
HAMM, MILBY & RIDINGS PLLC
120 N. Main St.
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
P: 606.864.4126 | F: 606.878.8144
*Counsel for Defendants Wal-Mart Stores East, Limited Partnership and Mike McIntosh*