# EXHIBIT 21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
X DIVISION
CIVIL ACTION NO.

ELECTRONICALY FILED

JAMES A. CHANEY     PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.     DEFENDANTS

## MOUNTAIN COMPREHENSIVE HEALTH CORPORATION D/B/A LEATHERWOOD-BLACKEY MEDICAL CLINIC CONSENT

Defendant, Mountain Comprehensive Health Corporation d/b/a Leatherwood-Blackey Medical Clinic (incorrectly named herein as "Mountain Comprehensive Healthcare"), consents to the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky, reserving all rights and rights of the United States afforded under the Public Health Services Act, 42 U.S.C. 233, Section 244 (a) and the Federal Tort Claims Act, 28 U.S.C. Sections 1346(b), et seq. and any other governing section in relation to the Plaintiff's complaint.

Dated this __16__ day of January, 2024.

MOUNTAIN COMPREHENSIVE HEALTH
CORPORATION D/B/A LEATHERWOOD-
BLACKEY MEDICAL CLINIC AND VERLON
BANKS

By Counsel:

*[signature]*

Gene Smallwood (KY Bar #_65003_)
P.O. Box 40
Whitesburg, Kentucky 41858

18695597.1

Phone (606) 633-4823 EXT: 1393
Gene.smallwood@mtncomp.org

18695597.1