# EXHIBIT 22

Filed   12/19/2023   Charles Ira Patterson, Perry Circuit Clerk
23-CI-00442

**UNITED STATES**
**POSTAL SERVICE.**

**DOCUMENT**

NOT ORIGINAL

PM

01/17/2024 04:05:25

84528

Date Produced: 12/19/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8341 6562 16. Our records indicate that this item was delivered on 12/18/2023 at 09:28 a.m. in CHAVIES, KY 41727. The scanned image of the recipient information is provided below.

Signature of Recipient :

X   Rebecca Napier

Printed Name   Rebecca Napier

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

NAPIER, REBECCA WOOTON
10664 N KY HIGHWAY 15
CHAVIES KY 41727

Customer Reference Number:   C4666019.27978622

COR : 000001 of 000002

2

Filed      23-CI-00442    12/19/2023         Charles Ira Patterson, Perry Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 420417279236090194038341656216

DOCUMENT

PM

MAILING DATE:      12/13/2023
DELIVERED DATE:   12/18/2023
Custom 1: DriverId-7012496
Custom 2: PartyId-47487601
Custom 3: SummonsNum-@00000101113
Custom 4: CentralMailId-125293
Custom 5: Source County-PERRY

**NOT ORIGINAL**

01/17/2024 04:05:25

84528

MAIL PIECE DELIVERY INFORMATION:

NAPIER, REBECCA WOOTON
10664 N KY HIGHWAY 15
CHAVIES KY 41727

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 12/13/2023 15:14 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 12/13/2023 16:58 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 12/13/2023 21:15 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 12/13/2023 22:30 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 12/14/2023 11:41 | PROCESSED THROUGH USPS FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 04:08 | DEPARTED USPS REGIONAL FACILITY | KNOXVILLE TN DISTRIBUTION CENTE 37950 |
| 12/15/2023 07:32 | ARRIVAL AT UNIT | HAZARD,KY 41701 |
| 12/15/2023 07:43 | OUT FOR DELIVERY | CHAVIES,KY 41727 |
| 12/15/2023 15:20 | NO AUTHORIZED RECIPIENT AVAILABLE | CHAVIES,KY 41727 |
| 12/15/2023 17:43 | PROCESSED THROUGH USPS FACILITY | HAZARD,KY 41701 |
| 12/18/2023 09:28 | DELIVERED INDIVIDUAL PICKED UP AT USPS | CHAVIES,KY 41727 |

COR : 000002 of 000002