# EXHIBIT 23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

ELECTRONICALY FILED

**JAMES A. CHANEY**                                                                                             **PLAINTIFF**

**V.**

**CVS PHARMACY, INC.; ET AL.**                                            **DEFENDANTS**

**DEFENDANT R/X DISCOUNT PHARMACY OF HAZARD, INC. JOINDER AND CONSENT TO REMOVAL**

Defendant R/X Discount Pharmacy of Hazard, Inc. consents and joins in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this  29  day of February, 2024.

                                                       *Richard K. Slone /with permission*
                                                       Richard K. Slone, Registered Agent

19378411.1