# EXHIBIT 24

**Address**
500 MORTON BLVD
HAZARD KY 41701

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341655646Successful
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341656636Successful

**R/X DISCOUNT PHARMACY, INC as DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Address**
500 MORTON BLVD.
HAZARD KY 41701

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341656124Successful
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341656681Successful

**R/X DISCOUNT PHARMACY, INC as DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Address**
306 MORTON BLVD
P.O. BOX 1569
HAZARD KY 41702

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/19/2023** by way of **CERTIFIED MAIL**
9236090194038341656162Successful
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/21/2023** by way of **CERTIFIED MAIL**
9236090194038341656698 MEMO FROM Service, :Moved 3 years agoSuccessful

**SHACKLEFORD, JAMES as DEFENDANT / RESPONDENT**

**Address**
1033 BEE HIVE RD
SLEMP KY 41763

**Summons**
CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341655523

**SHORT, WENDELL as DEFENDANT / RESPONDENT**

**Address**
137 RIVER OAK CIRCLE
LONDON KY 40744

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341658494Successful

**SIZEMORE, MICHAEL as DEFENDANT / RESPONDENT**

**Address**
5460 SLATE LICK ROAD

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

# 9236090194038342655523

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Label Created, not yet in system

A status update is not yet available on your package. It will be available when the shipper provides an update or the package is given to USPS. Check back soon.

Sign up for Informed Delivery® (https://informeddelivery.usps.com/box/pages/intro/start.action) to receive notifications for packages addressed to you.

Feedback

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs