# EXHIBIT 25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
X DIVISION
CIVIL ACTION NO.

ELECTRONICALY FILED

JAMES A. CHANEY                                                                         PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.                                                    DEFENDANTS

**THE MEDICINE SHOPPE HYDEN AND RONNIE STEWART'S
JOINDER AND CONSENT TO REMOVAL**

Defendants, The Medicine Shoppe Hyden and Ronnie Stewart, hereby consent and join in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this 12 day of January, 2024.

THE MEDICINE SHOPPE HYDEN AND
RONNIE STEWART

By Counsel:

/s/ Ashley H.

Ashley Hoover (KY Bar #97257)
Clayton Oswald (KY Bar #90297)
Taylor, Keller & Oswald
1306 W 5th Street
London, Kentucky 40741
Phone (606) 878-8844
coswald@tkolegal.com
ahoover@tkolegal.com