# EXHIBIT 26

**STEWART, RONNIE** as **DEFENDANT / RESPONDENT**

**Address**
16 HICKORY STREET
HYDEN KY 41749

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341659422Successful

**SUTHERLAND, SHERRY** as **DEFENDANT / RESPONDENT**

**Address**
131 SUTHERLAND DR
BIMBLE KY 40915

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/18/2023** by way of **CERTIFIED MAIL**
9236090194038341655561Successful

**THE MEDICINE SHOPPE HYDEN** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Address**
22044 MAIN STREET
HYDEN KY 41749

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341659354Successful
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/15/2023** by way of **CERTIFIED MAIL**
9236090194038341659361Successful

**THE PLAZA PHARMACY, PLLC** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Address**
1389 HIGHWAY 15 NORTH
JACKSON KY 41339

**Summons**
CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341659927RETURNED UNABLE TO FORWARD
CIVIL SUMMONS issued on **12/11/2023** by way of **CERTIFIED MAIL**
9236090194038341659941RETURNED MARKED NOT DELIVERABLE AS ADDRESSED

**THIES, DANIEL** as **DEFENDANT / RESPONDENT**

**Address**
699 PHOENIX PLACE BLVD. 96
HAZARD KY 41701

**Summons**
CIVIL SUMMONS issued on **12/11/2023** served / recalled on **12/19/2023** by way of **CERTIFIED MAIL**
9236090194038341660077Successful

**THOMPSON DISCOUNT DRUG, INC.** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9236090194038341659927

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was returned to the sender at 10:32 am on January 12, 2024 in HAZARD, KY 41701 because the forwarding order for this address is no longer valid.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Alert
**Forward Expired**
HAZARD, KY 41701
January 12, 2024, 10:32 am

### Out for Delivery
HAZARD, KY 41701
January 12, 2024, 7:33 am

### Arrived at Post Office
HAZARD, KY 41701
January 12, 2024, 7:22 am

### Return to Sender Processed
LOUISVILLE, KY 40221
January 10, 2024, 7:18 am

### In Transit to Next Facility
December 31, 2023

### Arrived at USPS Facility
LOUISVILLE, KY 40221

December 27, 2023, 10:23 am

**Moved, Left no Address**
JACKSON, KY 41339
December 15, 2023, 8:01 am

**Arrived at USPS Regional Facility**
LEXINGTON KY DISTRIBUTION CENTER
December 13, 2023, 10:09 pm

**Accepted at USPS Origin Facility**
FRANKFORT, KY 40601
December 13, 2023, 8:54 pm

**Shipment Received, Package Acceptance Pending**
FRANKFORT, KY 40601
December 13, 2023, 4:58 pm

**Pre-Shipment, USPS Awaiting Item**
December 13, 2023

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**Return Receipt Electronic** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 9236090194038341659941

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was returned to the sender at 10:35 am on December 22, 2023 in HAZARD, KY 41701 because the forwarding order for this address is no longer valid.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Alert**
**Forward Expired**
HAZARD, KY 41701
December 22, 2023, 10:35 am

**Distribution to PO Box in Progress**
HAZARD, KY 41701
December 22, 2023, 6:10 am

**Arrived at Post Office**
HAZARD, KY 41701
December 22, 2023, 5:44 am

**Departed USPS Regional Facility**
KNOXVILLE TN DISTRIBUTION CENTER
December 22, 2023, 3:41 am

**Arrived at USPS Regional Facility**
KNOXVILLE TN DISTRIBUTION CENTER
December 21, 2023, 10:52 am

**In Transit to Next Facility**

December 20, 2023

**Arrived at USPS Facility**
LOUISVILLE, KY 40221
December 19, 2023, 12:20 pm

**Moved, Left no Address**
JACKSON, KY 41339
December 14, 2023, 9:51 am

**Arrived at USPS Regional Facility**
LEXINGTON KY DISTRIBUTION CENTER
December 13, 2023, 10:09 pm

**Accepted at USPS Origin Facility**
FRANKFORT, KY 40601
December 13, 2023, 8:54 pm

**Shipment Received, Package Acceptance Pending**
FRANKFORT, KY 40601
December 13, 2023, 4:58 pm

**Pre-Shipment, USPS Awaiting Item**
December 13, 2023

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**Return Receipt Electronic** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package