# EXHIBIT 27

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

ELECTRONICALY FILED

JAMES A. CHANEY            PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.            DEFENDANTS

## THOMPSON DISCOUNT DRUG, INC. AND F. BRITTON THOMPSON'S JOINDER AND CONSENT TO REMOVAL

Defendants, Thompson Discount Drug, Inc., and F. Britton Thompson consent and join in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.[1]

Dated this __28__ day of February, 2024.

           THOMPSON DISCOUNT DRUG, INC. and
           F. BRITTON THOMPSON

           By Counsel:

           *Joshua J. Leckrone (with permission)*
           Joshua J. Leckrone
           334 Beechwood Road, Suite 304
           Ft. Mitchell, Kentucky 41017
           Phone: (859) 444-4949
           Facsimile: (859) 360-2866
           josh@richardsonlawgrp.com

---

[1] On January 15, 2024, the foregoing Defendants consented to removal via email to ARH Defendants' counsel.

19236256.1