# EXHIBIT 28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
X DIVISION
CIVIL ACTION NO.

ELECTRONICALY FILED

JAMES A. CHANEY     PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.     DEFENDANTS

### TOMBERT, INC., D/B/A THE MEDICINE SHOPPE'S JOINDER AND CONSENT TO REMOVAL

Defendant, Tombert, Inc., d/b/a The Medicine Shoppe, hereby consents and joins in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this 12 day of January, 2024.

TOMBERT INC., D/B/A THE MEDICINE SHOPPE

By Counsel:

/s/ Geoffrey D. Marsh
Geoffrey D. Marsh (KY Bar #84108)
Williams, Hall & Latherow, LLP
1505 Carter Ave., Ste. 200
P.O. Box 2008
Ashland, Kentucky 41105-2008
Phone (606) 329-1919
gmarsh@whl-law.com