# EXHIBIT 29

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

ELECTRONICALY FILED

**JAMES A. CHANEY**                                                                 **PLAINTIFF**

**V.**

**CVS PHARMACY, INC.; ET AL.**                                              **DEFENDANTS**

**DEFENDANT VALUE RX BLUEGRASS, LLC JOINDER AND CONSENT TO REMOVAL**

Defendant Value RX Bluegrass, LLC consents and joins in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.

Dated this _29_ day of February, 2024.

_Melissa Richardson (with permission)_
Melissa Thompson Richardson
On Behalf of Todd Walters, Registered Agent

19378412.1