# EXHIBIT 30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

ELECTRONICALY FILED

JAMES A. CHANEY                                                        PLAINTIFF

V.

CVS PHARMACY, INC.; ET AL.                                       DEFENDANTS

## WALTER-GRIFFIN ENTERPRISE, INC. D/B/A SUPERIOR DRUG, WILLIAM REED HALL AND ROBERT WALTERS, SR.'S JOINDER AND CONSENT TO REMOVAL

Defendants, Walter-Griffin Enterprise, Inc. d/b/a Superior Drug, William Reed Hall and Robert Walter Sr. consent and join in the removal of this action from the Circuit Court of Perry County, Kentucky, to the United States District Court for the Eastern District of Kentucky.[1]

Dated this ___9th___ day of February, 2024.

WALTER-GRIFFIN ENTERPRISE, INC.
D/B/A SUPERIOR DRUG, WILLIAM REED
HALL AND ROBERT WALTER SR

By Counsel:

_____
Bradley C. Hooks (KBA 87098)
Addison S. Thompson (KBA 99647)
Landrum & Shouse LLP
P.O. Box 951
Lexington, Kentucky 40588-0951
Phone: (859) 522-2424
bhooks@landrumshouse.com
athompson@landrumshouse.com

---

[1] On February 8, 2024, undersigned counsel filed their Notice of Substitution of Counsel. On January 16, 2023, Defendants consented to removal by and through prior counsel, Calvin R. Tackett.