UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JAMES A. CHANEY,** | **PLAINTIFF** |
| **V.** | |
| **CVS PHARMACY, INC., et al.** | **DEFENDANTS** |

### ORDER DENYING PLAINTIFF'S MOTION TO REMAND

Defendants Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady ("ARH Defendants"), having removed this action to this Court; Plaintiff, James A. Chaney, having moved this Court for remand; the Court having heard arguments of counsel, reviewed the record, and otherwise being sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 and Defendants' Notice of Removal complies with the procedural requirements of 28 U.S.C. § 1446. *Plaintiff's Motion to Remand* is **DENIED.**

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
JUDGE