**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC. *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S, D.B. COYLE ENTERPRISES, INC. D/B/A**
**THE MEDICINE SHOPPE, RESPONSE IN OPPOSITION TO MOTION TO REMAND**

Comes now Defendant, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, by and through undersigned counsel, and hereby files its Response in Opposition to Motion to Remand. In support of Defendant's Response in Opposition and pursuant to Rule 10 of the Federal Rules of Civil Procedure, Defendant incorporates by reference all averments contained in the ARH Defendants' Memorandum of Law in Opposition to Motion to Remand (Doc #: 68).

Specifically, Defendant asserts that Plaintiff's Complaint presents a substantial federal question, and this Court may properly exercise jurisdiction under 28 U.S.C. § 1331 pursuant to *Grable & Sons Metal Products, Inc. v. Darue Engineering & Mfg.*, 545 U.S. 308 (2005). Moreover, the Notice of Removal complied with the procedural requirement of 28 U.S.C. § 1446, and all Defendants properly joined and served consented to removal. Finally, Plaintiff's request for sanctions should be denied because there was an objectively reasonable basis for removal.

**WHEREFORE**, Defendant, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, respectfully requests that Plaintiff's Motion to Remand be denied.

Respectfully submitted,

/s/ Clayton O. Oswald
Clayton O. Oswald
Ashley P. Hoover
Taylor, Keller & Oswald, PLLC
P.O. Box 3440
1306 W. 5th St., Suite 100
London, KY 40743-3440
(606) 878-8844
Fax: (606) 878-8850
E-mail: coswald@tkolegal.com
            ahoover@tkolegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 29th day of February 2024, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
**mhamlin@whitefordlaw.com**
*Counsel for Plaintiff*

**Christopher Chaisson, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 1800 M Street NW, Suite 450N**
**Washington, District of Columbia 20036**
**cchaisson@whitefordlaw.com**
*Co-Counsel for Plaintiff*

**Keith E. Whitson, Esq.**
**Jordan N. Kelly, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 11 Stanwix Street, Suite 1400**
**Pittsburgh, PA 15222**
**kwhitson@whitefordlaw.com**
**jkelly@whitefordlaw.com**
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq. PETERSON LAW
OFFICE, PLLC 2424 Harrodsburg Road,
Suite 205 Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com

*Co-Counsel for Plaintiff*

Randall Scott May

DAVIDSON & ASSOCIATES

Post Office Drawer 986

Hazard, KY 41702

rmay@windstream.net

**Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C**

Anders W. Lindberg, Esq.
Stacey Richards-Minigh, Esq.
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
Anders.lindberg@steptoe-johnson.com
Stacey.minigh@steptoe-johnson.com

*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel, Esq.
STEPTOE & JOHNSON PLLC
100 W. Main Street, Suite 400
Lexington, KY 40507

**Nate.kissel@steptoe-johnson.com**
***Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady***

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq.
HAMM, MILBY & RIDINGS PLLC 120 N.
Main St.
London, KY 40741

jridings@hmrkylaw.com
marcia@hmrkylaw.com
*Counsel for Defendants, Walmart Stores East, L.P. and Mike McIntosh*

**Gene Smallwood, Esq.**
**P.O. Box 40**
**Whitesburg, KY 41858**
***Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood***

*Blackey Medical Clinic*

Darryl W. Durham
SEILLER WATERMAN, LLC

462 South Fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com

*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.*

KYLE M. VIRGIN
Freeman Mathis & Gary, LLP

2525 Harrodsburg Road, Suite 500

James Shackleford

1033 Bee Hive Rd.

Lexington, Kentucky 40504

kyle.virgin@fmglaw.com
*Counsel for Defendant,*
*Hospice of the Bluegrass, Inc.*

Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.

**Bimble, KY 40915-6131**

R/X Discount Pharmacy, Inc.
c/o Richard K. Slone, Registered Agent

500 Morton Blvd.
Hazard, KY 41701

Rebecca Wooton Napier

10664 N KY Highway 15

**Chavies, KY 41727**

R/X Discount Pharmacy of Hazard, Inc.

c/o Richard K. Slone, Registered Agent

500 Morton Blvd.
Hazard, KY 41701

Lori Johnson
59 Lauren Paige Lane

**Hazard, KY 41701**

Richard K. Slone
4736 Possum Trot Road

Leburn, KY 41831

**R/X Discount Pharmacy of Harlan Co. Inc.**
**d/b/a Clay Discount Pharmacy**
**c/o Richard K. Slone**
**306 Morton Blvd.**

P.O. Box 7157

Hazard, KY 41702

Boggs Pharmacy, Inc.

P.O. Box 747

Jenkins, KY 41537

**Broadway Clinic Pharmacy, Inc.**
**d/b/a Medicine Cabinet Pharmacy**
**c/o Timothy S. Eldridge, Registered Agent**
**114 N. Main Cross St.**
**Flemingsburg, KY 41041**

Community Drug of Manchester, Inc.

c/o Carlo Wessels, Registered Agent

250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Michael Sizemore

5460 Slate Lick Road

**London, KY 40741**

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams, Registered Agent
572 Morton Blvd.
Hazard, KY 41701

Cynthia Williams

55 Lindsey Lane

**Hazard, KY 41701**

Tombert, Inc. d/b/a The Medicine Shoppe

c/o Thomas D. Detraz
815 County Club Lane
Hopkinsville, KY 42240

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent

**90 Triangle Street**
**Martin, KY 41649**

DSSK Pharmaceutical, Inc. d/b/a The
Medicine Shoppe Hazard

c/o Danny Rose, Registered Agent

941 North Main Street, Suite 102

Hazard, KY 41701

Susan Fields
120 Holly Drive

**Hazard, KY 41701**

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent

101 Town and Country Lane, Suite 101
Hazard, KY 41701

Dachea Wooten
555 Ridgeview Way

Hazard, KY 41701

Family Pharmacy of Jackson

265 Highway 15 South Ste. 2

Jackson, KY 41339

Harlan Medical Center Pharmacy, Inc.

c/o Earnest J. Watts, Registered Agent

**2354 HWY 15**
**Whitesburg, KY 41858**

Ernest Watts
33 Blue Spruce Ridge

Hazard, KY 41701


Brian Key
59 Watertower Lane

**Hardinsburg, KY 40143**

Hometown Pharmacy of Hazard, LLC

c/o Derek Lewis, Registered Agent

221 East Main Street
Hazard, KY 41701


Hometown Pharmacy of Jackson, LLC

**95 Jackson Heights**
**Jackson, KY 41339**

Hometown Pharmacy, Inc.
c/o Derek Lewis, Registered Agent

130 Hwy 80
P.O. Box 1746
Hyden, KY 41749


Joe Lewis
1302 N. Franklin Rd.

**Indianapolis, IN 46219**

Doug Morgan
105 Grapevine Place

Hazard, KY 41701


Hometown Pharmacy of Manchester, LLC

c/o Robert Goforth, Registered Agent

**2163 East Highway 30**
**East Bernstadt, KY 40729**

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729


Jeffrey Holmes
1733 Harrodsburg Road

Wendell Short
137 River Oak Circle

| | |
|---|---|
| **Lexington, KY 40504** | London, KY 40744 |
| **Howard Family Pharmacy, Inc.**<br>**c/o Wesley W. Howard, Registered Agent**<br>**1453 Prater Fork**<br>**Hueysville, KY 41640** | Wesley Howard<br><br>P.O. Box 1651<br><br>Harlan, KY 40831 |
| Johns Creek Drug Center, Inc.<br>c/o Donnie K. Starnes, Registered Agent<br><br>**181 Starnes Drive**<br>**Pikeville, KY 41501** | Donnie K. Starnes<br><br>181 Starnes Drive<br><br>Pikeville, KY 41501 |
| Jordan Drug, Inc.<br>FBT LLC Lexington<br>2700 Lexington Financial Center<br><br>Lexington, KY 40507-1742 | King Pharmacy, Inc.<br>c/o Leslie Scott, Registered Agent<br><br>900 Morton Blvd.<br>Hazard, KY 41701 |
| Leslie Scott King<br><br>239 Artie Way<br><br>**Hazard, KY 41701** | Knott Prescription Center, Inc.<br><br>c/o Todd Hall, Registered Agent<br><br>59 West HWY 80, Suite 1<br><br>Hindman, KY 41822 |
| Christopher Hall<br>c/o Knott Prescription Center, Inc.<br><br>59 West HWY 80, Ste. 1<br><br>**Hindman, KY 41822** | Charles Stuart Duff<br><br>538 Ridgeview Way<br><br>Hazard, KY 41701 |

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent

**2400 Abbeywood Road**
**Lexington, KY 40515**

Verlon Banks
4236 Highway 15

Whitesburg, KY 41858

Manchester Professional Pharmacy, Inc.

**c/o Steven Gregory Dawson, Registered**
**Agent**
**Rt. 122, Box 700**

McDowell, KY 41647

Steve Dawson
230 Frasure Creek

McDowell, KY 41647

Mountain Clinic Pharmacy, LLC

c/o Brooks Webb, Registered Agent

**1904 North Main Street**
**Hazard, KY 41701**

Brooks Webb
3903 Wentworth Place

Lexington, KY 40515

Parkview Pharmacy, Inc.

c/o Valerie Akers
8274 KY Route 122

**Minnie, KY 41651**

PEJ, Inc.
c/o Everett L. Dunaway, Registered Agent
265 Kentucky Highway 15 South, Suite 2
Jackson, KY 41339

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent

**1389 HWY 15 N.**
**Box 606**
**Jackson, KY 41339**

Powers Pharmacy, Inc.
c/o David Powers, Registered Agent

73 #1 Hill
P.O. Box 66
Burdine, KY 41517

Professional Pharmacy of Hazard, PLLC c/o
Daniel Glen Thies, Registered Agent

233 Orchard Street
Hazard, KY 41701

Daniel Thies
69 Phoenix Place Blvd. 96

Hazard, KY 41701

8

**Specialty Care Center Pharmacy of E. Kentucky**
**c/o Lori M. Hayden**
**11910 Berry Hill Road**

Louisville, KY 40243

Barry Martin
3845 Real Quiet Lane

Lexington, KY 40509

Robert Burton
1814 Clear Creek Road

**Hazard, KY 41701**

Stallard's Pharmacy, Inc.
c/o James Craig Stallard, Registered Agent
972 HWY 317
Neon, KY 41840

James Craig Stallard

1063 Dairy Hollow

**Jenkins, KY 41537**

Walters-Griffin Enterprise, Inc.

d/b/a Superior Drug
c/o Robert J. Walters, Sr.
P.O. Bo 2290

359 Hazard Rd.

Whitesburg, KY 41858

William Reed Hall
74 Ohio Street

**Whitesburg, KY 41858**

Robert Walters, Sr.

58 Anderson St.

Jenkins, KY 41537

**Thompson Discount Drug, Inc.**
**c/o F. Britton Thompson, Registered Agent**
**810 East 4th Street**
**London, KY 40741**

F. Britton Thompson

918 East 4th Street

London, KY 40741

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent

**21 Mink Lane**
**Pineville, KY 40977**

Value RX II, LLC
c/o Todd Walters, Registered Agent

21 Mink Lane
Pineville, KY 40977

Todd Walters
21 Mink Lane

**Pineville, KY 40977**

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway

15 Hazard, KY 41701

/s/ Clayton O. Oswald
Clayton O. Oswald