**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 6:24-cv-00007-REW-HAI |
| ) | |
| CVS PHARMACY, INC. *et al.,* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S, D.B. COYLE ENTERPRISES, INC. D/B/A
THE MEDICINE SHOPPE, RESPONSE IN OPPOSITION TO MOTION TO REMAND**

Comes now Defendant, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, by and through undersigned counsel, and hereby files its Response in Opposition to Motion to Remand. In support of Defendant's Response in Opposition and pursuant to Rule 10 of the Federal Rules of Civil Procedure, Defendant incorporates by reference all averments contained in the ARH Defendants' Memorandum of Law in Opposition to Motion to Remand (Doc #: 68).

Specifically, Defendant asserts that Plaintiff's Complaint presents a substantial federal question, and this Court may properly exercise jurisdiction under 28 U.S.C. § 1331 pursuant to *Grable & Sons Metal Products, Inc. v. Darue Engineering & Mfg.*, 545 U.S. 308 (2005). Moreover, the Notice of Removal complied with the procedural requirement of 28 U.S.C. § 1446, and all Defendants properly joined and served consented to removal. Finally, Plaintiff's request for sanctions should be denied because there was an objectively reasonable basis for removal.

**WHEREFORE**, Defendant, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, respectfully requests that Plaintiff's Motion to Remand be denied.

1

Respectfully submitted,

/s/ Clayton O. Oswald
Clayton O. Oswald
Ashley P. Hoover
Taylor, Keller & Oswald, PLLC
P.O. Box 3440
1306 W. 5th St., Suite 100
London, KY 40743-3440
(606) 878-8844
Fax: (606) 878-8850
E-mail: coswald@tkolegal.com
ahoover@tkolegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served electronically and/or via U.S. mail, postage prepaid, on this the 29th day of February 2024, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
**mhamlin@whitefordlaw.com**
*Counsel for Plaintiff*

**Christopher Chaisson, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 1800 M Street NW, Suite 450N**
**Washington, District of Columbia 20036**
**cchaisson@whitefordlaw.com**
*Co-Counsel for Plaintiff*

**Keith E. Whitson, Esq.**
**Jordan N. Kelly, Esq.**
**WHITEFORD TAYLOR & PRESTON,**
**LLP 11 Stanwix Street, Suite 1400**
**Pittsburgh, PA 15222**
**kwhitson@whitefordlaw.com**
**jkelly@whitefordlaw.com**
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq. PETERSON LAW
OFFICE, PLLC 2424 Harrodsburg Road,
Suite 205 Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com

*Co-Counsel for Plaintiff*

| | |
|---|---|
| Randall Scott May<br><br>DAVIDSON & ASSOCIATES<br><br>Post Office Drawer 986<br><br>Hazard, KY 41702<br><br>**rmay@windstream.net**<br><br>***Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C*** | Anders W. Lindberg, Esq.<br>Stacey Richards-Minigh, Esq.<br>STEPTOE & JOHNSON PLLC<br>825 Third Avenue, Suite 400<br>Huntington, WV 25701<br>Anders.lindberg@steptoe-johnson.com<br>Stacey.minigh@steptoe-johnson.com<br><br>*Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady* |
| Nathaniel R. Kissel, Esq.<br>STEPTOE & JOHNSON PLLC<br>100 W. Main Street, Suite 400<br>Lexington, KY 40507<br><br>**Nate.kissel@steptoe-johnson.com**<br>***Counsel for Defendants, Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy; ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*** | Jay Milby Ridings, Esq.<br>Marcia Milby Ridings, Esq.<br>HAMM, MILBY & RIDINGS PLLC 120 N. Main St.<br>London, KY 40741<br><br>jridings@hmrkylaw.com<br>marcia@hmrkylaw.com<br>*Counsel for Defendants, Walmart Stores East, L.P. and Mike McIntosh* |
| **Gene Smallwood, Esq.**<br>**P.O. Box 40**<br>**Whitesburg, KY 41858**<br>***Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood***<br><br>*Blackey Medical Clinic* | Darryl W. Durham<br>SEILLER WATERMAN, LLC<br><br>462 South Fourth Street, 22nd Floor<br>Louisville, KY 40202<br>ddurham@derbycitylaw.com<br><br>*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.* |
| KYLE M. VIRGIN<br>Freeman Mathis & Gary, LLP<br><br>2525 Harrodsburg Road, Suite 500 | James Shackleford<br><br>1033 Bee Hive Rd. |

| | |
|---|---|
| Lexington, Kentucky 40504<br><br>kyle.virgin@fmglaw.com<br>*Counsel for Defendant,*<br>*Hospice of the Bluegrass, Inc.* | Slemp, KY 41763-8910 |
| Sherry Sutherland<br>131 Sutherland Dr.<br><br>**Bimble, KY 40915-6131** | R/X Discount Pharmacy, Inc.<br>c/o Richard K. Slone, Registered Agent<br><br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Rebecca Wooton Napier<br><br>10664 N KY Highway 15<br><br>**Chavies, KY 41727** | R/X Discount Pharmacy of Hazard, Inc.<br><br>c/o Richard K. Slone, Registered Agent<br><br>500 Morton Blvd.<br>Hazard, KY 41701 |
| Lori Johnson<br>59 Lauren Paige Lane<br><br>**Hazard, KY 41701** | Richard K. Slone<br>4736 Possum Trot Road<br><br>Leburn, KY 41831 |
| **R/X Discount Pharmacy of Harlan Co. Inc.**<br>**d/b/a Clay Discount Pharmacy**<br>**c/o Richard K. Slone**<br>**306 Morton Blvd.**<br><br>P.O. Box 7157<br><br>Hazard, KY 41702 | Boggs Pharmacy, Inc.<br><br>P.O. Box 747<br><br>Jenkins, KY 41537 |

| | |
|---|---|
| **Broadway Clinic Pharmacy, Inc. d/b/a Medicine Cabinet Pharmacy c/o Timothy S. Eldridge, Registered Agent 114 N. Main Cross St. Flemingsburg, KY 41041** | Community Drug of Manchester, Inc. c/o Carlo Wessels, Registered Agent 250 Grandview Drive, Suite 500 Fort Mitchell, KY 41017 |
| Michael Sizemore 5460 Slate Lick Road **London, KY 40741** | Complete Care Pharmacy, PLLC c/o Cynthia R. Williams, Registered Agent 572 Morton Blvd. Hazard, KY 41701 |
| Cynthia Williams 55 Lindsey Lane **Hazard, KY 41701** | Tombert, Inc. d/b/a The Medicine Shoppe c/o Thomas D. Detraz 815 County Club Lane Hopkinsville, KY 42240 |
| Downtown Drug, Inc. c/o Melissa Samons, Registered Agent **90 Triangle Street Martin, KY 41649** | DSSK Pharmaceutical, Inc. d/b/a The Medicine Shoppe Hazard c/o Danny Rose, Registered Agent 941 North Main Street, Suite 102 Hazard, KY 41701 |
| Susan Fields 120 Holly Drive **Hazard, KY 41701** | East Main Street Pharmacy, LLC c/o Barry Martin, Registered Agent 101 Town and Country Lane, Suite 101 Hazard, KY 41701 |
| Dachea Wooten 555 Ridgeview Way Hazard, KY 41701 | Family Pharmacy of Jackson 265 Highway 15 South Ste. 2 Jackson, KY 41339 |

| | |
|---|---|
| Harlan Medical Center Pharmacy, Inc.<br><br>c/o Earnest J. Watts, Registered Agent<br><br>**2354 HWY 15<br>Whitesburg, KY 41858** | Ernest Watts<br>33 Blue Spruce Ridge<br><br>Hazard, KY 41701 |
| Brian Key<br>59 Watertower Lane<br><br>**Hardinsburg, KY 40143** | Hometown Pharmacy of Hazard, LLC<br><br>c/o Derek Lewis, Registered Agent<br><br>221 East Main Street<br>Hazard, KY 41701 |
| Hometown Pharmacy of Jackson, LLC<br><br>**95 Jackson Heights<br>Jackson, KY 41339** | Hometown Pharmacy, Inc.<br>c/o Derek Lewis, Registered Agent<br><br>130 Hwy 80<br>P.O. Box 1746<br>Hyden, KY 41749 |
| Joe Lewis<br>1302 N. Franklin Rd.<br><br>**Indianapolis, IN 46219** | Doug Morgan<br>105 Grapevine Place<br><br>Hazard, KY 41701 |
| Hometown Pharmacy of Manchester, LLC<br><br>c/o Robert Goforth, Registered Agent<br><br>**2163 East Highway 30<br>East Bernstadt, KY 40729** | Matthew Hutera<br>c/o Hometown Pharmacy of Manchester, LLC<br>2163 East Highway 30<br>East Bernstadt, KY 40729 |
| Jeffrey Holmes<br>1733 Harrodsburg Road | Wendell Short<br>137 River Oak Circle |

| | |
|---|---|
| **Lexington, KY 40504** | London, KY 40744 |
| **Howard Family Pharmacy, Inc.**<br>**c/o Wesley W. Howard, Registered Agent**<br>**1453 Prater Fork**<br>**Hueysville, KY 41640** | Wesley Howard<br><br>P.O. Box 1651<br><br>Harlan, KY 40831 |
| Johns Creek Drug Center, Inc.<br>c/o Donnie K. Starnes, Registered Agent<br><br>**181 Starnes Drive**<br>**Pikeville, KY 41501** | Donnie K. Starnes<br><br>181 Starnes Drive<br><br>Pikeville, KY 41501 |
| Jordan Drug, Inc.<br>FBT LLC Lexington<br>2700 Lexington Financial Center<br><br>Lexington, KY 40507-1742 | King Pharmacy, Inc.<br>c/o Leslie Scott, Registered Agent<br><br>900 Morton Blvd.<br>Hazard, KY 41701 |
| Leslie Scott King<br><br>239 Artie Way<br><br>**Hazard, KY 41701** | Knott Prescription Center, Inc.<br><br>c/o Todd Hall, Registered Agent<br><br>59 West HWY 80, Suite 1<br><br>Hindman, KY 41822 |
| Christopher Hall<br>c/o Knott Prescription Center, Inc.<br><br>59 West HWY 80, Ste. 1<br><br>**Hindman, KY 41822** | Charles Stuart Duff<br><br>538 Ridgeview Way<br><br>Hazard, KY 41701 |

7

| | |
|---|---|
| Lackey Pharmacy, Inc.<br>c/o Alora Warren, Registered Agent<br><br>**2400 Abbeywood Road**<br>**Lexington, KY 40515** | Verlon Banks<br>4236 Highway 15<br><br>Whitesburg, KY 41858 |
| Manchester Professional Pharmacy, Inc.<br><br>**c/o Steven Gregory Dawson, Registered Agent**<br>**Rt. 122, Box 700**<br><br>McDowell, KY 41647 | Steve Dawson<br>230 Frasure Creek<br><br>McDowell, KY 41647 |
| Mountain Clinic Pharmacy, LLC<br><br>c/o Brooks Webb, Registered Agent<br><br>**1904 North Main Street**<br>**Hazard, KY 41701** | Brooks Webb<br>3903 Wentworth Place<br><br>Lexington, KY 40515 |
| Parkview Pharmacy, Inc.<br><br>c/o Valerie Akers<br>8274 KY Route 122<br><br>**Minnie, KY 41651** | PEJ, Inc.<br>c/o Everett L. Dunaway, Registered Agent<br>265 Kentucky Highway 15 South, Suite 2<br>Jackson, KY 41339 |
| The Plaza Pharmacy, PLLC<br>c/o Theresa Merced, Registered Agent<br><br>**1389 HWY 15 N.**<br>**Box 606**<br>**Jackson, KY 41339** | Powers Pharmacy, Inc.<br>c/o David Powers, Registered Agent<br><br>73 #1 Hill<br>P.O. Box 66<br>Burdine, KY 41517 |
| Professional Pharmacy of Hazard, PLLC c/o Daniel Glen Thies, Registered Agent<br><br>233 Orchard Street<br>Hazard, KY 41701 | Daniel Thies<br>69 Phoenix Place Blvd. 96<br><br>Hazard, KY 41701 |

| | |
|---|---|
| **Specialty Care Center Pharmacy of E. Kentucky**<br>**c/o Lori M. Hayden**<br>**11910 Berry Hill Road**<br><br>Louisville, KY 40243 | Barry Martin<br>3845 Real Quiet Lane<br><br>Lexington, KY 40509 |
| Robert Burton<br>1814 Clear Creek Road<br><br>**Hazard, KY 41701** | Stallard's Pharmacy, Inc.<br>c/o James Craig Stallard, Registered Agent<br>972 HWY 317<br>Neon, KY 41840 |
| James Craig Stallard<br><br>1063 Dairy Hollow<br><br>**Jenkins, KY 41537** | Walters-Griffin Enterprise, Inc.<br><br>d/b/a Superior Drug<br>c/o Robert J. Walters, Sr.<br>P.O. Bo 2290<br><br>359 Hazard Rd.<br><br>Whitesburg, KY 41858 |
| William Reed Hall<br>74 Ohio Street<br><br>**Whitesburg, KY 41858** | Robert Walters, Sr.<br><br>58 Anderson St.<br><br>Jenkins, KY 41537 |
| **Thompson Discount Drug, Inc.**<br>**c/o F. Britton Thompson, Registered Agent**<br>**810 East 4th Street**<br>**London, KY 40741** | F. Britton Thompson<br><br>918 East 4th Street<br><br>London, KY 40741 |

| | |
|---|---|
| Value RX Bluegrass, LLC<br>c/o Todd Walters, Registered Agent<br><br>**21 Mink Lane**<br>**Pineville, KY 40977** | Value RX II, LLC<br>c/o Todd Walters, Registered Agent<br><br>21 Mink Lane<br>Pineville, KY 40977 |
| Todd Walters<br>21 Mink Lane<br><br>**Pineville, KY 40977** | Ryan McGrainer<br>c/o CVS Pharmacy<br>30 South Kentucky Highway<br><br>15 Hazard, KY 41701 |

/s/ Clayton O. Oswald
Clayton O. Oswald