## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION AT LONDON

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY  PLAINTIFF | ) ) ) ) |
| v. | ) CASE NO. 6:24-cv-00007-REW-HAI ) ) ) ) Removed from Perry Circuit Court ) Case Number 23-CI-00442 |
| JORDAN DRUG, INC., ET AL.  DEFENDANTS | ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes now Anthony R. Johnson of the law firm of Goldberg Simpson, LLC and gives the Court and all parties notice of his substitution as co-counsel for Defendant, Jordan Drug, Inc. in place of Jason W. Hall.  Charles H. Cassis, Anthony R. Johnson, and the law firm of Goldberg Simpson, LLC will remain as counsel for Jordan Drug, Inc.  The undersigned hereby requests that service copies of all correspondence, pleadings, motions, and other papers be sent to Charles H. Cassis and Anthony R. Johnson at the address below.

Respectfully submitted,

GOLDBERG SIMPSON, LLC

*/s/Anthony R. Johnson*
Charles H. Cassis
Anthony R. Johnson
Goldberg Simpson LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
ccassis@goldbergsimpson.com
ajohnson@goldbergsimpson.com
COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

 This is to certify that the Court's ECF System will send notice of the foregoing on this the 8th day of March 2024, to all counsel of record.

                ***/s/ Anthony R. Johnson***
                Anthony R. Johnson