UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**F I L E D**

APR 1 8 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 14-37 |
| v. | ) | |
| JAMES ALVIN CHANEY, LESA L. CHANEY, and ACE CLINIQUE OF MEDICINE, LLC, | ) | **VERDICT FORM** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 1, you must find beyond a reasonable doubt that:

1. On or about March 7, 2006, and continuing through on or about October 21, 2014, in Perry County, Kentucky, two or more persons conspired, or agreed, to commit the crime of knowingly and intentionally distributing and/or dispensing Schedule II or III controlled substances outside the usual course of professional practice and not for a legitimate medical purpose.

2. The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

GUILTY  X̲         NOT GUILTY ____

Based on these elements, how do you find the defendant Lesa L. Chaney?

GUILTY  X̲         NOT GUILTY ____

1

*EXHIBIT 1*

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

GUILTY X               NOT GUILTY _____

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In order to find any of the defendants guilty of Counts 2-13 and 32-39, you must find beyond a reasonable doubt that:

1.     The defendant, aided and abetted by others, distributed or dispensed a Schedule II controlled substance (Oxycodone);

2.     The defendant acted knowingly and intentionally; and

3.     The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 2: | GUILTY X | NOT GUILTY _____ |
| Count 3: | GUILTY X | NOT GUILTY _____ |
| Count 4: | GUILTY X | NOT GUILTY _____ |
| Count 5: | GUILTY X | NOT GUILTY _____ |
| Count 6: | GUILTY X | NOT GUILTY _____ |
| Count 7: | GUILTY X | NOT GUILTY _____ |
| Count 8: | GUILTY X | NOT GUILTY _____ |
| Count 9: | GUILTY X | NOT GUILTY _____ |
| Count 10: | GUILTY X | NOT GUILTY _____ |
| Count 11: | GUILTY X | NOT GUILTY _____ |
| Count 12: | GUILTY X | NOT GUILTY _____ |
| Count 13: | GUILTY X | NOT GUILTY _____ |
| Count 32: | GUILTY X | NOT GUILTY _____ |

2

| | | |
|---|---|---|
| Count 33: | GUILTY  X | NOT GUILTY _____ |
| Count 34: | GUILTY  X | NOT GUILTY _____ |
| Count 35: | GUILTY  X | NOT GUILTY _____ |
| Count 36: | GUILTY  X | NOT GUILTY _____ |
| Count 37: | GUILTY  X | NOT GUILTY _____ |
| Count 38: | GUILTY  X | NOT GUILTY _____ |
| Count 39: | GUILTY  X | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 2: | GUILTY  X | NOT GUILTY _____ |
| Count 3: | GUILTY  X | NOT GUILTY _____ |
| Count 4: | GUILTY  X | NOT GUILTY _____ |
| Count 5: | GUILTY  X | NOT GUILTY _____ |
| Count 6: | GUILTY  X | NOT GUILTY _____ |
| Count 7: | GUILTY  X | NOT GUILTY _____ |
| Count 8: | GUILTY  X | NOT GUILTY _____ |
| Count 9: | GUILTY  X | NOT GUILTY _____ |
| Count 10: | GUILTY  X | NOT GUILTY _____ |
| Count 11: | GUILTY  X | NOT GUILTY _____ |
| Count 12: | GUILTY  X | NOT GUILTY _____ |
| Count 13: | GUILTY  X | NOT GUILTY _____ |
| Count 32: | GUILTY  X | NOT GUILTY _____ |
| Count 33: | GUILTY  X | NOT GUILTY _____ |
| Count 34: | GUILTY  X | NOT GUILTY _____ |
| Count 35: | GUILTY  X | NOT GUILTY _____ |
| Count 36: | GUILTY  X | NOT GUILTY _____ |
| Count 37: | GUILTY  X | NOT GUILTY _____ |
| Count 38: | GUILTY  X | NOT GUILTY _____ |
| Count 39: | GUILTY  X | NOT GUILTY _____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Counts 14-31 and 40-62, you must find beyond a reasonable doubt that:

1.     The defendant, aided and abetted by others, distributed or dispensed a Schedule III controlled substance (Hydrocodone);

2.     The defendant acted knowingly and intentionally; and

3.     The defendant's actions were not for a legitimate medical purpose and in the usual course of professional medical practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Count 14:            GUILTY  X            NOT GUILTY _____
Count 15:            GUILTY  X            NOT GUILTY _____
Count 16:            GUILTY  X            NOT GUILTY _____
Count 17:            GUILTY  X            NOT GUILTY _____
Count 18:            GUILTY  X            NOT GUILTY _____
Count 19:            GUILTY  X            NOT GUILTY _____
Count 20:            GUILTY  X            NOT GUILTY _____
Count 21:            GUILTY  X            NOT GUILTY _____
Count 22:            GUILTY  X            NOT GUILTY _____
Count 23:            GUILTY  X            NOT GUILTY _____
Count 24:            GUILTY  X            NOT GUILTY _____
Count 25:            GUILTY  X            NOT GUILTY _____
Count 26:            GUILTY  X            NOT GUILTY _____
Count 27:            GUILTY  X            NOT GUILTY _____
Count 28:            GUILTY  X            NOT GUILTY _____
Count 29:            GUILTY  X            NOT GUILTY _____
Count 30:            GUILTY  X            NOT GUILTY _____

4

Count 31:            GUILTY  X            NOT GUILTY _____
Count 40:            GUILTY  X            NOT GUILTY _____
Count 41:            GUILTY  X            NOT GUILTY _____
Count 42:            GUILTY  X            NOT GUILTY _____
Count 43:            GUILTY  X            NOT GUILTY _____
Count 44:            GUILTY  X            NOT GUILTY _____
Count 45:            GUILTY  X            NOT GUILTY _____
Count 46:            GUILTY  X            NOT GUILTY _____
Count 47:            GUILTY  X            NOT GUILTY _____
Count 48:            GUILTY  X            NOT GUILTY _____
Count 49:            GUILTY  X            NOT GUILTY _____
Count 50:            GUILTY  X            NOT GUILTY _____
Count 51:            GUILTY  X            NOT GUILTY _____
Count 52:            GUILTY  X            NOT GUILTY _____
Count 53:            GUILTY  X            NOT GUILTY _____
Count 54:            GUILTY  X            NOT GUILTY _____
Count 55:            GUILTY  X            NOT GUILTY _____
Count 56:            GUILTY  X            NOT GUILTY _____
Count 57:            GUILTY  X            NOT GUILTY _____
Count 58:            GUILTY  X            NOT GUILTY _____
Count 59:            GUILTY  X            NOT GUILTY _____
Count 60:            GUILTY  X            NOT GUILTY _____
Count 61:            GUILTY  X            NOT GUILTY _____
Count 62:            GUILTY  X            NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 14:            GUILTY  X            NOT GUILTY _____
Count 15:            GUILTY  X            NOT GUILTY _____
Count 16:            GUILTY  X            NOT GUILTY _____
Count 17:            GUILTY  X            NOT GUILTY _____

Count 18:              GUILTY __X__          NOT GUILTY _____
Count 19:              GUILTY __X__          NOT GUILTY _____
Count 20:              GUILTY __X__          NOT GUILTY _____
Count 21:              GUILTY __X__          NOT GUILTY _____
Count 22:              GUILTY __X__          NOT GUILTY _____
Count 23:              GUILTY __X__          NOT GUILTY _____
Count 24:              GUILTY __X__          NOT GUILTY _____
Count 25:              GUILTY __X__          NOT GUILTY _____
Count 26:              GUILTY __X__          NOT GUILTY _____
Count 27:              GUILTY __X__          NOT GUILTY _____
Count 28:              GUILTY __X__          NOT GUILTY _____
Count 29:              GUILTY __X__          NOT GUILTY _____
Count 30:              GUILTY __X__          NOT GUILTY _____
Count 31:              GUILTY __X__          NOT GUILTY _____
Count 40:              GUILTY __X__          NOT GUILTY _____
Count 41:              GUILTY __X__          NOT GUILTY _____
Count 42:              GUILTY __X__          NOT GUILTY _____
Count 43:              GUILTY __X__          NOT GUILTY _____
Count 44:              GUILTY __X__          NOT GUILTY _____
Count 45:              GUILTY __X__          NOT GUILTY _____
Count 46:              GUILTY __X__          NOT GUILTY _____
Count 47:              GUILTY __X__          NOT GUILTY _____
Count 48:              GUILTY __X__          NOT GUILTY _____
Count 49:              GUILTY __X__          NOT GUILTY _____
Count 50:              GUILTY __X__          NOT GUILTY _____
Count 51:              GUILTY __X__          NOT GUILTY _____
Count 52:              GUILTY __X__          NOT GUILTY _____
Count 53:              GUILTY __X__          NOT GUILTY _____
Count 54:              GUILTY __X__          NOT GUILTY _____
Count 55:              GUILTY __X__          NOT GUILTY _____
Count 56:              GUILTY __X__          NOT GUILTY _____

| | | |
|---|---|---|
| Count 57: | GUILTY __X__ | NOT GUILTY _____ |
| Count 58: | GUILTY __X__ | NOT GUILTY _____ |
| Count 59: | GUILTY __X__ | NOT GUILTY _____ |
| Count 60: | GUILTY __X__ | NOT GUILTY _____ |
| Count 61: | GUILTY __X__ | NOT GUILTY _____ |
| Count 62: | GUILTY __X__ | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Counts 63 and 64, you must find beyond a reasonable doubt that:

1. During the time period specified in each Count, the defendant(s) knowingly maintained a place, Ace Clinique of Medicine, LLC;

2. The defendant did so for the purpose of distributing or dispensing a controlled substance; and

3. The distribution or dispensation of the controlled substance was not for a legitimate medical purpose and in the usual course of professional practice.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 63: | GUILTY __X__ | NOT GUILTY _____ |
| Count 64: | GUILTY __X__ | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 63: | GUILTY __X__ | NOT GUILTY _____ |
| Count 64: | GUILTY __X__ | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 63:   GUILTY ___X___   NOT GUILTY _____
Count 64:   GUILTY ___X___   NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Count 65, you must find beyond a reasonable doubt that:

1.   Beginning on or about June 2006, and continuing through on or about August 22, 2014, two or more persons conspired, or agreed, to commit money laundering in violation of at least one of the two federal statutes described in the Indictment, 18 U.S.C. § 1956(a)(1)(A) or 1956(a)(1)(B); and

2.   The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 65:   GUILTY _X___   NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 65:   GUILTY _X___   NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 65:   GUILTY _X___   NOT GUILTY _____

8

*** *** *** ***

In order to find the defendant guilty of Count 66 and 67, you must find beyond a reasonable doubt that:

1.  Dr. Chaney, aided and abetted by others, acquired or obtained possession of a controlled substance;

2.  Dr. Chaney did so by misrepresentation, fraud, deception, or subterfuge; and

3.  Dr. Chaney did so knowingly and intentionally.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 66: | GUILTY X | NOT GUILTY _____ |
| Count 67: | GUILTY X | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 68, you must find beyond a reasonable doubt that:

1.  Two or more persons conspired, or agreed, to commit the crime of health care fraud.

2.  The defendant knowingly and voluntarily joined this conspiracy.

Based on these elements, how do you find the defendant Dr. James A. Chaney?

Count 68:                 GUILTY X                 NOT GUILTY _____

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 68:                 GUILTY X                 NOT GUILTY _____

9

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC?

Count 68:                   GUILTY  X̲              NOT GUILTY _____

*** *** *** ***

In order to find any of the defendants guilty of Counts 70-111 (MRI scheme), 112-122 (urine drug scheme – unnecessary tests), 123-147 (urine drug scheme – altered test results), 148-195 (hospital billings), 197 (fraudulent billings), and 234 (nerve conduction studies), you must find beyond a reasonable doubt that:

1. The defendant and others knowingly and willfully executed a scheme to defraud a health-care benefit program affecting interstate commerce, that is Medicare and Medicaid, or to obtain money owned by, or under the custody or control of, a health-care benefit program, by means of false or fraudulent pretenses, representations, or promises;

2. The false or fraudulent pretenses, representations, or promises related to a material fact; and

3. The defendant had the intent to defraud.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

Counts 70-111 (MRI scheme)

| | | |
|---|---|---|
| Count 70: | GUILTY _____ | NOT GUILTY X̲ |
| Count 71: | GUILTY _____ | NOT GUILTY X̲ |
| Count 72: | GUILTY _____ | NOT GUILTY X̲ |
| Count 73: | GUILTY _____ | NOT GUILTY X̲ |
| Count 74: | GUILTY _____ | NOT GUILTY X̲ |
| Count 75: | GUILTY _____ | NOT GUILTY X̲ |

| Count 76: | GUILTY _____ | NOT GUILTY X |
| Count 77: | GUILTY _____ | NOT GUILTY X |
| Count 78: | GUILTY _____ | NOT GUILTY X |
| Count 79: | GUILTY _____ | NOT GUILTY X |
| Count 80: | GUILTY _____ | NOT GUILTY X |
| Count 81: | GUILTY _____ | NOT GUILTY X |
| Count 82: | GUILTY _____ | NOT GUILTY X |
| Count 83: | GUILTY _____ | NOT GUILTY X |
| Count 85: | GUILTY _____ | NOT GUILTY X |
| Count 86: | GUILTY _____ | NOT GUILTY X |
| Count 87: | GUILTY _____ | NOT GUILTY X |
| Count 88: | GUILTY _____ | NOT GUILTY X |
| Count 89: | GUILTY _____ | NOT GUILTY X |
| Count 90: | GUILTY _____ | NOT GUILTY X |
| Count 91: | GUILTY _____ | NOT GUILTY X |
| Count 92: | GUILTY _____ | NOT GUILTY X |
| Count 93: | GUILTY _____ | NOT GUILTY X |
| Count 94: | GUILTY _____ | NOT GUILTY X |
| Count 95: | GUILTY _____ | NOT GUILTY X |
| Count 96: | GUILTY _____ | NOT GUILTY X |
| Count 97: | GUILTY _____ | NOT GUILTY X |
| Count 98: | GUILTY _____ | NOT GUILTY X |
| Count 99: | GUILTY _____ | NOT GUILTY X |
| Count 100: | GUILTY _____ | NOT GUILTY X |
| Count 102: | GUILTY _____ | NOT GUILTY X |
| Count 103: | GUILTY _____ | NOT GUILTY X |
| Count 104: | GUILTY _____ | NOT GUILTY X |
| Count 105: | GUILTY _____ | NOT GUILTY X |
| Count 106: | GUILTY _____ | NOT GUILTY X |
| Count 107: | GUILTY _____ | NOT GUILTY X |
| Count 108: | GUILTY _____ | NOT GUILTY X |

Count 109:          GUILTY _____          NOT GUILTY __X__

Count 110:          GUILTY _____          NOT GUILTY __X__

Count 111:          GUILTY _____          NOT GUILTY __X__


Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:          GUILTY __X__          NOT GUILTY _____

Count 113:          GUILTY __X__          NOT GUILTY _____

Count 114:          GUILTY __X__          NOT GUILTY _____

Count 115:          GUILTY __X__          NOT GUILTY _____

Count 116:          GUILTY __X__          NOT GUILTY _____

Count 117:          GUILTY __X__          NOT GUILTY _____

Count 118:          GUILTY __X__          NOT GUILTY _____

Count 119:          GUILTY __X__          NOT GUILTY _____

Count 120:          GUILTY __X__          NOT GUILTY _____

Count 121:          GUILTY __X__          NOT GUILTY _____

Count 122:          GUILTY __X__          NOT GUILTY _____


Counts 123-147 (urine drugs scheme – altered test results)

Count 123:          GUILTY __X__          NOT GUILTY _____

Count 124:          GUILTY __X__          NOT GUILTY _____

Count 125:          GUILTY __X__          NOT GUILTY _____

Count 126:          GUILTY __X__          NOT GUILTY _____

Count 127:          GUILTY __X__          NOT GUILTY _____

Count 128:          GUILTY __X__          NOT GUILTY _____

Count 129:          GUILTY __X__          NOT GUILTY _____

Count 130:          GUILTY __X__          NOT GUILTY _____

Count 131:          GUILTY __X__          NOT GUILTY _____

Count 132:          GUILTY __X__          NOT GUILTY _____

Count 133:          GUILTY __X__          NOT GUILTY _____

Count 134:                 GUILTY  X           NOT GUILTY _____

Count 135:                 GUILTY  X           NOT GUILTY _____

Count 136:                 GUILTY  X           NOT GUILTY _____

Count 137:                 GUILTY  X           NOT GUILTY _____

Count 138:                 GUILTY  X           NOT GUILTY _____

Count 139:                 GUILTY  X           NOT GUILTY _____

Count 140:                 GUILTY  X           NOT GUILTY _____

Count 141:                 GUILTY  X           NOT GUILTY _____

Count 142:                 GUILTY  X           NOT GUILTY _____

Count 143:                 GUILTY  X           NOT GUILTY _____

Count 144:                 GUILTY  X           NOT GUILTY _____

Count 145:                 GUILTY  X           NOT GUILTY _____

Count 146:                 GUILTY  X           NOT GUILTY _____

Count 147:                 GUILTY  X           NOT GUILTY _____


Counts 148-195 (hospital billings)


Count 148:                 GUILTY _____        NOT GUILTY  X

Count 149:                 GUILTY _____        NOT GUILTY  X

Count 150:                 GUILTY  X           NOT GUILTY _____

Count 151:                 GUILTY  X           NOT GUILTY _____

Count 152:                 GUILTY  X           NOT GUILTY _____

Count 153:                 GUILTY  X           NOT GUILTY _____

Count 154:                 GUILTY  X           NOT GUILTY _____

Count 155:                 GUILTY  X           NOT GUILTY _____

Count 156:                 GUILTY  X           NOT GUILTY _____

Count 157:                 GUILTY  X           NOT GUILTY _____

Count 158:                 GUILTY  X           NOT GUILTY _____

Count 159:                 GUILTY  X           NOT GUILTY _____

Count 160:                 GUILTY  X           NOT GUILTY _____

Count 161:                 GUILTY  X           NOT GUILTY _____

| Count 162: | GUILTY __X__ | NOT GUILTY ____ |
|---|---|---|
| Count 163: | GUILTY __X__ | NOT GUILTY ____ |
| Count 164: | GUILTY ____ | NOT GUILTY __X__ |
| Count 165: | GUILTY __X__ | NOT GUILTY ____ |
| Count 166: | GUILTY __X__ | NOT GUILTY ____ |
| Count 167: | GUILTY __X__ | NOT GUILTY ____ |
| Count 168: | GUILTY __X__ | NOT GUILTY ____ |
| Count 169: | GUILTY ____ | NOT GUILTY __X__ |
| Count 170: | GUILTY ____ | NOT GUILTY __X__ |
| Count 171: | GUILTY __X__ | NOT GUILTY ____ |
| Count 172: | GUILTY __X__ | NOT GUILTY ____ |
| Count 173: | GUILTY ____ | NOT GUILTY __X__ |
| Count 174: | GUILTY ____ | NOT GUILTY __X__ |
| Count 175: | GUILTY __X__ | NOT GUILTY ____ |
| Count 176: | GUILTY ____ | NOT GUILTY __X__ |
| Count 177: | GUILTY __X__ | NOT GUILTY ____ |
| Count 178: | GUILTY ____ | NOT GUILTY __X__ |
| Count 179: | GUILTY ____ | NOT GUILTY __X__ |
| Count 180: | GUILTY __X__ | NOT GUILTY ____ |
| Count 181: | GUILTY ____ | NOT GUILTY __X__ |
| Count 182: | GUILTY __X__ | NOT GUILTY ____ |
| Count 183: | GUILTY ____ | NOT GUILTY __X__ |
| Count 184: | GUILTY ____ | NOT GUILTY __X__ |
| Count 185: | GUILTY ____ | NOT GUILTY __X__ |
| Count 186: | GUILTY __X__ | NOT GUILTY ____ |
| Count 187: | GUILTY ____ | NOT GUILTY __X__ |
| Count 188: | GUILTY __X__ | NOT GUILTY ____ |
| Count 189: | GUILTY ____ | NOT GUILTY __X__ |
| Count 190: | GUILTY ____ | NOT GUILTY __X__ |
| Count 191: | GUILTY __X__ | NOT GUILTY ____ |
| Count 192: | GUILTY __X__ | NOT GUILTY ____ |

Count 193:                    GUILTY _____            NOT GUILTY _X_
Count 194:                    GUILTY _____            NOT GUILTY _X_
Count 195:                    GUILTY _____            NOT GUILTY _X_


Count 197 (fraudulent billings)

Count 197:                    GUILTY _X_              NOT GUILTY _____


Count 234 (nerve conduction tests)

Count 234:                    GUILTY _X_              NOT GUILTY _____


Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Counts 70-111 (MRI scheme)

Count 70:                     GUILTY _____            NOT GUILTY _X_
Count 71:                     GUILTY _____            NOT GUILTY _X_
Count 72:                     GUILTY _____            NOT GUILTY _X_
Count 73:                     GUILTY _____            NOT GUILTY _X_
Count 74:                     GUILTY _____            NOT GUILTY _X_
Count 75:                     GUILTY _____            NOT GUILTY _X_
Count 76:                     GUILTY _____            NOT GUILTY _X_
Count 77:                     GUILTY _____            NOT GUILTY _X_
Count 78:                     GUILTY _____            NOT GUILTY _X_
Count 79:                     GUILTY _____            NOT GUILTY _X_
Count 80:                     GUILTY _____            NOT GUILTY _X_
Count 81:                     GUILTY _____            NOT GUILTY _X_
Count 82:                     GUILTY _____            NOT GUILTY _X_
Count 83:                     GUILTY _____            NOT GUILTY _X_
Count 85:                     GUILTY _____            NOT GUILTY _X_

Count 86:                          GUILTY _____                    NOT GUILTY __X__

Count 87:                          GUILTY _____                    NOT GUILTY __X__

Count 88:                          GUILTY _____                    NOT GUILTY __X__

Count 89:                          GUILTY _____                    NOT GUILTY __X__

Count 90:                          GUILTY _____                    NOT GUILTY __X__

Count 91:                          GUILTY _____                    NOT GUILTY __X__

Count 92:                          GUILTY _____                    NOT GUILTY __X__

Count 93:                          GUILTY _____                    NOT GUILTY __X__

Count 94:                          GUILTY _____                    NOT GUILTY __X__

Count 95:                          GUILTY _____                    NOT GUILTY __X__

Count 96:                          GUILTY _____                    NOT GUILTY __X__

Count 97:                          GUILTY _____                    NOT GUILTY __X__

Count 98:                          GUILTY _____                    NOT GUILTY __X__

Count 99:                          GUILTY _____                    NOT GUILTY __X__

Count 100:                         GUILTY _____                    NOT GUILTY __X__

Count 102:                         GUILTY _____                    NOT GUILTY __X__

Count 103:                         GUILTY _____                    NOT GUILTY __X__

Count 104:                         GUILTY _____                    NOT GUILTY __X__

Count 105:                         GUILTY _____                    NOT GUILTY __X__

Count 106:                         GUILTY _____                    NOT GUILTY __X__

Count 107:                         GUILTY _____                    NOT GUILTY __X__

Count 108:                         GUILTY _____                    NOT GUILTY __X__

Count 109:                         GUILTY _____                    NOT GUILTY __X__

Count 110:                         GUILTY _____                    NOT GUILTY __X__

Count 111:                         GUILTY _____                    NOT GUILTY __X__


Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:                         GUILTY __X__                    NOT GUILTY _____

Count 113:                         GUILTY __X__                    NOT GUILTY _____

Count 114:                         GUILTY __X__                    NOT GUILTY _____

| Count 115: | GUILTY  X | NOT GUILTY ____ |
|---|---|---|
| Count 116: | GUILTY  X | NOT GUILTY ____ |
| Count 117: | GUILTY  X | NOT GUILTY ____ |
| Count 118: | GUILTY  X | NOT GUILTY ____ |
| Count 119: | GUILTY  X | NOT GUILTY ____ |
| Count 120: | GUILTY  X | NOT GUILTY ____ |
| Count 121: | GUILTY  X | NOT GUILTY ____ |
| Count 122: | GUILTY  X | NOT GUILTY ____ |

Counts 148-195 (hospital billings)

| Count 148: | GUILTY ____ | NOT GUILTY  X |
|---|---|---|
| Count 149: | GUILTY ____ | NOT GUILTY  X |
| Count 150: | GUILTY ____ | NOT GUILTY  X |
| Count 151: | GUILTY ____ | NOT GUILTY  X |
| Count 152: | GUILTY ____ | NOT GUILTY  X |
| Count 153: | GUILTY ____ | NOT GUILTY  X |
| Count 154: | GUILTY ____ | NOT GUILTY  X |
| Count 155: | GUILTY ____ | NOT GUILTY  X |
| Count 156: | GUILTY ____ | NOT GUILTY  X |
| Count 157: | GUILTY ____ | NOT GUILTY  X |
| Count 158: | GUILTY ____ | NOT GUILTY  X |
| Count 159: | GUILTY ____ | NOT GUILTY  X |
| Count 160: | GUILTY ____ | NOT GUILTY  X |
| Count 161: | GUILTY ____ | NOT GUILTY  X |
| Count 162: | GUILTY ____ | NOT GUILTY  X |
| Count 163: | GUILTY ____ | NOT GUILTY  X |
| Count 164: | GUILTY ____ | NOT GUILTY  X |
| Count 165: | GUILTY ____ | NOT GUILTY  X |
| Count 166: | GUILTY ____ | NOT GUILTY  X |
| Count 167: | GUILTY ____ | NOT GUILTY  X |

| Count 168: | GUILTY _____ | NOT GUILTY X |
| Count 169: | GUILTY _____ | NOT GUILTY X |
| Count 170: | GUILTY _____ | NOT GUILTY X |
| Count 171: | GUILTY _____ | NOT GUILTY X |
| Count 172: | GUILTY _____ | NOT GUILTY X |
| Count 173: | GUILTY _____ | NOT GUILTY X |
| Count 174: | GUILTY _____ | NOT GUILTY X |
| Count 175: | GUILTY _____ | NOT GUILTY X |
| Count 176: | GUILTY _____ | NOT GUILTY X |
| Count 177: | GUILTY _____ | NOT GUILTY X |
| Count 178: | GUILTY _____ | NOT GUILTY X |
| Count 179: | GUILTY _____ | NOT GUILTY X |
| Count 180: | GUILTY _____ | NOT GUILTY X |
| Count 181: | GUILTY _____ | NOT GUILTY X |
| Count 182: | GUILTY _____ | NOT GUILTY X |
| Count 183: | GUILTY _____ | NOT GUILTY X |
| Count 184: | GUILTY _____ | NOT GUILTY X |
| Count 185: | GUILTY _____ | NOT GUILTY X |
| Count 186: | GUILTY _____ | NOT GUILTY X |
| Count 187: | GUILTY _____ | NOT GUILTY X |
| Count 188: | GUILTY _____ | NOT GUILTY X |
| Count 189: | GUILTY _____ | NOT GUILTY X |
| Count 190: | GUILTY _____ | NOT GUILTY X |
| Count 191: | GUILTY _____ | NOT GUILTY X |
| Count 192: | GUILTY _____ | NOT GUILTY X |
| Count 193: | GUILTY _____ | NOT GUILTY X |
| Count 194: | GUILTY _____ | NOT GUILTY X |
| Count 195: | GUILTY _____ | NOT GUILTY X |

Count 197 (fraudulent billings)

Count 197:                  GUILTY ☒              NOT GUILTY _____

Count 234 (nerve conduction tests)

Count 234:                  GUILTY ☒              NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Counts 70-111 (MRI scheme)

Count 70:          GUILTY _____        NOT GUILTY ☒
Count 71:          GUILTY _____        NOT GUILTY ☒
Count 72:          GUILTY _____        NOT GUILTY ☒
Count 73:          GUILTY _____        NOT GUILTY ☒
Count 74:          GUILTY _____        NOT GUILTY ☒
Count 75:          GUILTY _____        NOT GUILTY ☒
Count 76:          GUILTY _____        NOT GUILTY ☒
Count 77:          GUILTY _____        NOT GUILTY ☒
Count 78:          GUILTY _____        NOT GUILTY ☒
Count 79:          GUILTY _____        NOT GUILTY ☒
Count 80:          GUILTY _____        NOT GUILTY ☒
Count 81:          GUILTY _____        NOT GUILTY ☒
Count 82:          GUILTY _____        NOT GUILTY ☒
Count 83:          GUILTY _____        NOT GUILTY ☒
Count 85:          GUILTY _____        NOT GUILTY ☒
Count 86:          GUILTY _____        NOT GUILTY ☒
Count 87:          GUILTY _____        NOT GUILTY ☒
Count 88:          GUILTY _____        NOT GUILTY ☒

Count 89:                    GUILTY _____                    NOT GUILTY __X__

Count 90:                    GUILTY _____                    NOT GUILTY __X__

Count 91:                    GUILTY _____                    NOT GUILTY __X__

Count 92:                    GUILTY _____                    NOT GUILTY __X__

Count 93:                    GUILTY _____                    NOT GUILTY __X__

Count 94:                    GUILTY _____                    NOT GUILTY __X__

Count 95:                    GUILTY _____                    NOT GUILTY __X__

Count 96:                    GUILTY _____                    NOT GUILTY __X__

Count 97:                    GUILTY _____                    NOT GUILTY __X__

Count 98:                    GUILTY _____                    NOT GUILTY __X__

Count 99:                    GUILTY _____                    NOT GUILTY __X__

Count 100:                   GUILTY _____                    NOT GUILTY __X__

Count 102:                   GUILTY _____                    NOT GUILTY __X__

Count 103:                   GUILTY _____                    NOT GUILTY __X__

Count 104:                   GUILTY _____                    NOT GUILTY __X__

Count 105:                   GUILTY _____                    NOT GUILTY __X__

Count 106:                   GUILTY _____                    NOT GUILTY __X__

Count 107:                   GUILTY _____                    NOT GUILTY __X__

Count 108:                   GUILTY _____                    NOT GUILTY __X__

Count 109:                   GUILTY _____                    NOT GUILTY __X__

Count 110:                   GUILTY _____                    NOT GUILTY __X__

Count 111:                   GUILTY _____                    NOT GUILTY __X__

Counts 112-122 (urine drug scheme – unnecessary tests)

Count 112:                   GUILTY __X__                    NOT GUILTY _____

Count 113:                   GUILTY __X__                    NOT GUILTY _____

Count 114:                   GUILTY __X__                    NOT GUILTY _____

Count 115:                   GUILTY __X__                    NOT GUILTY _____

Count 116:                   GUILTY __X__                    NOT GUILTY _____

Count 117:                   GUILTY __X__                    NOT GUILTY _____

Count 118:            GUILTY  X            NOT GUILTY _____
Count 119:            GUILTY  X            NOT GUILTY _____
Count 120:            GUILTY  X            NOT GUILTY _____
Count 121:            GUILTY  X            NOT GUILTY _____
Count 122:            GUILTY  X            NOT GUILTY _____

Counts 123-147 (urine drugs scheme – altered test results)

Count 123:            GUILTY  X            NOT GUILTY _____
Count 124:            GUILTY  X            NOT GUILTY _____
Count 125:            GUILTY  X            NOT GUILTY _____
Count 126:            GUILTY  X            NOT GUILTY _____
Count 127:            GUILTY  X            NOT GUILTY _____
Count 128:            GUILTY  X            NOT GUILTY _____
Count 129:            GUILTY  X            NOT GUILTY _____
Count 130:            GUILTY  X            NOT GUILTY _____
Count 131:            GUILTY  X            NOT GUILTY _____
Count 132:            GUILTY  X            NOT GUILTY _____
Count 133:            GUILTY  X            NOT GUILTY _____
Count 134:            GUILTY  X            NOT GUILTY _____
Count 135:            GUILTY  X            NOT GUILTY _____
Count 136:            GUILTY  X            NOT GUILTY _____
Count 137:            GUILTY  X            NOT GUILTY _____
Count 138:            GUILTY  X            NOT GUILTY _____
Count 139:            GUILTY  X            NOT GUILTY _____
Count 140:            GUILTY  X            NOT GUILTY _____
Count 141:            GUILTY  X            NOT GUILTY _____
Count 142:            GUILTY  X            NOT GUILTY _____
Count 143:            GUILTY  X            NOT GUILTY _____
Count 144:            GUILTY  X            NOT GUILTY _____
Count 145:            GUILTY  X            NOT GUILTY _____

Count 146:                          GUILTY  X          NOT GUILTY ____
Count 147:                          GUILTY  X          NOT GUILTY ____

Counts 148-195 (hospital billings) *Against*

Count 148:                          GUILTY ____        NOT GUILTY  X
Count 149:                          GUILTY ____        NOT GUILTY  X
Count 150:                          GUILTY  X          NOT GUILTY ____
Count 151:                          GUILTY  X          NOT GUILTY ____
Count 152:                          GUILTY  X          NOT GUILTY ____
Count 153:                          GUILTY  X          NOT GUILTY ____
Count 154:                          GUILTY  X          NOT GUILTY ____
Count 155:                          GUILTY  X          NOT GUILTY ____
Count 156:                          GUILTY  X          NOT GUILTY ____
Count 157:                          GUILTY  X          NOT GUILTY ____
Count 158:                          GUILTY  X          NOT GUILTY ____
Count 159:                          GUILTY  X          NOT GUILTY ____
Count 160:                          GUILTY  X          NOT GUILTY ____
Count 161:                          GUILTY  X          NOT GUILTY ____
Count 162:                          GUILTY  X          NOT GUILTY ____
Count 163:                          GUILTY  X          NOT GUILTY ____
Count 164:                          GUILTY ____        NOT GUILTY  X
Count 165:                          GUILTY  X          NOT GUILTY ____
Count 166:                          GUILTY  X          NOT GUILTY ____
Count 167:                          GUILTY  X          NOT GUILTY ____
Count 168:                          GUILTY  X          NOT GUILTY ____
Count 169:                          GUILTY ____        NOT GUILTY  X
Count 170:                          GUILTY ____        NOT GUILTY  X
Count 171:                          GUILTY  X          NOT GUILTY ____
Count 172:                          GUILTY  X          NOT GUILTY ____
Count 173:                          GUILTY ____        NOT GUILTY  X

| Count 174: | GUILTY _____ | NOT GUILTY _X_ |
| Count 175: | GUILTY _X_ | NOT GUILTY _____ |
| Count 176: | GUILTY _____ | NOT GUILTY _X_ |
| Count 177: | GUILTY _X_ | NOT GUILTY _____ |
| Count 178: | GUILTY _____ | NOT GUILTY _X_ |
| Count 179: | GUILTY _____ | NOT GUILTY _X_ |
| Count 180: | GUILTY _X_ | NOT GUILTY _____ |
| Count 181: | GUILTY _____ | NOT GUILTY _X_ |
| Count 182: | GUILTY _X_ | NOT GUILTY _____ |
| Count 183: | GUILTY _____ | NOT GUILTY _X_ |
| Count 184: | GUILTY _____ | NOT GUILTY _X_ |
| Count 185: | GUILTY _____ | NOT GUILTY _X_ |
| Count 186: | GUILTY _X_ | NOT GUILTY _____ |
| Count 187: | GUILTY _____ | NOT GUILTY _X_ |
| Count 188: | GUILTY _X_ | NOT GUILTY _____ |
| Count 189: | GUILTY _____ | NOT GUILTY _X_ |
| Count 190: | GUILTY _____ | NOT GUILTY _X_ |
| Count 191: | GUILTY _X_ | NOT GUILTY _____ |
| Count 192: | GUILTY _X_ | NOT GUILTY _____ |
| Count 193: | GUILTY _____ | NOT GUILTY _X_ |
| Count 194: | GUILTY _____ | NOT GUILTY _X_ |
| Count 195: | GUILTY _____ | NOT GUILTY _X_ |

Count 197 (fraudulent billings)

| Count 197: | GUILTY _X_ | NOT GUILTY _____ |

Count 234 (nerve conduction tests)

| Count 234: | GUILTY _X_ | NOT GUILTY _____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 198-220, you must find beyond a reasonable doubt that:

1.   The defendant, aided and abetted by others, falsified, concealed, or covered up by any trick, scheme, or device a material fact;

2.   In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3.   The defendant did so knowingly and willfully.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 198: | GUILTY _X_ | NOT GUILTY ____ |
| Count 199: | GUILTY _X_ | NOT GUILTY ____ |
| Count 200: | GUILTY _X_ | NOT GUILTY ____ |
| Count 201: | GUILTY _X_ | NOT GUILTY ____ |
| Count 202: | GUILTY _X_ | NOT GUILTY ____ |
| Count 203: | GUILTY _X_ | NOT GUILTY ____ |
| Count 204: | GUILTY _X_ | NOT GUILTY ____ |
| Count 206: | GUILTY _X_ | NOT GUILTY ____ |
| Count 207: | GUILTY _X_ | NOT GUILTY ____ |
| Count 208: | GUILTY _X_ | NOT GUILTY ____ |
| Count 209: | GUILTY _X_ | NOT GUILTY ____ |
| Count 210: | GUILTY _X_ | NOT GUILTY ____ |
| Count 211: | GUILTY _X_ | NOT GUILTY ____ |
| Count 212: | GUILTY _X_ | NOT GUILTY ____ |
| Count 213: | GUILTY _X_ | NOT GUILTY ____ |
| Count 214: | GUILTY _X_ | NOT GUILTY ____ |
| Count 215: | GUILTY _X_ | NOT GUILTY ____ |

Count 217:          GUILTY  X        NOT GUILTY _____
Count 218:          GUILTY  X        NOT GUILTY _____
Count 220:          GUILTY  X        NOT GUILTY _____


Based on these elements, how do you find the defendant Lesa L. Chaney as to:

Count 198:          GUILTY  X        NOT GUILTY _____
Count 199:          GUILTY  X        NOT GUILTY _____
Count 200:          GUILTY  X        NOT GUILTY _____
Count 201:          GUILTY  X        NOT GUILTY _____
Count 202:          GUILTY  X        NOT GUILTY _____
Count 203:          GUILTY  X        NOT GUILTY _____
Count 204:          GUILTY  X        NOT GUILTY _____
Count 206:          GUILTY  X        NOT GUILTY _____
Count 207:          GUILTY  X        NOT GUILTY _____
Count 208:          GUILTY  X        NOT GUILTY _____
Count 209:          GUILTY  X        NOT GUILTY _____
Count 210:          GUILTY  X        NOT GUILTY _____
Count 211:          GUILTY  X        NOT GUILTY _____
Count 212:          GUILTY  X        NOT GUILTY _____
Count 213:          GUILTY  X        NOT GUILTY _____
Count 214:          GUILTY  X        NOT GUILTY _____
Count 215:          GUILTY  X        NOT GUILTY _____
Count 217:          GUILTY  X        NOT GUILTY _____
Count 218:          GUILTY  X        NOT GUILTY _____
Count 220:          GUILTY  X        NOT GUILTY _____


Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 198:          GUILTY  X        NOT GUILTY _____
Count 199:          GUILTY  X        NOT GUILTY _____

| Count 200: | GUILTY X | NOT GUILTY _____ |
| Count 201: | GUILTY X | NOT GUILTY _____ |
| Count 202: | GUILTY X | NOT GUILTY _____ |
| Count 203: | GUILTY X | NOT GUILTY _____ |
| Count 204: | GUILTY X | NOT GUILTY _____ |
| Count 206: | GUILTY X | NOT GUILTY _____ |
| Count 207: | GUILTY X | NOT GUILTY _____ |
| Count 208: | GUILTY X | NOT GUILTY _____ |
| Count 209: | GUILTY X | NOT GUILTY _____ |
| Count 210: | GUILTY X | NOT GUILTY _____ |
| Count 211: | GUILTY X | NOT GUILTY _____ |
| Count 212: | GUILTY X | NOT GUILTY _____ |
| Count 213: | GUILTY X | NOT GUILTY _____ |
| Count 214: | GUILTY X | NOT GUILTY _____ |
| Count 215: | GUILTY X | NOT GUILTY _____ |
| Count 217: | GUILTY X | NOT GUILTY _____ |
| Count 218: | GUILTY X | NOT GUILTY _____ |
| Count 220: | GUILTY X | NOT GUILTY _____ |

*** *** *** ***

In order to find any of the defendants guilty of Count 221-233, you must find beyond a reasonable doubt that:

1. The defendant made any materially false, fictitious, or fraudulent statements or representations, or made or used any materially false writing or document knowing it contained any materially false, fictitious, or fraudulent statement or entry;

2. In connection with the delivery of or payment for health care benefits, items, or services involving a health care benefit program; and

3. The defendant did so knowingly and willfully.

26

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| Count | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| Count | | |
|---|---|---|
| Count 221: | GUILTY _____ | NOT GUILTY _X_ |
| Count 222: | GUILTY _____ | NOT GUILTY _X_ |
| Count 223: | GUILTY _____ | NOT GUILTY _X_ |
| Count 224: | GUILTY _____ | NOT GUILTY _X_ |
| Count 225: | GUILTY _____ | NOT GUILTY _X_ |
| Count 226: | GUILTY _____ | NOT GUILTY _X_ |
| Count 227: | GUILTY _____ | NOT GUILTY _X_ |
| Count 228: | GUILTY _____ | NOT GUILTY _X_ |
| Count 229: | GUILTY _____ | NOT GUILTY _X_ |
| Count 230: | GUILTY _____ | NOT GUILTY _X_ |
| Count 231: | GUILTY _____ | NOT GUILTY _X_ |
| Count 232: | GUILTY _____ | NOT GUILTY _X_ |
| Count 233: | GUILTY _____ | NOT GUILTY _X_ |

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

| | | |
|---|---|---|
| Count 221: | GUILTY **X** | NOT GUILTY _____ |
| Count 222: | GUILTY **X** | NOT GUILTY _____ |
| Count 223: | GUILTY **X** | NOT GUILTY _____ |
| Count 224: | GUILTY **X** | NOT GUILTY _____ |
| Count 225: | GUILTY **X** | NOT GUILTY _____ |
| Count 226: | GUILTY **X** | NOT GUILTY _____ |
| Count 227: | GUILTY **X** | NOT GUILTY _____ |
| Count 228: | GUILTY **X** | NOT GUILTY _____ |
| Count 229: | GUILTY **X** | NOT GUILTY _____ |
| Count 230: | GUILTY **X** | NOT GUILTY _____ |
| Count 231: | GUILTY **X** | NOT GUILTY _____ |
| Count 232: | GUILTY **X** | NOT GUILTY _____ |
| Count 233: | GUILTY **X** | NOT GUILTY _____ |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In order to find any of the defendants guilty of Count 235-255, you must find beyond a reasonable doubt that:

1.   The defendant knowingly engaged in a monetary transaction.

2.   The monetary transaction was in property derived from specified unlawful activity.

3.   The property had a value greater than $10,000.

4.   The defendant knew that the transaction was in criminally derived property.

5.   The monetary transaction took place within the United States.

Based on these elements, how do you find the defendant Dr. James A. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY  X | NOT GUILTY _____ |
| Count 236: | GUILTY  X | NOT GUILTY _____ |
| Count 237: | GUILTY  X | NOT GUILTY _____ |
| Count 238: | GUILTY  X | NOT GUILTY _____ |
| Count 239: | GUILTY  X | NOT GUILTY _____ |
| Count 240: | GUILTY  X | NOT GUILTY _____ |
| Count 241: | GUILTY  X | NOT GUILTY _____ |
| Count 242: | GUILTY  X | NOT GUILTY _____ |
| Count 243: | GUILTY  X | NOT GUILTY _____ |
| Count 244: | GUILTY  X | NOT GUILTY _____ |
| Count 245: | GUILTY  X | NOT GUILTY _____ |
| Count 246: | GUILTY  X | NOT GUILTY _____ |
| Count 247: | GUILTY  X | NOT GUILTY _____ |
| Count 248: | GUILTY  X | NOT GUILTY _____ |
| Count 249: | GUILTY  X | NOT GUILTY _____ |
| Count 250: | GUILTY  X | NOT GUILTY _____ |
| Count 251: | GUILTY  X | NOT GUILTY _____ |
| Count 252: | GUILTY  X | NOT GUILTY _____ |
| Count 253: | GUILTY  X | NOT GUILTY _____ |
| Count 254: | GUILTY  X | NOT GUILTY _____ |
| Count 255: | GUILTY  X | NOT GUILTY _____ |

Based on these elements, how do you find the defendant Lesa L. Chaney as to:

| | | |
|---|---|---|
| Count 235: | GUILTY  X | NOT GUILTY _____ |
| Count 236: | GUILTY  X | NOT GUILTY _____ |
| Count 237: | GUILTY  X | NOT GUILTY _____ |
| Count 238: | GUILTY  X | NOT GUILTY _____ |
| Count 239: | GUILTY  X | NOT GUILTY _____ |

Count 240:                   GUILTY  X               NOT GUILTY _____

Count 241:                   GUILTY  X               NOT GUILTY _____

Count 242:                   GUILTY  X               NOT GUILTY _____

Count 243:                   GUILTY  X               NOT GUILTY _____

Count 244:                   GUILTY  X               NOT GUILTY _____

Count 245:                   GUILTY  X               NOT GUILTY _____

Count 246:                   GUILTY  X               NOT GUILTY _____

Count 247:                   GUILTY  X               NOT GUILTY _____

Count 248:                   GUILTY  X               NOT GUILTY _____

Count 249:                   GUILTY  X               NOT GUILTY _____

Count 250:                   GUILTY  X               NOT GUILTY _____

Count 251:                   GUILTY  X               NOT GUILTY _____

Count 252:                   GUILTY  X               NOT GUILTY _____

Count 253:                   GUILTY  X               NOT GUILTY _____

Count 254:                   GUILTY  X               NOT GUILTY _____

Count 255:                   GUILTY  X               NOT GUILTY _____

Based on these elements, how do you find the defendant Ace Clinique of Medicine, LLC as to:

Count 235:                   GUILTY  X               NOT GUILTY _____

Count 236:                   GUILTY  X               NOT GUILTY _____

Count 237:                   GUILTY  X               NOT GUILTY _____

Count 238:                   GUILTY  X               NOT GUILTY _____

Count 239:                   GUILTY  X               NOT GUILTY _____

Count 240:                   GUILTY  X               NOT GUILTY _____

Count 241:                   GUILTY  X               NOT GUILTY _____

Count 242:                   GUILTY  X               NOT GUILTY _____

Count 243:                   GUILTY  X               NOT GUILTY _____

Count 244:                   GUILTY  X               NOT GUILTY _____

Count 245:                   GUILTY  X               NOT GUILTY _____

Count 246:          GUILTY  X           NOT GUILTY _____
Count 247:          GUILTY  X           NOT GUILTY _____
Count 248:          GUILTY  X           NOT GUILTY _____
Count 249:          GUILTY  X           NOT GUILTY _____
Count 250:          GUILTY  X           NOT GUILTY _____
Count 251:          GUILTY  X           NOT GUILTY _____
Count 252:          GUILTY  X           NOT GUILTY _____
Count 253:          GUILTY  X           NOT GUILTY _____
Count 254:          GUILTY  X           NOT GUILTY _____
Count 255:          GUILTY  X           NOT GUILTY _____

*** *** *** ***

In order to find the defendant guilty of Count 256, you must find beyond a reasonable doubt that:

1.      Mrs. Chaney knowingly altered, destroyed, mutilated, concealed, covered up, falsified, or made a false entry in a record, document or tangible object;

2.      Mrs. Chaney acted with the intent to impede, obstruct or influence a matter or investigation; and

3.      The matter or investigation was within the jurisdiction of the Federal Bureau of Investigation, which is an agency of the United States.

Based on these elements, how do you find the defendant Lesa L. Chaney?

Count 256:          GUILTY _____           NOT GUILTY  X

DATE: 4/18/16

FOREPERSON

31