UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| | ) | No. 6:24-CV-07-REW-HAI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On March 8, 2024, Defendant Jordan Drug, Inc., through counsel, filed a "Notice of Substitution of Counsel" which seeks to substitute Hon. Anthony R. Johnson in place of Jason W. Hall. D.E. 72. Joint Local Civil Rule 83.6(c) states,

> In cases where an attorney seeks to be substituted for another as attorney of record, and both attorneys are within the same governmental department or agency, federal public defender office, or private law firm, a notice of substitution may be filed. The notice must be filed by the withdrawing attorney and the substitute attorney **with an affirmative representation stating that the substitution is made with the client's consent**.

Defendant's notice does not contain an affirmative representation that the substitution is being made with Jordan Drug's consent**. IT IS HEREBY ORDERED THAT** Defendant **SHALL SUPPLEMENT** the Notice of Substitution on or before **Wednesday, March 27, 2024**, in a manner that indicates whether the client consents to the substitution.

This the 13th day of March, 2024.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge