# Exhibit A

# Whitson, Keith E.

| | |
|---|---|
| **From:** | Melissa Thompson Richardson <melissa@richardsonlawgrp.com> |
| **Sent:** | Wednesday, March 6, 2024 7:46 PM |
| **To:** | Whitson, Keith E.; Josh Leckrone |
| **Cc:** | Childers lll, Masten; Kelly, Jordan |
| **Subject:** | RE: Chaney v. CVS, et al. |

**Be Careful With This Message**

The sender's email domain has been active for a short period of time and could be unsafe.

For assistance, contact the IS Service Center at issc@whitefordlaw.com or 410.347.8733

Mr. Whitson,

I gave verbal consent to the removing party's counsel as I was in the middle of trial. I had subsequent verbal conversations with counsel when I was in the middle of another trial. I did not have time to sit down and pen an email about it. Mr. Childers was aware I was in trial throughout a significant portion of December and January. I am not sure what email you are referencing below. I have told you what I know and that is all I can tell you as I am in the middle of finishing up work for yet another trial that will start next week.

Thanks,
--Melissa



**Melissa Thompson Richardson** | Member
771 Corporate Dr. Suite 900 | Lexington, KY 40503
Phone: (859)219-9090 | Fax: (859)219-9292
Email: Melissa@RichardsonLawGrp.com
Website: www.RichardsonLawGrp.com
[richardsonlawgrp.com]

 [richardsonlawgrp.com] 

Please consider the environment before printing this email.
NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Richardson Law Group, PLLC at (859) 219-9090 (collect) so that our address record can be corrected.

**From:** Whitson, Keith E. <KWhitson@whitefordlaw.com>
**Sent:** Wednesday, March 6, 2024 4:42 PM
**To:** Melissa Thompson Richardson <melissa@richardsonlawgrp.com>; Josh Leckrone <jleckrone@richardsonlawgrp.com>
**Cc:** Childers lll, Masten <MChilders@whitefordlaw.com>; Kelly, Jordan <JKelly@whitefordlaw.com>
**Subject:** RE: Chaney v. CVS, et al.

1

*[External Email: Please use caution when opening attachments and links from external senders.]*

Melissa,

The only "consents" that have been disclosed were dated February 28 and 29, which are not timely consents. You reference a January 15 email where you consented "on behalf of all of my clients" without naming them, and you have not provided that email. Given various communications with our office, we question whether you were representing all of your current clients as of January 15.

It is the Defendants' burden to establish consent of all properly joined and served defendants. Our requests are not burdensome and will help establish whether timely consent was indeed provided on behalf of all of your current clients. The January 15 email in particular should be very easy to forward.

Thus, we repeat our requests for the below information. If you'd like to discuss this telephonically, I will make myself available at your convenience.

Keith

---

**From:** Melissa Thompson Richardson <melissa@richardsonlawgrp.com>
**Sent:** Wednesday, March 6, 2024 4:30 PM
**To:** Whitson, Keith E. <KWhitson@whitefordlaw.com>; Josh Leckrone <jleckrone@richardsonlawgrp.com>
**Cc:** Childers lll, Masten <MChilders@whitefordlaw.com>; Kelly, Jordan <JKelly@whitefordlaw.com>
**Subject:** RE: Chaney v. CVS, et al.

Mr. Whitson,

I am in the process of preparing for another trial. I do not have time to go back and sort all this out, but, as I previously told Mr. Childers on the phone, I did give consent for all of my clients. I have accumulated more clients between when we first started emailing/talking on this (when I was in a different trial) and when we filed our own Motion to Dismiss in this matter. With that said, I agreed to the removal on behalf of all of my clients.

Thanks,
--Melissa



Melissa Thompson Richardson  |  Member
771 Corporate Dr. Suite 900  |  Lexington, KY 40503
Phone: (859)219-9090  |  Fax: (859)219-9292
Email: Melissa@RichardsonLawGrp.com
Website: www.RichardsonLawGrp.com
[richardsonlawgrp.com] [url.avanan.click]

 [richardsonlawgrp.com] [url.avanan.click]

Please consider the environment before printing this email.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Richardson Law Group, PLLC at (859) 219-9090 (collect) so that our address record can be corrected.

**From:** Whitson, Keith E. <KWhitson@whitefordlaw.com>
**Sent:** Wednesday, March 6, 2024 4:16 PM
**To:** Melissa Thompson Richardson <melissa@richardsonlawgrp.com>; Josh Leckrone <jleckrone@richardsonlawgrp.com>
**Cc:** Childers lll, Masten <MChilders@whitefordlaw.com>; Kelly, Jordan <JKelly@whitefordlaw.com>
**Subject:** RE: Chaney v. CVS, et al.

*[External Email: Please use caution when opening attachments and links from external senders.]*

Melissa and Josh,

Wanted to follow up on the below request.

Keith


**From:** Whitson, Keith E.
**Sent:** Friday, March 1, 2024 11:05 AM
**To:** 'melissa@richardsonlawgrp.com' <melissa@richardsonlawgrp.com>; 'josh@richardsonlawgrp.com' <josh@richardsonlawgrp.com>
**Cc:** Childers lll, Masten <MChilders@whitefordlaw.com>; Kelly, Jordan <JKelly@whitefordlaw.com>
**Subject:** Chaney v. CVS, et al.

Melissa and Josh,

I am part of the team (along with Masten Childers) representing Ace Chaney in the above-referenced action. You both signed "Consents to Removal" dated 2/29/24 and 2/28/24 respectively on behalf of various defendants, and the Consents state "On January 15, 2024, the foregoing Defendants consented to removal via email to ARH Defendants' counsel." Please provide us a copy of that email.

Also, Melissa, please advise us the date you were engaged by each of the following defendants.

- Steve Dawson
- Alicia Dawson
- Boggs Pharmacy
- Complete Care Pharmacy, LLC
- Cynthia Williams
- Lori Johnson
- Powers Pharmacy, Inc.
- Stallard's Pharmacy
- James Craig Stallard

- Broadway Clinic Pharmacy, Inc. dba Clay Discount Pharmacy

These defendants were not included in the list that you initially provided to Masten.

Thank you in advance for your cooperation.

Keith



**Keith E. Whitson** | *Partner*
Pronouns: he/him/his
11 Stanwix Street| Pittsburgh, PA | 15222
t:  412-286-1695 | f:  412-286-1724
kwhitson@whitefordlaw.com  | www.whitefordlaw.com [url.avanan.click]

A proud member of two global law firm networks.

 

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.