UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JAMES A. CHANEY,** | **PLAINTIFF** |
| V. | |
| **CVS PHARMACY, INC., et al.** | **DEFENDANTS** |

### ARH DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY

Defendants Appalachian Regional Healthcare, Inc. d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy, Helen Herald, and Hollie Harris a/k/a Hollie Crady ("ARH Defendants"), by counsel, request permission from the Court to file a two-page *Sur-Reply in Opposition to Motion to Remand*, attached hereto as **Exhibit A**. ARH Defendants seek leave to address and clarify:

1. Plaintiff's dispute of timeliness for written consents corroborating prior oral consent; and

2. Plaintiff's new assertion that earlier-served Defendants' failure to remove and/or consent to removal within their own 30-day removal period destroys the Rule of Unanimity.

ARH Defendants do not seek leave to further address substantive arguments regarding the Court's authority to exercise federal question jurisdiction.

        Respectfully submitted,

        **APPALACHIAN REGIONAL HEALTHCARE, INC. AND D/B/A ARH REGIONAL MEDICAL CENTER PHARMACY AND ARH COMMUNITY PHARMACY; HELEN HERALD; HOLLIE HARRIS A/K/A HOLLIE CRADY**

        **By Counsel:**

1

19506077.1

/s/ *Anders W. Lindberg*
Anders W. Lindberg (KY Bar No. 93983)
Stacey Richards-Minigh (KY Bar No. 91969)
Mattie F. Shuler (Motion for *Pro Hac Vice* Forthcoming)
STEPTOE & JOHNSON PLLC
825 Third Avenue, Suite 400
Huntington, West Virginia 25701
(304) 526-8149
(304) 526-8089 (Fax)

Nathaniel R. Kissel (Ky. Bar No. 93162)
STEPTOE & JOHNSON PLLC
100 W. Main Street, Suite 400
(859) 219-8200
(859) 255-6903 (Fax)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

*ELECTRONICALLY FILED*

**JAMES A. CHANEY,**                                  **PLAINTIFF**

**V.**

**CVS PHARMACY, INC., et al.**                 **DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2024, a copy of the foregoing **"*ARH Defendants' Motion for Leave to File a Sur-Reply*"** was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and U.S. Mail, postage prepaid. Parties may access this filing through the Court's system:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, Kentucky 40509
mchilders@whitefordlaw.com
aoppegard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Plaintiff*

Keith E. Whitson, Esq.
Jordan N. Kelly, Esq.
WHITEFORD TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, Pennsylvania 15222
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Co-Counsel for Plaintiff*
Christopher Chaisson, Esq.

WHITEFORD TAYLOR & PRESTON, LLP
1800 M Street NW, Suite 450N
Washington, District of Columbia 20036
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
PETERSON LAW OFFICE, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Gene Smallwood, Esq.
P.O. Box 40
Whitesburg, KY 41858
Gslex1127@yahoo.com
*Counsel for Mountain Comprehensive Health Corporation d/b/a Leatherwood-Blackey Medical Clinic*

3

Darryl W. Durham, Esq.
SEILLER WATERMAN, LLC
462 South Fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com
*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.*

Randall Scott May
DAVIDSON & ASSOCIATES
Post Office Drawer 986
Hazard, KY 41702
rmay@windstream.net
*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.*

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq.
HAMM, MILBY & RIDINGS PLLC
120 N. Main St.
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
*Counsel for Defendants Walmart Stores East, L.P. and Mike McIntosh*

Kyle M. Virgin, Esq.
FREEMAN MATHIS & GARY, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
Kyle.virgin@fmglaw.com
*Counsel for Defendant Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short*

Joshua J. Leckrone
RICHARDSON LAW GROUP, PLLC
334 Beechwood Road, Suite 304
Ft. Mitchell, KY 41017
josh@RichardsonLawGrp.com
*Counsel for Defendants Thompson Discount Drug, Inc. and F. Britton Thompson*

Bradley C. Hooks
Addison S. Thompson
LANDRUM & SHOUSE, LLP
P.O. Box 951
Lexington, KY 40588-0951
bhooks@landrumshouse.com
athompson@landrumshouse.com
*Counsel for Walters-Griffin Enterprise Inc. d/b/a Superior Drug and Robert Walters, Sr.*

Clayton O. Oswald
Ashley P. Hoover
TAYLOR, KELLER & OSWALD, PLLC
P.O. Box 3440
1306 W. 5th St., Suite 100
London, KY 40743-3440
coswald@tkolegal.com
ahoover@tkolegal.com
*Counsel for D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden*

Charles H. Cassis
J.W. Hall
GOLDBERG SIMPSON, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
*Counsel for Defendant Jordan Drug, Inc.*

Melissa Thompson Richardson
RICHARDSON LAW GROUP, PLLC
771 Corporate Drive, Suite 900
Lexington, KY 40503
Melissa@RichardsonLawGrp.com
*Counsel for Broadway Clinic Pharmacy, Inc. d/b/a Medicine Cabinet Pharmacy, Brooks Webb, The Mountain Clinic Pharmacy, McDowell Professional Pharmacy, Steve Dawson, Alicia Dawson, Donnie K. Starnes, John's Creek Drug Center Inc., Hometown Pharmacy Inc., Doug Morgan, Joe Lewis, RX Discount Pharmacy, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc.*

4

*d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Michael Sizemore, Community Drug of Manchester, Inc., Med-Mart Pharmacy, Inc., Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Howard Family Pharmacy, Inc., Wesley Howard, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., Verlon Banks, Parkview Pharmacy, Inc., PEJ, Inc., Hometown Pharmacy of Jackson, Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Barry Martin, Specialty Care Center Pharmacy of E. Kentucky, Robert Burton, Stallard's Pharmacy, Inc., James Craig Stallard, Value RX II, LLC, Todd Walters, and Downtown Drug, Inc.*

David F. Latherow
Geoffrey D. Marsh
WILLIAMS, HALL & LATHEROW, LLP
1505 Carter Avenue, Suite 200
P.O. Box 2008
Ashland, KY 41105-2008
dlatherow@whl-law.com
gmarsh@whl-law.com
*Counsel for Tombert, Inc.*

Jason S. Morgan
Alex W. Wilcox
WARD, HOCKER & THORNTON, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
jason.morgan@whtlaw.com
*Counsel for Hometown Pharmacy of Hazard, LLC*

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Rebecca Wooten Napier
10664 N Ky Highway 15
Chavies, KY 41727

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

Susan Fields
120 Holly Drive
Hazard, KY 41701

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell, Registered Agent
2425 Williamsburg Estates Ln

5

19506077.1

Lexington, KY 40504

Ronnie Stewart
16 Hickory Street
Hyden, KY 41749

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 HWT 15 N.
Box 606
Jackson, KY 41339

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

*/s/ Anders W. Lindberg*

6

19506077.1