**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JAMES A. CHANEY,** | **PLAINTIFF** |
| **V.** | |
| **CVS PHARMACY, INC., et al.** | **DEFENDANTS** |

**ORDER GRANTING
ARH DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY**

Defendants Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady ("ARH Defendants"), having filed a *Motion for Leave to File a Sur-Reply*, the Court having reviewed the record, and otherwise being sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that ARH Defendants' *Motion for Leave to File a Sur-Reply* for the limited purpose of addressing consent is **GRANTED.**

      **IT IS SO ORDERED** this _____ day of _____, 2024.

                                                       _____
                                                                JUDGE