## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION AT LONDON

**ELECTRONICALLY FILED**

| | |
|---|---|
| JAMES A. CHANEY )<br>    PLAINTIFF )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>JORDAN DRUG, INC., ET AL. )<br>    DEFENDANTS )<br>_____ ) | CASE NO. 6:24-cv-00007-REW-HAI<br><br>Removed from Perry Circuit Court<br>Case Number 23-CI-00442 |

**SUPPLEMENTAL NOTICE OF SUBSTITUTION OF COUNSEL**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Comes Anthony R. Johnson of the law firm of Goldberg Simpson, LLC, pursuant to this Court's order entered on March 13, 2024 (D.E. 74), and gives the Court and all parties supplemental notice of his substitution as co-counsel for Defendant, Jordan Drug, Inc. in place of Jason W. Hall. This substitution is made with the client's consent, and Charles H. Cassis, Anthony R. Johnson, and the law firm of Goldberg Simpson, LLC will remain as counsel for Jordan Drug, Inc. The undersigned hereby requests that service copies of all correspondence, pleadings, motions, and other papers be sent to Charles H. Cassis and Anthony R. Johnson at the address below.

    Respectfully submitted,

    GOLDBERG SIMPSON, LLC

    */s/Anthony R. Johnson*
    Charles H. Cassis
    Anthony R. Johnson
    Goldberg Simpson LLC
    Norton Commons
    9301 Dayflower Street
    Prospect, Kentucky 40059
    ccassis@goldbergsimpson.com
    ajohnson@goldbergsimpson.com
    COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

      This is to certify that the Court's ECF System will send notice of the foregoing on this the 20th day of March 2024, to all counsel of record.

                                        */s/ Anthony R. Johnson*
                                          Anthony R. Johnson