UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LONDON

| | |
|---|---|
| JAMES A. CHANEY | *Electronically Filed* |
| | **CASE NO. 6:24-cv-00007-REW-HAI** |
| PLAINTIFF, | |
| VS. | |
| CVS PHARMACY, INC.; KENTUCKY CVS PHARMACY, LLC; RYAN MCGRAINER, Employee of CVS PHARMACY, INC.; JAMES SHACKLEFORD, Employee of CVS PHARMACY, INC.; SHERRY SUTHERLAND, Employee of CVS PHARMACY, INC.; R/X DISCOUNT PHARMACY, INC.; R/X DISCOUNT PHARMACY OF HAZARD, INC.; RICHARD K. SLONE, Owner or Employee of R/X DISCOUNT PHARMACY, INC. and/or R/X DISCOUNT PHARMACY OF HAZARD, INC.; R/X DISCOUNT PHARMACY OF HARLAN COUNTY, INC. d/b/a CLAY DISCOUNT PHARMACY; APPALACHIAN REGIONAL HEALTHCARE, INC. in its own name and d/b/a ARH REG. MED. CTR. PHARMACY and ARH COMMUNITY PHARMACY; HELEN HERALD, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; REBECCA WOOTEN NAPIER, Owner or Employee APPALACHIAN REGIONAL HEALTHCARE, INC. and/or of ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; HOLLY HARRIS a/k/a HOLLY CRADY, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; BOGGS PHARMACY, INC.; BROADWAY CLINIC PHARMACY, INC. d/b/a MEDICINE CABINET PHARMACY; COMMUNITY DRUG OF MANCHESTER, INC.; MICHAEL SIZEMORE, Owner or Employee of COMMUNITY DRUG OF MANCHESTER, INC. and/or MED-MART PHARMACY, LLC; COMPLETE CARE PHARMACY, PLLC; CYNTHIA WILLIAMS, Owner or Employee of | |

| | |
|---|---|
| COMPLETE CARE PHARMACY, PLLC; LORI JOHNSON, Owner or Employee of COMPLETE CARE PHARMACY, PLLC; D.B. COYLE ENTERPRISES, INC. d/b/a THE MEDICINE SHOPPE; TOMBERT, INC. d/b/a THE MEDICINE SHOPPE; DOWNTOWN DRUG, INC.; DSSK PHARMACEUTICAL, INC. in its own name and d/b/a THE MEDICINE SHOPPE HAZARD; SUSAN FIELDS, Owner or Employee of THE MEDICINE SHOPPE HAZARD; EAST MAIN STREET PHARMACY, LLC; DACHEA WOOTON, Owner or Employee of EAST MAIN STREET PHARMACY, LLC; FAMILY PHARMACY OF JACKSON; HARLAN MEDICAL CENTER PHARMACY, INC.; ERNEST WATTS, Owner or Employee of HARLAN MEDICAL CENTER PHARMACY; BRIAN KEY, Owner or Employee of HARLAND MEDICAL CENTER PHARMACY; HOMETOWN PHARMACY OF HAZARD, LLC; HOMETOWN PHARMACY OF JACKSON, LLC; HOMETOWN PHARMACY, INC.; JOE LEWIS, Owner or Employee of HOMETOWN PHARMACY, INC.; DOUG MORGAN, Owner or Employee of HOMETOWN PHARMACY, INC.; HOMETOWN PHARMACY OF MANCHESTER, LLC; MATTHEW HUTERA, Owner or Employee of HOMETOWN PHARMACY OF MANCHESTER, LLC; HOSPICE OF THE BLUEGRASS, INC.; JEFFREY HOLMES, Owner or Employee of HOSPICE OF THE BLUEGRASS, INC.; WENDELL SHORT, Owner or Employee of HOSPICE OF THE BLUEGRASS, INC.; HOWARD FAMILY PHARMACY, INC.; WESLEY HOWARD, Owner of Employee of HOWARD FAMILY PHARMACY, INC.; JOHNS CREEK DRUG CENTER, INC.; DONNIE K. STARNES, Owner or Employee of JOHNS CREEK DRUGCENTER, INC.; JORDAN DRUG, INC. d/b/a JACKSON APOTHECARY and d/b/a BREATHITT PRESCRIPTION CENTER; KING PHARMACY, INC.; LESLIE SCOTT KING, Owner or Employee of KING PHARMACY, INC.; KNOTT PRESCRIPTION CENTER, INC.; CHRISTOPHER HALL, Owner or Employee of KNOTT PRESCRIPTION CENTER, INC.; CHARLES STUART DUFF, Owner or Employee of KNOTT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

2


PRESCRIPTION CENTER, INC.; LACKEY )
PHARMACY, INC.; MOUNTAIN )
COMPREHENSIVE HEALTH CARE d/b/a )
LEATHERWOOD-BLACKEY MEDICAL CLINIC; )
VERLON BANKS, Owner or Employee of )
MOUNTAIN COMPREHENSIVE HEALTH CARE )
d/b/a LEATHERWOOD-BLACKEY MEDICAL )
CLINIC; MANCHESTER PHARMACIST )
GROUP, LLC d/b/a FAMILY DRUG CENTER; )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; STEVE DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; ALICIA DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; MED-MART PHARMACY, LLC; THE )
MEDICINE SHOPPE HYDEN; RONNIE )
STEWART, Owner or Employee of THE MEDICINE )
SHOPPE HYDEN; MOUNTAIN CLINIC )
PHARMACY, LLC; BROOKS WEBB, )
Owner or Employee of MOUNTAIN CLINIC )
PHARMACY, LLC; PARKVIEW PHARMACY, )
INC.; PEJ, INC. in its own name and d/b/a )
HOMETOWN PHARMACY OF JACKSON; THE )
PLAZA PHARMACY, PLLC; POWERS )
PHARMACY, INC.; PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; DANIEL )
THIES, Owner or Employee of PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; SPECIALTY )
CARE CENTER PHARMACY OF E. KENTUCKY; )
BARRY MARTIN, Owner or Employee of )
SPECIALTY CARE CENTER PHARMACY OF )
E. KENTUCKY and/or EAST MAIN STREET )
PHARMACY, LLC; ROBERT BURTON, Owner or )
Employee of SPECIALTY CARE CENTER )
PHARMACY OF E. KENTUCKY and/or EAST )
MAIN STREET PHARMACY, LLC; STALLARD'S )
PHARMACY, INC. in its own name and d/b/a )
FAMILY DRUG OF NEON; JAMES CRAIG )
STALLARD, Owner or Employee of STALLARD'S )
PHARMACY, INC. and/or FAMILY DRUG OF )
NEON; WALTERS-GRIFFIN ENTERPRISE, )
INC. d/b/a SUPERIOR DRUG; WILLIAM REED )
HALL, Owner or Employee of WALTER-GRIFFIN )
ENTERPRISES, INC. d/b/a SUPERIOR DRUG; )
ROBERT WALTERS, SR., Owner or Employee of )
WALTER-GRIFFIN ENTERPRISES, INC. d/b/a )

3

| | |
|---|---|
| SUPERIOR DRUG; THOMPSON DISCOUNT DRUG, INC.; F. BRITTON THOMPSON, Owner or Employee of THOMPSON DISCOUNT DRUG, INC.; VALUE RX BLUEGRASS, LLC; VALUE RX II, LLC; TODD WALTERS, Owner or Employee of VALUE RX BLUEGRASS, LLC and/or VALUE RX II, LLC; WAL-MART STORES EAST, LIMITED PARTNERSHIP; MIKE MCINTOSH, Owner or Employee of WAL-MART STORES EAST, LIMITED PARTNERSHIP; and JOHN DOE I THROUGH JOHN DOE XL, the Unknown Employees and/oor Owners of the Defendants named herein<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE SUR-REPLY
IN OPPOSITION OF MOTION TO REMAND**

Come the Defendants, RX Discount Pharmacy, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc., d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Broadway Clinic Pharmacy, Inc. d/b/a Medicine Cabinet Pharmacy, Community Drug of Manchester, Inc., Michael Sizemore, Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, Downtown Drug, Inc., East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Hometown Pharmacy of Jackson, LLC, Hometown Pharmacy, Inc., Joe Lewis, Doug Morgan, Howard Family Pharmacy, Inc., Wesley Howard, John's Creek Drug Center, Inc., Donnie K. Starnes, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., McDowell Professional Pharmacy, Inc., Steve Dawson, Alicia Dawson, Med-Mart Pharmacy, Inc., The Mountain Clinic Pharmacy, LLC, Brooks Webb, Parkview Pharmacy, Inc., PEJ, Inc., Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Specialty Care Center Pharmacy of E. Kentucky, Barry Martin,

4

Robert Burton, Stallard's Pharmacy, Inc., in its own name and d/b/a Family Drug of Neon, James Craig Stallard, Value RX II, LLC, and Todd Walters, (hereinafter "Defendants"), respectfully request leave to file a Sur-Reply in Opposition of Motion to Remand, in order to respond to the questions of law asserted within said Reply.

The proposed sur-reply is attached hereto for the Court's reference supporting the foregoing reason for the necessity of filing a sur-reply.

                                        Respectfully submitted,

                                        RICHARDSON LAW GROUP, PLLC

*/s/ Melissa Thompson Richardson*
Melissa Thompson Richardson
R. Scott Jones
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:   (859) 219-9090
Facsimile:   (859) 219-9292
Email:   Melissa@RichardsonLawGrp.com
          SJones@RichardsonLawGrp.com
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

On March 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        */s/ Melissa Thompson Richardson*
                                        COUNSEL FOR DEFENDANTS

6057.008190C:\NRPortbl\Golden_and_Walters\SHALL\2405465_1.docx