UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LONDON

| | |
|---|---|
| JAMES A. CHANEY | *Electronically Filed* |
| | **CASE NO. 6:24-cv-00007-REW-HAI** |
| PLAINTIFF, | |
| VS. | |
| CVS PHARMACY, INC.; KENTUCKY CVS PHARMACY, LLC; RYAN MCGRAINER, Employee of CVS PHARMACY, INC.; JAMES SHACKLEFORD, Employee of CVS PHARMACY, INC.; SHERRY SUTHERLAND, Employee of CVS PHARMACY, INC.; R/X DISCOUNT PHARMACY, INC.; R/X DISCOUNT PHARMACY OF HAZARD, INC.; RICHARD K. SLONE, Owner or Employee of R/X DISCOUNT PHARMACY, INC. and/or R/X DISCOUNT PHARMACY OF HAZARD, INC.; R/X DISCOUNT PHARMACY OF HARLAN COUNTY, INC. d/b/a CLAY DISCOUNT PHARMACY; APPALACHIAN REGIONAL HEALTHCARE, INC. in its own name and d/b/a ARH REG. MED. CTR. PHARMACY and ARH COMMUNITY PHARMACY; HELEN HERALD, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; REBECCA WOOTEN NAPIER, Owner or Employee APPALACHIAN REGIONAL HEALTHCARE, INC. and/or of ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; HOLLY HARRIS a/k/a HOLLY CRADY, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; BOGGS PHARMACY, INC.; BROADWAY CLINIC PHARMACY, INC. d/b/a MEDICINE CABINET PHARMACY; COMMUNITY DRUG OF MANCHESTER, INC.; MICHAEL SIZEMORE, Owner or Employee of COMMUNITY DRUG OF MANCHESTER, INC. and/or MED-MART PHARMACY, LLC; COMPLETE CARE PHARMACY, PLLC; CYNTHIA WILLIAMS, Owner or Employee of | |

| | |
|---|---|
| COMPLETE CARE PHARMACY, PLLC; LORI JOHNSON, Owner or Employee of COMPLETE CARE PHARMACY, PLLC; D.B. COYLE ENTERPRISES, INC. d/b/a THE MEDICINE SHOPPE; TOMBERT, INC. d/b/a THE MEDICINE SHOPPE; DOWNTOWN DRUG, INC.; DSSK PHARMACEUTICAL, INC. in its own name and d/b/a THE MEDICINE SHOPPE HAZARD; SUSAN FIELDS, Owner or Employee of THE MEDICINE SHOPPE HAZARD; EAST MAIN STREET PHARMACY, LLC; DACHEA WOOTON, Owner or Employee of EAST MAIN STREET PHARMACY, LLC; FAMILY PHARMACY OF JACKSON; HARLAN MEDICAL CENTER PHARMACY, INC.; ERNEST WATTS, Owner or Employee of HARLAN MEDICAL CENTER PHARMACY; BRIAN KEY, Owner or Employee of HARLAND MEDICAL CENTER PHARMACY; HOMETOWN PHARMACY OF HAZARD, LLC; HOMETOWN PHARMACY OF JACKSON, LLC; HOMETOWN PHARMACY, INC.; JOE LEWIS, Owner or Employee of HOMETOWN PHARMACY, INC.; DOUG MORGAN, Owner or Employee of HOMETOWN PHARMACY, INC.; HOMETOWN PHARMACY OF MANCHESTER, LLC; MATTHEW HUTERA, Owner or Employee of HOMETOWN PHARMACY OF MANCHESTER, LLC; HOSPICE OF THE BLUEGRASS, INC.; JEFFREY HOLMES, Owner or Employee of HOSPICE OF THE BLUEGRASS, INC.; WENDELL SHORT, Owner or Employee of HOSPICE OF THE BLUEGRASS, INC.; HOWARD FAMILY PHARMACY, INC.; WESLEY HOWARD, Owner of Employee of HOWARD FAMILY PHARMACY, INC.; JOHNS CREEK DRUG CENTER, INC.; DONNIE K. STARNES, Owner or Employee of JOHNS CREEK DRUGCENTER, INC.; JORDAN DRUG, INC. d/b/a JACKSON APOTHECARY and d/b/a BREATHITT PRESCRIPTION CENTER; KING PHARMACY, INC.; LESLIE SCOTT KING, Owner or Employee of KING PHARMACY, INC.; KNOTT PRESCRIPTION CENTER, INC.; CHRISTOPHER HALL, Owner or Employee of KNOTT PRESCRIPTION CENTER, INC.; CHARLES STUART DUFF, Owner or Employee of KNOTT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| PRESCRIPTION CENTER, INC.; LACKEY PHARMACY, INC.; MOUNTAIN COMPREHENSIVE HEALTH CARE d/b/a LEATHERWOOD-BLACKEY MEDICAL CLINIC; VERLON BANKS, Owner or Employee of MOUNTAIN COMPREHENSIVE HEALTH CARE d/b/a LEATHERWOOD-BLACKEY MEDICAL CLINIC; MANCHESTER PHARMACIST GROUP, LLC d/b/a FAMILY DRUG CENTER; MCDOWELL PROFESSIONAL PHARMACY, INC.; STEVE DAWSON, Owner or Employee of MCDOWELL PROFESSIONAL PHARMACY, INC.; ALICIA DAWSON, Owner or Employee of MCDOWELL PROFESSIONAL PHARMACY, INC.; MED-MART PHARMACY, LLC; THE MEDICINE SHOPPE HYDEN; RONNIE STEWART, Owner or Employee of THE MEDICINE SHOPPE HYDEN; MOUNTAIN CLINIC PHARMACY, LLC; BROOKS WEBB, Owner or Employee of MOUNTAIN CLINIC PHARMACY, LLC; PARKVIEW PHARMACY, INC.; PEJ, INC. in its own name and d/b/a HOMETOWN PHARMACY OF JACKSON; THE PLAZA PHARMACY, PLLC; POWERS PHARMACY, INC.; PROFESSIONAL PHARMACY OF HAZARD, PLLC; DANIEL THIES, Owner or Employee of PROFESSIONAL PHARMACY OF HAZARD, PLLC; SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY; BARRY MARTIN, Owner or Employee of SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY and/or EAST MAIN STREET PHARMACY, LLC; ROBERT BURTON, Owner or Employee of SPECIALTY CARE CENTER PHARMACY OF E. KENTUCKY and/or EAST MAIN STREET PHARMACY, LLC; STALLARD'S PHARMACY, INC. in its own name and d/b/a FAMILY DRUG OF NEON; JAMES CRAIG STALLARD, Owner or Employee of STALLARD'S PHARMACY, INC. and/or FAMILY DRUG OF NEON; WALTERS-GRIFFIN ENTERPRISE, INC. d/b/a SUPERIOR DRUG; WILLIAM REED HALL, Owner or Employee of WALTER-GRIFFIN ENTERPRISES, INC. d/b/a SUPERIOR DRUG; ROBERT WALTERS, SR., Owner or Employee of WALTER-GRIFFIN ENTERPRISES, INC. d/b/a | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

3

SUPERIOR DRUG; THOMPSON DISCOUNT            )
DRUG, INC.; F. BRITTON THOMPSON, Owner      )
or Employee of THOMPSON DISCOUNT DRUG,      )
INC.; VALUE RX BLUEGRASS, LLC; VALUE        )
RX II, LLC; TODD WALTERS, Owner or          )
Employee of VALUE RX BLUEGRASS, LLC         )
and/or VALUE RX II, LLC; WAL-MART STORES    )
EAST, LIMITED PARTNERSHIP; MIKE             )
MCINTOSH, Owner or Employee of WAL-MART     )
STORES EAST, LIMITED PARTNERSHIP; and       )
JOHN DOE I THROUGH JOHN DOE XL, the         )
Unknown Employees and/oor Owners of the     )
Defendants named herein                     )
                                            )
         DEFENDANTS                         )
                                            )

## ORDER

Motion having been made by the Defendants, RX Discount Pharmacy, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc., d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Broadway Clinic Pharmacy, Inc. d/b/a Medicine Cabinet Pharmacy, Community Drug of Manchester, Inc., Michael Sizemore, Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, Downtown Drug, Inc., East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Hometown Pharmacy of Jackson, LLC, Hometown Pharmacy, Inc., Joe Lewis, Doug Morgan, Howard Family Pharmacy, Inc., Wesley Howard, John's Creek Drug Center, Inc., Donnie K. Starnes, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., McDowell Professional Pharmacy, Inc., Steve Dawson, Alicia Dawson, Med-Mart Pharmacy, Inc., The Mountain Clinic Pharmacy, LLC, Brooks Webb, Parkview Pharmacy, Inc., PEJ, Inc., Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Specialty Care Center Pharmacy of E. Kentucky, Barry Martin,

4

Robert Burton, Stallard's Pharmacy, Inc., in its own name and d/b/a Family Drug of Neon, James Craig Stallard, Value RX II, LLC, and Todd Walters, (hereinafter "Defendants"), to file a Motion for Leave to File Sur-Reply and the Court being duly and sufficiently advised;

      IT IS HEREBY ORDERED that the Defendant's Motion for Leave to File a Sur-Reply in Opposition to Motion to Remand is GRANTED.

      So Ordered this the ____ day of _____, 2024.

                                                                                                            _____
                                                                                                          JUDGE, UNITED STATES DISTRICT COURT
                                                                                                          FOR THE EASTERN DISTRICT OF KENTUCKY
                                                                                                          AT LONDON