**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**
**CIVIL ACTION NO. 6:24-CV-07-REW-HAI**

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JAMES A. CHANEY,** | **PLAINTIFF** |
| v. | |
| **CVS PHARMACY, INC., et al.,** | **DEFENDANTS** |

---

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

---

Pursuant to Local Rule 7.1(f), and in response to the most recent filings, Plaintiff respectfully requests a hearing or oral argument on Plaintiff's pending Motion to Remand. Before the Court is Plaintiff's Motion, the Defendants' Responses in Opposition to the Motion to Remand, Plaintiff's Reply in Support of his Motion to Remand, and, most recently, Defendants' Sur-replies in Opposition to the Motion to Remand.

WHEREFORE, Plaintiff respectfully requests the Court to schedule a hearing date for oral argument on Plaintiff's Motion to Remand and all responses and replies thereto.

        Respectfully Submitted,

        /s/ *Masten Childers, III*
        Masten Childers, III, Esq. (KBA # 94898)
        Aaron M. Oppegard, Esq. (KBA # 98766)
        Michael W. Durborow, Esq. (KBA #96710)
        Sarah E. Cooley, Esq. (KBA # 99993)
        Madeleine R. Hamlin, Esq. (KBA #100019)
        *Whiteford, Taylor & Preston, LLP*
        161 N. Eagle Creek Drive, Suite 210
        Lexington, Kentucky 40509
        Telephone:    (859) 687-6699
        Facsimile:    (859) 263-3239

mchilders@whitefordlaw.com
aoppegard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Plaintiff James A. Chaney*

AND

Keith E. Whitson, Esq.
    (motion for *pro hac vice* forthcoming)
Jordan N. Kelly, Esq.
    (motion for *pro hac vice* forthcoming)
*Whiteford, Taylor & Preston, LLP*
11 Stanwix Street, Suite 1400
Pittsburgh, Pennsylvania 15222
Telephone:   (412) 286-1695
Facsimile:   (412) 286-1724
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Counsel for Plaintiff James A. Chaney*

AND

Justin S. Peterson, Esq. (KBA #92633)
Kellie M. Collins, Esq. (KBA #92509)
Laura Jane Phelps, Esq. (KBA #98567)
*Peterson Law Office, PLLC*
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40503
Telephone:   (859) 469-6390
Facsimile:   (859) 469-6391
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Counsel for James A. Chaney*

## **CERTIFICATE OF SERVICE**

      It is hereby certified that on the 25 day of March 2024, a true copy of the foregoing was electronically filed using the CM/ECF system to all counsel of record.