UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LONDON

| | |
|---|---|
| JAMES A. CHANEY | *Electronically Filed* |
| | **CASE NO. 6:24-cv-00007-REW-HAI** |
| PLAINTIFF, | |
| VS. | |
| CVS PHARMACY, INC.; KENTUCKY CVS PHARMACY, LLC; RYAN MCGRAINER, Employee of CVS PHARMACY, INC.; JAMES SHACKLEFORD, Employee of CVS PHARMACY, INC.; SHERRY SUTHERLAND, Employee of CVS PHARMACY, INC.; R/X DISCOUNT PHARMACY, INC.; R/X DISCOUNT PHARMACY OF HAZARD, INC.; RICHARD K. SLONE, Owner or Employee of R/X DISCOUNT PHARMACY, INC. and/or R/X DISCOUNT PHARMACY OF HAZARD, INC.; R/X DISCOUNT PHARMACY OF HARLAN COUNTY, INC. d/b/a CLAY DISCOUNT PHARMACY; APPALACHIAN REGIONAL HEALTHCARE, INC. in its own name and d/b/a ARH REG. MED. CTR. PHARMACY and ARH COMMUNITY PHARMACY; HELEN HERALD, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; REBECCA WOOTEN NAPIER, Owner or Employee APPALACHIAN REGIONAL HEALTHCARE, INC. and/or of ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; HOLLY HARRIS a/k/a HOLLY CRADY, Owner or Employee of APPALACHIAN REGIONAL HEALTHCARE, INC. and/or ARH REG. MED. CTR. PHARMACY and/or ARH COMMUNITY PHARMACY; BOGGS PHARMACY, INC.; BROADWAY CLINIC PHARMACY, INC. d/b/a MEDICINE CABINET PHARMACY; COMMUNITY DRUG OF MANCHESTER, INC.; MICHAEL SIZEMORE, Owner or Employee of COMMUNITY DRUG OF MANCHESTER, INC. and/or MED-MART PHARMACY, LLC; COMPLETE CARE PHARMACY, PLLC; CYNTHIA WILLIAMS, Owner or Employee of | |

COMPLETE CARE PHARMACY, PLLC; LORI )
JOHNSON, Owner or Employee of COMPLETE )
CARE PHARMACY, PLLC; D.B. COYLE )
ENTERPRISES, INC. d/b/a THE MEDICINE )
SHOPPE; TOMBERT, INC. d/b/a THE MEDICINE )
SHOPPE; DOWNTOWN DRUG, INC.; DSSK )
PHARMACEUTICAL, INC. in its own name and )
d/b/a THE MEDICINE SHOPPE HAZARD; SUSAN )
FIELDS, Owner or Employee of THE MEDICINE )
SHOPPE HAZARD; EAST MAIN STREET )
PHARMACY, LLC; DACHEA WOOTON, Owner )
or Employee of EAST MAIN STREET )
PHARMACY, LLC; FAMILY PHARMACY OF )
JACKSON; HARLAN MEDICAL CENTER )
PHARMACY, INC.; ERNEST WATTS, Owner or )
Employee of HARLAN MEDICAL CENTER )
PHARMACY; BRIAN KEY, Owner or Employee )
of HARLAND MEDICAL CENTER PHARMACY; )
HOMETOWN PHARMACY OF HAZARD, LLC; )
HOMETOWN PHARMACY OF JACKSON, )
LLC; HOMETOWN PHARMACY, INC.; JOE )
LEWIS, Owner or Employee of HOMETOWN )
PHARMACY, INC.; DOUG MORGAN, Owner or )
Employee of HOMETOWN PHARMACY, INC.; )
HOMETOWN PHARMACY OF MANCHESTER, )
LLC; MATTHEW HUTERA, Owner or Employee )
of HOMETOWN PHARMACY OF MANCHESTER, )
LLC; HOSPICE OF THE BLUEGRASS, INC.; )
JEFFREY HOLMES, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
WENDELL SHORT, Owner or Employee of )
HOSPICE OF THE BLUEGRASS, INC.; )
HOWARD FAMILY PHARMACY, INC.; )
WESLEY HOWARD, Owner of Employee of )
HOWARD FAMILY PHARMACY, INC.; JOHNS )
CREEK DRUG CENTER, INC.; DONNIE K. )
STARNES, Owner or Employee of JOHNS CREEK )
DRUGCENTER, INC.; JORDAN DRUG, INC. )
d/b/a JACKSON APOTHECARY and d/b/a )
BREATHITT PRESCRIPTION CENTER; KING )
PHARMACY, INC.; LESLIE SCOTT KING, Owner )
or Employee of KING PHARMACY, INC.; KNOTT )
PRESCRIPTION CENTER, INC.; CHRISTOPHER )
HALL, Owner or Employee of KNOTT )
PRESCRIPTION CENTER, INC.; CHARLES )
STUART DUFF, Owner or Employee of KNOTT )

2

PRESCRIPTION CENTER, INC.; LACKEY )
PHARMACY, INC.; MOUNTAIN )
COMPREHENSIVE HEALTH CARE d/b/a )
LEATHERWOOD-BLACKEY MEDICAL CLINIC; )
VERLON BANKS, Owner or Employee of )
MOUNTAIN COMPREHENSIVE HEALTH CARE )
d/b/a LEATHERWOOD-BLACKEY MEDICAL )
CLINIC; MANCHESTER PHARMACIST )
GROUP, LLC d/b/a FAMILY DRUG CENTER; )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; STEVE DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; ALICIA DAWSON, Owner or Employee of )
MCDOWELL PROFESSIONAL PHARMACY, )
INC.; MED-MART PHARMACY, LLC; THE )
MEDICINE SHOPPE HYDEN; RONNIE )
STEWART, Owner or Employee of THE MEDICINE )
SHOPPE HYDEN; MOUNTAIN CLINIC )
PHARMACY, LLC; BROOKS WEBB, )
Owner or Employee of MOUNTAIN CLINIC )
PHARMACY, LLC; PARKVIEW PHARMACY, )
INC.; PEJ, INC. in its own name and d/b/a )
HOMETOWN PHARMACY OF JACKSON; THE )
PLAZA PHARMACY, PLLC; POWERS )
PHARMACY, INC.; PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; DANIEL )
THIES, Owner or Employee of PROFESSIONAL )
PHARMACY OF HAZARD, PLLC; SPECIALTY )
CARE CENTER PHARMACY OF E. KENTUCKY; )
BARRY MARTIN, Owner or Employee of )
SPECIALTY CARE CENTER PHARMACY OF )
E. KENTUCKY and/or EAST MAIN STREET )
PHARMACY, LLC; ROBERT BURTON, Owner or )
Employee of SPECIALTY CARE CENTER )
PHARMACY OF E. KENTUCKY and/or EAST )
MAIN STREET PHARMACY, LLC; STALLARD'S )
PHARMACY, INC. in its own name and d/b/a )
FAMILY DRUG OF NEON; JAMES CRAIG )
STALLARD, Owner or Employee of STALLARD'S )
PHARMACY, INC. and/or FAMILY DRUG OF )
NEON; WALTERS-GRIFFIN ENTERPRISE, )
INC. d/b/a SUPERIOR DRUG; WILLIAM REED )
HALL, Owner or Employee of WALTER-GRIFFIN )
ENTERPRISES, INC. d/b/a SUPERIOR DRUG; )
ROBERT WALTERS, SR., Owner or Employee of )
WALTER-GRIFFIN ENTERPRISES, INC. d/b/a )

| | |
|---|---|
| SUPERIOR DRUG; THOMPSON DISCOUNT DRUG, INC.; F. BRITTON THOMPSON, Owner or Employee of THOMPSON DISCOUNT DRUG, INC.; VALUE RX BLUEGRASS, LLC; VALUE RX II, LLC; TODD WALTERS, Owner or Employee of VALUE RX BLUEGRASS, LLC and/or VALUE RX II, LLC; WAL-MART STORES EAST, LIMITED PARTNERSHIP; MIKE MCINTOSH, Owner or Employee of WAL-MART STORES EAST, LIMITED PARTNERSHIP; and JOHN DOE I THROUGH JOHN DOE XL, the Unknown Employees and/oor Owners of the Defendants named herein | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) ) |

**AMENDED SUR-REPLY IN OPPOSITION TO
MOTION TO REMAND**

Come the Defendants, RX Discount Pharmacy, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc., d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Broadway Clinic Pharmacy, Inc. d/b/a Medicine Cabinet Pharmacy, Community Drug of Manchester, Inc., Michael Sizemore, Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, Downtown Drug, Inc., East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Hometown Pharmacy of Jackson, LLC, Hometown Pharmacy, Inc., Joe Lewis, Doug Morgan, Howard Family Pharmacy, Inc., Wesley Howard, John's Creek Drug Center, Inc., Donnie K. Starnes, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., McDowell Professional Pharmacy, Inc., Steve Dawson, Alicia Dawson, Med-Mart Pharmacy, Inc., The Mountain Clinic Pharmacy, LLC, Brooks Webb, Parkview Pharmacy, Inc., PEJ, Inc., Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Specialty Care Center Pharmacy of E. Kentucky, Barry Martin,

4

Robert Burton, Stallard's Pharmacy, Inc., in its own name and d/b/a Family Drug of Neon, James Craig Stallard, Value RX II, LLC, and Todd Walters, (hereinafter "Defendants"), by counsel, and for their Amended Sur Reply to the Motion to Remand, states as follows:

## I. All Properly Joined and Served Defendants Consented Prior to Removal

In his Reply, Plaintiff argues that January 14, 2024 was the date by which Defendants must have consented to Removal. Plaintiff identifies December 15, 2023, as the "acknowledged service date." However, Defendant East Main Street Pharmacy, LLC would not be served for another 11 days. One attorney of record may certify consent of another Defendant.[1] As such, when the undersigned counsel consented to removal by email dated January 15, 2024[2], any "earlier served defendant [could have] consent[ed] to the removal…"[3] Plaintiff noted this position in his Reply. Additionally, Plaintiff's reading of *Loftis* squares with Defendants' argument above regarding removal by previously-served defendants.[4]

## CONCLUSION

For the foregoing reasons, and in addition to the arguments set forth in Defendants Memorandum in Opposition to Motion to Remand, Defendants request that Plaintiff's Motion to Remand be denied.

---

[1] *Harper v. AutoAlliance Intern, Inc.*, 392 F.3d 195, 201 (6th Cir. 2004).
[2] See email exchange dated January 15, 2024 attached hereto as **Exhibit A**.
[3] 28 U.S.C.A §1446.
[4] See Plaintiff's Reply at 1.

Respectfully submitted,

RICHARDSON LAW GROUP, PLLC

*/s/ R. Scott Jones*
Melissa Thompson Richardson
R. Scott Jones
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:   (859) 219-9090
Facsimile:    (859) 219-9292
Email:         Melissa@RichardsonLawGrp.com
                    SJones@RichardsonLawGrp.com
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

On March 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Masten Childers, III<br>Aaron M. Oppegard<br>Michael W. Durborow<br>Sarah E. Cooley<br>Madeleine R. Hamlin<br>Whiteford Taylor & Preston, LLP<br>161 N. Eagle Creek Drive, Suite 210<br>Lexington, KY 40509<br>mchilders@whitefordlaw.com<br>aoppegard@whitefordlaw.com<br>mdurborow@whitefordlaw.com<br>scooley@whitefordlaw.com<br>mhamlin@whitefordlaw.com<br>*Co-Counsel for Plaintiff* | Keith E. Whitson<br>Jordan N. Kelly<br>Whiteford Taylor & Preston, LLP<br>11 Stanwix Street, Suite 1400<br>Pittsburgh, PA 15222<br>kwhitson@whitefordlaw.com<br>jkelly@whitefordlaw.com<br>*Co-Counsel for Plaintiff* |

Christopher Chaisson
Whiteford Taylor & Preston, LLP
1800 M. Street NW, Suite 450 N
Washington, D.C. 20036
cchaisson@whitefordlaw.com
*Co-Counsel for Plaintiff*

Justin S. Peterson
Kellie M. Collins
Laura Jane Phelps
Peterson Law Office, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
firm@justinpetersonlaw.com
*Co-Counsel for Plaintiff*

Darryl W. Durham
Seiller Waterman, LLC
462 South Fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com
*Co-Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, Inc.*

Randall Scott May
Davidson & Associates
P.O. Drawer 986
Hazard, KY 41702
rmay@windstream,net
*Co-Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, Inc.*

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701
*Defendant*

James Shackleford
1033 Bee Hive Road
Slemp, KY 41763
*Defendant*

Sherry Sutherland
131 Sutherland Drive
Bimble, KY 40915
*Defendant*

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Slone
500 Morton Blvd.
Hazard, KY 41701
*Defendant*

Anders W. Lindberg
Stacey Richards-Minigh
Steptoe & Johnson, PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
anders.lindberg@steptoe-johnson.com
stacey.minigh@steptoe-johnson.com
*Co-Counsel for Defendants, Appalachian Regional Healthcare, Inc. in its own name and d/b/a ARH Reg. Med. Ctr. Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel
Steptoe & Johnson, PLLC
100 West Main Street, Suite 400
Lexington, KY 40507
nate.kissel@steptoe-johnson.com
*Co-Counsel for Defendants, Appalachian Regional Healthcare, Inc. in its own name and d/b/a ARH Reg. Med. Ctr. Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady*

Rebecca Wooton Napier
10664 N. KY Highway 15
Chavies, KY 41727
*Defendant*

Clayton O. Oswald
Ashley P. Hoover
Taylor, Keller & Oswald, PLLC
P.O. Box 3440
1306 West 5th Street, Suite 100
London, KY 40743
coswald@tkolegal.com
ahoover@tkolegal.com
*Counsel for Defendants, D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe; The Medicine Shoppe Hyden; and Ronnie Stewart*

David F. Latherow
Geoffrey D. Marsh
Williams, Hall & Latherow, LLP
1505 Carter Avenue, Suite 200
P.O. Box 2008
Ashland, KY 41105
dlatherow@whl-law.com
gmarsh@whl-law.com
*Counsel for Defendant, Tombert, Inc. d/b/a The Medicine Shoppe*

Randall Tracy Starnes
Kopka Pinkus Dolin, PC
301 East Main Street, Suite 400
Lexington, KY 40507
rtstarnes@kopkalaw.com
*Counsel for Defendant, Tombert, Inc. d/b/a The Medicine Shoppe*

Dssk Pharmaceutical, Inc. in its own name and d/b/a The Medicine Shoppe Hazard
c/o Danny Rose
941 North Main Street, Suite 102
Hazard, KY 41701
*Defendant*

Susan Fields
Owner or Employee of The Medicine Shoppe Hazard
120 Holly Drive
Hazard, KY 41701
*Defendant*

Jason S. Morgan
Alex W. Wilcox
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
jason.morgan@whtlaw.com
*Counsel for Defendant, Hometown Pharmacy of Hazard, LLC*

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth
2163 East Highway 30
East Bernstadt, KY 40729
*Defendant*

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729
*Defendant*

Jeffrey Holmes
Owner or Employee of Hospice of The
Bluegrass, Inc.
1733 Harrodsburg Road
Lexington, KY 40504
*Defendant*

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell
2425 Williamsburg Estates Lane
Lexington, KY 40504
*Defendant*

Gene Smallwood, Jr.
P.O. Box 40
Whitesburg, KY 41858
gslex1127@yahoo.com
*Counsel for Defendant, Mountain Comprehensive Health Care d/b/a Leatherwood-Blackey Medical Clinic*

Kyle M. Virgin
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
kyle.virgin@fmglaw.com
*Counsel for Defendants, Hospice of the Bluegrass, Inc. and Wendell Short*

Charles H. Cassis
Anthony R. Johnson
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
ccassis@goldbergsimpson.com
ajohnson@goldbergsimpson.com
*Counsel for Defendant, Jordan Drug, Inc. d/b/a Jackson Apothecary and d/b/a Breathitt Prescription Center*

The Plaza Pharmacy, PLLC
c/o Theresa Merced
1389 HWY 15 N.
Box 606
Jackson, KY 41339
*Defendant*

Verlon Banks
Owner or Employee of Mountain
Comprehensive Health Care d/b/a
Leatherwood-Blackey Medical Clinic
4236 Highway 15
Whitesburg, KY 41858
*Defendant*

9

| | |
|---|---|
| Bradley C. Hooks<br>Addison S. Thompson<br>Landrum & Shouse, LLP<br>P. O. Box 951<br>Lexington, KY 40588-0951<br>bhooks@landrumshouse.com<br>athompson@landrumshouse.com<br>*Counsel for Defendants, Walters-Griffin Enterprise, Inc. d/b/a Superior Drug; William Reed Hall, Owner or Employee of Walter-Griffin Enterprises, Inc. d/b/a Superior Drug; and Robert Walters, Sr., Owner or Employee of Walter-Griffin Enterprises, Inc. d/b/a Superior Drug* | Value RX Bluegrass, LLC<br>c/o Todd Walters<br>21 Mink Lane<br>Pineville, KY 40977<br>*Defendant* |

Jay Milby Ridings
Marcia Milby Ridings
Hamm, Milby & Ridings, PLLC
120 North Main Street
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrkylaw.com
julie@hmrkylaw.com
*Counsel for Defendants, Wal-Mart Stores East, Limited Partnership and Mike McIntosh*

*/s/ R. Scott Jones*
COUNSEL FOR DEFENDANTS

6057.008190C:\NRPortbl\Golden_and_Walters\SHALL\2409304_1.DOCX