# Nicole Lozano

| | |
|---|---|
| **From:** | Melissa Thompson Richardson |
| **Sent:** | Monday, January 15, 2024 11:55 AM |
| **To:** | Stacey Minigh; Josh Leckrone; Scott Jones; Bryan Bond |
| **Cc:** | Anders Lindberg; Rosanne Hocevar; Mattie Shuler |
| **Subject:** | RE: EAST MAIN ST- Joinder and Consent to Removal(18695119.1 SJDOCS) |

Counsel, I am in trial and cannot sign these. I have never had a situation where someone has asked me to sign something like this and I don't believe it is required by the rules for us to sign. You have permission by me for all of my clients to remove this to federal court. Please proceed.



**Melissa Thompson Richardson** | Member
771 Corporate Dr. Suite 900 | Lexington, KY 40503
Phone: (859)219-9090 | Fax: (859)219-9292
Email: **Melissa@RichardsonLawGrp.com**
Website: **www.RichardsonLawGrp.com**

 

Please consider the environment before printing this email.
NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Richardson Law Group, PLLC at (859) 219-9090 (collect) so that our address record can be corrected.

---

**From:** Stacey Minigh <Stacey.Richards-Minigh@Steptoe-Johnson.com>
**Sent:** Friday, January 12, 2024 10:42 AM
**To:** Melissa Thompson Richardson <melissa@richardsonlawgrp.com>; Josh Leckrone <jleckrone@richardsonlawgrp.com>; Scott Jones <sjones@richardsonlawgrp.com>; Bryan Bond <BBond@richardsonlawgrp.com>
**Cc:** Anders Lindberg <Anders.Lindberg@steptoe-johnson.com>; Rosanne Hocevar <Rosanne.Hocevar@Steptoe-Johnson.com>; Mattie Shuler <Mattie.Shuler@Steptoe-Johnson.com>
**Subject:** EAST MAIN ST- Joinder and Consent to Removal(18695119.1 SJDOCS)

*[External Email: Please use caution when opening attachments and links from external senders.]*

Melissa:

Attached please find a Joinder and Consent to Removal. If it meets with your approval, please execute it and return a scanned copy to me.

Thanks,

**EXHIBIT A**

Stacey


**Stacey Richards-Minigh**
Steptoe & Johnson PLLC
P.O. Box 2195, Huntington, WV 25722-2195
*Overnight*
825 Third Avenue, Ste. 400
Huntington, WV 25701
O: 304-526-8144 F: 304-526-8089 C: 304-691-3471
Assistant:  Lisa Ruley 304-526-8087


stacey.minigh@steptoe-johnson.com
www.steptoe-johnson.com



---

Steptoe & Johnson PLLC Note:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.