UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

*ELECTRONICALLY FILED*

**JAMES A. CHANEY,**                                                                                                  **PLAINTIFF**

**V.**

**CVS PHARMACY, INC., et al.**                                                                              **DEFENDANTS**

**MOTION FOR ANCIL G. RAMEY TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.2 of the Joint Local Rules for the Eastern and Western Districts of Kentucky, Ancil G. Ramey ("Applicant") respectfully moves the Court to grant his admission *pro hac vice* to the United States District Court for the Eastern District of Kentucky to represent Defendants, Appalachian Regional Healthcare and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy, Helen Herald, and Hollie Harris a/k/a Hollie Crady ("ARH Defendants") in the above referenced matter.

1.   Applicant is an attorney with Steptoe and Johnson PLLC, 825 Third Avenue, Suite 400, Huntington, West Virginia 25701, (304) 526-8133, ancil.ramey@steptoe-johnson.com.

2.   Applicant is admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States courts and state courts:

> State of West Virginia, 1983, Bar No. 3013.
> Supreme Court of the United States, 2000.
> United States Court of Appeals for the Fourth Circuit, 1997.
> United States District Court for the Northern District of West Virginia, 2004.
> United States District Court for the Southern District of West Virginia, 1983.

3.   Applicant has never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. Applicant has never received

a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4. Applicant has attached a Certificate of Good Standing that was issued no more than 90 days before the date of this motion from the highest court of the state in which Applicant is a resident. *See* Certificate of Good Standing, attached as **Exhibit A.**

5. Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed ECF training by viewing the website tutorial.

7. With this motion, Applicant tenders the required *pro hac vice* motion fee of $125.00.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order granting Ancil G. Ramey leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 27, 2024.

>                                    */s/ Anders W. Lindberg and Ancil G. Ramey*
>                                    Anders W. Lindberg (KY Bar No. 93983)
>                                    Stacey Richards-Minigh (KY Bar No. 91969)
>                                    Ancil G. Ramey (Applicant for *Pro Hac Vice* Admission)
>                                    STEPTOE & JOHNSON PLLC
>                                    825 Third Avenue, Suite 400
>                                    Huntington, West Virginia 25701
>                                    (304) 526-8149
>                                    (304) 526-8089 (Fax)
>
>                                    Nathaniel R. Kissel (Ky. Bar No. 93162)
>                                    STEPTOE & JOHNSON PLLC
>                                    100 W. Main Street, Suite 400
>                                    (859) 219-8200
>                                    (859) 255-6903 (Fax)

19499408.2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

*ELECTRONICALLY FILED*

**JAMES A. CHANEY,**                                                                                    **PLAINTIFF**

**V.**

**CVS PHARMACY, INC., et al.**                                                              **DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2024, a copy of the foregoing **"Motion to Appear *Pro Hac Vice*"** was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and U.S. Mail, postage prepaid. Parties may access this filing through the Court's system:

| | |
|---|---|
| Masten Childers, III, Esq.<br>Aaron M. Oppegard, Esq.<br>Michael W. Durborow, Esq.<br>Sarah E. Cooley, Esq.<br>Madeleine R. Hamlin, Esq.<br>WHITEFORD TAYLOR & PRESTON, LLP<br>161 N. Eagle Creek Dr., Suite 210<br>Lexington, Kentucky 40509<br>mchilders@whitefordlaw.com<br>aoppegard@whitefordlaw.com<br>mdurborow@whitefordlaw.com<br>scooley@whitefordlaw.com<br>mhamlin@whitefordlaw.com<br>*Counsel for Plaintiff* | WHITEFORD TAYLOR & PRESTON, LLP<br>1800 M Street NW, Suite 450N<br>Washington, District of Columbia 20036<br>*Co-Counsel for Plaintiff*<br><br>Justin S. Peterson, Esq.<br>Kellie M. Collins, Esq.<br>Laura Jane Phelps, Esq.<br>PETERSON LAW OFFICE, PLLC<br>2424 Harrodsburg Road, Suite 205<br>Lexington, Kentucky 40503<br>justin@justinpetersonlaw.com<br>kellie@justinpetersonlaw.com<br>laurajane@justinpetersonlaw.com<br>*Co-Counsel for Plaintiff* |
| Keith E. Whitson, Esq.<br>Jordan N. Kelly, Esq.<br>WHITEFORD TAYLOR & PRESTON, LLP<br>11 Stanwix Street, Suite 1400<br>Pittsburgh, Pennsylvania 15222<br>kwhitson@whitefordlaw.com<br>jkelly@whitefordlaw.com<br>*Co-Counsel for Plaintiff*<br>Christopher Chaisson, Esq. | Gene Smallwood, Esq.<br>P.O. Box 40<br>Whitesburg, KY 41858<br>Gslex1127@yahoo.com<br>*Counsel for Mountain Comprehensive Health<br>Corporation d/b/a<br>Leatherwood-Blackey Medical Clinic* |

3

19499408.2

| | |
|---|---|
| Darryl W. Durham, Esq.<br>Seiller Waterman, LLC<br>462 South Fourth Street, 22nd Floor<br>Louisville, KY 40202<br>ddurham@derbycitylaw.com<br>*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.* | Bradley C. Hooks<br>Addison S. Thompson<br>Landrum & Shouse, LLP<br>P.O. Box 951<br>Lexington, KY 40588-0951<br>bhooks@landrumshouse.com<br>athompson@landrumshouse.com<br>*Counsel for Walters-Griffin Enterprise Inc. d/b/a Superior Drug and Robert Walters, Sr.* |
| Randall Scott May<br>Davidson & Associates<br>Post Office Drawer 986<br>Hazard, KY 41702<br>rmay@windstream.net<br>*Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, L.L.C.* | Clayton O. Oswald<br>Ashley P. Hoover<br>Taylor, Keller & Oswald, PLLC<br>P.O. Box 3440<br>1306 W. 5th St., Suite 100<br>London, KY 40743-3440<br>coswald@tkolegal.com<br>ahoover@tkolegal.com<br>*Counsel for D.B. Coyle Enterprises, Inc. d/b/a The Medicine Shoppe, The Medicine Shoppe of Hyden* |
| Jay Milby Ridings, Esq.<br>Marcia Milby Ridings, Esq.<br>Hamm, Milby & Ridings PLLC<br>120 N. Main St.<br>London, KY 40741<br>jridings@hmrkylaw.com<br>marcia@hmrkylaw.com<br>*Counsel for Defendants Walmart Stores East, L.P. and Mike McIntosh* | |
| Kyle M. Virgin, Esq.<br>Freeman Mathis & Gary, LLP<br>2525 Harrodsburg Road, Suite 500<br>Lexington, KY 40504<br>Kyle.virgin@fmglaw.com<br>*Counsel for Defendant Hospice of the Bluegrass, Inc., Jeffrey Holmes, and Wendell Short* | Charles H. Cassis<br>Anthony R. Johnson<br>Goldberg Simpson, LLC<br>Norton Commons<br>9301 Dayflower Street<br>Prospect, KY 40059<br>*Counsel for Defendant Jordan Drug, Inc.* |
| Joshua J. Leckrone<br>Richardson Law Group, PLLC<br>334 Beechwood Road, Suite 304<br>Ft. Mitchell, KY 41017<br>josh@RichardsonLawGrp.com<br>*Counsel for Defendants Thompson Discount Drug, Inc. and F. Britton Thompson* | Melissa Thompson Richardson<br>Richardson Law Group, PLLC<br>771 Corporate Drive, Suite 900<br>Lexington, KY 40503<br>Melissa@RichardsonLawGrp.com<br>*Counsel for Brooks Webb, The Mountain Clinic Pharmacy, McDowell Professional Pharmacy, Steve Dawson, Alicia Dawson, Donnie K. Starnes, John's Creek Drug Center Inc., Hometown Pharmacy Inc., Hometown Pharmacy of Hazard, LLC, Doug Morgan, Joe Lewis, RX Discount Pharmacy, Inc., Richard K. Slone, RX Discount Pharmacy of Harlan County, Inc. d/b/a Clay Discount Pharmacy, Boggs Pharmacy, Inc., Michael Sizemore,* |

4

19499408.2

| | |
|---|---|
| *Community Drug of Manchester, Inc., Med-Mart Pharmacy, Inc., Complete Care Pharmacy, PLLC, Cynthia Williams, Lori Johnson, East Main Street Pharmacy, LLC, Dachea Wooten, Family Pharmacy of Jackson, Harlan Medical Center Pharmacy, Inc., Ernest Watts, Brian Key, Howard Family Pharmacy, Inc., Wesley Howard, King Pharmacy, Inc., Leslie Scott King, Knott Prescription Center, Inc., Christopher "Todd" Hall, Charles Stuart Duff, Lackey Pharmacy, Inc., Verlon Banks, Parkview Pharmacy, Inc., PEJ, Inc., Hometown Pharmacy of Jackson, Powers Pharmacy, Inc., Professional Pharmacy of Hazard, PLLC, Daniel Thies, Barry Martin, Specialty Care Center Pharmacy of E. Kentucky, Robert Burton, Stallard's Pharmacy, Inc., James Craig Stallard, Value RX II, LLC, Todd Walters, and Downtown Drug, Inc.* | Sherry Sutherland<br>131 Sutherland Dr.<br>Bimble, KY 40915-6131 |

David F. Latherow
Geoffrey D. Marsh
Williams, Hall & Latherow, LLP
1505 Carter Avenue, Suite 200
P.O. Box 2008
Ashland, KY 41105-2008
dlatherow@whl-law.com
gmarsh@whl-law.com
*Counsel for Tombert, Inc.*
R. Tracy Starnes
Kopka Pinkus Dolin, PC
301 E. Main Street
Lexington, KY 40507
*Counsel for Tombert, Inc.*

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Rebecca Wooten Napier
10664 N Ky Highway 15
Chavies, KY 41727

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

Susan Fields
120 Holly Drive
Hazard, KY 41701

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Matthew Hutera
c/o Hometown Pharmacy of Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell, Registered Agent

2425 Williamsburg Estates Ln
Lexington, KY 40504

Ronnie Stewart
16 Hickory Street
Hyden, KY 41749

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 HWT 15 N.
Box 606
Jackson, KY 41339

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

/s/ *Anders W. Lindberg*

6

19499408.2