# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

Ancil G. Ramey - WVSB ID# 3013

This is to certify that, according to the records of the West Virginia State Bar, Ancil G. Ramey, of Huntington, WV, was admitted to practice law by the Supreme Court of Appeals of WV on May 17, 1983.

According to the records of the West Virginia State Bar, as of March 26, 2024, Ancil G. Ramey is currently an Active Attorney Member in good standing with the West Virginia State Bar.

*Mary Jane Pickens*

Mary Jane Pickens, Esquire
Executive Director
The West Virginia State Bar