UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:24-CV-07-REW-HAI

*ELECTRONICALLY FILED*

| | |
|---|---|
| **JAMES A. CHANEY,** | **PLAINTIFF** |
| V. | |
| **CVS PHARMACY, INC., et al.** | **DEFENDANTS** |

ORDER GRANTING
MOTION FOR ANCIL G. RAMEY TO APPEAR *PRO HAC VICE*

Defendants Appalachian Regional Healthcare, Inc. and d/b/a ARH Regional Medical Center Pharmacy and ARH Community Pharmacy; Helen Herald; and Hollie Harris a/k/a Hollie Crady ("ARH Defendants"), having filed a *Motion for Ancil G. Ramey to Appear Pro Hac Vice*, the Court having reviewed the record, and otherwise being sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to Joint Local Rule 83.2, Ancil G. Ramey is **GRANTED** permission to appear and participate as counsel for ARH Defendants *pro hac vice*.

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
JUDGE

20168858.1