UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

|                              |     |                          |
|------------------------------|-----|--------------------------|
| JAMES A. CHANEY,             | )   |                          |
|                              | )   | No. 6:24-CV-07-REW-HAI   |
| Plaintiff,                   | )   |                          |
|                              | )   |                          |
| v.                           | )   | ORDER                    |
|                              | )   |                          |
| CVS PHARMACY, INC., *et al*., | )   |                          |
|                              | )   |                          |
| Defendants.                  | )   |                          |
|                              | )   |                          |

*** *** *** ***

The "ARH Defendants" have moved to admit Ancil G. Ramey to appear *pro hac vice*.  D.E.

86.  Having determined that these filings meet the requirements in Joint Local Civil Rule 83.2, the

Court **HEREBY GRANTS** Defendants' motion (D.E. 86).

This the 28th day of March, 2024.

Signed By:

*Hanly A. Ingram*

**United States Magistrate Judge**

1