UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 6:24-CV-7-REW-HAI |
| CVS PHARMACY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF ENTRY OF APPEARANCE

Undersigned counsel respectfully submits her entry of appearance in the above-styled action as counsel on behalf of Defendant Tombert, Inc. d/b/a Tom's Family Pharmacy and requests that all future pleadings, notices and other filings be served upon her. Undersigned counsel is an attorney in good standing who is licensed to practice law in the state of Kentucky, and she is admitted to practice law in this Court.

Respectfully submitted,

*/s/ Diane M. Laughlin*
Diane M. Laughlin
Blackburn Domene & Burchett, PLLC
614 W. Main Street, #3000
Louisville, KY 40202
(502) 584-1600
dlaughlin@bdblawky.com
*Counsel for Defendant Tombert, Inc. d/b/a Tom's Family Pharmacy*

## CERTIFICATE OF SERVICE

I certify that on April 12, 2024, I filed the foregoing *via* the Court's CM/ECF electronic filing system, which will serve notice to all counsel of record and that a true and accurate copy of the foregoing was served by U.S. mail on the following:

Ryan McGrainer
c/o CVS Pharmacy
30 South Kentucky Highway 15
Hazard, KY 41701

James Shackleford
1033 Bee Hive Rd.
Slemp, KY 41763-8910

Sherry Sutherland
131 Sutherland Dr.
Bimble, KY 40915-6131

Rebecca Wooten Napier
10664 N Ky Highway 15
Chavies, KY 41727

William Reed Hall
74 Ohio Street
Whitesburg, KY 41858

Susan Fields
120 Holly Drive
Hazard, KY 41701

Ronnie Stewart
16 Hickory Street
Hyden, KY 41749

Value RX Bluegrass, LLC
c/o Todd Walters, Registered Agent
21 Mink Lane
Pineville, KY 40977

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross St.
Flemingsburg, KY 41041

DSSK Pharmaceutical, Inc. and
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Slone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Manchester Pharmacist Group, LLC
d/b/a Family Drug Center
c/o Justin Bell, Registered Agent
2425 Williamsburg Estates Ln
Lexington, KY 40504

The Plaza Pharmacy, PLLC
c/o Theresa Merced, Registered Agent
1389 HWT 15 N.
Box 606
Jackson, KY 41339

*/s/ Diane M. Laughlin*
*Counsel for Defendant Tombert, Inc. d/b/a*
*Tom's Family Pharmacy*