**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**CASE NO. 6:24-CV-00007**

JAMES A. CHANEY                                                                                           PLAINTIFF

vs.                                         **NOTICE OF WITHDRAWAL**

CVS PHARMACY, INC., et al.                                                                         DEFENDANTS

********************************

      Notice is hereby given that Randall Tracy Starnes, and the firm, Kopka Pinkus Dolin, PC, 301 East Main Street, Suite 400, Lexington, Kentucky 40507, withdraws as counsel for the Defendant, Tombert, Inc.  Counsel requests to be removed from further mailings or electronic service in this matter.

      Respectfully submitted,

      KOPKA PINKUS DOLIN, PC
      301 E. Main Street
      Lexington, KY 40507
      Tel: (859) 368-8999
      Fax: (859) 368-3772

      */s/ R. Tracy Starnes*_____
      RANDALL TRACY STARNES
      rtstarnes@kopkalaw.com (KBA # 91420)
      *Counsel for the Defendant, Tombert, Inc.*

## CERTIFICATE OF SERVICE

  This is to certify that the foregoing has been served via electronic means and U.S. mail, postage pre-paid, upon the following:

Masten Childers, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeline R. Hamlin, Esq.
Whiteford Taylor & Preston, LLP
161 N. Eagle Creek Dr., Suite 210
Lexington, KY 40509
mchilders@whitefordlaw.com
aoppogard@whitefordlaw.com
mdurborow@whitefordlaw.com
scooley@whitefordlaw.com
mhamlin@whitefordlaw.com
*Counsel for Plaintiff*

Keith E. Whitson, Esq.
Jordan N. Kelly, Esq.
Whiteford Taylor & Preston, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
kwhitson@whitefordlaw.com
jkelly@whitefordlaw.com
*Co-Counsel for Plaintiff*

Anders W. Lindberg, Esq.
Stacey Richards-Minigh, Esq.
Steptoe & Johnson, PLLC
825 Third Avenue, Suite 400
Huntington, WV 25701
anders.lindberg@steptoe-johnson.com
stacey.minigh@steptoe-johnson.com
*Counsel for Defendants, Appalachian Regional Healthcare, Inc. d/b/a ARH Regional Medical Center Pharmacy, Helen Herald, and Hollie Harris d/b/a Hollie Crady*

Christopher Chaisson, Esq.
Whiteford Taylor & Preston, LLP
1800 M. Street NW, Suite 450N
Washington, District of Columbia 20036
cchaisson@whitefordlaw.com
*Co-Counsel for Plaintiff*

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
Peterson Law Office, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, KY 40503
justin@justinpetersonlaw.com
kellie@justinpetersonlaw.com
laurajane@justinpetersonlaw.com
*Co-Counsel for Plaintff*

Randell Scott May
Davidson & Assocaites
Post Office Drawer 986
Hazard, KY 41702
rmay@windstream.net
*Counsel for Defendants, CVS Pharmacy, Inc. And Kentucky CVS Pharmacy, LLC*

Nathaniel R. Kissel, Esq.
Steptoe & Johnson, PLLC
100 W. Main Street, Suite 400
Lexington, KY 40507
nate.kissel@steptoe-johnson.com
*Counsel for Defendants, Appalachian Regional Healthcare, Inc. d/b/a ARH Regional Medical Center Pharmacy, Helen Herald, and Hollie Harris d/b/a Hollie Crady*

Jay Milby Ridings, Esq.
Marcia Milby Ridings, Esq,
Hamm, Milby & Ridings, PLLC
120 N. Main Street
London, KY 40741
jridings@hmrkylaw.com
marcia@hmrklaw.com
*Counsel for Defendants, Walmart
Stores East, LP and Mike McIntosh*

Kyle M. Virgin
Freeman, Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
kyle.virgin@fmglaw.com
*Counsel for Defendant, Hospice
of the Bluegrass, Inc.*

Sherry Sutherland
131 Sutherland Drive
Bimble, KY 40915-6131

Rebecca Wooton Napier
10664 N. KY Highway 15
Chavies, KY 41727

Lori Johnson
59 Lauren Paige Lane
Hazard, KY 41701

R/X Discount Pharmacy of Harlan Co., Inc
d/b/a Clay Discount Pharmacy
c/o Richard K. Stone
306 Morton Blvd.
P.O. Box 7157
Hazard, KY 41702

Community Drug of Manchester, Inc.
c/o Carlo Wessels, Registered Agent
250 Grandview Drive, Suite 500
Fort Mitchell, KY 41017

Gene Smallwood, Esq.
P.O. Box 40
Whitesburg, KY 41858
*Counsel for Mountain Comprehensive
Health Corporation d/b/a Leatherwood
Blackey Medical Clinic*

Darryl W. Durham
Seiller Waterman, LLC
462 South Fourth Street, 22nd Floor
Louisville, KY 40202
ddurham@derbycitylaw.com
Counsel for Defendants, CVS Pharmacy, Inc. and Kentucky CVS Pharmacy, LLC

James Shackleford
1033 Bee Hive Road
Stemp, KY 41763-8910

R/X Discount Pharmacy, Inc.
c/o Richard K. Stone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

R/X Discount Pharmacy of Hazard, Inc.
c/o Richard K. Stone, Registered Agent
500 Morton Blvd.
Hazard, KY 41701

Richard K. Stone
4736 Possum Trot Road
Leburn, KY 41831

Boggs Pharmacy, Inc.
P.O. Box 474
Jenkins, KY 41537

Broadway Clinic Pharmacy, Inc.
d/b/a Medicine Cabinet Pharmacy
c/o Timothy S. Eldridge, Registered Agent
114 N. Main Cross Street
Flemingsburg, KY 41041

Michael Sizemore
5460 Slate Lick Road
London, KY 40741

Cynthia R. Williams
55 Lindsey Lane
Hazard, KY 41701

Downtown Drug, Inc.
c/o Melissa Samons, Registered Agent
90 Triangle Street
Martin, KY 41649

Susan Fields
120 Holly Drive
Hazard, KY 41701

Dachea Wooten
555 Ridgeway Way
Hazard, KY 41701

Family Pharmacy of Jackson
265 Highway 15 South, Suite 2
Jackson, KY 41339

Ernest J. Watts
33 Blue Spruce Ridge
Hazard, KY 41701

Hometown Pharmacy of Hazard, LLC
c/o Derek Lewis, Registered Agent
221 East Main Street
Hazard, KY 41701

Hometown Pharmacy, Inc.
c/o. Derek Lewis, Registered Agent
130 Highway 80
P.O. Box 1746
Hyden, KY 41749

Hometown Pharmacy of Manchester, LLC
c/o Robert Goforth, Registered Agent
2163 East Highway 30
East Bernstadt, KY 40729

Complete Care Pharmacy, PLLC
c/o Cynthia R. Williams, Registered Agent
572 Morton Blvd.
Hazard, KY 41701

Tombert, Inc. d/b/a The Medicine Shoppe
c/o Thomas D. Detraz
815 Country Club Lane
Hopkinsville, KY 42240

DSSK Pharmaceutical, Inc.
d/b/a The Medicine Shoppe Hazard
c/o Danny Rose, Registered Agent
941 North Main Street, Suite 102
Hazard, KY 41701

East Main Street Pharmacy, LLC
c/o Barry Martin, Registered Agent
101 Town and Country Lane, Suite 101
Hazard, KY 41701

Harlan Medical Center Pharmacy, Inc.
c/o Earnest J. Watts, Registered Agent
2354 Highway 15
Whitesburg, KY 41858

Brian Key
59 Watertower Lane
Hardinsburg, KY 40143

Hometown Pharmacy of Jackson, LLC
95 Jackson Heights
Jackson, KY 41339

Joe Lewis
1302 N. Franklin Road
Indianapolis, IN 46219

Doug Morgan
105 Grapevine Place
Hazard, KY 41701

4

Matthew Hutera
c/o Hometown Pharmacy of
Manchester, LLC
2163 East Highway 30
East Bernstadt, KY 40729

Howard Family Pharmacy, Inc.
c/o Wesley W. Howard, Registered Agent
1453 Prater Fork
Hueysville, KY 41640

Johns Creek Drug Center, Inc.
c/o Donnie K. Starnes, Registered Agent
181 Starnes Drive
Pikeville, KY 41501

Jo Drug, Inc.
FBT LLC Lexington
2700 Lexington Financial Center
Lexington, KY 40507-1742

Leslie Scott King
239 Artie Way
Hazard, KY 41701

Christopher Hall
c/o Knott Prescription Center, Inc.
59 West Highway 80, Suite 1
Hindman, KY 41822

Lackey Pharmacy, Inc.
c/o Alora Warren, Registered Agent
2400 Abbeywood Road
Lexington, KY 40515

Manchester Professional Pharmacy, Inc.
c/o Stephen Gregory Dawson,
Registered Agent
Rt. 122, Box 700
McDowell, KY 41647

Mountain Clinic Pharmacy, LLC
c/o Brooks Webb, Registered Agent
1904 North Main Street

Jeffrey Holmes
1733 Harrodsburg Road
Lexington, KY 40504

Wendell Short
137 River Oak Circle
London, KY 40744

Wesley Howard
P.O. Box 1651
Harlan, KY 40831

Donnie K. Starnes
181 Starnes Drive
Pikeville, KY 41501

King Pharmacy, Inc.
c/o Leslie Scott, Registered Agent
900 Morton Blvd.
Hazard, KY 41701

Knott Prescription Center, Inc.
c/o Todd Hall, Registered Agent
59 West Highway 80, Suite 1
Hindman, KY 41701

Charles Stuart Duff
538 Ridgeview Way
Hazard, KY 41701

Verlon Banks
4236 Highway 15
Whitesburg, KY 41858

Steve Dawson
230 Frasure Creek
McDowell, KY 41647

Brooks Webb
3903 Wentworth Place
Lexington, KY 40515

Hazard, KY 41701

Parkview Pharmacy, Inc.  
c/o Valerie Akers  
8274 KY Route 122  
Minnie, KY 41651

PEJ, Inc.  
c/o Everett L. Dunaway, Registered Agent  
265 Kentucky Highway 15 South, Suite 2  
Jackson, KY 41339

The Plaza Pharmacy, PLLC  
c/o Theresa Merced, Registered Agent  
1389 Highway 15 N.  
Box 606  
Jackson, KY 41339

Powers Pharmacy, Inc.  
c/o David Powers, Registered Agent  
73 #1 Hill  
P.O. Box 66  
Burdine, KY 41517

Professional Pharmacy of Hazard, PLLC  
c/o Daniel Glen Thies, Registered Agent  
233 Orchard Street  
Hazard, KY 41701

Daniel Thies  
69 Phoenix Place Blvd. 96  
Hazard, KY 41701

Barry Martin  
3845 Regal Quite Lane  
Lexington, KY 40509

Specialty Care Center Pharmacy of E. KY  
c/o Lori M. Hayden, Registered Agent  
11910 Berry Hill Road  
Louisville, KY 40243

Stallard's Pharmacy, Inc.  
c/o James Craig Stallard, Registered Agent  
972 Highway 317  
Neon, KY 41840

Robert Burton  
1814 Clear Creek Road  
Hazard, KY 41701

Walters-Griffin Enterprise, Inc.  
d/b/a Superior Drug  
c/o Robert J. Walters, Sr.  
P.O. Box 2290  
359 Hazard Road  
Whitesburg, KY 41858

James Craig Stallard  
1063 Dairy Hollow  
Jenkins, KY 41537

William Reed Hall  
74 Ohio Street  
Whitesburg, KY 41858

Robert Walters, Sr.  
58 Anderson Street  
Jenkins, KY 41537

Thompson Discount Drug, Inc.  
c/o F. Britton Thompson, Registered Agent  
810 East 4th Street  
London, KY 40741

F. Britton Thompson  
918 East 4th Street  
London, KY 40741

Value RX Bluegrass, LLC  
c/o Todd Walters, Registered Agent  
21 Mink Lane  
Pineville, KY 40977

Value RX II, LLC  
c/o Todd Walters, Registered Agent  
21 Mink Lane  
Pineville, KY 40977

Todd Walters  
21 Mink Lane  
Pineville, KY 40977

Ryan McGrainer  
c/o CVS Pharmacy  
30 South Kentucky Highway 15  
Hazard, KY 41701

on this the 12th day of April, 2024.

                                      */s/ R. Tracy Starnes*_____  
                                      R. TRACY STARNES