UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION OF LONDON
*ELECTRONICALLY FILED*

JAMES A. CHANEY,          :

                        :

PLAINTIFF,            :     Civil Action No.  6:24-cv-00007-REW-HAI
v.                          :

                        :

CVS PHARMACY, INC. ET AL. ,   :

                        :

DEFENDANTS.         :

## NOTICE OF ENTRY OF APPEARANCE

All parties please take notice that Licha H. Farah, Jr., attorney with the law offices of Ward, Hocker & Thornton, PLLC, 333 West Vine Street, Suite 1100, Lexington, KY 40507, hereby enters his appearance as counsel for Defendant, Hometown Pharmacy of Hazard, LLC and Hometown Pharmacy, Inc. Please include the undersigned on any future documents, pleadings and/or electronic correspondences.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**

333 W. Vine Street, Ste. 1100
Lexington, KY 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001

By:  */s/ Licha H. Farah, Jr.*
      LICHA H. FARAH, JR.
      *Counsel for Hometown Pharmacy of*
      *Hazard, LLC*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system and the foregoing was sent electronically through the Court's CM/ECF system to counsel of record.


*/s/ Licha H. Farah, Jr.*
LICHA H. FARAH, JR.

4858-8764-4600, v. 1