*ELECTRONICALLY FILED*

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC., et al. | ) | DEFENDANTS |

**MOTION FOR ADMISSION PRO HAC VICE**

Comes now counsel for Plaintiff James A. Chaney, Masten Childers, III, a member of the State Bar of Kentucky and a member of the bar of this Court in good standing, and respectfully moves this Court, pursuant to Local Rule 83.2 for the admission pro hac vice of Keith Whitson to represent James A. Chaney in this matter as co-counsel. In support of this Motion, movant has attached hereto the Affidavit of Keith E. Whitson and the Affidavit of the undersigned counsel, Masten Childers, III.[1]

Mr. Whitson is an attorney with the law office of Whiteford, Taylor & Preston, LLP, is a member in good standing with the Commonwealth of Pennsylvania and the States of New York, Ohio, and West Virginia Bars and on April 29, 2024 paid the prescribed pro hac vice admission fee to the Clerk of the Court so that he could be granted leave by the Court to appear pro hac vice in this particular case.

This the 29th day of April, 2024.

[1] See the Affidavit of Keith E. Whitson, attached hereto and identified as Exhibit 1 and the Affidavit of Masten Childers, III, attached hereto and identified as Exhibit 2.

Respectfully submitted,

*/s/ Masten Childers, III*
Masten Chiders, III, Esq.
Aaron M. Oppegard, Esq.
Michael W. Durborow, Esq.
Sarah E. Cooley, Esq.
Madeleine R. Hamlin, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
161 North Eagle Creek Drive, Suite 210
Lexington, KY 40509
Telephone: (859) 687-6699
Facsimile: (859) 263-3239
Email: mchilders@whitefordlaw.com
Email: aoppegard@whitefordlaw.com
Email: mdurborow@whitefordlaw.com
Email: scooley@whitefordlaw.com
Email: mhamlin@whitefordlaw.com

-AND-

Keith E. Whitson, Esq.
Jordan N. Kelly, Esq.
(Motion for *pro hac vice* forthcoming)
WHITEFORD, TAYLOR & PRESTON, LLP
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Telephone: (412) 618-5600
Facsimile: (412) 281-0959
Email: kwhitson@whitefordlaw.com
Email: jkelly@whitefordlaw.com

-AND-

Christopher Chaisson, Esq.
(Motion for pro hac vice forthcoming)
WHITEFORD, TAYLOR & PRESTON, LLP
1800 M Street NW, Suite 450N
Washington, DC 20036
Telephone: (202) 836-8485
Facsimile: (202) 327-6135
Email: cchaisson@whitefordlaw.com

-AND-

Justin S. Peterson, Esq.
Kellie M. Collins, Esq.
Laura Jane Phelps, Esq.
PETERSON LAW OFFICE, PLLC
2424 Harrodsburg Road, Suite 205
Lexington, KY 40503
Telephone: (859) 469-6390
Facsimile: (859) 469-6391
Email: justin@justinpetersonlaw.com
Email: kellie@justinpetersonlaw.com
Email: laurajane@justinpetersonlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2024, the foregoing was filed with the clerk using the Court's CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Masten Childers, III*
*Counsel for Plaintiff*