UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC., et al. | ) | DEFENDANTS |

## AFFIDAVIT OF KEITH E. WHITSON

Before me, the undersigned authority, on this day personally appeared Keith E. Whitson, known to me to be a credible person, who on his oath under penalty of perjury, states as follows:

1. My name is Keith E. Whitson. I am over 21 years of age, of sound mind and otherwise competent to make this Affidavit.

2. I am a Partner with the law office of Whiteford, Taylor & Preston, LLP at 11 Stanwix Street, Suite 1400, Pittsburgh, PA 15222.

3. I am a member in good standing in the Bars of the Commonwealth of Pennsylvania and the States of New York, Ohio, and West Virginia.

4. I have never been suspended, disbarred, or disciplined in any jurisdiction as a result of a disciplinary charge, investigation, or proceeding.

5. There are no disciplinary proceedings presently pending against me.

6. I request permission to appear on behalf of the Plaintiff, James A. Chaney, along with local counsel, Masten Childers, III, in the above-styled matter.

7. Pursuant to LR 83.2(a)(3), I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

8. I have received training from other U.S. District Courts on the use of the Courts' electronic filing system, as well as in-house training on the use of the Courts' electronic filing systems and have reviewed with my assistants and staff this Court's electronic filing guidelines and requirements. I have experience in the use of such systems to retrieve and file documents in federal district courts.

9. I am familiar with the laws and facts relating to the subject matter of this litigation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KEITH E. WHITSON

COMMONWEALTH OF PENNSYLVANIA )
                             ) SS:
COUNTY OF Allegheny          )

Subscribed, sworn to and acknowledged before me, a Notary Public, by Keith E. Whitson this the 29th day of April, 2024.

My commission expires: March 17, 2026

_____
NOTARY PUBLIC
ID#_____

Commonwealth of Pennsylvania - Notary Seal
Lela M. Lescallette, Notary Public
Allegheny County
My commission expires March 17, 2026
Commission number 1186871
Member, Pennsylvania Association of Notaries