*ELECTRONICALLY FILED*

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC., et al. | ) | DEFENDANTS |

## AFFIDAVIT OF MASTEN CHILDERS, III

Comes the Affiant, Masten Childers, III, being first duly sworn, deposes and states as follows:

1. I am a member of the law firm of Whiteford, Taylor, & Preston, LLP, and counsel for the Plaintiff, James A. Chaney.

2. I am a member in good standing of the State Bar of Kentucky, and I am also admitted to practice in the Eastern and Western Districts of Kentucky.

3. I respectfully submit this Affidavit in support of the Motion for Admission of Pro hac vice pursuant to Local rule 83.2(a) for Keith E. Whitson to be permitted to argue and try in whole or in part, the above-captioned case on behalf of the Plaintiff, James A. Chaney.

4. The Affidavit of Keith E. Whitson is attached hereto.

5. Keith E. Whitson is admitted to practice in the Commonwealth of Pennsylvania and the States of New York, Ohio, and West Virginia.

6. Keith E. Whitson is familiar with the requirements of the Local Rules of this Court and the rules of the Supreme Court of Kentucky governing professional conduct and particularly, that upon admission, he becomes subject to the disciplinary jurisdiction of this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MASTEN CHILDERS, III

COMMONWEALTH OF KENTUCKY      )
                              )SS:
COUNTY OF FAYETTE             )

Subscribed, sworn to and acknowledged before me, a Notary Public, by Masten Childers, III this the 15 day of April, 2024.

My commission expires: 04/19/2028

_____
NOTARY PUBLIC
ID# KYNP5230