*ELECTRONICALLY FILED*

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | | |
|---|---|---|
| JAMES A. CHANEY | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 6:24-cv-00007-REW-HAI |
| | ) | |
| CVS PHARMACY, INC., et al. | ) | DEFENDANTS |

## ORDER

Counsel for the Plaintiff, James A. Chaney, filed a motion for attorney Keith E. Whitson to appear *pro hac vice*. The Court having considered the matter and finding that the requirements of Local Rule 83.2 are satisfied, it is hereby

**ORDERED** that the motion to appear *pro hac vice* of Keith E. Whitson is hereby GRANTED.

Dated this the ____ day of _____ , 2024.