UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| JAMES A. CHANEY, | )<br>)<br>) No. 6:24-CV-07-REW-HAI |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| CVS PHARMACY, INC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff James A. Chaney has moved to admit Keith Whitson to appear *pro hac vice*. D.E. 93. Having determined that these filings meet the requirements in Joint Local Civil Rule 83.2, the Court **HEREBY GRANTS** Plaintiff's motion (D.E. 93).

This the 29th day of April, 2024.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1