UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE NUMBER:  6:24-CV-00007-REW-HAI
*Electronically Filed*

JAMES A. CHANEY                                                                                              PLAINTIFF

v.                                    NOTICE OF CHANGE OF ADDRESS

CVS PHARMACY, ET AL                                                                              DEFENDANTS

* * * * *

Please take notice that Landrum & Shouse LLP has moved effective immediately.

Our new location and mailing address is:

    Landrum & Shouse LLP
    300 West Vine Street, Suite 1100
    Lexington, KY  40507

Our office phone number, fax number and email address will remain the same.

Please update your records to reflect this address change.

    Respectfully submitted,

    BRADLEY C. HOOKS (KBA 87098)
    ADDISON S. THOMPSON (KBA 99647)
    SAVANNAH G. TOLLE (KBA 99888)
    LANDRUM & SHOUSE LLP
    300 West Vine Street, Suite 1100
    Lexington, KY  40507
    Telephone:  859-255-2424
    Facsimile:  859-233-0308
    bhooks@landrumshouse.com
    athompson@landrumshouse.com
    stolle@landrumshouse.com

BY:     /s/ Bradley C. Hooks
    ATTORNEYS FOR DEFENDANTS,
    WALTERS-GRIFFIN ENTERPRISES, INC.
    d/b/a SUPERIOR DRUG, WILLIAM REED
    HALL, and ROBERT WALTERS, SR.

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has this 10th day of June, 2024, been mailed to the following:

Masten Childers, III -- mchilders@whitefordlaw.com
Aaron M. Oppegard -- aoppegard@whitefordlaw.com
Michael W. Durborow -- mdurborow@whitefordlaw.com
Sarah E. Cooley -- scooley@whitefordlaw.com
Madeleine R. Hamlin -- mhamlin@whitefordlaw.com
*Whiteford, Taylor & Preston, LLP*
161 North Eagle Creek Drive, Suite 210
Lexington, KY  40509
Telephone:  859-687-6699
Facsimile:  859-263-3239
*Counsel for Plaintiff, James A. Chaney*

Keith E. Whitson (*Pro Hac Vice* Coming) -- kwhitson@whitefordlaw.com
Jordan E. Kelly (*Pro Hac Vice* Coming) -- jkelly@whitefordlaw.com
*Whiteford, Taylor & Preston LLP*
11 Stanwix Street, Suite 1400
Pittsburgh, PA  15222
Telephone:  412-286-1695
Facsimile:  412-286-1724
*Counsel for Plaintiff, James A. Chaney*

Justin S. Peterson -- justin@justinpetersonlaw.com
Kellie M. Collins -- kellie@justinpetersonlaw.com
Laura Jane Phelps --  laurajane@justinpetersonlaw.com
*Peterson Law Office, PLLC*
2424 Harrodsburg Road, Suite 205
Lexington, KY  40503
Telephone:  859-469-6390
Facsimile:  859-469-6391
*Counsel for Plaintiff, James A. Chaney*

Jay Milby Ridings -- jridings@hmrkylaw.com
Marcia Milby Ridings --  marcia@hmrkylaw.com
*Hamm, Milby & Ridings, PLLC*
120 North Main Street
London, KY  40741
*Counsel for the Wal-Mart Defendants*

Anders W. Lindberg – Anders.Lindberg@steptoe-johnson.com
Stacey Richards-Minigh – Stacey.Minigh@steptoe-johnson.com
Ancil G. Ramey – Ancil.Ramey@steptoe-johnson.com
*Steptoe & Johnson, PLLC*
825 Third Avenue, Suite 400
Huntington, WV  25701
*Attorneys for Appalachian Regional Healthcare, Inc.*
*In Its Own Name and d/b/a ARH Reg. Med. Ctr.*
*Pharmacy and ARH Community Pharmacy,*
*Helen Herald, and Hollie Harris a/k/a Hollie Crady*

Nathaniel R. Kissel – Nate.Kissel@steptoe-johnson.com
Steptoe & Johnson PLLC
100 West Main Street, Suite 400
Lexington, KY  40507
*Attorneys for Appalachian Regional Healthcare, Inc.*
*In Its Own Name and d/b/a ARH Reg. Med. Ctr.*
*Pharmacy and ARH Community Pharmacy,*
*Helen Herald, and Hollie Harris a/k/a Hollie Crady*

Gene Smallwood, Jr. -- gslex1127@yahoo.com
P. O. Box 40
Whitesburg, KY  41858
*Attorney for Mountain Comprehensive*
*Health Corporation d/b/a Leatherwood-*
*Blackey Medical Clinic*

Kyle M. Virgin – E-Mail:  kyle.virgin@fmglaw.com
Freeman Mathis & Gary, LLP
2525 Harrodsburg Road, Suite 500
Lexington, KY  40504
*Attorney for Defendant, Hospice of the*
*Bluegrass, Inc. and Wendell Short*

Charles H. Cassis – E-Mail:  ccassis@goldbergsimpson.com
Anthony R. Johnson – E-Mail:  ajohnson@goldbergsimpson.com
Goldberg Simpson LLC
Norton Commons
9301 Dayflower Street
Prospect, KY  40059
*Attorneys for Defendant, Jordan Drug, Inc.,*
*d/b/a Jackson Apothecary and d/b/a*
*Breathitt Prescription Center*

Diane M. Laughlin – E-Mail:  dlaughlin@bdblawky.com
Bryce L. Cotton – E-Mail:  bcotton@bdblawky.com
Blackburn Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
*Attorney for Defendant, Tombert, Inc.*

Licha H. Farah, Jr. – E-Mail:  lfarah@whtlaw.com
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Attorney for Defendant, Hometown Pharmacy*
*of Hazard, LLC, and Hometown Pharmacy, Inc.*

|  |  |
|---|---|
| BY: | /s/ Bradley C. Hooks |
|  | ATTORNEYS FOR DEFENDANTS, WALTERS-GRIFFIN ENTERPRISES, INC. d/b/a SUPERIOR DRUG, WILLIAM REED HALL, and ROBERT WALTERS, SR. |